Richard E. Weltman (rew@weltmosk.com)
Michael L. Moskowitz (mlm@weltmosk.com)
Debra Kramer (dk@weltmosk.com)
Michele K. Jaspan (mkj@weltmosk.com)
Adrienne Woods (aw@weltmosk.com)
Melissa A. Guseynov (mag@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor-in-Possession*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>              Debtor. | Chapter 11 Case.<br><br>Case No. 19-12417 (MEW) |

**DECLARATION OF RANDEEP S. GREWAL IN SUPPORT OF MOTION FOR
INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363
APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE
PROTECTION AND SETTING FINAL HEARING
PURSUANT TO BANKRUPTCY RULE 4001**

Randeep S. Grewal, pursuant to 28 U.S.C. § 1746, declares and respectfully says:

1.    I am Chairman of HVI CAT CANYON, INC. ("Debtor"), debtor and debtor-in-possession in the above-captioned case. I submit this declaration in further support of Debtor's motion for entry of a final order approving use of cash collateral ("Motion").

2.    Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3.    Annexed hereto as Exhibit "A" is a true and correct copy of the audited financial statement for the year ending December 31, 2016 provided to Debtor by BDO USA, LLP on or around June 13, 2017.

4.    Annexed hereto as Exhibit "B" is a true and correct copy of the Estimate of Reserves and Future Revenue to the HVI Cat Canyon, Inc. Interest in Certain Oil and Gas

Properties located in California as of December 31, 2016 provided to the Debtor by petroleum consultants Netherland, Sewell and Associates, Inc., on or about May 5, 2017.

Randeep S. Grewal, Chairman of HVI Cat Canyon, Inc., declares under the penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of August 2019.

Randeep S. Grewal