**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor | ) Chapter 11<br>)<br>) Case No. 19-12417<br>)<br>)<br>) **Ref. Docket No. 52**<br>) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2019, I caused to be served the "Declaration of Randeep S. Grewal in Support of Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 Approving Use of Cash Collateral, Providing Adequate Protection and Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001," dated August 15, 2019 [Docket No. 52], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                                    */s/ Wing Chan*
                                                                                                                    Wing Chan

Sworn to before me this
16th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

Case 9:19-bk-11573-MB    Doc 56    Filed 08/19/19    Entered 08/19/19 15:22:55    Desc
Main Document    Page 3 of 7

| Claim Name | Address Information |
|---|---|
| ANN JENNY SCHUPP | C/O M H WHITTIER CORP. 1600 HUNTINGTON DRIVE SOUTH PASADENA CA 91030 |
| BRUCE S. GELBER | DEPUTY ASST ATTORNEY GENERAL ENVIRONMENT & NATURAL RESOURCES DIVISION 950 PENNSYLVANIA AVE WASHINGTON DC 20530 |
| CALIFORNIA DEPT. OF TOXIC SUBSTANCE CONTROL | (BERKLEY REGIONAL OFFICE) 700 HEINZ AVENUE SUITE 200 BERKELEY CA 94710-2721 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0500 |
| CALIFORNIA OSHA | 1515 CLAY STREET, SUITE 1901 OAKLAND CA 94612 |
| CALIFORNIA STATE CONTROLLER | BETTY T. YEE TAX ADMINISTRATION SECTION PO BOX 942850 SACRAMENTO CA 94250-5880 |
| CHARLES C. ALBRIGHT TRUSTEE | 729 WEST 16TH STREET #B8 COSTA MESA CA 92627 |
| DIANE T. WALKER | 748 OCEANVILLE ROAD STONINGTON ME 04681-9714 |
| FIRST AMERICAN TITLE INSURANCE COMPANY | TRUSTEE FOR UBS AG LONDON BRANCH 4380 LA JOLLA VILLAGE DRIVE SUITE 110 SAN DIEGO CA 92122 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | (SMALL BUSINESS/SELF-EMPLOYMENT DIV) 5000 ELLIN ROAD LANHAM MD 20706 |
| J. P. MORGAN-CHASE | MICHAEL KERNEY 450 WEST 33RD STREET, 15TH FLOOR REF: 030057 NASSAU ASSOC-SABA NEW YORK NY 10041 |
| NORTHERN CALIFORNIA COLLECTION | SERVICE, INC. 700 LEISURE LANE SACREMENTO CA 95815 |
| OFFICE OF THE UNITED STATES TRUSTEE | SOUTHERN DISTRICT OF NEW YORK SERENE NAKANO, ESQ. U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| SANTA BARBARA COUNTY -APCD | AERON ARLIN GENET 260 NORTH SAN ANTONIO RD SANTA BARBARA CA 93110 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224 |
| STONER FAMILY TRUST | JAMES G. SANFORD TRUSTEE 100 WEST LIBERTY STREET. SUITE 900 RENO NV 89501 |
| U.S. DEPARTMENT OF TRANSPORTATION | 1200 NEW JERSEY AVE, SE WASHINGTON DC 20590 |
| UBS AG, LONDON BRANCH | JULIAN GOULD 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK ATTN: ANTHONY SUN, ASST. UNITED STATES ATTORNEY TAX & BANKRUPTCY UNIT 86 CHAMBERS ST., 3RD FLOOR NEW YORK NY 10007 |
| W. J. KENNY CORP. | C/O ALLFIRST BANKCORP TRUST C/O M&T BANK ONE M&T PLAZA BUFFALO NY 14203 |
| WYATT SLOAN-TRIBE, ESQ. | OFFICE OF THE ATTORNEY GENERAL 300 S. SPRING STREET, SUITE 1702 LOS ANGELES CA 90013 |

**Total Creditor count 22**

**EXHIBIT B**

**HVI CAT CANYON, INC. – Case No. 19-12417**
**Electronic Mail Master Service List**

| NAME | EMAIL |
|---|---|
| AKIN GUMP STRAUS HAUER & FELD | sddavis@akingump.com |
| ALLEN MATKINS LECK GAMBLE | jmeeder@allenmatkins.com |
| ANDREW KURTH LLP | dzdunkewicz@andrewskurth.com |
| ATTORNEY GENERAL OF CALIFORNIA | michael.zarro@doj.ca.gov |
| BRIAN CORSON, IN HIS INDIVIDUAL CAPACITY | brian@hubmac.com |
| CA ATTORNEY GENERAL'S OFFICE | piu@doj.ca.gov |
| CALIFORNIA DEPARTMENT OF CONSERVATION | sharon.armstrong@conservation.ca.gov |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | askr5@wildlife.ca.gov |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | webmaster@conservation.ca.gov |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | wotcsupport@edd.ca.gov |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | centralcoast@waterboards.ca.gov |
| CALIFORNIA STATE CONTROLLER | eoinquiry@sco.ca.gov |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | info@waterboards.ca.gov |
| COLORADO DEPT OF PUBLIC HEALTH AND ENVIRONMENT | cdphe.information@state.co.us |
| DIAMOND MCCARTHY LLP | adiamond@diamondmccarthy.com |
| EPA REGION 9 | r9.info@epa.gov |
| ESCOLLE TENANTS IN COMMON ATTN: VINCENT T. MARTINEZ | vmartinez@twitchellandrice.com |
| FRIEDMAN & SPRINGWATER LLP | efriedman@friedmanspring.com |
| GLR, LLC | vab@grerangroup.com |
| HANNA AND MORTON LLP | erenwick@hanmor.com |
| HVI CAT CANYON, INC. | agd@greka.com |
| HVI CAT CANYON, INC. | meo@greka.com |
| HVI CAT CANYON, INC. | rsg@greka.com |
| LARSEN O'BRIEN LLP | robrien@larsonobrienlaw.com; prigali@larsonobrienlaw.com; sbledsoe@larsonobrienlaw.com; hpark@larsonobrienlaw.com; mvasquez@larsonobrienlaw.com |
| NEW YORK STATE DEPT OF ENVIRONMENTAL CONSERVATION | contact@dec.ny.gov |
| OFFICE OF THE UNITED STATES TRUSTEE SOUTHERN DISTRICT OF NEW YORK | greg.zipes@usdoj.gov |

**HVI CAT CANYON, INC. – Case No. 19-12417**
**Electronic Mail Master Service List**

| | |
|---|---|
| O'MELVENY & MYERS LLP | dcantor@omm.com; sindelicato@omm.com |
| O'MELVENY & MYERS LLP | dpatrick@omm.com; ejones@omm.com; bmetcalf@omm.com |
| O'MELVENY & MYERS LLP | jtaylor@omm.com |
| PACHULSKI STANG ZIEHL AND JONES (PROPOSED COUNSEL TO UNSECURED CREDITORS COMMITTEE) ATTN: RICHARD E. MIKELS, ESQ. | rmikels@pszjlaw.com |
| PACIFIC PETROLEUM CALIFORNIA, INC. ATTN: JOHN HOCHLEUTNER | john@ppcinc.biz |
| PG&E | pgebankruptcy@pge.com; mxtn@pge.com;marcellus.terry@pge.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | devinvanderhahn@quinnemanuel.com; pattytomasco@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | petercalamari@quinnemanuel.com |
| SANTA BARBARA COUNTY P&D | jzoro@co.santa-barbara.ca.us |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | sbtaxes@co.santa-barbara.ca.us |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | vmcisaa@co.santa-barbara.ca.us |
| SHERRILL A. SCHOEPE | s.wetzler@musickpeeler.com |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| THE LAW OFFICE OF SUSAN M. WHALEN | susan@whalenattorney.com |
| UNITED STATES DEPARTMENT OF JUSTICE ENVIRONMENTAL & NATURAL RESOURCES DIVISION | karl.fingerhood@usdoj.gov |
| VICTORY OIL | smallbusinessteam@wolterskluwer.com |
| WEIL, GOTSHAL & MANGES LLP | rachael.foust@weil.com |
| WEST COAST WELDING & CONSTR. I | mbarbey@westcoastwelding.net |
| WILLIAM W. JENNY JR. | caramel@hotmail.com |