**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HVI CAT CANYON, INC. | Case No. 19-12417 (MEW) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On August 5, 2019, I caused a true and correct copy of the *Statement of Position of Official Committee of Unsecured Creditors in Support of Motion to Transfer Venue* [Docket 74] to be served via electronic mail upon the parties set forth on the service list annexed hereto as Exhibit A and via First Class US Mail upon the parties set forth on the service list annexed hereto as Exhibit B.

I declare under penalty of perjury, under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on August 23, 2019 at New York, New York.

*/s/ La Asia S. Canty*
La Asia S. Canty

# EXHIBIT A

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SNOW SPENCE GREEN LLP | ATTN: W. ROSS SPENCE CAROLYN CAROLLO | ROSS@SNOWSPENCELAW.COM CAROLYNCAROLLO@SNOWSPENCELAW.COM |
| DIAMOND MCCARTHY LLP | ALLAN DIAMOND | ADIAMOND@DIAMONDMCCARTHY.COM |
| HVI CAT CANYON, INC. | ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | | ASKR5@WILDLIFE.CA.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | ATTORNEY.GENERAL@COAG.GOV |
| BRIAN CORSON, IN HIS INDIVIDUAL CAPACITY | | BRIAN@HUBMAC.COM |
| WILLIAM W. JENNY JR. | | CARAMEL@HOTMAIL.COM |
| COLORADO DEPT OF PUBLIC HEALTH AND ENVIRONMENT | | CDPHE.INFORMATION@STATE.CO.US |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | STATE WATER RESOURCES CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| NEW YORK STATE DEPT OF ENVIRONMENTAL CONSERVATION | | CONTACT@DEC.NY.GOV |
| O'MELVENY & MYERS LLP | DANIEL L. CANTOR AND SAMANTHA M. INDELICATO, ESQS. | DCANTOR@OMM.COM; SINDELICATO@OMM.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DEVIN VAN DER HAHN AND PATRICIA D. TOMASCO, ESQS. | DEVINVANDERHAHN@QUINNEMANUEL.COM; PATTYTOMASCO@QUINNEMANUEL.COM |
| O'MELVENY & MYERS LLP | DARREN L. PATRICK, EVAN M. JONES & | DPATRICK@OMM.COM; EJONES@OMM.COM; BMETCALF@OMM.COM |
| ANDREWS KURTH LLP | DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| FRIEDMAN & SPRINGWATER LLP | ATTN: ELLEN A.FRIEDMAN | EFRIEDMAN@FRIEDMANSPRING.COM |
| CALIFORNIA STATE CONTROLLER | BETTY T. YEE | EOINQUIRY@SCO.CA.GOV |
| HANNA AND MORTON LLP | ATTN: EDWARD S. RENWICK | ERENWICK@HANMOR.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG M. ZIPES, ESQ. | GREG.ZIPES@USDOJ.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | STATE WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| LOCKE LORD LLP | ATTN: IRA S. GREENE (IG-2315) | IRA.GREENE@LOCKELORD.COM |
| ALLEN MATKINS LECK GAMBLE | JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| PACIFIC PETROLEUM CALIFORNIA, INC. | ATTN: JOHN HOCHLEUTNER | JOHN@PPCINC.BIZ |
| O'MELVENY & MYERS LLP | JENNIFER TAYLOR, ESQ. | JTAYLOR@OMM.COM |
| CONWAY MACKENZIE, INC. | ATTN: JOHN YOUNG AND DAN FERTIG | JYOUNG@CONWAYMACKENZIE.COM;DFERTIG@CONWAYMACKENZIE.COM |
| SANTA BARBARA COUNTY P&D | JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: KARL FINGERHOOD, SENIOR COUNSEL | KARL.FINGERHOOD@USDOJ.GOV |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| WEST COAST WELDING & CONSTR. I | MICHAEL BARBEY | MBARBEY@WESTCOASTWELDING.NET |
| HVI CAT CANYON, INC. | M. ERNESTO OLIVARES | MEO@GREKA.COM |
| ATTORNEY GENERAL OF CALIFORNIA | XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PETER CALAMARI, ESQ. | PETERCALAMARI@QUINNEMANUEL.COM |
| PG&E | MARCELLUS TERRY & DENISE A. NEWTON | PGEBANKRUPTCY@PGE.COM; MXTN@PGE.COM;MARCELLUS.TERRY@PGE.COM |
| CA ATTORNEY GENERAL'S OFFICE | ATTN: XAVIER BECERRA | PIU@DOJ.CA.GOV |
| EPA REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| WEIL, GOTSHAL & MANGES LLP | RACHAEL L. FOUST, ESQ. | RACHAEL.FOUST@WEIL.COM |
| LARSEN O'BRIEN LLP | ROBERT C. O'BRIEN; PAUL A. RIGALI, STEVEN E. BLEDSOE, HAEWON PARK, MELISSA VASQUEZ | ROBRIEN@LARSONOBRIENLAW.COM; PRIGALI@LARSONOBRIENLAW.COM; SBLEDSOE@LARSONOBRIENLAW.COM; HPARK@LARSONOBRIENLAW.COM; MVASQUEZ@LARSONOBRIENLAW.COM |
| HVI CAT CANYON, INC. | RANDEEP S. GREWAL, CHAIRMAN AND CEO | RSG@GREKA.COM |
| SHERRILL A. SCHOEPE | | S.WETZLER@MUSICKPEELER.COM |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | | SBTAXES@CO.SANTA-BARBARA.CA.US |
| AKIN GUMP STRAUS HAUER & FELD | STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| CALIFORNIA DEPARTMENT OF CONSERVATION | SHARON ARMSTRONG | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| VICTORY OIL | ERIC JOHNSON | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| THE LAW OFFICE OF SUSAN M. WHALEN | SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| GLR, LLC | VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| ESCOLLE TENANTS IN COMMON | ATTN: VINCENT T. MARTINEZ | VMARTINEZ@TWITCHELLANDRICE.COM |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VIDA MCISAAC | VMCISAA@CO.SANTA-BARBARA.CA.US |
| CALIFORNIA DIVISION OF OIL, GAS & | | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | | WOTCSUPPORT@EDD.CA.GOV |

# EXHIBIT B

**Service by First Class U.S. Mail**

| | |
|---|---|
| ANN JENNY SCHUPP<br>C/O M H WHITTIER CORP.<br>1600 HUNTINGTON DRIVE<br>SOUTH PASADENA, CA 91030 | BRUCE S. GELBER<br>DEPUTY ASST ATTORNEY<br>GENERALENVIRONMENT & NATURAL<br>RESOURCES DIVISION<br>950 PENNSYLVANIA AVE<br>WASHINGTON, DC 20530 |
| CALIFORNIA DEPT. OF TOXIC SUBSTANCE CONTROL<br>(BERKLEY REGIONAL OFFICE)<br>700 HEINZ AVENUE, SUITE 200<br>BERKELEY, CA 94710-2721 | CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0500 |
| CALIFORNIA OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA STATE CONTROLLER<br>BETTY T. YEE<br>TAX ADMINISTRATION SECTION<br>PO BOX 942850<br>SACREMENTO, CA 94250-5880 |
| CHARLES C. ALBRIGHT TRUSTEE<br>729 WEST 16TH STREET #B8<br>COSTA MESA, CA 92627 | DIANE T. WALKER<br>748 OCEANVILLE ROAD<br>STONINGTON, ME 04681-9714 |
| FIRST AMERICAN TITLE INSURANCE COMPANY<br>TRUSTEE FOR UBS AG LONDON BRANCH<br>4380 LA JOLLA VILLAGE DRIVE, SUITE 110<br>SAN DIEGO, CA 92122 | HVI CAT CANYON, INC.<br>P.O. BOX 5489<br>SANTA MARIA, CA 93456 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>(SMALL BUSINESS/SELF-EMPLOYMENT DIV)<br>5000 ELLIN ROAD<br>LANHAM, MD 20706 |
| J. P. MORGAN-CHASE<br>ATTN: MICHAEL KERNEY<br>450 WEST 33RD STREET, 15TH FLOOR<br>REF: 030057 NASSAU ASSOC-SABA<br>NEW YORK, NY 10041 | NORTHERN CALIFORNIA COLLECTION SERVICE, INC.<br>700 LEISURE LANE<br>SACRAMENTO, CA 95815 |

DOCS_NY:39538.1 38336/002

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN:  SERENE NAKANO, ESQ.<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | SANTA BARBARA COUNTY –APCD<br>ATTN: AERON ARLIN GENET<br>260 NORTH SAN ANTONIO RD<br>SANTA BARBARA, CA 93110 |
| STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: LETIA A. JAMES<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY, NY 12224 | STONER FAMILY TRUST<br>ATTN: JAMES G. SANFORD, TRUSTEE<br>100 WEST LIBERTY STREET, SUITE 900<br>RENO, NV 89501 |
| U.S. DEPARTMENT OF TRANSPORTATION<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON, DC 20590 | UBS AG, LONDON BRANCH<br>ATTN: JULIAN GOULD<br>600 WASHINGTON BLVD.<br>STAMFORD, CT 06901 |
| UNITED STATES ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: ANTHONY SUN, ASST. US ATTORNEY<br>TAX & BANKRUPTCY UNIT<br>86 CHAMBERS ST., 3RD FLOOR<br>NEW YORK, NY 10007 | W. J. KENNY CORP. C/O ALLFIRST BANKCORP<br>TRUST<br>C/O M&T BANK<br>ONE M&T PLAZA<br>BUFFALO, NY 14203 |
| WYATT SLOAN-TRIBE, ESQ.<br>OFFICE OF THE ATTORNEY GENERAL<br>300 S. SPRING STREET, SUITE 1702<br>LOS ANGELES, CA 90013 | |

DOCS_NY:39538.1 38336/002