

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 12, 2019

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :
                                                :   Chapter 11
HVI CAT CANYON, INC.,                           :
                                                :   Case No. 19-32857 (HDH)
Debtor.                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER GRANTING TRANSFER OF VENUE

Pursuant to 28 U.S.C. §§ 1404, 1408, 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure, and for the reasons stated on the record at the hearing on September 10, 2019, the Court finds that it is appropriate to transfer the venue of this case to the Central District of California, Northern (Santa Barbara) Division. It is therefore

**ORDERED** this case is transferred to the United States Bankruptcy Court for the Central District of California, Northern (Santa Barbara) Division; and it is further

**ORDERED** that the Clerk of the United States Bankruptcy Court for the Northern District of Texas is authorized and directed to take all actions necessary to effectuate the transfer of this

case to the United States Bankruptcy Court for the Central District of California, Northern (Santa

Barbara) Division immediately.


### End of Order ###

**Agreed as to form only:**

**SNOW SPENCE GREEN LLP**

By: */s/ Ross Spence*
Ross Spence
State Bar No. 18918400
Email: ross@snowspencelaw.com
Carolyn Carollo
State Bar No. 24083437
Email: carolyncarollo@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, TX  77019
Telephone: (713) 335-4800
Telecopier: (713) 335-4848
**ATTORNEYS FOR COUNTY OF SANTA BARBARA,
CALIFORNIA HARRY E. HAGEN, AS
TREASURER-TAX COLLECTOR OF
THE COUNTY OF SANTA BARBARA, CALIFORNIA
AND THE SANTA BARBARA COUNTY AIR
POLLUTION CONTROL DISTRICT**


**SPENCER FANE LLP**

By: */s/ Eric M. Van Horn*
Eric M. Van Horn
Texas Bar No. 24051465
2200 Ross Avenue, Suite 4800 West
Dallas, TX  75201
Tel:    (214) 750-3610
Fax:    (214) 750-3612
Email:  ericvanhorn@spencerfane.com
**ATTORNEYS FOR BUGANKO, LLC**

**Xavier Becerra**
**Attorney General of California**
**Christina Bull Arndt**
**Supervising Deputy Attorney General**

*/s/ Mitchell E. Rishe*
Mitchell E. Rishe
Deputy Attorney General
**ATTORNEYS FOR CALIFORNIA DEPARTMENT OF CONSERVATION, DIVISION OF OIL, GAS, AND GEOTHERMAL RESOURCES**


**ROSS & SMITH, PC**

*/s/ Judith W. Ross*
Plaza of the Americas
700 N. Pearl Street, Suite 1610
North Tower
Dallas, TX 75201
(Main) 214-377-7879
(Direct) 214-377-8659
Judith.ross@judithwross.com
**ATTORNEYS FOR THE CALIFORNIA STATE LANDS COMMISSION**


**O'MELVENY & MYERS LLP**

*/s/ Evan M. Jones*
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail:  ejones@omm.com

and

GIBSON DUNN
Olivia Adendorff
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
**ATTORNEYS FOR UBS AG, LONDON BRANCH**

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: */s/ Patricia B. Tomasco*
Patricia B. Tomasco
State Bar No. 01797600
Devin van der Hahn
State Bar No. 24104047
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com
        devinvanderhahn@quinnemanuel.com
-and-

Peter Calamari
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: petercalamari@quinnemanuel.com
**ATTORNEYS FOR GIT, INC**


**WELTMAN & MOSKOWITZ, LLP**

By: */s/ Richard E. Weltman*
RICHARD E. WELTMAN
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800
**PROPOSED ATTORNEYS FOR DEBTOR/DEBTOR IN POSSESSION**

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/Robert J. Feinstein*
Robert J. Feinstein, Esq. (admitted pro hac vice)
Steven W. Golden, Esq. (TX Bar No. 240996681)
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

Jeffrey N. Pomerantz, Esq. (admitted pro hac vice)
Maxim B. Litvak, Esq. (TX Bar No. 24002482)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
**PROPOSED COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**