# United States Bankruptcy Court
# Central District of California

1415 State Street, Santa Barbara, CA 93101–2511

# NOTICE OF TRANSFER OF CASE
# (INTER/INTRA DISTRICT TRANSFER)

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>HVI Cat Canyon, Inc.<br>**SSN:** N/A<br>**EIN:** N/A<br>aka Greka Oil & Gas, aka Greka, aka Greka California<br><br>c/o Capitol Corporate Services, Inc.<br>36 S. 18th Avenue<br>Suite D<br>Brighton, CO 80601 | **BANKRUPTCY NO.** 9:19–bk–11573–MB<br>**CHAPTER** 11 |

This case 3:19–bk–32857 has been transferred to the Northern division within our District and reassigned to Bankruptcy Judge Martin R. Barash for all further proceedings.

The new case number is 9:19–bk–11573–MB .

**Please use the new case number for all future matters regarding this case.**

Dated: September 16, 2019

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN–84                                                    **186 / BHG**