FILED & ENTERED

SEP 16 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>           Debtor-in-Possession. | Case No.:  9:19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER SCHEDULING STATUS CONFERENCE, REQUIRING DEBTOR-IN-POSSESSION TO FILE A STATUS REPORT REGARDING ALL PENDING MOTIONS, AND ESTABLISHING A DEADLINE FOR RESPONSES** |

On September 16, 2019, the United States Bankruptcy Court for the Northern District of Texas entered its order transferring the above-captioned bankruptcy case to the United States Bankruptcy Court for the Central District of California, Northern Division. Case Dkt. 185. The case thereafter was assigned to the undersigned United States Bankruptcy Judge. Based on the foregoing, **IT IS HEREBY ORDERED THAT:**

1. No later than September 17, 2019, the debtor and debtor-in-possession, HVI CAT Canyon, Inc. (the "Debtor") shall serve this Order on counsel for the Official Committee of Unsecured Creditors (the "OCC"), Brian D. Fittipaldi of the Office of the United States Trustee, and the "Core Service List" as defined in the *Order Establishing Notice and Service Procedures* entered on August 13, 2019 at case docket 39 (collectively, the "Notice Parties")

2. No later than **5:00 p.m. Pacific Time on September 18, 2019**, the Debtor shall file and serve on the Notice Parties a report identifying all pending motions and applications (the "Pending Motion Report"), whether filed by the Debtor or another party in interest, a list of all objections, responses or joinders filed thereto and a description of the time-frames within which the Debtor believes such pending matters must be heard by the Court.

3. Any party in interest that believes the Debtor's Pending Motion Report is incomplete or inaccurate, disagrees in any way with the content thereof (including the Debtor's description of the time-frames in which the pending matters must be heard), or that otherwise wishes to respond shall file its response no later than **5:00 p.m. Pacific Time on September 20, 2019,** and serve such response on the Notice Parties.

4. On **September 23, 2019, beginning at 10:00 a.m. Pacific Time**., the Court will hold a chapter 11 status conference before the undersigned to discuss the scheduling of pending matters. **Due to exigent circumstances, the status conference will be held at the Court's San Fernando Valley Division: Courtroom 303, 21041 Burbank Boulevard, Woodland Hills, California 91367. Parties in interest may appear telephonically by making arrangements with Court Call, (866) 582-6878, no later**

**than 1 hour before the status conference**. Mr. Fittipaldi may appear by video or telephonically.

# # #

Date: September 16, 2019

Martin R Barash
United States Bankruptcy Judge