O'MELVENY & MYERS LLP
Evan M. Jones
Brian M. Metcalf
Darren L. Patrick
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: ejones@omm.com
E-mail: bmetcalf@omm.com
E-mail: dpatrick@omm.com

Gary Svirsky
Samantha M. Indelicato
(*pro hac vice* applications forthcoming)
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: gsvirsky@omm.com
E-mail: sindelicato@omm.com

*Attorneys for UBS AG, London Branch*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HVI Cat Canyon, Inc.,** | **Case No. 9:19-bk-11573-MB** |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that O'Melveny & Myers LLP ("O'Melveny") hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to UBS AG, London Branch, a secured creditor in the above-captioned case. O'Melveny requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address,

telephone numbers and e-mail address:

               Evan M. Jones
               Brian M. Metcalf
               Darren L. Patrick
               O'MELVENY & MYERS LLP
               400 South Hope Street, 18th Floor
               Los Angeles, CA  90071-2899
               Telephone:  (213) 430-6000
               Facsimile:  (213) 430-6407
               E-mail:  ejones@omm.com
               E-mail:  bmetcalf@omm.com
               E-mail:  dpatrick@omm.com

               Gary Svirsky
               Samantha M. Indelicato
               O'MELVENY & MYERS LLP
               Seven Times Square
               New York, NY  10036
               Telephone:  (212) 326-2000
               Facsimile:  (212) 326-2061
               E-mail:  gsvirsky@omm.com
               E-mail:  sindelicato@omm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any of UBS AG, London Branch's jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

| | | |
|---|---|---|
| 1 | Dated: September 17, 2019<br>Los Angeles, California | Respectfully submitted, |
| 2 | | */s/ Darren L. Patrick* |
| 3 | | Darren L. Patrick<br>O'Melveny & Myers LLP |
| 4 | | 400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899 |
| 5 | | Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| 6 | | E-mail: dpatrick@omm.com |
| 7 | | *Attorneys for UBS AG, London Branch* |

- 3 -

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS