| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Solitro (SBN 243908)<br>LOCKE LORD LLP<br>300 S. Grand Ave., Ste. 2600<br>Los Angeles, CA 90071<br>Phone: (213) 485-1500<br>Fax: (213) 485-1200<br>dsolitro@lockelord.com | |
| *Attorney for:* CTS Properties, Ltd. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>HVI CAT CANYON, INC. | CASE NO.: 19-bk-11573-MB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
|  | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| vs.<br>Plaintiff(s). | |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

PAID
SEP 17 2019
Clerk, US District Court
COURT 4612

1. I, <u>Alan H. Katz</u>_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   CTS Properties, Ltd.

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                               Page 1                                F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
   Locke Lord LLP
   200 Vesey Street, 20th Floor
   New York, NY 10281

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
   Supreme Court, State of Louisiana - October 5, 1979
   (continued on attached page)

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| NONE | | | | |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

I ☐ resigned ☒ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):
Daniel A. Solitro

Name and address of law firm, or residence address:
Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

Telephone number of law firm: (213) 485-1500

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 2090-1.2.APP.NONRES.ATTY

Admitted to practice before the following courts (continued):

| Court: | Admission Date: |
|---|---|
| Supreme Court, State of Louisiana | 10/5/1979 |
| Supreme Court, State of Tennessee | 8/30/2006 |
| Supreme Court, State of New York | 4/29/2013 |
| U.S. Court of Appeals, Fifth Circuit | 1980 |
| U.S. District Court, Eastern, Middle and Western Districts of Louisiana | 1980 |
| U.S. District Court, Southern District of New York | 8/6/2013 |
| U.S. District Court, Eastern District of New York | 8/2013 |

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 09/17/2019

_____
Signature of applicant

Alan H. Katz
Printed name of applicant

### CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 09/17/2019

_____
Signature of Designee

Daniel A. Solitro
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 3                              F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/17/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brian D Fittipaldi - brian.fittipaldi@usdoj.gov
Matthew C. Heyn - Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
Brian L Holman - b.holman@musickpeeler.com
Jeannie Kim - jkim@buchalter.com, docket@buchalter.com
Darren L Patrick - dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/17/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[Served Via Overnight Mail]
The Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/17/2019 | Kristina M. Koch | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Ross Spence - ross@snowspencelaw.com, janissherrill@snowspencelaw.com; brittanyDecoteau@snowspencelaw.com
Jennifer Taylor - jtaylor@omm.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*      Page 5      **F 2090-1.2.APP.NONRES.ATTY**