# ATTACHMENT

Case 9:19-bk-11573-MB    Doc 192-1    Filed 09/17/19    Entered 09/17/19 17:44:57    Desc
Attachment - Payment Receipt    Page 1 of 2

Receipt

Court Name: U.S. District Court
Division: 2
Receipt Number: LA195238
Cashier ID: ddcash
Transaction Date: 09/17/2019
Payer Name: LA Depositions

PRO HAC VICE
 For: LA Depositions
 Case/Party: D-CAC-2-19-AT-002019-001
 Amount:    $400.00
PRO HAC VICE
 For: LA Depositions
 Case/Party: D-CAC-2-19-AT-002019-001
 Amount:    $400.00

CHECK
 Remitter: LA Depositions
 Check/Money Order Num: 94062
 Amt Tendered:  $800.00

Total Due:      $800.00
Total Tendered: $800.00
Change Amt:     $0.00

Pro Hac Vice Applications for:

Ira S. Greene and

Alan M. Katz

Locke Lord LLP

300 S. Grand Avenue, Suite 2600

Los Angeles, CA 90071

Phone # - 213-485-1500

Fax # - 213-485-1200

No refunds without original receipt. Returned checks will be assessed a fee of $53.00.