O'MELVENY & MYERS LLP
Evan M. Jones (S.B. # 115827)
Brian M. Metcalf (S.B. # 205809)
Darren L. Patrick (S.B. # 310727)
400 South Hope Street, 18th Floor
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-mail:  ejones@omm.com
E-mail:  bmetcalf@omm.com
E-mail:  dpatrick@omm.com

Gary Svirsky (N.Y. SBN: 2899417)
Samantha M. Indelicato (N.Y. SBN: 5598263)
(*pro hac vice* applications pending)
Seven Times Square
New York, NY  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  gsvirsky@omm.com
E-mail:  sindelicato@omm.com

GIBSON, DUNN & CRUTCHER LLP
Olivia Adendorff (TX SBN: 24069994)
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Telephone: 214.698.3100
Facsimile:  214.571.2900
E-mail: oadendorff@gibsondunn.com

*Attorneys for UBS AG, London Branch*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re: | CASE NO. 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | **NOTICE OF MOTION AND MOTION OF UBS AG, LONDON BRANCH TO WITHDRAW OLIVIA ADENDORFF AS COUNSEL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Central District of California L.B.R. 2091-1(a) and 9013-1(p), Olivia Adendorff, one of the attorneys who appeared for interested party UBS AG, London Branch while the above-referenced action was venued in the Northern District of

Texas, shall no longer be appearing as counsel of record now that venue has been transferred to this Court. UBS hereby moves to withdraw Ms. Adendorff as counsel of record. UBS continues to be represented by the undersigned law firm of O'Melveny & Myers LLP in the above-referenced action through attorneys Evan M. Jones, Brian M. Metcalf, and Darren L. Patrick, who have appeared in this matter, are registered as Electronic Filing Users on the CM/ECF system, and request that all future correspondence and papers in this action continue to be directed to them.

Dated: September 18, 2019                    Respectfully submitted,

                                             O'MELVENY & MYERS LLP

                                             */s/ Darren L. Patrick*

                                             Darren L. Patrick
                                             400 South Hope Street, 18th Floor
                                             Los Angeles, CA 90071-2899
                                             Telephone: (213) 430-6000
                                             Facsimile: (213) 430-6407
                                             E-mail: dpatrick@omm.com

                                             Gary Svirsky
                                             Samantha M. Indelicato
                                             (*pro hac vice* applications pending)
                                             Seven Times Square
                                             New York, NY 10036
                                             Telephone: (212) 326-2000
                                             Facsimile: (212) 326-2061
                                             E-mail: gsvirsky@omm.com
                                             E-mail: sindelicato@omm.com

                                             - and -

                                             GIBSON, DUNN & CRUTCHER LLP
                                             Olivia Adendorff
                                             2100 McKinney Avenue, Suite 1100
                                             Dallas, TX 75201
                                             Telephone: (214) 698-3100
                                             Facsimile: (214) 571-2900
                                             E-mail: oadendorff@gibsondunn.com

                                             *Attorneys for UBS AG, London Branch*

- 2 -

NOTICE OF MOTION AND MOTION TO WITHDRAW

# **PROOF OF SERVICE OF DOCUMENT**

I am over the age of eighteen and not a party to this bankruptcy case or adversary proceeding. My business address is **400 South Hope Street, Los Angeles, California 90071-2899**.

A true and correct copy of the foregoing document entitled **NOTICE OF MOTION AND MOTION OF UBS AG, LONDON BRANCH TO WITHDRAW OLIVIA ADENDORFF AS COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **9/18/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**    b.holman@mpglaw.com
- **Jeannie Kim**    jkim@buchalter.com, docket@buchalter.com
- **Ross Spence**    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

**II.  SERVED BY U.S. MAIL**: On **9/18/2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Olivia Arden Adendorff**
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite1100
Dallas, TX 75201

**Buganko**
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

**Carolyn V Carollo**
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019

**Allan B. Diamond**
Diamond McCarthy, LLP
909 Fannin, Ste. 3700
Houston, TX 77010

**Robert J. Feinstein**

| | |
|---|---|
| 1 | Pachulski Stang Ziehl & Jones LLP |
| | 780 Third Ave., 34th Floor |
| 2 | New York, NY 10017 |
| 3 | **Sid J. Garabato** |
| | Epiq Corporate Restructuring, LLC |
| 4 | 777 Third Avenue |
| | 12th Floor |
| 5 | New York, NY 10017 |
| 6 | **Sheryl P Giugliano** |
| | Diamond McCarthy LLP |
| 7 | 295 Madison Avenue |
| | 27th Floor |
| 8 | New York, NY 10017 |
| 9 | **Steven William Golden** |
| | Pachulski Stang Ziehl & Jones LLP |
| 10 | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| 11 | |
| 12 | **Ira S. Greene** |
| | Squadron, Ellenoff, Plesent, et al |
| 13 | 551 Fifth Ave. |
| | New York, NY 10176 |
| 14 | **Ira S. Greene** |
| | Locke Lord LLP |
| 15 | 200 Vesey Street, 20th Floor |
| | New York, NY 10281 |
| 16 | |
| 17 | **Elizabeth Mary Guffy** |
| | 2800 JP Morgan Chase Tower |
| 18 | 600 Travis |
| | Houston, TX 77002 |
| 19 | **Brian L. Holman** |
| | Musick, Peeler & Garrett LLP |
| 20 | 624 S. Grand Avenue, Suite 2000 |
| | Los Angeles, CA 90017 |
| 21 | |
| 22 | **Alan H. Katz** |
| | Locke Lord LLP |
| 23 | 200 Vesey Street, 20th Floor |
| | New York, NY 10281 |
| 24 | **Jarrod Barclay Martin** |
| | McDowell Hetherington LLP. |
| 25 | 1001 Fannin, Suite 2700 |
| | Houston, TX 77002 |
| 26 | |
| 27 | **Kevin D. McCullough** |
| | Rochelle McCullough L.L.P. |
| 28 | 325 N. St. Paul St., Ste. 4500 |
| | Dallas, TX 75201 |
| | **Michael L. Moskowitz** |

- 4 -

NOTICE OF MOTION AND MOTION TO WITHDRAW

| | |
|---|---|
| 1 | Weltman & Moskowitz, LLP<br>270 Madison Avenue, Suite 1400<br>New York, NY 10016-0601 |
| 2 | |
| 3 | **Jeffrey N. Pomerantz**<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067 |
| 4 | |
| 5 | |
| 6 | **Mitchell Elliott Rishe**<br>California Department of Justice<br>Office of the Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 |
| 7 | |
| 8 | |
| 9 | **Vadim J. Rubinstein**<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-0037 |
| 10 | |
| 11 | **William R. Spence**<br>Snow Spence Green LLP<br>2929 Allen Pkwy., Suite 2800<br>Houston, TX 77019-2125 |
| 12 | |
| 13 | |
| 14 | **Ruth Stoner Muzzin**<br>Friedman & Springer Water LLP<br>350 Sansome Street<br>Suite 210<br>San Francisco, CA 94104 |
| 15 | |
| 16 | |
| 17 | **Shannon Smith Thomas**<br>Rochelle McCullough, LLP<br>325 N. Saint Paul St., Ste. 4500<br>Dallas, TX 75201 |
| 18 | |
| 19 | **Patricia Tomasco**<br>Quinn Emanuel Urquhart & Sullivan<br>711 Louisiana St.<br>Suite 500<br>Houston, TX 77002 |
| 20 | |
| 21 | |
| 22 | **Eric M. Van Horn**<br>Spencer Fane LLP<br>2200 Ross Avenue<br>Suite 4800 West<br>Dallas, TX 75201 |
| 23 | |
| 24 | |
| 25 | **Michael D. Warner**<br>Cole Schotz P.C.<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 |
| 26 | |
| 27 | |
| 28 | **Weltman & Moskowitz, LLP** |

- 5 -

NOTICE OF MOTION AND MOTION TO WITHDRAW

270 Madison Ave., Ste. 1400
New York, NY 10016-0601

**DEBTOR:**

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue Suite D
Brighton, CO 80601

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/18/2019** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:**

Hon. Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of September, 2019, at Los Angeles, California.

                                          */s/ Jan Wallis*
                                               Jan Wallis