

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samantha M. Indelicato<br>(New York Bar No. 5598263)<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Tel.: (212) 326-4305<br>Facsimile: (212) 326-2061<br>Email: sindelicato@omm.com<br><br>*Attorney for:* UBS AG, London Branch | PAID SEP 17 2019 Clerk, US District Court COURT 4612<br><br>FILED SEP 18 2019 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>HVI Cat Canyon, Inc. | CASE NO.: 9:19-bk-11573-MB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| vs.<br><br>Plaintiff(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1. I, Samantha M. Indelicato _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   UBS AG, London Branch

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 1                                    F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

    O'Melveny & Myers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

    N/A

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| N/A | | | | |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




    I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):

    Evan M. Jones

    Name and address of law firm, or residence address:

    O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, California 90071


    Telephone number of law firm: (213) 430-6000

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 09/17/2019

_____
Signature of applicant

Samantha M. Indelicato
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 9/17/19

_____
Signature of Designee

Evan M. Jones
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                    Page 3                    F 2090-1.2.APP.NONRES.ATTY

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA195237
Cashier ID: ddcash
Transaction Date: 09/17/2019
Payer Name: Nationwide Legal LLC
------------------------------
PRO HAC VICE
 For: Nationwide Legal LLC
 Case/Party: D-CAC-2-19-AT-002013-001
 Amount:       $400.00
PRO HAC VICE
 For: Nationwide Legal LLC
 Case/Party: D-CAC-2-19-AT-002013-001
 Amount:       $400.00
------------------------------
CHECK
 Remitter: Nationwide Legal LLC
 Check/Money Order Num: 5040749
 Amt Tendered:  $400.00
CHECK
 Remitter: Nationwide Legal LLC
 Check/Money Order Num: 5030545
 Amt Tendered:  $400.00
------------------------------
Total Due:      $800.00
Total Tendered: $800.00
Change Amt:     $0.00
```

Pro Hac Vice Applications for

Samantha M. Indelicato New York Bar # 5596263 and

Gary Svirsky New York Bar #2899417

O'Melveny & Myers LLP

Times Square Tower

7 Times Square

New York, NY 10036

Phone # - 213-326-4305

Fax # - 212-326-2061

No refunds without original receipt. Returned checks will be assessed a fee of $53.00.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
400 S. Hope Street, Suite 1800, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 09/18/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@mpglaw.com
- Jeannie Kim    jkim@buchalter.com, docket@buchalter.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 09/18/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attachment

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 09/18/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California (Santa Barbara)
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/18/2019 | Jan Wallis | /s/ Jan Wallis |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                        Page 5                            F 2090-1.2.APP.NONRES.ATTY

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued):**

Ross Spence   ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com; brittanyDecoteau@snowspencelaw.com

**2. SERVED BY UNITED STATES MAIL:**

**Olivia Arden Adendorff**
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

**Buganko**
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

**Carolyn V Carollo**
Snow Spence Green LLP
2929 Allen Parkway
Suite 2800
Houston, TX 77019

**Allan B. Diamond**
Diamond McCarthy, LLP
909 Fannin, Ste. 3700
Houston, TX 77010

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 34th Floor
New York, NY 10017

**Sid J. Garabato**
Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

**Sheryl P Giugliano**
Diamond McCarthy LLP
295 Madison Avenue
27th Floor
New York, NY 10017

**Steven William Golden**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017

**Ira S. Greene**
Squadron, Ellenoff, Plesent, et al
551 Fifth Ave.
New York, NY 10176

**Ira S. Greene**
Locke Lord LLP
200 Vesey Street, 20th Floor
New York, NY 10281

**Elizabeth Mary Guffy**
2800 JP Morgan Chase Tower
600 Travis
Houston, TX 77002

**Brian L. Holman**
Musick, Peeler & Garrett LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017

**Alan H. Katz**
Locke Lord LLP
200 Vesey Street, 20th Floor
New York, NY 10281

**Jarrod Barclay Martin**
McDowell Hetherington LLP.
1001 Fannin, Suite 2700
Houston, TX 77002

**Kevin D. McCullough**
Rochelle McCullough L.L.P.
325 N. St. Paul St., Ste. 4500
Dallas, TX 75201

**Michael L. Moskowitz**
Weltman & Moskowitz, LLP
270 Madison Avenue, Suite 1400
New York, NY 10016-0601

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

**Mitchell Elliott Rishe**
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

**Vadim J. Rubinstein**
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

**William R. Spence**
Snow Spence Green LLP
2929 Allen Pkwy., Suite 2800
Houston, TX 77019-2125

**Ruth Stoner Muzzin**
Friedman & Springer Water LLP
350 Sansome Street
Suite 210
San Francisco, CA 94104

**Shannon Smith Thomas**
Rochelle McCullough, LLP
325 N. Saint Paul St., Ste. 4500
Dallas, TX 75201

**Patricia Tomasco**
Quinn Emanuel Urquhart & Sullivan
711 Louisiana St.
Suite 500
Houston, TX 77002

**Eric M. Van Horn**
Spencer Fane LLP
2200 Ross Avenue
Suite 4800 West
Dallas, TX 75201

**Michael D. Warner**
Cole Schotz P.C.
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

**Weltman & Moskowitz, LLP**
270 Madison Ave., Ste. 1400
New York, NY 10016-0601