KARL FINGERHOOD (PA Bar No. 63260)
DAVIS FORSYTHE
MATTHEW INDRISANO
U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C.  20044-7611
      Tel:   202-5147519
               303-844-1391
               202-514-1398
     E-mail: karl.fingerhood@usdoj.gov
             davis.forsythe@usdoj.gov
             matthew.indrisano@usdoj.gov

*Counsel for the United States of America on behalf of its*
*Environmental Protection Agency and the United States Coast Guard*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Northern Division)**

| | |
|---|---|
| In re: | ) Case No. 9:19-BK-11573-MB |
| | ) |
| HVI CAT CANYON, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) **UNITED STATES' LIMITED** |
| | ) **REPLY TO DEBTOR'S STATUS** |
| | ) **REPORT** |
| | ) |
| | ) Date: September 23, 2019 |
| | ) Time: 10:00 |
| | ) Place:  2104 Burbank Blvd., |
| | )             Courtroom 303 |
| | )             Woodland Hills, CA 91367 |
| | ) |
| | ) Judge: Hon. Martin R. Barash |
| _____ | ) |

COMES NOW, the United States of America, by and through undersigned counsel, on behalf of the United States Environmental Protection Agency and the United States Coast Guard, and hereby file the following limited response to the Debtor's Status Report [Docker No. 202].

The Debtor's Status Report (at ¶¶ 25-26) mentions the Debtor's Motion to sell its Richmond East Dome Unit pursuant to Section 363(f) [Docket No. 96]. No Objection or Hearing Date was set for this Motion. The United States has concerns with the proposed sale.  At the time this case was transferred to this District there were negotiations ongoing about a proposed briefing schedule for this Motion. The United States requests that it be included in any briefing schedule so that its concerns with the proposed sale may either be addressed by the Debtor, or if necessary, resolved by this Court.

In addition, out of an abundance of caution, the United States wants to make this court aware of the agreement by the parties, made on the record before Judge Hale that any further Cash-Collateral Order issued in this matter would contain the following language:

"Nothing in this Cash Collateral Order or the Cash Collateral Budget shall permit the Debtor to violate 28 USC 959(b), and nothing in this Cash Collateral Order or the Cash Collateral Budget shall in any way diminish the obligation of any entity, including the Debtor, to comply with environmental laws."

Finally, the United States wishes to advise the Court, and the Court can take judicial notice, of the pending litigation against the Debtor in the United States District Court for the Central District of California [*United States of America, et al. v. HVI Cat Canyon, Inc.*, Civil No. 11-5097 FMO (SSx) (USDC C.D. California)]. Partial Summary Judgment was granted in May 2018, and a bench trial was held on the remaining issues in October 2018. A final ruling in that matter is pending. On August 26, 2019, the District Court ruled that the bankruptcy automatic stay is inapplicable to the pending ruling. A copy of the District Court's Order is attached.

Date: September 19, 2019

                                Respectfully submitted,

                                ___/s/ Karl Fingerhood_____
                                KARL FINGERHOOD
                                Senior Counsel
                                U.S. Department of Justice
                                Environmental Enforcement Section