LOEB & LOEB LLP
MARC S. COHEN (SBN 65486)
mscohen@loeb.com
DONALD A. MILLER (SBN 228753)
dmiller@loeb.com
STEVEN S. ROSENTHAL (SBN 109739)
srosenthal@loeb.com
ALICIA M. CLOUGH (SBN 260012)
aclough@loeb.com
MARIAH V. S. VOLK (SBN 323068)
mvolk@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone:   310.282.2000
Facsimile:   310.282.2200

*Attorneys for the California State Lands Commission*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-BK-11573-MB |
| HVI CAT CANYON, INC., | Assigned to Hon. Martin R. Barash |
| Debtor. | Chapter 11 |
| | **CALIFORNIA STATE LAND COMMISSION'S RESPONSE TO PARAGRAPH 33 OF THE DEBTOR'S STATUS AND PENDING MOTION REPORT RE CHIEF RESTRUCTURING OFFICER AND INDEPENDENT DIRECTOR** |
| | Date:   September 23, 2019<br>Time:   10:00<br>Dept:   2104 Burbank Blvd.,<br>            Courtroom 303<br>            Woodland Hills, CA 91367 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18183012.2
232604-10002

The California State Lands Commission (the "Commission") hereby responds to paragraph 33 of the Debtor's Status and Pending Motion Report (the "Report") [Docket No. 201], in which the Debtor mentions negotiations between the Debtor, UBS, and the Creditors' Committee, and the Debtor's consent to the employment of a chief restructuring officer and independent director.

As a major creditor in this Chapter 11 case, the Commission opposes the employment of a chief restructuring officer and independent director.  The Commission believes that the employment of a chief restructuring officer and independent director would not alleviate the critical problems with management, and that only the appointment of a trustee will suffice.

Moreover, as an aside, despite the Commission's extensive participation in this proceeding both when it was filed in New York and during the interim transfer to Texas, and the Commission's central role in the predecessor case filed in Texas, neither the Debtor nor the Creditors' Committee engaged in any discussion with the Commission related to management, a chief restructuring officer, or an independent director.

The Commission is not alone.  The Commission has been advised and authorized to represent that the California Department of Conservation, Division of Oil, Gas, and Geothermal Resources (DOGGR) and BUGANKO, LLC also oppose the employment of a chief restructuring officer and independent director, and will seek the appointment of a Chapter 11 trustee.  DOGGR is presently pursuing an enforcement action against the Debtor for regulatory violations in connection with its oil operations in the Richfield

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18183012.2
232604-10002

2

Oilfield in Orange County, and in addition is a general unsecured creditor. BUGANKO, LLC is a creditor owed amounts for unpaid monthly surface rental and royalty payments.

Dated:   September 20, 2019

LOEB & LOEB LLP
*Attorneys for the California State Lands Commission*

By: /s/ *Marc S. Cohen*
    Marc S. Cohen
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
310.282.2000

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18183012.2
232604-10002

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **CALIFORNIA STATE LAND COMMISSION'S RESPONSE TO PARAGRAPH 33 OF THE DEBTOR'S STATUS AND PENDING MOTION REPORT RE CHIEF RESTRUCTURING OFFICER AND INDEPENDENT DIRECTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 20, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Brian D Fittipaldi | brian.fittipaldi@usdoj.gov |
| Matthew C. Heyn | Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com |
| Brian L Holman | b.holman@musickpeeler.com |
| Jeannie Kim | jkim@buchaiter.com, docket@buchalter.com |
| Darren L Patrick | dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com |
| Daniel A Solitro | dsolitro@lockelord.com, ataylor2@lockelord.com |
| Jennifer Taylor | jtaylor@omm.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 20, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 20, 2019, writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Honorable Martin R. Barash** | Via Personal Delivery |
| **United States Bankruptcy Judge** | |
| **United States Bankruptcy Court** | |
| **Central District of California** | |
| **21041 Burbank Boulevard, Suite 342 I Courtroom 303** | |
| **Woodland Hills, CA** | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 20, 2019 | Martha Ortiz | /s/ Martha Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                       **F 9013-3.1.PROOF.SERVICE**
18183731.2
232604-10002

**Service by United States Mail:**

| | |
|---|---|
| **Olivia Arden Adendorff**<br>Gibson, Dunn & Crutcher, LLP<br>2100 McKinney Avenue, Suite1100<br>Dallas, TX 75201 | **Buganko**<br>930 Truxtun Avenue, Suite 102<br>Bakersfield, CA 93301 |
| **Daniel L. Cantor**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10011 | **Allan B. Diamond**<br>Diamond McCarthy, LLP<br>909 Fannin, Ste. 3700<br>Houston, TX 77010 |
| **Robert J. Feinstein**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave., 34th Floor<br>New York, NY 10017 | **Sid J. Garabato**<br>Epiq Corporate Restructuring, LLC<br>777 Third Avenue<br>12th Floor<br>New York, NY 10017 |
| **Sheryl P Giugliano**<br>Diamond McCarthy LLP<br>295 Madison Avenue<br>27th Floor<br>New York, NY 10017 | **Steven William Golden**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017 |
| **Ira S. Greene**<br>Squadron, Ellenoff, Plesent, et al<br>551 Fifth Ave.<br>New York, NY 10176 | **Ira S. Greene**<br>Locke Lord LLP<br>200 Vesey Street, 20th Floor<br>New York, NY 10281 |
| **Elizabeth Mary Guffy**<br>2800 JP Morgan Chase Tower<br>600 Travis<br>Houston, TX 77002 | **Brian L. Holman**<br>Musick, Peeler & Garrett LLP<br>624 S. Grand Avenue, Suite 2000<br>Los Angeles, CA 90017 |
| **Samantha M. Indelicate**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | **Evan M. Jones**<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 |
| **Alan H. Katz**<br>Locke Lord LLP<br>200 Vesey Street, 20th Floor<br>New York, NY 10281 | **Jarrod Barclay Martin**<br>McDowell Hetherington LLP.<br>1001 Fannin, Suite 2700<br>Houston, TX 77002 |
| **Kevin D. McCullough**<br>Rochelle McCullough L.L.P.<br>325 N. St. Paul St., Ste. 4500<br>Dallas, TX 75201 | **Michael L. Moskowitz**<br>Weltman & Moskowitz, LLP<br>270 Madison Avenue, Suite 1400<br>New York, NY 10016-0601 |
| **Darren L. Patrick**<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 | **Jeffrey N. Pomerantz**<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

18183731.2
232604-10002

| | |
|---|---|
| **Mitchell Elliott Rishe**<br>California Department of Justice<br>Office of the Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | **Vadim J. Rubinstein**<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-0037 |
| **Ruth Stoner Muzzin**<br>Friedman & Springer Water LLP<br>350 Sansome Street, Suite 210<br>San Francisco, CA 94104 | **Gary Svirsky**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| **Shannon Smith Thomas**<br>Rochelle McCullough, LLP<br>325 N. Saint Paul St., Ste. 4500<br>Dallas, TX 75201 | **Patricia Tomasco**<br>Quinn Emanuel Urquhart & Sullivan<br>711 Louisiana St., Suite 500<br>Houston, TX 77002 |
| **Eric M. Van Horn**<br>Spencer Fane LLP<br>2200 Ross Avenue, Suite 4800 West<br>Dallas, TX 75201 | **Michael D. Warner**<br>Cole Schotz P.C.<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 |
| **Weltman & Moskowitz, LLP**<br>270 Madison Ave., Ste. 1400<br>New York, NY 10016-0601 | **Ross Spence**<br>Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

18183731.2
232604-10002

**F 9013-3.1.PROOF.SERVICE**