

FILED & ENTERED

SEP 24 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | **SCHEDULING ORDER FOLLOWING CHAPTER 11 STATUS CONFERENCE** |

<u>Status Conference</u>
Date: September 23, 2019
Time: 10:00 a.m.
Ctrm: 303
    21041 Burbank Boulevard
    Woodland Hills, California

<u>Hearings</u>
Date: October 3, 2019
Time: 10:00 a.m.
Ctrm: 201
    1415 State Street
    Santa Barbara, California

<u>Hearings</u>
Date: October 28, 2019
Time: 10:00 a.m.
Ctrm: 201
    1415 State Street
    Santa Barbara, California

On September 23, 2019 at 10:00 a.m. the Court conducted a status conference in this chapter 11 bankruptcy case regarding debtor and debtor in possession HVI Cat Canyon, Inc. (the "Debtor"). Appearances were as noted in the record. At that time the Court set the following hearings and deadlines:

1. ***Motion to Approve Use of Cash Collateral* (Case Dkt. 11, the "Cash Collateral Motion"),** ***Motion to Allow Debtor to Surcharge Collateral Pursuant to 11 U.S.C. §§ 506(c) and 552(b)* (Case Dkt. 55, the "Surcharge Motion") and *Secured Creditor UBS AG, London Branch's Motion in Limine To Preclude 2016 Netherland Sewell Reserve Report at Cash-Collateral Hearing* (Case Dkt. 83, the "Motion in Limine").**

    a. The Court will hold a hearing on **October 3, 2019 at 10:00 a.m.** on the Cash Collateral Motion, the Surcharge Motion and the Motion in Limine in Courtroom 201 in the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101.

    b. The hearing will be an evidentiary hearing and all parties must make their declarants available for cross-examination. The Court will strike the declarations of any declarants who fail to appear. The only oral testimony that may be offered at the hearing by a party through its own witnesses will be strictly limited to proper rebuttal testimony or testimony offered for impeachment purposes only.

    c. No later than **September 27, 2019 at noon, Pacific Time,** the County of Santa Barbara, California, Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California, Santa Barbara Air Pollution Control District (collectively, the "SB Authorities") may file evidence in support of their previously filed Responses to the Cash Collateral and Surcharge Motions (Case Dkt. 153 and 206) on the issue of the amount and priority of their claims and the adequacy of the proposed budget. The SB Authorities may not supplement the record with evidence showing that the Debtor's principal secured lenders are adequately protected. The SB Authorities shall serve counsel for the Debtor, counsel for Official Committee of Unsecured Creditors (the "OCC"), Brian D. Fittipaldi for the Office of the United

States Trustee and counsel for any party who filed a response to the Cash Collateral Motion, the Surcharge Motion or the Motion in Limine, by Notice of Electronic Filing ("NEF") or overnight mail so that is received by noon, Pacific Time, on September 30, 2019.

    d. No later than **September 27, 2019 at noon, Pacific Time,** Buganko, L.P. ("Buganko") may file evidence in support of its previously filed Objection to the Cash Collateral Motion (Case Dkt. 155).  Buganko shall serve counsel for the Debtor, counsel for the OCC, Brian D. Fittipaldi for the Office of the United States Trustee and counsel for any party who filed a response to the Cash Collateral Motion, the Surcharge Motion or the Motion in Limine by NEF or overnight mail so that is received by noon, Pacific Time, on September 30, 2019.

    e. All evidentiary objections must be in writing and must comply with Local Bankruptcy Rule 9013-1(i)(2).  Objections to evidence offered in connection with the Cash Collateral Motion, the Surcharge Motion or the Motion in Limine shall be filed no later than **September 27, 2019 at noon, Pacific Time** and shall be served on the party offering the evidence by NEF or overnight mail so that is received by noon, Pacific Time, on September 30, 2019.  Any objections to the evidence to be filed by the SB Authorities and / or Buganko shall be filed no later than **October 1, 2019 at noon, Pacific Time** and served on the SB Authorities or Buganko by NEF or overnight mail so that it is received by October 2, 2019.

2. ***Motion for Approval of Adequate Assurance of Payment to Utility Services and Continuation of Service* (Case Dkt. 13) as amended (Case Dkt. 72, collectively, the "Utilities Motion").**

    a. The Court will hold a hearing on **October 3, 2019 at 10:00 a.m.**, **Pacific Time,** on the Utilities Motion with respect to Pacific Gas & Electric ("PG&E") in Courtroom 201 in the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101.

    b. The Debtor may file evidence in support of its Utilities Motion no later than **September 27, 2019 at noon, Pacific Time.** The Debtor shall serve PG&E by NEF or overnight mail so that is received by noon, Pacific Time, on September 30, 2019.

    c. PG&E may file evidence in support of its previously filed Objection and in response to any evidence offered by the Debtor no later than **October 1, 2019 at noon, Pacific Time** and shall serve counsel for the Debtor by NEF or overnight mail so that it is received by October 2, 2019.

    d. The hearing on the Utilities Motion will not be an evidentiary hearing. Counsel for PG&E may appear telephonically.

3. ***Motion to Authorize (a) Payment of Pre-Petition Wages, Salaries, Employee Benefits, and other Compensation, (b) Maintenance of Employee Benefit Programs and Payment of Related Administrative Obligations, and (c) Payment of Pre-Petition Claims of Independent Contractors and (ii) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations*** (Case Dkt. 15, the **"Wages Motion").**

    a. The Court will hold a hearing on **October 3, 2019 at 10:00 a.m.** on the Wages Motion in Courtroom 201 in the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101.

    b. The Office of the United States Trustee may file a response to the Wages Motion no later than **September 27, 2019 at noon, Pacific Time.**

4. *Motion to Authorize (a) Use of Continued Existing Cash Management System, (b) Honor Certain Pre-Petition Obligations Related Thereto, and (c) Maintain Business Forms and Existing Bank Accounts and (ii) Related Relief* **(Case Dkt. 16, the "Cash Management Motion").**

   a. No later than **September 27, 2019 at noon, Pacific Time**, the Debtor shall file and serve its amendments to the Cash Management Motion and written notice of the hearing thereon serve such amendments on counsel for the OCC, Brian D. Fittipaldi for the Office of the United States Trustee and counsel for those parties identified on the "Core Service List" as defined in the Order Establishing Notice and Service Procedures entered on August 13, 2019 at case docket 39 (counsel for the OCC, Mr. Fittipaldi and counsel for the Core Service list are referred to below as the "Notice Parties") by NEF, email or overnight mail so that they are received by noon, Pacific Time, on September 30, 2019.

   b. The Court will hold a hearing on **October 3, 2019 at 10:00 a.m.** on the amended Cash Management Motion in Courtroom 201 in the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101.

   c. Any objections to the amended Cash Management Motion shall be filed no later than **October 1, 2019 at noon, Pacific Time** and served on counsel for the Debtor by NEF or overnight mail so that it is received by October 2, 2019.

5. *Diamond McCarthy, LLP's Motion for Relief from Stay Pursuant to 11 U.S.C. 362(d)* **(Case Dkt. 41, the "RFS Motion").**

   a. The Court will hold a hearing on **October 3, 2019 at 10:00 a.m.** on the RFS Motion in Courtroom 201 in the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101.

4

**SCHEDULING ORDER FOLLOWING CHAPTER 11 STATUS CONFERENCE**

6. ***Weltman & Moskowitz, LLP's Motion to Withdraw as Attorneys for Debtor*** (Case Dkt. 172, the "Withdrawal Motion").

   a. The Court will hold a hearing on **October 3, 2019 at 10:00 a.m.** on the Withdrawal Motion in Courtroom 201 in the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101.

7. ***Motion to Authorize (i) Payment of E&P Operating Expenses and (ii) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations*** (Case Dkt. 12, the "E&P Expense Motion").

   a. The Court will hold a hearing on **October 28, 2019 at 10:00 a.m.** on the E&P Expense Motion in Courtroom 201 in the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101. All responses to the Motion, and all replies in support of the Motion, shall be governed by Local Bankruptcy Rule 9013-1.

   b. The Debtor shall file evidence in support of the E&P Expense Motion and written notice of the hearing and of the deadline for opposition or responses to the Motion no later than O**ctober 7, 2019.** The Debtor shall serve such written notice, evidence, the entire E&P Expense Motion on the Notice Parties by NEF, email or first class mail.

8. ***Application for Entry of an Order Authorizing Employment and Retention of Cappello Global, LLC and Camden Financial Services (d/b/a Cappello Global) as Financial Advisors to the Debtor*** (Case Dkt. 100, the "Application to Employ").

   a. The Court will hold a hearing on **October 28, 2019 at 10:00 a.m.** on the Application to Employ in Courtroom 201 in the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101. All responses to the Application, and all replies in support of the Motion, shall be governed by Local Bankruptcy Rule 9013-1.

      b. The Debtor shall file evidence in support of the Application to Employ and written notice of the hearing and of the deadline for opposition or responses to the Motion no later than O**ctober 7, 2019.** The Debtor shall serve such written notice, evidence, the entire E&P Expense Motion on the Notice Parties by NEF, email or first class mail.

    The Debtor shall serve this Scheduling Order on the Notice Parties by NEF, email or overnight mail so that it is received on **September 25, 2019.**

    At the October 3, 2019 hearings, counsel for the Debtor, counsel for the OCC and parties in interest should be prepared to address when the Court should set a general bar date for filing proofs of claims and proofs of interests.

###

Date: September 24, 2019

                              Martin R Barash
                              United States Bankruptcy Judge