FILED & ENTERED

SEP 24 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No.:  9:19-bk-11573-MB<br><br>Chapter 11<br><br>**SCHEDULING ORDER ESTABLISHING OMNIBUS HEARING DATES** |

After a review of the record in this bankruptcy case, and having conducted the initial chapter 11 status conference in this case, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. <u>Omnibus Hearing Dates</u>:  The Court establishes the following Omnibus Hearing Dates as the scheduled hearing days and times for hearing all motions, applications and other matters in this case:

      October 3, 2019 at 10:00 a.m.

      October 28, 2019 at 10:00 a.m.

      November 22, 2019 at 10:00 a.m.

December 3, 2019 at 10:00 a.m.

December 20, 2019 at 10:00 a.m.

January 17, 2020 at 10:00 a.m.

January 30, 2020 at 10:00 a.m.

If a motion, application or other document is filed purporting to set a hearing date inconsistent with the above-list of Omnibus Hearing Dates, the hearing on such document will be scheduled for the first Omnibus Hearing Date after the applicable notice period has expired. The filing party shall be responsible for filing and serving an amended notice of hearing on all parties entitled to notice thereof. Nothing herein is intended to alter the notice required in advance of any hearing pursuant to the Local Bankruptcy Rules or the Federal Rules of Bankruptcy Procedure.

2.  <u>Location of Hearings</u>: All hearings will be held in Courtroom 201 of the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California.

3.  <u>Hearings for Motions Requiring Emergency or Expedited Relief</u>: Local Bankruptcy Rule 9075-1 shall govern all requests for emergency or expedited relief.

###

Date: September 24, 2019

_Martin R. Barash_
Martin R Barash
United States Bankruptcy Judge