O'MELVENY & MYERS LLP
Evan M. Jones (S.B. # 115827)
Brian M. Metcalf (S.B. # 205809)
Darren L. Patrick (S.B. # 310727)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: ejones@omm.com
E-mail: bmetcalf@omm.com
E-mail: dpatrick@omm.com

Gary Svirsky (N.Y. SBN: 2899417)
Samantha M. Indelicato (N.Y. SBN: 5598263)
(appearing *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: gsvirsky@omm.com
E-mail: sindelicato@omm.com

*Attorneys for UBS AG, London Branch*

FILED & ENTERED

SEP 24 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA — NORTHERN DIVISION

| | |
|---|---|
| In re: | CASE NO. 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | [PROPOSED] ORDER GRANTING MOTION OF UBS AG, LONDON BRANCH TO WITHDRAW OLIVIA ADENDORFF AS COUNSEL |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

///

///

///

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having reviewed the Notice of Motion and Motion of UBS AG, London

Branch to Withdraw Olivia Adendorff as Counsel filed on September 28, 2019 [Docket No. 194]

(the "Motion"), and good cause appearing, orders as follows:

The Motion is **GRANTED.**

### 

Date: September 24, 2019

_Martin R. Barash_

Martin R Barash
United States Bankruptcy Judge

NOTICE OF MOTION AND MOTION TO WITHDRAW