| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey N. Pomerantz (CA Bar No. 143717)<br>Maxim B. Litvak (CA Bar No. 215852)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4114<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email: jpomerantz@pszjlaw.com<br>           mlitvak@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ [Proposed] *Attorneys for:* Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.<br><br>                                            Debtor.<br><br><br><br>                                          Debtor(s) | CASE NO.: 19-bk-11573-MB<br><br>CHAPTER: 11 |
|---|---|
| | **AMENDED NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>**MOTION SEEKING ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 363(A), (B), (F) AND (M) AND BANKRUPTCY RULES 2002, 6004 AND 9004, AND L.B.R. 6004-1; (I) AUTHORIZING DEBTOR TO SELL PROPERTY KNOWN AS THE REDU ASSET BY PRIVATE SALE; (II) SCHEDULING A HEARING TO APPROVE SUCH SALE; AND (III) APPROVING THE MANNER AND EXTENT OF NOTICE OF SUCH HEARING** |

PLEASE TAKE NOTE that the order titled **ORDER *DENYING WITHOUT PREJUDICE* DEBTOR'S MOTION SEEKING ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 363(A), (B), (F) AND (M) AND BANKRUPTCY RULES 2002, 6004 AND 9004, AND L.B.R. 6004-1; (I) AUTHORIZING DEBTOR TO SELL PROPERTY KNOWN AS THE REDU ASSET BY PRIVATE SALE; (II) SCHEDULING A HEARING TO APPROVE SUCH SALE; AND (III) APPROVING THE MANNER AND EXTENT OF NOTICE OF SUCH HEARING** was lodged on (*date*) **September 25, 2019** and is attached. This order relates to the motion which is docket number __96__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                   Page 1                                          **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324697.1 38336/002

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
    mlitvak@pszjlaw.com

[Proposed] Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.<br><br>          Debtor. | Case No.: 19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER *DENYING WITHOUT PREJUDICE* DEBTOR'S MOTION SEEKING ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 363(A), (B), (F) AND (M) AND BANKRUPTCY RULES 2002, 6004 AND 9004, AND L.B.R. 6004-1; (I) AUTHORIZING DEBTOR TO SELL PROPERTY KNOWN AS THE REDU ASSET BY PRIVATE SALE; (II) SCHEDULING A HEARING TO APPROVE SUCH SALE; AND (III) APPROVING THE MANNER AND EXTENT OF NOTICE OF SUCH HEARING**<br><br>[Relates to Docket No. 96]<br><br>Date: September 23, 2019<br>Time: 10:00 a.m.<br>Place: 21041 Burbank Blvd.<br>       Courtroom 303<br>       Woodland Hills, CA 91367<br>Judge: Hon. Martin R. Barash |

For the reasons set forth on the record by this Court at the status conference held in the above-captioned case on September 23, 2019,

**IT IS HEREBY ORDERED THAT:**

1.  Debtor's Motion Seeking Entry of An Order Under Bankruptcy Code Section 363(A), (B), (F) and (M) and Bankruptcy Rules 2002, 6004 and 9004, and L.B.R. 6004-1; (I) Authorizing

1

DOCS_LA:324656.1 38336/002

Debtor to Sell Property Known as the REDU Asset By Private Sale; (II) Scheduling a Hearing to Approve Such Sale; and (III) Approving the Manner and Extent of Notice of Such Hearing [Docket No. 96], is DENIED without prejudice.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

DOCS_LA:324656.1 38336/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF LODGMENT OF ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 25, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 25, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 25, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **VIA FEDERAL EXPRESS**<br>Honorable Martin R. Barash<br>U.S. Bankruptcy Court<br>21041 Burbank Boulevard, Suite 342 / Courtroom 303<br>Woodland Hills, CA 91367-6603 | **VIA EMAIL:**<br><br>Evan M. Jones   ejones@omm.com<br>Samantha M. Indelicato   sindelicato@omm.com<br>Gary Svirsky   gsvirsky@omm.com |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 25, 2019 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                 **F 9013-1.PROOF.SERVICE**
DOCS_LA:324697.1 38336/002

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Mailing Information for Case No.** 19-bk-11573-MB

- *Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com*
- *Marc S Cohen    mscohen@loeb.com, klyles@loeb.com*
- *Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov*
- *Brian D Fittipaldi    brian.fittipaldi@usdoj.gov*
- *Karen L Grant    kgrant@silcom.com*
- *Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com*
- *Brian L Holman    b.holman@musickpeeler.com*
- *Jeannie Kim    jkim@friedmanspring.com*
- *Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com*
- *Jeffrey N Pomerantz    jpomerantz@pszjlaw.com, bdassa@pszjlaw.com*
- *Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com*
- *Mitchell E Rishe    mitchell.rishe@doj.ca.gov*
- *Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com*
- *Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com*
- *Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com*
- *Jennifer Taylor    jtaylor@omm.com*
- *Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-1.PROOF.SERVICE**
DOCS_LA:324697.1 38336/002