Patricia B. Tomasco (pro hac vice forthcoming)
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com

-and-

Razmig Izakelian (State Bar No. 292137)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
Email: razmigizakelian@quinnemanuel.com

*Attorneys for GIT, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DISTRICT**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HVI CAT CANYON, INC., | § | Case No. 9:19-bk-11573-MB |
| | § | |
| Debtor. | § | **EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF CONCERNING CASH COLLATERAL AND SURCHARGE MOTIONS** |
| | | **Hearing** |
| | | Date: [To be set] |
| | | Time: [To be set] |
| | | Ctrm: [To be set] |
| | | Location: [To be set] |
| | | Judge: Hon. Martin Barash |

**TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that creditor and interested party GIT, Inc. ("GIT") hereby moves this Court (the "Motion") for entry of an order (the "Order"), pursuant to 11 U.S.C. §105 (a), Local Bankruptcy Rules 1001(d) and (e), and the Court's authority to manage its docket, for leave to file a supplemental brief in support of: (i) Debtor's Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 Approving Use of Cash Collateral, Providing Adequate Protection and Setting Final Hearing Pursuant to Bankruptcy Rule 4001 [ECF 11] (the "Cash Collateral Motion"); and (ii) Debtor's Motion to Surcharge Collateral Pursuant to 11 U.S.C. §§ 506(c) and 552(b) [ECF 55] (the "Surcharge Motion").

**PLEASE TAKE FURTHER NOTICE** that this Motion has been served upon counsel for the debtor in the above-captioned case, HVI Cat Canyon, Inc., UBS AG, London Branch, the Office of the United States Trustee, and all other parties who have registered for Notice of Electronic Filing and is based on the supporting Memorandum of Points and Authorities, the declaration of Patricia Tomasco, the statements, arguments, and representations of counsel who appear at the hearing on the Motion, the files and records in the above-captioned case, any evidence properly before the Court before or at the hearing regarding the Motion, and all matters of which the Court may take judicial notice.

**PLEASE TAKE FURTHER NOTICE** that GIT has contacted the court and requested an emergency hearing on less than 48 hours notice. If the Court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, GIT will provide written notice of a hearing date on regular notice or other disposition of this Motion and the deadline for filing an opposition.

DATED: September 25, 2019

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Razmig Izakelian*
Razmig Izakelian

Attorneys for GIT, Inc.

-2-
EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

**MEMORANDUM OF POINTS AND AUTHORITIES**

GIT respectfully requests leave to file a supplemental briefs in support of the Cash Collateral Motion and the Surcharge Motion by September 27, 2019 at noon. As the Court is well-aware, this bankruptcy case was initially filed on July 25, 2019 in the United States Bankruptcy Court for the Southern District of New York, which sits in the Second Circuit. ECF 1. The case was subsequently transferred to the United States Bankruptcy Court for the Northern District of Texas, which sits in the Fifth Circuit. ECF 107. On September 12, 2019, the case was transferred to this Court, which sits in the Ninth Circuit. ECF 185. Both the Cash Collateral Motion and the Surcharge Motion had been fully briefed before the transfer to this Court.

The Cash Collateral Motion and Surcharge Motion are scheduled to be heard on October 3, 2019 at 10:00 a.m., specified parties may file certain evidence by September 27, 2019 at noon, and objections to that evidence may be filed by October 1, 2019 at noon. ECF 251. In light of the transfer to this Court, GIT respectfully requests that the Court grant it leave to file a short supplemental brief, not to exceed five pages, addressing relevant Ninth Circuit authorities pertaining to these motions by September 27, 2019 at noon.

DATED: September 25, 2019        Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By:   */s/ Razmig Izakelian*
      Razmig Izakelian

Attorneys for GIT, Inc.

-1-
EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

# DECLARATION OF PATRICIA TOMASCO

I, Patricia Tomasco, hereby declare as follows:

1. I am a member of the bar of the State of Texas. I am a partner of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for creditor and interested party GIT, Inc.. Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. GIT respectfully requests that the Court grant it leave to file a supplemental brief, not to exceed five pages addressing relevant Ninth Circuit authorities pertaining to the Cash Collateral and Surcharge Motions.

3. A hearing is justified on less than 48 hours' notice, so that GIT may file the supplemental brief by September 27, 2019 at noon, and for any parties to file responses by October 1, 2019 at noon, before the October 3, 2019 hearing.

4. For the reasons stated in the Motion, GIT believes that the Motion should be granted on the merits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of September, 2019, at Los Angeles, California.

Patricia Tomasco

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): <u>EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF CONCERNING CASH COLLATERAL AND SURCHARGE MOTIONS</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/25/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/25/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California (Santa Barbara)
21041 Burbank Blvd., Suite 342/Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/25/2019 | Razmig Izakelian | /s/ Razmig Izakelian |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

Alicia Clough on behalf of Creditor California State Lands Commission
aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com

Marc S Cohen on behalf of Creditor California State Lands Commission
mscohen@loeb.com, klyles@loeb.com

Karl J Fingerhood on behalf of Interested Party United States of America on behalf of USEPA and US Coast Guard
karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee
brian.fittipaldi@usdoj.gov

Karen L Grant on behalf of Creditor BUGANKO, LLC
kgrant@silcom.com

Matthew C. Heyn on behalf of Creditor Department of Conservation, Division of Oil, Gas and Geothermal Reources
Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

Brian L Holman on behalf of Creditor Bradley Land Company
b.holman@musickpeeler.com

Jeannie Kim on behalf of Interested Party Pacific Gas and Electric Company
jkim@friedmanspring.com

Darren L Patrick on behalf of Interested Party UBS AG, London Branch
dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com

Jeffrey N Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com

Todd C. Ringstad on behalf of Interested Party Interested Party
becky@ringstadlaw.com, arlene@ringstadlaw.com

Mitchell E Rishe on behalf of Creditor California Department of Conservation, Division of Oil, Gas & Geothermal Resources
mitchell.rishe@doj.ca.gov

Mitchell E Rishe on behalf of Creditor Department of Conservation, Division of Oil, Gas and Geothermal Reources
mitchell.rishe@doj.ca.gov

Daniel A Solitro on behalf of Interested Party CTS Properties, Ltd.
dsolitro@lockelord.com, ataylor2@lockelord.com

Ross Spence on behalf of Interested Party County of Santa Barbara, California
ross@snowspencelaw.com,
janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Ross Spence on behalf of Interested Party Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California
ross@snowspencelaw.com,
janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Ross Spence on behalf of Interested Party Santa Barbara Air Pollution Control District
ross@snowspencelaw.com,
janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Christopher D Sullivan on behalf of Creditor Diamond McCarthy LLP
csullivan@diamondmccarthy.com,
mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com

Jennifer Taylor on behalf of Interested Party UBS AG, London Branch
jtaylor@omm.com

