

**FILED & ENTERED**

**SEP 26 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ortiz            DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

In re:

HVI CAT CANYON, INC.,

    Debtor.

Case No.: 9:19-bk-11573-MB

Chapter 11

**ORDER REGARDING EXHIBITS FOR THE EVIDENTIARY HEARING ON THE MOTION TO APPROVE USE OF CASH COLLATERAL, THE MOTION TO ALLOW DEBTOR TO SURCHARGE COLLATERAL PURSUANT TO 11 U.S.C. §§ 506(C) AND 552(B) AND THE MOTION IN LIMINE TO PRECLUDE 2016 NETHERLAND SEWELL RESERVE REPORT AT CASH-COLLATERAL HEARING**

    Evidentiary Hearings
Date:  October 3, 2019
Time:  10:00 a.m.
Ctrm:  201
      1415 State Street
      Santa Barbara, California

On September 23, 2019, the Court set an evidentiary hearing for October 3, 2019 at 10:00 a.m. (the "Evidentiary Hearing") on the following motions: *Motion to Approve Use of Cash Collateral* (Case Dkt. 11), *Motion to Allow Debtor to Surcharge Collateral Pursuant to 11 U.S.C. §§ 506(c) and 552(b)* (Case Dkt. 55) and *Secured Creditor UBS AG, London Branch's Motion in Limine To Preclude 2016 Netherland Sewell Reserve Report at Cash-Collateral Hearing* (Case Dkt. 83). The following procedures will govern the use of exhibits at the Evidentiary Hearing:

1. Local Bankruptcy Rule 9071-1 and Judge Barash's Trial Procedures Supplement require the exhibits of movants to be marked with numbers and the exhibits of respondents to be marked with letters. For purposes of the Evidentiary Hearing, Debtor's exhibits shall be identified by letters and the exhibits of respondents shall be identified by numbers. Respondents shall identify their numbered exhibits with a prefix indicating which respondent is offering the exhibit, e.g., "UBS-1," "SB-1" or "Buganko -1."
2. All exhibits must be internally paginated.
3. On October 3, 2019, each party must provide the Court with:
    a. One set of exhibits bearing exhibit stickers as described below; and
    b. Two sets of three-ring exhibit binders with each exhibit separately tabbed. One set will be for the witness and one for the Judge. The parties are expected to provide their own working copies of each parties' exhibits.
4. The parties are not required to obtain official exhibit stickers or tags from the Court. The parties should prepare their own exhibit stickers substantially similar to the example below. The exhibit sticker should be affixed to the back of the last page of the

\\\\
\\\\
\\\\
\\\\

exhibit. The Debtor's exhibit stickers should be yellow; the respondents' exhibit stickers should be blue.

```
9:19-bk-11573-MB
HVI CAT CANYON, INC.


[NAME OF PARTY]'S EXH.. _____


 DATE IDENTIFIED _____


 DATE ADMITTED _____
```

# # #

Date: September 26, 2019

_____
Martin R Barash
United States Bankruptcy Judge