

FILED & ENTERED

SEP 26 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| In re: | Case No.:  9:19-bk-11573-MB |
|---|---|
| HVI CAT CANYON, INC., | Chapter  11 |
| Debtor-in-Possession. | **ORDER:** |
| | **[1] GRANTING THE EMERGENCY MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF CONCERNING CASH COLLATERAL AND SURCHARGE MOTIONS FILED BY GIT, INC. [CASE DKT. 276] AND** |
| | **[2] PERMITTING PARTIES TO FILE SUPPLEMENTAL BRIEFS RE: NINTH CIRCUIT AUTHORITIES CONCERNING CASH COLLATERAL AND SURCHARGE MOTIONS** |

On September 25, 2019, GIT, Inc. ("GIT") filed its *Emergency Motion For Leave to File Supplemental Brief Concerning Cash Collateral and Surcharge Motions* (the "Emergency Motion"). Case Dkt. 276. Having considered the Emergency Motion and the record in this case, and for good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. The Emergency Motion is GRANTED. GIT may file a single brief of points and authorities, not to exceed five pages, addressing relevant legal authorities within the Ninth Circuit concerning the *Motion to Approve Use of Cash Collateral* (Case Dkt. 11, the "Cash Collateral Motion") and the *Motion to Allow Debtor to Surcharge Collateral Pursuant to 11 U.S.C. §§ 506(c) and 552(b)* (Case Dkt. 55, the "Surcharge Motion") filed by the debtor and debtor in possession HVI Cat Canyon, Inc. (the "Debtor"). GIT must file its supplemental brief no later than **September 27, 2019 at noon, Pacific Time** and serve such supplemental brief on counsel for the Debtor, counsel for Official Committee of Unsecured Creditors (the "OCC"), Brian D. Fittipaldi of the United States Trustee ("OUST"), and counsel for any party who filed a response to the Cash Collateral Motion or the Surcharge Motion by Notice of Electronic Filing ("NEF") or overnight mail so that is received by noon, Pacific Time, on September 30, 2019.

2. The Debtor may also file a single brief of points and authorities, not to exceed five pages, addressing relevant legal authorities within the Ninth Circuit concerning the Cash Collateral Motion and the Surcharge Motion no later than **September 27, 2019 at noon, Pacific Time** and serve such supplemental brief on counsel for the Debtor, counsel for the OCC, OUST, and counsel for any party who filed a response to the Cash Collateral Motion or the Surcharge Motion by NEF or overnight mail so that is received by noon, Pacific Time, on September 30, 2019.

3. Any party who previously filed a response to the Cash Collateral Motion or the Surcharge Motion may respond to the supplemental briefs filed by the Debtor or GIT by filing a single brief not to exceed five pages no later than **October 1, 2019 at noon, Pacific Time** and

1 serve such responsive brief on counsel for the Debtor, counsel for the OCC, OUST and counsel for
2 GIT by NEF or overnight mail so that it is received by October 2, 2019.

### 

Date: September 26, 2019

Martin R Barash
United States Bankruptcy Judge