O'MELVENY & MYERS LLP
Evan M. Jones (S.B. # 115827)
Brian M. Metcalf (S.B. # 205809)
Darren L. Patrick (S.B. # 310727)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: ejones@omm.com
E-mail: bmetcalf@omm.com
E-mail: dpatrick@omm.com

Gary Svirsky (N.Y. SBN: 2899417)
Samantha M. Indelicato (N.Y. SBN: 5598263)
(appearing *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: gsvirsky@omm.com
E-mail: sindelicato@omm.com

*Attorneys for UBS AG, London Branch*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | **EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDEEP S. GREWAL IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363 APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001 [DKT. NO. 52]** |
| | <u>Hearing</u><br>Date:   October 3, 2019<br>Time:   10:00 a.m.<br>Place:   Courtroom 201<br>            1415 State Street<br>            Santa Barbara, California |

UBS AG, London Branch ("UBS"), the largest secured creditor of this bankruptcy estate, submits the following evidentiary objections pursuant to the Federal Rules of Evidence ("FRE") to the *Declaration of Randeep S. Grewal in Support of Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 Approving Use of Cash Collateral, Providing Adequate Protection and Setting Final Hearing Pursuant to Bankruptcy Rule 4001* filed on August 15, 2019. *See* Docket No. 52 ("Grewal Declaration"). The Grewal Declaration purports to introduce two pieces of documentary "evidence" to support the Debtor's underlying cash collateral motion,[1] neither of which is admissible: (1) an incomplete set of audited 2016 year-end financial statements for the Debtor and (2) a document entitled "Estimates of Reserves and Future Revenue to the HVI Cat Canyon, Inc. Interest in Certain Oil and Gas Properties located in California as of December 31, 2016," purportedly prepared by Netherland, Sewell & Associates, Inc. (the "2016 Reserve Report"). *See* Docket No. 52-1, 52-2.[2] Both of these documents are inadmissible hearsay for which Mr. Grewal has failed to demonstrate any knowledge, foundation, or expertise. Indeed, at the first day hearing, the Court expressly ruled that the 2016 Reserve Report was hearsay:

> Look, you can ask him if he knows personally whether reports were sent to UBS, and how many times and when the most recent one was, but testimony about what the reports said or showed without the reports themselves, without anybody who prepared them here to testify about them, is just hearsay.[3]

The Debtor filed the Cash Collateral Motion while this case was pending in the United States Bankruptcy Court for the Southern District of New York. In that venue, evidentiary objections are typically raised by oral objection at the hearing or by motion *in limine*. Accordingly, on August 3, 2019, UBS filed a motion *in limine* to preclude admission of, or testimony based on, the Reserve Report, among other reasons because that Court had already ruled—at the first day cash collateral hearing—that the Reserve Report was inadmissible hearsay

---

[1] *See* Docket No. 11 (the "Cash Collateral Motion").

[2] For the Court's convenience, the Grewal Declaration and accompanying exhibits are attached hereto as **Exhibit A**.

[3] Transcript of August 1, 2019 Hearing at 38:20–25.

and the Grewal Declaration did nothing to cure the hearsay problem the Court identified on the record.  *See* Docket No. 83.[4]  That motion *in limine* is still pending.

Now that the Debtor's bankruptcy case has been transferred to the Central District of California, UBS submits these evidentiary objections pursuant to Local Rule 9013 in advance of the cash collateral hearing currently set for October 3, 2019.  *See* LBR 9013–1(i) (providing that "[f]actual contentions involved in any motion … must be presented, heard, and determined upon declarations and other written evidence" and that "[a]n evidentiary objection may be deemed waived unless it is … set forth in a separate document[.]").

UBS objects to the admission of the 2016 Reserve Report for all of the reasons stated herein and in the Motion in Limine.  UBS further objects to the admission of the 2016 Financial Statement because it, too, is hearsay for which no competent foundation has been established.

| No. | Objectionable Testimony And Proffered Evidence | Grounds for Objection | Sustained / Overruled |
|-----|-----------------------------------------------|----------------------|----------------------|
| 1. | Objectionable Testimony:<br><br>¶ 3.  "Annexed hereto as Exhibit 'A' is a true and correct copy of the audited financial statement for the year ending December 31, 2016 provided to Debtor by BDO USA, LLP on or around June 13, 2017."<br><br>Objectionable Evidence:<br><br>Exhibit A to Grewal Declaration (2016 Financial Statement) | Objections: hearsay (FRE 801, 802), lack of foundation (FRE 602), inadmissible opinion, conclusory (FRE 701), speculative (FRE 602), lack of authentication (FRE 901).<br><br>The 2016 Financial Statement is textbook hearsay: an unsworn, out-of-court statement offered by the Debtor in an apparent attempt to prove the value of its oil and gas assets.  *See* FRE 801(c).  But the Grewal Declaration does nothing to cure the hearsay problem.  There is no indication of what BDO personnel were involved or could testify as to the Statement's accuracy or significance.  The attached "audit letter" is simply signed "BDO USA, LLP."  There is no foundation for any exception to the hearsay rule.  Nor is there any evidence to suggest that Mr. Grewal has any expertise | SUSTAINED<br><br>_____<br><br><br>OVERRULED<br><br><br>_____ |

---

[4] For the Court's convenience, a copy of the Motion in Limine is attached hereto as **Exhibit B**.

EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | in analyzing or interpreting financial statements.  His attempt to use the 2016 Financial Statement is reliance on hearsay with no foundation for any exception.  Finally, Mr. Grewal has not authenticated the 2016 Statement, which is facially incomplete.  Specifically, the Statement includes numerous references to BDO's "accompanying notes to financial statements" that are missing from the document.  *See* Docket No. 52-1 at pp. 9–12.  Thus, Mr. Grewal's assertion that Exhibit A to the Grewal Declaration is a "true and correct copy" of the BDO report is incorrect. | |
| 2. | Objectionable Testimony:  ¶ 4.  "Annexed hereto as Exhibit 'B' is a true and correct copy of the Estimate of Reserves and Future Revenue to the HVI Cat Canyon, Inc. Interest in Certain Oil and Gas Properties located in California as of December 31, 2016 provided to the Debtor by petroleum consultants Netherland, Sewell and Associates, Inc., on or about May 5, 2017."  Objectionable Evidence:  Exhibit B to Grewal Declaration (2016 Reserve Report) | Objections: hearsay (FRE 801, 802), lack of foundation (FRE 602), inadmissible opinion, conclusory (FRE 701), speculative (FRE 602).  The 2016 Reserve Report is inadmissible hearsay.  Indeed, on August 1, 2019—while this case was pending in the Southern District of New York—Judge Wiles already ruled that the 2016 Reserve Report was inadmissible.  *See* Docket No. 83 (Motion in Limine) at 5–6.  Despite this ruling, Mr. Grewal has not even attempted to overcome the hearsay problem.  In his threadbare declaration, Mr. Grewal provides no facts showing that he has any expertise in analyzing reserve reports or has any foundation for estimating the Debtor's value on the basis of the Report.  Any reliance on the 2016 Reserve Report is speculative and unsupported. | SUSTAINED  _____  OVERRULED  _____ |

Dated:  September 26, 2019

Respectfully submitted,

O'MELVENY & MYERS LLP

*/s/ Darren L. Patrick*
Darren L. Patrick
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: ejones@omm.com
E-mail: bmetcalf@omm.com
E-mail: dpatrick@omm.com

Gary Svirsky
Samantha M. Indelicato
(appearing *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: gsvirsky@omm.com
E-mail: sindelicato@omm.com

*Attorneys for UBS AG, London Branch*

EVIDENTIARY OBJECTIONS

EXHIBIT A

Richard E. Weltman (rew@weltmosk.com)
Michael L. Moskowitz (mlm@weltmosk.com)
Debra Kramer (dk@weltmosk.com)
Michele K. Jaspan (mkj@weltmosk.com)
Adrienne Woods (aw@weltmosk.com)
Melissa A. Guseynov (mag@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor-in-Possession*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:                                            ) Chapter 11 Case.
                                                  )
                                                  )
HVI CAT CANYON, INC.,                             ) Case No. 19-12417 (MEW)
                                                  )
                          Debtor.                 )
                                                  )

---

**DECLARATION OF RANDEEP S. GREWAL IN SUPPORT OF MOTION FOR
INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363
APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE
PROTECTION AND SETTING FINAL HEARING
PURSUANT TO BANKRUPTCY RULE 4001**

Randeep S. Grewal, pursuant to 28 U.S.C. § 1746, declares and respectfully says:

1.    I am Chairman of HVI CAT CANYON, INC. ("Debtor"), debtor and debtor-in-

possession in the above-captioned case. I submit this declaration in further support of Debtor's

motion for entry of a final order approving use of cash collateral ("Motion").

2.    Except as otherwise indicated, I have personal knowledge of the matters set forth

herein and, if called as a witness, would testify competently thereto.

3.    Annexed hereto as Exhibit "A" is a true and correct copy of the audited financial

statement for the year ending December 31, 2016 provided to Debtor by BDO USA, LLP on or

around June 13, 2017.

4.    Annexed hereto as Exhibit "B" is a true and correct copy of the Estimate of

Reserves and Future Revenue to the HVI Cat Canyon, Inc. Interest in Certain Oil and Gas

Properties located in California as of December 31, 2016 provided to the Debtor by petroleum consultants Netherland, Sewell and Associates, Inc., on or about May 5, 2017.

Randeep S. Grewal, Chairman of HVI Cat Canyon, Inc., declares under the penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of August 2019.

_____

Randeep S. Grewal

2

# EXHIBIT A

# HVI Cat Canyon, Inc.

## Financial Statements

### Year Ended December 31, 2016

The report accompanying these financial statements was issued by BDO USA, LLP, a Delaware limited liability partnership and the U.S. member of BDO International Limited, a UK company limited by guarantee.

# HVI Cat Canyon, Inc.

Financial Statements
Year Ended December 31, 2016

# HVI Cat Canyon, Inc.

## Contents

Independent Auditor's Report ............................................................... 1

**Financial Statements**

Balance Sheet ............................................................................... 4

Statement of Operations ................................................................. 6

Statement of Changes in Stockholder's Deficit ....................................... 7

Statement of Cash Flows ................................................................. 8

Notes to Financial Statements .......................................................... 9



Tel:  214-969-7007
Fax:  214-953-0722
**www.bdo.com**

600 North Pearl, Suite 1700
Dallas, TX 75201

### Independent Auditor's Report

The Board of Directors
HVI Cat Canyon, Inc.
Santa Maria, CA

We have audited the accompanying financial statements of HVI Cat Canyon, Inc. (the "Company"), which comprise the balance sheet as of December 31, 2016 and the related statements of operations, changes in stockholder's deficit, and cash flows for the year then ended, and the related notes to the financial statements.

#### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

#### *Auditor's Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our qualified audit opinion.

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



### Basis for Qualified Opinion

HVI Cat Canyon, Inc. has accrued a liability for royalties payable of $10,073,243 at December 31, 2016.  The Company is in the process of analyzing the underlying documentation of certain suspended royalties to determine their validity.  We were unable to obtain sufficient audit evidence as to the existence of such royalties and consequently, we were unable to determine whether adjustments to these amounts were necessary.

Additionally, the Company has evaluated their oil and gas properties using a reserve study based on NYMEX pricing as opposed to the SEC pricing methodology required by generally accepted accounting principles for companies using the full cost method of accounting.  The effect of using such pricing model on the Company's accompanying financial statements has not been determined.

### Qualified Opinion

In our opinion, except for the possible effects of the matters described in the Basis for Qualified Opinion paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of HVI Cat Canyon, Inc. as of December 31, 2016, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

### Emphasis of Matter Regarding Going Concern

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As described in Note 1 to the financial statements, the Company has suffered recurring losses from operations and has a net capital deficiency that raise substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are also described in Note 1. The financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion is not modified with respect to this matter.

BDO USA, LLP

Dallas, Texas
June 13, 2017

2

# Financial Statements

# HVI Cat Canyon, Inc.

## Balance Sheet

| December 31, | 2016 |
|---|---:|
| **Assets** | |
| | |
| **Current assets** | |
| Cash and cash equivalents | $ - |
| Accounts receivable, trade | 634,665 |
| Inventories | 56,325 |
| | |
| Total current assets | 690,990 |
| | |
| **Property and equipment, at cost** | |
| Oil and gas properties (full cost method) | 134,530,159 |
| Plant and equipment | 291,557 |
| | |
| Total properly and equipment | 134,821,716 |
| | |
| Less: Accumulated depreciation, depletion and  amortization | (43,048,505) |
| | |
| Property and equipment, net | 91,773,211 |
| | |
| **Other assets** | |
| Intercompany, net | 91,956,571 |
| Deposits | 1,011,211 |
| | |
| **Total assets** | $ 185,431,983 |

4

# HVI Cat Canyon, Inc.

## Balance Sheet

| December 31, | | 2016 |
|---|---|---|
| **Liabilities and Stockholder's Deficit** | | |
| **Current liabilities** | | |
| Accounts payable | $ | 9,192,245 |
| Accrued expenses | | 4,192,060 |
| Royalties payable - current | | 327,809 |
| Total current liabilities | | 13,712,114 |
| Notes payable – related parties, net | | 64,267,948 |
| Suspended royalties payable | | 10,073,243 |
| Asset retirement obligation | | 3,541,880 |
| Long-term debt, net | | 101,909,773 |
| Total liabilities | | 193,504,958 |
| **Commitments and contingencies** | | |
| **Stockholder's deficit** | | |
| Common stock | | - |
| Deficit | | (8,072,975) |
| Total stockholder's deficit | | (8,072,975) |
| **Total liabilities and stockholder's deficit** | $ | 185,431,983 |

*See accompanying notes to financial statements.*

5

# HVI Cat Canyon, Inc.

## Statement of Operations

| Year ended December 31, | | 2016 |
|---|---|---|
| Revenues | $ | 18,539,791 |
| | | |
| Operating expenses | | |
| Production costs | | 17,339,248 |
| General and administrative | | 4,151,574 |
| Depreciation, depletion and amortization | | 4,499,801 |
| Total operating expenses | | 25,990,623 |
| Operating loss | | (7,450,832) |
| Other income (expense) | | |
| Gain on loan restructure | | 112,776,224 |
| Interest expense | | (11,688,284) |
| Other income | | 93,583 |
| Other income, net | | 101,181,523 |
| Income before taxes | | 93,730,691 |
| Income taxes | | - |
| Net income | $ | 93,730,691 |

*See accompanying notes to financial statements.*

6

# HVI Cat Canyon, Inc.
## Statement of Changes in Stockholder's Deficit

| | Common Stock | | | |
| | Shares | Amount | Deficit | Total |
|---|---|---|---|---|
| **Balance** as of December 31, 2015 | 1,000 | $            - | $  (101,803,666) | $  (101,803,666) |
| Net income | - | - | 93,730,691 | 93,730,691 |
| **Balance** as of December 31, 2016 | 1,000 | $            - | $    (8,072,975) | $    (8,072,975) |

*See accompanying notes to financial statements.*

7

# HVI Cat Canyon, Inc.

## Statement of Cash Flows

| Years ended December 31, | | 2016 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income | $ | 93,730,691 |
| Adjustments to reconcile net income to net cash (used in) operating activities: | | |
| Depreciation and amortization | | 4,139,801 |
| Accretion of asset retirement obligation | | 360,000 |
| Amortization of deferred financing fees | | 167,921 |
| Gain on loan restructure | | (112,776,224) |
| PIK interest capitalized on long-term payable | | 3,169,182 |
| Capitalized interest on related party debt | | 7,949,661 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | | (58,508) |
| Inventory | | (3,233) |
| Intercompany | | (3,972,323) |
| Other assets | | (394,760) |
| Accounts payable and accrued expenses | | 2,927,098 |
| Royalties payable | | 432,916 |
| **Net cash used in operating activities** | | (4,327,778) |
| **Cash flows from investing activities** | | |
| Purchases of property and equipment | | (2,372,222) |
| **Net cash used in investing activities** | | (2,372,222) |
| **Cash flows from financing activities** | | |
| Proceeds from note payable related party | | 6,700,000 |
| **Net cash provided by financing activities** | | 6,700,000 |
| Net change in cash and cash equivalents | | - |
| **Cash and cash equivalents,** beginning of year | | - |
| **Cash and cash equivalents,** end of year | $ | - |
| **Supplemental disclosures of cash flow information** | | |
| Change to oil and gas properties related to asset retirement obligation liabilities | $ | (471,685) |
| Accrual of deferred finance fees | $ | 1,427,330 |

*See accompanying notes to financial statements.*

# EXHIBIT B

# ESTIMATES

of

# RESERVES AND FUTURE REVENUE

## to the

# HVI CAT CANYON, INC. INTEREST

### in

# CERTAIN OIL AND GAS PROPERTIES

## located in

# CALIFORNIA

## as of

# DECEMBER 31, 2016

**BASED ON PRICE AND COST PARAMETERS**

specified by

**HVI CAT CANYON, INC.**



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

WORLDWIDE PETROLEUM
CONSULTANTS
ENGINEERING · GEOLOGY
GEOPHYSICS · PETROPHYSICS

**NSAI** NETHERLAND, SEWELL & ASSOCIATES, INC.

WORLDWIDE PETROLEUM CONSULTANTS
ENGINEERING · GEOLOGY · GEOPHYSICS · PETROPHYSICS

EXECUTIVE COMMITTEE

ROBERT C. BARG        MIKE K. NORTON
P. SCOTT FROST        DAN PAUL SMITH
JOHN G. HATTNER       JOSEPH J. SPELLMAN
J. CARTER HENSON, JR.   DANIEL T. WALKER

CHAIRMAN & CEO
C.H. (SCOTT) REES III
PRESIDENT & COO
DANNY D. SIMMONS
EXECUTIVE VP
G. LANCE BINDER

May 5, 2017

Mr. Randeep S. Grewal
HVI Cat Canyon, Inc.
630 5th Avenue, Suite 2410
New York, New York 10111

Dear Mr. Grewal:

In accordance with your request, we have estimated the proved, probable, and possible reserves and future revenue, as of December 31, 2016, to the HVI Cat Canyon, Inc. (HVI) interest in certain oil and gas properties located in California, as listed in the accompanying tabulations. We completed our evaluation on or about the date of this letter. This report has been prepared using price and cost parameters specified by HVI, as discussed in subsequent paragraphs of this letter. The estimates in this report have been prepared in accordance with the definitions and guidelines set forth in the 2007 Petroleum Resources Management System (PRMS) approved by the Society of Petroleum Engineers (SPE); definitions are presented immediately following this letter.

We estimate the net reserves and future net revenue to the HVI interest in these properties, as of December 31, 2016, to be:

| Category | Net Reserves | | Future Net Revenue (M$) | |
| --- | --- | --- | --- | --- |
| | Oil (MBBL) | Gas (MMCF) | Total | Present Worth at 10% |
| Proved Developed Producing | 5,940.4 | 269.1 | 52,806.7 | 35,305.7 |
| Proved Developed Non-Producing | 10,430.7 | 848.4 | 154,093.1 | 64,348.6 |
| Proved Undeveloped | 4,252.2 | 444.1 | 117,522.3 | 36,198.6 |
| Total Proved | 20,623.3 | 1,561.5 | 324,422.1 | 135,852.9 |
| Probable | 8,855.6 | 864.4 | 190,855.5 | 50,225.0 |
| Possible | 6,636.1 | 34.5 | 193,548.9 | 49,258.2 |

*Totals may not add because of rounding.*

The oil volumes shown include crude oil only. Oil volumes are expressed in thousands of barrels (MBBL); a barrel is equivalent to 42 United States gallons. Gas volumes are expressed in millions of cubic feet (MMCF) at standard temperature and pressure bases. Oil equivalent volumes shown in this report are expressed in thousands of barrels of oil equivalent (MBOE), determined using the ratio of 6 MCF of gas to 1 barrel of oil.

The estimates shown in this report are for proved, probable, and possible reserves. This report does not include any value that could be attributed to interests in undeveloped acreage beyond those tracts for which undeveloped reserves have been estimated. Reserves categorization conveys the relative degree of certainty; reserves subcategorization is based on development and production status. The estimates of reserves and future revenue included herein have not been adjusted for risk.

As shown in the Table of Contents, this report includes summary projections of reserves and revenue by reserves category for all properties. Included for each field or area are reserves and economics data by reserves category; these data include summary projections of reserves and revenue along with one-line summaries of basic data, reserves, and economics by lease.

2100 ROSS AVENUE, SUITE 2200 · DALLAS, TEXAS 75201 · PH: 214-969-5401 · FAX: 214-969-5411
1301 MCKINNEY STREET, SUITE 3200 · HOUSTON, TEXAS 77010 · PH: 713-654-4950 · FAX: 713-654-4951

info@nsai-petro.com
netherlandsewell.com



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

Gross revenue shown in this report is HVI's share of the gross (100 percent) revenue from the properties prior to any deductions. Future net revenue is after deductions for HVI's share of production taxes, ad valorem taxes, capital costs, and operating expenses but before consideration of any income taxes. For the purposes of this report, the production and ad valorem taxes are included in operating costs. The future net revenue has been discounted at an annual rate of 10 percent to determine its present worth, which is shown to indicate the effect of time on the value of money. Future net revenue presented in this report, whether discounted or undiscounted, should not be construed as being the fair market value of the properties.

As requested, this report has been prepared using oil and gas price parameters specified by HVI. Oil prices are based on January 3, 2017, NYMEX West Texas Intermediate prices and are adjusted by field for quality, transportation fees, and market differentials. Gas prices are based on January 3, 2017, NYMEX Henry Hub prices and are adjusted by field for energy content, transportation fees, and market differentials. All prices, before adjustments, are shown in the following table:

| Period Ending | Oil Price ($/Barrel) | Gas Price ($/MMBTU) |
|---|---|---|
| 12-31-2017 | 54.84 | 3.384 |
| 12-31-2018 | 55.69 | 3.065 |
| 12-31-2019 | 55.24 | 2.861 |
| 12-31-2020 | 55.18 | 2.865 |
| Thereafter | 55.33 | 2.895 |

Operating costs used in this report are based on operating expense records of HVI, the operator of the properties, and include only direct lease- and field-level costs. Operating costs have been divided into field-level costs, per-well costs, Belridge North Field per-unit-of-steam costs, and Santa Maria Valley Area per-unit-of-oil costs. As requested, these costs do not include the per-well overhead expenses allowed under joint operating agreements, nor do they include the headquarters general and administrative overhead expenses of HVI. Also as requested, operating costs are not escalated for inflation.

Capital costs used in this report were provided by HVI and are based on authorizations for expenditure and actual costs from recent activity. Capital costs are included as required for workovers, new development wells, and production equipment. Based on our understanding of future development plans, a review of the records provided to us, and our knowledge of similar properties, we regard these estimated capital costs to be reasonable. As requested, capital costs are not escalated for inflation. Also as requested, our estimates do not include any salvage value for the lease and well equipment or the cost of abandoning the properties.

For the purposes of this report, we did not perform any field inspection of the properties, nor did we examine the mechanical operation or condition of the wells and facilities. We have not investigated possible environmental liability related to the properties; therefore, our estimates do not include any costs due to such possible liability.

We have made no investigation of potential volume and value imbalances resulting from overdelivery or underdelivery to the HVI interest. Therefore, our estimates of reserves and future revenue do not include adjustments for the settlement of any such imbalances; our projections are based on HVI receiving its net revenue interest share of estimated future gross production. Additionally, we have made no investigation of any firm transportation contracts that may be in place for these properties; no adjustments have been made to our estimates of future revenue to account for such contracts.

The reserves shown in this report are estimates only and should not be construed as exact quantities. Proved reserves are those quantities of oil and gas which, by analysis of engineering and geoscience data, can be estimated with reasonable certainty to be commercially recoverable; probable and possible reserves are those additional reserves which are sequentially less certain to be recovered than proved reserves. Estimates of reserves may increase or decrease as a result of market conditions, future operations, changes in regulations, or actual reservoir performance. In addition to the primary economic assumptions discussed herein, our estimates are based on certain assumptions including, but not limited to, that the properties will be developed consistent



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

with current development plans as provided to us by HVI, that the properties will be operated in a prudent manner, that no governmental regulations or controls will be put in place that would impact the ability of the interest owner to recover the reserves, and that our projections of future production will prove consistent with actual performance. If the reserves are recovered, the revenues therefrom and the costs related thereto could be more or less than the estimated amounts. Because of governmental policies and uncertainties of supply and demand, the sales rates, prices received for the reserves, and costs incurred in recovering such reserves may vary from assumptions made while preparing this report.

For the purposes of this report, we used technical and economic data including, but not limited to, well logs, geologic maps, well test data, production data, historical price and cost information, and property ownership interests. The reserves in this report have been estimated using deterministic methods; these estimates have been prepared in accordance with generally accepted petroleum engineering and evaluation principles set forth in the Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information promulgated by the SPE (SPE Standards). We used standard engineering and geoscience methods, or a combination of methods, including performance analysis, volumetric analysis, and analogy, that we considered to be appropriate and necessary to classify, categorize, and estimate reserves in accordance with the 2007 PRMS definitions and guidelines. A substantial portion of these reserves are for behind-pipe zones, shut-in wells to be returned to production, and undeveloped locations; such reserves are based on estimates of reservoir volumes and recovery efficiencies along with analogy to properties with similar geologic and reservoir characteristics. As in all aspects of oil and gas evaluation, there are uncertainties inherent in the interpretation of engineering and geoscience data; therefore, our conclusions necessarily represent only informed professional judgment.

The data used in our estimates were obtained from HVI, public data sources, and the nonconfidential files of Netherland, Sewell & Associates, Inc. and were accepted as accurate. Supporting work data are on file in our office. We have not examined the titles to the properties or independently confirmed the actual degree or type of interest owned. The technical persons primarily responsible for preparing the estimates presented herein meet the requirements regarding qualifications, independence, objectivity, and confidentiality set forth in the SPE Standards. We are independent petroleum engineers, geologists, geophysicists, and petrophysicists; we do not own an interest in these properties nor are we employed on a contingent basis.

Sincerely,

**NETHERLAND, SEWELL & ASSOCIATES, INC.**
Texas Registered Engineering Firm F-2699

/s/ C.H. (Scott) Rees III

By:

C.H. (Scott) Rees III, P.E.
Chairman and Chief Executive Officer

/s/ Craig H. Adams

By:

Craig H. Adams, P.E. 68137
Senior Vice President

/s/ John G. Hattner

By:

John G. Hattner, P.G. 559
Senior Vice President

Date Signed: May 5, 2017

Date Signed: May 5, 2017

CHA:KAT

Please be advised that the digital document you are viewing is provided by Netherland, Sewell & Associates, Inc. (NSAI) as a convenience to our clients. The digital document is intended to be substantively the same as the original signed document maintained by NSAI. The digital document is subject to the parameters, limitations, and conditions stated in the original document. In the event of any differences between the digital document and the original document, the original document shall control and supersede the digital document.



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

This document contains information excerpted from definitions and guidelines prepared by the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE) and reviewed and jointly sponsored by the World Petroleum Council (WPC), the American Association of Petroleum Geologists (AAPG), and the Society of Petroleum Evaluation Engineers (SPEE).

### Preamble
Petroleum resources are the estimated quantities of hydrocarbons naturally occurring on or within the Earth's crust. Resource assessments estimate total quantities in known and yet-to-be-discovered accumulations; resources evaluations are focused on those quantities that can potentially be recovered and marketed by commercial projects. A petroleum resources management system provides a consistent approach to estimating petroleum quantities, evaluating development projects, and presenting results within a comprehensive classification framework.

These definitions and guidelines are designed to provide a common reference for the international petroleum industry, including national reporting and regulatory disclosure agencies, and to support petroleum project and portfolio management requirements. They are intended to improve clarity in global communications regarding petroleum resources. It is expected that this document will be supplemented with industry education programs and application guides addressing their implementation in a wide spectrum of technical and/or commercial settings.

It is understood that these definitions and guidelines allow flexibility for users and agencies to tailor application for their particular needs; however, any modifications to the guidance contained herein should be clearly identified. The definitions and guidelines contained in this document must not be construed as modifying the interpretation or application of any existing regulatory reporting requirements.

## 1.0 Basic Principles and Definitions
The estimation of petroleum resource quantities involves the interpretation of volumes and values that have an inherent degree of uncertainty. These quantities are associated with development projects at various stages of design and implementation. Use of a consistent classification system enhances comparisons between projects, groups of projects, and total company portfolios according to forecast production profiles and recoveries. Such a system must consider both technical and commercial factors that impact the project's economic feasibility, its productive life, and its related cash flows.

### 1.1 Petroleum Resources Classification Framework
Petroleum is defined as a naturally occurring mixture consisting of hydrocarbons in the gaseous, liquid, or solid phase. Petroleum may also contain non-hydrocarbons, common examples of which are carbon dioxide, nitrogen, hydrogen sulfide and sulfur. In rare cases, non-hydrocarbon content could be greater than 50%.

The term "resources" as used herein is intended to encompass all quantities of petroleum naturally occurring on or within the Earth's crust, discovered and undiscovered (recoverable and unrecoverable), plus those quantities already produced. Further, it includes all types of petroleum whether currently considered "conventional" or "unconventional."

Figure 1-1 is a graphical representation of the SPE/WPC/AAPG/SPEE resources classification system. The system defines the major recoverable resources classes: Production, Reserves, Contingent Resources, and Prospective Resources, as well as Unrecoverable petroleum.

The "Range of Uncertainty" reflects a range of estimated quantities potentially recoverable from an accumulation by a project, while the vertical axis represents the "Chance of



Figure 1-1: Resources Classification Framework.


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

Commerciality", that is, the chance that the project that will be developed and reach commercial producing status. The following definitions apply to the major subdivisions within the resources classification:

**TOTAL PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated to exist originally in naturally occurring accumulations. It includes that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production plus those estimated quantities in accumulations yet to be discovered (equivalent to "total resources").

**DISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production.

**PRODUCTION** is the cumulative quantity of petroleum that has been recovered at a given date. While all recoverable resources are estimated and production is measured in terms of the sales product specifications, raw production (sales plus non-sales) quantities are also measured and required to support engineering analyses based on reservoir voidage (see Production Measurement, section 3.2).

Multiple development projects may be applied to each known accumulation, and each project will recover an estimated portion of the initially-in-place quantities. The projects shall be subdivided into Commercial and Sub-Commercial, with the estimated recoverable quantities being classified as Reserves and Contingent Resources respectively, as defined below.

**RESERVES** are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. Reserves must further satisfy four criteria: they must be discovered, recoverable, commercial, and remaining (as of the evaluation date) based on the development project(s) applied. Reserves are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by development and production status.

**CONTINGENT RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations, but the applied project(s) are not yet considered mature enough for commercial development due to one or more contingencies. Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be subclassified based on project maturity and/or characterized by their economic status.

**UNDISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum estimated, as of a given date, to be contained within accumulations yet to be discovered.

**PROSPECTIVE RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from undiscovered accumulations by application of future development projects. Prospective Resources have both an associated chance of discovery and a chance of development. Prospective Resources are further subdivided in accordance with the level of certainty associated with recoverable estimates assuming their discovery and development and may be sub-classified based on project maturity.

**UNRECOVERABLE** is that portion of Discovered or Undiscovered Petroleum Initially-in-Place quantities which is estimated, as of a given date, not to be recoverable by future development projects. A portion of these quantities may become recoverable in the future as commercial circumstances change or technological developments occur; the remaining portion may never be recovered due to physical/chemical constraints represented by subsurface interaction of fluids and reservoir rocks.

Estimated Ultimate Recovery (EUR) is not a resources category, but a term that may be applied to any accumulation or group of accumulations (discovered or undiscovered) to define those quantities of petroleum estimated, as of a given date, to be potentially recoverable under defined technical and commercial conditions plus those quantities already produced (total of recoverable resources).



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

### 1.2 Project-Based Resources Evaluations

The resources evaluation process consists of identifying a recovery project, or projects, associated with a petroleum accumulation(s), estimating the quantities of Petroleum Initially-in-Place, estimating that portion of those in-place quantities that can be recovered by each project, and classifying the project(s) based on its maturity status or chance of commerciality.

This concept of a project-based classification system is further clarified by examining the primary data sources contributing to an evaluation of net recoverable resources (see Figure 1-2) that may be described as follows:



Figure 1-2: Resources Evaluation Data Sources.

- The Reservoir (accumulation): Key attributes include the types and quantities of Petroleum Initially-in-Place and the fluid and rock properties that affect petroleum recovery.

- The Project: Each project applied to a specific reservoir development generates a unique production and cash flow schedule. The time integration of these schedules taken to the project's technical, economic, or contractual limit defines the estimated recoverable resources and associated future net cash flow projections for each project. The ratio of EUR to Total Initially-in-Place quantities defines the ultimate recovery efficiency for the development project(s). A project may be defined at various levels and stages of maturity; it may include one or many wells and associated production and processing facilities. One project may develop many reservoirs, or many projects may be applied to one reservoir.

- The Property (lease or license area): Each property may have unique associated contractual rights and obligations including the fiscal terms. Such information allows definition of each participant's share of produced quantities (entitlement) and share of investments, expenses, and revenues for each recovery project and the reservoir to which it is applied. One property may encompass many reservoirs, or one reservoir may span several different properties. A property may contain both discovered and undiscovered accumulations.

In context of this data relationship, "project" is the primary element considered in this resources classification, and net recoverable resources are the incremental quantities derived from each project. Project represents the link between the petroleum accumulation and the decision-making process. A project may, for example, constitute the development of a single reservoir or field, or an incremental development for a producing field, or the integrated development of several fields and associated facilities with a common ownership. In general, an individual project will represent the level at which a decision is made whether or not to proceed (i.e., spend more money) and there should be an associated range of estimated recoverable quantities for that project.

An accumulation or potential accumulation of petroleum may be subject to several separate and distinct projects that are at different stages of exploration or development. Thus, an accumulation may have recoverable quantities in several resource classes simultaneously.

In order to assign recoverable resources of any class, a development plan needs to be defined consisting of one or more projects. Even for Prospective Resources, the estimates of recoverable quantities must be stated in terms of the sales products derived from a development program assuming successful discovery and commercial development. Given the major uncertainties involved at this early stage, the development program will not be of the detail expected in later stages of maturity. In most cases, recovery efficiency may be largely based on analogous projects. In-place quantities for which a feasible project cannot be defined using current, or reasonably forecast improvements in, technology are classified as Unrecoverable.

Not all technically feasible development plans will be commercial. The commercial viability of a development project is dependent on a forecast of the conditions that will exist during the time period encompassed by the project's activities (see



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

Commercial Evaluations, section 3.1). "Conditions" include technological, economic, legal, environmental, social, and governmental factors. While economic factors can be summarized as forecast costs and product prices, the underlying influences include, but are not limited to, market conditions, transportation and processing infrastructure, fiscal terms, and taxes.

The resource quantities being estimated are those volumes producible from a project as measured according to delivery specifications at the point of sale or custody transfer (see Reference Point, section 3.2.1). The cumulative production from the evaluation date forward to cessation of production is the remaining recoverable quantity. The sum of the associated annual net cash flows yields the estimated future net revenue. When the cash flows are discounted according to a defined discount rate and time period, the summation of the discounted cash flows is termed net present value (NPV) of the project (see Evaluation and Reporting Guidelines, section 3.0).

The supporting data, analytical processes, and assumptions used in an evaluation should be documented in sufficient detail to allow an independent evaluator or auditor to clearly understand the basis for estimation and categorization of recoverable quantities and their classification.

## 2.0 Classification and Categorization Guidelines

### 2.1 Resources Classification
The basic classification requires establishment of criteria for a petroleum discovery and thereafter the distinction between commercial and sub-commercial projects in known accumulations (and hence between Reserves and Contingent Resources).

#### 2.1.1 Determination of Discovery Status
A discovery is one petroleum accumulation, or several petroleum accumulations collectively, for which one or several exploratory wells have established through testing, sampling, and/or logging the existence of a significant quantity of potentially moveable hydrocarbons.

In this context, "significant" implies that there is evidence of a sufficient quantity of petroleum to justify estimating the in-place volume demonstrated by the well(s) and for evaluating the potential for economic recovery. Estimated recoverable quantities within such a discovered (known) accumulation(s) shall initially be classified as Contingent Resources pending definition of projects with sufficient chance of commercial development to reclassify all, or a portion, as Reserves. Where in-place hydrocarbons are identified but are not considered currently recoverable, such quantities may be classified as Discovered Unrecoverable, if considered appropriate for resource management purposes; a portion of these quantities may become recoverable resources in the future as commercial circumstances change or technological developments occur.

#### 2.1.2 Determination of Commerciality
Discovered recoverable volumes (Contingent Resources) may be considered commercially producible, and thus Reserves, if the entity claiming commerciality has demonstrated firm intention to proceed with development and such intention is based upon all of the following criteria:

- Evidence to support a reasonable timetable for development.
- A reasonable assessment of the future economics of such development projects meeting defined investment and operating criteria.
- A reasonable expectation that there will be a market for all or at least the expected sales quantities of production required to justify development.
- Evidence that the necessary production and transportation facilities are available or can be made available.
- Evidence that legal, contractual, environmental and other social and economic concerns will allow for the actual implementation of the recovery project being evaluated.

To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability. There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame. A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.

Definitions - Page 4 of 10



**NSAI** NETHERLAND, SEWELL & ASSOCIATES, INC.

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests.

## 2.2 Resources Categorization
The horizontal axis in the Resources Classification (Figure 1.1) defines the range of uncertainty in estimates of the quantities of recoverable, or potentially recoverable, petroleum associated with a project. These estimates include both technical and commercial uncertainty components as follows:

- The total petroleum remaining within the accumulation (in-place resources).
- That portion of the in-place petroleum that can be recovered by applying a defined development project or projects.
- Variations in the commercial conditions that may impact the quantities recovered and sold (e.g., market availability, contractual changes).

Where commercial uncertainties are such that there is significant risk that the complete project (as initially defined) will not proceed, it is advised to create a separate project classified as Contingent Resources with an appropriate chance of commerciality.

### 2.2.1 Range of Uncertainty
The range of uncertainty of the recoverable and/or potentially recoverable volumes may be represented by either deterministic scenarios or by a probability distribution (see Deterministic and Probabilistic Methods, section 4.2).

When the range of uncertainty is represented by a probability distribution, a low, best, and high estimate shall be provided such that:

- There should be at least a 90% probability (P90) that the quantities actually recovered will equal or exceed the low estimate.
- There should be at least a 50% probability (P50) that the quantities actually recovered will equal or exceed the best estimate.
- There should be at least a 10% probability (P10) that the quantities actually recovered will equal or exceed the high estimate.

When using the deterministic scenario method, typically there should also be low, best, and high estimates, where such estimates are based on qualitative assessments of relative uncertainty using consistent interpretation guidelines. Under the deterministic incremental (risk-based) approach, quantities at each level of uncertainty are estimated discretely and separately (see Category Definitions and Guidelines, section 2.2.2).

These same approaches to describing uncertainty may be applied to Reserves, Contingent Resources, and Prospective Resources. While there may be significant risk that sub-commercial and undiscovered accumulations will not achieve commercial production, it is useful to consider the range of potentially recoverable quantities independently of such a risk or consideration of the resource class to which the quantities will be assigned.

### 2.2.2 Category Definitions and Guidelines
Evaluators may assess recoverable quantities and categorize results by uncertainty using the deterministic incremental (risk-based) approach, the deterministic scenario (cumulative) approach, or probabilistic methods (see "2001 Supplemental Guidelines," Chapter 2.5). In many cases, a combination of approaches is used.

Use of consistent terminology (Figure 1.1) promotes clarity in communication of evaluation results. For Reserves, the general cumulative terms low/best/high estimates are denoted as 1P/2P/3P, respectively. The associated incremental quantities are termed Proved, Probable and Possible. Reserves are a subset of, and must be viewed within context of, the complete resources classification system. While the categorization criteria are proposed specifically for Reserves, in most cases, they can be equally applied to Contingent and Prospective Resources conditional upon their satisfying the criteria for discovery and/or development.


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

For Contingent Resources, the general cumulative terms low/best/high estimates are denoted as 1C/2C/3C respectively. For Prospective Resources, the general cumulative terms low/best/high estimates still apply. No specific terms are defined for incremental quantities within Contingent and Prospective Resources.

Without new technical information, there should be no change in the distribution of technically recoverable volumes and their categorization boundaries when conditions are satisfied sufficiently to reclassify a project from Contingent Resources to Reserves. All evaluations require application of a consistent set of forecast conditions, including assumed future costs and prices, for both classification of projects and categorization of estimated quantities recovered by each project (see Commercial Evaluations, section 3.1).

Based on additional data and updated interpretations that indicate increased certainty, portions of Possible and Probable Reserves may be re-categorized as Probable and Proved Reserves.

Uncertainty in resource estimates is best communicated by reporting a range of potential results. However, if it is required to report a single representative result, the "best estimate" is considered the most realistic assessment of recoverable quantities. It is generally considered to represent the sum of Proved and Probable estimates (2P) when using the deterministic scenario or the probabilistic assessment methods. It should be noted that under the deterministic incremental (risk-based) approach, discrete estimates are made for each category, and they should not be aggregated without due consideration of their associated risk (see "2001 Supplemental Guidelines," Chapter 2.5).

### Table 1: Recoverable Resources Classes and Sub-Classes

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| **Reserves** | Reserves are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. | Reserves must satisfy four criteria: they must be discovered, recoverable, commercial, and remaining based on the development project(s) applied. Reserves are further subdivided in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their development and production status.<br><br>To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability. There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame.<br><br>A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.<br><br>To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests. |
| On Production | The development project is currently producing and selling petroleum to market. | The key criterion is that the project is receiving income from sales, rather than the approved development project necessarily being complete. This is the point at which the project "chance of commerciality" can be said to be 100%.<br><br>The project "decision gate" is the decision to initiate commercial production from the project. |



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Approved for Development | All necessary approvals have been obtained, capital funds have been committed, and implementation of the development project is under way. | At this point, it must be certain that the development project is going ahead. The project must not be subject to any contingencies such as outstanding regulatory approvals or sales contracts. Forecast capital expenditures should be included in the reporting entity's current or following year's approved budget.<br><br>The project "decision gate" is the decision to start investing capital in the construction of production facilities and/or drilling development wells. |
| Justified for Development | Implementation of the development project is justified on the basis of reasonable forecast commercial conditions at the time of reporting, and there are reasonable expectations that all necessary approvals/contracts will be obtained. | In order to move to this level of project maturity, and hence have reserves associated with it, the development project must be commercially viable at the time of reporting, based on the reporting entity's assumptions of future prices, costs, etc. ("forecast case") and the specific circumstances of the project. Evidence of a firm intention to proceed with development within a reasonable time frame will be sufficient to demonstrate commerciality. There should be a development plan in sufficient detail to support the assessment of commerciality and a reasonable expectation that any regulatory approvals or sales contracts required prior to project implementation will be forthcoming. Other than such approvals/contracts, there should be no known contingencies that could preclude the development from proceeding within a reasonable timeframe (see Reserves class).<br><br>The project "decision gate" is the decision by the reporting entity and its partners, if any, that the project has reached a level of technical and commercial maturity sufficient to justify proceeding with development at that point in time. |
| **Contingent Resources** | Those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations by application of development projects, but which are not currently considered to be commercially recoverable due to one or more contingencies. | Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their economic status. |
| Development Pending | A discovered accumulation where project activities are ongoing to justify commercial development in the foreseeable future. | The project is seen to have reasonable potential for eventual commercial development, to the extent that further data acquisition (e.g. drilling, seismic data) and/or evaluations are currently ongoing with a view to confirming that the project is commercially viable and providing the basis for selection of an appropriate development plan. The critical contingencies have been identified and are reasonably expected to be resolved within a reasonable time frame. Note that disappointing appraisal/evaluation results could lead to a re-classification of the project to "On Hold" or "Not Viable" status.<br><br>The project "decision gate" is the decision to undertake further data acquisition and/or studies designed to move the project to a level of technical and commercial maturity at which a decision can be made to proceed with development and production. |
| Development Unclarified or on Hold | A discovered accumulation where project activities are on hold and/or where justification as a commercial development may be subject to significant delay. | The project is seen to have potential for eventual commercial development, but further appraisal/evaluation activities are on hold pending the removal of significant contingencies external to the project, or substantial further appraisal/evaluation activities are required to clarify the potential for eventual commercial development. Development may be subject to a significant time delay. Note that a change in circumstances, such that there is no longer a reasonable expectation that a critical contingency can be removed in the foreseeable future, for example, could lead to a reclassification of the project to "Not Viable" status.<br><br>The project "decision gate" is the decision to either proceed with additional evaluation designed to clarify the potential for eventual commercial development or to temporarily suspend or delay further activities pending resolution of external contingencies. |

 NETHERLAND, SEWELL & ASSOCIATES, INC.

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Development Not Viable | A discovered accumulation for which there are no current plans to develop or to acquire additional data at the time due to limited production potential. | The project is not seen to have potential for eventual commercial development at the time of reporting, but the theoretically recoverable quantities are recorded so that the potential opportunity will be recognized in the event of a major change in technology or commercial conditions.<br><br>The project "decision gate" is the decision not to undertake any further data acquisition or studies on the project for the foreseeable future. |
| **Prospective Resources** | Those quantities of petroleum which are estimated, as of a given date, to be potentially recoverable from undiscovered accumulations. | Potential accumulations are evaluated according to their chance of discovery and, assuming a discovery, the estimated quantities that would be recoverable under defined development projects. It is recognized that the development programs will be of significantly less detail and depend more heavily on analog developments in the earlier phases of exploration. |
| Prospect | A project associated with a potential accumulation that is sufficiently well defined to represent a viable drilling target. | Project activities are focused on assessing the chance of discovery and, assuming discovery, the range of potential recoverable quantities under a commercial development program. |
| Lead | A project associated with a potential accumulation that is currently poorly defined and requires more data acquisition and/or evaluation in order to be classified as a prospect. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to confirm whether or not the lead can be matured into a prospect. Such evaluation includes the assessment of the chance of discovery and, assuming discovery, the range of potential recovery under feasible development scenarios. |
| Play | A project associated with a prospective trend of potential prospects, but which requires more data acquisition and/or evaluation in order to define specific leads or prospects. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to define specific leads or prospects for more detailed analysis of their chance of discovery and, assuming discovery, the range of potential recovery under hypothetical development scenarios. |

### Table 2: Reserves Status Definitions and Guidelines

| Status | Definition | Guidelines |
|---|---|---|
| **Developed Reserves** | Developed Reserves are expected quantities to be recovered from existing wells and facilities. | Reserves are considered developed only after the necessary equipment has been installed, or when the costs to do so are relatively minor compared to the cost of a well. Where required facilities become unavailable, it may be necessary to reclassify Developed Reserves as Undeveloped. Developed Reserves may be further sub-classified as Producing or Non-Producing. |
| Developed Producing Reserves | Developed Producing Reserves are expected to be recovered from completion intervals that are open and producing at the time of the estimate. | Improved recovery reserves are considered producing only after the improved recovery project is in operation. |
| Developed Non-Producing Reserves | Developed Non-Producing Reserves include shut-in and behind-pipe Reserves. | Shut-in Reserves are expected to be recovered from (1) completion intervals which are open at the time of the estimate but which have not yet started producing, (2) wells which were shut-in for market conditions or pipeline connections, or (3) wells not capable of production for mechanical reasons. Behind-pipe Reserves are expected to be recovered from zones in existing wells which will require additional completion work or future re-completion prior to start of production.<br><br>In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well. |



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Status | Definition | Guidelines |
|---|---|---|
| Undeveloped Reserves | Undeveloped Reserves are quantities expected to be recovered through future investments: | (1) from new wells on undrilled acreage in known accumulations, (2) from deepening existing wells to a different (but known) reservoir, (3) from infill wells that will increase recovery, or (4) where a relatively large expenditure (e.g. when compared to the cost of drilling a new well) is required to (a) recomplete an existing well or (b) install production or transportation facilities for primary or improved recovery projects. |

### Table 3: Reserves Category Definitions and Guidelines

| Category | Definition | Guidelines |
|---|---|---|
| Proved Reserves | Proved Reserves are those quantities of petroleum, which by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. | If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.<br><br>The area of the reservoir considered as Proved includes (1) the area delineated by drilling and defined by fluid contacts, if any, and (2) adjacent undrilled portions of the reservoir that can reasonably be judged as continuous with it and commercially productive on the basis of available geoscience and engineering data.<br><br>In the absence of data on fluid contacts, Proved quantities in a reservoir are limited by the lowest known hydrocarbon (LKH) as seen in a well penetration unless otherwise indicated by definitive geoscience, engineering, or performance data. Such definitive information may include pressure gradient analysis and seismic indicators. Seismic data alone may not be sufficient to define fluid contacts for Proved reserves (see "2001 Supplemental Guidelines," Chapter 8).<br><br>Reserves in undeveloped locations may be classified as Proved provided that:<br>• The locations are in undrilled areas of the reservoir that can be judged with reasonable certainty to be commercially productive.<br>• Interpretations of available geoscience and engineering data indicate with reasonable certainty that the objective formation is laterally continuous with drilled Proved locations.<br><br>For Proved Reserves, the recovery efficiency applied to these reservoirs should be defined based on a range of possibilities supported by analogs and sound engineering judgment considering the characteristics of the Proved area and the applied development program. |
| Probable Reserves | Probable Reserves are those additional Reserves which analysis of geoscience and engineering data indicate are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. | It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate.<br><br>Probable Reserves may be assigned to areas of a reservoir adjacent to Proved where data control or interpretations of available data are less certain. The interpreted reservoir continuity may not meet the reasonable certainty criteria.<br><br>Probable estimates also include incremental recoveries associated with project recovery efficiencies beyond that assumed for Proved. |



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Category | Definition | Guidelines |
|---|---|---|
| **Possible Reserves** | Possible Reserves are those additional reserves which analysis of geoscience and engineering data indicate are less likely to be recoverable than Probable Reserves. | The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P), which is equivalent to the high estimate scenario. When probabilistic methods are used, there should be at least a 10% probability that the actual quantities recovered will equal or exceed the 3P estimate.<br><br>Possible Reserves may be assigned to areas of a reservoir adjacent to Probable where data control and interpretations of available data are progressively less certain. Frequently, this may be in areas where geoscience and engineering data are unable to clearly define the area and vertical reservoir limits of commercial production from the reservoir by a defined project.<br><br>Possible estimates also include incremental quantities associated with project recovery efficiencies beyond that assumed for Probable. |
| **Probable and Possible Reserves** | (See above for separate criteria for Probable Reserves and Possible Reserves.) | The 2P and 3P estimates may be based on reasonable alternative technical and commercial interpretations within the reservoir and/or subject project that are clearly documented, including comparisons to results in successful similar projects.<br><br>In conventional accumulations, Probable and/or Possible Reserves may be assigned where geoscience and engineering data identify directly adjacent portions of a reservoir within the same accumulation that may be separated from Proved areas by minor faulting or other geological discontinuities and have not been penetrated by a wellbore but are interpreted to be in communication with the known (Proved) reservoir. Probable or Possible Reserves may be assigned to areas that are structurally higher than the Proved area. Possible (and in some cases, Probable) Reserves may be assigned to areas that are structurally lower than the adjacent Proved or 2P area.<br><br>Caution should be exercised in assigning Reserves to adjacent reservoirs isolated by major, potentially sealing, faults until this reservoir is penetrated and evaluated as commercially productive. Justification for assigning Reserves in such cases should be clearly documented. Reserves should not be assigned to areas that are clearly separated from a known accumulation by non-productive reservoir (i.e., absence of reservoir, structurally low reservoir, or negative test results); such areas may contain Prospective Resources.<br><br>In conventional accumulations, where drilling has defined a highest known oil (HKO) elevation and there exists the potential for an associated gas cap, Proved oil Reserves should only be assigned in the structurally higher portions of the reservoir if there is reasonable certainty that such portions are initially above bubble point pressure based on documented engineering analyses. Reservoir portions that do not meet this certainty may be assigned as Probable and Possible oil and/or gas based on reservoir fluid properties and pressure gradient interpretations. |

*The 2007 Petroleum Resources Management System can be viewed in its entirety at
http://www.spe.org/spe-app/spe/industry/reserves/prms.htm.*



NETHERLAND, SEWELL
& ASSOCIATES, INC.

TABLE OF CONTENTS

SUMMARY PROJECTIONS OF RESERVES AND REVENUE

Total Proved Reserves                                    I
Proved Developed Producing Reserves                      II
Proved Developed Non-Producing Reserves                  III
Proved Undeveloped Reserves                              IV
Probable Reserves                                        V
Possible Reserves                                        VI

RESERVES AND ECONOMICS

Belridge North Field                                     1
Richfield Field                                          25
Santa Maria Valley Area                                  44



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

HVI CAT CANYON, INC. INTEREST

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2016

TOTAL PROVED RESERVES

CERTAIN PROPERTIES
LOCATED IN CALIFORNIA

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | NET RESERVES EQUIV MBOE | AVERAGE PRICES OIL $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 735.4 | 97.5 | 627.9 | 0.0 | 36.9 | 634.0 | 41.57 | 0.00 | 3.416 | 24,671.9 | 0.0 | 126.2 | 24,798.0 |
| 12-31-2018 | 871.8 | 124.0 | 752.4 | 0.0 | 49.9 | 760.8 | 42.29 | 0.00 | 3.116 | 31,818.1 | 0.0 | 155.5 | 31,973.6 |
| 12-31-2019 | 967.6 | 169.8 | 835.8 | 0.0 | 57.3 | 845.4 | 41.99 | 0.00 | 2.843 | 35,099.3 | 0.0 | 162.9 | 35,262.1 |
| 12-31-2020 | 1,036.0 | 217.1 | 894.2 | 0.0 | 59.8 | 904.2 | 42.20 | 0.00 | 2.753 | 37,735.0 | 0.0 | 164.6 | 37,899.6 |
| 12-31-2021 | 1,124.4 | 321.6 | 956.6 | 0.0 | 70.0 | 968.3 | 42.89 | 0.00 | 2.646 | 41,030.3 | 0.0 | 185.4 | 41,215.6 |
| 12-31-2022 | 1,170.4 | 338.7 | 993.9 | 0.0 | 72.4 | 1,006.0 | 42.95 | 0.00 | 2.633 | 42,693.7 | 0.0 | 190.6 | 42,884.2 |
| 12-31-2023 | 1,332.2 | 345.5 | 1,128.9 | 0.0 | 89.4 | 1,143.8 | 43.23 | 0.00 | 2.744 | 48,797.2 | 0.0 | 245.4 | 49,042.6 |
| 12-31-2024 | 1,423.8 | 359.8 | 1,202.4 | 0.0 | 105.0 | 1,220.0 | 43.34 | 0.00 | 2.803 | 52,111.8 | 0.0 | 294.3 | 52,406.2 |
| 12-31-2025 | 1,441.7 | 323.9 | 1,211.7 | 0.0 | 93.4 | 1,227.3 | 43.33 | 0.00 | 2.798 | 52,501.5 | 0.0 | 261.4 | 52,763.0 |
| 12-31-2026 | 1,316.2 | 298.0 | 1,108.2 | 0.0 | 85.5 | 1,122.4 | 43.23 | 0.00 | 2.795 | 47,906.7 | 0.0 | 238.9 | 48,145.6 |
| 12-31-2027 | 1,215.5 | 276.3 | 1,024.9 | 0.0 | 79.1 | 1,038.1 | 43.13 | 0.00 | 2.795 | 44,209.7 | 0.0 | 220.9 | 44,430.7 |
| 12-31-2028 | 1,128.9 | 257.4 | 953.2 | 0.0 | 73.7 | 965.5 | 43.05 | 0.00 | 2.795 | 41,033.0 | 0.0 | 206.1 | 41,239.1 |
| 12-31-2029 | 1,053.6 | 240.0 | 890.9 | 0.0 | 68.9 | 902.4 | 42.96 | 0.00 | 2.797 | 38,276.9 | 0.0 | 192.6 | 38,469.4 |
| 12-31-2030 | 986.7 | 222.6 | 835.5 | 0.0 | 63.9 | 846.2 | 42.89 | 0.00 | 2.796 | 35,832.9 | 0.0 | 178.7 | 36,011.6 |
| 12-31-2031 | 902.0 | 206.0 | 767.4 | 0.0 | 59.4 | 777.3 | 42.86 | 0.00 | 2.798 | 32,735.9 | 0.0 | 166.3 | 32,902.2 |
| 12-31-2032 | 819.7 | 172.0 | 701.6 | 0.0 | 55.0 | 710.7 | 42.36 | 0.00 | 2.846 | 29,718.3 | 0.0 | 156.4 | 29,874.8 |
| 12-31-2033 | 747.9 | 144.7 | 643.8 | 0.0 | 50.9 | 652.3 | 42.08 | 0.00 | 2.886 | 27,091.1 | 0.0 | 146.9 | 27,238.0 |
| 12-31-2034 | 671.7 | 101.6 | 582.3 | 0.0 | 46.0 | 590.0 | 41.67 | 0.00 | 2.975 | 24,266.6 | 0.0 | 136.7 | 24,403.3 |
| 12-31-2035 | 638.6 | 93.7 | 553.6 | 0.0 | 43.1 | 560.8 | 41.64 | 0.00 | 2.981 | 23,050.9 | 0.0 | 128.5 | 23,179.4 |
| 12-31-2036 | 609.6 | 89.3 | 528.4 | 0.0 | 41.1 | 535.2 | 41.64 | 0.00 | 2.981 | 22,000.0 | 0.0 | 122.4 | 22,122.4 |
| SUBTOTAL | 20,193.7 | 4,399.6 | 17,193.9 | 0.0 | 1,300.7 | 17,410.7 | 42.69 | 0.00 | 2.830 | 732,580.6 | 0.0 | 3,680.8 | 736,261.5 |
| REMAINING | 3,962.3 | 566.1 | 3,429.4 | 0.0 | 260.8 | 3,472.9 | 41.65 | 0.00 | 2.981 | 142,844.2 | 0.0 | 777.3 | 143,621.5 |
| TOTAL | 24,156.0 | 4,965.7 | 20,623.3 | 0.0 | 1,561.5 | 20,883.6 | 42.52 | 0.00 | 2.855 | 875,424.8 | 0.0 | 4,458.2 | 879,883.0 |
| CUM PROD | 121,976.4 | 85,356.9 | | | | | | | | | | | |
| ULTIMATE | 146,132.3 | 90,322.7 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | TAXES PRODUCTION M$ | TAXES AD VALOREM M$ | CAPITAL COST M$ | OPERATING EXPENSE M$ | UNDISCOUNTED PERIOD M$ | UNDISCOUNTED CUM M$ | DISCOUNTED AT 10.000% PERIOD M$ | DISCOUNTED AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | PRESENT WORTH PROFILE CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 239 | 238.4 | 0.0 | 0.0 | 3,846.2 | 15,376.5 | 5,575.3 | 5,575.3 | 5,271.4 | 5,271.4 | 8.000 | 157,915.4 |
| 12-31-2018 | 264 | 263.4 | 0.0 | 0.0 | 6,045.4 | 16,714.2 | 9,214.0 | 14,789.3 | 7,954.0 | 13,225.3 | 12.000 | 118,027.6 |
| 12-31-2019 | 281 | 280.4 | 0.0 | 0.0 | 9,816.2 | 17,168.8 | 8,277.2 | 23,066.5 | 6,563.0 | 19,788.4 | 13.000 | 110,390.1 |
| 12-31-2020 | 284 | 283.4 | 0.0 | 0.0 | 1,723.0 | 17,405.2 | 18,771.5 | 41,838.0 | 13,461.9 | 33,250.3 | 15.000 | 97,184.2 |
| 12-31-2021 | 321 | 320.3 | 0.0 | 0.0 | 13,999.2 | 17,757.2 | 9,459.2 | 51,297.2 | 6,045.4 | 39,295.6 | 18.000 | 81,464.8 |
| 12-31-2022 | 341 | 339.9 | 0.0 | 0.0 | 8,401.0 | 18,303.6 | 16,179.7 | 67,476.8 | 9,627.0 | 48,922.7 | 20.000 | 73,070.8 |
| 12-31-2023 | 361 | 360.3 | 0.0 | 0.0 | 11,480.8 | 19,328.8 | 18,233.0 | 85,709.8 | 9,666.5 | 58,589.2 | 25.000 | 57,211.8 |
| 12-31-2024 | 386 | 385.1 | 0.0 | 0.0 | 10,141.8 | 20,175.5 | 22,088.9 | 107,798.7 | 10,774.3 | 69,363.5 | 30.000 | 46,306.3 |
| 12-31-2025 | 385 | 384.3 | 0.0 | 0.0 | 0.0 | 20,532.2 | 32,230.8 | 140,029.4 | 14,359.1 | 83,722.6 | 35.000 | 38,518.8 |
| 12-31-2026 | 384 | 383.3 | 0.0 | 0.0 | 0.0 | 20,134.7 | 28,010.9 | 168,040.3 | 11,342.4 | 95,065.0 | 40.000 | 32,775.2 |
| 12-31-2027 | 384 | 383.6 | 0.0 | 0.0 | 0.0 | 19,796.2 | 24,634.4 | 192,674.7 | 9,068.1 | 104,133.1 | | |
| 12-31-2028 | 381 | 380.3 | 0.0 | 0.0 | 0.0 | 19,510.3 | 21,728.8 | 214,403.5 | 7,271.3 | 111,404.3 | | |
| 12-31-2029 | 382 | 381.1 | 0.0 | 0.0 | 0.0 | 19,279.7 | 19,189.7 | 233,593.3 | 5,837.8 | 117,242.1 | | |
| 12-31-2030 | 378 | 377.3 | 0.0 | 0.0 | 0.0 | 19,064.8 | 16,946.8 | 250,540.1 | 4,686.8 | 121,928.9 | | |
| 12-31-2031 | 356 | 354.9 | 0.0 | 0.0 | 0.0 | 18,520.6 | 14,381.6 | 264,921.7 | 3,616.5 | 125,545.5 | | |
| 12-31-2032 | 340 | 339.3 | 0.0 | 0.0 | 0.0 | 18,094.4 | 11,780.4 | 276,702.1 | 2,694.9 | 128,240.4 | | |
| 12-31-2033 | 299 | 298.3 | 0.0 | 0.0 | 0.0 | 17,664.4 | 9,573.6 | 286,275.6 | 1,991.2 | 130,231.5 | | |
| 12-31-2034 | 282 | 281.3 | 0.0 | 0.0 | 0.0 | 16,884.9 | 7,518.5 | 293,794.1 | 1,420.5 | 131,652.0 | | |
| 12-31-2035 | 264 | 263.3 | 0.0 | 0.0 | 0.0 | 16,657.2 | 6,522.3 | 300,316.4 | 1,120.2 | 132,772.2 | | |
| 12-31-2036 | 259 | 258.5 | 0.0 | 0.0 | 0.0 | 16,504.0 | 5,618.4 | 305,934.8 | 877.3 | 133,649.5 | | |
| SUBTOTAL | | | 0.0 | 0.0 | 65,453.6 | 364,873.0 | 305,934.8 | 305,934.8 | 133,649.5 | 133,649.5 | | |
| REMAINING | | | 0.0 | 0.0 | 100.0 | 125,034.2 | 18,487.3 | 324,422.1 | 2,203.4 | 135,852.9 | | |
| TOTAL of 28.2 YRS | | | 0.0 | 0.0 | 65,553.6 | 489,907.2 | 324,422.1 | 324,422.1 | 135,852.9 | 135,852.9 | | |

Table I

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON HVI PRICE AND COST PARAMETERS


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2016

HVI CAT CANYON, INC. INTEREST

CERTAIN PROPERTIES
LOCATED IN CALIFORNIA

PROVED DEVELOPED PRODUCING RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | EQUIV MBOE | AVERAGE PRICES OIL $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 639.7 | 76.8 | 544.5 | 0.0 | 27.8 | 549.1 | 41.60 | 0.00 | 3.401 | 21,219.3 | 0.0 | 94.5 | 21,313.7 |
| 12-31-2018 | 614.8 | 72.7 | 522.8 | 0.0 | 26.7 | 527.3 | 42.45 | 0.00 | 3.088 | 22,192.9 | 0.0 | 82.4 | 22,275.3 |
| 12-31-2019 | 591.4 | 69.0 | 502.6 | 0.0 | 25.7 | 506.9 | 41.99 | 0.00 | 2.889 | 21,105.9 | 0.0 | 74.2 | 21,180.1 |
| 12-31-2020 | 568.7 | 65.5 | 483.0 | 0.0 | 24.7 | 487.1 | 41.93 | 0.00 | 2.898 | 20,254.9 | 0.0 | 71.5 | 20,326.5 |
| 12-31-2021 | 547.7 | 62.2 | 465.0 | 0.0 | 23.7 | 469.0 | 42.08 | 0.00 | 2.933 | 19,566.9 | 0.0 | 69.7 | 19,636.6 |
| 12-31-2022 | 526.5 | 54.3 | 446.8 | 0.0 | 21.2 | 450.3 | 42.07 | 0.00 | 2.939 | 18,796.1 | 0.0 | 62.2 | 18,858.3 |
| 12-31-2023 | 507.7 | 51.3 | 430.6 | 0.0 | 20.2 | 434.0 | 42.07 | 0.00 | 2.942 | 18,117.0 | 0.0 | 59.5 | 18,176.5 |
| 12-31-2024 | 488.2 | 47.7 | 414.0 | 0.0 | 19.1 | 417.1 | 42.07 | 0.00 | 2.947 | 17,414.1 | 0.0 | 56.2 | 17,470.3 |
| 12-31-2025 | 470.7 | 44.7 | 399.0 | 0.0 | 18.0 | 402.0 | 42.07 | 0.00 | 2.949 | 16,783.8 | 0.0 | 53.1 | 16,836.8 |
| 12-31-2026 | 454.5 | 42.8 | 385.2 | 0.0 | 17.3 | 388.1 | 42.06 | 0.00 | 2.952 | 16,201.4 | 0.0 | 51.2 | 16,252.6 |
| 12-31-2027 | 438.7 | 41.0 | 371.6 | 0.0 | 16.7 | 374.4 | 42.06 | 0.00 | 2.954 | 15,629.9 | 0.0 | 49.4 | 15,679.3 |
| 12-31-2028 | 423.9 | 39.3 | 359.1 | 0.0 | 16.1 | 361.8 | 42.05 | 0.00 | 2.956 | 15,099.5 | 0.0 | 47.7 | 15,147.2 |
| 12-31-2029 | 327.8 | 28.6 | 276.3 | 0.0 | 11.5 | 278.2 | 42.30 | 0.00 | 2.950 | 11,687.1 | 0.0 | 34.1 | 11,721.2 |
| 12-31-2030 | 76.0 | 2.6 | 59.0 | 0.0 | 0.2 | 59.0 | 46.68 | 0.00 | 1.007 | 2,753.7 | 0.0 | 0.2 | 2,753.9 |
| 12-31-2031 | 73.1 | 2.3 | 56.8 | 0.0 | 0.1 | 56.8 | 46.66 | 0.00 | 1.007 | 2,648.7 | 0.0 | 0.1 | 2,648.8 |
| 12-31-2032 | 63.9 | 0.1 | 49.8 | 0.0 | 0.0 | 49.8 | 46.33 | 0.00 | 1.007 | 2,305.2 | 0.0 | 0.0 | 2,305.2 |
| 12-31-2033 | 57.3 | 0.0 | 44.7 | 0.0 | 0.0 | 44.7 | 46.06 | 0.00 | 0.000 | 2,060.6 | 0.0 | 0.0 | 2,060.6 |
| 12-31-2034 | 55.6 | 0.0 | 43.4 | 0.0 | 0.0 | 43.4 | 46.06 | 0.00 | 0.000 | 1,998.8 | 0.0 | 0.0 | 1,998.8 |
| 12-31-2035 | 54.0 | 0.0 | 42.1 | 0.0 | 0.0 | 42.1 | 46.06 | 0.00 | 0.000 | 1,938.8 | 0.0 | 0.0 | 1,938.8 |
| 12-31-2036 | 52.3 | 0.0 | 40.8 | 0.0 | 0.0 | 40.8 | 46.06 | 0.00 | 0.000 | 1,880.7 | 0.0 | 0.0 | 1,880.7 |
| SUBTOTAL | 7,032.4 | 700.6 | 5,937.0 | 0.0 | 269.1 | 5,981.9 | 42.29 | 0.00 | 2.995 | 249,655.5 | 0.0 | 805.8 | 250,461.3 |
| REMAINING | 4.3 | 0.0 | 3.3 | 0.0 | 0.0 | 3.3 | 46.06 | 0.00 | 0.000 | 154.2 | 0.0 | 0.0 | 154.2 |
| TOTAL | 7,036.7 | 700.6 | 5,940.4 | 0.0 | 269.1 | 5,985.2 | 42.29 | 0.00 | 2.995 | 249,809.6 | 0.0 | 805.8 | 250,615.4 |
| CUM PROD | 90,183.5 | 59,399.3 | | | | | | | | | | | |
| ULTIMATE | 97,220.1 | 60,099.9 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | NET DEDUCTIONS/EXPENDITURES TAXES PRODUCTION M$ | NET DEDUCTIONS/EXPENDITURES TAXES AD VALOREM M$ | NET DEDUCTIONS/EXPENDITURES CAPITAL COST M$ | NET DEDUCTIONS/EXPENDITURES OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | FUTURE NET REVENUE UNDISCOUNTED CUM M$ | FUTURE NET REVENUE DISCOUNTED AT 10.000% PERIOD M$ | FUTURE NET REVENUE DISCOUNTED AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | PRESENT WORTH PROFILE CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 175 | 174.5 | 0.0 | 0.0 | 340.0 | 14,665.2 | 6,308.6 | 6,308.6 | 6,016.1 | 6,016.1 | 8.000 | 37,869.1 |
| 12-31-2018 | 175 | 174.5 | 0.0 | 0.0 | 0.0 | 14,619.4 | 7,656.0 | 13,964.5 | 6,644.4 | 12,660.5 | 12.000 | 33,056.1 |
| 12-31-2019 | 175 | 174.5 | 0.0 | 0.0 | 0.0 | 14,576.5 | 6,603.6 | 20,568.2 | 5,210.4 | 17,870.9 | 13.000 | 32,032.8 |
| 12-31-2020 | 175 | 174.5 | 0.0 | 0.0 | 0.0 | 14,514.5 | 5,812.0 | 26,380.2 | 4,169.2 | 22,040.1 | 15.000 | 30,162.4 |
| 12-31-2021 | 174 | 173.5 | 0.0 | 0.0 | 0.0 | 14,472.2 | 5,164.4 | 31,544.6 | 3,368.1 | 25,408.1 | 18.000 | 27,731.4 |
| 12-31-2022 | 172 | 171.5 | 0.0 | 0.0 | 0.0 | 14,371.3 | 4,487.0 | 36,031.6 | 2,660.5 | 28,068.6 | 20.000 | 26,318.9 |
| 12-31-2023 | 169 | 168.5 | 0.0 | 0.0 | 0.0 | 14,328.1 | 3,848.3 | 39,879.9 | 2,074.6 | 30,143.2 | 25.000 | 23,358.1 |
| 12-31-2024 | 168 | 167.5 | 0.0 | 0.0 | 0.0 | 14,226.8 | 3,243.5 | 43,123.4 | 1,589.8 | 31,733.1 | 30.000 | 21,018.5 |
| 12-31-2025 | 164 | 163.5 | 0.0 | 0.0 | 0.0 | 14,164.4 | 2,672.5 | 45,795.9 | 1,191.1 | 32,924.2 | 35.000 | 19,129.4 |
| 12-31-2026 | 163 | 162.5 | 0.0 | 0.0 | 0.0 | 14,126.1 | 2,126.5 | 47,922.4 | 861.9 | 33,786.1 | 40.000 | 17,575.9 |
| 12-31-2027 | 163 | 162.5 | 0.0 | 0.0 | 0.0 | 14,073.9 | 1,605.4 | 49,527.8 | 591.8 | 34,377.9 | | |
| 12-31-2028 | 161 | 160.5 | 0.0 | 0.0 | 0.0 | 14,039.3 | 1,107.9 | 50,635.7 | 371.7 | 34,749.6 | | |
| 12-31-2029 | 161 | 160.5 | 0.0 | 0.0 | 0.0 | 11,082.4 | 638.7 | 51,274.4 | 195.1 | 34,944.7 | | |
| 12-31-2030 | 75 | 74.5 | 0.0 | 0.0 | 0.0 | 2,322.7 | 431.2 | 51,705.7 | 119.3 | 35,064.1 | | |
| 12-31-2031 | 73 | 72.5 | 0.0 | 0.0 | 0.0 | 2,308.6 | 340.3 | 52,045.9 | 85.6 | 35,149.7 | | |
| 12-31-2032 | 64 | 63.5 | 0.0 | 0.0 | 0.0 | 2,035.4 | 269.8 | 52,315.7 | 61.7 | 35,211.4 | | |
| 12-31-2033 | 47 | 46.5 | 0.0 | 0.0 | 0.0 | 1,847.0 | 213.6 | 52,529.2 | 44.4 | 35,255.8 | | |
| 12-31-2034 | 47 | 46.5 | 0.0 | 0.0 | 0.0 | 1,847.0 | 151.8 | 52,681.0 | 28.7 | 35,284.5 | | |
| 12-31-2035 | 47 | 46.5 | 0.0 | 0.0 | 0.0 | 1,847.0 | 91.8 | 52,772.8 | 15.8 | 35,300.4 | | |
| 12-31-2036 | 47 | 46.5 | 0.0 | 0.0 | 0.0 | 1,847.0 | 33.6 | 52,806.4 | 5.3 | 35,305.7 | | |
| SUBTOTAL | | | 0.0 | 0.0 | 340.0 | 197,314.8 | 52,806.4 | 52,806.4 | 35,305.7 | 35,305.7 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 153.9 | 0.2 | 52,806.7 | 0.0 | 35,305.7 | | |
| TOTAL OF 20.1 YRS | | | 0.0 | 0.0 | 340.0 | 197,468.8 | 52,806.7 | 52,806.7 | 35,305.7 | 35,305.7 | | |

Table II

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON HVI PRICE AND COST PARAMETERS



NETHERLAND, SEWELL
& ASSOCIATES, INC.

HVI CAT CANYON, INC. INTEREST

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2016

PROVED DEVELOPED NON-PRODUCING RESERVES

CERTAIN PROPERTIES
LOCATED IN CALIFORNIA

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | NET RESERVES EQUIV MBOE | AVERAGE PRICES OIL $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | GROSS REVENUE TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 95.7 | 20.7 | 83.4 | 0.0 | 9.2 | 84.9 | 41.40 | 0.00 | 3.463 | 3,452.6 | 0.0 | 31.7 | 3,484.3 |
| 12-31-2018 | 251.1 | 51.3 | 224.8 | 0.0 | 23.2 | 228.7 | 41.94 | 0.00 | 3.148 | 9,426.7 | 0.0 | 73.1 | 9,499.7 |
| 12-31-2019 | 291.7 | 64.8 | 263.0 | 0.0 | 29.4 | 267.8 | 41.39 | 0.00 | 2.945 | 10,884.4 | 0.0 | 86.5 | 10,970.9 |
| 12-31-2020 | 299.9 | 65.3 | 271.8 | 0.0 | 29.8 | 276.8 | 41.30 | 0.00 | 2.950 | 11,227.9 | 0.0 | 87.9 | 11,315.7 |
| 12-31-2021 | 332.6 | 76.4 | 300.6 | 0.0 | 35.0 | 306.5 | 41.42 | 0.00 | 2.981 | 12,450.8 | 0.0 | 104.3 | 12,555.2 |
| 12-31-2022 | 387.8 | 85.3 | 348.9 | 0.0 | 38.9 | 355.3 | 41.37 | 0.00 | 2.981 | 14,431.2 | 0.0 | 116.0 | 14,547.2 |
| 12-31-2023 | 420.0 | 85.1 | 375.4 | 0.0 | 38.7 | 381.8 | 41.34 | 0.00 | 2.981 | 15,515.4 | 0.0 | 115.4 | 15,630.8 |
| 12-31-2024 | 418.4 | 82.0 | 375.0 | 0.0 | 37.3 | 381.2 | 41.33 | 0.00 | 2.981 | 15,497.9 | 0.0 | 111.2 | 15,609.2 |
| 12-31-2025 | 406.7 | 78.2 | 365.4 | 0.0 | 35.6 | 371.3 | 41.32 | 0.00 | 2.981 | 15,099.6 | 0.0 | 106.0 | 15,205.6 |
| 12-31-2026 | 383.3 | 74.6 | 344.0 | 0.0 | 33.9 | 349.7 | 41.33 | 0.00 | 2.981 | 14,220.0 | 0.0 | 101.2 | 14,321.1 |
| 12-31-2027 | 361.9 | 71.0 | 324.5 | 0.0 | 32.3 | 329.9 | 41.34 | 0.00 | 2.981 | 13,416.5 | 0.0 | 96.3 | 13,512.8 |
| 12-31-2028 | 342.1 | 67.6 | 306.4 | 0.0 | 30.7 | 311.6 | 41.35 | 0.00 | 2.981 | 12,670.8 | 0.0 | 91.6 | 12,762.4 |
| 12-31-2029 | 406.3 | 72.7 | 361.1 | 0.0 | 33.0 | 366.6 | 41.29 | 0.00 | 2.981 | 14,911.0 | 0.0 | 98.3 | 15,009.3 |
| 12-31-2030 | 627.7 | 91.7 | 551.6 | 0.0 | 41.5 | 558.5 | 41.21 | 0.00 | 2.981 | 22,728.8 | 0.0 | 123.7 | 22,852.5 |
| 12-31-2031 | 600.9 | 85.8 | 527.7 | 0.0 | 38.9 | 534.1 | 41.21 | 0.00 | 2.981 | 21,743.3 | 0.0 | 115.8 | 21,859.2 |
| 12-31-2032 | 576.3 | 82.2 | 505.8 | 0.0 | 37.3 | 512.1 | 41.20 | 0.00 | 2.981 | 20,841.8 | 0.0 | 111.0 | 20,952.9 |
| 12-31-2033 | 552.0 | 78.2 | 484.1 | 0.0 | 35.5 | 490.1 | 41.20 | 0.00 | 2.981 | 19,946.6 | 0.0 | 105.7 | 20,052.3 |
| 12-31-2034 | 528.9 | 74.3 | 463.5 | 0.0 | 33.6 | 469.1 | 41.20 | 0.00 | 2.981 | 19,098.0 | 0.0 | 100.3 | 19,198.3 |
| 12-31-2035 | 507.6 | 70.0 | 444.5 | 0.0 | 31.7 | 449.7 | 41.20 | 0.00 | 2.981 | 18,313.2 | 0.0 | 94.4 | 18,407.6 |
| 12-31-2036 | 486.2 | 66.9 | 425.5 | 0.0 | 30.2 | 430.5 | 41.21 | 0.00 | 2.981 | 17,532.6 | 0.0 | 90.2 | 17,622.8 |
| SUBTOTAL | 8,277.3 | 1,443.9 | 7,347.1 | 0.0 | 655.6 | 7,456.4 | 41.30 | 0.00 | 2.991 | 303,409.1 | 0.0 | 1,960.6 | 305,369.7 |
| REMAINING | 3,570.1 | 425.6 | 3,083.6 | 0.0 | 192.8 | 3,115.7 | 41.67 | 0.00 | 2.981 | 128,485.6 | 0.0 | 574.7 | 129,060.3 |
| TOTAL | 11,847.4 | 1,869.5 | 10,430.7 | 0.0 | 848.4 | 10,572.1 | 41.41 | 0.00 | 2.988 | 431,894.7 | 0.0 | 2,535.3 | 434,430.0 |
| CUM PROD | 31,455.4 | 25,957.7 | | | | | | | | | | | |
| ULTIMATE | 43,302.8 | 27,827.1 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | NET DEDUCTIONS/EXPENDITURES TAXES PRODUCTION M$ | TAXES AD VALOREM M$ | CAPITAL COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | UNDISCOUNTED CUM M$ | DISCOUNTED AT 10.000% PERIOD M$ | DISCOUNTED AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 64 | 63.9 | 0.0 | 0.0 | 3,506.2 | 711.4 | -733.3 | -733.3 | -744.8 | -744.8 | 8.000 | 74,934.3 |
| 12-31-2018 | 88 | 87.9 | 0.0 | 0.0 | 4,740.4 | 2,076.0 | 2,683.3 | 1,950.1 | 2,305.3 | 1,560.5 | 12.000 | 55,773.5 |
| 12-31-2019 | 91 | 90.9 | 0.0 | 0.0 | 631.2 | 2,390.8 | 7,948.9 | 9,899.0 | 6,250.0 | 7,810.5 | 13.000 | 52,091.7 |
| 12-31-2020 | 92 | 91.9 | 0.0 | 0.0 | 430.0 | 2,444.6 | 8,441.2 | 18,340.2 | 6,043.9 | 13,854.4 | 15.000 | 45,712.2 |
| 12-31-2021 | 111 | 110.8 | 0.0 | 0.0 | 2,015.7 | 2,729.1 | 7,810.3 | 26,150.5 | 5,066.0 | 18,920.4 | 18.000 | 38,089.4 |
| 12-31-2022 | 123 | 122.8 | 0.0 | 0.0 | 2,424.6 | 3,201.4 | 8,921.2 | 35,071.7 | 5,252.1 | 24,172.4 | 20.000 | 34,001.4 |
| 12-31-2023 | 126 | 125.8 | 0.0 | 0.0 | 800.0 | 3,425.2 | 11,405.5 | 46,477.2 | 6,132.0 | 30,304.5 | 25.000 | 26,228.6 |
| 12-31-2024 | 130 | 129.8 | 0.0 | 0.0 | 1,350.0 | 3,504.4 | 10,754.8 | 57,232.0 | 5,259.4 | 35,563.9 | 30.000 | 20,829.1 |
| 12-31-2025 | 130 | 129.8 | 0.0 | 0.0 | 0.0 | 3,520.3 | 11,685.3 | 68,917.3 | 5,202.6 | 40,766.6 | 35.000 | 16,933.4 |
| 12-31-2026 | 130 | 129.8 | 0.0 | 0.0 | 0.0 | 3,469.1 | 10,852.0 | 79,769.4 | 4,392.3 | 45,158.9 | 40.000 | 14,031.9 |
| 12-31-2027 | 130 | 129.8 | 0.0 | 0.0 | 0.0 | 3,409.5 | 10,103.3 | 89,872.6 | 3,717.4 | 48,876.3 | | |
| 12-31-2028 | 128 | 127.8 | 0.0 | 0.0 | 0.0 | 3,335.1 | 9,427.3 | 99,299.9 | 3,153.3 | 52,029.6 | | |
| 12-31-2029 | 129 | 128.6 | 0.0 | 0.0 | 0.0 | 6,208.6 | 8,800.7 | 108,100.6 | 2,676.2 | 54,705.8 | | |
| 12-31-2030 | 211 | 210.8 | 0.0 | 0.0 | 0.0 | 14,872.7 | 7,979.8 | 116,080.4 | 2,206.7 | 56,912.5 | | |
| 12-31-2031 | 208 | 207.8 | 0.0 | 0.0 | 0.0 | 14,750.9 | 7,108.3 | 123,188.6 | 1,787.1 | 58,699.6 | | |
| 12-31-2032 | 207 | 206.8 | 0.0 | 0.0 | 0.0 | 14,677.8 | 6,275.1 | 129,463.7 | 1,434.3 | 60,133.9 | | |
| 12-31-2033 | 205 | 204.8 | 0.0 | 0.0 | 0.0 | 14,558.4 | 5,493.9 | 134,957.6 | 1,141.6 | 61,275.5 | | |
| 12-31-2034 | 201 | 200.8 | 0.0 | 0.0 | 0.0 | 14,426.5 | 4,771.8 | 139,729.4 | 901.5 | 62,177.1 | | |
| 12-31-2035 | 199 | 198.8 | 0.0 | 0.0 | 0.0 | 14,317.1 | 4,090.6 | 143,820.0 | 702.6 | 62,879.7 | | |
| 12-31-2036 | 194 | 193.8 | 0.0 | 0.0 | 0.0 | 14,174.1 | 3,448.7 | 147,268.7 | 538.6 | 63,418.3 | | |
| SUBTOTAL | | | 0.0 | 0.0 | 15,898.1 | 142,202.9 | 147,268.7 | 147,268.7 | 63,418.3 | 63,418.3 | | |
| REMAINING | | | 0.0 | 0.0 | 100.0 | 122,135.8 | 6,824.5 | 154,093.1 | 930.3 | 64,348.6 | | |
| TOTAL of 28.2 YRS | | | 0.0 | 0.0 | 15,998.1 | 264,338.8 | 154,093.1 | 154,093.1 | 64,348.6 | 64,348.6 | | |

Table III

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON HVI PRICE AND COST PARAMETERS



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2016

PROVED UNDEVELOPED RESERVES

HVI CAT CANYON, INC. INTEREST

CERTAIN PROPERTIES
LOCATED IN CALIFORNIA

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | EQUIV MBOE | AVG PRICE OIL $/BBL | AVG PRICE NGL $/BBL | AVG PRICE GAS $/MCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 49.26 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2018 | 5.9 | 0.0 | 4.8 | 0.0 | 0.0 | 4.8 | 41.41 | 0.00 | 0.000 | 198.5 | 0.0 | 0.0 | 198.5 |
| 12-31-2019 | 84.5 | 36.1 | 70.3 | 0.0 | 2.2 | 70.6 | 44.24 | 0.00 | 0.973 | 3,109.6 | 0.0 | 2.2 | 3,111.1 |
| 12-31-2020 | 167.4 | 86.4 | 139.4 | 0.0 | 5.3 | 140.2 | 44.86 | 0.00 | 0.977 | 6,252.2 | 0.0 | 5.2 | 6,257.4 |
| 12-31-2021 | 244.1 | 183.1 | 191.0 | 0.0 | 11.3 | 192.9 | 47.18 | 0.00 | 1.007 | 9,012.5 | 0.0 | 11.4 | 9,023.9 |
| 12-31-2022 | 256.2 | 199.1 | 198.3 | 0.0 | 12.3 | 200.4 | 47.73 | 0.00 | 1.007 | 9,466.3 | 0.0 | 12.4 | 9,478.7 |
| 12-31-2023 | 404.5 | 209.1 | 322.9 | 0.0 | 30.5 | 327.9 | 46.97 | 0.00 | 2.312 | 15,164.8 | 0.0 | 70.5 | 15,235.4 |
| 12-31-2024 | 517.2 | 230.1 | 413.5 | 0.0 | 48.6 | 421.6 | 46.44 | 0.00 | 2.609 | 19,199.8 | 0.0 | 126.9 | 19,326.7 |
| 12-31-2025 | 564.3 | 201.0 | 447.3 | 0.0 | 39.9 | 454.0 | 46.09 | 0.00 | 2.566 | 20,618.2 | 0.0 | 102.3 | 20,720.5 |
| 12-31-2026 | 478.4 | 180.6 | 378.9 | 0.0 | 34.2 | 384.6 | 46.14 | 0.00 | 2.531 | 17,485.4 | 0.0 | 86.5 | 17,571.9 |
| 12-31-2027 | 415.0 | 164.3 | 328.8 | 0.0 | 30.0 | 333.8 | 46.12 | 0.00 | 2.506 | 15,163.3 | 0.0 | 75.3 | 15,238.6 |
| 12-31-2028 | 362.9 | 150.6 | 287.7 | 0.0 | 26.9 | 292.2 | 46.10 | 0.00 | 2.487 | 13,262.7 | 0.0 | 66.8 | 13,329.6 |
| 12-31-2029 | 319.5 | 138.7 | 253.6 | 0.0 | 24.3 | 257.6 | 46.06 | 0.00 | 2.474 | 11,678.7 | 0.0 | 60.2 | 11,738.9 |
| 12-31-2030 | 283.0 | 128.2 | 224.9 | 0.0 | 22.3 | 228.6 | 46.01 | 0.00 | 2.465 | 10,350.4 | 0.0 | 54.9 | 10,405.2 |
| 12-31-2031 | 228.0 | 118.0 | 183.0 | 0.0 | 20.4 | 186.4 | 45.60 | 0.00 | 2.464 | 8,343.8 | 0.0 | 50.4 | 8,394.2 |
| 12-31-2032 | 179.4 | 89.7 | 146.0 | 0.0 | 17.7 | 148.9 | 45.01 | 0.00 | 2.562 | 6,571.3 | 0.0 | 45.4 | 6,616.7 |
| 12-31-2033 | 138.6 | 66.5 | 114.9 | 0.0 | 15.5 | 117.5 | 44.24 | 0.00 | 2.668 | 5,083.9 | 0.0 | 41.2 | 5,125.1 |
| 12-31-2034 | 87.1 | 27.3 | 75.4 | 0.0 | 12.3 | 77.5 | 42.03 | 0.00 | 2.960 | 3,169.7 | 0.0 | 36.4 | 3,206.2 |
| 12-31-2035 | 77.0 | 23.7 | 67.1 | 0.0 | 11.5 | 69.0 | 41.72 | 0.00 | 2.981 | 2,798.8 | 0.0 | 34.2 | 2,833.0 |
| 12-31-2036 | 71.1 | 22.4 | 62.0 | 0.0 | 10.8 | 63.9 | 41.69 | 0.00 | 2.981 | 2,586.7 | 0.0 | 32.3 | 2,618.9 |
| SUBTOTAL | 4,884.0 | 2,255.1 | 3,909.8 | 0.0 | 376.1 | 3,972.4 | 45.91 | 0.00 | 2.431 | 179,516.0 | 0.0 | 914.4 | 180,430.5 |
| REMAINING | 387.9 | 140.5 | 342.4 | 0.0 | 68.0 | 353.8 | 41.48 | 0.00 | 2.981 | 14,204.4 | 0.0 | 202.6 | 14,407.1 |
| TOTAL | 5,271.9 | 2,395.6 | 4,252.2 | 0.0 | 444.1 | 4,326.2 | 45.56 | 0.00 | 2.516 | 193,720.5 | 0.0 | 1,117.1 | 194,837.5 |
| CUM PROD | 337.5 | 0.0 | | | | | | | | | | | |
| ULTIMATE | 5,609.4 | 2,395.6 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | ACTIVE COMPLETIONS GROSS | ACTIVE COMPLETIONS NET | TAXES PRODUCTION M$ | TAXES AD VALOREM M$ | CAPITAL COST M$ | OPERATING EXPENSE M$ | UNDISCOUNTED PERIOD M$ | UNDISCOUNTED CUM M$ | DISCOUNTED AT 10.000% PERIOD M$ | DISCOUNTED AT 10.000% CUM M$ | PRESENT WORTH DISC RATE % | PRESENT WORTH CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.000 | 45,112.0 |
| 12-31-2018 | 1 | 1.0 | 0.0 | 0.0 | 1,305.0 | 18.8 | -1,125.3 | -1,125.3 | -995.7 | -995.7 | 10.000 | 36,198.6 |
| 12-31-2019 | 15 | 15.0 | 0.0 | 0.0 | 9,185.0 | 201.5 | -6,275.4 | -7,400.7 | -4,897.4 | -5,893.0 | 12.000 | 29,198.0 |
| 12-31-2020 | 17 | 17.0 | 0.0 | 0.0 | 1,293.0 | 446.1 | 4,518.3 | -2,882.3 | 3,248.8 | -2,644.2 | 13.000 | 26,265.5 |
| 12-31-2021 | 36 | 36.0 | 0.0 | 0.0 | 11,983.5 | 555.9 | -3,515.6 | -6,397.9 | -2,388.7 | -5,032.8 | 15.000 | 21,309.6 |
| 12-31-2022 | 46 | 45.6 | 0.0 | 0.0 | 5,976.4 | 730.8 | 2,771.5 | -3,626.4 | 1,714.5 | -3,318.4 | 18.000 | 15,643.9 |
| 12-31-2023 | 66 | 66.0 | 0.0 | 0.0 | 10,680.8 | 1,575.4 | 2,979.1 | -647.3 | 1,459.8 | -1,858.6 | 20.000 | 12,750.6 |
| 12-31-2024 | 88 | 87.8 | 0.0 | 0.0 | 8,791.8 | 2,444.3 | 8,090.6 | 7,443.3 | 3,925.1 | 2,066.5 | 25.000 | 7,625.1 |
| 12-31-2025 | 91 | 91.0 | 0.0 | 0.0 | 0.0 | 2,847.6 | 17,873.0 | 25,316.2 | 7,965.3 | 10,031.8 | 30.000 | 4,458.7 |
| 12-31-2026 | 91 | 91.0 | 0.0 | 0.0 | 0.0 | 2,539.6 | 15,032.3 | 40,348.5 | 6,088.2 | 16,120.0 | 35.000 | 2,456.0 |
| 12-31-2027 | 91 | 91.3 | 0.0 | 0.0 | 0.0 | 2,312.8 | 12,925.7 | 53,274.3 | 4,758.8 | 20,878.9 | 40.000 | 1,167.4 |
| 12-31-2028 | 92 | 92.0 | 0.0 | 0.0 | 0.0 | 2,135.9 | 11,193.7 | 64,467.9 | 3,746.3 | 24,625.1 | | |
| 12-31-2029 | 92 | 92.0 | 0.0 | 0.0 | 0.0 | 1,988.6 | 9,750.3 | 74,218.2 | 2,966.4 | 27,591.6 | | |
| 12-31-2030 | 92 | 92.0 | 0.0 | 0.0 | 0.0 | 1,869.5 | 8,535.8 | 82,754.0 | 2,360.8 | 29,952.3 | | |
| 12-31-2031 | 75 | 74.6 | 0.0 | 0.0 | 0.0 | 1,461.1 | 6,933.1 | 89,687.1 | 1,743.8 | 31,696.2 | | |
| 12-31-2032 | 69 | 69.0 | 0.0 | 0.0 | 0.0 | 1,381.1 | 5,235.5 | 94,922.7 | 1,198.9 | 32,895.1 | | |
| 12-31-2033 | 47 | 47.0 | 0.0 | 0.0 | 0.0 | 1,259.0 | 3,866.1 | 98,788.8 | 805.1 | 33,700.2 | | |
| 12-31-2034 | 34 | 34.0 | 0.0 | 0.0 | 0.0 | 611.3 | 2,594.9 | 101,383.6 | 490.2 | 34,190.4 | | |
| 12-31-2035 | 18 | 18.0 | 0.0 | 0.0 | 0.0 | 493.1 | 2,339.9 | 103,723.6 | 401.7 | 34,592.1 | | |
| 12-31-2036 | 18 | 18.0 | 0.0 | 0.0 | 0.0 | 482.8 | 2,136.1 | 105,859.7 | 333.4 | 34,925.5 | | |
| SUBTOTAL | | | 0.0 | 0.0 | 49,215.5 | 25,355.2 | 105,859.7 | 105,859.7 | 34,925.5 | 34,925.5 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 2,744.5 | 11,662.6 | 117,522.3 | 1,273.0 | 36,198.6 | | |
| TOTAL OF 27.8 YRS | | | 0.0 | 0.0 | 49,215.5 | 28,099.7 | 117,522.3 | 117,522.3 | 36,198.6 | 36,198.6 | | |

Table IV

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON HVI PRICE AND COST PARAMETERS



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

HVI CAT CANYON, INC. INTEREST

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2016

PROBABLE RESERVES

CERTAIN PROPERTIES
LOCATED IN CALIFORNIA

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | EQUIV MBOE | AVERAGE PRICES OIL $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 5.1 | 0.8 | 4.1 | 0.0 | 0.3 | 4.1 | 43.57 | 0.00 | 3.470 | 177.5 | 0.0 | 1.1 | 178.7 |
| 12-31-2018 | 8.0 | 1.2 | 6.4 | 0.0 | 0.5 | 6.5 | 44.14 | 0.00 | 3.151 | 282.2 | 0.0 | 1.5 | 283.7 |
| 12-31-2019 | 13.3 | 3.4 | 11.1 | 0.0 | 0.9 | 11.3 | 43.50 | 0.00 | 2.759 | 484.2 | 0.0 | 2.6 | 486.8 |
| 12-31-2020 | 26.7 | 6.8 | 22.7 | 0.0 | 1.8 | 23.0 | 43.68 | 0.00 | 2.709 | 989.9 | 0.0 | 4.7 | 994.7 |
| 12-31-2021 | 102.8 | 23.7 | 92.8 | 0.0 | 8.2 | 94.1 | 42.33 | 0.00 | 2.872 | 3,926.8 | 0.0 | 23.6 | 3,950.4 |
| 12-31-2022 | 234.3 | 93.3 | 204.4 | 0.0 | 20.2 | 207.8 | 43.39 | 0.00 | 2.628 | 8,868.1 | 0.0 | 53.0 | 8,921.1 |
| 12-31-2023 | 348.9 | 99.7 | 312.1 | 0.0 | 28.3 | 316.8 | 42.82 | 0.00 | 2.780 | 13,363.4 | 0.0 | 78.7 | 13,442.1 |
| 12-31-2024 | 390.3 | 106.8 | 354.1 | 0.0 | 34.7 | 359.9 | 42.31 | 0.00 | 2.844 | 14,983.5 | 0.0 | 98.7 | 15,082.3 |
| 12-31-2025 | 377.3 | 100.0 | 342.7 | 0.0 | 33.2 | 348.2 | 42.27 | 0.00 | 2.853 | 14,485.5 | 0.0 | 94.8 | 14,580.3 |
| 12-31-2026 | 358.5 | 94.3 | 325.5 | 0.0 | 31.8 | 330.8 | 42.29 | 0.00 | 2.858 | 13,765.7 | 0.0 | 90.7 | 13,856.5 |
| 12-31-2027 | 341.1 | 89.3 | 309.7 | 0.0 | 30.3 | 314.8 | 42.30 | 0.00 | 2.861 | 13,101.7 | 0.0 | 86.8 | 13,188.6 |
| 12-31-2028 | 324.8 | 84.7 | 295.0 | 0.0 | 29.0 | 299.8 | 42.31 | 0.00 | 2.865 | 12,479.5 | 0.0 | 83.1 | 12,562.6 |
| 12-31-2029 | 313.7 | 81.5 | 285.3 | 0.0 | 28.3 | 290.1 | 42.28 | 0.00 | 2.870 | 12,064.6 | 0.0 | 81.3 | 12,145.9 |
| 12-31-2030 | 300.4 | 77.7 | 273.5 | 0.0 | 27.3 | 278.1 | 42.26 | 0.00 | 2.874 | 11,560.1 | 0.0 | 78.5 | 11,638.5 |
| 12-31-2031 | 309.3 | 74.5 | 277.8 | 0.0 | 26.1 | 282.2 | 42.70 | 0.00 | 2.873 | 11,863.9 | 0.0 | 75.1 | 11,939.0 |
| 12-31-2032 | 287.5 | 82.3 | 259.8 | 0.0 | 25.8 | 264.1 | 42.52 | 0.00 | 2.827 | 11,047.4 | 0.0 | 73.0 | 11,120.4 |
| 12-31-2033 | 283.2 | 78.2 | 254.7 | 0.0 | 24.8 | 258.9 | 42.69 | 0.00 | 2.831 | 10,873.0 | 0.0 | 70.3 | 10,943.3 |
| 12-31-2034 | 275.0 | 79.1 | 247.6 | 0.0 | 24.1 | 251.6 | 42.78 | 0.00 | 2.813 | 10,590.6 | 0.0 | 67.9 | 10,658.5 |
| 12-31-2035 | 210.4 | 46.0 | 197.4 | 0.0 | 21.4 | 200.9 | 41.37 | 0.00 | 2.970 | 8,164.9 | 0.0 | 63.5 | 8,228.4 |
| 12-31-2036 | 198.7 | 42.6 | 186.9 | 0.0 | 20.5 | 190.4 | 41.24 | 0.00 | 2.981 | 7,709.9 | 0.0 | 61.2 | 7,771.1 |
| | | | | | | | | | | | | | |
| SUBTOTAL | 4,709.2 | 1,266.1 | 4,263.7 | 0.0 | 417.8 | 4,333.3 | 42.40 | 0.00 | 2.849 | 180,782.4 | 0.0 | 1,190.5 | 181,972.9 |
| REMAINING | 5,046.0 | 943.8 | 4,591.9 | 0.0 | 446.6 | 4,666.4 | 41.10 | 0.00 | 2.981 | 188,733.4 | 0.0 | 1,331.3 | 190,064.7 |
| TOTAL | 9,755.1 | 2,209.9 | 8,855.6 | 0.0 | 864.4 | 8,999.7 | 41.73 | 0.00 | 2.917 | 369,515.9 | 0.0 | 2,521.8 | 372,037.7 |
| CUM PROD | 7,330.2 | 3,787.9 | | | | | | | | | | | |
| ULTIMATE | 17,085.4 | 5,997.8 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | NET DEDUCTIONS/EXPENDITURES TAXES PRODUCTION M$ | NET DEDUCTIONS/EXPENDITURES TAXES AD VALOREM M$ | CAPITAL COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | FUTURE NET REVENUE UNDISCOUNTED CUM M$ | FUTURE NET REVENUE DISCOUNTED AT 10.000% PERIOD M$ | FUTURE NET REVENUE DISCOUNTED AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | PRESENT WORTH PROFILE CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 2 | 2.0 | 0.0 | 0.0 | 167.0 | 20.5 | -8.8 | -8.8 | -13.5 | -13.5 | 8.000 | 63,162.2 |
| 12-31-2018 | 3 | 3.0 | 0.0 | 0.0 | 0.0 | 49.5 | 234.2 | 225.4 | 203.2 | 189.7 | 12.000 | 40,508.5 |
| 12-31-2019 | 5 | 5.0 | 0.0 | 0.0 | 174.9 | 77.5 | 234.4 | 459.8 | 180.7 | 370.4 | 13.000 | 36,553.1 |
| 12-31-2020 | 7 | 7.0 | 0.0 | 0.0 | 356.6 | 111.8 | 526.3 | 986.1 | 374.8 | 745.2 | 15.000 | 30,017.8 |
| 12-31-2021 | 29 | 29.0 | 0.0 | 0.0 | 2,911.9 | 484.7 | 553.9 | 1,540.0 | 326.3 | 1,071.5 | 18.000 | 22,763.3 |
| 12-31-2022 | 43 | 43.0 | 0.0 | 0.0 | 5,489.0 | 1,124.5 | 2,307.7 | 3,847.6 | 1,284.8 | 2,356.3 | 20.000 | 19,137.3 |
| 12-31-2023 | 71 | 71.0 | 0.0 | 0.0 | 4,625.0 | 1,949.7 | 6,867.4 | 10,715.1 | 3,660.5 | 6,016.9 | 25.000 | 12,804.6 |
| 12-31-2024 | 73 | 73.0 | 0.0 | 0.0 | 350.0 | 2,278.8 | 12,453.5 | 23,168.5 | 6,095.4 | 12,112.3 | 30.000 | 8,896.3 |
| 12-31-2025 | 73 | 73.0 | 0.0 | 0.0 | 0.0 | 2,286.3 | 12,294.1 | 35,462.6 | 5,473.0 | 17,585.3 | 35.000 | 6,372.2 |
| 12-31-2026 | 73 | 73.0 | 0.0 | 0.0 | 0.0 | 2,257.4 | 11,599.1 | 47,061.7 | 4,694.1 | 22,279.4 | 40.000 | 4,681.9 |
| 12-31-2027 | 73 | 73.0 | 0.0 | 0.0 | 0.0 | 2,216.3 | 10,972.2 | 58,033.9 | 4,036.7 | 26,316.1 | | |
| 12-31-2028 | 72 | 72.0 | 0.0 | 0.0 | 0.0 | 2,174.7 | 10,387.9 | 68,421.8 | 3,474.3 | 29,790.3 | | |
| 12-31-2029 | 73 | 73.0 | 0.0 | 0.0 | 200.0 | 2,170.3 | 9,775.6 | 78,197.4 | 2,970.1 | 32,760.4 | | |
| 12-31-2030 | 73 | 73.0 | 0.0 | 0.0 | 0.0 | 2,142.6 | 9,496.0 | 87,693.4 | 2,624.7 | 35,385.1 | | |
| 12-31-2031 | 72 | 72.0 | 0.0 | 0.0 | 0.0 | 2,392.5 | 9,546.5 | 97,239.9 | 2,398.5 | 37,783.6 | | |
| 12-31-2032 | 76 | 76.0 | 0.0 | 0.0 | 0.0 | 2,208.9 | 8,911.6 | 106,151.5 | 2,035.7 | 39,819.3 | | |
| 12-31-2033 | 94 | 94.0 | 0.0 | 0.0 | 0.0 | 2,327.8 | 8,615.5 | 114,766.9 | 1,787.7 | 41,607.0 | | |
| 12-31-2034 | 104 | 104.0 | 0.0 | 0.0 | 0.0 | 2,719.6 | 7,938.9 | 122,705.8 | 1,501.6 | 43,108.6 | | |
| 12-31-2035 | 80 | 80.0 | 0.0 | 0.0 | 0.0 | 1,888.1 | 6,340.3 | 129,046.1 | 1,088.3 | 44,196.9 | | |
| 12-31-2036 | 63 | 63.0 | 0.0 | 0.0 | 0.0 | 1,749.4 | 6,021.6 | 135,067.8 | 939.5 | 45,136.4 | | |
| | | | | | | | | | | | | |
| SUBTOTAL | | | 0.0 | 0.0 | 14,274.3 | 32,630.8 | 135,067.8 | | 45,136.4 | 45,136.4 | | |
| REMAINING | | | 0.0 | 0.0 | 270.0 | 134,007.0 | 55,787.7 | 190,855.5 | 5,088.6 | 50,225.0 | | |
| TOTAL OF 36.2 YRS | | | 0.0 | 0.0 | 14,544.3 | 166,637.8 | 190,855.5 | 190,855.5 | 50,225.0 | 50,225.0 | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

Table V

BASED ON HVI PRICE AND COST PARAMETERS



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2016

HVI CAT CANYON, INC. INTEREST

CERTAIN PROPERTIES
LOCATED IN CALIFORNIA

POSSIBLE RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MMBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MMBBL | NET RESERVES NGL MMBBL | NET RESERVES GAS MMCF | NET RESERVES EQUIV MBOE | AVERAGE PRICES OIL $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2018 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2019 | 1.5 | 1.5 | 1.1 | 0.0 | 0.1 | 1.1 | 49.66 | 0.00 | 0.973 | 54.0 | 0.0 | 0.1 | 54.0 |
| 12-31-2020 | 100.5 | 3.5 | 97.7 | 0.0 | 0.2 | 97.7 | 41.13 | 0.00 | -1177.451 | 4,016.7 | 0.0 | -257.5 | 3,759.2 |
| 12-31-2021 | 146.3 | 7.5 | 141.5 | 0.0 | 0.5 | 141.6 | 41.39 | 0.00 | -560.778 | 5,857.1 | 0.0 | -259.8 | 5,597.3 |
| 12-31-2022 | 170.8 | 53.6 | 153.9 | 0.0 | 3.3 | 154.5 | 43.40 | 0.00 | -77.666 | 6,679.3 | 0.0 | -257.0 | 6,422.4 |
| 12-31-2023 | 182.0 | 65.0 | 158.0 | 0.0 | 4.0 | 158.7 | 45.35 | 0.00 | -63.875 | 7,167.4 | 0.0 | -256.3 | 6,911.2 |
| 12-31-2024 | 134.5 | 52.0 | 115.7 | 0.0 | 3.2 | 116.2 | 45.49 | 0.00 | -80.014 | 5,262.9 | 0.0 | -257.1 | 5,005.8 |
| 12-31-2025 | 112.0 | 45.8 | 94.4 | 0.0 | 2.8 | 94.8 | 46.04 | 0.00 | -91.106 | 4,344.3 | 0.0 | -257.4 | 4,086.9 |
| 12-31-2026 | 97.9 | 41.7 | 80.7 | 0.0 | 2.6 | 81.1 | 46.67 | 0.00 | -100.017 | 3,766.3 | 0.0 | -257.7 | 3,508.6 |
| 12-31-2027 | 87.7 | 38.7 | 70.9 | 0.0 | 2.4 | 71.3 | 47.26 | 0.00 | -107.952 | 3,349.3 | 0.0 | -257.9 | 3,091.4 |
| 12-31-2028 | 79.6 | 36.0 | 63.3 | 0.0 | 2.2 | 63.6 | 47.77 | 0.00 | -116.156 | 3,022.0 | 0.0 | -258.1 | 2,763.9 |
| 12-31-2029 | 291.6 | 33.5 | 235.1 | 0.0 | 2.1 | 235.4 | 42.79 | 0.00 | -124.975 | 10,057.1 | 0.0 | -258.2 | 9,798.9 |
| 12-31-2030 | 1,008.4 | 31.1 | 817.1 | 0.0 | 1.9 | 817.4 | 41.53 | 0.00 | -66.725 | 33,931.4 | 0.0 | -128.2 | 33,803.2 |
| 12-31-2031 | 1,541.5 | 28.9 | 1,250.0 | 0.0 | 1.8 | 1,250.3 | 41.35 | 0.00 | 1.007 | 51,690.8 | 0.0 | 1.8 | 51,692.6 |
| 12-31-2032 | 1,372.3 | 35.3 | 1,110.1 | 0.0 | 2.2 | 1,110.4 | 41.56 | 0.00 | 1.007 | 46,135.1 | 0.0 | 2.2 | 46,137.3 |
| 12-31-2033 | 940.3 | 30.4 | 759.9 | 0.0 | 1.9 | 760.2 | 41.66 | 0.00 | 1.007 | 31,653.2 | 0.0 | 1.9 | 31,655.1 |
| 12-31-2034 | 624.2 | 39.9 | 503.7 | 0.0 | 2.5 | 504.1 | 41.81 | 0.00 | 1.007 | 21,059.7 | 0.0 | 2.5 | 21,062.2 |
| 12-31-2035 | 421.5 | 13.5 | 340.2 | 0.0 | 0.8 | 340.4 | 42.11 | 0.00 | 1.007 | 14,326.8 | 0.0 | 0.8 | 14,327.7 |
| 12-31-2036 | 277.9 | 0.1 | 224.7 | 0.0 | 0.0 | 224.7 | 42.23 | 0.00 | 1.007 | 9,488.1 | 0.0 | 0.0 | 9,488.1 |
| SUBTOTAL | 7,590.7 | 558.0 | 6,217.8 | 0.0 | 34.5 | 6,223.6 | 42.11 | 0.00 | -78.250 | 261,861.4 | 0.0 | -2,695.8 | 259,165.6 |
| REMAINING | 518.0 | 0.0 | 418.3 | 0.0 | 0.0 | 418.3 | 42.58 | 0.00 | 0.000 | 17,810.6 | 0.0 | 0.0 | 17,810.6 |
| TOTAL | 8,108.6 | 558.0 | 6,636.1 | 0.0 | 34.5 | 6,641.8 | 42.14 | 0.00 | -78.250 | 279,672.0 | 0.0 | -2,695.8 | 276,976.2 |
| CUM PROD | 0.0 | 0.0 | | | | | | | | | | | |
| ULTIMATE | 8,108.6 | 558.0 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | NET DEDUCTIONS/EXPENDITURES TAXES PRODUCTION M$ | NET DEDUCTIONS/EXPENDITURES TAXES AD VALOREM M$ | CAPITAL COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | FUTURE NET REVENUE UNDISCOUNTED CUM M$ | DISCOUNTED AT 10.000% PERIOD M$ | DISCOUNTED AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | PRESENT WORTH PROFILE CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 0 | 0.0 | 0.0 | 0.0 | 40.0 | 0.0 | -40.0 | -40.0 | -37.4 | -37.4 | 8.000 | 63,222.6 |
| 12-31-2018 | 0 | 0.0 | 0.0 | 0.0 | 120.0 | 0.0 | -120.0 | -160.0 | -102.8 | -140.2 | 12.000 | 38,838.4 |
| 12-31-2019 | 0 | 0.0 | 0.0 | 0.0 | 935.0 | 0.0 | -881.0 | -1,041.0 | -684.7 | -824.9 | 13.000 | 34,639.9 |
| 12-31-2020 | 1 | 1.0 | 0.0 | 0.0 | 0.0 | 241.3 | 3,517.9 | 2,477.0 | 2,501.0 | 1,676.2 | 15.000 | 27,797.3 |
| 12-31-2021 | 1 | 1.0 | 0.0 | 0.0 | 0.0 | 335.7 | 5,261.6 | 7,738.5 | 3,427.3 | 5,103.4 | 18.000 | 20,413.7 |
| 12-31-2022 | 9 | 9.0 | 0.0 | 0.0 | 5,756.4 | 353.0 | 313.0 | 8,051.5 | 175.8 | 5,279.3 | 20.000 | 16,846.7 |
| 12-31-2023 | 11 | 11.0 | 0.0 | 0.0 | 0.0 | 434.3 | 6,476.9 | 14,528.4 | 3,498.6 | 8,777.9 | 25.000 | 10,303.3 |
| 12-31-2024 | 11 | 11.0 | 0.0 | 0.0 | 0.0 | 362.6 | 4,643.2 | 19,171.6 | 2,277.4 | 11,055.3 | 30.000 | 7,476.1 |
| 12-31-2025 | 11 | 11.0 | 0.0 | 0.0 | 0.0 | 347.8 | 3,739.1 | 22,910.7 | 1,666.2 | 12,721.4 | 35.000 | 5,381.4 |
| 12-31-2026 | 11 | 11.0 | 0.0 | 0.0 | 0.0 | 343.4 | 3,165.2 | 26,075.8 | 1,281.9 | 14,003.3 | 40.000 | 4,029.8 |
| 12-31-2027 | 11 | 11.0 | 0.0 | 0.0 | 0.0 | 339.3 | 2,752.2 | 28,828.0 | 1,013.1 | 15,016.4 | | |
| 12-31-2028 | 11 | 11.0 | 0.0 | 0.0 | 0.0 | 334.4 | 2,429.5 | 31,257.5 | 813.0 | 15,829.4 | | |
| 12-31-2029 | 17 | 17.0 | 0.0 | 0.0 | 24,000.0 | 889.3 | -15,090.3 | 16,167.2 | -4,656.2 | 11,173.2 | | |
| 12-31-2030 | 23 | 23.0 | 0.0 | 0.0 | 24,000.0 | 2,637.0 | 7,166.2 | 23,333.3 | 1,898.3 | 13,071.4 | | |
| 12-31-2031 | 22 | 22.0 | 0.0 | 0.0 | 0.0 | 3,912.5 | 47,780.1 | 71,113.4 | 11,995.6 | 25,067.0 | | |
| 12-31-2032 | 41 | 41.0 | 0.0 | 0.0 | 0.0 | 3,815.6 | 42,321.7 | 113,435.1 | 9,685.1 | 34,752.1 | | |
| 12-31-2033 | 48 | 48.0 | 0.0 | 0.0 | 0.0 | 2,759.4 | 28,895.7 | 142,330.8 | 6,019.2 | 40,771.2 | | |
| 12-31-2034 | 24 | 24.0 | 0.0 | 0.0 | 0.0 | 1,885.3 | 19,176.8 | 161,507.6 | 3,629.5 | 44,400.7 | | |
| 12-31-2035 | 44 | 44.0 | 0.0 | 0.0 | 0.0 | 2,089.1 | 12,238.5 | 173,746.1 | 2,107.8 | 46,508.6 | | |
| 12-31-2036 | 44 | 44.0 | 0.0 | 0.0 | 0.0 | 1,830.7 | 7,657.4 | 181,403.5 | 1,198.3 | 47,706.9 | | |
| SUBTOTAL | | | 0.0 | 0.0 | 54,851.4 | 22,910.7 | 181,403.5 | 181,403.5 | 47,706.9 | 47,706.9 | | |
| REMAINING | | | 0.0 | 0.0 | 5,665.2 | 12,145.4 | 193,548.9 | 193,548.9 | 1,551.3 | 49,258.2 | | |
| TOTAL OF 28.1 YRS | | | 0.0 | 0.0 | 54,851.4 | 28,575.9 | 193,548.9 | 193,548.9 | 49,258.2 | 49,258.2 | | |

Table VI

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON HVI PRICE AND COST PARAMETERS


## NETHERLAND, SEWELL & ASSOCIATES, INC.

HVI CAT CANYON, INC. INTEREST

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2016

TOTAL PROVED RESERVES

BELRIDGE NORTH FIELD
KERN COUNTY, CALIFORNIA

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | EQUIV MBOE | AVERAGE PRICES OIL $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 31.8 | 16.3 | 24.0 | 0.0 | 1.0 | 24.1 | 49.26 | 0.00 | 1.496 | 1,180.0 | 0.0 | 1.5 | 1,181.5 |
| 12-31-2018 | 30.8 | 14.4 | 23.2 | 0.0 | 0.9 | 23.4 | 50.11 | 0.00 | 1.177 | 1,163.6 | 0.0 | 1.0 | 1,164.7 |
| 12-31-2019 | 65.0 | 48.7 | 48.3 | 0.0 | 3.0 | 48.8 | 49.66 | 0.00 | 0.973 | 2,398.7 | 0.0 | 2.9 | 2,401.7 |
| 12-31-2020 | 113.5 | 97.3 | 83.9 | 0.0 | 6.0 | 84.9 | 49.60 | 0.00 | 0.977 | 4,162.3 | 0.0 | 5.9 | 4,168.2 |
| 12-31-2021 | 208.4 | 192.4 | 153.6 | 0.0 | 11.9 | 155.6 | 49.75 | 0.00 | 1.007 | 7,643.8 | 0.0 | 12.0 | 7,655.8 |
| 12-31-2022 | 229.4 | 206.5 | 170.0 | 0.0 | 12.7 | 172.1 | 49.75 | 0.00 | 1.007 | 8,456.6 | 0.0 | 12.8 | 8,469.4 |
| 12-31-2023 | 276.2 | 173.9 | 208.8 | 0.0 | 10.7 | 210.6 | 49.75 | 0.00 | 1.007 | 10,388.9 | 0.0 | 10.8 | 10,399.7 |
| 12-31-2024 | 333.3 | 153.9 | 248.7 | 0.0 | 9.5 | 250.3 | 49.75 | 0.00 | 1.007 | 12,374.6 | 0.0 | 9.6 | 12,384.2 |
| 12-31-2025 | 343.3 | 140.6 | 255.2 | 0.0 | 8.7 | 256.7 | 49.75 | 0.00 | 1.007 | 12,697.2 | 0.0 | 8.7 | 12,706.0 |
| 12-31-2026 | 295.1 | 130.2 | 219.2 | 0.0 | 8.0 | 220.6 | 49.75 | 0.00 | 1.007 | 10,906.5 | 0.0 | 8.1 | 10,914.6 |
| 12-31-2027 | 256.1 | 120.9 | 190.3 | 0.0 | 7.5 | 191.5 | 49.75 | 0.00 | 1.007 | 9,465.4 | 0.0 | 7.5 | 9,473.0 |
| 12-31-2028 | 223.8 | 112.3 | 166.3 | 0.0 | 6.9 | 167.5 | 49.75 | 0.00 | 1.007 | 8,274.2 | 0.0 | 7.0 | 8,281.2 |
| 12-31-2029 | 196.8 | 104.3 | 146.2 | 0.0 | 6.4 | 147.3 | 49.75 | 0.00 | 1.007 | 7,274.5 | 0.0 | 6.5 | 7,281.0 |
| 12-31-2030 | 173.8 | 96.8 | 129.2 | 0.0 | 6.0 | 130.2 | 49.75 | 0.00 | 1.007 | 6,428.1 | 0.0 | 6.0 | 6,434.2 |
| 12-31-2031 | 130.1 | 89.1 | 96.9 | 0.0 | 5.5 | 97.8 | 49.75 | 0.00 | 1.007 | 4,821.9 | 0.0 | 5.5 | 4,827.4 |
| 12-31-2032 | 84.0 | 60.9 | 62.8 | 0.0 | 3.8 | 63.5 | 49.75 | 0.00 | 1.007 | 3,125.7 | 0.0 | 3.8 | 3,129.5 |
| 12-31-2033 | 47.0 | 39.7 | 35.5 | 0.0 | 2.4 | 35.9 | 49.75 | 0.00 | 1.007 | 1,765.3 | 0.0 | 2.5 | 1,767.8 |
| 02-28-2034 | 3.3 | 2.2 | 2.6 | 0.0 | 0.1 | 2.6 | 49.75 | 0.00 | 1.007 | 129.0 | 0.0 | 0.1 | 129.1 |
| | | | | | | | | | | | | | |
| SUBTOTAL | 3,041.6 | 1,800.1 | 2,264.9 | 0.0 | 111.1 | 2,283.4 | 49.74 | 0.00 | 1.010 | 112,656.6 | 0.0 | 112.3 | 112,768.9 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 3,041.6 | 1,800.1 | 2,264.9 | 0.0 | 111.1 | 2,283.4 | 49.74 | 0.00 | 1.010 | 112,656.6 | 0.0 | 112.3 | 112,768.9 |
| CUM PROD | 3,571.5 | 1,566.8 | | | | | | | | | | | |
| ULTIMATE | 6,613.1 | 3,366.9 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | TAXES PRODUCTION M$ | TAXES AD VALOREM M$ | CAPITAL COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | FUTURE NET REVENUE UNDISCOUNTED CUM M$ | DISCOUNTED AT 10.000% PERIOD M$ | DISCOUNTED AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | PRESENT WORTH PROFILE CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2017 | 37 | 37.0 | 0.0 | 0.0 | 91.5 | 557.8 | 532.1 | 532.1 | 507.4 | 507.4 | 8.000 | 22,939.8 |
| 12-31-2018 | 37 | 37.0 | 0.0 | 0.0 | 0.0 | 564.9 | 599.8 | 1,131.9 | 520.6 | 1,028.0 | 12.000 | 15,276.3 |
| 12-31-2019 | 47 | 47.0 | 0.0 | 0.0 | 6,625.0 | 607.2 | -4,830.5 | -3,698.6 | -3,763.3 | -2,735.3 | 13.000 | 13,822.1 |
| 12-31-2020 | 49 | 49.0 | 0.0 | 0.0 | 1,293.0 | 713.7 | 2,161.5 | -1,537.1 | 1,554.3 | -1,181.0 | 15.000 | 11,333.2 |
| 12-31-2021 | 67 | 67.0 | 0.0 | 0.0 | 11,983.5 | 860.9 | -5,188.6 | -6,725.7 | -3,481.0 | -4,662.0 | 18.000 | 8,438.5 |
| 12-31-2022 | 76 | 75.6 | 0.0 | 0.0 | 5,976.4 | 1,040.1 | 1,452.9 | -5,272.8 | 932.3 | -3,729.7 | 20.000 | 6,940.4 |
| 12-31-2023 | 87 | 87.0 | 0.0 | 0.0 | 3,745.2 | 1,744.3 | 4,910.2 | -362.5 | 2,573.5 | -1,156.2 | 25.000 | 4,257.5 |
| 12-31-2024 | 103 | 102.8 | 0.0 | 0.0 | 4,591.8 | 2,380.7 | 5,411.7 | 5,049.2 | 2,561.1 | 1,404.9 | 30.000 | 2,589.0 |
| 12-31-2025 | 105 | 105.0 | 0.0 | 0.0 | 0.0 | 2,571.0 | 10,135.0 | 15,184.1 | 4,515.8 | 5,920.7 | 35.000 | 1,537.8 |
| 12-31-2026 | 104 | 104.0 | 0.0 | 0.0 | 0.0 | 2,330.1 | 8,584.5 | 23,768.7 | 3,477.0 | 9,397.7 | 40.000 | 870.5 |
| 12-31-2027 | 104 | 104.3 | 0.0 | 0.0 | 0.0 | 2,148.0 | 7,325.0 | 31,093.7 | 2,697.0 | 12,094.7 | | |
| 12-31-2028 | 104 | 104.0 | 0.0 | 0.0 | 0.0 | 2,003.2 | 6,278.0 | 37,371.6 | 2,101.3 | 14,196.0 | | |
| 12-31-2029 | 104 | 104.0 | 0.0 | 0.0 | 0.0 | 1,882.6 | 5,398.4 | 42,770.0 | 1,642.6 | 15,838.6 | | |
| 12-31-2030 | 103 | 103.0 | 0.0 | 0.0 | 0.0 | 1,780.1 | 4,654.0 | 47,424.1 | 1,287.3 | 17,126.0 | | |
| 12-31-2031 | 84 | 83.6 | 0.0 | 0.0 | 0.0 | 1,379.5 | 3,447.9 | 50,872.0 | 867.7 | 17,993.7 | | |
| 12-31-2032 | 69 | 69.0 | 0.0 | 0.0 | 0.0 | 1,039.4 | 2,090.1 | 52,962.1 | 480.1 | 18,473.8 | | |
| 12-31-2033 | 29 | 29.0 | 0.0 | 0.0 | 0.0 | 740.7 | 1,027.1 | 53,989.2 | 215.3 | 18,689.1 | | |
| 02-28-2034 | 16 | 16.0 | 0.0 | 0.0 | 0.0 | 106.5 | 22.6 | 54,011.8 | 4.5 | 18,693.6 | | |
| | | | | | | | | | | | | |
| SUBTOTAL | | | 0.0 | 0.0 | 34,306.4 | 24,450.7 | 54,011.8 | 54,011.8 | 18,693.6 | 18,693.6 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 54,011.8 | 0.0 | 18,693.6 | | |
| TOTAL OF 17.2 YRS | | | 0.0 | 0.0 | 34,306.4 | 24,450.7 | 54,011.8 | 54,011.8 | 18,693.6 | 18,693.6 | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON HVI PRICE AND COST PARAMETERS

EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HVI Cat Canyon, Inc., | Case No. 19-12417-MEW |
| Debtor. | |

**SECURED CREDITOR UBS AG, LONDON BRANCH'S MOTION**
***IN LIMINE* TO PRECLUDE 2016 NETHERLAND SEWELL**
**RESERVE REPORT AT CASH-COLLATERAL HEARING**

# TABLE OF CONTENTS

**Page**

PRELIMINARY STATEMENT ................................................................. 1

BACKGROUND ....................................................................................... 1

    *UBS is Debtor's senior secured creditor and holds liens on*
    *all of Debtor's assets, including the oil still in the ground.* ............... 1

    *In its motion to approve cash collateral, Debtor asserts*
    *enterprise value based on the 2016 Reserve Report.* ........................ 2

    *Debtor did not supplement its testimony*
    *on value after the First-Day Hearing.* ............................................. 3

ARGUMENT ............................................................................................. 3

    THE 2016 RESERVE REPORT IS INADMISSIBLE
    HEARSAY, AS THE COURT HAS ALREADY HELD. ................... 3

CONCLUSION ......................................................................................... 6

## PRELIMINARY STATEMENT[1]

Secured Creditor UBS moves *in limine* for an order to preclude Debtor from relying on the 2016 Netherland Sewell Reserve Report at the upcoming final cash-collateral hearing because that report is inadmissible hearsay. Indeed, the Court already so ruled at the August 1, 2019 First-Day Hearing. When Debtor had a chance to supplement its proposed proof in support of its pending cash-collateral motion, it submitted a non-narrative, four-paragraph declaration from its chairman Randeep Grewal, who had testified at length at the First-Day Hearing. That declaration did nothing at all to cure the 2016 Reserve Report's hearsay problem. Instead, Debtor simply tried to reargue that the 2016 Reserve Report is admissible by asserting the same rationale as at the First-Day Hearing, *i.e.*, that alleged authenticity somehow resolves the hearsay problem. It does not.

The 2016 Reserve Report was inadmissible then, and it is inadmissible now. Just as inadmissible is any testimony based on that hearsay report. Therefore, the Court should disregard such alleged valuation testimony from the First-Day Hearing transcript.

## BACKGROUND

### *UBS is Debtor's senior secured creditor and holds liens on all of Debtor's assets, including the oil still in the ground.*

Debtor and its affiliated co-borrower RILP and parent holding company GOGH owe UBS more than $125 million under two secured credit agreements that have been in default for several years.[2] Debtor's obligations under the credit agreements are secured, valid, perfected, and non-avoidable first- and second-priority liens on all of its assets. UBS's collateral includes,

---

[1]  "UBS" refer to UBS AG, London Branch. "HVICC" or "Debtor" refers to HVI Cat Canyon, Inc. "2016 Reserve Report" refers to Netherland, Sewell and Associates, Inc.'s Estimate of Reserves and Future Revenue to the HVI Cat Canyon, Inc. Interest in Certain Oil and Gas Properties located in California as of December 31, 2016.

[2]  "RILP" refers to Rincon Island Limited Partnership and "GOGH" refers to GOGH, LLC.

1

without limitation, all cash collateral, Debtor's interests in oil and gas properties located in Santa Barbara County, Kern County, and Orange County, California, and the proceeds generated from Debtor's production and sale of oil.

Debtor's oil and gas properties represent the overwhelming majority of value in UBS's collateral. Debtor's business model is relatively straightforward. The Debtor has leasehold interests in oil and gas properties and accesses the reserves to extract, sell, and convert the underlying oil into cash proceeds. Debtor then uses the cash proceeds to pay operating expenses incurred producing oil. In turn, Debtor repeats the cycle of extracting and selling oil to generate more cash proceeds to pay its operating expenses and continue producing more oil. But Debtor's oil reserves are diminishing natural resources that will eventually be exhausted. In the process of extracting the oil, Debtor continually depletes the aggregate reserve bases, but it does not create any new assets that are not already encumbered by UBS's liens. Rather, Debtor simply sells crude oil that is UBS's collateral and generates cash proceeds that also are UBS's collateral.

### *In its motion to approve cash collateral, Debtor asserts enterprise value based on the 2016 Reserve Report.*

In its July 30, 2019 motion to approve cash collateral, Debtor asserts that the "2016 year-end valuation of Debtor's assets provides a net present value for Debtor's oil and gas reserves, subject to Secured Lender's lien, of $235 million."[3] In the supporting declaration, Debtor also asserts that "the price per barrel has risen from approximately $55" at the time of the report "to today's price of $57.28, an increase of approximately 4%, thus bringing the value of the reserve assets to upwards of $245 million or greater, well in excess of Secured Creditors' liens."[4]

---

[3]  Docket No. 11 at ¶ 11.

[4]  Docket No. 11 at ¶ 13.

Mr. Grewal then testified to this at the First-Day Hearing. He made clear that his view of the "value of the assets" was based on the 2016 Reserve Report, testifying that "a rule of thumb would be that a Netherland Sewell report is a very good indicator of value."[5] Mr. Grewal offered no other foundation for his view of value.

### *Debtor did not supplement its testimony*
### *on value after the First-Day Hearing.*

When Debtor had a chance to supplement its proof in support of its cash-collateral motion, it submitted a four-paragraph declaration from Mr. Grewal. That declaration offers no knew testimony about value. Mr. Grewal simply attempts to authenticate the 2016 Reserve Report in a single paragraph.[6]

Debtor has offered no more recent reserve reports. Nor does Debtor offer any independent valuation from an expert or anyone else. Debtor's counsel has stated that they do not intend to call any other witnesses at the cash-collateral hearing (while reserving their rebuttal rights).

### ARGUMENT

### THE 2016 RESERVE REPORT IS INADMISSIBLE
### HEARSAY, AS THE COURT HAS ALREADY HELD.

At the First-Day Hearing, Debtor's counsel sought to question Mr. Grewal about the 2016 Reserve Report and whether it showed that UBS was "secured, under-secured, or over-secured."[7] After some colloquy, the Court made the following ruling about the reserve report:

> Look, you can ask him if he knows personally whether reports were sent
> to UBS, and how many times and when the most recent one was, but
> testimony about what the reports said or showed without the reports

---

[5]   Hr'g Tr. at 44:21–23, 45:3–6.

[6]   Docket No. 52, Randeep Grewal's August 15, 2019 Declaration at ¶ 4.

[7]   Transcript of August 1, 2019 Hearing ("Hr'g Tr.") at 36:12.

3

themselves, without anybody who prepared them here to testify about them, is just hearsay.[8]

When Debtor's counsel made another pass at trying to have Mr. Grewal testify based on the 2016 Reserve Report, the Court had this to say:

> THE COURT: Well, his discussion of the Netherland Sewell report is discussion of hearsay.
>
> MR. WELTMAN: I understand.
>
> THE COURT: If he's—you haven't qualified him as an expert, you've asked him based on different grounds, so I don't know how he can testify as to a value based on a hearsay report.
>
> .      .      .
>
> THE COURT: They're still—well, you know, you provide reports to people under your agreements for various commercial reasons, but that doesn't mean that they're admissible in court without something to validate what they are and how they were prepared **and testimony by the author**, for example, that it actually was preapared and is valid and states an honest opinion that still exists.  You know, whether it's oral or whether it's written, **it is still hearsay**.  **It's an out-of-court, unsworn statement**.[9]

That ruling was of course correct.  The 2016 Reserve Report is classic hearsay under Federal of Evidence 801.

Because Debtor did not move to reargue or reconsider that ruling, the matter is *res judicata*.  *See In re Ridgemour Meyer Properties, LLC*, 599 B.R. 215, 239–40 (S.D.N.Y. 2019) (a matter is *res judicata* if it has been adjudicated and not pursued any further). The Court should not allow Debtor to proffer now in its supplemental submission the exact same document that the Court held to be hearsay just two weeks earlier.

Moreover, any testimony based on the 2016 Reserve Report is also inadmissible.  *United States v. Cummings*, 858 F.3d 763, 774 (2d Cir. 2017) (testimony that relies on inadmissible

---

[8]    Hr'g Tr. at 38:20–25.

[9]    Hr'g Tr. at 45:19–46:7 (emphasis added).

4

hearsay not subject to an exception is inadmissible). Therefore, Mr. Grewal's testimony at the

First-Day Hearing about the alleged value of UBS's collateral—which was based entirely on the

2016 Reserve Report—was inadmissible hearsay. Specifically, when counsel asked if

Mr. Grewal had a "sense of the value of the assets," in answering that "UBS's debt will be

addressed through the asset sales," he explained that his testimony was based on the 2016

Reserve Report:

> ***That view comes from a standpoint that***, if we were to look at the market—and the market changes based on oil price, the market changes on jurisdiction and cycles, but ***a rule of thumb would be that a Netherland Sewell report is a very good indicator of value***, because Netherland Sewell is a very conservative auditor of value and they do not give you any upside in that report, it's basically a future cash flow with a current discount factor. So you can take a view on that. When it comes to the market—[10]

UBS's counsel preserved the hearsay objection on the record.[11] The Court should now disregard

Mr. Grewal's valuation testimony that was based on the 2016 Reserve Report.

---

[10]   Hr'g Tr. at 44:21–23, 45:3–12.

[11]   Hr'g Tr. at 44:21–23, 45:13–15.

**CONCLUSION**

UBS respectfully requests that the Court preclude Debtor from relying on the 2016

Reserve Report—or on any testimony based on that report—to establish enterprise value.  The

Court has already so held because that report is hearsay.  There is no reason to change that

ruling now.

Dated:  August 23, 2019                     O'MELVENY & MYERS LLP
              New York, NY

                                            */s/ Evan M. Jones*
                                            Evan M. Jones (appearing *pro hac vice*)
                                            400 South Hope Street, 18th Floor
                                            Los Angeles, CA 90071-2899
                                            T: (213) 430-6000
                                            F: (213) 430-6407
                                            ejones@omm.com

                                            Gary Svirsky
                                            Times Square Tower
                                            7 Times Square
                                            New York, NY 10036
                                            T: (212) 326-2000
                                            F: (212) 326-2061
                                            gsvirsky@omm.com

                                            *Attorneys for UBS AG, London Branch*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:                                          Chapter 11

HVI Cat Canyon, Inc.,                           Case No. 19-12417-MEW

        Debtor.

---

**[PROPOSED] ORDER GRANTING THE SECURED CREDITOR UBS AG, LONDON BRANCH'S MOTION *IN LIMINE* TO PRECLUDE 2016 NETHERLAND SEWELL RESERVE REPORT AT CASH-COLLATERAL HEARING**

Having considered UBS AG, London Branch's Motion *in Limine* to Preclude 2016 Netherland Sewell Reserve Report at Cash-Collateral Hearing;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted to the extent provided herein.

2.      The 2016 Netherland Sewell Reserve Report is inadmissible hearsay.

3.      The Debtor is precluded from relying on the 2016 Netherland Sewell Reserve Report or on any testimony based on that report at the Cash-Collateral hearing.

4.      This Court shall not consider the 2016 Netherland Sewell Reserve Report or any related testimony at the Cash-Collateral hearing.

Dated: _____, 2019
      New York, New York

                            _____
                            HONORABLE MICHAEL E. WILES
                            UNITED STATES BANKRUPTCY JUDGE

1

## **PROOF OF SERVICE OF DOCUMENT**

2

3   I am over the age of eighteen and not a party to this bankruptcy case or adversary proceeding.
My business address is **400 South Hope Street, Los Angeles, California 90071-2899**.

4

5   A true and correct copy of the foregoing document entitled **EVIDENTIARY OBJECTIONS
TO DECLARATION OF RANDEEP S. GREWAL IN SUPPORT OF MOTION FOR
INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363
APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE
PROTECTION AND SETTING FINAL HEARING PURSUANT TO BANKRUPTCY
RULE 4001 [DKT. NO. 52]** will be served or was served **(a)** on the judge in chambers in the
form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

6

7

8   **I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing
document will be served by the court via NEF and hyperlink to the document.  On **9/26/2019,** I
checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at
the email address(es) indicated below:

9

10

11

12   • **Alicia Clough**    aclough@loeb.com, mnielson@loeb.com, ladocket@loeb.com

13   • **Marc S Cohen**    mscohen@loeb.com, klyles@loeb.com

14   • **Karl J Fingerhood**    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov

15   • **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov

16   • **Karen L Grant**    kgrant@silcom.com

17   • **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

18   • **Brian L Holman**    b.holman@musickpeeler.com

19   • **Jeannie Kim**    jkim@friedmanspring.com

20   • **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com

21   • **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com

22   • **Mitchell E Rishe**    mitchell.rishe@doj.ca.gov

23   • **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com

24   • **Ross Spence**    ross@snowspencelaw.com,
janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau
@snowspencelaw.com

25

26   • **Christopher D Sullivan**    csullivan@diamondmccarthy.com,
mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com

27

28

EVIDENTIARY OBJECTIONS

**II.  SERVED BY OVERNIGHT FEDEX**: On **9/26/2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue Suite D
Brighton, CO 80601

**ATTORNEYS FOR DEBTOR:**

Weltman & Moskowitz, LLP
Attn: Michael L. Moskowitz
270 Madison Ave., Ste. 1400
New York, NY 10016-0601

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/26/2019** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:**

Hon. Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of September, 2019, at Los Angeles, California.


_____/s/ Jan Wallis_____
                Jan Wallis

- 2 -
EVIDENTIARY OBJECTIONS