Thomas Jeremiassen
tjeremiassen@dsiconsulting.com
Nicholas R. Troszak
ntroszak@dsiconsulting.com
Development Specialists, Inc.
333 South Grand Ave., Suite 4100
Los Angeles, CA 90071
Telephone No. (213) 617-2717
Facsimile No. (213) 617-2718
Accountants to the Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (LOS ANGELES DIVISION)

| | |
|---|---|
| In re<br><br>REGDALIN PROPERTIES, LLC<br><br>        Debtor. | Case No. 2:18-bk-20868-BB<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED AS ACCOUNTANTS AND FINANCIAL ADVISORS FOR THE CHAPTER 11 TRUSTEE, R. TODD NEILSON FOR THE PERIOD OF NOVEMBER 1, 2018 THROUGH AUGUST 31, 2019; DECLARATION OF NICHOLAS R. TROSZAK; AND EXHIBITS**<br><br>**[Hearing Date/Time Pre-Approved by Court]**<br><br>**Date:   October 16, 2019**<br>**Time:   2:00 p.m.**<br>**Ctrm:   1539**<br>**        255 E. Temple Street**<br>**        Los Angeles, CA 90012**<br>**Judge:  Hon. Sheri Bluebond** |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:

        Development Specialists, Inc. ("DSI" or "Applicant"), as accountants and financial

advisors in the above-captioned estate, respectfully represent:

I.

## INTRODUCTION

DSI respectfully applies under 11 U.S.C. §§ 330, 331, 503(b), and 507(a)(2) and Local Bankruptcy Rule 2016-1 for interim allowance and payment of compensation for services it has rendered and reimbursement of expenses incurred from November 1, 2018 through August 31, 2019 (the "Application").

DSI has not previously filed an application in the Debtor's estate.

During the period covered by this Application, November 1, 2018, through August 31, 2019, (the "Reporting Period"), DSI incurred fees in the amount of $105,493.00 representing 260.2 hours of services to the estate, for which it seeks interim allowance.  DSI also advanced expenses during the Reporting Period related to its services in the amount of $341.74, for which it seeks interim allowance for reimbursement.  At this time, DSI is seeking payment of 100% of its requested fees and 100% of its requested expenses.

DSI has not previously filed an application in the Debtor's estate.

### A.    Exhibits to this Application

The nature and extent of DSI's services during the Reporting Period are described in subsequent paragraphs and in the following exhibits to this Application:

Exhibit "A" is a copy of the order authorizing DSI's employment in this matter.

Exhibit "B" provides the summary and detailed time entries for the services provided by category by DSI as accountants and financial advisors to the Trustee as well as the summary and detail of all costs expended.

Exhibit "C" is a schedule that sets forth the total hours each professional and paraprofessional at DSI has expended in this case during the Reporting Period and the hourly rates for those services.  The average hourly billing rate for DSI was $405.43.  These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days.  Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

Exhibit "D" includes the resumes that describe the education and qualifications of the professionals and paraprofessionals for DSI whose time constitutes a basis for this Application.

**B.     Reasonableness of Rates**

Each year, DSI attempts to gather accurate information about rates charged by comparable accounting firms for comparable services to ensure its rates are competitive.   DSI is informed and believes the rates charged by its staff and accountants are fair and reasonable in light of the rates charged by comparable firms.  By way of example, Mr. Jeremiassen had an hourly rate of $550 during the 2018 billing period, that is among the highest rates of any professional of DSI whose time is included in this application.  As set forth in Mr. Jeremiassen's resume (Exhibit "D"), Mr. Jeremiassen has over 20 years of public accounting experience.  Applicants are informed and believe that professionals at Mr. Jeremiassen's level at so-called "Big-Four" accounting firms, with whom Applicant competes, have hourly rates substantially higher, than the rates of Applicant.

During January of each year, DSI revises its billing rates for new cases accepted thereafter and for pending cases in the coming year based on facts described above.  All services included in this fee application were billed at the applicable standard hourly rates.

**II.**

**BACKGROUND FACTS/DESCRIPTION OF SERVICES**

**A.     Procedural Background**

Regdalin Properties, LLC ("Regdalin" or the "Debtor") commenced its case by filing a voluntary petition under chapter 11 of the Bankruptcy Code on September 17, 2018 (the "Petition Date").

On October 26, 2018, the Court ordered the appointment of a chapter 11 trustee in the Debtor's case.  The United States Trustee appointed R. Todd Neilson as the chapter 11 trustee, and on November 5, 2018, the Court entered an order approving the Trustee's appointment.

On November 27, 2018, the Court entered an order authorizing the Trustee's employment of Dinsmore & Shohl, LLP ("Dinsmore" or "Counsel") as his counsel effective November 1, 2018.

On December 4, 2018, the Court entered an order authorizing the Trustee's employment of DSI as his accountants and financial advisors effective

November 1, 2018.

On December 6, 2018, the Court entered an order authorizing the Trustee's employment of Berkeley Research Group, LLC ("BRG") as his tax accountants and advisors effective November 1, 2018.

## B.    The Debtor's Bankruptcy Filing / History

The Debtor was in the business of managing and renting real estate properties.  The Debtor currently has zero employees and no known tangible assets other than real property.  According to the 2016 Regdalin federal tax return, Regdalin is owned 50% by Edgar Sargsyan ("Sargsyan") and 50% by Elina Sargsyan, husband and wife.

On or about September 17, 2018, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "Court" or "Bankruptcy Court") commencing the case (the "Case") entitled *In re Regdalin Properties, LLC* U.S.B.C. Case No. 2:18-bk-20868-BB.

On September 26, 2018, SBK Holdings USA, Inc. ("SBK") filed a Motion for the Appointment of chapter 11 Trustee.  SBK asserted that the Debtor, its principal Sargsyan and others were embroiled in pre-petition lawsuits filed by SBK, stemming from actions allegedly taken by the Debtor and/or Sargsyan and including claims for dishonestly, conversion, fraud, and embezzlement and the acquisition of more than seventeen (17) real properties (collectively, the "Properties") alleged to have been purchased with SBK's funds and fraudulently titled in the name of the Debtor and others.  The Properties include the seven (7) real properties listed in the Debtor's Schedules of Assets and Liabilities filed in the Case.

On or about October 1, 2018, the Debtor filed various Schedules of Assets and Liabilities, including its Schedule A/B.  The Debtor's Schedule A/B identified seven (7) parcels of real property and one (1) automobile.  The real property indicated a current value in the amount of $11,400,000, the automobile was listed as having a value of $130,000, for a total asset value of $11,530,000.  The Debtor also filed Schedule D, indicating secured creditors in the amount of $6,755,299.  The Debtor did not file any other schedules.

### C.    Status of the Debtors Operations

The Trustee, with the assistance of his financial advisors and other professionals, has overseen the regular maintenance and security of seven (7) real parcels of property, six (6) of which contain structures. Since the inception of the case, through August 31, 2019, the Trustee has abandoned one (1) parcel, sold four (4) parcels and transferred one (1) parcel to SBK pursuant to a settlement agreement approved by the Court. The sale of the remaining piece of real property is anticipated to close in September 2019.

Through August 31, 2019, the debtors have received approximately $6.75 Million in proceeds from the sale of real property. Of the $6.75 Million received, $4.18 Million was paid to secured lenders and $483,000 was paid in escrow closing costs and sales commissions.

### D.    Status of the Trustee's Investigation, Causes of Action and Settlements

Since his appointment, the Trustee, DSI and other professionals have started to conduct an investigation of the affairs of the Debtor. The Debtor did not turn over significant corporate and/or financial records. The Court has entered orders authorizing the Trustee to conduct Rule 2004 examinations of several business entities, and the Trustee's professionals look forward to receiving the requested information to assist in their investigation.

During the Reporting Period, the Court approved a settlement between the Trustee and SBK. Prior to the Petition Date, SBK commenced litigation against the Debtor and others and recorded lis pendens against each of the Debtor's real properties. The settlement provided SBK's consent to the sale of certain real properties free and clear of the SBK lis pendens and, without determining the merits of SBK's constructive trust claims, subordinated those claims to the allowed administrative claims of the estate, so the estate can be administered.

Additionally, prior to the Petition Date, SBK acquired liens of record against three (3) of the Debtor's properties referred to as the La Masina, Teesdale and Margate properties. Prior to the bankruptcy, SBK purported to foreclose on the La Masina property, leaving outstanding amounts purportedly collateralized by the Teesdale and Margate properties. Under the settlement, the Trustee released any claims the estate may have had against SBK arising out of the La Masina foreclosure and transferred title to the Margate property to SBK. In return, SBK limited its lien

rights to $200,000 of the Teesdale sale proceeds, which was paid to SBK through the escrow sale closing process.

Please see Dinsmore's application for interim compensation filed concurrently with this Application for additional details on the Trustee's investigation, causes of action and settlements.

**E.    Estate Cash**

As of September 17, 2019, the estate was holding approximately $2,175,536.44 in funds.

**III.**

**SUMMARY DESCRIPTION OF SERVICES**

The Applicants services for its Reporting Period are included herein as Exhibit "B". Without limiting the detail given in Exhibit "B", the areas of emphasis of work are as follows:

**A.    12 – Fee Application / Client Billing**

   **(Hours: 0.5; Fees: $175.00)**

During the Reporting Period, the Applicant began preparation of the first interim fee application of DSI, as accountants and financial advisors to the Trustee.  During the Reporting Period, the applicant performed a preliminary review of detailed time entries from November 2018 through January 2019 to adjust time, write-off fees and expenses categorize entries, and to justify the services provided to the estate for each of those categories.

**B.    13 – Retention / Engagement Matters**

   **(Hours: 3.3; Fees: $1,612.00)**

Time billed to this category relates to discussions, examination and review of various documents and pleadings in this case.  This was necessary for DSI to become familiar with the case orientation, status and issues in order to effectively and efficiently provide its services to the Trustee.

As requested by the Trustee, Applicant completed a conflicts check and participated in the preparation and completion of an application to employ with exhibits as well as a declaration of disinterestedness.  The employment application was drafted, reviewed, revised, filed with the court, and served on the required parties.

**C.**    **14 – Attend Court Hearings and Review Pleadings**
**(Hours: 7.7; Fees: $3,750.50)**

At the request of the Trustee and/or Counsel, Applicant was requested to attend certain Court hearings and review certain pleadings. During the reporting period, the Applicant attended a hearing related to case status conference and 341(a) hearings. DSI was also requested to review certain deposition transcripts of individuals related to the Debtor.

**D.**    **16 – Forensic Accounting Sources and Uses**
**(Hours: 66.6; Fees: $20,539.00)**

During this Reporting Period, the Applicant has gathered, analyzed and reviewed the Debtor's general ledger, bank statements, canceled checks and other accounting support information. Time billed to this category relates to services provided by DSI with respect to the very initial stages of the reconstruction of the Debtor's pre-petition financial transactions for the purpose of, among other things, assisting in tax return preparation, determining claimants and the Trustee's investigation and identification of possible avoidance actions. DSI also examined and compiled Regdalin bank account documentation relating to the time period of approximately three years prior to the bankruptcy petition.

**E.**    **27 – Monthly Bankruptcy / Semi-Annual Reports**
**(Hours: 15.4; Fees: $6,454.50)**

At the request of the Trustee, Applicant incurred time preparing the monthly operating reports from November 2018 through July 31, 2019. The Applicant also calculated the United States Trustee quarterly disbursement fee amounts and prepared the required forms through June 30, 2019.

**F.**    **31 – Claims Analysis and Issues**
**(Hours: 20.1; Fees: $6,850.50)**

As requested by the Trustee, Applicant undertook an analysis to locate and create a contact list to be utilized for the claims bar date notice. DSI exported into MS Excel vendor information from Regdalin's accounting software in order to review and analyze vendor contact data. DSI then researched Regdalin records and certain Internet software programs

to locate current addresses for the claims bar date notice. The Court approved the claims bar date

motion on August 6, 2019, and the estate subsequently provided notice as outlined in the motion

and order.

### G.    32 – Tax Issues

### (Hours: 10.0; Fees: $4,761.50)

Applicant was assigned by the Trustee to work with the tax professionals to assist in

gathering necessary financial information to complete and file the Debtor tax returns.  Prior to the

bankruptcy, the Debtor had not filed a tax return since 2016.  The information currently available

to the estate to file the 2017 tax return was incomplete.  DSI worked with the tax professionals and

Sargsyan to categorize and determine the business purpose of certain transactions that occurred

during 2017.  DSI also located, reviewed and assisted the tax professionals in determining the tax

basis in certain real properties, which were previously unknown.

### H.  37 – Asset Analysis, Recovery and Security

### (Hours: 60.6; Fees: $28,253.50)

During this Reporting Period, the Trustee requested that the Applicant determine what

assets were located on Schedule B, which assets currently have insurance, and investigate the

Debtor's records for additional assets.  Early on in the engagement, DSI determined a majority of

the unoccupied real properties had outstanding insurance premium amounts owed.  As requested

by the Trustee, DSI worked to secure insurance for all seven (7) of the Debtor's real properties.

At the request of the Trustee, and in the company of the Trustee, DSI visited and secured

access to all unoccupied structures owned by the Debtor.  Upon securing access to the Anderson

property (unoccupied commercial building), DSI noticed a severe gas leak on the side of the

building.  DSI reported the leak to Southern California Gas Company, which then immediately

dispatched an employee to fix the leak.  DSI also determined access to the 1,000 – 1,200 amp

electrical service panel (a typical residential home contains a 100 – 200 amp electrical service

panel) was not properly secure, and was open to public access.  DSI contacted and worked with a

locksmith to secure access to the Anderson property and the electrical panel.  The Applicant also

observed physical water damage at the Teesdale property and determined additional damage would

occur if the water dripping from the ceiling was not captured.  Applicant placed large garbage bins under the constant water leak to preserve the flooring and structural nature of the property.

Pursuant to the request of the Trustee, DSI also visited occupied structures in order to meet the tenants, notify them of the appointment of the Trustee, and inquire if they had any questions and/or concerns.

DSI also worked with counsel, the escrow closing agent and other professionals as needed to assist in the sale closing process for the real properties.  DSI confirmed mortgage payoff statements, escrow closing statements and actual funds received by the Estate as requested by the Trustee.

Applicant believes that minimal time will be assigned to this task code going forward, due to a majority of the real properties being sold, abandoned or transferred.

### I.  41 – Managing Business Operations
#### (Hours: 36.7; Fees: $16,977.50)

Pursuant to the Trustee's request, Applicant met or participated in conference calls with the Trustee, Counsel and other professionals to identify outstanding issues to be addressed.  Applicant dealt with various administrative matters including receipt and review of incoming documentation and correspondence, meetings with staff to determine and prioritize areas of work to be performed, preparation of documentation to be provided to Trustee and Counsel as requested, and various other tasks necessary to properly and efficiently manage the estate.

### J.  45 – Record Storage
#### (Hours: 25.4; Fees: $9,342.50)

Time incurred for this category during the Reporting Period included the review, analysis and inventorying of documentation and information received from Sargsyan and certain financial institutions.  Applicant also create document request lists to be used by Counsel in requesting additional information and documentation through the Rule 2004 examination process.  Applicant believes as additional Rule 2004 examination responses are received, further work will be completed related to this task code.

**K. 52 – Creditors / Creditors' Committee Contact**

**(Hours: 3.2; Fees: $1,621.00)**

Pursuant to the Trustee's request, Applicant met with the Trustee, Counsel and SBK's counsel to understand SBK's relationship with the Debtor and Sargsyan.   The Applicant also participated in discussions to identify outstanding issues to be addressed and a possible settlement between SBK and the estate.

Applicant often had more than one participant involved in the conference calls or meetings. Each such participant was attending or participating by invitation from the Trustee and/or had specific reports to make to the combined group.

**L. 79 – Travel**

**(Hours: 10.7; Fees: $5,155.50)**

As requested by the Trustee, Applicant was required to travel in order to attend meetings, court hearings and visit the Debtor's Beverly Hills offices.

**IV.**

**SUMMARY DESCRIPTION OF EXPENSES**

The Trustee incurred out-of-pocket costs in connection with services rendered to the estates, summarized as follows:

**A.    Mileage ($79.17)**

This represents reimbursement for actual mileage driven for case related meetings and hearings.  DSI charges $.58 per mile, which is consistent with the Internal Revenue Service 2019 standard mileage rate for miles driven for business use.

**B.    Miscellaneous ($18.03)**

This represents costs associated with miscellaneous expenses relate to the replacement and copy of additional keys needed for certain real properties.

**C.    PACER ($4.60)**

This represents the actual Pacer charges for retrieval of pleadings and information from the Court docket.

**D.      Parking ($180.20)**

This consists of the actual cost of parking for case related meetings and hearings.

**E.      Shipping / Postage ($49.04)**

Applicant tracks by case code shipping costs for transmitting mail through the U.S. Postal Service, Fed Ex and UPS, and bills clients at the actual amount of the costs for the postage.

**F.      Telephone, Fax and Internet ($10.70)**

This consists of the actual costs for telephone, fax and internet charges related to the case.

**V.**

**CONCLUSION**

Applicant believes compensation awarded herein will account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment, the results obtained and the contingency thereof, as well as the actual hours expended.  Applicant believes full payment of its fees is justified when weighed against the benefit of its work, as described above.

No agreement exists between Applicant and any other person for the sharing of compensation that is received in connection with this case.

Notice of this Application has been given to creditors and parties in interest.

WHEREFORE, Applicant respectfully requests interim allowance for the following:  (a) compensation of fees incurred during the Reporting Period in the amount of $105,493.00; (b) reimbursement of expenses incurred during the Reporting Period in the amount of $341.74; and (c) payment equal to the full amount of the requested fees and expenses.

Dated: September 23 , 2019                    Respectfully submitted,


                                              Nicholas R. Troszak
                                              Development Specialists, Inc.

1

### DECLARATION OF NICHOLAS R. TROSZAK

2    I, Nicholas R. Troszak, declare as follows:

3        I am a Certified Public Accountant and am a managing director in the firm of Development

4 Specialists, Inc. ("DSI").  I have read the foregoing *First Interim Application of Development*

5 *Specialists, Inc. for Allowance and Payment of Fees and Expenses Incurred as Accountants and*

6 *Financial Advisors for the Chapter 11 Trustee, R. Todd Neilson, for the Period November 1, 2018*

7 *through August 31, 2019* (the "Application") and know the contents thereof.  I certify that the facts

8 stated therein are true of my own knowledge, except for those stated upon information and belief,

9 which I believe to be true.

10        The Application seeks interim allowance and payment of compensation in the amount of

11 $105,493.00 for fees incurred during the period November 1, 2018 through August 31, 2019.

12        The Application also seeks interim allowance and payment for reimbursement of costs in

13 the amount of $341.74 incurred during the period November 1, 2018 through August 31, 2019.

14        I believe the Application substantially complies with the U.S. Trustee Guidelines

15 concerning professionals' fee applications as well as Local Bankruptcy Rule 2016-1.

16        I declare under penalty of perjury under the laws of the United States of America that the

17 facts stated herein are true and correct to the best of my knowledge.  Executed this **23** day of

18 September 2019, at Los Angeles, California.

19

20

21 Nicholas R. Troszak, CPA

22

23

24

25

26

27

28

# Exhibit A

Peter J. Mastan (State Bar No. 190250)
*peter.mastan@dinsmore.com*
Christopher Celentino (State Bar No. 131688)
*chris.celentino@dinsmore.com*
Mikel R. Bistrow (State Bar No. 102978)
*mikel.bistrow@dinsmore.com*
**DINSMORE & SHOHL LLP**
550 Hope St., Suite 1765
Los Angeles, California 90071
Telephone: 213-335-7737

Proposed Counsel to the Chapter 11 Trustee,
R. Todd Neilson

FILED & ENTERED

DEC 04 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:18-bk-20868-BB |
| REGDALIN PROPERTIES, LLC, | Chapter 11 |
| Debtor. | **ORDER AUTHORIZING TRUSTEE'S EMPLOYMENT OF DEVELOPMENT SPECIALISTS, INC. AS ACCOUNTANTS AND FINANCIAL ADVISORS PURSUANT TO BANKRUPTCY RULE 2014 AND LOCAL RULE 2014-1(B)** |
| | Date: No Hearing Required<br>Time:<br>Ctrm: 1539<br>255 E. Temple Street<br>Los Angeles, CA 90012<br>Judge: Hon. Sheri Bluebond |

On November 14, 2018, R. Todd Neilson, Chapter 11 trustee (the "Trustee") of the bankruptcy estate of Regdalin Properties, LLC (the "Debtor") filed in the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding, (a) a "Chapter 11 Trustee's Application to Employ Development Specialists, Inc. as Accountants and Financial Advisors" (the "Application"), and (b) a "Notice of Chapter 11 Trustee's Application to Employ Development Specialists, Inc. as Accountants and Financial Advisors Pursuant to Bankruptcy Rule 2014 and Local Rule 2014-1(b)" (the "Notice").  No hearing on the Application was requested or required.

The Court, having considered the Notice and the Application, 17 days having passed since the filing and service of the Notice and of the Application, no opposition to the Application or request for hearing on the Application having been filed or received, and good cause appearing, finds and directs as follows:

**1.**    The Application is **GRANTED.**

**2.**    The Trustee is authorized to retain and employ Development Specialists, Inc. ("DSI") as the Trustee's accountants and financial advisors in the above-captioned bankruptcy case with DSI's compensation for services rendered and reimbursement of incurred expenses to be paid from the Estate in such amounts as the Court may allow after notice and hearing pursuant to 11 U.S.C. §§ 330-331.

**3.**    The Trustee is authorized to employ DSI effective as of **November 1, 2018.**

**4.**    Adequate notice of the Application was given.

**IT IS SO ORDERED.**

Date: December 4, 2018

Sheri Bluebond
United States Bankruptcy Judge

1

14215373v1

# Exhibit B

**Regdalin Properties, LLC**
**Summary by Task Code**
November 1, 2018 through August 31, 2019

| Task Code | Hours | Total |
|---|---|---|
| Fee Application / Client Billing | 0.50 | $       175.00 |
| Retention / Engagement Matters | 3.30 | 1,612.00 |
| Attend Court Hearings / Review Pleadings | 7.70 | 3,750.50 |
| Forensic Accounting -  Sources & Uses | 66.60 | 20,539.00 |
| Monthly Bankruptcy / Semi-Annual Reports | 15.40 | 6,454.50 |
| Claims Analysis / Objections | 20.10 | 6,850.50 |
| Tax Issues | 10.00 | 4,761.50 |
| Asset Analysis & Recovery | 60.60 | 28,253.50 |
| Managing Business Operations | 36.70 | 16,977.50 |
| Record Storage | 25.40 | 9,342.50 |
| Creditors / Creditor's Committee Contact | 3.20 | 1,621.00 |
| Travel | 10.70 | 5,155.50 |
|  | 260.20 | $ 105,493.00 |

Page: 1
09/13/2019

Regdalin Properties, LLC
Berkeley Research Group, LLC
201 South Main
Suite 450
Salt Lake City  UT  84111

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/05/2019 | SGF | Review and analyze time description export to create schedule in Excel for bill creation purposes. | 0.50 | |
| | | Fee Application/Client Billing | 0.50 | 175.00 |
| 11/01/2018 | NRT | Multiple conversations with T. Neilson regarding trustee appointment, conversation with E-Discovery regarding same. | 0.40 | |
| 11/11/2018 | NRT | Review PACER and documents filed with the court in order to create DSI employment application and notice of DSI employment application. | 2.00 | |
| 11/12/2018 | NRT | Review signature pages for employment app and notice, insert pages and send fully executed documents to counsel for filing. | 0.30 | |
| | TPJ | Review and revision of DSI's employment application, reviewed and signed declaration and e-mails with Nick Troszak. | 0.40 | |
| 12/04/2018 | NRT | Review DSI's employment order and reply to counsel with approval. | 0.20 | |
| | | Retention/Engagement Matters | 3.30 | 1,612.00 |
| 11/06/2018 | TPJ | Reviewed 341(a) meeting transcripts. | 0.70 | |
| 11/19/2018 | NRT | Review Levon Termendzhyan depo transcript and video from December 8, 2017. | 1.60 | |
| 11/26/2018 | NRT | Review SBK's complaint against E. Sargsyan and reply to the trustee regarding same. | 0.60 | |
| | NRT | Review deposition transcript of Levon Termendzhyan from June 19, 2018. | 1.00 | |
| 11/27/2018 | NRT | Prepare for and participate in 341a meeting as requested by the trustee. | 2.70 | |
| 01/10/2019 | NRT | Prepare for and participate in case status conference as requested by the trustee. | 1.10 | |
| | | Attend Court Hrgs/Rev Pleadgs | 7.70 | 3,750.50 |
| 11/15/2018 | NRT | Download Regdalin's QuickBooks file and extract the general ledger from 2014 through 2018. | 0.70 | |
| | NRT | Review Regdalin's QuickBooks file and extract balance sheets from 2014 through 2018. | 0.70 | |
| 11/16/2018 | NRT | Review general ledgers extracted from QuickBooks and conversation with S. Ferrero regarding receipt and disbursement database. | 0.70 | |
| 11/20/2018 | SGF | Review and analyze bank statements received from SBK Holdings in order to create receipts and disbursements database for accounts that have been | | |

Regdalin Properties, LLC

|            |     |                                                                                                                      | HOURS |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|
|            |     | received.                                                                                                            | 2.40  |
|            | RCD | Review and analyze bank statements for account #5099 for April 2016 in order to complete sources and uses database.   | 1.50  |
|            | RCD | Review and analyze bank statements for account #5099 for August 2016 in order to complete sources and uses database.  | 1.40  |
|            | RCD | Review and analyze bank statements for account #5099 for September 2016 in order to complete sources and uses database. | 1.20  |
|            | RCD | Review and analyze bank statements for account #5099 for October 2016 in order to complete sources and uses database. | 1.00  |
|            | RCD | Review and analyze bank statements for account #5099 for November 2016 in order to complete sources and uses database. | 0.80  |
|            | RCD | Review and analyze bank statements for account #5099 for December 2016 in order to complete sources and uses database. | 0.40  |
| 11/21/2018 | RCD | Review and analyze bank statements for account #5099 for January 2017 in order to complete sources and uses database. | 0.80  |
|            | RCD | Review and analyze bank statements for account #5099 for February 2017 in order to complete sources and uses database. | 0.90  |
|            | RCD | Review and analyze bank statements for account #5099 for March 2017 in order to complete sources and uses database.   | 1.20  |
|            | RCD | Review and analyze bank statements for account #5099 for April 2017 in order to complete sources and uses database.   | 1.30  |
| 11/26/2018 | SGF | Review status of sources and uses database from 2016 time period.                                                    | 0.30  |
|            | SGF | Review and analyze summary memo of possible transactions involving flow of funds.                                    | 0.60  |
|            | RCD | Review and analyze bank statements for account #5099 for May 2017 in order to complete sources and uses database.    | 1.80  |
|            | RCD | Review and analyze bank statements for account #5099 for June 2017 - July 2017 in order to complete sources and uses database. | 2.90  |
| 11/27/2018 | SGF | Review and analyze summary memo of possible transactions involving flow of funds.                                    | 0.70  |
|            | RCD | Review and analyze bank statements for account #5099 for July 2017 - September 2017 in order to complete sources and uses database. | 2.60  |
| 11/28/2018 | SGF | Review and analyze summary memo of possible transactions involving flow of funds.                                    | 0.70  |
|            | SGF | Review and analyze bank statements for Bank of America account in order to update sources and uses database.         | 1.50  |
|            | RCD | Review and analyze bank statements for account #5099 for September 2017 - December 2017 in order to complete sources and uses database. | 3.20  |
| 11/29/2018 | SGF | Review and analyze payee information for sources and uses database.                                                  | 0.70  |

Regdalin Properties, LLC

|            |     |                                                                                                                                                                                                        | HOURS |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 12/03/2018 | SGF | Review and analyze bank statements to identify and verify payees for transactions from the Bank of America account -5099 for 2016 in order to prepare the sources and uses database.                    | 1.60  |
|            | SGF | Review and analyze bank statements to identify and verify payees for transactions from the Bank of America account -5099 for 2017 in order to prepare the sources and uses database.                    | 1.80  |
|            | SGF | Review and analyze bank statements to identify and verify payees for transactions from the Bank of America account -6542 in order to prepare the sources and uses database.                             | 0.70  |
|            | SGF | Review and analyze bank statements to identify and verify payees for transactions from the Bank of the West account -6070 in order to prepare the sources and uses database.                            | 0.60  |
| 12/04/2018 | SGF | Review and analyze payees to identify returned check payees from the Bank of America -5099 account in order to prepare the sources and uses database.                                                   | 1.60  |
|            | SGF | Review and analyze payees to identify returned check payees from the Bank of America -6542 account in order to prepare the sources and uses database.                                                   | 0.70  |
|            | SGF | Review and analyze check copies to update and verify payees from the Bank of America -5099 account from 2016 in order to prepare the sources and uses database.                                         | 1.50  |
|            | SGF | Review and analyze check copies to update and verify payees from the Bank of America -5099 account from 2017 in order to prepare the sources and uses database.                                         | 1.60  |
|            | SGF | Review and analyze check copies to update and verify payees from the Bank of the West -6070 account from 2016 in order to prepare the sources and uses database.                                        | 0.80  |
|            | SGF | Review and analyze check copies to update and verify payees from the Bank of the West -6070 account from 2016 in order to prepare the sources and uses database.                                        | 0.70  |
|            | SGF | Review and analyze property closing statements to identify additional information regarding funds received in order to prepare the sources and uses database.                                           | 1.10  |
| 12/05/2018 | SGF | Review and analyze list of unknown and unverified payee names to prepare analysis related to preparation of the sources and uses database.                                                              | 2.10  |
|            | SGF | Review Levon Termendzhyan deposition and exhibits to determine if any additional payees can be verified in order to prepare the sources and uses database.                                              | 1.90  |
|            | SGF | Review and analyze summary schedule to present unknown and unverified analysis to trustee related to the sources and uses database.                                                                     | 1.80  |
| 01/02/2019 | NRT | Prepare for and participate in conversation with the trustee regarding case status and document productions.                                                                                           | 0.20  |
| 03/13/2019 | NRT | Review e-mails related to bank document request and forward to staff.                                                                                                                                   | 0.10  |
| 03/21/2019 | SGF | Review and analyze Bank of the West bank statements                                                                                                                                                     |       |

Regdalin Properties, LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | to prepare sources and uses database. | 0.90 |  |
|  | RCD | Review and analyze Account 6070 for 2015 in order to update sources and uses database. | 0.50 |  |
|  | RCD | Review and analyze Account 6088 for 2015 in order to update sources and uses database. | 0.40 |  |
|  | RCD | Review and analyze Account 8347 for 2015 in order to update sources and uses database. | 0.30 |  |
|  | RCD | Review and analyze Account 6070 for 2015 in order to update sources and users database. | 0.30 |  |
| 03/29/2019 | SGF | Review and analyze receipts and disbursement database to review newly added Bank of the West statements. | 0.60 |  |
| 06/03/2019 | SGF | Review and analyze bank statements received from Wells Fargo to update sources and uses database. | 0.20 |  |
| 08/01/2019 | RCD | Review and analyze Citi bank statements from 2015 to prepare sources and uses database. | 1.90 |  |
| 08/12/2019 | SGF | Review and analyze additional documents received from Xceed in order to update sources and uses database. | 0.90 |  |
| 08/13/2019 | SGF | Review and analyze sources and uses database to standardize payees and transfer accounts. | 1.80 |  |
| 08/14/2019 | NRT | Review the Regdalin 2017 transactions in order to determine purpose and send email to E. Sargsyan's assistant A. Rivas. | 0.30 |  |
|  | NRT | Work with staff to update detailed sources and uses cash database and review summary schedules. | 0.90 |  |
|  | NRT | Review detailed sources and uses and work with staff to update document request. | 0.30 |  |
|  | SGF | Review and analyze sources and uses database to standardize payees and transfer accounts. | 2.70 |  |
|  | SGF | Review escrow statements to identify payment proceeds in order to update sources and uses database. | 1.80 |  |
|  | SGF | Review and analyze spreadsheet received from debtor in order to compare to sources and uses database. | 1.90 |  |
|  | SGF | Review and analyze support detail to update payees in sources and uses database. | 2.10 |  |
|  |  | Forensic Acct Sources and Uses | 66.60 | 20,539.00 |
| 11/26/2018 | SGF | Review insurance information in preparation for filing of monthly operating reports. | 0.70 |  |
| 12/03/2018 | NRT | Review the November 30, 2018 draft monthly operating report, work with staff to make adjustments, send detailed e-mail to counsel outlining questions. | 0.80 |  |
| 12/05/2018 | SGF | Review and analyze the first monthly operating report filed by the debtor to assist in preparation of the November 2018 monthly operating report. | 0.50 |  |
|  | NRT | Review and analyze monthly operating report comments from counsel, update the monthly operating report and send to counsel for additional review. | 0.70 |  |
|  | NRT | Update the monthly operating report with additional insurance information and add footnotes. | 0.20 |  |
| 12/06/2018 | NRT | Finalize the November 30, 2018 monthly operating |  |  |

Regdalin Properties, LLC

|            |     |                                                                                                                                                                              | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | report and send to counsel for filing.                                                                                                                                       | 0.60  |
| 12/20/2018 | NRT | Review request for information from the U.S. Trustee, send additional information to the Trustee and counsel regarding response.                                             | 0.60  |
| 12/27/2018 | NRT | Review status conference report, track changes and send to counsel.                                                                                                         | 0.50  |
| 01/09/2019 | SGF | Prepare the December 2018 monthly operating report.                                                                                                                         | 0.80  |
|            | NRT | Review and analyze the December 2018 monthly operating reports in order verify completeness, work with staff to update insurance coverage and send to counsel and the trustee for review. | 0.50  |
|            | NRT | Update the fourth quarter 2018 trustee disbursement calculation reporting form and submit to the trustee for review and signature.                                         | 0.20  |
| 01/10/2019 | SGF | Prepare the December 2018 monthly operating report.                                                                                                                         | 0.30  |
|            | NRT | Update the monthly operating report with counsel edits, prepare the monthly operating report for signature, finalize the monthly operating report and submit to counsel for filing. | 0.60  |
| 02/08/2019 | NRT | Review the monthly operating reports completed and send to counsel, insurance received, conversation with counsel, review response to the U.S. Trustee and reply to e-mails. | 0.40  |
| 02/12/2019 | NRT | Review of the January 2019 monthly operating report, update insurance section, conversation with counsel and work with staff regarding additional updates.                  | 0.40  |
| 02/13/2019 | NRT | Read and reply to e-mails regarding the monthly operating report, review the docket and confirm all of the trustee's monthly operating reports that have been filed.        | 0.30  |
| 03/15/2019 | NRT | Review questionnaire on the February 2019 monthly operating report.                                                                                                        | 0.20  |
| 04/01/2019 | SGF | Prepare the March 2019 monthly operating report.                                                                                                                          | 0.20  |
| 04/04/2019 | SGF | Review and analyze the March 2019 monthly operating report and 1st quarter U.S. Trustee's fee declaration in order to prepare report and declaration for submission.        | 0.40  |
| 05/01/2019 | SGF | Prepare the April 2019 monthly operating report                                                                                                                           | 0.70  |
| 05/02/2019 | SGF | Prepare the April 2019 monthly operating report                                                                                                                           | 0.80  |
| 05/03/2019 | NRT | Review current monthly operating report, closing statement and insurance documents in order to work with staff to update the April 2019 monthly operating report.           | 0.60  |
|            | SGF | Review and analyze updates to the April 2019 monthly operating report.                                                                                                    | 0.40  |
| 06/04/2019 | SGF | Prepare May 2019 monthly operating report.                                                                                                                                | 0.60  |
| 06/12/2019 | NRT | Review the May 2019 monthly operating report for                                                                                                                          |       |

Regdalin Properties, LLC

| | | | HOURS | |
|---|---|---|---|---|
| | | completeness, work with staff to update insurance and asset information in order to send to the trustee for approval and signature. | 0.60 | |
| | SGF | Prepare the May 2019 monthly operating report. | 0.50 | |
| 07/10/2019 | SGF | Prepare the June 2019 monthly operating report. | 0.60 | |
| 07/12/2019 | NRT | Review 2nd quarter 2019 disbursements in order to determine U.S. Trustee's fees and complete the PCSR for the 2nd quarter 2019. | 0.30 | |
| | NRT | Read and reply to e-mails with regarding case status with counsel and the U.S. Trustee's Office. | 0.20 | |
| 07/15/2019 | SGF | Prepare June 2019 monthly operating report. | 0.20 | |
| 08/23/2019 | SGF | Prepare the July 2019 monthly operating report. | 0.60 | |
| 08/30/2019 | NRT | Review July 2019 monthly operarting report and work with staff to update and submit for approval and signature. | 0.40 | |
| | | Monthly Bktcy/Semi-Annual Rpts | 15.40 | 6,454.50 |
| 05/07/2019 | NRT | Work with staff to locate vendor listing and addresses in order to create list of individuals/companies for claims notice. | 0.40 | |
| | RCD | Review and analyze vendors A-K listings present in QuickBooks to identify possible addresses in order to send notice of bankruptcy to possible claimants. | 2.90 | |
| | RCD | Review and analyze the vendors L-R listings present in QuickBooks to identify possible addresses in order to send notice of bankruptcy to possible claimants. | 3.20 | |
| 05/08/2019 | NRT | Review real property information to locate utility companies servicing area in order to include on claims notice list. | 1.40 | |
| | NRT | Review the updated vendor listing with addresses and work with staff to locate additional information. | 0.60 | |
| | RCD | Review and analyze the vendors R-Z listings present in QuickBooks to identify possible addresses in order to send notice of bankruptcy to possible claimants. | 3.40 | |
| 05/14/2019 | RCD | Review and analyze vendors A-Z listings present in QuickBooks to identify possible addresses in order to send notice of bankruptcy to possible claimants. | 1.20 | |
| 05/15/2019 | NRT | Review Vendor listing report received from staff and conversation regarding updates for noticing purposes. | 0.40 | |
| | RCD | Review and analyze vendors A-Z listings present in QuickBooks to identify possible addresses in order to send notice of bankruptcy to possible claimants. | 0.40 | |
| 05/16/2019 | NRT | Review and analysis of vendor listing extracted from QuickBooks in order to standardize names and research names online to locate addresses (A-F). | 2.00 | |
| | NRT | Review and analysis of vendor listing extracted from QuickBooks in order to standardize names and research names online to locate addresses (G-P). | 2.30 | |
| 05/21/2019 | NRT | Read and reply to e-mails with counsel regarding the | | |

Regdalin Properties, LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | SBK settlement and release of funds for general expenses. | 0.20 |  |
| 06/19/2019 | NRT | Review and analysis of individuals and companies from Regdalin business and banking records in order to locate address and compile notice list per counsel's request (A-G). | 0.60 |  |
| 07/09/2019 | NRT | Review vendor extraction from QuickBooks updated with address information and send to E. Sargysan in order to retrieve additional information. | 0.50 |  |
| 07/18/2019 | NRT | Read and reply to e-mails regarding creation of notice list for claims bar date. | 0.10 |  |
| 07/25/2019 | SGF | Review address changes received from the debtor to reconcile to list provided for notice purposes. | 0.50 |  |
|  |  | Claims Analysis/Objections | 20.10 | 6,850.50 |
| 12/17/2018 | SGF | Review data received to identify currently available financial data related to possible preparation of 2017 Regdalin Properties tax returns. | 0.50 |  |
|  | NRT | Read and reply to e-mails with tax professionals regarding the filing of the 2017 tax return and financial information available for 2017. | 0.20 |  |
|  | NRT | Prepare for and participate in conversation with S. Ferrero and L. Larsen regarding tax returns to be filed and documents received and requested. | 0.30 |  |
| 03/18/2019 | NRT | Read and reply to e-mails with tax professionals regarding payment of $800 to FTB and timing. | 0.10 |  |
| 05/06/2019 | NRT | Review closing statement and reply to e-mails with tax professionals regarding the purchase of the Hart property and sale of E. Sargsyan's personal residence. | 0.20 |  |
| 05/08/2019 | NRT | Review the January - March 2017 miscellaneous general ledger transactions and documents received from principal of debtor in order to identify specific asset or liability related to the transactions, per the request of tax professionals. | 2.10 |  |
|  | NRT | Review the April 2017 - May 2017 miscellaneous general ledger transactions and documents received from principal of debtor in order to identify specific asset or liability related to the transactions, per the request of tax professionals. | 1.20 |  |
| 05/09/2019 | NRT | Conversation with T. Neilson regarding certain transactions and setting up meeting with E. Sargysan. | 0.20 |  |
|  | NRT | Read and reply to e-mails and conversation with E. Sargysan regarding the meeting on May 13, 2019 at 11 A.M. | 0.10 |  |
| 05/13/2019 | NRT | Prepare for and participate in meeting with S. Ferrero and tax professionals regarding tax returns and filing. | 0.10 |  |
|  | NRT | Prepare for and participate in meeting with E. Sargysan regarding certain property sales and transactions during 2017 as requested by tax professionals. | 2.10 |  |

Page: 8
09/13/2019

Regdalin Properties, LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | NRT | Review and analysis of closing statements received from E. Sargysan related to purchase of 20951 Vanowen and 11420 Oxnard St. | 0.50 |  |
|  | SGF | Conference call with Nick Troszak, Leif Larsen and Vernon Calder regarding property exchange tax treatment. | 0.10 |  |
| 05/15/2019 | NRT | Review and analysis of mortgage invoices received from E. Sargysan in order to categorize miscellaneous transactions per tax professionals request. | 1.10 |  |
|  | NRT | Review and analysis of 2017 miscellaneous general ledger transactions, create list of non-categorized transactions and send to E. Sargysan for categorization, per request of tax professionals. | 0.60 |  |
| 05/16/2019 | NRT | Read and reply to emails with E. Sargysan regarding outstanding questions and forward mortgage statements received to tax professionals. | 0.20 |  |
| 05/28/2019 | NRT | Conversation with E. Sargysan regarding certain 2017 transactions that were identified by tax professionals. | 0.10 |  |
| 07/09/2019 | NRT | Multiple conversations with counsel and tax professionals regarding transfer tax for Margate property. | 0.30 |  |
|  |  | Tax Issues | 10.00 | 4,761.50 |
| 11/07/2018 | TPJ | Review of broker price opinions for real properties. | 0.30 |  |
| 11/11/2018 | NRT | Review bankruptcy schedules and other information received from B. Freidman regarding property value and current debt. | 0.90 |  |
| 11/13/2018 | NRT | Review insurance on automobile, real properties and e-mail trustee. | 0.30 |  |
| 11/14/2018 | NRT | Review schedule of assets and liabilities, the 7-day package and filed deeds of trust in relation to the Magnolia property and send e-mail to trustee regarding debt positions. | 0.50 |  |
| 11/26/2018 | NRT | Review real property insurance documents from the 7-Day Package compare information to bankruptcy schedules, update real property worksheet and send e-mail to Trustee regarding insurance coverage. | 0.90 |  |
| 11/27/2018 | NRT | Travel to 150 S. Rodeo Drive, meet with E. Sargsyan and photograph Mercedes per the trustee's request. | 1.10 |  |
| 12/05/2018 | NRT | Receive e-mails from Tash (Edgar Sargsyan's employee) regarding insurance premiums lapsing and additional insured. | 0.10 |  |
| 12/07/2018 | NRT | Prepare for and participate in call with J. Cox of Trustee Resource Group regarding real property insurance, timing and premiums to be paid. | 0.50 |  |
| 12/10/2018 | NRT | Review real property information and answer questions from Trustee Resource Group in order to obtain real property insurance. | 0.40 |  |

Regdalin Properties, LLC

|  |  | | HOURS |
|---|---|---|---|
| | NRT | Site visit to Teasdale real property in order to take photographs and send information to Trustee Resource Group. | 0.80 |
| 12/11/2018 | NRT | Review real property leases and reply to e-mails regarding Lessee payments for Alondra and Magnolia loan. | 0.70 |
| | NRT | Read and reply to e-mails and conversation with Trustee Resource Group regarding insurance and outstanding questions to be answered. | 0.50 |
| 12/12/2018 | TPJ | Discussions and e-mails with Nick Troszak regarding the Alondra property. | 0.30 |
| | NRT | Review lease agreement for Alondra property, conversation with A. Nazaryan regarding type of business and request to tour the property. | 0.40 |
| | NRT | Review lease agreement for Magnolia property, place telephone call to lessee (no answer) and send e-mail to lessee regarding type of business and request to tour the property. | 0.40 |
| | NRT | Conversation with J. Aroutunyan (manager of Alondra property) regarding case status, type of business located at property and tour of property, send follow-up e-mail to J. Aroutunyan regarding same. | 0.20 |
| | NRT | Read e-mail from D. McCarthy regarding access to properties and conversations between tenants and myself. | 0.20 |
| | NRT | Send e-mail to the trustee and counsel regarding conversations with tenants and participate in call with trustee regarding conversations with tenants and access to properties. | 0.50 |
| | NRT | Read and reply to e-mails with the Trustee Resource Group regarding bound insurance for five (5) properties and outstanding questions on Alondra and Magnolia properties. | 0.40 |
| 12/13/2018 | NRT | Review new insurance certificates for certain properties, real property contact information from E. Sargsyan in order to update real property tracking worksheet and send to the trustee. | 0.80 |
| | NRT | Multiple conversations with the trustee regarding real property access and insurance. | 0.40 |
| | NRT | Conversation with J. Cox of Trustee Resource Group regarding financing the real property insurance. | 0.20 |
| | NRT | Read and reply to e-mails regarding access to certain real property and multiple conversations with sales agent access and timing. | 0.80 |
| 12/14/2018 | NRT | Read and reply to e-mails with the trustee and counsel regarding insurance on the Alondra and Magnolia properties. | 0.20 |
| | NRT | Read and reply to e-mails regarding pickup of keys to the Teesdale property and set up meeting. | 0.10 |
| | NRT | Meeting at 150 South Rodeo, Beverly Hills, CA, and retrieve keys to the Teesdale property. | 1.10 |
| 12/17/2018 | NRT | Read and reply to e-mails and conversation with B. Freidman regarding requests for on-site visits at the Alondra and Magnolia properties. | 0.20 |
| | NRT | Read and reply to e-mails and conversation with Trustee regarding insurance on properties and requests for on-site visits at the Alondra and | |

Regdalin Properties, LLC

|  |  |  | HOURS |
|---|---|---|---|
|  |  | Magnolia properties. | 0.30 |
| 12/18/2018 | NRT | Read and reply to e-mails with A. Boniadi, B. Friedman and other real estate advisors in order to setup and confirm tour of Alondra property on January 4, 2019. | 0.20 |
| 12/19/2018 | NRT | Read and reply to multiple e-mails with the trustee, lessee and real estate agents regarding access to Magnolia, and set up meeting for December 20, 2018. | 0.60 |
|  | NRT | Read and reply to e-mails and conversation with B. Wasiak regarding property inspections of Anderson, Margate and Teesdale for insurance purposes. | 0.20 |
| 12/20/2018 | NRT | Meeting at the Magnolia property, tour facility with real estate agents and A. Grigoryan. | 1.60 |
|  | NRT | Conversation with the trustee regarding tour of Magnolia property and new lease provided by A. Grigoryan. | 0.10 |
|  | NRT | Review and analyze lease provided by A. Grigoryan, compare lease to original lease received from Regdalin, write e-mail outlining visit to Magnolia property, conversation with A. Grigoryan and lease received send to the trustee and counsel. | 0.90 |
|  | NRT | Review information received from A. Grigoryan and send follow-up e-mail requesting electronic version of the lease, photos of the property prior to renovation and the contract between Arbi and tenant. | 0.30 |
| 12/21/2018 | NRT | Conversation with B. Friedman regarding Magnolia property visit, review e-mail and send to the trustee and counsel. | 0.50 |
|  | NRT | Review request for information from insurance underwriter, compile and reply. | 0.40 |
| 12/26/2018 | NRT | Read and reply to e-mails with Tash regarding Anderson property keys and communication with estate brokers. | 0.30 |
| 12/28/2018 | NRT | Read and reply to e-mails with counsel regarding Anderson property keys and access to Margate. | 0.20 |
|  | NRT | Meeting at 150 South Rodeo Beverly Hills, CA, and pick up keys for the Anderson property. | 1.10 |
| 01/02/2019 | NRT | Read and reply to e-mails regarding real property visits and securing access keys to properties, conversation with real estate advisors and insurance inspector regarding same. | 0.40 |
| 01/03/2019 | NRT | Read and reply to e-mails with A. Boniadi attorney for Alondra Lessee regarding access to property on January 4, 2019 and January 10, 2019. | 0.20 |
|  | NRT | Read and reply to e-mails with A Grigoryan regarding access to Magnolia property on January 10, 2019. | 0.10 |
|  | NRT | Read and reply to e-mails with insurance inspector regarding property visits. | 0.10 |
|  | NRT | Read and reply to e-mails and conversation with Trustee Resource Group regarding Magnolia insurance | 0.10 |
| 01/04/2019 | NRT | Travel to and tour the Alondra property with Lessee and real estate professionals. | 2.00 |
|  | NRT | Meeting and tour the Anderson property with real |  |

Regdalin Properties, LLC

|  |  |  | HOURS |
|---|---|---|---|
|  |  | estate professionals. | 1.10 |
|  | NRT | Determine gas leak at Anderson property, call SoCal Gas Co.to fix leak and observe leak fix. | 2.30 |
|  | NRT | Review gates and locks at the Anderson property determine property is not secure, work with locksmith to secure 1,000 - 1,200 AMP electrical box and security gate. | 1.80 |
|  | NRT | Multiple conversations with counsel regarding the Alondra and Anderson property tours. | 0.40 |
|  | NRT | Conversation with the trustee regarding the Alondra and Anderson property tours. | 0.20 |
|  | NRT | Review photos from the Anderson property and send e-mail to the trustee and counsel regarding property tour. | 0.40 |
|  | NRT | Read and reply to e-mails with counsel and real estate advisors regarding retrieving a copy of commercial leases from the AIR CRE and research AIR CRE. | 0.40 |
| 01/07/2019 | SGF | Conversation with AIR-CRE regarding possibility of version tracking of property leases. | 0.20 |
|  | NRT | Conversation with J. Cox of Trustee Resource regarding Magnolia property and e-mail A. Grigoryan regarding same. | 0.20 |
|  | NRT | Review e-mails and photos from B. Friedman of Alondra and Anderson properties. | 0.20 |
| 01/08/2019 | NRT | Read and reply to e-mails regarding access to the Magnolia property. | 0.10 |
|  | NRT | Read and reply to e-mails regarding tour of real property on January 9, 2019, e-mail Edgar and D. McCarthy regarding access to the Hoffman property. | 0.10 |
|  | NRT | Conversation with the Trustee regarding access to real properties and case status. | 0.30 |
|  | NRT | Review property tour schedule and priority, adjust schedule for recent timing updates and send to the trustee and counsel. | 0.40 |
| 01/09/2019 | NRT | Read and reply to e-mails and multiple telephone calls with the trustee, insurance inspector, principal of debtor and realtors regarding tour of all Valley properties. | 0.40 |
|  | NRT | Meeting at 15322 Hart St, 6507 Teesdale Avenue, 12026 Hoffman Street tour facilities with Trustee, counsel, Insurance (Teesdale) inspector and real estate professionals. | 2.50 |
|  | NRT | Meeting at 1901 Magnolia Boulevard and 14027 Margate Street, tour facilities with the trustee, counsel, insurance inspector (Margate property) and real estate professionals. | 2.30 |
| 01/10/2019 | NRT | Meeting at 160 East Alondra Boulevard and tour facilities with the trustee, counsel and insurance inspector (Anderson property). | 1.90 |
|  | NRT | Meeting at 5761 South Anderson Street and tour facilities with the trustee, counsel and insurance inspector (Anderson property). | 1.90 |
|  | NRT | Review photos of the Valley real property received and information related to current market rent for the Magnolia property. | 0.20 |
| 01/14/2019 | NRT | Read and reply to e-mails regarding Teesdale |  |

Regdalin Properties, LLC

|  |  |  | HOURS |
|---|---|---|---|
|  |  | security system and water leak, conversation with B. Friedman regarding same. | 0.60 |
| 01/15/2019 | NRT | Read, reply to e-mails and conversations with Trustee and real estate agent regarding access to the Magnolia property. | 0.20 |
|  | NRT | Conversation with real estate agent regarding leak at Teesdale and possible fixes. | 0.20 |
|  | NRT | Emergency at Teesdale property, inspect leak and install large bin to capture water leaking to limit damage. | 1.10 |
| 01/16/2019 | NRT | Read and reply to e-mails regarding insurance questions to be answered for Magnolia property. | 0.10 |
|  | NRT | Conversation with real estate advisor regarding Teesdale and send damaged roof photo to the trustee and counsel. | 0.10 |
| 01/17/2019 | NRT | Prepare for and participate in conversation with real estate agent regarding Magnolia lease and Teesdale roof leak. | 0.20 |
| 01/18/2019 | NRT | Read and reply to e-mails with Trustee and his staff regarding payment of locksmith and plumber invoices. | 0.10 |
| 01/21/2019 | NRT | Telephone conversation with B. Friedman regarding offer received on Teesdale property and showing of Magnolia. | 0.10 |
| 01/29/2019 | NRT | Read and reply to e-mails with A. Grigoryan regarding Magnolia property and insurance and send response to Trustee Resources. | 0.20 |
|  | NRT | Conversation with Zara Magpapian (Real Estate Agent for individuals at Margate) and send information to real estate advisor. | 0.30 |
| 01/30/2019 | NRT | Review proposal to fix roof at Teesdale property, e-mail  the Trustee and real estate agent regarding same. | 0.10 |
| 02/01/2019 | NRT | Conversation with E. Sargsyan regarding debt on real property and contact information for debt parties. | 0.10 |
|  | NRT | Review summary worksheet of preliminary title reports and conversation with S. Ferrero regarding same. | 0.40 |
|  | NRT | Conversation with counsel regarding preliminary title reports. | 0.20 |
|  | SGF | Review title reports for properties currently owned by Regdalin in order to identify property tax assessments and liens as part of asset analysis. | 2.10 |
|  | SGF | Review title reports for properties currently owned by Regdalin in order to identify deeds of trust and other liens as part of asset analysis. | 1.70 |
| 02/04/2019 | NRT | Review and update the summary worksheet of preliminary title reports and send to real estate advisor for confirmation of debt. | 0.40 |
| 02/05/2019 | NRT | Review documents received from E. Sargsyan related to $750,000 and $1.9 million debt on Margate and Teesdale, send information to counsel. | 0.30 |
|  | NRT | Conversation with B. Freidman and A. Delgado |  |

Regdalin Properties, LLC

|  |  |  | HOURS |
|---|---|---|---|
|  |  | regarding confirmation of debt on real property owned by the debtor. | 0.30 |
|  | NRT | Review property schedule and secured debt monthly payment invoices and send to A. Delgado to assist in confirmation of debt. | 0.40 |
| 02/06/2019 | NRT | Read and reply to e-mails with A. Delgado regarding verification of secured debt on properties, research tax returns and send tax identification number of Regdalin as requested. | 0.20 |
| 02/07/2019 | NRT | Review documents received from E. Sargsyan related to $750,000 and $1.9 million debt on Margate and Teesdale and request additional information from E. Sargsyan. | 0.10 |
| 02/11/2019 | NRT | Read and reply to e-mails regarding electrical quote on Anderson Street, conversation with real estate agent and contractor regarding work. | 0.40 |
| 02/14/2019 | NRT | Prepare for and participate in conference call with counsel, trustee and real estate advisors regarding sale of real property. | 0.40 |
|  | NRT | Prepare for and participate in conference call with counsel and trustee regarding case status, sale of real property and request for information from banks. | 0.60 |
| 02/15/2019 | NRT | Prepare for and participate in conference call with Trustee, counsel and real estate advisors regarding sale of Magnolia property. | 0.50 |
| 02/19/2019 | NRT | Conversation with B. Freidman regarding the Magnolia property sale and send copies of lease agreements received. | 0.20 |
| 02/21/2019 | NRT | Prepare for and participate in meeting with the trustee, counsel and real estate advisors regarding sale of real property and case status. | 0.90 |
| 02/25/2019 | NRT | Conversations and reply to e-mails with Trustee and B. Freidman regarding the Magnolia sale. | 0.40 |
| 03/19/2019 | NRT | Read and reply to e-mails regarding the sale of Magnolia, overbidders and hearing set for March 20, 2019. | 0.20 |
| 03/21/2019 | SGF | Review and analyze general ledger and bank statements for purchase information for properties sold pre-petition. | 0.60 |
| 03/29/2019 | NRT | Review payoff demands for 1901 Magnolia and Tcharbakshi documents filed with the court in order to verify calculations of payoff demand and reply to counsel and the trustee. | 0.90 |
|  | NRT | Read and reply to e-mails regarding counsel's next steps on the 1901 Magnolia sale. | 0.20 |
| 04/03/2019 | NRT | Read and reply to e-mails, conversation with counsel regarding sale of Magnolia, send tax identification number and wire instructions to counsel as requested. | 0.50 |

Regdalin Properties, LLC

| | | | HOURS |
|---|---|---|---|
| | NRT | Conversation with real estate professionals regarding sale of properties and insurance underwriter request for service at Anderson property. | 0.20 |
| 04/05/2019 | NRT | Read and reply to e-mails regarding setup of Magnolia bank account and resend wire instructions for sale proceeds. | 0.10 |
| | NRT | Conversation with A&A Escrow regarding closing Magnolia sale. | 0.30 |
| 04/08/2019 | NRT | Review documents received from A&A Escrow regarding payoff of Mr. Cooper Alondra note and forward to counsel as requested. | 0.30 |
| 04/09/2019 | NRT | Conversation with real estate advisor regarding Anderson property and send follow-up e-mail. | 0.30 |
| 04/10/2019 | NRT | Review escrow closing statement for Magnolia and work with staff to confirm receipt of funds. | 0.10 |
| | RCD | Review and correspondence to Jeff Shaw and Nick Troszak regarding 1901 W. Magnolia property proceeds. | 0.10 |
| 04/11/2019 | RCD | Review and post incoming bank wire; review and process allocation regarding the 1901 W. Magnolia proceeds; notify case accountant regarding the incoming wire. | 0.80 |
| 04/17/2019 | NRT | Review statements and schedules and send to the trustee as requested. | 0.20 |
| 04/26/2019 | NRT | Review and analysis of Hoffman's counteroffer and replied to e-mails regarding same. | 0.30 |
| 05/02/2019 | NRT | Review payoff statement from Mr. Cooper on Alondra property, compare with statement received from E. Sargsyan in order to determine if renters are paying mortgage and confirm it appears so. | 0.30 |
| 05/20/2019 | RCD | Confirm incoming wire regarding Teesdale sale proceeds. | 0.10 |
| 05/21/2019 | RCD | Review and post incoming wire; review and allocate Teesdale sale proceeds. | 0.80 |
| 05/24/2019 | NRT | Conversation with A&A Escrow regarding Alondra promissory note and prepayment penalty from Mr. Cooper, conversation with counsel and E. Sargysan regarding copy of promissory note and review Alondra documents received. | 0.30 |
| 06/17/2019 | NRT | Read and reply to e-mails regarding closure of property sales, SBK Settlement and reconveyance of Javaharian notes. | 0.20 |
| 06/19/2019 | NRT | Read and reply to e-mails regarding closure of property sales, SBK Settlement, reconveyance of Javaharian notes and approval of expenses paid. | 0.20 |
| 08/19/2019 | NRT | Review e-mails and in order to locate request from Banc of California for insurance related to the | |

Regdalin Properties, LLC

|            |     |                                                                                                                                                                                                     | HOURS |           |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
|            |     | Anderson property and reply to the trustee.                                                                                                                                                          | 0.40  |           |
| 08/23/2019 | NRT | Read and reply to e-mails with escrow agent regarding wire transfer instructions and telephone conversation with escrow agent regarding same.                                                        | 0.20  |           |
|            |     | Asset Analysis and Recovery                                                                                                                                                                          | 60.60 | 28,253.50 |
| 11/02/2018 | NRT | Visit debtors office from bankruptcy petition (150 South Rodeo Drive, Suite 290, Beverly Hills, CA.), conversation with security guard, Douglas Emmet employee J. Delpozo and Trustee regarding no access to suite and company that actually leases suite. | 0.90  |           |
| 11/05/2018 | NRT | Read and reply to e-mails regarding bank account setup and bond issuance.                                                                                                                            | 0.20  |           |
|            | NRT | Review bankruptcy schedules and 341a meeting of creditors, held on October 22, 2018 and create summary notes and send to Trustee Regdalin.                                                           | 2.10  |           |
| 11/06/2018 | NRT | Prepare for and participate in meeting with principal of the debtor, their counsel, trustee, trustee's counsel and T. Jeremiassen regarding case status and history.                                 | 2.00  |           |
|            | NRT | Prepare for and participate in meeting with trustee, his counsel and T. Jeremiassen regarding case status and the next steps.                                                                        | 2.50  |           |
|            | TPJ | Meeting with the trustee, trustee's counsel, Edgar Sargsyan and debtor's counsel regarding background, history and issues.                                                                           | 2.00  |           |
|            | TPJ | Meeting with Todd Neilson, Peter Mastan, Mikel Bistrow and Nick Troszak regarding case orientation and work to be done.                                                                              | 2.40  |           |
| 11/07/2018 | TPJ | Discussion with Nick Troszak regarding work to be done.                                                                                                                                              | 0.20  |           |
| 11/20/2018 | NRT | Prepare for and participate in conversation with Trustee regarding case status.                                                                                                                      | 0.20  |           |
| 11/21/2018 | NRT | Prepare for and participate in conference call with the trustee and counsel regarding case status.                                                                                                   | 0.80  |           |
| 11/27/2018 | NRT | Participate in meetings with the trustee and counsel regarding case status.                                                                                                                          | 0.70  |           |
|            | NRT | Participate in meetings with the trustee, counsel and the U.S. Trustee's officials regarding case status.                                                                                            | 0.50  |           |
| 12/04/2018 | NRT | Read and reply to e-mails with BRG and International Sureties regarding bond premium payment.                                                                                                         | 0.10  |           |
|            | NRT | Prepare for and participate in conversation with the trustee regarding case status and meeting on December 6, 2018.                                                                                  | 0.20  |           |
| 12/06/2018 | NRT | Meeting with the trustee and his counsel regarding case status, monthly operating report, employment orders and insurance issues.                                                                    | 1.10  |           |
| 12/13/2018 | NRT | Prepare for and participate in conference call with the trustee and counsel regarding, case status, insurance issues and property sales.                                                             | 0.50  |           |

Regdalin Properties, LLC

| | | | HOURS |
|---|---|---|---|
| 01/03/2019 | NRT | Prepare for and participate in conference call with the trustee and counsel regarding case status. | 0.90 |
| 01/11/2019 | RCD | Process mailing. | 0.10 |
| 01/17/2019 | NRT | Prepare for and participate in conference call with the trustee and counsel regarding case status, document requests and sale of properties. | 0.60 |
| 01/31/2019 | NRT | Prepare for and participate in meeting with the trustee, counsel and real estate advisor regarding case status, real property sales, bank subpoena requests and other issues. | 2.50 |
| | NRT | Prepare for and participate in meeting with the trustee regarding case status and accounting work to be completed. | 1.00 |
| 02/07/2019 | NRT | Prepare for and participate in meeting with the trustee and counsel regarding case status. | 0.90 |
| 03/07/2019 | NRT | Prepare for and participate in conference call with trustee, counsel and real estate advisors regarding case status. | 0.80 |
| 04/04/2019 | NRT | Prepare for and participate in conference call with trustee, counsel and real estate professionals regarding case status. | 0.80 |
| 04/16/2019 | NRT | Prepare for and participate in conversation with trustee regarding case status and accounting. | 0.20 |
| 04/18/2019 | NRT | Prepare for and participate in weekly conference call with the trustee, counsel and real estate advisors regarding case status. | 0.40 |
| | NRT | Review bank cash balances and communicate with the trustee. | 0.10 |
| 04/25/2019 | NRT | Prepare for and participate in conference call with the trustee, counsel and real estate advisors regarding case status. | 0.50 |
| 05/02/2019 | NRT | Prepare for and participate in weekly conference call with the Trustee, counsel and real estate professionals regarding case status. | 0.50 |
| 05/03/2019 | NRT | Review outstanding invoices and notes from meetings in order to compile a list of all outstanding ordinary course operating expenses are currently owed and send to Trustee and counsel as requested. | 0.90 |
| 05/08/2019 | NRT | Review current amounts owed for expenses in order to update summary schedule and send to counsel. | 0.30 |
| 05/09/2019 | NRT | Prepare for and participate in the weekly case status conference call with Trustee, counsel and real estate advisors. | 0.30 |
| 05/16/2019 | NRT | Prepare for and participate in weekly conference call with the trustee, counsel and real estate professionals regarding case status. | 0.30 |
| | RCD | Review and process new bank accounts. | 0.20 |

Regdalin Properties, LLC

|  |  |  | HOURS |
|---|---|---|---|
| 05/28/2019 | NRT | Review and analysis of current outstanding ordinary course expenses, e-mail counsel and trustee regarding approval for payment. | 0.40 |
| | NRT | Read and reply to e-mails for updated outstanding amounts owed for expenses and create check requests for the trustee. | 0.30 |
| | RCD | Provide bank reports to the case accountant. | 0.10 |
| 05/30/2019 | NRT | Prepare for and participate in weekly conference call with the Trustee, counsel and real estate advisors regarding case status. | 0.50 |
| 06/06/2019 | NRT | Prepare for and participate in weekly conference call with counsel, trustee and real estate advisors. | 0.50 |
| 06/13/2019 | NRT | Prepare for and participate in the weekly conference call with counsel, trustee and real estate advisors. | 0.40 |
| 06/19/2019 | NRT | Read and reply to e-mails with E. Sargysan. | 0.10 |
| 06/27/2019 | NRT | Prepare for and participate in weekly conference call with Trustee, counsel and real estate advisors regarding case status. | 0.40 |
| 06/28/2019 | NRT | Read and reply to e-mails with Trustee professionals regarding checks received by vendors. | 0.20 |
| 07/03/2019 | NRT | Read and reply to e-mails regarding amount of cash received and currently held. | 0.10 |
| 07/10/2019 | RCD | Create and provide bank reports to case accountant. | 0.20 |
| 07/11/2019 | RCD | Review and post incoming wire. | 0.20 |
| 07/12/2019 | RCD | Create and provide bank reports to case accountant. | 0.10 |
| 07/15/2019 | RCD | Review and process bank allocation regarding the Alondra sale proceeds | 0.60 |
| 07/16/2019 | RCD | Conversation with Jeff Shaw regarding bank customization. | 0.40 |
| 07/18/2019 | NRT | Prepare for and participate in weekly conference call with counsel, trustee and real estate advisors regarding case status. | 0.50 |
| 07/25/2019 | NRT | Prepare for and participate in weekly conference call with the trustee, counsel and real estate advisors regarding case status. | 0.50 |
| 08/01/2019 | NRT | Prepare for and participate in weekly conference call with Trustee, counsel and real estate advisors regarding case status. | 0.40 |
| | RCD | Review and process new bank account. | 0.20 |
| 08/20/2019 | RCD | Prepare Federal Express mailing for property keys. | 0.20 |
| 08/23/2019 | RCD | Correspondence with case accountants and Stretto regarding closed bank accounts; process new bank accounts per case accountant's requests. | 1.00 |
| 08/26/2019 | RCD | Process bank allocation regarding Anderson property. | 0.60 |

Regdalin Properties, LLC

| | | | HOURS | |
|---|---|---|---|---|
| 08/29/2019 | SGF | Prepare for and participate in conference call with the trustee and counsel regarding status of the case. | 0.50 | |
| 08/30/2019 | NRT | Review all receipts and disbursements from inception to current date in order to calculate trustee fee cap. | 0.60 | |
| | | Managing Business Operations | 36.70 | 16,977.50 |
| 11/08/2018 | NRT | Read and reply to e-mails, call and e-mail J. Sanabria (bookkeeper) regarding access to records. | 0.20 | |
| 11/13/2018 | NRT | Read and reply to e-mails regarding request for information to E. Sargysan and his bookkeeper. | 0.10 | |
| 11/14/2018 | NRT | Read and reply to e-mails with the trustee and E. Sargysan's counsel regarding document productions and timing. | 0.20 | |
| 11/15/2018 | NRT | Cursory review of bank records received from E. Sargysan's counsel and bookkeeper and electronically save information. | 0.30 | |
| 11/16/2018 | NRT | Review bank statements received, create template for inventory and send to DSI's staff to complete. | 0.70 | |
| | NRT | Review additional bank statements and send e-mail to D. McCarthy regarding additional request for information. | 0.30 | |
| | SGF | Review and analyze bank statements and supporting documents received as part of review of bank statement inventory. | 0.30 | |
| | RCD | Review and analyze bank statements to identify canceled checks included with bank statements in order to complete bank statement inventory. | 3.90 | |
| 11/19/2018 | NRT | Read and reply to D. McCarthy's e-mail regarding documents provided and still outstanding. | 0.20 | |
| | RCD | Review and analyze bank statements to identify canceled checks included with bank statements in order to complete bank statement inventory. | 1.80 | |
| 11/20/2018 | NRT | Review document request list, work with staff to update list and send list to counsel for E. Sargsyan. | 0.70 | |
| | SGF | Review and analyze list of current bank statements and escrow documents in order to create documents to be requested. | 1.80 | |
| 11/26/2018 | SGF | Review list of banking documents received to compare to list of documents to be requested. | 0.60 | |
| 11/28/2018 | NRT | Review documents produced from debtor and principal of debtor, troubleshoot corrupted files and send to counsel. | 0.30 | |
| 12/07/2018 | NRT | Compile list of additional questions related to real property and send to E. Sargsyan. | 0.40 | |
| 12/11/2018 | NRT | Prepare for and participate in conversation with the trustee regarding document productions from E. Sargsyan and real property insurance. | 0.20 | |

Regdalin Properties, LLC

|            |     |                                                                                                                                              | HOURS |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 12/13/2018 | SGF | Review and analyze documents received from the debtor in order to review documents not yet received as part of outstanding document request. | 0.90 |
|            | NRT | Review of document production from E. Sargsyan and work with staff to conduct detailed review of records. | 0.60 |
| 12/17/2018 | NRT | Review documents received and conversation with S. Ferrero regarding outstanding document requests. | 0.30 |
| 12/18/2018 | SGF | Review list of outstanding documents to create a second document request. | 0.20 |
|            | NRT | Review updated request for documents, work with staff to finalize and send to Trustee and principal of the debtor. | 0.60 |
| 01/03/2019 | NRT | Review outstanding document request list, work with staff to update document inventory and send additional request for information to principal of Regdalin Property. | 0.60 |
|            | SGF | Review and analyze bank statements and other banking documentation received in order to create document inventory. | 1.30 |
|            | SGF | Review and analyze real estate documentation received in order to create document inventory. | 2.40 |
|            | SGF | Review and analyze documents received and outstanding to prepare summary for the Trustee's review. | 0.80 |
| 02/01/2019 | NRT | Review document inventory and send to Trustee and counsel for review and submission to SBK Holdings' counsel. | 0.20 |
| 03/14/2019 | NRT | Review general ledger and documents received from Bank of the West in order to reply to counsel regarding additional request for information from Bank of the West. | 0.40 |
| 04/01/2019 | NRT | Review Bank of the West's sources and uses information and e-mail J. James regarding request for bank statement support detail. | 0.40 |
| 04/03/2019 | NRT | Review and analyze bank statement request schedule, work with staff to update and adjust, send to Trustee as requested. | 0.50 |
|            | NRT | Conversation with Trustee regarding outstanding bank document requests, sale of properties and insurance underwriter request for service at Anderson property. | 0.20 |
| 04/04/2019 | NRT | Read and reply to e-mails and conversation with J. Shaw regarding bank accounts needed. | 0.10 |
| 06/03/2019 | SGF | Review and analyze bank statements received from Wells Fargo to update bank statement inventory. | 0.10 |
| 07/25/2019 | SGF | Prepare supplemental bank document request submission. | 0.20 |
| 07/26/2019 | NRT | Update document request per counsel's request and send to counsel as directed. | 0.40 |

Regdalin Properties, LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/31/2019 | NRT | Review banking records and work with staff to inventory and reply to E. Sargsyan regarding additional request | 0.20 | |
| | SGF | Review and analyze bank statements received to update inventory. | 0.90 | |
| 08/13/2019 | SGF | Review and analyze bank document request status to update list with recently received documents. | 0.40 | |
| 08/15/2019 | NRT | Review real property list, conversation with A. Danker and send real property list to counsel as requested. | 0.40 | |
| | SGF | Review and analyze properties to identify additional document requests. | 0.70 | |
| 08/19/2019 | NRT | Review of the escrow closing statements in order to locate address, email information to counsel and request two additional escrow closing statements. | 0.60 | |
| | | Record Storage | 25.40 | 9,342.50 |
| 11/06/2018 | NRT | Prepare for and participate in meeting with SBK Holdings counsel, trustee, trustee's counsel and T. Jeremiassen regarding case status and history. | 1.20 | |
| | TPJ | Meeting with trustee, counsel and counsel for SBK regarding background and issues. | 1.20 | |
| 12/06/2018 | NRT | Prepare for and participate in meeting with  the trustee, his counsel and  the SBK Holdings counsel regarding case status. | 0.60 | |
| 05/13/2019 | NRT | Review email from H. Ehrenberg, troubleshoot file format for listening to audio file and reply to Trustee and counsel. | 0.20 | |
| | | Creds./Creds.' Comm. Contact | 3.20 | 1,621.00 |
| 11/02/2018 | NRT | Travel to and from Regdalin Properties, LLC office location at 150 South Rodeo Drive, Suite 290, Beverly Hills, CA. | 1.00 | |
| 11/06/2018 | NRT | Travel to/from Dinson law offices in order to attend meetings with the trustee, trustee counsel, T. Jeremiassen and principal of the debtor and creditors. | 2.00 | |
| 11/27/2018 | NRT | Travel to P. Mastan's office located at 550 South Hope St., Los Angeles, CA, for meeting with the trustee and counsel. | 0.60 | |
| | NRT | Travel from 341a meeting. | 1.10 | |
| 12/06/2018 | NRT | Travel to attend meeting with the trustee, his counsel and  the SBK Holdings counsel. | 1.00 | |
| | NRT | Travel from meeting with the trustee, his counsel and  the SBK Holdings counsel. | 1.10 | |
| 01/04/2019 | NRT | Travel from the Regdalin property. | 1.30 | |
| 01/10/2019 | NRT | Travel to the Roybal Federal building in order to attend the case status conference as requested by the trustee. | 1.20 | |

Regdalin Properties, LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/31/2019 | NRT | Travel from Sherman Oaks, CA, to Century City, CA, to attend the meeting with the trustee, counsel and real estate professional. | 0.50 |  |
| 05/13/2019 | NRT | Travel to/from Beverly Hills, CA from/to Sherman Oaks, CA in order to attend meeting with E. Sargysan regarding certain property sales. | 0.90 |  |
|  |  | Travel | 10.70 | 5,155.50 |
|  |  | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | 260.20 | 105,493.00 |

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| T.P. Jeremiassen | 7.50 | $550.00 | $4,125.00 |
| N.R. Troszak | 59.60 | 480.00 | 28,608.00 |
| N.R. Troszak | 83.30 | 485.00 | 40,400.50 |
| S.G. Ferrero | 30.90 | 340.00 | 10,506.00 |
| S.G. Ferrero | 32.00 | 350.00 | 11,200.00 |
| R.C. Dizon | 26.70 | 225.00 | 6,007.50 |
| R.C. Dizon | 20.20 | 230.00 | 4,646.00 |

TOTAL CURRENT WORK                                                      105,493.00

BALANCE DUE                                                           $105,493.00

**Regdalin Properties, LLC**
**Summary of Expenses**
From November 1, 2018 Through August 31, 2019

| Reimbursable Expense | Amount |
|---|---|
| Mileage | $ 79.17 |
| Miscellaneous Expenses | 18.03 |
| PACER | 4.60 |
| Parking | 180.20 |
| Shipping / Postage | 49.04 |
| Telephone / Fax / Internet | 10.70 |
| Total Expenses | $ 341.74 |

**Regdalin Properties, LLC**
**Detail of Expenses**
From November 1, 2018 Through August 31, 2019

**Reimbursable Expenses**

| Date | Professional | Description | | Amount |
|------|-------------|-------------|---|-------|
| **Mileage** | | | | |
| 01/04/19 | Nicholas Troszak | Mileage from Alondra property to Anderson property for property visit. | $ | 6.32 |
| 01/04/19 | Nicholas Troszak | Mileage from Anderson property to Sherman Oaks for property visit. | | 12.18 |
| 01/04/19 | Nicholas Troszak | Mileage from Sherman Oaks to Alondra property for property visit. | | 16.59 |
| 01/09/19 | Nicholas Troszak | Mileage from Hart St property to Teesdale property for property visit. | | 2.32 |
| 01/09/19 | Nicholas Troszak | Mileage from Hoffman Property to to Magnolia property for property visit. | | 3.25 |
| 01/09/19 | Nicholas Troszak | Mileage from Magnolia property to Margate property for property visit. | | 5.34 |
| 01/09/19 | Nicholas Troszak | Mileage from Sherman Oaks to Hart St property for property visit. | | 3.31 |
| 01/09/19 | Nicholas Troszak | Mileage from Teesdale property to Hoffman property for property visit. | | 2.84 |
| 01/10/19 | Nicholas Troszak | Mileage from Alondra property to Sherman Oaks for property visit. | | 17.92 |
| 01/10/19 | Nicholas Troszak | Mileage from Anderson property to Alondra property for property visit. | | 6.26 |
| 01/10/19 | Nicholas Troszak | Mileage from court hearing to Anderson property for property visit. | | 2.84 |
| | | Total Mileage | $ | 79.17 |
| **Miscellaneous** | | | | |
| 01/04/19 | Nicholas Troszak | Replacement/additional keys for real property charge | $ | 18.03 |
| | | Total Miscellaneous | $ | 18.03 |
| **PACER** | | | | |
| 01/07/19 | DSI | PACER charges | $ | 4.60 |
| | | Total PACER | $ | 4.60 |
| **Parking** | | | | |
| 11/02/18 | Nicholas Troszak | Parking at Regdalin offices for meetings. | $ | 6.90 |
| 11/06/18 | Tom Jeremiassen | Parking expense for meeting at counsel's office. | | 35.00 |
| 11/06/18 | Nicholas Troszak | Parking expense for meeting at counsel's office. | | 40.00 |
| 11/27/18 | Nicholas Troszak | Parking expense for meeting at counsel's office. | | 40.00 |
| 12/08/18 | Nicholas Troszak | Parking expense for meeting at counsel's office. | | 40.00 |
| 01/10/19 | Nicholas Troszak | Parking at Civic Center for Regdalin court hearing. | | 9.00 |
| 01/31/19 | Nicholas Troszak | Parking at Trustee office to attend meeting. | | 9.30 |
| | | Total Transportation | $ | 180.20 |
| **Shipping / Postage** | | | | |
| 02/22/19 | DSI | Postage | $ | 7.35 |
| 08/02/19 | DSI | Federal Express - Shipping Charges | | 18.28 |
| 08/20/19 | DSI | Federal Express - Shipping Charges | | 23.41 |
| | | Total Miscellaneous | $ | 49.04 |
| **Telephone / Fax / Internet** | | | | |
| 03/01/19 | DSI | AT&T Teleconference | $ | 10.70 |
| | | Total Transportation | $ | 10.70 |
| | | Total Expenses | $ | 341.74 |

# Exhibit C

**Regdalin Properties, LLC**
**Summary by Professional**
November 1, 2018 through August 31, 2019

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Thomas Jeremiassen | Sr. Managing Director | $ 550.00 | 7.50 | $ 4,125.00 |
| Nicholas Troszak (2019 Rate) | Managing Director | 485.00 | 83.30 | 40,400.50 |
| Nicholas Troszak (2018 Rate) | Managing Director | 480.00 | 59.60 | 28,608.00 |
| Spencer Ferrero (2019 Rate) | Director | 350.00 | 32.00 | 11,200.00 |
| Spencer Ferrero (2018 Rate) | Director | 340.00 | 30.90 | 10,506.00 |
| Rowen Dizon (2019 Rate) | Associate | 230.00 | 20.20 | 4,646.00 |
| Rowen Dizon (2018 Rate) | Associate | 225.00 | 26.70 | 6,007.50 |
|  |  |  | 260.20 | $ 105,493.00 |

# Exhibit D

**DSI** Development Specialists, Inc.

Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

# Thomas P. Jeremiassen, Senior Managing Director

## Summary

Tom Jeremiassen is a Senior Managing Director in DSI's Los Angeles office with over 20 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Jeremiassen has served as a fiduciary in bankruptcy and other matters, including roles as chapter 11 trustee, chapter 7 trustee, liquidating trustee, disbursing agent and receiver. He has served as an accountant and financial advisor for chapter 11 trustees, chapter 7 trustees, debtors, creditor committees, examiners, liquidating trustees and receivers in dozens of insolvency matters. He has also been involved in numerous engagements in which he provided expert witness, litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes.

## Notable Assignments at DSI and Predecessor Firms

Adelphia Communications, EPD Investment Co., Estate Financial, Inc., Fuhu, Inc., Girls Gone Wild, Le-Nature's, Inc., Mike Tyson, Rampage Retailing, Inc., Reed Slatkin, and Woodbridge Group of Companies, LLC.

## Employment History

Prior to joining DSI in 2018, Mr. Jeremiassen was a Managing Director at Berkeley Research Group, LLC. Previously, he was a Director at LECG, LLC; and a Partner with Neilson Elggren LLP, following his prior employment at Arthur Andersen LLP and Neilson, Elggren, Durkin & Co.

## Education

Mr. Jeremiassen received a Bachelor of Science in Accounting from Pepperdine University.

## Professional Licenses, Certifications and Affiliations

Mr. Jeremiassen is a Certified Public Accountant, Certified in Financial Forensics, and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), and the Los Angeles Bankruptcy Forum (LABF). He is a member of the board of directors of the AIRA and the LABF. He has presented on bankruptcy and fraud topics at conferences and meetings sponsored by the AIRA, the California CPA Education Foundation, the Credit Managers Association, and Golden Gate University.

LOS ANGELES
333 South Grand Avenue, Suite 4100 • Los Angeles, California 90071-1571 • Telephone: 213.617.2717 • Fax: 213.617.2718 • www.dsi.biz

SAN FRANCISCO • CHICAGO • NEW YORK • MIAMI • LONDON • WILMINGTON • COLUMBUS

**DSI** Development Specialists, Inc.

Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

## Nicholas R. Troszak, Managing Director

### Summary

Nick Troszak is a Managing Director in DSI's Los Angeles office with over 15 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Troszak has served in numerous bankruptcy and insolvency matters, including court appointments as accountant to the trustee, accountant to the liquidating estate manager, accountant to the debtor, and financial advisor to the official committee of unsecured creditors. He has advised trustees in operating Chapter 11 companies, developing cash-flow projections, budgeting, and managing other day-to-day accounting activities. His experience includes the investigation of alleged insider dealings, investigation and pursuit of preferences, fraudulent transfers and other causes of action, tracing of funds, financial data reconstruction, liquidation analyses, plan preparation, solvency analyses, claims resolution, and liquidation of assets. He has testified before a federal grand jury regarding the debtor conducting and operating an alleged Ponzi scheme. He has also testified in federal bankruptcy court as to the accuracy of the debtor's financial records and accounting procedures.

### Notable Assignments at DSI and Predecessor Firms

Cedar Funding, Inc., Death Row Records, Inc., EPD Investment Co., Fuhu, Inc., Galleria USA, Inc., Girls Gone Wild, Mike Tyson, Reed Slatkin, Roman Catholic Bishop of San Diego, Solyndra, LLC and State Fish Company.

### Employment History

Prior to joining DSI in 2018, Mr. Troszak was an Associate Director at Berkeley Research Group, LLC. Previously, he was a Managing Consultant at LECG, LLC; and Staff Accountant with Neilson Elggren LLP.

### Education

Mr. Troszak received a Bachelor of Arts in Accounting from Michigan State University.

### Professional Licenses, Certifications and Affiliations

Mr. Troszak is a Certified Public Accountant, Certified in Financial Forensics, and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), and the Los Angeles Bankruptcy Forum (LABF). He is a member of the planning committee of the AIRA.

LOS ANGELES
333 South Grand Avenue, Suite 4100 • Los Angeles, CA 90071 • Telephone: 213.617.2717 • Fax: 213.617.2718 • DSIConsulting.com

SAN FRANCISCO • CHICAGO • NEW YORK • MIAMI/FT. LAUDERDALE • LONDON • WILMINGTON • COLUMBUS

**DSI** Development Specialists, Inc.

Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

# Spencer G. Ferrero, Director

## Summary

Spencer Ferrero is a Director in DSI's Los Angeles office with over 11 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Ferrero has served as an accountant and financial advisor for chapter 11 trustees, chapter 7 trustees, debtors, creditor committees, examiners, liquidating trustees and receivers in several insolvency matters.  He has also been involved in several engagements in which he provided litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes.

## Notable Assignments

Cedar Funding, Inc., EPD Investment Co., Estate Financial, Inc., Ezri Namvar and Namco Capital Group, Inc., Fuhu, Inc., Galleria USA, Inc,, Reed Slatkin, Woodbridge Group of Companies.

## Employment History

Prior to joining DSI, Mr. Ferrero was a Managing Consultant at Berkeley Research Group, LLC. Previously, he was a Senior Associate at LECG, LLC.

## Education

Mr. Ferrero received a Bachelor of Arts in Accounting from the University of Utah and a Masters of Accounting from the University of Utah.

## Professional Licenses, Certifications and Affiliations

Mr. Ferrero is a Certified Public Accountant, Certified in Financial Forensics, a Certified Fraud Examiner and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), the Association of Certified Fraud Examiners (ACFE) and the Los Angeles Bankruptcy Forum (LABF).

LOS ANGELES
333 South Grand Avenue, Suite 4100 • Los Angeles, California 90071-1571 • Telephone: 213.617.2717 • Fax: 213.617.2718 • www.dsi.biz

SAN FRANCISCO • CHICAGO • NEW YORK • MIAMI • LONDON • WILMINGTON • COLUMBUS

**DSI** Development Specialists, Inc.

Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

# Rowen Dizon, Associate

## Summary

Rowen Dizon is an Associate in DSI's Los Angeles office with over 20 years of experience providing administrative support to Chapter 7 and 11 Trustees.

Mr. Dizon is directly involved in the processing of all Chapter 7 & Chapter 11 banking, including deposits, transfers of funds, issuing checks, opening accounts and maintaining filing systems. He is also involved with serving and filing Trustee's motions and notices, preparing and maintaining back-up for disbursements and deposits as well as various other tasks in bankruptcy and litigation support matters

## Employment History

Prior to joining DSI, Mr. Dizon was a Case Analyst at Berkeley Research Group, LLC. Previously, he was a Case Analyst at LECG, LLC; and Case Analyst with Neilson Elggren LLP.

## Education

Mr. Dizon attended Holy Angel University, Angeles City, Philippines

LOS ANGELES
333 South Grand Avenue, Suite 4100 • Los Angeles, CA 90071 • Telephone: 213.617.2717 • Fax: 213.617.2718 • DSIConsulting.com

SAN FRANCISCO • CHICAGO • NEW YORK • MIAMI/FT. LAUDERDALE • LONDON • WILMINGTON • COLUMBUS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
333 South Grand Ave., Suite 4100 Los Angeles CA 90071.

A true and correct copy of the foregoing document entitled (specify) <u>First Interim Application of Development Specialists, Inc. for Allowance and Payment of Fees and Expenses Incurred as Accountants and Financial Advisors for the Chapter 11 Trustee, R. Todd Neilson, for the Period November 1, 2018 through August 31, 2019</u> will be served or was served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>September 23, 2019</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

<u>See attached service list</u>                                    ☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>September 23, 2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via United States Mail***
Regdalin Properties, LLC
150 S. Rodeo Dr., Suite 290
Beverly Hills, CA 90212                        ☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>September 23, 2019</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple St. Crtm. 1539
Los Angeles, CA 90012                        ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2019 | Nicholas R. Troszak | /s/  Nicholas R. Troszak |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                **F 9013-3.1.PROOF.SERVICE**

1.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Eric Bensamochan     eric@eblawfirm.us, G63723@notify.cincompass.com
- Mikel R Bistrow     mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino     chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM
- Ashleigh A Danker     Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Dane W Exnowski     dane.exnowski@mccalla.com, bk.ca@mccalla.com
- Daniel K Fujimoto     wdk@wolffirm.com
- Scott E Gizer     sgizer@earlysullivan.com, zgidding@earlysullivan.com
- Asa S Hami     ahami@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
- Jacqueline L James     jjames@hrhlaw.com
- David S Kupetz     dkupetz@sulmeyerlaw.com,
dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- Kenneth G Lau     kenneth.g.lau@usdoj.gov
- Zi Chao Lin     zlin@garrett-tully.com, dcameron@garrett-tully.com
- Yevgeniya Lisitsa     gina@lisitsalaw.com, glisitsa@gmail.com
- Richard D Marks     RDMarks@rdmpc.com
- Peter J Mastan     peter.mastan@dinsmore.com;SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Daniel J McCarthy     dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Robert S McWhorter     rmcwhorter@buchalter.com, dbardon@buchalter.com;asmith@buchalter.com
- Henrik Mosesi     hmosesi@gmail.com
- R. Todd Neilson (TR)     tneilson@brg-expert.com, sgreenan@brg-expert.com;tneilson@ecf.epiqsystems.com;ntroszak@brg-expert.com
- Lee S Raphael     ecfcca@ecf.courtdrive.com
- William J Sexton     wsexton@hrhlaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- William A Wright     wwright@earlysullivan.com, vsegura@earlysullivan.com
- Claire K Wu     ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**