Law Offices of
**KAREN L. GRANT**
State Bar No. 122084
924 Anacapa Street, Ste 1M
Santa Barbara, CA 93101
Tel: (805) 962-4413
Fax: (805)568-1641
kgrant@silcom.com


Eric M. Van Horn*
Texas Bar No. 24051465
**SPENCER FANE LLP**
2200 Ross Avenue, Ste 4800 West
Dallas, Texas, 75201
Tel: (214) 750-3610
Fax: (214) 750-3612
ericvanhorn@spencerfane.com
*Pro Hac Vice Application Pending

Attorneys for Buganko, LLC

## IN THE UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

#### NORTHERN DIVISION

|  |  |
|---|---|
| In re | ) CASE NO. 9:19-bk-11573-MB |
|  | ) (Chapter 11) |
| HVI CAT CANYON, INC. | ) |
|  | ) **DECLARATION OF ERIC M. VAN HORN** |
| Debtor. | ) **IN SUPPORT OF BUGANKO'S, LLC'S** |
|  | ) **OBJECTIONS TO DEBTOR'S (1) MOTION** |
|  | ) **FOR INTERIM AND FINAL ORDERS** |
|  | ) **AUTHORIZING USE OF CASH** |
|  | ) **COLLATERAL AND (2) MOTION TO SELL** |
|  | ) **REDU ASSET (DOCKET NO. 155)** |
|  | ) |
|  | ) Date:    October 3, 2019 |
|  | ) Time:    10:00 a.m. |
|  | ) Place:    1415 State St. |
|  | )         Santa Barbara, CA 93101 |
|  | )         Courtroom 202 |
|  | ) Judge:    Martin R. Barash |
|  | ) |

I, ERIC M. VAN HORN, state and declare as follows:

1      1.    I am an attorney representing Buganko, LLC ("Buganko")

2  and I have personal knowledge of the matters stated herein.

3      2.    The Debtor's scheduled Buganko on Schedule G as the

4  lessor to a Surface Rental Agreement. Docket No. 171, at page 271

5  (attachment to Schedule G, page 2 of 2). The Attachment to Schedule

6  G is attached hereto as "Buganko-11."

7      3.    The Debtor's schedules list Buganko as a creditor owed

8  $51,975.00 and whose claim is not listed as disputed, unliquidated,

9  or contingent. Docket No. 171, at page 104. Page 104 of the Debtor's

10  schedules is attached hereto as "Buganko-12."

11      4.    On September 17, 2019, the Debtor agreed that the

12  Debtor's post-petition monthly rental obligation to Buganko is

13  $14,877.09, and that, post-petition, the Debtor has underpaid

14  Buganko a total of $12,429.18. E-mail from Adrienne Woods to Eric M.

15  Van Horn September 17, 2019 at 9:53 p.m., attached hereto as

16  "Buganko-13."

17      5.    On September 24, 2019, counsel for the Debtor informed me

18  that Debtor's counsel requested Debtor to include the above

19  mentioned amounts in the budget for Buganko. E-mail from Adrienne

20  Woods to Eric M. Van Horn, et. al., September 24, 2019 at 1:30 p.m.,

21  attached hereto as "Buganko-14."

22      6.    On September 26, 2019, counsel for the Debtor informed me

23  that the Debtor is now taking the position that the Debtor "rejected

24  their agreement with you, as such, need not pay these amounts."  E-

25  mail from Adrienne Woods to Eric M. Van Horn, et. al., September 26,

26  2019 at 10:52 a.m., attached hereto as "Buganko-15."

27

28

SPENCER FANE LLP

7.    The Debtor did not file a reply or otherwise dispute in any pleading filed with the Court the allegations asserted by Buganko in its objection (at Docket No. 155), including Buganko's assertion that the Debtor has underpaid Buganko, post-petition, for surface rent.

8.    At the status conference on September 23, 2019, counsel for GIT, Inc. represented that a data room existed which everyone had access to.

9.    Beginning September 24, 2019, I emailed requests for access to the data room to both counsel for GIT, Inc. and the Debtor, and have since been refused access. A copy of that email chain is attached hereto as "Buganko-16."

10.    The Debtor's schedules reflect nearly 1,000 unsecured creditors on Schedule E/F, most of who are royalty owners scheduled with debts for "royalty payable." Docket No. 171, pp. 80-268.

11.    The Affidavits of Service filed in this case appear to reflect a lack of service of the pleadings filed by the Debtor on Buganko (prior to its counsel entering appearances), and upon the substantial majority of the Debtor's creditors, including the hundreds of royalty interest owners.

12.    The Affidavit of Service at Docket No. 19 reflects the service of the Debtor's "first day" motions and notice of hearing on same, including the Debtor's Motion to for Authority to Use Cash Collateral, and the service list does not reflect service upon Buganko nor the nearly 1,000 creditors scheduled by the Debtor in this case. A copy of this Affidavit of Service is attached hereto as "Buganko-17."

SPENCER FANE LLP

3

13.    Docket No. 22, is the Debtor's Notice of Presentment of Debtors Motion for Entry of an Order Establishing Notice and Service Procedures (the "Notice and Service Procedures Motion").

14.    The Affidavit of Service at Docket No. 32, reflects service of, among other pleadings, the Notice and Service Procedures Motion, and the service list does not reflect service upon Buganko, nor the nearly 1,000 other creditors scheduled by the Debtor in this case. A copy of this Affidavit of Service is attached hereto as "Buganko-18."

15.    Docket No. 39 is the Order Establishing Notice Procedures.

16.    The Docket does not reflect any Affidavits of Service of the Order Establishing Notice Procedures.

17.    The Affidavit of Service of the Notice of Bankruptcy Case Filing at Docket No. 20 (dated July 31, 2019), and the Supplemental Affidavit of Service of the Notice of Bankruptcy Case Filing at Docket No. 67 (dated August 20, 2019), appear to reflect the only documents served by the Debtor upon all of the creditors it has scheduled in this case. A copy of Docket No. 20 and Docket No. 67 are attached hereto as "Buganko-19" and "Buganko-20", respectively.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of September, at Dallas, Texas.

_____
Eric M. Van Horn

4

**EXHIBIT "BUGANKO-11"**

Attachment to Schedule G
(Page 1 of 2)

| Site reference | Description of contract or lease | Nature of HVI's interest in the contract or lease | Term remaining | Government contract No., if any | Counterparty name | Counterparty address (1) |
|---|---|---|---|---|---|---|
| Santa Barbara County, CA | Crude Oil delivery | Seller | 5/31/2020, evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| Santa Barbara County, CA | BS&W, Gold Crude delivery | Seller | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| Santa Barbara County, CA | Weld Gas delivery | Transferor | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| Santa Barbara County, CA | LCR supply | Buyer | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| Santa Barbara County, CA | Natural gas supply | Buyer | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| Kern County, CA | Crude Oil supply | Seller | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| Kern County, CA | Gas sales | Seller | evergreen | | Aera Energy, LLC | 10000 Ming Ave., Bakersfield, CA 93311 |
| Kern County, CA | Crude Oil sales | Seller | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| Orange County, CA | Oil & Gas well bond | Principal | evergreen | | Fidelity & Deposit Company of Maryland | PO Box 1227, Baltimore, MD 21203 |
| Santa Barbara County, CA | Oil & Gas sales | Seller | evergreen | | Fidelity & Deposit Company of Maryland | PO Box 1227, Baltimore, MD 21203 |
| Santa Barbara County, CA | Liability, umbrella insurance | Insured | 12/1/2019 | | Lloyd's London | PO Box 1227, Baltimore, MD 21203 |
| Santa Barbara County, CA | Property insurance | Insured | 12/1/2019 | | Marsh International Insurance Company Limited | PO Box 1227, Baltimore, MD 21203 |
| Santa Barbara County, CA | Workers' Compensation | Insured | 12/12/2019 | | State Compensation Insurance Fund | c/o Worldwide Facilities, LLC 4 Greenway Plaza, Suite 400, Houston, TX 77046 |
| Santa Barbara County, CA | Insurance premium finance | Insured | 12/1/2019 | | Safety First Insurance | PO Box 3037, Houston, TX 77027 |
| Santa Barbara County, CA | Settlement / Escrow | Depositor | 12/1/2019 | | Safeco by Acceptance Corp. | c/o Gala Lilith, Attn: Bethanye Canyon Rd., San Ramon, CA 94583 |
| Orange County, CA | Settlement / Escrow | Depositor | 12/1/2019 | | Uncas | PO Box 5489, Santa Maria, CA 93456 |
| Kern County, CA | GSA services | Client | | | Rynz Tax Burials, LLP | 1141, Sec.3., Santa Maria, CA 93456 |
| Santa Barbara County, CA | Tax Sharing | Member | while in tax group | | GFI, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| Santa Barbara County, CA | Unit Agreement | Payor | evergreen | | West Coast Welding | PO Box 5489, Santa Maria, CA 93456 |
| Santa Barbara County, CA | Unit Operating Agreement | Operator/Working Interest Owner | held by production | Included in Schedule E/F | | 2201 Celsius Avenue, Building A, Oxnard, CA 93030 |
| Santa Barbara County, CA | Facility Air Permit To Operate | Permittee | held by production | | San Joaquin Valley Air Pollution Control District | 34946 Flyover Court, Bakersfield, CA 93308 |
| Santa Barbara County, CA | Generation of Hazardous Materials | Permittee | held by Unit Agreement | | Department of Conservation Division Of Oil, Gas and Geothermal | 27000 Ventura Drive, Diamond Bar, CA 93180-3270 |
| Santa Barbara County, CA | Approval/Project Permits To Conduct | Permittee | | | Department of Conservation Division Of Oil, Gas and Geothermal | 21865 Copley Drive, Diamond Bar, CA 91765 |
| Kern County, CA | Permit To Operate Air Pressure Tank | Permittee | | | South Coast Air Quality Management District | 21865 Copley Drive, Diamond Bar, CA 91765 |
| Kern County, CA | Permit To Operate Air Pressure Tank | Permittee | | | South Coast Air Quality Management District | 4011 Chapman, Placentia, CA 92870 |
| Kern County, CA | Oil Wells Business License | Permittee | | | City of Placentia | 4045 Gala Linda Ave., Yorba Linda, CA 92886 |
| Kern County, CA | Generation of Haz Waste EPA-ID | Permittee | | | City of Yorba Linda | 1 Fire Authority Road, Irvine, CA 92602 |
| Kern County, CA | Fire Authority Permit | Permittee | | | Orange County Fire Authority | 801 K St., MS 14-02, Sacramento, CA 95814 |
| Orange County, CA | Approval/Project Permits To Conduct | Permittee | | | Department of Conservation Division Of Oil, Gas and Geothermal | 801 K St., MS 14-02, Sacramento, CA 95814 |
| Orange County, CA | Generation of Haz Waste EPA-ID | Permittee | | | Public Health Services Environmental Health Div. | |
| Orange County, CA | CUPA Haz Mat Disclosure | Permittee | | | Department of Toxic Substance Control | 1241 East Dyer Rd., Suite 120, Santa Ana, CA 92705 |
| Orange County, CA | Generation of Haz Waste EPA-ID | Permittee | | | Orange County Health Care Agency | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| Orange County, CA | Annual Hazardous Materials Permit | Permittee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| Orange County, CA | Permit To Operate Air Pressure Tank | Permittee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| Santa Barbara County, CA | Permit To Operate Air Pressure Tank | Permittee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| Santa Barbara County, CA | Permit To Operate Air Pressure Tank | Permittee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| Santa Barbara County, CA | Unified Program Facility Permit | Permittee | | | State of California DOSH | 260 North Antonio Road, Suite A Santa Barbara, CA 93110 |
| Santa Barbara County, CA | Electrical Maintenance Permit | Permittee | | | Santa Barbara County Air Pollution Control District | 895 Aerovista Place, Suite 101, San Luis Obispo, CA 93401-7906 |
| Santa Barbara County, CA | Land Use Permit | Permittee | | | Central Coast Regional Water Quality Control Board | |
| Santa Barbara County, CA | Approval/Project Permits To Conduct Well Operation | Permittee | | | Department of Toxic Substance Control | PO Box 806, Sacramento, CA 95812-0806 |
| | | | | | Santa Barbara County Environmental Health Services | 2125 S. Centrepointe Parkway, Suite 333, Santa Maria, CA 93455 |
| | | | | | Santa Barbara County Fire Department | 4410 Cathedral Oaks Rd., Santa Barbara, CA 93110 |
| | | | | | Santa Barbara County Hazmat/Environmental Health Services | 2125 S. Centrepointe Parkway, Suite 333, Santa Maria, CA 93455 |
| | | | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| | | | | | Santa Barbara County Building & Safety Division | 123 E. Anapamu Street, Santa Barbara, CA 93101 |
| | | | | | Santa Barbara County Planning & Development Dept | 123 E. Anapamu Street, Santa Barbara, CA 93101 |
| | | | | | Department of Conservation Division Of Oil, Gas and Geothermal Resource | 801 K St., MS 14-02, Sacramento, CA 95814 |

BUGANKO-11

Debtor: HVI Cat Canyon, Inc.

Attachment to Schedule G (Page 2 of 2)

Case number (if known) 19-32857

| Nos. / file reference | Description of contract or lease | Nature of HVI's interest in the contract or lease | Term remaining / contract No. if any | Counterparty name | Counterparty address (1) |
|---|---|---|---|---|---|
| 2.85 Kern County, CA | Surface Lease 3/26/07 | Lessee (Grantee) | | Aera Energy, LLC | 10000 Ming Ave, Bakersfield, CA 93311 |
| 2.84 Orange County, CA | Surface Lease 3/2/71, Book 9701, Page 381 | Lessee (Grantee) | | Frank and Sylvia Bolaventura | 300 W. Paseo De Cristobal, San Clemente, CA 92672 |
| 2.83 Orange County, CA | License Agreement 9/24/07 | Lessee (Grantee) | | Bugania | PO Box 8042, Mammoth Lakes, CA 93546 |
| 2.82 Orange County, CA | License Agreement 12/31/71, Book 381 | Lessee (Grantee) | | Luis Elizondo | 140 Strada Plaza, Anaheim, CA 92807 |
| 2.81 Orange County, CA | Agreement 7/1/72 | Lessee (Grantee) | | Dominique C. Esfandiary | 772 W. Town & Country Rd., Orange CA 92868 |
| 2.80 Orange County, CA | Agreement 7/1/72 | Lessee (Grantee) | | R.D. Eldoney Trustee | 315 S. Via Monetario, Anaheim, CA 92807 |
| 2.80 Orange County, CA | Agreement 7/1/72 | Lessee (Grantee) | | Shirz Ortega, LLC | 2945 NW Hayes Ave., Corvallis, OR 97330 |
| Orange County, CA | Surface Lease and Surface Use | Lessee (Grantee) | | Guarantee Properties, Inc. and Star Liquidating Assoc. | 4640 Admiralty Way, Suite 700, Marina Del Rey, CA 92631 |
| Orange County, CA | Surface Lease 3/2/71, Book 10384, Page 53 | Lessee (Grantee) | | Frederick D. Thomson, Jr. | 824 Avalon Ct., San Diego, CA 92109 |
| Orange County, CA | Surface Lease 3/2/71, Book 10384, Page 53 | Lessee (Grantee) | | Leigh T. Andrews | 3401 Garcia Circle Unit A, Highlands Ranch, CO 80126 |
| Orange County, CA | Surface Lease 3/2/71, Book 10384, Page 53 | Lessee (Grantee) | | Michael McLaughlin | 3840 N. Woodridge Way, Flagstaff, AZ 86004 |
| Kings County, CA | Surface Lease 2/9/71, Book 10384, Page 53 | Lessee (Grantee) | | Tim McLaughlin | 1127 Buckingham Dr., #1, Costa Mesa, CA 92626 |
| 2.63 Santa Barbara County, CA | Pipeline Lease | Lessee (Grantee) | | Sean McLaughlin | 1701 Springdale St., Apt. 125, Huntington Beach, CA 92649 |
| 2.62 Santa Barbara County, CA | License Agreement 9/5/2000 | Lessee (Grantee) | | Adam Family Trust | 2101 Jetson Rd., Santa Maria, CA 93456 |
| Santa Barbara County, CA | MCD0115 Agreement and Right of Way Agreement 11/25/83 | Lessee (Grantee) | | Orcutt Pac LLC | 1555 Orcutt Hill Rd., Orcutt, CA 93455 |
| Santa Barbara County, CA | Right of Way Agreement 3/19/84 | Lessee (Grantee) | | Marianne Friedl | 2053 A Orcutt, Santa Maria, CA 93455 |
| Santa Barbara County, CA | Surface Lease Agreement 12/1/95 | Lessee (Grantee) | | CMT, LLC | 865 Sage Crest Rd., Santa Maria, CA 93455 |
| Santa Barbara County, CA | Letter of Authorization 8/20/43 | Lessee (Grantee) | | Manfred Sander | PO Box 559, Santa Maria, CA 93455 |
| Santa Barbara County, CA | Agreement 11/29/01 | Lessee (Grantee) | | E & B Natural Resources | 1600 North Rd., Bakersfield, CA 93308 |
| Santa Barbara County, CA | Right of Way Agreement 11/9/01 | Lessee (Grantee) | | Grandison, LLC | 320 McMurray Rd., Buellton, CA 93427 |
| Santa Barbara County, CA | Right of Way Agreement 11/9/01 | Lessee (Grantee) | | Margaret Rasch | 2475 Graciosa Rd., Santa Maria, CA 93455 |
| Santa Barbara County, CA | Right of Way Agreement 11/23/92 | Lessee (Grantee) | | Railroad Management Company | PO Box 2075, Orcutt, CA 93457 |
| Santa Barbara County, CA | Right of Way Agreement 11/23/92 | Lessee (Grantee) | | Paul T. Pignoli | 2475 Graciosa Rd., Santa Maria, CA 93455 |
| Santa Barbara County, CA | Right of Way Agreement 11/23/92 | Lessee (Grantee) | | Paul A. Pignoli, R. Fowler & Timothy Pignoli, Trustees | PO Box 07810, Dallas, TX 75287 |
| 2.70 Santa Barbara County, CA | Right of Way Agreement 5/1/78 | Lessee (Grantee) | | Pyble 2000 Trust | 2475 Graciosa Rd., Santa Maria, CA 93455 |
| 2.71 Santa Barbara County, CA | Right of Way Agreement 5/1/78 | Lessee (Grantee) | | Pignoli Family Trust | PO Box 134, Santa Maria, CA 93456 |
| Santa Barbara County, CA | MC-D0115 Right of Way Agreement 5/1/78 | Lessee (Grantee) | | Judy A. Rogers | PO Box 134, Santa Maria, CA 93456 |
| Santa Barbara County, CA | Right of Way Agreement 5/1/78 | Lessee (Grantee) | | Randall C. Gregory | PO Box 134, Santa Maria, CA 93456 |
| Santa Barbara County, CA | Right of Way Agreement and Right of Way Agreement | Lessee (Grantee) | | Michael J. Souza | PO Box 2337, Orcutt, CA 93457 |
| Santa Barbara County, CA | MC5575-25 Right of Way Agreement | Lessee (Grantee) | | Roland and Sally Miller | 3028 Sandy Hill Lane, Santa Maria, CA 93455 |
| 2.73 Santa Barbara County, CA | VO-RV=5 | Lessee (Grantee) | | Bruce & Julie Gordon | 2935 E. Clark Ave., Santa Maria, CA 93455 |
| Santa Barbara County, CA | VO-RV=6 | Lessee (Grantee) | | Nedew, Inc. | PO Box 366, Santa Maria, CA 93456 |
| Santa Barbara County, CA | VO-RV=4 | Lessee (Grantee) | | Holt & Greganine Gynde and George E Catherine Stein | 3501 Telephone Rd., Santa Maria, CA 93456 |
| Santa Barbara County, CA | SWVC-6-Amend to ROW | Lessee (Grantee) | | Donald and Richard Vincent | 120 Winchester Canyon Rd., Goleta, CA 93117 |
| Santa Barbara County, CA | MC-D0115 ROW Agree | Lessee (Grantee) | | | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | MC-C6359-3/ROW Agree dtd | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | MC-B3315 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | MC-C6593 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | MC-C6562 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | 3rd Letter Agreement-C06593 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | MC-C6359 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | ROW Agreement MC C5541 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | ROW Agreement MC C6374-1 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | ROW Agreement MC-C6565 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | MC-C6593 & 28 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | SWVC 6 & 28 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| Santa Barbara County, CA | MC-C6359-3 ROW Agree | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.101 Santa Barbara County, CA | SWY376 | Lessee (Grantee) | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.102 Santa Barbara County, CA | MC-C0115 | Tenant | 12/21/2019 notice 0011 | California's Dept. of Conservation, Division Of Oil & Gas | 45 Rockefeller Plaza, Suite 2410, New York NY 10111 |
| 2.101 Santa Barbara County, CA | Grant of Easement and Surface Use 3/2/05-B0092000343928 | Operator | 12 installments | Humble Andrew Keith LLP | 801 K St., MS 24-02, Sacramento, CA 95814 |
| 2.102 Santa Barbara County, CA | Settlement Agreement | Payor | 3 installments | | 600 Travis Street, Suite 4200, Houston, TX 77002 |
| 2.102 Santa Barbara County, CA | Settlement Agreement | Payor | 3 installments | Brio Carbon | 7700 Lolare Place, Tempisto, CA 93465 |
| 2.103 | Settlement Agreement | Payor | 2 installments | Pacific Petroleum Company | P.O. Box 2646, Orcutt, CA 93457 |
| | Settlement Agreement | Payor | evergreen | GLA, LLC | |

**EXHIBIT "BUGANKO-12"**

**Part 2:** (Name)
Additional Page

| | | Amount of claim |
|---|---|---|

**3.112**  **Nonpriority creditor's name and mailing address**
BRUCE CONWAY
P.O. BOX 2050
7
ORCUTT, CA  93457

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.113**  **Nonpriority creditor's name and mailing address**
BRYAN & BEATRICE GATEWOOD
6371 VAN BUREN ST., P.O. BOX 56
ATWOOD, CA  92601-0056

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,866.84

---

**3.114**  **Nonpriority creditor's name and mailing address**
BUGANKO
P.O. BOX 8042
MAMMOTH LAKES, CA  93546

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,975.00

---

**3.115**  **Nonpriority creditor's name and mailing address**
BUTTRAM TRUST
2704 ROGERS AVENUE
FORT WORTH, TX  76109

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$315.50

---

**3.116**  **Nonpriority creditor's name and mailing address**
BYRON & ANN BARKER
811 WENDT TERRACE
LAGUNA BEACH, CA  92651

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BAR1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$226.88

---

**EXHIBIT "BUGANKO-13"**

| From: | Adrienne Woods <aw@weltmosk.com> |
|---|---|
| Sent: | Tuesday, September 17, 2019 9:53 PM |
| To: | Van Horn, Eric |
| Cc: | WM Team |
| Subject: | HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks |

Hi Eric,

Debtor has reviewed the appraisal and advises as follows:

It appears that rent in an increased amount of $14,877.09 is payable to Buganko post-petition, which is a few pennies less than $14,877.98 asserted.

Pursuant to Section 15 of the amended surface lease, rental payments shall be computed as follows:

- OPERATIONAL - 0.46 acres x 10% x 1/12 x $1,850,000 = $ 7,091.67
- RESTRICTED  - 1.01 acres x  5% x 1/12 x $1,850,000 = $ 7,785.42
                                                 TOTAL = $14,877.09

As a result,
(a) the underpayment for Aug and Sept of $6,214.59 each ($12,429.18 total) is payable by HVI, and
(b) the budget for monthly surface rents will need to be adjusted by HVI to account for this oversight.

I've advied Debtor that they should make these changes to the budget asap. I've also advised counsel to UBS to anticipate this change to the budget.  Thank you for helping us to resolve this, and please let me know if you'd like to discuss.

Best regards,

Adrienne

**Adrienne Woods**
Counsel
Website | Bio | vCard | Text | Map 🔲 🔲 🔲 🔲 🔲



**WELTMAN & MOSKOWITZ, LLP**
ATTORNEYS AT LAW

270 Madison Avenue, Suite 1400
New York, New York 10016
p: 212.684.7800  f: 212.684.7995

NEW YORK • LONG ISLAND • NEW JERSEY

*Business and bankruptcy problems resolved daily*

Confidentiality Notice: This message (and any attachments) is intended only for use by named recipient(s) and may contain legally privileged attorney-client communications and/or confidential or proprietary information, or may contain attorney work product all of which is exempt from disclosure under applicable law. If you received this message in error or are not one of the named recipient(s), do not review, disseminate distribute or copy this message including attachments, immediately notify sender by reply e-mail and delete this message and all attachments from your device or drive. Thank you.

1

**EXHIBIT "BUGANKO-14"**

| From: | Adrienne Woods <aw@weltmosk.com> |
|---|---|
| Sent: | Tuesday, September 24, 2019 1:30 PM |
| To: | Van Horn, Eric; Jones, Evan M. |
| Cc: | mkehl@huronconsultinggroup.com; Indelicato, Samantha M.; Patrick, Darren L.; kgrant@silcom.com; WM Team |
| Subject: | Re: HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks |

Hi Eric,

I added the WM Team to the email for the same reason -- shortness of time.  I have sent an email to the client requesting that the Buganko amounts be included and I know that other members of the team are communicating with the client regarding the budget too.  I'm not sure if it will be a separate line item but I will ask.

Best regards,

Adrienne

**Adrienne Woods**
Counsel
Website | Bio | vCard | Text | Map 



**WELTMAN & MOSKOWITZ, LLP**
ATTORNEYS AT LAW

270 Madison Avenue, Suite 1400
New York, New York 10016
p: 212.684.7800  f: 212.684.7995

NEW YORK • LONG ISLAND • NEW JERSEY

*Business and bankruptcy problems resolved daily*

Confidentiality Notice. This message (and any attachments) is intended only for use by named recipient(s) and may contain legally privileged attorney-client communications and/or confidential or proprietary information, or may contain attorney work product, all of which is exempt from disclosure under applicable law. If you received this message in error or are not one of the named recipient(s), do not review, disseminate, distribute or copy this message including attachments, immediately notify sender by reply e-mail and delete this message and all attachments from your device or drive. Thank you.

---

**From:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Sent:** Tuesday, September 24, 2019 2:24 PM
**To:** Jones, Evan M. <ejones@omm.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>; mkehl@huronconsultinggroup.com <mkehl@huronconsultinggroup.com>; Indelicato, Samantha M. <sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>; kgrant@silcom.com <kgrant@silcom.com>
**Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks

Thanks Evan and understood. However, given the short time frame that I understand the parties are working on to reach an interim order and budget, I wanted to make sure UBS was aware of these amounts.

1

BUGANKO-14

145

I understand UBS' position that it does not draft the budget and that it relies on the Debtor. It is my expectation, given the Debtor's agreement with these amounts for the surface rent, that they will be correctly included in the budget.

Adrienne: can you please confirm? I would prefer a separate line item in the budget for Buganko that totals the amounts below.

Thanks,
Eric

Eric M. Van Horn  Partner
Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201
O 214-459-5895
ericvanhorn@spencerfane.com | spencerfane.com

**From:** Jones, Evan M. <ejones@omm.com>
**Sent:** Tuesday, September 24, 2019 1:18 PM
**To:** Van Horn, Eric <ericvanfane@spencerfane.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>; mkehl@huronconsultinggroup.com; Indelicato, Samantha M. <sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>; kgrant@silcom.com
**Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks

Eric:  I trust that sending this to me and copying Adrienne was unintentional.  As I keep saying, UBS does not draft the budget.  We rely on the Debtor to present a budget that we review.  Your substantive request is noted.  Best, Evan

**Evan M. Jones**
# O'Melveny

Partner
ejones@omm.com
O: +1-213-430-6236

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Sent:** Tuesday, September 24, 2019 11:15 AM
**To:** Jones, Evan M. <ejones@omm.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>; mkehl@huronconsultinggroup.com; Indelicato, Samantha M. <sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>; kgrant@silcom.com
**Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks

For purposes of the interim budget through the end of next week, please confirm that the following amounts will be included into the budget for Buganko's (1) surface rental post-petition arrearages for August and September (totaling $12,429.18), and (2) the surface rental amount of $14,877.09 for payment on October 1st (which is the amount that should be included in the 13 week budget). These are the amounts that the Debtor agreed were owed per the below.

Please also know that there are additional post-petition arrearages in the form of attorneys' fees (and possibly some expenses) that are provided by the Surface Rental Agreement and related amendment for addressing these issues under the Surface Rental Agreement. We will calculate and provide those amounts as soon as possible.

Last, regarding post-petition royalties, please also know that royalties for production for the month of August should have been paid on September 20th. Since there was no authority to use cash collateral on 9/20, amounts for Buganko (and likely all other royalty interest owners) need to be budgeted for this next week. For Buganko, we will provide those estimates as soon as possible (however, they will likely be less than the monthly surface rental amount).

Thanks,
Eric

Eric M. Van Horn  Partner
Spencer Fane LLP

_____

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201
O 214-459-5895
ericvanhorn@spencerfane.com | spencerfane.com

**From:** Jones, Evan M. <ejones@omm.com>
**Sent:** Thursday, September 19, 2019 1:02 PM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>; mkehl@huronconsultinggroup.com; Indelicato, Samantha M. <sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>
**Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks

Eric:  As the Debtor makes no payments over the weekend or on Monday and Tuesday, we do not anticipate a further budget before the Monday hearing.  Once the trial date is set, we expect to discuss a further extension with the Debtor and would consider whatever budget they propose.  We appreciate the heads-up and professional courtesy.  Best, Evan

**Evan M. Jones**
**O'Melveny**

Partner
ejones@omm.com
O: +1-213-430-6236

_____

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

3

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Sent:** Thursday, September 19, 2019 10:50 AM
**To:** Jones, Evan M. <ejones@omm.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>
**Subject:** FW: HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks

[EXTERNAL MESSAGE]
Evan,

Per the below from Adrienne, the Debtor agrees to the monthly surface rental amount of $14,877.09 for Buganko, LLC; and Buganko agrees with that calculation.

I understand from the below that the Debtor and UBS should be including the arrearages owed for August and September ($6,214.59 each ($12,429.18 total)) in the cash collateral budget.

Please let me know if that is being included in the budget, which I assume will be another interim, consensual budget until Monday's status conference.

Thanks,
Eric

Eric M. Van Horn  Partner
Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201
O 214-459-5895
ericvanhorn@spencerfane.com | spencerfane.com

**From:** Adrienne Woods <aw@weltmosk.com>
**Sent:** Tuesday, September 17, 2019 9:53 PM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Cc:** WM Team <wmteam@weltmosk.com>
**Subject:** HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks

Hi Eric,

Debtor has reviewed the appraisal and advises as follows:

It appears that rent in an increased amount of $14,877.09 is payable to Buganko post-petition, which is a few pennies less than $14,877.98 asserted.

Pursuant to Section 15 of the amended surface lease, rental payments shall be computed as follows:

- OPERATIONAL - 0.46 acres x 10% x 1/12 x $1,850,000 = $ 7,091.67
- RESTRICTED - 1.01 acres x  5% x 1/12 x $1,850,000 = $ 7,785.42

4

TOTAL = $14,877.09

As a result,

(a) the underpayment for Aug and Sept of $6,214.59 each ($12,429.18 total) is payable by HVI, and

(b) the budget for monthly surface rents will need to be adjusted by HVI to account for this oversight.

I've advied Debtor that they should make these changes to the budget asap. I've also advised counsel to UBS to anticipate this change to the budget.  Thank you for helping us to resolve this, and please let me know if you'd like to discuss.

Best regards,

Adrienne

Confidentiality Notice: This message (and any attachments) is intended only for use by named recipient(s) and may contain legally privileged attorney-client communications and/or confidential or proprietary information, or may contain attorney work product, all of which is exempt from disclosure under applicable law.  If you received this message in error or are not one of the named recipient(s), do not review, disseminate, distribute or copy this message, including attachments, immediately notify sender by reply email and delete this message and all attachments from your device or drive.  Thank you.

5

BUGANKO-14

149

**EXHIBIT "BUGANKO-15"**

| | |
|---|---|
| **From:** | Adrienne Woods <aw@weltmosk.com> |
| **Sent:** | Thursday, September 26, 2019 10:09 AM |
| **To:** | Jones, Evan M.; Van Horn, Eric |
| **Cc:** | mkehl@huronconsultinggroup.com; Indelicato, Samantha M.; Patrick, Darren L.; kgrant@silcom.com; WM Team |
| **Subject:** | Re: HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks |

Hi Eric

The debtor is taking the position that they rejected their agreement with you and, as such, need not pay these amounts. I must admit that I'm not an oil and gas lawyer but they tell me that they are entitled to do this

Please let me know your thoughts. I'm in court right now but I can speak after.

Get Outlook for iOS

---

**From:** Jones, Evan M. <ejones@omm.com>
**Sent:** Thursday, September 26, 2019 10:26:01 AM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>; mkehl@huronconsultinggroup.com <mkehl@huronconsultinggroup.com>; Indelicato, Samantha M. <sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>; kgrant@silcom.com <kgrant@silcom.com>; WM Team <wmteam@weltmosk.com>
**Subject:** Re: HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks

Eric. Just as example budget received last night omitted postpetition payments to you. Adrienne and Monty told debtor that wouldn't fly. Working on it. Evan

Sent from my iPhone

On Sep 26, 2019, at 7:06 AM, Jones, Evan M. <ejones@omm.com> wrote:

> We received a draft last night. Hope to have final today. Evan
>
> Sent from my iPhone
>
> On Sep 26, 2019, at 6:49 AM, Van Horn, Eric <ericvanhorn@spencerfane.com> wrote:
>
>> [EXTERNAL MESSAGE]
>> Is the budget forthcoming today?
>>
>> Thanks,
>> Eric

1

**Eric M. Van Horn** Partner
Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX

75201

**O** 214-459-5895

ericvanhorn@spencerfane.com | spencerfane.com

On Sep 25, 2019, at 1:10 PM, Adrienne Woods <aw@weltmosk.com> wrote:

> Hi Eric
>
> Sorry for the delay. The client advised me that they are sending a
> revised budget sometime today. We will send it around as soon as
> possible.
>
> Best regards,
>
> Adrienne
>
> Get Outlook for iOS
>
> ---
>
> **From:** Van Horn, Eric <ericvanhorn@spencerfane.com>
> **Sent:** Wednesday, September 25, 2019 1:00:25 PM
> **To:** Adrienne Woods <aw@weltmosk.com>; Jones, Evan M.
> <ejones@omm.com>
> **Cc:** mkehl@huronconsultinggroup.com
> <mkehl@huronconsultinggroup.com>; Indelicato, Samantha M.
> <sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>;
> kgrant@silcom.com <kgrant@silcom.com>; WM Team
> <wmteam@weltmosk.com>
> **Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re
> Underpayment of Surface Rents & Depositing of Related Checks
>
> Hi everyone,
>
> Please let me know regarding the inclusion in the budget of
> amounts owed to Buganko, LLC for surface rents per the below.
>
> Also, until we have a better estimate for royalties owed for August
> production, that were supposed to be paid on 9/20, at minimum,
> the amounts originally budgeted by the Debtor in its proposed 13
> week budget at Docket 11-1 ($211K) should probably be used.
>
> Thanks,
> Eric

2

Eric M. Van Horn  Partner
Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201
O 214-459-5895
ericvanhorn@spencerfane.com | spencerfane.com

**From:** Adrienne Woods <aw@weltmosk.com>
**Sent:** Tuesday, September 24, 2019 1:30 PM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>; Jones, Evan M.
<ejones@omm.com>
**Cc:** mkehl@huronconsultinggroup.com; Indelicato, Samantha M.
<sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>;
kgrant@silcom.com; WM Team <wmteam@weltmosk.com>
**Subject:** Re: HVI Cat Canyon / BUGANKO, LLC -- Notice re
Underpayment of Surface Rents & Depositing of Related Checks

Hi Eric,

I added the WM Team to the email for the same reason --
shortness of time.  I have sent an email to the client requesting
that the Buganko amounts be included and I know that other
members of the team are communicating with the client
regarding the budget too.  I'm not sure if it will be a separate line
item but I will ask.


Best regards,


Adrienne

<image010.jpg><image011.jpg><image012.jpg><image013.jpg><image014.jpg><image015.jpg
<image018.jpg>

Confidentiality Notice  This message and any attachments is intended only for use by named recipient(s) and may contain legally privileged attorney-client
attorney work product, all of which is exempt from disclosure under applicable law.  If you received this message in error or are not one of the named recipi
attachments, immediately notify sender by reply e-mail and delete this message and all attachments from your device or drive  Thank you

**From:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Sent:** Tuesday, September 24, 2019 2:24 PM
**To:** Jones, Evan M. <ejones@omm.com>

3

BUGANKO-15

Cc: Adrienne Woods <aw@weltmosk.com>;
mkehl@huronconsultinggroup.com
<mkehl@huronconsultinggroup.com>; Indelicato, Samantha M.
<sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>;
kgrant@silcom.com <kgrant@silcom.com>
**Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re
Underpayment of Surface Rents & Depositing of Related Checks

Thanks Evan and understood. However, given the short time
frame that I understand the parties are working on to reach an
interim order and budget, I wanted to make sure UBS was aware
of these amounts.

I understand UBS' position that it does not draft the budget and
that it relies on the Debtor. It is my expectation, given the Debtor's
agreement with these amounts for the surface rent, that they will
be correctly included in the budget.

Adrienne: can you please confirm? I would prefer a separate line
item in the budget for Buganko that totals the amounts below.

Thanks,
Eric


Eric M. Van Horn  Partner

Spencer Fane LLP

_____

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201

O 214-459-5895

ericvanhorn@spencerfane.com | spencerfane.com


**From:** Jones, Evan M. <ejones@omm.com>
**Sent:** Tuesday, September 24, 2019 1:18 PM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>;
mkehl@huronconsultinggroup.com; Indelicato, Samantha M.
<sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>;
kgrant@silcom.com
**Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re
Underpayment of Surface Rents & Depositing of Related Checks

Eric:  I trust that sending this to me and copying Adrienne was
unintentional.  As I keep saying, UBS does not draft the budget.  We rely
on the Debtor to present a budget that we review.  Your substantive
request is noted.  Best, Evan


**Evan M. Jones**

4

BUGANKO-15

**O'Melveny**

Partner
ejones@omm.com
O: +1-213-430-6236
_____

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Website | LinkedIn | Twitter

_This message and any attached documents contain information from the law firm
of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are
not the intended recipient, you may not read, copy, distribute, or use this
information. If you have received this transmission in error, please notify the
sender immediately by reply e-mail and then delete this message._

**From:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Sent:** Tuesday, September 24, 2019 11:15 AM
**To:** Jones, Evan M. <ejones@omm.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>;
mkehl@huronconsultinggroup.com; Indelicato, Samantha M.
<sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>;
kgrant@silcom.com
**Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re
Underpayment of Surface Rents & Depositing of Related Checks

[EXTERNAL MESSAGE]
Adrienne and Evan,

For purposes of the interim budget through the end of next week,
please confirm that the following amounts will be included into the
budget for Buganko's (1) surface rental post-petition arrearages
for August and September (totaling $12,429.18), and (2) the
surface rental amount of $14,877.09 for payment on October 1st
(which is the amount that should be included in the 13 week
budget). These are the amounts that the Debtor agreed were
owed per the below.

Please also know that there are additional post-petition arrearages
in the form of attorneys' fees (and possibly some expenses) that
are provided by the Surface Rental Agreement and related
amendment for addressing these issues under the Surface Rental
Agreement. We will calculate and provide those amounts as soon
as possible.

Last, regarding post-petition royalties, please also know that
royalties for production for the month of August should have been
paid on September 20th. Since there was no authority to use cash
collateral on 9/20, amounts for Buganko (and likely all other
royalty interest owners) need to be budgeted for this next week.
For Buganko, we will provide those estimates as soon as possible
(however, they will likely be less than the monthly surface rental
amount).

5

BUGANKO-15

Thanks,
Eric

Eric M. Van Horn  Partner

Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201

O 214-459-5895

ericvanhorn@spencerfane.com | spencerfane.com

**From:** Jones, Evan M. <ejones@omm.com>
**Sent:** Thursday, September 19, 2019 1:02 PM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Cc:** Adrienne Woods <aw@weltmosk.com>;
mkehl@huronconsultinggroup.com; Indelicato, Samantha M.
<sindelicato@omm.com>; Patrick, Darren L. <dpatrick@omm.com>
**Subject:** RE: HVI Cat Canyon / BUGANKO, LLC -- Notice re
Underpayment of Surface Rents & Depositing of Related Checks

Eric:  As the Debtor makes no payments over the weekend or on
Monday and Tuesday, we do not anticipate a further budget before the
Monday hearing.  Once the trial date is set, we expect to discuss a
further extension with the Debtor and would consider whatever budget
they propose.  We appreciate the heads-up and professional
courtesy.  Best, Evan

**Evan M. Jones**

# O'Melveny

Partner
ejones@omm.com
O: +1-213-430-6236

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm*
*of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are*
*not the intended recipient, you may not read, copy, distribute, or use this*
*information. If you have received this transmission in error, please notify the*
*sender immediately by reply e-mail and then delete this message.*

**From:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Sent:** Thursday, September 19, 2019 10:50 AM
**To:** Jones, Evan M. <ejones@omm.com>

6

Cc: Adrienne Woods <aw@weltmosk.com>
Subject: FW: HVI Cat Canyon / BUGANKO, LLC -- Notice re
Underpayment of Surface Rents & Depositing of Related Checks

[EXTERNAL MESSAGE]

Evan,

Per the below from Adrienne, the Debtor agrees to the monthly surface rental amount of $14,877.09 for Buganko, LLC; and Buganko agrees with that calculation.

I understand from the below that the Debtor and UBS should be including the arrearages owed for August and September ($6,214.59 each ($12,429.18 total)) in the cash collateral budget.

Please let me know if that is being included in the budget, which I assume will be another interim, consensual budget until Monday's status conference.

Thanks,
Eric

Eric M. Van Horn  Partner

Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201

O 214-459-5895

ericvanhorn@spencerfane.com | spencerfane.com


**From:** Adrienne Woods <aw@weltmosk.com>
**Sent:** Tuesday, September 17, 2019 9:53 PM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Cc:** WM Team <wmteam@weltmosk.com>
**Subject:** HVI Cat Canyon / BUGANKO, LLC -- Notice re Underpayment of Surface Rents & Depositing of Related Checks

Hi Eric,

Debtor has reviewed the appraisal and advises as follows:

It appears that rent in an increased amount of $14,877.09 is payable to Buganko post-petition, which is a few pennies less than $14,877.98 asserted.

Pursuant to Section 15 of the amended surface lease, rental payments shall be computed as follows:

- OPERATIONAL - 0.46 acres x 10% x 1/12 x $1,850,000 = $ 7,091.67

7

RESTRICTED

$ 7,785.42

$14,877.09

TOTAL =

As a result,
(a) the underpayment for Aug and Sept of $6,214.59 each ($12,429.18
total) is payable by HVI, and
(b) the budget for monthly surface rents will need to be adjusted by HVI
to account for this oversight.

I've advied Debtor that they should make these changes to the budget
asap. I've also advised counsel to UBS to anticipate this change to the
budget.  Thank you for helping us to resolve this, and please let me
know if you'd like to discuss.


Best regards,


Adrienne


<image019.jpg><image020.jpg><image021.jpg><image022.jpg><image023.jpg><image024.jpg

<image027.jpg>

Confidentiality Notice: This message and any attachments is intended only for use by named recipient(s) and may contain legally privileged attorney-client
attorney work product, all of which is exempt from disclosure under applicable law.  If you received this message in error or are not one of the named recip-
attachments, immediately notify sender by reply e-mail and delete this message and all attachments from your device or drive. Thank you.


<image011.jpg>
<image012.jpg>
<image014.jpg>
<image016.jpg>
<image016.jpg>
<image017.jpg>
<image020.jpg>
<image025.jpg>
<image025.jpg>

8

EXHIBIT "BUGANKO-16"

| | |
|---|---|
| From: | Van Horn, Eric |
| Sent: | Thursday, September 26, 2019 8:51 AM |
| To: | Patty Tomasco |
| Cc: | kgrant@silcom.com; Adrienne Woods |
| Subject: | Re: HVI Cat Canyon: Data Room Access |

Patty and Adrienne,

Please let us know whether Buganko's counsel (Karen Grant and me) will be provided access to the data room that was represented to Judge Barash on Monday as being available to everyone.

Thanks,
Eric

**Eric M. Van Horn**  Partner
Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201
**O** 214-459-5895
ericvanhorn@spencerfane.com | spencerfane.com

On Sep 25, 2019, at 11:15 AM, Van Horn, Eric <ericvanhorn@spencerfane.com> wrote:

> Thanks. Did you mean that GIT didn't have an ability to provide us access, such that we need to obtain it from HVI Cat Canyon?
>
> **Eric M. Van Horn**  Partner
> Spencer Fane LLP
>
> 2200 Ross Ave. Suite 4800 West | Dallas, TX 75201
> O 214-459-5895
> ericvanhorn@spencerfane.com | spencerfane.com

**From:** Patty Tomasco <pattytomasco@quinnemanuel.com>
**Sent:** Wednesday, September 25, 2019 11:13 AM
**To:** Van Horn, Eric <ericvanhorn@spencerfane.com>
**Cc:** kgrant@silcom.com; Adrienne Woods <aw@weltmosk.com>
**Subject:** Re: HVI Cat Canyon: Data Room Access

We consulted the client and the answer is no.

**Patty Tomasco**
Partner

1

On Sep 25, 2019, at 11:11 AM, Van Horn, Eric <ericvanhorn@spencerfane.com> wrote:

[EXTERNAL EMAIL]

Hi Patty,

I'm following up on this and copying Adrienne in case she and the Debtor have
an ability to provide access.

Thanks,
Eric

**Eric M. Van Horn**  Partner
Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201
O 214-459-5895
ericvanhorn@spencerfane.com | spencerfane.com

**From:** Van Horn, Eric
**Sent:** Tuesday, September 24, 2019 12:28 PM
**To:** Patty Tomasco <pattytomasco@quinnemanuel.com>
**Cc:** 'kgrant@silcom.com' <kgrant@silcom.com>
**Subject:** HVI Cat Canyon: Data Room Access

Patty,

I understand from yesterday that there is a data room that may be restricted to
professionals. Can you please coordinate access for Karen Grant and me as
counsel for Buganko, LLC?

Thanks,
Eric

**Eric M. Van Horn**  Partner
Spencer Fane LLP

2200 Ross Ave. Suite 4800 West | Dallas, TX 75201
O 214-459-5895
ericvanhorn@spencerfane.com | spencerfane.com

2

BUGANKO-16

**EXHIBIT "BUGANKO-17"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-12417 |
| HVI CAT CANYON, INC., | ) |  |
|  | ) |  |
| Debtor | ) | **Ref. Docket Nos. 10-18** |
|  | ) |  |
|  | ) |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2019, I caused to be served the:

   a. "Application to Retain Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for Debtor Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and S.D.N.Y LBR 5075-1" dated July 30, 2019 [Docket No. 10],

   b. "Debtor's Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 Approving Use of Cash Collateral, Providing Adequate Protection and Setting Final Hearing Pursuant to Bankruptcy Rule 4001," dated July 30, 2019 [Docket No. 11],

   c. "Motion of Debtor Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of Interim and Final Orders (I) Authorizing Payment of E&P Operating Expenses and (II) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations," dated July 30, 2019 [Docket No. 12],

   d. "Motion of Debtor Pursuant to 11 U.S.C. §§ 105(a) and 366 Requesting Entry of an Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to Utility Providers and, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service," dated July 30, 2019 [Docket No. 13],

T:\Clients\HVICAT\Affidavits\HVI_First Day Service_DI 10-18_7-30-19_DS.doc

e.  "Motion of Debtor Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6003(c) and 6006 and Local Rule 6006-1 for Entry of Order Authorizing Assumption of Administration Agreement with GIT, Inc., *Nunc Pro Tunc to* the Petition Date," dated July 30, 2019 [Docket No. 14],

f.  "Motion of Debtor Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Interim and Final Order (I) Authorizing (A) Payment of Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintenance of Employee Benefit Programs and Payment of Related Administrative Obligations, and (C) Payment of Prepetition Claims of Independent Contractors and (II) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations," dated July 30, 2019 [Docket No. 15],

g.  "Motion of Debtor Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 363(c) and Fed. R. Bankr. P. 6003 and 6004 for (I) Interim and Final Authority to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms and Existing Bank Accounts and (II) Related Relief," dated July 30, 2019 [Docket No. 16],

h.  "Notice of Hearings on First Day Motions," dated July 30, 2019 [Docket No. 17], and

i.  "Index of First Day Motions of HVI Cat Canyon, Inc.," filed on July 30, 2019 [Docket No. 18],

by causing true and correct copies to be:

i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
31st day of July, 2019
/s/ John Chau
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

-2-
T:\Clients\HVICAT\Affidavits\HVI_First Day Service_DI 10-18_7-30-19_DS.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADVANTAGE ANSWERING PLUS | 3421 EMPRESA DRIVE, SUITE C SAN LIS OBISPO CA 93401 |
| ANN JENNY SCHUPP | C/O M H WHITTIER CORP. 1600 HUNTINGTON DRIVE SOUTH PASADENA CA 91030 |
| AT&T BUSINESS SERVICE | 208 S. AKARD STREET DALLAS TX 75202 |
| BRUCE S. GELBER | DEPUTY ASST ATTORNEY GENERAL ENVIRONMENT & NATURAL RESOURCES DIVISION 950 PENNSYLVANIA AVE WASHINGTON DC 20530 |
| CALIFORNIA DEPT. OF TOXIC SUBSTANCE CONTROL | (BERKLEY REGIONAL OFFICE) 700 HEINZ AVENUE SUITE 200 BERKELEY CA 94710-2721 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0500 |
| CALIFORNIA OSHA | 1515 CLAY STREET, SUITE 1901 OAKLAND CA 94612 |
| CALIFORNIA STATE CONTROLLER | BETTY T. YEE TAX ADMINISTRATION SECTION PO BOX 942850 SACREMENTO CA 94250-5880 |
| CASMITE CORPORATION | 6001 BOLLINGER CANYON ROAD SAN RAMON CA 94583 |
| DIANE T. WALKER | 748 OCEANVILLE ROAD STONINGTON ME 04681-9714 |
| FIRST AMERICAN TITLE INSURANCE COMPANY | TRUSTEE FOR UBS AG LONDON BRANCH 4380 LA JOLLA VILLAGE DRIVE SUITE 110 SAN DIEGO CA 92122 |
| FRONTIER COMMUNICATIONS CORP. | 401 MERRITT 7 NORWALK CT 06851 |
| GOLDEN STATE WATER COMPANY | 630 E. FOOTHILL BOULEVARD SAN DIMAS CA 91773 |
| GRL, LLC | 45 ROCKEFELLER PLAZA SUITE 2410 NEW YORK NY 10111 |
| HVI CAT CANYON, INC. | 630 FIFTH AVENUE, SUITE 2410 NEW YORK NY 10111 |
| HVI CAT CANYON, INC. | P.O. BOX 5489 SANTA MARIA CA 93456 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | (SMALL BUSINESS/SELF-EMPLOYMENT DIV) 5000 ELLIN ROAD LANHAM MD 20706 |
| J. P. MORGAN-CHASE | MICHAEL KERNEY 450 WEST 33RD STREET, 15TH FLOOR REF: 030057 NASSAU ASSOC-SABA NEW YORK NY 10041 |
| NORTHERN CALIFORNIA COLLECTION | SERVICE, INC. 700 LEISURE LANE SACREMENTO CA 95815 |
| PLACENTIA DISPOSAL | 1131 E. BLUE GUM STREET ANAHEIM CA 92806 |
| SANTA BARBARA COUNTY | TREASURER-TAX COLLECTOR PO BOX 579 SANTA BARBARA CA 93102-0579 |
| SANTA BARBARA COUNTY -APCD | AERON ARLIN GENET 260 NORTH SAN ANTONIO RD SANTA BARBARA CA 93110 |
| SOUTHERN CALIFORNIA EDISON | 2244 WALNUT CREEK AVENUE ROSEMEAD CA 91770 |
| SOUTHERN CALIFORNIA GAS | 555 W. 5TH STREET LOS ANGELES CA 90013 |
| SPRINT | 6200 SPRINT PARKWAY OVERLAND PARK KS 66251 |
| STONER FAMILY TRUST | JAMES G. SANFORD TRUSTEE 100 WEST LIBERTY STREET. SUITE 900 RENO NV 89501 |
| TELEPACIFIC COMMUNCATIONS | 515 S. FLOWER STREET, 45TH FLOOR LOS ANGELES CA 90071 |
| U.S. DEPARTMENT OF TRANSPORTATION | 1200 NEW JERSEY AVE, SE WASHINGTON DC 20590 |
| UBS AG, LONDON BRANCH | 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| VERIZON WIRELESS | 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| W. J. KENNY CORP. | C/O ALLFIRST BANKCORP TRUST C/O M&T BANK ONE M&T PLAZA BUFFALO NY 14203 |
| WASTE MANAGEMENT | 1001 FANNIN STREET HOUSTON TX 77002 |
| YORBA LINDA WATER DISTRICT | 1717 E. MARCANTONIO PLACENTIA CA 92870 |

**Total Creditor count  34**

CHARLES C. ALBRIGHT TRUSTEE
729 WEST 16TH STREET #B8
COSTA MESA, CA 92627

1

BUGANKO-17

# EXHIBIT B

| Name | Email |
|------|-------|
| AKIN GUMP STRAUS HAUER & FELD, STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE.JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP.DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA, XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV |
| CA ATTORNEY GENERAL'S OFFICE | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION, XAVIER BECERRA | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | WOTCSUPPORT@EDD.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| CHARLES C. ALBRIGHT TRUSTEE | CALBRIGHT@JUNO.COM |
| DIAMOND MCCARTHY LLP, ALLAN DIAMOND | ADIAMOND@DIAMONDMCCARTHY.COM |
| EPA REGION 9 ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| GLR, LLC, VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HVI CAT CANYON, INC., ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC. M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC.. , RANDEEP S. GREWAL | RSG@GREKA.COM |
| LARSEN O'BRIEN LLP ROBERT C. O'BRIEN | ROBRIEN@LARSONOBRIENLAW.COM |
| NORTHERN CALIFORNIA COLLECTION SERVICE, INC. | NORCAL@NCCSINC.COM |
| O'MELVENY & MYERS LLP, COUNSEL TO UBS AG, LONDON BRANCH | BMETCALF@OMM.COM |
| O'MELVENY & MYERS LLP, COUNSEL TO UBS AG, LONDON BRANCH | DCANTOR@OMM.COM |

1

| | |
|---|---|
| O'MELVENY & MYERS LLP, COUNSEL TO UBS AG, LONDON BRANCH | DPATRICK@OMM.COM |
| O'MELVENY & MYERS LLP, COUNSEL TO UBS AG, LONDON BRANCH | EJONES@OMM.COM |
| O'MELVENY & MYERS LLP COUNSEL TO UBS AG, LONDON BRANCH | JTAYLOR@OMM.COM |
| OFFICE OF THE UNITED STATES TRUSTEE SDNY, GREG M. ZIPES | GREG.ZIPES@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE, SDNY SERENE NAKANO, ESQ. | SERENE.NAKANO@USDOJ.GOV |
| PG&E , DENISE A. NEWTON | DAN8@PGE.COM |
| PG&E,  MARCELLUS TERRY | PGEBANKRUPTCY@PGE.COM; MXTN@PGE.COM;MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP, ATTORNEYS FOR GIT, INC. | DEVINVANDERHAHN@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP, ATTORNEYS FOR GIT, INC. | PATTYTOMASCO@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP, ATTORNEYS FOR GIT, INC. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D, JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VMCISAA@CO.SANTA-BARBARA.CA.US |
| SHERRILL A. SCHOEPE | S.WETZLER@MUSICKPEELER.COM |
| THE LAW OFFICE OF SUSAN M. WHALEN, SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| UBS AG LONDON BRANCH | JULIAN.GOULD@UBS.COM |
| VICTORY OIL, ERIC JOHNSON | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP, COUNSEL FOR PG&E | RACHAEL.FOUST@WEIL.COM |
| WEST COAST WELDING & CONSTR. I, | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | CARAMEL@HOTMAIL.COM |

2

BUGANKO-17

167

**EXHIBIT "BUGANKO-18"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HVI CAT CANYON, INC., | ) Case No. 19-12417 |
| | ) |
| Debtor | ) **Ref. Docket Nos. 21-23** |
| | ) |
| | ) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 2, 2019, I caused to be served the:

    a.  "Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, and (C) Pay Prepetition Claims of Independent Contractors and (II) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations" dated August 2, 2019 [Docket No. 21],

    b.  "Notice of Presentment of Debtor's Motion for Entry of an Order Establishing Notice and Service Procedures," dated August 2, 2019 [Docket No. 22], and

    c.  "Notice of Presentment of Debtor's Application for Entry of an Order Pursuant to Sections 1007 and 9006 of the Bankruptcy Code Extending Time to File Schedules and Statements of Financial Affairs," dated August 2, 2019 [Docket No. 23],

T:\Clients\HVICAT\Affidavits\Interim Wage Ord, Mtn to Limit Ntc & App to Extend Time_DI 21-23_8-2-19.doc

by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail
to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Wing Chan</u>
Wing Chan

Sworn to before me this
6th day of August, 2019
<u>/s/ John Chau</u>
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

T:\Clients\HVICAT\Affidavits\Interim Wage Ord, Mtn to Limit Ntc & App to Extend Time_DI 21-23_8-2-19.doc

BUGANKO-18

169

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| ANN JENNY SCHLEY | C/O D. R. WHITTLE CORP. 1605 HUNTINGTON DRIVE SOUTH PASADENA CA 91030 |
| BRUCE S. GELBER | DEPUTY ASST ATTORNEY GENERAL ENVIRONMENT & NATURAL RESOURCES DIVISION 950 PENNSYLVANIA AVE WASHINGTON DC 20530 |
| CALIFORNIA DEPT. OF TOXIC SUBSTANCE CONTROL | (BERKLEY REGIONAL OFFICE) 700 HEINZ AVENUE SUITE 200 BERKELEY CA 94710-2721 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0500 |
| CALIFORNIA OSHA | 1515 CLAY STREET, SUITE 1901 OAKLAND CA 94612 |
| CALIFORNIA STATE CONTROLLER | BETTY T. YEE TAX ADMINISTRATION SECTION PO BOX 942850 SACREMENTO CA 94250-5880 |
| DIANE T. WALKER | 748 OCEANVILLE ROAD STONINGTON ME 04681-9714 |
| FIRST AMERICAN TITLE INSURANCE COMPANY | TRUSTEE FOR UBS AG LONDON BRANCH 4380 LA JOLLA VILLAGE DRIVE SUITE 110 SAN DIEGO CA 92122 |
| GRL, LLC | 45 ROCKEFELLER PLAZA SUITE 2410 NEW YORK NY 10111 |
| HVI CAT CANYON, INC. | 630 FIFTH AVENUE, SUITE 2410 NEW YORK NY 10111 |
| HVI CAT CANYON, INC. | P.O. BOX 5489 SANTA MARIA CA 93456 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | (SMALL BUSINESS/SELF-EMPLOYMENT DIV) 5000 ELLIN ROAD LANHAM MD 20706 |
| J. P. MORGAN-CHASE | MICHAEL KERNEY 450 WEST 33RD STREET, 15TH FLOOR REF: 030057 NASSAU ASSOC-SABA NEW YORK NY 10041 |
| NORTHERN CALIFORNIA COLLECTION | SERVICE, INC. 700 LEISURE LANE SACREMENTO CA 95815 |
| OFFICE OF THE UNITED STATES TRUSTEE | SOUTHERN DISTRICT OF NEW YORK SERENE NAKANO, ESQ. U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| SANTA BARBARA COUNTY | TREASURER-TAX COLLECTOR PO BOX 579 SANTA BARBARA CA 93102-0579 |
| SANTA BARBARA COUNTY -APCD | AERON ARLIN GENET 260 NORTH SAN ANTONIO RD SANTA BARBARA CA 93110 |
| STONER FAMILY TRUST | JAMES G. SANFORD TRUSTEE 100 WEST LIBERTY STREET. SUITE 900 RENO NV 89501 |
| U.S. DEPARTMENT OF TRANSPORTATION | 1200 NEW JERSEY AVE, SE WASHINGTON DC 20590 |
| UBS AG, LONDON BRANCH | 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK ATTN: TAX & BANKRUPTCY UNIT 86 CHAMBERS ST., 3RD FLOOR NEW YORK NY 10007 |
| W. J. KENNY CORP. | C/O ALLFIRST BANKCORP TRUST C/O M&T BANK ONE M&T PLAZA BUFFALO NY 14203 |
| WYATT SLOAN-TRIBE | OFFICE OF THE ATTORNEY GENERAL 300 S. SPRING STREET, SUITE 1702 LOS ANGELES CA 90013 |

**Total Creditor count  24**

BUGANKO-18

171

CHARLES C. ALBRIGHT TRUSTEE
729 WEST 16TH STREET #B8
COSTA MESA, CA 92627

# EXHIBIT B

| Name | Email |
| --- | --- |
| AKIN GUMP STRAUS HAUER & FELD, STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE.JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP.DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA, XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV |
| CA ATTORNEY GENERAL'S OFFICE | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION, XAVIER BECERRA | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | WOTCSUPPORT@EDD.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| CHARLES C. ALBRIGHT TRUSTEE | CALBRIGHT@JUNO.COM |
| DIAMOND MCCARTHY LLP, ALLAN DIAMOND | ADIAMOND@DIAMONDMCCARTHY.COM |
| EPA REGION 9 ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| GLR, LLC, VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HANNA AND MORTON LL | ERENWICK@HANMOR.COM |
| HVI CAT CANYON, INC., ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC. M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC.. , RANDEEP S. GREWAL | RSG@GREKA.COM |
| LARSEN O'BRIEN LLP ROBERT C. O'BRIEN | ROBRIEN@LARSONOBRIENLAW.COM |
| NORTHERN CALIFORNIA COLLECTION SERVICE, INC. | NORCAL@NCCSINC.COM |
| O'MELVENY & MYERS LLP, COUNSEL TO UBS AG, LONDON BRANCH | BMETCALF@OMM.COM |
| O'MELVENY & MYERS LLP, COUNSEL TO UBS AG, LONDON BRANCH | DCANTOR@OMM.COM |
| O'MELVENY & MYERS LLP, COUNSEL TO UBS AG, LONDON BRANCH | DPATRICK@OMM.COM |
| O'MELVENY & MYERS LLP, COUNSEL TO UBS AG, LONDON BRANCH | EJONES@OMM.COM |
| O'MELVENY & MYERS LLP COUNSEL TO UBS AG, LONDON BRANCH | JTAYLOR@OMM.COM |
| OFFICE OF THE UNITED STATES TRUSTEE SDNY, GREG M. ZIPES | GREG.ZIPES@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE, SDNY SERENE NAKANO, ESQ. | SERENE.NAKANO@USDOJ.GOV |
| PG&E , DENISE A. NEWTON | DAN8@PGE.COM |

1

BUGANKO-18

174

| PG&E, MARCELLUS TERRY | PGEBANKRUPTCY@PGE.COM; MXTN@PGE.COM;MARCELLUS.TERRY@PGE.COM |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP, ATTORNEYS FOR GIT, INC. | DEVINVANDERHAHN@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP, ATTORNEYS FOR GIT, INC. | PATTYTOMASCO@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP, ATTORNEYS FOR GIT, INC. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D, JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VMCISAA@CO.SANTA-BARBARA.CA.US |
| SHERRILL A. SCHOEPE | S.WETZLER@MUSICKPEELER.COM |
| THE LAW OFFICE OF SUSAN M. WHALEN, SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| UBS AG LONDON BRANCH | JULIAN.GOULD@UBS.COM |
| VICTORY OIL, ERIC JOHNSON | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP, COUNSEL FOR PG&E | RACHAEL.FOUST@WEIL.COM |
| WEST COAST WELDING & CONSTR. I, | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | CARAMEL@HOTMAIL.COM |

2

HVI CAT CANYON, INC., Case No. 19-12417
Electronic Mail Additional Party

efriedman@friedmanspring.com