SNOW SPENCE GREEN LLP
Ross Spence (TX SBN 18918400)
ross@snowspencegreen.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
Telephone: (713) 335-4800
Facsimile:  (713) 335-4848

*Attorneys for the County of Santa Barbara, California; Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California; and Santa Barbara County Air Pollution Control District*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | Case No.:  9:19-bk-11573-MB |
| HVI Cat Canyon, Inc., | Chapter 11 |
| Debtor. | **DECLARATION OF KAITLIN MCNALLY IN SUPPORT OF DKT. NOS. 153 & 206** |

I, Kaitlin McNally, declare as follows:

1. I am the Compliance Division Manager for Santa Barbara County Air Pollution Control District (APCD), and I have personal knowledge of the matters stated herein.

2. The exhibits attached hereto: (1) were made at or near the time of the act, event, or conditions stated therein by, or from information transmitted by, someone

with knowledge of the facts; (2) the records were kept in the course of the regularly conducted activity of APCD; and (3) the records were made as part of the regular practice of APCD.

3. HVI Cat Canyon, Inc. (HVI), like all oil and gas operators in the County of Santa Barbara is required to comply with all APCD, State, and Federal rules and regulations.

4. As of the date the bankruptcy petition was filed, HVI had 41 active, unresolved NOVs with APCD. (Exhibit SB-1.) Post-petition, APCD has issued 48 additional NOVs. (Exhibit SB-2.)

5. In the past, HVI's annual penalty assessments with APCD average $91,474.20 per year over the prior five fiscal years, but, significantly, those penalty assessments have been much higher than average in the immediate past two fiscal years; to wit, $163,250 (FY 2018-19) and $160,000 (FY 2017-18). (Exhibit SB-3.)

6. In my time at APCD, HVI routinely fails to pay penalties on time.

7. HVI's affiliate, California Asphalt Production, Inc. (CAP), owes APCD $34,000 as of September 27, 2019 related to multiple NOVs. Additional NOVs are outstanding, the penalties of which have not yet been calculated.

//

//

//

//

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 26 day of September, 2019 at Santa Barbara

By: _____
Kaitlin McNally
Compliance Division Manager
Santa Barbara County Air Pollution Control District