SNOW SPENCE GREEN LLP
Ross Spence (TX SBN 18918400)
ross@snowspencegreen.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
Telephone: (713) 335-4800
Facsimile:  (713) 335-4848

*Attorneys for the County of Santa Barbara, California; Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California; and Santa Barbara County Air Pollution Control District*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | Case No.:  9:19-bk-11573-MB |
| HVI Cat Canyon, Inc., | Chapter 11 |
| Debtor. | **DECLARATION OF JOHN ZOROVICH IN SUPPORT OF DKT. NOS. 153 & 206** |

I, John Zorovich, declare as follows:

1.  I am the Deputy Director for the County of Santa Barbara Department of Planning and Development (P&D), and I have personal knowledge of the matters stated herein.

2.  P&D and other departments of the County are tasked with regulatory oversight of oil and gas operations for health, safety, and environmental impact in

the County pursuant to County Code 25, among other things. Among many other things, P&D inspects the facilities and equipment of HVI Cat Canyon, Inc. ("HVI"). Of the 756 facilities of HVI, about 500 have not yet been inspected this year, and HVI has not paid for any of the inspections performed though HVI was required to pay for all inspections in advance.

3.  HVI has needed more regulatory oversight and utilization of P&D personnel than any other oil and gas operator in the County's recent history. For example, HVI has approximately 50 pending Notices of Violation (pursuant to Chapter 24A) from P&D alone. This number will fluctuate based on new violations and abatement of current violations. In the last two weeks alone, HVI has had two spills requiring emergency response.

4.  For a considerable period of time, HVI has refused to pay its regulatory costs to the County. Per the attached **Exhibit SB-** 4, P&D shows that HVI owes P&D $891,840.60 as of August 1, 2019.

5.  The County, and P&D in particular, has spent many employee hours trying to work with HVI on getting its compliance costs brought up to date. Agreements have been negotiated and entered into by HVI, only to be breached by HVI. *See*, for example, the documents attached as **Exhibit SB-** 5 and **Exhibit SB-** 6 ___.

6.  HVI currently owes P&D the following amounts for post-July 25, 2019 P&D inspections and oversight.

| Debtor | Post Petition Account Number | Invoice Type | Amount Due |
|---|---|---|---|
| Greka Oil and Gas | 19ACT-00887 | Staff Labor - 19PTV-00048 | 262.30 |
| Greka Oil and Gas | 19ACT-00877 | Staff Labor - 19PTV-00023 | 210.00 |
| Greka Oil and Gas | 19ACT-00878 | Staff Labor - 19PTV-00027 | 420.00 |
| Greka Oil and Gas | 19ACT-00879 | Staff Labor - 19PTV-00028 | 210.00 |
| Greka Oil and Gas | 19ACT-00880 | Staff Labor - 19PTV-00029 | 210.00 |
| Greka Oil and Gas | 19ACT-00881 | Staff Labor - 19PTV-00034 | 220.30 |
| Greka Oil and Gas | 19ACT-00914 | Staff Labor - 19PTV-00079 | 350.00 |
| Greka Oil and Gas | 19ACT-00920 | Staff Labor - 19PTV-00081 | 10.30 |
| Greka Oil and Gas | 19ACT-00921 | Staff Labor & NOD Fines - 19PTV-00089 | 6,280.00 |
| Greka Oil and Gas | 19ACT-00922 | Staff Labor & NOD Fines - 19PTV-00088 | 6,560.00 |
| Greka Oil and Gas | 19ACT-00924 | Staff Labor & NOD Fines - 19PTV-00086 | 12,640.30 |
| Greka Oil and Gas | 19ACT-00926 | Staff Labor & NOD Fines - 19PTV-00087 | 12,640.30 |
| Greka Oil and Gas | 19ACT-00928 | Staff Labor & NOD Fines - 19PTV-00091 | 9,032.00 |
| Greka Oil and Gas | 19ACT-00930 | Staff Labor - 19PTV-00085 | 10.30 |
| Greka Oil and Gas | 19ACT-00932 | Staff Labor - 19PTV-00084 | 10.30 |
| Greka Oil and Gas | 19ACT-00934 | Staff Labor - 19PTV-00082 | 108.30 |
| Greka Oil and Gas | 19ACT-00936 | Staff Labor - 19PTV-00083 | 108.30 |
| Greka Oil and Gas | 19ACT-00938 | Staff Labor - 19PTV-00090 | 108.30 |
| Greka Oil and Gas | 19ACB-00914 | 2019 Annual Well and Tank | 101,452.00 |

*See* **Exhibit SB-7**.

7.  With P&D, HVI averages $165,000 per year in Annual Well and Tank inspection and fee costs, $6,000 per year in Petroleum Special Billable inspections, and $30,000 per year in Violations, for a total average P&D cost per year of $201,000.

8.  HVI must provide payment to the Santa Barbara County Planning and Development Department for regulatory oversight and compliance of oil and gas facilities. Santa Barbara County Code § 25-14 states in relevant part

> The petroleum administrator shall have the primary responsibility for enforcing the provisions of this chapter. In the event the petroleum administrator is unable to obtain compliance with any of the terms and provisions of this chapter, or of any resolution of the board of supervisors adopted pursuant thereto, he/she may order immediate cessation of operations.

HVI must fund the safe operations of its facilities. Ideally, HVI would voluntarily come into compliance, but HVI has persistently failed to do so.

9. The exhibits attached hereto (1) were made at or near the time of the act, event, or conditions stated therein by, or from information transmitted by, someone with knowledge of the facts, (2) the records were kept in the course of the regularly conducted activity of P&D, and (3) the records were made as part of the regular practice of P&D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 27 day of September, 2019 in Santa Barbara, California.

John Zorovich