SNOW SPENCE GREEN LLP
Ross Spence (TX SBN 18918400)
ross@snowspencegreen.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
Telephone: (713) 335-4800
Facsimile: (713) 335-4848

*Attorneys for the County of Santa Barbara, California; Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California; and Santa Barbara County Air Pollution Control District*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>HVI Cat Canyon, Inc.,<br><br>Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**DECLARATION OF DIANE SAUER IN SUPPORT OF DKT. NOS. 153 & 206** |

I, Diane Sauer, declare as follows:

1. I am the Fiscal Manager for the Santa Barbara County Fire Department (the "Fire Department"), and I have personal knowledge of the matters stated herein.

2. The Fire Department charges oil and gas operators fees for inspections and permits relating to their leases, wells, pipelines, compressors, offices, buildings, facilities, and tank batteries.

S:\Administration\Fiscal\Admin\DIANE\Greka Bankruptcy Declaration Fire Department.docx

SNOW SPENCE GREEN LLP

1
DECLARATION

3. On September 12, 2019, 50 barrels of oil and an unknown amount of produced water spilled from a pipeline owned and operated by HVI Cat Canyon, Inc. (HVI) at 7275 Graciosa Road, south of the town of Orcutt in northern Santa Barbara County. The spill occurred in and impacted a riparian environment. The Fire Department and the California Fish & Wildlife Department have been responding to this spill, which is considered serious.

4. On September 20, 2019, HVI had another oil spill at HVI's Bell Lease southeast of Santa Maria and Orcutt. Capt. Daniel Bertucelli of the Fire Department confirmed this spill contained approximately 330 barrels of produced water (which is considered toxic) and 4-5 barrels of oil. Fortunately, the Bell Lease spill was confined to HVI's wellsite pad area.

5. Attached as Exhibit SB-8 are copies of the Fire Department's post-petition invoices to HVI and a listing of same. HVI owes the Fire Department $16,440 under these bills.

6. HVI did include some line items in court-approved cash collateral budgets [Dkt. 43 and Dkt. 182] for payment of Fire Department regulatory costs, as shown in the table below.

|  | Week 1 29-Jul-19 | Week 2 5-Aug-19 | Week 3 12-Aug-19 | Week 4 19-Aug-19 | Week 5 26-Aug-19 | Week 6 2-Sep-19 | Week 7 9-Sep-19 | Week 8 16-Sep-19 | Total through Week 8 |
|---|---|---|---|---|---|---|---|---|---|
| Fire Department |  |  |  | 36,730 |  | 5,000 | 36,730 |  | 78,460 |

However, HVI never paid any of the budgeted amounts to the Fire Department.

7. For bills outstanding prior to HVI's July 25, 2019 bankruptcy filing, HVI owes the Fire Department $33,177. HVI incorrectly states the amount of $1,469 in HVI's schedules [Dkt. 171].

8. The exhibits attached hereto (1) were made at or near the time of the act, event, or conditions stated therein by, or from information transmitted by, someone with knowledge of the facts, (2) the records were kept in the course of the regularly conducted activity of the Fire Department, and (3) the records were made as part of the regular practice of the Fire Department.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 27th day of September, 2019 in Santa Barbara, California.

*Diane Sauer*
Diane Sauer