SNOW SPENCE GREEN LLP
Ross Spence (TX SBN 18918400)
ross@snowspencegreen.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
Telephone: (713) 335-4800
Facsimile: (713) 335-4848

*Attorneys for the County of Santa Barbara, California; Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California; and Santa Barbara County Air Pollution Control District*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-bk-11573-MB |
| HVI Cat Canyon, Inc., | Chapter 11 |
| Debtor. | **DECLARATION OF JULIE LAWRENCE IN SUPPORT OF DKT. NOS. 153 & 206** |

I, Julie Lawrence, declare as follows:

1. I am the Real Property Agent for the Santa Barbara County General Services Department ("General Services"), and I have personal knowledge of the matters stated herein.

2. The County of Santa Barbara ("County") granted a private franchise to Gitte-Ten, Inc., to construct and operate a pipeline for the transport of hydrocarbon

SNOW SPENCE GREEN LLP

G:\REALPROP\WINWORD\PROJECT SPECIFIC DOCUMENTS\Greka_HVI Cat Canyon\Declaration (General Services re Franchise) 9-26-19.docx

1
DECLARATION

substances under, along and across approximately 8,350 feet of County right-of-way (the "Franchise"). The Franchise became effective December 10, 1998.

3. Gitte-Ten, Inc. assigned the Franchise to the Saba Petroleum Company, which was subsequently merged into or acquired by HVI Cat Canyon, Inc. ("HVI").

4. General Services administers the Franchise for the County. HVI has never paid the annual franchise fees due under the Franchise. As of HVI's bankruptcy, HVI owes the County $20,200.87 in franchise fees.

5. The 20-year term of the Franchise expired on December 10, 2018.

6. For continued occupancy and use of County right-of-way, HVI would owe an annual franchise fee, in accordance with California Public Utilities Code Section 6231.5, beginning at $1,300 for the 2019-2020 fiscal year, post-bankruptcy. This fee would be adjusted annually based on the Consumer Price Index.

7. According to information received from the County Planning and Development Department, Energy Division, HVI's pipeline failed a pressure test.

8. The Franchise provides the County with two main options: (1) The County can require HVI to remove the pipeline (or reimburse the County for the costs of removal) or, alternatively, authorize HVI to abandon it in place; or (2) the County could grant a renewal or replacement franchise. In the granting of a new franchise, the County would have discretion to impose higher bond and/or insurance requirements. It would also charge franchise fees in accordance with California Public Utilities Code Section 6231.5 as discussed above.

9. Since the Franchise expired, General Services has attempted to process a renewal franchise with HVI with no success.

10. If HVI were to engage in the renewal process, the County Board of Supervisors would have discretion to grant a new franchise. Otherwise, HVI will be required to remove the pipeline and meet all safety and environmental requirements. These costs, as well as bond and insurance requirements, are all post-petition, in addition to the franchise fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 26th day of September, 2019 in Santa Barbara, California.

*[signature]*