SNOW SPENCE GREEN LLP
Ross Spence (TX SBN 18918400)
ross@snowspencegreen.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
Telephone: (713) 335-4800
Facsimile: (713) 335-4848

*Attorneys for the County of Santa Barbara, California; Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California; and Santa Barbara County Air Pollution Control District*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-bk-11573-MB |
| HVI Cat Canyon, Inc., | Chapter 11 |
| Debtor. | **DECLARATION OF JAMES RAY IN SUPPORT OF DKT. NOS. 153 & 206** |

I, James Ray, declare as follows:

1.   I am the California Unified Program Agency Supervisor for the Santa Barbara County Environmental Health Services (EHS), and I have personal knowledge of the matters stated herein.

2.   For pre-bankruptcy, EHS is owed $7,992.50. See Exhibit SB-9.

C:\Users\jray\AppData\Local\
Microsoft\Windows\INetCache
\Content.Outlook\2VNOMEK
X\Declaration EHS (008) for
signature.docxG:\CC\Case
Files\Advisory\Bankruptcy\H

1
DECLARATION

NOW SPENCE GREEN LLP

3. HVI's court-approved budgets, at Dkt. 43 and Dkt. 182, contain a line for payment to EHS, per the below.

|  | Week 1 29-Jul-19 | Week 2 5-Aug-19 | Week 3 12-Aug-19 | Week 4 19-Aug-19 | Week 5 26-Aug-19 | Week 6 2-Sep-19 | Week 7 9-Sep-19 | Week 8 16-Sep-19 | Total through Week 8 |
|---|---|---|---|---|---|---|---|---|---|
| EHS CUPA |  | 8,509 |  |  |  |  |  |  | 8,509 |

4. Unfortunately, this budgeted amount to be paid to EHS was not paid through week 8 or subsequently.

5. In the budget going forward, EHS would need $10,475 per year, per the chart below.

|  | P/E | P/E | Permit Fees for 2020 |
|---|---|---|---|
| FA0010063 | 2113 | 2202 | $1,857.00 |
| FA0010325 | 2115 |  | $555.00 |
| FA0010326 | 2111 |  | $555.00 |
| FA0011176 | 2115 |  | $555.00 |
| FA0011177 | 2115 |  | $555.00 |
| FA0012015 | 2115 |  | $555.00 |
| FA0012328 | 2115 |  | $555.00 |
| FA0012329 | 2115 |  | $555.00 |
| FA0012330 | 2115 |  | $555.00 |

NOW SPENCE GREEN LLP

C:\Users\jray\AppData\Local\
Microsoft\Windows\INetCache
\Content.Outlook\2VNQMEK
X\Declaration EHS (008) for
signature.docxG:\CC\Case

2
DECLARATION

| | | | |
|---|---|---|---|
| FA0012495 | 2115 | | $555.00 |
| FA0013065 | 2115 | | $555.00 |
| FA0013112 | 2115 | | $555.00 |
| FA0013113 | 2115 | | $555.00 |
| FA0013114 | 2115 | | $555.00 |
| FA0013136 | 2115 | | $555.00 |
| FA0015899 | 2113 | 2201 | $848.00 |
| **Total Fees for 2020** | | | **$10,475.00** |

6.    The exhibits attached hereto (1) were made at or near the time of the act, event, or conditions stated therein by, or from information transmitted by, someone with knowledge of the facts, (2) the records were kept in the course of the regularly conducted activity of EHS, and (3) the records were made as part of the regular practice of EHS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 26th day of September, 2019 in Santa Barbara, California.

*/s/ James Ray*
James Ray

SNOW SPENCE GREEN LLP

C:\Users\jray\AppData\Local\
Microsoft\Windows\INetCache
\Content.Outlook\2VNQMEK
X\Declaration EHS (OOS) for
signature.docxG:\CC:Case

3

DECLARATION