**Richard E. Weltman (rew@weltmosk.com)**
**Michael L. Moskowitz (mlm@weltmosk.com)**
**Debra Kramer (dk@weltmosk.com)**
**Adrienne Woods (aw@weltmosk.com)**
**Melissa A. Guseynov (mag@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Debtor/Debtor-in-Possession*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-mb<br><br>Chapter 11<br><br>**JOINDER TO GIT, INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL AND TO SURCHARGE COLLATERAL** |

**PLEASE TAKE NOTICE** that Debtor, HVI Cat hereby files this joinder to GIT, Inc.'s Supplemental Brief in Support of Debtor's Motion to Approve Use of Cash Collateral and to Surcharge Collateral [ECF Doc. 306] and supports the relief requested therein.

DATED this 27th day of September 2019.

**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Debtor/Debtor in Possession*

By: */s/ Michael L. Moskowitz*
    **MICHAEL L. MOSKOWITZ**
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800