SNOW SPENCE GREEN LLP
Ross Spence (TX SBN 18918400)
ross@snowspencegreen.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
Telephone: (713) 335-4800
Facsimile: (713) 335-4848

*Attorneys for the County of Santa Barbara, California; Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California; and Santa Barbara County Air Pollution Control District*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-bk-11573-MB |
| HVI Cat Canyon, Inc., | Chapter 11 |
| Debtor. | **DECLARATION OF ROSS SPENCE IN SUPPORT OF DKT. NOS. 153 & 206** |

I, Ross Spence, declare as follows:

1. I am an attorney representing the Santa Barbara County; Harry E. Hagen, Treasurer-Tax Collector of Santa Barbara County; and Santa Barbara County Air Pollution Control District, and I have personal knowledge of the matters stated herein.

2. For purpose of the Court taking judicial notice of matters in the pleadings and schedules filed by HVI Cat Canyon, Inc. (HVI), I point out the following:

3.     HVI filed cash collateral budgets Docket Numbers 11 and 55, and HVI approved the budgets attached to an order of Judge Wiles (Docket 43) and an order of Judge Hale (Docket 182). None of these budgets in Docket Numbers 11, 43, 55, and 182 (attached as **Exhibits SB-14**, **SB-15**, **SB-16**, and **SB-17** hereto) contain any line item for payment of any taxes to Harry E. Hagen, Treasurer-Tax Collector of Santa Barbara County. I recently received from HVI's counsel a "current" budget (attached as **Exhibit SB-18**). It also contains no line item for payment of any taxes to Harry E. Hagen, Treasurer-Tax Collector of Santa Barbara County.

4.     HVI's court-approved budgets, at docket numbers 43 and 182, attached as **Exhibit SB-15** and **Exhibit SB-17** do contain some line items for paying some regulatory costs. Below is a table of line items in the budgets at Dkt. 43 and Dkt. 182 through week 8 showing that $221,180 was to have been paid to County Departments and APCD by September 19, 2019.

|  | Week 1 29-Jul-19 | Week 2 5-Aug-19 | Week 3 12-Aug-19 | Week 4 19-Aug-19 | Week 5 26-Aug-19 | Week 6 2-Sep-19 | Week 7 9-Sep-19 | Week 8 16-Sep-19 | Total through Week 8 |
|---|---|---|---|---|---|---|---|---|---|
| Fire Department |  |  |  | 36,730 |  | 5,000 | 36,730 |  | 78,460 |
| EHS CUPA |  | 8,509 |  |  |  |  |  |  | 8,509 |
| APCD |  | 4,211 | 2,000 | 2,000 | 60,000 | 2,000 | 62,000 | 2,000 | 134,211 |
| Total |  |  |  |  |  |  |  |  | 221,180 |

5.     The most recent draft budget which HVI's counsel provided to me also contains only 3 lines applicable to the County. **Exhibit SB-18**, at lines 47, 48, and 49.

6. Attached as **Exhibit SB-19** is the Monthly Operating Report for August filed by HVI at Docket Number 233 on September 20, 2019. Among other things, it shows that on 08/23/2019 the debtor made a payment to the San Joaquin Valley Air Pollution Control District for "Compliance" costs. **Exhibit SB-19** at page 3 of 39. On 08/30/2019, HVI paid $29,500 to West Coast Welding & Construction Inc. (WCW) for "Payment plan". **Exhibit SB-19** at page 4 of 39. Upon review of Docket No. 233, I asked to see this Payment plan but was told that WCW is one of several "preferred vendors" whose prepetition debts are being paid, but "The settlement agreement is confidential and cannot be disclosed absent a subpoena and notice to the counterparty."  The Monthly Operating Report contains a Rabobank bank statement. It shows 5 large post-petition wire transfers to Greka Integrated. **Exhibit SB-19** at page 20 of 39. The same report shows many other payments, including a payment to the City of Yorba Linda. **Exhibit SB-19** at page 24 of 39.

7. The debtor, through counsel, advised me that a number of the items paid as shown on its August Monthly Operating Report are prepetition debts and were paid pursuant to Docket Number 12, Motion of the Debtor to Authorize Payment of E&P Operating Expenses, which was granted on an interim basis at Docket Number 44. See **Exhibit SB-20** and **Exhibit SB-21**, attached.

8. In Docket Number 14, Debtor's Motion for Assumption of Administration Agreement with GIT, Inc., Debtor stated

13. As owner and operator of producing oil and gas company, Debtor must maintain uninterrupted back-office services to comply with its various obligations. The services provided by GIT enable Debtor to remain compliant with applicable federal, state, and local environmental and safety regulations and provide features essential to protecting the health and safety of the general public, including customers, employees, and vendors, all of whom are vital to the Debtor's business.

**Exhibit SB-22**.

9.  Below is a table of the amounts HVI scheduled in Dkt. 171 as being owed as of the bankruptcy petition date of July 25, 2019.

| S.B. Party | Amount Owed by HVI Per Debtor's Schedules [Dkt. 171, attached as Exhibit SB-23] |
|---|---|
| APCD | $145,681.43 plus $7,867.00 plus "unknown" [actually it is a $99,000 judgment entered against the debtor on July 16, 2019 in Santa Barbara Superior Court Case No. 19CV01372. Copy attached as **Exhibit SB-24**] |
| SB P&D | $16,627.11 plus $703,708.05 |
| SB Fire and EHS | $1,469 plus $353 plus $15,114.99 |
| SB Flood Control | $245 |
| SB County Clerk | $57 |
| SB Franchise Fees | |
| Harry E. Hagen, Treasurer-Tax Collector | $4,654,443.79 |
| **Total** | **$5,644,566.37 plus unknown** |

**Exhibit SB-23** at pages 119, 219, 237, 238, 239.

10.  HVI's Statement of Financial Affairs [Dkt. 171, **Exhibit SB-23**] shows that HVI has made the following transfers to insiders/affiliates of HVI in the past one-year period:

| Insider | Payment |
|---|---|
| GLR, LLC | $112,500 |
| GLR, LLC | Transfer of lease |
| GRL, LLC | $330,346 |
| GRL, LLC | Transfer of lease |
| Greka Construction, LLC | $108,000 |
| GTL1, LLC | $1,808,000 |
| GIT, Inc. | $2,292,000 |
| California Asphalt Production, Inc. | $7,176,390 |
| **Total** | **$11,827,236 plus lease transfers of unknown value** |

11.   HVI appears to operate its oil and gas business utilizing non-debtor affiliates, such as GTL1, LLC [Dkt. 171 at pages 289 and 295], GRL, LLC [Dkt. 171 at pages 150, 294 and 295], Greka Construction, LLC [Dkt. 171 at page 294], GLR, LLC [Dkt. 1, attached as **Exhibit SB-25**, at pages 15 and 21; Dkt. 171 at pages 73, 74, 271-273, 286, 294 and 296;], GSR, LLC [Dkt. 171 at page 150], and California Asphalt Production, Inc. (CAP) [Dkt. 171 at pages 270 and 296].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as to what the debtor has budgeted and

reported in its schedules and statement of financial affairs, though I have reason to believe the schedules are not accurate.

Executed on the 27th day of September, 2019 in Houston, Texas.

*/s/ Ross Spence*
Ross Spence