O'MELVENY & MYERS LLP
Evan M. Jones (S.B. # 115827)
Brian M. Metcalf (S.B. # 205809)
Darren L. Patrick (S.B. # 310727)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: ejones@omm.com
E-mail: bmetcalf@omm.com
E-mail: dpatrick@omm.com

Gary Svirsky (N.Y. SBN: 2899417)
Samantha M. Indelicato (N.Y. SBN: 5598263)
(appearing *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: gsvirsky@omm.com
E-mail: sindelicato@omm.com

*Attorneys for UBS AG, London Branch*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATIONS IN LIEU OF AFFIDAVIT OF RANDEEP GREWAL AND ERNESTO OLIVARES IN OPPOSITION TO MOTION IN LIMINE [DKT. 302-1, 302-2]**<br><br>Hearing<br>Date:  October 3, 2019<br>Time:  10:00 a.m.<br>Place:  Courtroom 201<br>          1415 State Street<br>          Santa Barbara, California |

UBS AG, London Branch ("UBS") submits the following evidentiary objections to the

*Declaration In Lieu Of Affidavit* of Mr. Randeep Grewal and the *Declaration In Lieu Of Affidavit*

EVIDENTIARY OBJECTIONS

of Mr. Ernesto Olivares attached to the Debtor's *Opposition To Motion In Limine* filed on September 27, 2019.  See Docket Nos. 302 (Opposition to Motion In Limine); 302-1 (Grewal Declaration); 302-2 (Olivares Declaration).  Both Declarations should be stricken in their entirety.

Judge Wiles has already ruled that the 2016 Reserve Report—in the absence of any testimony from its creator, Netherland, Sewell & Associates, Inc. ("NSAI")—is inadmissible hearsay.  See Docket No. 83 (Motion in Limine) at 3-4.  At the first day hearing, the Court explained at length that the Debtor simply cannot rely on the 2016 Reserve Report "without something to validate what [it is] and ***how [it] was prepared and testimony by the author … that it actually was prepared and is valid and states an honest opinion that still exists***."  Id. at 6; Hr'g Tr. at 45:19-46:7 (emphasis added).  Nothing in the Grewal Declaration or Olivares Declaration supplies any such foundation, and no such foundation exists.  Indeed, during the first day hearing, this is what the Debtor's lead counsel said to Mr. Grewal:  "I mean, I'm not calling you as a petroleum expert, but I'm calling you as an entrepreneur and as an owner and as an operator in this particular debtor case."  Hr'g Tr. at 44:8–11.  The Court then emphasized the point by stating that "you haven't qualified [Mr. Grewal] as an expert, you've asked him based on different grounds, so I don't know how he can testify as to a value based on a hearsay report."  Id. at 45:22–25.  The Reserve Report was hearsay then, and it is hearsay now.

In their Declarations, Mr. Grewal and Mr. Olivares attempt to evade Judge Wiles's evidentiary ruling by belatedly characterizing the 2016 Reserve Report as a "business record" of the Debtor under the Federal Rules of Evidence.  This attempt utterly fails.  The Declarations do not (and cannot) lay any foundation for their assertion that "NSAI … is familiar knowledgeable [sic] of the type of assets evaluated" in the Reserve Report.  Grewal Declaration at ¶ 4; FRE 803(6)(A).[1]  There is no testimony in either Declaration that the creation of the 2016 Reserve

---

[1] Federal Rule of Evidence 803 provides, in relevant part, as follows:

The following are not excluded by the rule against hearsay […] :

(6) Records of a Regularly Conducted Activity. A record of an act, event, condition, opinion, or diagnosis if:

(A) the record was made at or near the time by — or from information transmitted by — someone with knowledge;

Report was a "regular practice" of the Debtor. FRE 803(6)(C). On its face, nothing seems regular about the creation of a supposedly annual report that was last created three years ago. Moreover, neither Mr. Grewal nor Mr. Olivares asserts that he is the custodian of the Debtor's records. FRE 803(6)(D).

The Declarations are also untimely. They violate Judge Wiles's initial scheduling order—which required all evidence to be submitted with the relevant pleading (foundation certainly being part of evidence)—and this Court's September 24, 2019 *Scheduling Order Following Chapter 11 Status Conference* entered [Docket No. 251] (the "Scheduling Order"). The Scheduling Order set forth in painstaking detail what additional papers were permitted to be filed before the cash collateral hearing on October 3, 2019. This Court permitted parties to submit evidentiary objections "in connection with the Cash Collateral Motion, the Surcharge Motion, [and] the Motion in Limine" no later than September 27, 2019. See Scheduling Order at ¶ 1(e). The Court did not permit the Debtor to file reply argument or purported new evidence or testimony in opposition to the Motion in Limine. Finally, the Declarations violate LBR 9013-1(i)(2), which does not permit a party to respond to an evidentiary objection by belatedly offering the foundation that should already have been laid. Id.

To be clear, the testimony in the Declarations consists entirely of incompetent lay opinion, speculation, and conclusory legal argument that is inadmissible under the Federal Rules of Evidence:

---

(B) the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

(C) making the record was a regular practice of that activity;

(D) *all these conditions are shown by the testimony of the custodian or another qualified witness*, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and

(E) neither the opponent does not show that the source of information nor or the method or circumstances of preparation indicate a lack of trustworthiness.

See FRE 803(6) (emphasis added).

**OBJECTIONS TO RANDEEP GREWAL'S DECLARATION IN LIEU OF AFFIDAVIT**

| No. | Objectionable Testimony | Grounds for Objection | Sustained / Overruled |
|---|---|---|---|
| 1. | ¶ 3. "The Report was maintained in the ordinary course of business.  Further, the Report was drafted by NSAI, which is familiar knowledgeable of the type of assets evaluated therein, in 2016." | Objections: lack of foundation (FRE 602), inadmissible opinion, conclusory (FRE 701), speculative (FRE 602), misleading (FRE 403).<br><br>Mr. Grewal does not (and cannot) lay any foundation for his assertion that NSAI is familiar with the assets described in the 2016 Reserve Report.  His conclusory assertion is based on speculation and uninformed opinion.  Mr. Grewal is not qualified to speak on behalf of NSAI.<br><br>Mr. Grewal also provides no foundation or factual support for his statement that the Report was "maintained in the ordinary course of business."  Notably, the Debtor does not appear to have commissioned any Reserve Report other than the 2016 Reserve Report. | SUSTAINED<br><br>_____<br><br>OVERRULED<br><br>_____ |

**OBJECTIONS TO ERNESTO OLIVARES'S DECLARATION IN LIEU OF AFFIDAVIT**

| No. | Objectionable Testimony | Grounds for Objection | Sustained / Overruled |
|---|---|---|---|
| 2. | ¶ 3. "The Report was maintained in the ordinary course of business.  Further, the Report was drafted by NSAI, which is familiar knowledgeable of the type of assets evaluated therein, in 2016." | Objections: lack of foundation (FRE 602), inadmissible opinion, conclusory (FRE 701), speculative (FRE 602), misleading (FRE 403).<br><br>Mr. Olivares does not (and cannot) lay any foundation for his assertion that NSAI is familiar with the assets described in the 2016 Reserve Report.  His conclusory assertion is based on speculation and uninformed opinion.  Mr. Olivares is not qualified to speak on behalf of NSAI.<br><br>Mr. Olivares also provides no foundation or factual support for his statement that the Report was "maintained in the ordinary course of business."  Notably, the Debtor does not appear to have commissioned any Reserve Report other than the 2016 Reserve Report. | SUSTAINED<br><br>————<br><br>OVERRULED<br><br>———— |

Dated:  October 1, 2019

Respectfully submitted,

O'MELVENY & MYERS LLP

*/s/ Darren L. Patrick*
Darren L. Patrick
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: ejones@omm.com
E-mail: bmetcalf@omm.com
E-mail: dpatrick@omm.com

| | |
|---|---|
| 1 | Gary Svirsky |
| 2 | Samantha M. Indelicato (appearing *pro hac vice*) |
| 3 | Seven Times Square<br>New York, NY 10036 |
| 4 | Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061 |
| 5 | E-mail: gsvirsky@omm.com<br>E-mail: sindelicato@omm.com |
| 6 | *Attorneys for UBS AG, London Branch* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 6 -

EVIDENTIARY OBJECTIONS

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of eighteen and not a party to this bankruptcy case or adversary proceeding. My business address is **400 South Hope Street, Los Angeles, California 90071-2899**.

A true and correct copy of the foregoing document entitled **EVIDENTIARY OBJECTIONS TO DECLARATIONS IN LIEU OF AFFIDAVIT OF RANDEEP GREWAL AND ERNESTO OLIVARES IN OPPOSITION TO MOTION IN LIMINE [DKT. 302-1, 302-2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **10/1/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Alicia Clough**     aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**     mscohen@loeb.com, klyles@loeb.com
- **Karl J Fingerhood**     karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **Brian D Fittipaldi**     brian.fittipaldi@usdoj.gov
- **Karen L Grant**     kgrant@silcom.com
- **Ira S Greene**     Ira.Greene@lockelord.com
- **Matthew C. Heyn**     Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**     b.holman@musickpeeler.com
- **Razmig Izakelian**     razmigizakelian@quinnemanuel.com
- **Jeannie Kim**     jkim@friedmanspring.com
- **Michael L Moskowitz**     mlm@weltmosk.com, jg@weltmosk.com;aw@weltmosk.com
- **Darren L Patrick**     dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- **Jeffrey N Pomerantz**     jpomerantz@pszjlaw.com
- **Todd C. Ringstad**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**     mitchell.rishe@doj.ca.gov
- **Daniel A Solitro**     dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**     ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- **Christopher D Sullivan**     csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- **Jennifer Taylor**     jtaylor@omm.com
- **Fred Whitaker**     lshertzer@cwlawyers.com
- **Emily Young**     pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

- 1 -

EVIDENTIARY OBJECTIONS

**II. SERVED BY OVERNIGHT FEDEX**: On **10/1/2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue Suite D
Brighton, CO 80601

**ATTORNEYS FOR DEBTOR:**

Weltman & Moskowitz, LLP
Attn: Michael L. Moskowitz
270 Madison Ave., Ste. 1400
New York, NY 10016-0601

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/1/2019** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:**

Hon. Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October, 2019, at Los Angeles, California.

                                                 */s/ Jan Wallis*
                                                 Jan Wallis