1  FRIEDMAN & SPRINGWATER LLP
   ELLEN A. FRIEDMAN (S.B. NO. 127684)
2  RUTH STONER MUZZIN (S.B. NO. 276394)
   JEANNIE KIM (S.B. NO. 270713)
3  350 Sansome Street, Suite 210
   San Francisco, CA 94104
4  Telephone Number:  (415) 834-3800
   Facsimile Number:  (415) 834-1044
5
   *Attorneys for Creditor*
6  *Pacific Gas and Electric Company*

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    NORTHERN DIVISION

11

12  In re                          Case No.:  9:19-bk-11573-MB

13  HVI Cat Canyon,                 Chapter 11

14         Debtor and              **DECLARATION OF CASSAUNDRA
           Debtor-in-Possession.    GARDNER IN SUPPORT OF PACIFIC GAS
15                                   AND ELECTRIC COMPANY'S
                                     OBJECTION TO MOTION OF DEBTOR
16                                   PURSUANT TO 11 U.S.C. §§ 105(A) AND
                                     366 REQUESTING ENTRY OF AN ORDER
17                                   (I) APPROVING DEBTOR'S PROPOSED
                                     FORM OF ADEQUATE ASSURANCE OF
18                                   PAYMENT TO UTILITY PROVIDERS
                                     AND, (II) PROHIBITING UTILITY
19                                   PROVIDERS FROM ALTERING,
                                     REFUSING, OR DISCONTINUING
20                                   UTILITY SERVICE**

21                                   Date:      October 3, 2019
                                     Time:      10:00 a.m.
22                                   Courtroom: 201
                                                United States Bankruptcy Court
23                                               Central District of California
                                                1415 State Street
24                                               Santa Barbara, CA 93101
                                     Judge:     Hon. Martin R. Barash
25

26

27

28

1    I, Cassaundra Gardner, declare and state as follows:

2        1.    I have personal knowledge of the facts stated in this declaration and, if called upon

3    as a witness, I could and would competently testify to the facts stated in this declaration.

4        2.    I am employed by Pacific Gas and Electric Company ("PG&E") as a Credit

5    Operations Manager and submit this declaration in support of *Pacific Gas and Electric*

6    *Company's Objection to Motion of Debtor Pursuant to 11 U.S.C. §§ 105(A) and 366 Requesting*

7    *Entry of an Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to*

8    *Utility Providers and, (Ii) Prohibiting Utility Providers From Altering, Refusing, or*

9    *Discontinuing Utility Service* [Docket No. 125] (the "Objection").

10        3.    In my capacity as a Credit Manager, I am responsible for credit and risk

11    management in connection with customer accounts.  Accounts of customers in bankruptcy

12    proceedings are also part of my responsibility.  I am responsible for protecting the financial

13    integrity of the company and ensuring mitigation of risks through proper securitization of

14    accounts.

15        4.    The California Public Utilities Commission has authorized PG&E to require

16    nonresidential customers that are not "Small Business Customers" to provide a security deposit

17    equal to twice the maximum monthly bill as estimated by PG&E.  This "Electric Rule Number 7,

18    Deposits," which the California Public Utilities Commission approved under PG&E's applicable

19    tariff (the "Tariff") is attached hereto as **Exhibit "A."**

20        5.    HVI Cat Canyon (the "Debtor") has been a customer of PG&E since August 2017.

21    The Debtor paid to PG&E a security deposit of $569,744 (the "Prepetition Deposit") prior to July

22    25, 2019 (the "Petition Date"), in or about November 2017, in the ordinary course of business.

23        6.    PG&E provides electricity services to the Debtor through separate infrastructure

24    and bills the Debtor for electricity services based on meters that measure output to the Debtor.

25    PG&E aggregates the total monthly charges for electricity services to each of the Debtor's

26    locations and bills the Debtor under one account, which PG&E identifies as Account No.

27    xxxxxxx272-1 (the "Account").

28

{00822266 1}                                    - 1 -        DECLARATION OF CASSAUNDRA GARDNER
                                                              IN SUPPORT OF PG&E OBJECTION TO
                                                                      UTILITY MOTION

1    7.    As of July 24, 2019, the total balance due and owing for the Account was

2  $970,852.56 (the "Prepetition Balance").

3    8.    On August 6, 2019, PG&E applied the Prepetition Deposit against the Prepetition

4  Balance.  After application of the Prepetition Deposit, the total amount of PG&E's prepetition

5  claim against the Debtor is $382,422.34.  PG&E has provided, and continues to provide, to the

6  Debtor electricity services from and after the Petition Date.

7    9.    The Debtor and PG&E, by and through their respective attorneys, commenced

8  settlement negotiations prior to the filing of the Objection and continue to negotiate adequate

9  assurance and resolution of the Objection.

10    10.    The highest monthly amount the Debtor has incurred on account of electricity

11  services during the preceding twelve months was $290,946, which was billed on May 24, 2019.

12  A copy of the May 24, 2019 Energy Statement issued by PG&E to the Debtor is attached hereto

13  as **Exhibit "B."**

14    11.    The Debtor's monthly charges for electricity services varies widely.  Over the last

15  twelve months, the Debtor's average monthly bill for electricity services from PG&E has been

16  approximately $173,000.

17    12.    PG&E typically bills its customers in arrears for electricity services.  Thus, for a

18  given account, PG&E may have provided approximately sixty to seventy-five days of unbilled

19  electric services before PG&E could exercise its remedies against a customer for non-payment of

20  previously rendered utility services.  In some instances, PG&E will have provided as much as

21  twenty-eight to thirty-two days of service to a customer before a bill is issued for charges billed in

22  arrears.  In other instances, PG&E bills in arrears within a week or less of the statement date of

23  billing statement.  Once PG&E issues a billing statement, a customer's payment in full is due

24  within fifteen days after the bill is transmitted by mail or through electronic presentment to the

25  customer.  Thereafter, if a customer has not made any payment, PG&E will mail the customer a

26  notice that service may be terminated for nonpayment in seven days.  If that customer has not

27  made any payment within twenty-two days of the statement date, PG&E will telephone that

28  customer to give twenty-four hours' notice to pay before sending an employee or agent to the

customer's premises to terminate service.  A copy of "Electric Rule Number 8, Notices," and "Electric Rule Number 11, Discontinuance and Restoration of Service," which the California Public Utilities Commission approved under the Tariff is attached hereto as **Exhibit "C."**

13.    If the Debtor defaults postpetition on its ordinary course obligations to PG&E, PG&E may already have provided as much as sixty to seventy-five days of service to the Debtor for which PG&E will not have received any payment.  Based on the Debtor's average monthly cost of electric services PG&E provides, this could be the equivalent of $432,500.

14.    On January 29, 2019, PG&E filed for chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Northern District of California.  As a debtor in possession itself, PG&E's must obtain adequate assurance to protect itself and parties in interest in its own bankruptcy case.

15.    The Debtor's case has been pending for more than sixty days and yet the Debtor has neither obtained a final order on the use of cash collateral nor any authority to obtain postpetition credit or financing.  Thus, PG&E is concerned that it is unreasonably exposed to postpetition losses from providing electricity services to the Debtor without enough adequate assurance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 30, 2019, in Stockton, California.

Dated: September 30 , 2019          By: _____
                                              Cassaundra Gardner

# EXHIBIT "A"

**Pacific Gas and Electric Company**®

PG&E

U 39   San Francisco, California

|  | Revised | Cal. P.U.C. Sheet No. | 34200-E |
|---|---|---|---|
| Cancelling | Revised | Cal. P.U.C. Sheet No. | 29722-E |

**ELECTRIC RULE NO. 7**                    Sheet 1
DEPOSITS

A.  AMOUNT OF DEPOSIT

1.  ESTABLISHMENT OF CREDIT

a.  Residential accounts:  The amount of deposit required to establish credit shall be twice the average monthly bill as estimated by PG&E.

b.  Nonresidential accounts:  The amount of deposit required to establish credit for a nonresidential customer who is not a Small Business Customer, as defined in Rule 1, may be twice the maximum monthly bill as estimated by PG&E. The amount of deposit required to establish credit for a Small Business Customer account may be twice the average monthly bill as estimated by PG&E.

c.  Residential and nonresidential accounts:  The amount of deposit taken to establish credit may be subject to adjustment upon request by the customer or upon review by PG&E.

2.  REESTABLISHMENT OF CREDIT

The amount of deposit required to reestablish credit for residential and nonresidential Small Business Customer accounts, following disconnection for non-payment, as defined in Rule 1, shall be twice the average monthly bill as determined by PG&E. The amount of deposit required to reestablish credit for all other nonresidential accounts may be twice the maximum bill as determined by PG&E.                    (T)
(T)

At the discretion of the Utility a CARE/FERA customer may be allowed to amortize payment of credit deposits for up to six months, as prescribed in D.14-06-036.                    (N)
I
(N)

B.  RETURN OF DEPOSIT

1.  PG&E may refund a customer's deposit by draft or by applying the deposit to the customer's account and the customer will be so advised.  If the customer establishes service at a new location, PG&E may retain the deposit for such new account, subject to the conditions of Sections B.3 and B.4 following.

2.  Upon discontinuance of service, PG&E will refund the customer's deposit or the balance thereof which is in excess of unpaid bills for service furnished by PG&E.

3.  When the customer's credit is otherwise established in accordance with Rule 6, PG&E will refund the deposit either upon the customer's request for return of the deposit or upon review by PG&E.

(Continued)

| Advice | 4452-E | Issued by | Date Filed | July 2, 2014 |
|---|---|---|---|---|
| Decision | 14-06-036 | **Robert S. Kenney** | Effective | July 2, 2014 |
|  |  | Vice President, Regulatory Affairs | Resolution |  |

| | | Revised | *Cal. P.U.C. Sheet No.* | 40913-E |
|---|---|---|---|---|
| **Pacific Gas and Electric Company** | *Cancelling* | Revised | *Cal. P.U.C. Sheet No.* | 27800-E |

U 39   *San Francisco, California*

**ELECTRIC RULE NO. 7**                          Sheet 2
DEPOSITS

B.   RETURN OF DEPOSIT (Cont'd.)

    4.   PG&E will review the customer's account at the end of the first twelve months that the deposit is held and each month thereafter.  After the customer has had not more than two past due bills, as defined in Rule 11.C. (residential) and Rule 11.D. (non-residential), during the twelve months prior to any such review, or has not had service temporarily or permanently discontinued for nonpayment of bills during such period, the deposit will be refunded in accordance with B.1., above, provided the customer's credit would, thereafter, be otherwise established under Rule 6.

    5.   Deposits cannot be used to offset past due bills to avoid or delay discontinuance of service.

C.   INTEREST ON DEPOSIT

    1.   PG&E will pay interest on deposits, except as provided below, calculated on a daily basis, and compounded at the end of each calendar month, from the date fully paid to the date of refund by check or credit to the customer's account.  The interest rate applicable in each calendar month may vary and shall be equal to the interest rate on commercial paper (prime, 3 months) for the previous month as reported in the Federal Reserve Statistical Release, H.15, or its successor publication; except that when a refund is made within the first fifteen days of a calendar month the interest rate applicable in the previous month shall be applied for the elapsed portion of the month in which the refund is made.                          (T)

    2.   No interest will be paid if service is temporarily or permanently discontinued for nonpayment of bills.

| *Advice* | 5127-E | *Issued by* | *Date Filed* | August 18, 2017 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | October 24, 2017 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

# EXHIBIT "B"



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date:    05/24/2019
**Due Date:**    **06/10/2019**

### Service For:

HVI CAT CANYON INC
Please see details page.

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $541,439.95 |
| Payment(s) Received Since Last Statement | -212,724.00 |
| Previous Unpaid Balance | $328,715.95 |
| Current Electric Charges | $290,946.15 |

| **Total Amount Due** by 06/10/2019 | **$619,662.10** |
|---|---:|



**Electric Monthly Billing History**

Visit www.pge.com/MyEnergy for a detailed bill comparison

---

**Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.**

99903331307272100290946150061966210



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| ████████272-1 | 06/10/2019 | $619,662.10 | $ |

HVI CAT CANYON INC
1700 SINTON RD
SANTA MARIA, CA 93458-9708

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date: 05/24/2019
**Due Date: 06/10/2019**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Generation | $170,460.29 |
| Transmission | 33,560.09 |
| Distribution | 50,486.03 |
| Electric Public Purpose Programs | 23,765.86 |
| Nuclear Decommissioning | 1,313.20 |
| DWR Bond Charge | 10,221.66 |
| Competition Transition Charges (CTC) | 1,687.68 |
| Energy Cost Recovery Amount | -1,158.31 |
| Taxes and Other | 609.65 |
| **Total Electric Charges** | **$290,946.15** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2019 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

**Account Number:** ██████272-1

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____
Primary                Primary
Phone # _____ Email _____

### Ways To Pay

- **Online** via web or mobile at www.pge.com/waystopay
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, MasterCard, American Express, or Discover:** Call 877-704-8470 at any time. (Our independent service provider charges a fee per transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 800-743-5000. Please bring a copy of your bill with you.

# ENERGY STATEMENT
www.pge.com/MyEnergy

| | | Statement Date: | 05/24/2019 |
| | | **Due Date:** | **06/10/2019** |

## Summary of your energy related services

| Service For: | Meter Number | Usage | Amount |
|---|---|---|---|
| **SW SE NW 36 27 20** | | | |
| Service Agreement ID: 3339332729 | | | |
| Electric Charges | 1009409971 | 59,641.800000  kWh | $7,832.20 |
| Total | | | **$7,832.20** |
| | | | |
| **ZACA CYN RD** | | | |
| Service Agreement ID: 3337870415 | | | |
| Electric Charges | 1010078596 | 1,920,638.400000 | $136,174.85 |
| Total | | | **$136,174.85** |
| | | | |
| **CASMALIA RD** | | | |
| Service Agreement ID: 3339324533 | | | |
| Electric Charges | 1010077261 | 72,005.100000  kWh | $13,041.87 |
| Total | | | **$13,041.87** |
| | | | |
| **5235 BLACK RD STE A** | | | |
| Service Agreement ID: 3332130164 | | | |
| Electric Charges | 1010129415 | 7.000000  kWh | $23.10 |
| Total | | | **$23.10** |
| | | | |
| **FIGUEROA MT RD** | | | |
| Service Agreement ID: 3331332249 | | | |
| Electric Charges | 1010419569 | 1,690.000000  kWh | $419.95 |
| Total | | | **$419.95** |
| | | | |
| **N/O BATTLES RD  &** | | | |
| Service Agreement ID: 3332971556 | | | |
| Electric Charges | 1004527332 | 0.000000  kWh | $280.58 |
| Total | | | **$280.58** |
| | | | |
| **DOMINION SANTA MARIA** | | | |
| Service Agreement ID: 3339034045 | | | |
| Electric Charges | 1010026620 | 0.000000  kWh | $280.58 |
| Total | | | **$280.58** |
| | | | |
| **DOMINION SANTA MARIA** | | | |
| Service Agreement ID: 3331212900 | | | |
| Electric Charges | 1010106142 | 119.020000  kWh | $311.06 |
| Total | | | **$311.06** |
| | | | |
| **DOMINION RD** | | | |
| Service Agreement ID: 3334284081 | | | |
| Electric Charges | 1010055785 | 2,602.300000  kWh | $669.48 |
| Total | | | **$669.48** |
| | | | |
| **W/SIDE  PALMER 1.2 MI** | | | |
| Service Agreement ID: 3339636190 | | | |
| Electric Charges | 1010238044 | 4,319.860000  kWh | $1,241.96 |
| Total | | | **$1,241.96** |

Service For:  **1/2M W/7100 GRACIOSA RD**

# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: ███████272-1 | |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Summary of your energy related services (continued)

| | Meter Number | Usage | Amount |
|---|---|---|---|
| Service Agreement ID: 3330139228 | | | |
| Electric Charges | 1010106148 | 1,164.560000 kWh | $627.51 |
| **Total** | | | **$627.51** |
| | | | |
| **Service For: 1.25MI W/BLACK RD &** | | | |
| Service Agreement ID: 3339370781 | | | |
| Electric Charges | 5000140795 | 653.233000 kWh | $773.31 |
| **Total** | | | **$773.31** |
| | | | |
| **Service For: PALMER RD AT CAT CYN** | | | |
| Service Agreement ID: 3332247397 | | | |
| Electric Charges | 1010238150 | 5,170.800000 kWh | $2,464.59 |
| **Total** | | | **$2,464.59** |
| | | | |
| **Service For: TELEPHONE RD** | | | |
| Service Agreement ID: 3335062973 | | | |
| Electric Charges | 1010238148 | 4,991.700000 kWh | $903.34 |
| **Total** | | | **$903.34** |
| | | | |
| **Service For: BRADLEY LEASE 1.25 MI** | | | |
| Service Agreement ID: 3335227748  3 & 5 ISLAND & PAYNE   PRIMARY | | | |
| Electric Charges | 1010001520 | 49,811.000000 kWh | $7,335.65 |
| **Total** | | | **$7,335.65** |
| | | | |
| **Service For: 7320 PALMER RD** | | | |
| Service Agreement ID: 3337376981 | | | |
| Electric Charges | 1010034080 | 129,199.800000 kWh | $17,706.41 |
| **Total** | | | **$17,706.41** |
| | | | |
| **Service For: 6605 PALMER ROAD** | | | |
| Service Agreement ID: 3334995210 | | | |
| Electric Charges | 1010261129 | 34,881.200000 kWh | $6,674.40 |
| **Total** | | | **$6,674.40** |
| | | | |
| **Service For: 1580 E BATTLES RD** | | | |
| Service Agreement ID: 3330461588 | | | |
| Electric Charges | 1009999502 | 1,743.826500 kWh | $556.15 |
| **Total** | | | **$556.15** |
| | | | |
| **Service For: 2 1/2 MI S/CAT CYN RD** | | | |
| Service Agreement ID: 3336241047 | | | |
| Electric Charges | 1010107829 | 5,550.820000 kWh | $1,141.29 |
| **Total** | | | **$1,141.29** |
| | | | |
| **Service For: 1.5 MI E/END OF** | | | |
| Service Agreement ID: 3339701896 | | | |
| Electric Charges | 1010432204 | 310,651.548000 kWh | $42,931.21 |
| **Total** | | | **$42,931.21** |
| | | | |
| **Service For: 4000 HWY 101 S** | | | |
| Service Agreement ID: 3332898773 | | | |
| Electric Charges | 1010238152 | 340,231.200000 kWh | $45,261.52 |
| **Total** | | | **$45,261.52** |

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

# ENERGY STATEMENT

www.pge.com/MyEnergy

Account No: ███████272-1

Statement Date: 05/24/2019

**Due Date:** **06/10/2019**

## Summary of your energy related services (continued)

| | | Meter Number | Usage | Amount |
|---|---|---|---|---|
| Service For: **2617 E CLARK AVE** | | | | |
| Service Agreement ID: 3332921368 | | | | |
| Electric Charges | | 1010077259 | 16,659.000000 kWh | $4,102.61 |
| | Total | | | **$4,102.61** |
| Service For: **2301 E CLARK AVE** | | | | |
| Service Agreement ID: 3333234422 | | | | |
| Electric Charges | | 1008680919 | 758.555000 kWh | $192.53 |
| | Total | | | **$192.53** |

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date: 05/24/2019
**Due Date: 06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For: SW SE NW 36 27 20
Service Agreement ID: 3339332729
Rate Schedule: E19T Medium General Demand-Metered TOU Service

**03/21/2019 – 04/21/2019**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Demand | 86.400000 | kW | @ $9.40000 | 812.16 |
| Energy Charges | | | | |
| Part Peak | 11,782.800000 | kWh | @ $0.10078 | 1,187.47 |
| Off Peak | 19,126.800000 | kWh | @ $0.08645 | 1,653.51 |
| Energy Commission Tax | | | | 9.27 |

## Total Electric Charges                              $3,809.60

### Service Information

| | |
|---|---|
| Meter # | 1009409971 |
| Total Usage | 30,909.600000 kWh |
| Serial | K |
| Rotating Outage Block | 11P |

**PG&E**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████272-1
Statement Date: 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For: SW SE NW 36 27 20
Service Agreement ID: 3339332729
Rate Schedule: E19T Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1009409971 |
| Total Usage | 28,732.200000 kWh |
| Serial | K |
| Rotating Outage Block | 11P |

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Demand | 57.600000 | kW | @ $9.40000 | 168.03 |
| Energy Charges | | | | |
| Part Peak | 3,876.000000 | kWh | @ $0.10078 | 390.62 |
| Off Peak | 4,927.200000 | kWh | @ $0.08645 | 425.96 |
| Energy Commission Tax | | | | 2.64 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 52.800000 | kW | @ $14.04000 | 511.25 |
| Max Part Peak | 62.400000 | kW | @ $3.52000 | 151.48 |
| Max Demand | 62.400000 | kW | @ $10.57000 | 454.87 |
| Energy Charges | | | | |
| Peak | 3,618.000000 | kWh | @ $0.11242 | 406.74 |
| Part Peak | 4,136.400000 | kWh | @ $0.09817 | 406.07 |
| Off Peak | 12,174.600000 | kWh | @ $0.07931 | 965.57 |
| Energy Commission Tax | | | | 5.98 |

## Total Electric Charges          $4,022.60

[1] Demand charges are prorated for the number of days in each rate period



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ███████272-1

Statement Date:    05/24/2019
**Due Date:    06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  ZACA CYN RD
Service Agreement ID:  3337870415
Rate Schedule:  E19P  Medium General Demand-Metered TOU Service

| 03/21/2019 – 04/21/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $32.85421 | $1,051.33 |
| Demand Charge | | | | |
| Max Part Peak | 844.800000 | kW | @ $0.16000 | 135.17 |
| Max Demand | 844.800000 | kW | @ $14.97000 | 12,646.66 |
| Energy Charges | | | | |
| Part Peak | 182,782.200000 | kWh | @ $0.10431 | 19,066.01 |
| Off Peak | 312,918.000000 | kWh | @ $0.08932 | 27,949.84 |
| Power Factor Adjustment  (@ 72.00% Power Factor) | | | | 322.21 |
| Energy Commission Tax | | | | 148.71 |

## Total Electric Charges                          $61,319.93

### Service Information

| Meter # | 1010078596 |
|---|---|
| Total Usage | 495,700.200000 kWh |

| Meter # | 1010078596 |
|---|---|
| Reactive Power | 477,532.200000 kVar |

| Rotating Outage Block | 8A |
|---|---|

# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: ████272-1 | |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For: ZACA CYN RD
Service Agreement ID: 3337870415
Rate Schedule: E19P  Medium General Demand-Metered TOU Service

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $32.85421 | $295.69 |
| Demand Charge [1] | | | | |
| Max Part Peak | 753.600000 | kW | @ $0.16000 | 37.42 |
| Max Demand | 758.400000 | kW | @ $14.97000 | 3,523.42 |
| Energy Charges | | | | |
| Part Peak | 59,853.600000 | kWh | @ $0.10431 | 6,243.33 |
| Off Peak | 86,728.800000 | kWh | @ $0.08932 | 7,746.62 |
| Power Factor Adjustment  (@ 73.00% Power Factor) | | | | 87.95 |
| Energy Commission Tax | | | | 43.97 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $32.85421 | $657.08 |
| Demand Charge [1] | | | | |
| Max Peak | 758.400000 | kW | @ $18.72000 | 9,791.21 |
| Max Part Peak | 768.000000 | kW | @ $5.10000 | 2,701.24 |
| Max Demand | 777.600000 | kW | @ $16.17000 | 8,671.58 |
| Energy Charges | | | | |
| Peak | 59,883.600000 | kWh | @ $0.15327 | 9,178.36 |
| Part Peak | 70,783.200000 | kWh | @ $0.10985 | 7,775.53 |
| Off Peak | 217,328.400000 | kWh | @ $0.08193 | 17,805.72 |
| Power Factor Adjustment  (@ 74.00% Power Factor) | | | | 191.40 |
| Energy Commission Tax | | | | 104.40 |

## Total Electric Charges          $74,854.92

[1] Demand charges are prorated for the number of days in each rate period

### Service Information

| | |
|---|---|
| Meter # | 1010078596 |
| Total Usage | 494,577.600000 kWh |
| | |
| Meter # | 1010078596 |
| Reactive Power | 452,828.400000 kVar |
| | |
| Rotating Outage Block | 8A |

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 9 of 50



# ENERGY STATEMENT
www.pge.com/MyEnergy

**Statement Date:** 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For: CASMALIA RD
Service Agreement ID: 3339324533
Rate Schedule: E19S  Medium General Demand-Metered TOU Service

| 03/21/2019 – 04/21/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 72.000000 | kW | @ $0.13000 | 9.36 |
| Max Demand | 72.000000 | kW | @ $18.30000 | 1,317.60 |
| Energy Charges | | | | |
| Part Peak | 14,607.600000 | kWh | @ $0.11308 | 1,651.83 |
| Off Peak | 23,619.900000 | kWh | @ $0.09665 | 2,282.86 |
| Energy Commission Tax | | | | 11.47 |

## Total Electric Charges                **$5,420.31**

### Service Information

| | |
|---|---|
| Meter # | 1010077261 |
| Total Usage | 38,227.500000 kWh |
| Serial | D |
| Rotating Outage Block | 3C |

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

PG&E

Account No:        ████272-1
Statement Date:        05/24/2019
**Due Date:        06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  CASMALIA RD
Service Agreement ID:  3339324533
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

### Service Information

| | |
|---|---|
| Meter # | 1010077261 |
| Total Usage | 33,777.600000 kWh |
| Serial | D |
| Rotating Outage Block | 3C |

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @$4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 74.400000 | kW | @ $0.13000 | 3.00 |
| Max Demand | 74.400000 | kW | @ $18.30000 | 422.54 |
| Energy Charges | | | | |
| Part Peak | 5,425.800000 | kWh | @ $0.11308 | 613.55 |
| Off Peak | 7,286.400000 | kWh | @ $0.09665 | 704.23 |
| Energy Commission Tax | | | | 3.81 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @$4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 108.000000 | kW | @ $20.97000 | 1,561.90 |
| Max Part Peak | 103.200000 | kW | @ $5.81000 | 413.51 |
| Max Demand | 108.000000 | kW | @ $19.53000 | 1,454.65 |
| Energy Charges | | | | |
| Peak | 3,972.300000 | kWh | @ $0.16484 | 654.79 |
| Part Peak | 4,575.000000 | kWh | @ $0.11883 | 543.65 |
| Off Peak | 12,518.100000 | kWh | @ $0.08837 | 1,106.22 |
| Energy Commission Tax | | | | 6.32 |

## Total Electric Charges        $7,621.56

[1] Demand charges are prorated for the number of days in each rate period

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████ 272-1

Statement Date: 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 03/28/2019 - 04/29/2019 (33 billing days)

Service For:  5235 BLACK RD STE A
Service Agreement ID:  3332130164
Rate Schedule:  A1  Small General Service

**03/28/2019 – 04/29/2019**

| | | | |
|---|---|---|---|
| Customer Charge | 33 days | @ $0.65708 | $21.68 |
| Energy Charges | 7.000000 kWh | @ $0.20307 | 1.42 |

### Total Electric Charges    $23.10

#### Average Daily Usage (kWh / day)

| Last Year | Last Period | Current Period |
|---|---|---|
| 68.73 | 0.18 | 0.21 |

### Service Information

| | |
|---|---|
| Meter # | 1010129415 |
| Current Meter Reading | 46,928 |
| Prior Meter Reading | 46,921 |
| Total Usage | 7.000000 kWh |
| Serial | D |
| Rotating Outage Block | 3C |



Electric Usage This Period: 7.000000 kWh, 33 billing days

----- = Average Daily Usage 0.21

# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | ████ 272-1 |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Details of Electric Charges

### 03/22/2019 - 04/22/2019 (32 billing days)

Service For:  FIGUEROA MT RD
Service Agreement ID:  3331332249
Rate Schedule:  A1  Small General Service

**03/22/2019 – 04/22/2019**

| | | | |
|---|---|---|---|
| Customer Charge | 32 days | @ $0.65708 | $21.03 |
| Energy Charges | 908.000000 kWh | @ $0.20307 | 184.39 |
| Energy Commission Tax | | | 0.27 |

## Total Electric Charges **$205.69**

### Service Information

| | |
|---|---|
| Meter # | 1010419569 |
| Current Meter Reading | 5,272 |
| Prior Meter Reading | 4,364 |
| Total Usage | 908.000000 kWh |
| Serial | X |
| Rotating Outage Block | 8A |

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ███████272-1

Statement Date:    05/24/2019
**Due Date:    06/10/2019**

## Details of Electric Charges

### 04/23/2019 - 05/21/2019 (29 billing days)

Service For:  FIGUEROA MT RD
Service Agreement ID: 3331332249
Rate Schedule: A1  Small General Service

| 04/23/2019 – 04/30/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 8 | days | @ $0.65708 | $5.26 |
| Energy Charges | 215.724080 | kWh | @ $0.20307 | 43.81 |
| Energy Commission Tax | | | | 0.06 |

| 05/01/2019 – 05/21/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 21 | days | @ $0.65708 | $13.80 |
| Energy Charges | 566.275920 | kWh | @ $0.26693 | 151.16 |
| Energy Commission Tax | | | | 0.17 |

## Total Electric Charges                     $214.26

### Service Information

| | |
|---|---|
| Meter # | 1010419569 |
| Current Meter Reading | 6,054 |
| Prior Meter Reading | 5,272 |
| Total Usage | 782.000000 kWh |
| Serial | X |
| Rotating Outage Block | 8A |

# ENERGY STATEMENT

www.pge.com/MyEnergy

Account No: ████████272-1

**Statement Date:** 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  N/O BATTLES RD  &
Service Agreement ID:  3332971556
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

| 03/21/2019 – 04/21/2019 | | | |
|---|---|---|---|
| Customer Charge | 32  days  @ $4.59959 | | $147.19 |
| **Total Electric Charges** | | | **$147.19** |

### Service Information

| | |
|---|---|
| Meter # | 1004527332 |
| Total Usage | 0.000000 kWh |
| Serial | L |
| Rotating Outage Block | 8F |

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No:  ████████ 272-1
Statement Date:  05/24/2019
**Due Date:  06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  N/O BATTLES RD &
Service Agreement ID:  3332971556
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

| 04/22/2019 – 04/30/2019 | | | |
|---|---|---|---|
| Customer Charge | 9  days  @ $4.59959 | | $41.40 |
| **05/01/2019 – 05/20/2019** | | | |
| Customer Charge | 20  days  @ $4.59959 | | $91.99 |

## Total Electric Charges                 $133.39

### Service Information

| | |
|---|---|
| Meter # | 1004527332 |
| Total Usage | 0.000000 kWh |
| Serial | L |
| Rotating Outage Block | 8F |

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date:    05/24/2019
**Due Date:    06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)
Service For:  DOMINION SANTA MARIA
Service Agreement ID:  3339034045
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

| 03/21/2019 — 04/21/2019 | | | |
|---|---|---|---|
| Customer Charge | 32   days   @ $4.59959 | | $147.19 |
| **Total Electric Charges** | | | **$147.19** |

**Service Information**

| | |
|---|---|
| Meter # | 1010026620 |
| Total Usage | 0.000000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No:  ███████272-1
Statement Date:  05/24/2019
**Due Date:  06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  DOMINION SANTA MARIA
Service Agreement ID:  3339034045
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

| 04/22/2019 – 04/30/2019 | | | |
|---|---|---|---|
| Customer Charge | 9  days  @ $4.59959 | | $41.40 |
| **05/01/2019 – 05/20/2019** | | | |
| Customer Charge | 20  days  @ $4.59959 | | $91.99 |

## Total Electric Charges                     $133.39

### Service Information

| | |
|---|---|
| Meter # | 1010026620 |
| Total Usage | 0.000000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | ▮▮▮▮272-1 |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  DOMINION SANTA MARIA
Service Agreement ID:  3331212900
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010106142 |
| Total Usage | 37.940000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

#### 03/21/2019 – 04/21/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 0.320000 | kW | @ $0.13000 | 0.04 |
| Max Demand | 0.320000 | kW | @ $18.30000 | 5.86 |
| Energy Charges | | | | |
| Part Peak | 17.520000 | kWh | @ $0.11308 | 1.98 |
| Off Peak | 20.420000 | kWh | @ $0.09665 | 1.97 |
| Energy Commission Tax | | | | 0.01 |
| **Total Electric Charges** | | | | **$157.05** |



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ██████272-1
Statement Date:    05/24/2019
**Due Date:**    **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  DOMINION SANTA MARIA
Service Agreement ID:  3331212900
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010106142 |
| Total Usage | 81.080000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 0.320000 | kW | @ $0.13000 | 0.01 |
| Max Demand | 0.320000 | kW | @ $18.30000 | 1.82 |
| Energy Charges | | | | |
| Part Peak | 9.200000 | kWh | @ $0.11308 | 1.04 |
| Off Peak | 11.360000 | kWh | @ $0.09665 | 1.10 |
| Energy Commission Tax | | | | 0.01 |

### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 0.320000 | kW | @ $20.97000 | 4.63 |
| Max Part Peak | 0.320000 | kW | @ $5.81000 | 1.28 |
| Max Demand | 0.320000 | kW | @ $19.53000 | 4.31 |
| Energy Charges | | | | |
| Peak | 9.200000 | kWh | @ $0.16484 | 1.52 |
| Part Peak | 11.240000 | kWh | @ $0.11883 | 1.34 |
| Off Peak | 40.080000 | kWh | @ $0.08837 | 3.54 |
| Energy Commission Tax | | | | 0.02 |

## Total Electric Charges    $154.01

[1] Demand charges are prorated for the number of days in each rate period

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 20 of 50



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date: 05/24/2019
**Due Date: 06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  DOMINION RD
Service Agreement ID:  3334284081
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

| 03/21/2019 – 04/21/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 2.240000 | kW | @ $0.13000 | 0.29 |
| Max Demand | 2.240000 | kW | @ $18.30000 | 40.99 |
| Energy Charges | | | | |
| Part Peak | 472.960000 | kWh | @ $0.11308 | 53.48 |
| Off Peak | 900.780000 | kWh | @ $0.09665 | 87.06 |
| Energy Commission Tax | | | | 0.41 |

**Total Electric Charges**          **$329.42**

### Service Information

| | |
|---|---|
| Meter # | 1010055785 |
| Total Usage | 1,373.740000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

## ENERGY STATEMENT
www.pge.com/MyEnergy

**PG&E**

Account No: ███████272-1
Statement Date:  05/24/2019
**Due Date:**  **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  DOMINION RD
Service Agreement ID:  3334284081
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010055785 |
| Total Usage | 1,228.560000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
|   Max Part Peak | 2.240000 | kW | @ $0.13000 | 0.09 |
|   Max Demand | 2.240000 | kW | @ $18.30000 | 12.72 |
| Energy Charges | | | | |
|   Part Peak | 144.440000 | kWh | @ $0.11308 | 16.33 |
|   Off Peak | 235.840000 | kWh | @ $0.09665 | 22.79 |
| Energy Commission Tax | | | | 0.11 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
|   Max Peak | 1.760000 | kW | @ $20.97000 | 25.45 |
|   Max Part Peak | 2.240000 | kW | @ $5.81000 | 8.98 |
|   Max Demand | 2.240000 | kW | @ $19.53000 | 30.17 |
| Energy Charges | | | | |
|   Peak | 128.380000 | kWh | @ $0.16484 | 21.16 |
|   Part Peak | 164.200000 | kWh | @ $0.11883 | 19.51 |
|   Off Peak | 555.700000 | kWh | @ $0.08837 | 49.11 |
| Energy Commission Tax | | | | 0.25 |

## Total Electric Charges                                    $340.06

[1] Demand charges are prorated for the number of days in each rate period

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date:     05/24/2019
**Due Date:     06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  W/SIDE  PALMER 1.2 MI
Service Agreement ID:  3339636190
Rate Schedule:  A10SX  Medium General Demand-Metered Service - TOU

#### 03/21/2019 – 04/21/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | 11.520000 | kW | @ $10.63000 | 122.46 |
| Energy Charges | | | | |
| Part Peak | 708.106400 | kWh | @ $0.14528 | 102.87 |
| Off Peak | 1,315.176000 | kWh | @ $0.12822 | 168.63 |
| Energy Commission Tax | | | | 0.61 |

## Total Electric Charges                     **$541.76**

### Service Information
| | |
|---|---|
| Meter # | 1010238044 |
| Total Usage | 2,023.282400 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

**ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: ████272-1
Statement Date: 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)
Service For:  W/SIDE  PALMER 1.2 MI
Service Agreement ID:  3339636190
Rate Schedule:  A10SX  Medium General Demand-Metered Service - TOU

**04/22/2019 – 04/30/2019**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @$4.59959 | $41.40 |
| Demand Charge [1] | 10.240000 | kW | @$10.63000 | 33.78 |
| Energy Charges | | | | |
| Part Peak | 271.492800 | kWh | @$0.14528 | 39.44 |
| Off Peak | 349.284800 | kWh | @$0.12822 | 44.79 |
| Energy Commission Tax | | | | 0.19 |

**05/01/2019 – 05/20/2019**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @$4.59959 | $91.99 |
| Demand Charge [1] | 12.160000 | kW | @$20.05000 | 168.14 |
| Energy Charges | | | | |
| Peak | 302.760000 | kWh | @$0.22938 | 69.45 |
| Part Peak | 349.060000 | kWh | @$0.17425 | 60.82 |
| Off Peak | 1,023.980000 | kWh | @$0.14619 | 149.70 |
| Energy Commission Tax | | | | 0.50 |

## Total Electric Charges                        $700.20

[1] Demand charges are prorated for the number of days in each rate period

### Service Information

| | |
|---|---|
| Meter # | 1010238044 |
| Total Usage | 2,296.577600 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 24 of 50

# ENERGY STATEMENT
www.pge.com/MyEnergy

**Account No:** ▮▮▮▮272-1
**Statement Date:** 05/24/2019
**Due Date:** 06/10/2019

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)
Service For:  1/2M W/7100 GRACIOSA RD
Service Agreement ID:  3330139228
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

| 03/21/2019 – 04/21/2019 | | | |
|---|---|---|---|
| Customer Charge | 32  days  @ $4.59959 | | $147.19 |
| **Total Electric Charges** | | | **$147.19** |

### Service Information

| | |
|---|---|
| Meter # | 1010106148 |
| Total Usage | 0.000000 kWh |
| Serial | J |
| Rotating Outage Block | 3C |

# ENERGY STATEMENT
www.pge.com/MyEnergy

**PG&E**

Account No: ██████272-1
Statement Date:    05/24/2019
**Due Date:    06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  1/2M W/7100 GRACIOSA RD
Service Agreement ID:  3330139228
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

### Service Information

| | |
|---|---|
| Meter # | 1010106148 |
| Total Usage | 1,164.560000 kWh |
| Serial | J |
| Rotating Outage Block | 3C |

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 9.120000 | kW | @ $0.13000 | 0.37 |
| Max Demand | 9.280000 | kW | @ $18.30000 | 52.70 |
| Energy Charges | | | | |
| Part Peak | 405.760000 | kWh | @ $0.11308 | 45.88 |
| Off Peak | 664.280000 | kWh | @ $0.09665 | 64.20 |
| Energy Commission Tax | | | | 0.32 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 5.440000 | kW | @ $20.97000 | 78.67 |
| Max Part Peak | 5.440000 | kW | @ $5.81000 | 21.80 |
| Max Demand | 5.440000 | kW | @ $19.53000 | 73.27 |
| Energy Charges | | | | |
| Peak | 4.920000 | kWh | @ $0.16484 | 0.81 |
| Part Peak | 31.480000 | kWh | @ $0.11883 | 3.74 |
| Off Peak | 58.120000 | kWh | @ $0.08837 | 5.14 |
| Energy Commission Tax | | | | 0.03 |

## Total Electric Charges    $480.32

[1] Demand charges are prorated for the number of days in each rate period

# ENERGY STATEMENT

www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | ███████272-1 |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  1.25MI W/BLACK RD &
Service Agreement ID:  3339370781
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

### 03/21/2019 – 04/21/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 0.876000 | kW | @ $0.13000 | 0.11 |
| Max Demand | 0.996000 | kW | @ $18.30000 | 18.23 |
| Energy Charges | | | | |
| Part Peak | 97.380000 | kWh | @ $0.11308 | 11.01 |
| Off Peak | 223.407000 | kWh | @ $0.09665 | 21.59 |
| Energy Commission Tax | | | | 0.10 |

## Total Electric Charges                    $198.23

### Service Information

| | |
|---|---|
| Meter # | 5000140795 |
| Total Usage | 320.787000 kWh |
| Serial | D |
| Rotating Outage Block | 50 |

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ███████272-1
Statement Date: 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

**04/22/2019 - 05/20/2019 (29 billing days)**

Service For:  1.25MI W/BLACK RD &
Service Agreement ID: 3339370781
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

### Service Information

| | |
|---|---|
| Meter # | 5000140795 |
| Total Usage | 332.446000 kWh |
| Serial | D |
| Rotating Outage Block | 50 |

### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @$4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 0.712000 | kW | @ $0.13000 | 0.03 |
| Max Demand | 0.876000 | kW | @ $18.30000 | 4.98 |
| Energy Charges | | | | |
| Part Peak | 41.427500 | kWh | @ $0.11308 | 4.68 |
| Off Peak | 76.948000 | kWh | @ $0.09665 | 7.44 |
| Energy Commission Tax | | | | 0.04 |

### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @$4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 12.636000 | kW | @ $20.97000 | 182.74 |
| Max Part Peak | 12.168000 | kW | @ $5.81000 | 48.76 |
| Max Demand | 12.636000 | kW | @ $19.53000 | 170.19 |
| Energy Charges | | | | |
| Peak | 34.484000 | kWh | @ $0.16484 | 5.68 |
| Part Peak | 40.036000 | kWh | @ $0.11883 | 4.76 |
| Off Peak | 139.550500 | kWh | @ $0.08837 | 12.33 |
| Energy Commission Tax | | | | 0.06 |

## Total Electric Charges                    **$575.08**

[1] Demand charges are prorated for the number of days in each rate period

# ENERGY STATEMENT

www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | ██████272-1 |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  PALMER RD AT CAT CYN
Service Agreement ID: 3332247397
Rate Schedule:  E19P  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010238150 |
| Total Usage | 2,421.600000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

#### 03/21/2019 – 04/21/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @$4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 37.200000 | kW | @ $0.16000 | 5.95 |
| Max Demand | 37.200000 | kW | @ $14.97000 | 556.88 |
| Energy Charges | | | | |
| Part Peak | 690.699000 | kWh | @ $0.10431 | 72.05 |
| Off Peak | 1,730.901000 | kWh | @ $0.08932 | 154.60 |
| Energy Commission Tax | | | | 0.73 |

## Total Electric Charges               $937.40

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date:    05/24/2019
**Due Date:**    **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For: PALMER RD AT CAT CYN
Service Agreement ID: 3332247397
Rate Schedule: E19P  Medium General Demand-Metered TOU Service

| 04/22/2019 – 04/30/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 28.800000 | kW | @ $0.16000 | 1.43 |
| Max Demand | 30.000000 | kW | @ $14.97000 | 139.38 |
| Energy Charges | | | | |
| Part Peak | 554.850000 | kWh | @ $0.10431 | 57.88 |
| Off Peak | 435.600000 | kWh | @ $0.08932 | 38.91 |
| Energy Commission Tax | | | | 0.30 |
| **05/01/2019 – 05/20/2019** | | | | |
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 36.000000 | kW | @ $18.72000 | 464.77 |
| Max Part Peak | 36.000000 | kW | @ $5.10000 | 126.62 |
| Max Demand | 36.000000 | kW | @ $16.17000 | 401.46 |
| Energy Charges | | | | |
| Peak | 166.500000 | kWh | @ $0.15327 | 25.52 |
| Part Peak | 234.300000 | kWh | @ $0.10985 | 25.74 |
| Off Peak | 1,357.950000 | kWh | @ $0.08193 | 111.26 |
| Energy Commission Tax | | | | 0.53 |

## Total Electric Charges                    $1,527.19

[1] Demand charges are prorated for the number of days in each rate period

### Service Information

| | |
|---|---|
| Meter # | 1010238150 |
| Total Usage | 2,749.200000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 30 of 50

# ENERGY STATEMENT
www.pge.com/MyEnergy

PG&E

Account No:          272-1
Statement Date:    05/24/2019
**Due Date:         06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  TELEPHONE RD
Service Agreement ID:  3335062973
Rate Schedule:  E19T  Medium General Demand-Metered TOU Service

| 03/21/2019 – 04/21/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Demand | 14.400000 | kW | @ $9.40000 | 135.36 |
| Energy Charges | | | | |
| Part Peak | 1,534.200000 | kWh | @ $0.10078 | 154.62 |
| Off Peak | 2,898.000000 | kWh | @ $0.08645 | 250.53 |
| Energy Commission Tax | | | | 1.33 |

## Total Electric Charges                          $689.03

**Service Information**

| Meter # | 1010238148 |
|---|---|
| Total Usage | 4,432.200000 kWh |
| Serial | J |
| Rotating Outage Block | 8K |



# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | ████ 272-1 |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  TELEPHONE RD
Service Agreement ID:  3335062973
Rate Schedule:  E19T  Medium General Demand-Metered TOU Service

### Service Information

| | |
|---|---|
| Meter # | 1010238148 |
| Total Usage | 559.500000 kWh |
| Serial | J |
| Rotating Outage Block | 8K |

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
|   Max Demand | 2.400000 | kW | @ $9.40000 | 7.00 |
| Energy Charges | | | | |
|   Part Peak | 106.800000 | kWh | @ $0.10078 | 10.76 |
|   Off Peak | 143.700000 | kWh | @ $0.08645 | 12.42 |
| Energy Commission Tax | | | | 0.08 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
|   Max Peak | 1.200000 | kW | @ $14.04000 | 11.62 |
|   Max Part Peak | 1.200000 | kW | @ $3.52000 | 2.91 |
|   Max Demand | 1.200000 | kW | @ $10.57000 | 8.75 |
| Energy Charges | | | | |
|   Peak | 49.500000 | kWh | @ $0.11242 | 5.56 |
|   Part Peak | 60.900000 | kWh | @ $0.09817 | 5.98 |
|   Off Peak | 198.600000 | kWh | @ $0.07931 | 15.75 |
| Energy Commission Tax | | | | 0.09 |

## Total Electric Charges                    $214.31

[1] Demand charges are prorated for the number of days in each rate period

# ENERGY STATEMENT
www.pge.com/MyEnergy

**PG&E**

| | |
|---|---|
| Account No: | ▮▮▮▮272-1 |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For: BRADLEY LEASE 1.25 MI
Service Agreement ID: 3335227748 3 & 5 ISLAND & PAYNE   PRIMARY

**Service Information**

| | |
|---|---|
| Meter # | 1010001520 |
| Total Usage | 24,176.000000 kWh |
| Serial | X |
| Rotating Outage Block | 50 |

### 03/21/2019 – 04/21/2019

| Rate Schedule: | **E19P** | | | |
|---|---|---|---|---|
| Rate Description: | **Medium General Demand-Metered TOU Service** | | | |
| Customer Charge | 32 | days | @$4.77700 | $152.86 |
| Demand Charge [1] | | | | |
| Max Part Peak | 42.000000 | kW | @ $0.16000 | 6.72 |
| Max Demand | 45.000000 | kW | @ $14.97000 | 673.65 |
| Energy Charges | | | | |
| Part Peak | 8,762.000000 | kWh | @ $0.10431 | 913.96 |
| Off Peak | 15,414.000000 | kWh | @ $0.08932 | 1,376.78 |
| Energy Commission Tax | | | | 7.25 |

## Total Electric Charges                    $3,131.22

[1] Demand charges are prorated for the number of days in each rate period

# ENERGY STATEMENT

www.pge.com/MyEnergy

Account No: ▉▉▉272-1
Statement Date: 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For: BRADLEY LEASE 1.25 MI
Service Agreement ID: 3335227748 3 & 5 ISLAND & PAYNE   PRIMARY

**Service Information**

| | |
|---|---|
| Meter # | 1010001520 |
| Total Usage | 25,635.000000 kWh |
| Serial | X |
| Rotating Outage Block | 50 |

#### 04/22/2019 – 04/30/2019

Rate Schedule:    **E19P**
Rate Description:    Medium General Demand-Metered TOU Service

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.77700 | $42.99 |
| Demand Charge [1] | | | | |
| Max Part Peak | 45.000000 | kW | @ $0.16000 | 2.23 |
| Max Demand | 48.000000 | kW | @ $14.97000 | 223.00 |
| Energy Charges | | | | |
| Part Peak | 3,257.000000 | kWh | @ $0.10431 | 339.74 |
| Off Peak | 4,610.000000 | kWh | @ $0.08932 | 411.77 |
| Energy Commission Tax | | | | 2.36 |

#### 05/01/2019 – 05/20/2019

Rate Schedule:    **E19P**
Rate Description:    **Medium General Demand-Metered TOU Service**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.77700 | $95.54 |
| Demand Charge [1] | | | | |
| Max Peak | 45.000000 | kW | @ $18.72000 | 580.97 |
| Max Part Peak | 48.000000 | kW | @ $5.10000 | 168.83 |
| Max Demand | 50.000000 | kW | @ $16.17000 | 557.59 |
| Energy Charges | | | | |
| Peak | 3,057.000000 | kWh | @ $0.15327 | 468.55 |
| Part Peak | 3,591.000000 | kWh | @ $0.10985 | 394.47 |
| Off Peak | 11,120.000000 | kWh | @ $0.08193 | 911.06 |
| Energy Commission Tax | | | | 5.33 |

## Total Electric Charges                     $4,204.43

[1] Demand charges are prorated for the number of days in each rate period

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 34 of 50

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ▮▮▮▮272-1
Statement Date: 05/24/2019
**Due Date: 06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For: 7320 PALMER RD
Service Agreement ID: 3337376981
Rate Schedule: E19P  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010034080 |
| Total Usage | 68,501.400000 kWh |
| Serial | N |
| Rotating Outage Block | 11C |

### 03/21/2019 – 04/21/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 days | | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 129.600000 | kW | @ $0.16000 | 20.74 |
| Max Demand | 129.600000 | kW | @ $14.97000 | 1,940.11 |
| Energy Charges | | | | |
| Part Peak | 24,999.000000 | kWh | @ $0.10431 | 2,607.65 |
| Off Peak | 43,502.400000 | kWh | @ $0.08932 | 3,885.63 |
| Energy Commission Tax | | | | 20.55 |

## Total Electric Charges                    $8,621.87

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████ 272-1
Statement Date:      05/24/2019
**Due Date:      06/10/2019**

| | |
|---|---|
| **Details of Electric Charges** | **Service Information** |

**04/22/2019 - 05/20/2019 (29 billing days)**

Service For: 7320 PALMER RD
Service Agreement ID: 3337376981
Rate Schedule: E19P Medium General Demand-Metered TOU Service

| Service Information | |
|---|---|
| Meter # | 1010034080 |
| Total Usage | 60,698.400000 kWh |
| Serial | N |
| Rotating Outage Block | 11C |

### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 120.000000 | kW | @ $0.16000 | 5.96 |
| Max Demand | 120.000000 | kW | @ $14.97000 | 557.50 |
| Energy Charges | | | | |
| Part Peak | 9,381.600000 | kWh | @ $0.10431 | 978.59 |
| Off Peak | 11,812.800000 | kWh | @ $0.08932 | 1,055.12 |
| Energy Commission Tax | | | | 6.36 |

### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 86.400000 | kW | @ $18.72000 | 1,115.45 |
| Max Part Peak | 86.400000 | kW | @ $5.10000 | 303.89 |
| Max Demand | 86.400000 | kW | @ $16.17000 | 963.51 |
| Energy Charges | | | | |
| Peak | 6,889.200000 | kWh | @ $0.15327 | 1,055.91 |
| Part Peak | 8,054.400000 | kWh | @ $0.10985 | 884.78 |
| Off Peak | 24,560.400000 | kWh | @ $0.08193 | 2,012.23 |
| Energy Commission Tax | | | | 11.85 |

## Total Electric Charges                    **$9,084.54**

[1] Demand charges are prorated for the number of days in each rate period

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

Account No:  ███████272-1

# ENERGY STATEMENT
www.pge.com/MyEnergy

Statement Date:  05/24/2019
**Due Date:  06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  6605 PALMER ROAD
Service Agreement ID:  3334995210
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

### Service Information

| | |
|---|---|
| Meter # | 1010261129 |
| Total Usage | 18,498.640000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

### 03/21/2019 – 04/21/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 50.560000 | kW | @ $0.13000 | 6.57 |
| Max Demand | 51.200000 | kW | @ $18.30000 | 936.96 |
| Energy Charges | | | | |
| Part Peak | 6,896.480000 | kWh | @ $0.11308 | 779.85 |
| Off Peak | 11,602.160000 | kWh | @ $0.09665 | 1,121.35 |
| Energy Commission Tax | | | | 5.55 |

## Total Electric Charges                          $2,997.47

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ███████272-1
Statement Date: 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  6605 PALMER ROAD
Service Agreement ID:  3334995210
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010261129 |
| Total Usage | 16,382.560000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 48.640000 | kW | @ $0.13000 | 1.96 |
| Max Demand | 49.280000 | kW | @ $18.30000 | 279.88 |
| Energy Charges | | | | |
| Part Peak | 2,449.920000 | kWh | @ $0.11308 | 277.04 |
| Off Peak | 2,867.200000 | kWh | @ $0.09665 | 277.11 |
| Energy Commission Tax | | | | 1.60 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 47.360000 | kW | @ $20.97000 | 684.92 |
| Max Part Peak | 47.360000 | kW | @ $5.81000 | 189.77 |
| Max Demand | 48.000000 | kW | @ $19.53000 | 646.51 |
| Energy Charges | | | | |
| Peak | 1,946.560000 | kWh | @ $0.16484 | 320.87 |
| Part Peak | 1,796.800000 | kWh | @ $0.11883 | 213.51 |
| Off Peak | 7,322.080000 | kWh | @ $0.08837 | 647.05 |
| Energy Commission Tax | | | | 3.32 |

## Total Electric Charges                    **$3,676.93**

[1] Demand charges are prorated for the number of days in each rate period

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 38 of 50

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████ 272-1
Statement Date:    05/24/2019
**Due Date:    06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  1580 E BATTLES RD
Service Agreement ID:  3330461588
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1009999502 |
| Total Usage | 950.594500 kWh |
| Serial | L |
| Rotating Outage Block | 8F |

| 03/21/2019 – 04/21/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 2.392000 | kW | @ $0.13000 | 0.31 |
| Max Demand | 2.392000 | kW | @ $18.30000 | 43.77 |
| Energy Charges | | | | |
| Part Peak | 204.548000 | kWh | @ $0.11308 | 23.13 |
| Off Peak | 746.046500 | kWh | @ $0.09665 | 72.11 |
| Energy Commission Tax | | | | 0.29 |

## Total Electric Charges                          $286.80

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No:  ████272-1
Statement Date:  05/24/2019
**Due Date:**  **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  1580 E BATTLES RD
Service Agreement ID:  3330461588
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

**04/22/2019 – 04/30/2019**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 2.240000 | kW | @ $0.13000 | 0.09 |
| Max Demand | 2.240000 | kW | @ $18.30000 | 12.72 |
| Energy Charges | | | | |
| Part Peak | 52.724000 | kWh | @ $0.11308 | 5.96 |
| Off Peak | 197.757000 | kWh | @ $0.09665 | 19.11 |
| Energy Commission Tax | | | | 0.08 |

**05/01/2019 – 05/20/2019**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 0.388000 | kW | @ $20.97000 | 5.61 |
| Max Part Peak | 2.236000 | kW | @ $5.81000 | 8.96 |
| Max Demand | 2.288000 | kW | @ $19.53000 | 30.82 |
| Energy Charges | | | | |
| Peak | 29.520000 | kWh | @ $0.16484 | 4.87 |
| Part Peak | 73.117000 | kWh | @ $0.11883 | 8.69 |
| Off Peak | 440.114000 | kWh | @ $0.08837 | 38.89 |
| Energy Commission Tax | | | | 0.16 |

## Total Electric Charges                    $269.35

[1] Demand charges are prorated for the number of days in each rate period

### Service Information

| | |
|---|---|
| Meter # | 1009999502 |
| Total Usage | 793.232000 kWh |
| Serial | L |
| Rotating Outage Block | 8F |

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ██████272-1
Statement Date: 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  2 1/2 MI S/CAT CYN RD
Service Agreement ID: 3336241047
Rate Schedule:  E19S  Medium General Demand-Metered TOU Service

**03/21/2019 – 04/21/2019**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 4.800000 | kW | @ $0.13000 | 0.62 |
| Max Demand | 4.960000 | kW | @ $18.30000 | 90.77 |
| Energy Charges | | | | |
| Part Peak | 1,116.960000 | kWh | @ $0.11308 | 126.31 |
| Off Peak | 1,934.760000 | kWh | @ $0.09665 | 186.99 |
| Energy Commission Tax | | | | 0.92 |

## Total Electric Charges          $552.80

**Service Information**

| | |
|---|---|
| Meter # | 1010107829 |
| Total Usage | 3,051.720000 kWh |
| Serial | N |
| Rotating Outage Block | 11C |

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ███████272-1
Statement Date:    05/24/2019
**Due Date:    06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  2 1/2 MI S/CAT CYN RD
Service Agreement ID: 3336241047
Rate Schedule: E19S  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010107829 |
| Total Usage | 2,499.100000 kWh |
| Serial | N |
| Rotating Outage Block | 11C |

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 4.800000 | kW | @ $0.13000 | 0.19 |
| Max Demand | 4.800000 | kW | @ $18.30000 | 27.26 |
| Energy Charges | | | | |
| Part Peak | 238.360000 | kWh | @ $0.11308 | 26.95 |
| Off Peak | 267.400000 | kWh | @ $0.09665 | 25.84 |
| Energy Commission Tax | | | | 0.15 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 4.640000 | kW | @ $20.97000 | 67.10 |
| Max Part Peak | 5.120000 | kW | @ $5.81000 | 20.52 |
| Max Demand | 5.280000 | kW | @ $19.53000 | 71.12 |
| Energy Charges | | | | |
| Peak | 348.400000 | kWh | @ $0.16484 | 57.43 |
| Part Peak | 412.980000 | kWh | @ $0.11883 | 49.07 |
| Off Peak | 1,231.960000 | kWh | @ $0.08837 | 108.87 |
| Energy Commission Tax | | | | 0.60 |

## Total Electric Charges    $588.49

[1] Demand charges are prorated for the number of days in each rate period

# ENERGY STATEMENT

www.pge.com/MyEnergy

**PG&E**

Account No: ███████272-1
Statement Date: 05/24/2019
**Due Date: 06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For: 1.5 MI E/END OF
Service Agreement ID: 3339701896
Rate Schedule: E19P  Medium General Demand-Metered TOU Service

| 03/21/2019 – 04/21/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 314.400000 | kW | @ $0.16000 | 50.30 |
| Max Demand | 314.400000 | kW | @ $14.97000 | 4,706.57 |
| Energy Charges | | | | |
| Part Peak | 64,622.400000 | kWh | @ $0.10431 | 6,740.76 |
| Off Peak | 110,378.700000 | kWh | @ $0.08932 | 9,859.03 |
| Energy Commission Tax | | | | 52.50 |

## Total Electric Charges                     $21,556.35

### Service Information

| Meter # | 1010410622 |
|---|---|
| Total Usage | 175,001.100000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

**PG&E**

Account No:  ███████272-1
Statement Date:   05/24/2019
**Due Date:**   **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  1.5 MI E/END OF
Service Agreement ID:  3339701896
Rate Schedule:  E19P  Medium General Demand-Metered TOU Service

### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---:|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
| Max Part Peak | 268.800000 | kW | @ $0.16000 | 13.35 |
| Max Demand | 268.800000 | kW | @ $14.97000 | 1,248.81 |
| Energy Charges | | | | |
| Part Peak | 18,681.600000 | kWh | @ $0.10431 | 1,948.68 |
| Off Peak | 22,918.800000 | kWh | @ $0.08932 | 2,047.11 |
| Energy Commission Tax | | | | 12.48 |

### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---:|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
| Max Peak | 228.000000 | kW | @ $18.72000 | 2,943.56 |
| Max Part Peak | 232.800000 | kW | @ $5.10000 | 818.81 |
| Max Demand | 242.400000 | kW | @ $16.17000 | 2,703.18 |
| Energy Charges | | | | |
| Peak | 17,202.048000 | kWh | @ $0.15327 | 2,636.56 |
| Part Peak | 19,504.074000 | kWh | @ $0.10985 | 2,142.52 |
| Off Peak | 57,343.926000 | kWh | @ $0.08193 | 4,698.19 |
| Energy Commission Tax | | | | 28.22 |

## Total Electric Charges                     **$21,374.86**

[1] Demand charges are prorated for the number of days in each rate period

### Service Information

| | |
|---|---:|
| Prior Meter # | 1010410622 |
| Current Meter # | 1010432204 |
| Meter Exchange Date | 05/17/2019 |
| Total Usage | 135,650.448000 kWh |
| Serial | N |
| Rotating Outage Block | 50 |

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | ████████272-1 |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For: 4000 HWY 101 S
Service Agreement ID: 3332898773
Rate Schedule: E19P  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010238152 |
| Total Usage | 187,538.400000 kWh |
| Serial | K |
| Rotating Outage Block | 9B |

### 03/21/2019 – 04/21/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 264.000000 | kW | @ $0.16000 | 42.24 |
| Max Demand | 264.000000 | kW | @ $14.97000 | 3,952.08 |
| Energy Charges | | | | |
| Part Peak | 70,171.200000 | kWh | @ $0.10431 | 7,319.56 |
| Off Peak | 117,367.200000 | kWh | @ $0.08932 | 10,483.24 |
| Energy Commission Tax | | | | 56.26 |

## Total Electric Charges                 $22,000.57

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date:   05/24/2019
**Due Date:   06/10/2019**

## Details of Electric Charges

04/22/2019 - 05/20/2019 (29 billing days)

Service For:  4000 HWY 101 S
Service Agreement ID:  3332898773
Rate Schedule:  E19P  Medium General Demand-Metered TOU Service

### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $4.59959 | $41.40 |
| Demand Charge [1] | | | | |
|   Max Part Peak | 249.600000 | kW | @ $0.16000 | 12.39 |
|   Max Demand | 249.600000 | kW | @ $14.97000 | 1,159.61 |
| Energy Charges | | | | |
|   Part Peak | 15,600.000000 | kWh | @ $0.10431 | 1,627.24 |
|   Off Peak | 26,424.000000 | kWh | @ $0.08932 | 2,360.19 |
| Energy Commission Tax | | | | 12.61 |

### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $4.59959 | $91.99 |
| Demand Charge [1] | | | | |
|   Max Peak | 249.600000 | kW | @ $18.72000 | 3,222.42 |
|   Max Part Peak | 249.600000 | kW | @ $5.10000 | 877.90 |
|   Max Demand | 249.600000 | kW | @ $16.17000 | 2,783.47 |
| Energy Charges | | | | |
|   Peak | 18,867.600000 | kWh | @ $0.15327 | 2,891.84 |
|   Part Peak | 22,400.400000 | kWh | @ $0.10985 | 2,460.68 |
|   Off Peak | 69,400.800000 | kWh | @ $0.08193 | 5,686.01 |
| Energy Commission Tax | | | | 33.20 |

## Total Electric Charges                     $23,260.95

[1] Demand charges are prorated for the number of days in each rate period

### Service Information

| | |
|---|---|
| Meter # | 1010238152 |
| Total Usage | 152,692.800000 kWh |
| Serial | K |
| Rotating Outage Block | 9B |

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

**Account No:** ████ 272-1
**Statement Date:** 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 03/21/2019 - 04/21/2019 (32 billing days)

Service For:  2617 E CLARK AVE
Service Agreement ID:  3332921368
Rate Schedule:  E19P  Medium General Demand-Metered TOU Service

| 03/21/2019 – 04/21/2019 | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $4.59959 | $147.19 |
| Demand Charge | | | | |
| Max Part Peak | 50.400000 | kW | @ $0.16000 | 8.06 |
| Max Demand | 50.400000 | kW | @ $14.97000 | 754.49 |
| Energy Charges | | | | |
| Part Peak | 4,966.200000 | kWh | @ $0.10431 | 518.02 |
| Off Peak | 4,264.200000 | kWh | @ $0.08932 | 380.88 |
| Energy Commission Tax | | | | 2.77 |

## Total Electric Charges                    $1,811.41

### Service Information

| | |
|---|---|
| Meter # | 1010077259 |
| Total Usage | 9,230.400000 kWh |
| Serial | J |
| Rotating Outage Block | 8K |

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date:    05/24/2019
**Due Date:**    **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For:  2617 E CLARK AVE
Service Agreement ID:  3332921368
Rate Schedule:  E19P  Medium General Demand-Metered TOU Service

**Service Information**

| | |
|---|---|
| Meter # | 1010077259 |
| Total Usage | 7,428.600000 kWh |
| Serial | J |
| Rotating Outage Block | 8K |

#### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @$4.59959 | $41.40 |
| Demand Charge [1] | | | | |
|  Max Part Peak | 43.200000 | kW | @ $0.16000 | 2.15 |
|  Max Demand | 43.200000 | kW | @ $14.97000 | 200.70 |
| Energy Charges | | | | |
|  Part Peak | 1,735.200000 | kWh | @ $0.10431 | 181.00 |
|  Off Peak | 1,168.200000 | kWh | @ $0.08932 | 104.34 |
| Energy Commission Tax | | | | 0.87 |

#### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @$4.59959 | $91.99 |
| Demand Charge [1] | | | | |
|  Max Peak | 43.200000 | kW | @ $18.72000 | 557.73 |
|  Max Part Peak | 43.200000 | kW | @ $5.10000 | 151.94 |
|  Max Demand | 43.200000 | kW | @ $16.17000 | 481.75 |
| Energy Charges | | | | |
|  Peak | 991.800000 | kWh | @ $0.15327 | 152.01 |
|  Part Peak | 1,234.800000 | kWh | @ $0.10985 | 135.64 |
|  Off Peak | 2,298.600000 | kWh | @ $0.08193 | 188.32 |
| Energy Commission Tax | | | | 1.36 |

## Total Electric Charges          $2,291.20

[1] Demand charges are prorated for the number of days in each rate period

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

## ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | ▓▓▓▓272-1 |
| Statement Date: | 05/24/2019 |
| **Due Date:** | **06/10/2019** |

### Details of Electric Charges

#### 03/21/2019 - 04/21/2019 (32 billing days)
Service For: 2301 E CLARK AVE
Service Agreement ID: 3333234422
Rate Schedule: A1X  Small General Time-of-Use Service

**03/21/2019 – 04/21/2019**

| | | | | |
|---|---|---|---|---:|
| Customer Charge | 32 | days | @ $0.32854 | $10.51 |
| Energy Charges | | | | |
| Part Peak | 139.098000 | kWh | @ $0.23335 | 32.46 |
| Off Peak | 265.029000 | kWh | @ $0.21243 | 56.30 |
| Energy Commission Tax | | | | 0.12 |

### Total Electric Charges          $99.39

**Service Information**

| | |
|---|---|
| Meter # | 1008680919 |
| Total Usage | 404.127000 kWh |
| Serial | L |
| Rotating Outage Block | 8K |



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: ████████272-1
Statement Date: 05/24/2019
**Due Date:** **06/10/2019**

## Details of Electric Charges

### 04/22/2019 - 05/20/2019 (29 billing days)

Service For: 2301 E CLARK AVE
Service Agreement ID: 3333234422
Rate Schedule: A1X Small General Time-of-Use Service

**Service Information**

| | |
|---|---|
| Meter # | 1008680919 |
| Total Usage | 354.428000 kWh |
| Serial | L |
| Rotating Outage Block | 8K |

### 04/22/2019 – 04/30/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @$0.32854 | $2.96 |
| Energy Charges | | | | |
| Part Peak | 43.733000 | kWh | @$0.23335 | 10.21 |
| Off Peak | 69.449000 | kWh | @$0.21243 | 14.75 |
| Energy Commission Tax | | | | 0.03 |

### 05/01/2019 – 05/20/2019

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @$0.32854 | $6.57 |
| Energy Charges | | | | |
| Peak | 34.699000 | kWh | @$0.28093 | 9.75 |
| Part Peak | 47.975000 | kWh | @$0.25728 | 12.34 |
| Off Peak | 158.572000 | kWh | @$0.22992 | 36.46 |
| Energy Commission Tax | | | | 0.07 |

## Total Electric Charges $93.14

# EXHIBIT "C"

**Pacific Gas and Electric Company**®

U 39    San Francisco, California

|  | Revised | Cal. P.U.C. Sheet No. | 35234-E |
|---|---|---|---|
| Cancelling | Revised | Cal. P.U.C. Sheet No. | 34201-E |

**ELECTRIC RULE NO. 8**    Sheet 1

NOTICES

Any notice pursuant to PG&E's tariffs may be given to the customer in writing. Written notice is effective when it is either: (1) presented to the customer, or (2) mailed, as defined in Rule 1, to the customer at the address where the customer is receiving service or at the mailing address provided by the customer. PG&E may also provide the customer with verbal notice in person or by telephone as provided herein.

Any notice pursuant to PG&E's tariffs from the customer or the customer's authorized agent may be given to PG&E by telephone or in person or in writing. Verbal notice is acceptable unless written notice is requested by PG&E or required by the tariffs.

A.    NOTICES OF TERMINATION OF SERVICE FOR NONPAYMENT—RESIDENTIAL

Monthly bills for residential service and/or deposits are due and payable upon presentation and will be considered past due if payment is not received by PG&E within 19 days after the bill is transmitted by mail or through Electronic Presentment to the customer. Past due bills and credit deposit requests are subject to the following notices. If the past due amount on these notices is not paid, service may be terminated for nonpayment in accordance with Rule 11.    (T)

(D)

1.    15-DAY NOTICE

When a bill for service or credit deposit request has become past due, PG&E will mail the customer a notice that service may be terminated for nonpayment in 15 days.

2.    24-HOUR and 48-HOUR NOTICES

When the past due balance on a 15-day notice is unpaid, PG&E will give notice of termination for nonpayment by mail in the five most common languages[1] at least 48 hours prior to terminating service. If the past due balance still remains unpaid, PG&E will make a reasonable attempt to contact an adult residing at the customer's residence either by telephone or in person at least 24 hours prior to terminating service.

---

[1]    The languages provided will be consistent with SB 120, which includes English, Spanish, Chinese, Tagalog, Vietnamese, and Korean.

(Continued)

| Advice | 4599-E | Issued by | Date Filed | March 6, 2015 |
|---|---|---|---|---|
| Decision | | **Steven Malnight** | Effective | April 5, 2015 |
| | | Senior Vice President | Resolution | |
| | | Regulatory Affairs | | |

**Pacific Gas and
Electric Company®**

U 39   San Francisco, California

| | | Revised | Cal. P.U.C. Sheet No. | 14145-E |
| | Cancelling | Original | Cal. P.U.C. Sheet No. | 13136-E |

**ELECTRIC RULE NO. 8**                    Sheet 2
NOTICES

A.   NOTICES OF TERMINATION OF SERVICE FOR NONPAYMENT—RESIDENTIAL
(Cont'd.)

   3.   NOTICE OF TERMINATION OF SERVICE FOR NONPAYMENT OF
AMORTIZATION AGREEMENT—RESIDENTIAL

      When PG&E and the customer enter into an Amortization Agreement
and the customer does not keep the agreement, PG&E will give the
customer at least 48 hours notice by telephone or in person or by          (T)
mail or in writing, prior to terminating service for nonpayment.           (T)

   4.   NOTICES TO OCCUPANTS OF MULTIFAMILY ACCOMMODATIONS FOR
TERMINATION OF SERVICE FOR NONPAYMENT

     a.   10-DAY NOTICE

       When it is known to PG&E that individually metered residential service to a
tenant(s) in a multifamily accommodation is in the name of the owner,
manager, or operator and the account is in arrears or the credit deposit
request is past due, PG&E shall make every good faith effort to give the
tenant(s) notice at least 10 days before service can be terminated.

       The notice will inform the tenant(s) that they have the right to become a
customer(s) of PG&E without paying the past due bill, but credit must be
established in accordance with Rule 6.

     b.   15-DAY NOTICE

       When service is master-metered (with or without submeters) to a multifamily
accommodation and the account is in arrears or the credit deposit is past
due, PG&E shall make every good faith effort to give posted notice at least
15 days before service can be terminated.

       PG&E will make a reasonable attempt to post the written notice on the door
of each residential dwelling unit.  If it is not reasonable or practical to post
the notice on the door of each residential unit, PG&E shall post two copies of
the notice in each accessible common area and at each point of access to
the structure or structures.

(Continued)

| Advice | 1602-E | Issued by | Date Filed | September 5, 1996 |
| Decision | | **Robert S. Kenney** | Effective | October 15, 1996 |
| | | Vice President, Regulatory Affairs | Resolution | |

**Pacific Gas and Electric Company** ®

U 39    *San Francisco, California*

|  | Revised | *Cal. P.U.C. Sheet No.* | 35235-E |
|---|---|---|---|
| *Cancelling* Revised | | *Cal. P.U.C. Sheet No.* | 20966-E |

**ELECTRIC RULE NO. 8**
NOTICES

Sheet 3

A.   NOTICES OF TERMINATION OF SERVICE FOR NONPAYMENT—RESIDENTIAL (Cont'd.)

    4.   NOTICES TO OCCUPANTS OF MULTIFAMILY ACCOMMODATIONS FOR TERMINATION OF SERVICE FOR NONPAYMENT (Cont'd.)

        b.   15-DAY NOTICE (Cont'd.)

        The notice will inform the tenants that they have the right to become the customer of PG&E without paying the past due bill, but credit must be established in accordance with Rule 6.  It will further inform the tenants:

        1)   what the residential tenants must do to prevent termination or to reestablish service,

        2)   the estimated monthly cost of service,

        3)   the title, address and telephone number of a PG&E representative, and

        4)   the address and telephone number of a legal services project which has been recommended by the local county bar association.

B.   NOTICES OF TERMINATION OF SERVICE FOR NONPAYMENT—NONRESIDENTIAL

Monthly bills for nonresidential service and/or deposits are due and payable upon presentation and will be considered past due if payment is not received by PG&E within 15 days after the bill is transmitted by mail or through Electronic Presentment to the customer.  Past due bills and credit deposit requests are subject to the following notices.  If the past due amount on these notices is not paid, service may be terminated for nonpayment of the past due amount in accordance with Rule 11.

(T)

(D)

(Continued)

| *Advice* | 4599-E | *Issued by* | *Date Filed* | March 6, 2015 |
|---|---|---|---|---|
| *Decision* | | **Steven Malnight** | *Effective* | April 5, 2015 |
| | | *Senior Vice President* | *Resolution* | |
| | | *Regulatory Affairs* | | |

| | **Pacific Gas and** | | Revised | *Cal. P.U.C. Sheet No.* | 14146-E |
|---|---|---|---|---|---|
| | **Electric Company** | *Cancelling* | Original | *Cal. P.U.C. Sheet No.* | 13138-E |
| U 39 | *San Francisco, California* | | | | |

**ELECTRIC RULE NO. 8**                    Sheet 4
NOTICES

B.  NOTICES OF TERMINATION OF SERVICE FOR NONPAYMENT—
    NONRESIDENTIAL (Cont'd.)

    1.  7-DAY NOTICE

        When a bill or credit deposit request for service has become past due, PG&E will
mail the customer a notice that service may be terminated for nonpayment in              (T)
7 days.

    2.  NOTICE OF TERMINATION OF SERVICE FOR NONPAYMENT OF
    AMORTIZATION AGREEMENT—NONRESIDENTIAL

        When PG&E and the customer enter into an Amortization Agreement and the
customer does not keep the agreement, PG&E will give the customer at least
24 hours notice by telephone or in person or by mail or in writing, prior to              (T)
terminating service for nonpayment.                                                       (T)

C.  NOTICES FOR UNPAID CLOSING BILLS

    Closing bills for both residential and nonresidential service are due and payable upon
presentation and will be considered past due if payment is not received by PG&E
within 15 days after the closing bill is mailed to the customer.

    When PG&E determines that the customer has an open account for PG&E service at
one location and an unpaid closing bill in the customer's name for PG&E service at
another location, PG&E may transfer the unpaid closing bill to the open account,
except that the unpaid closing bills for nonresidential service may not be transferred
to a residential account.  Before the customer's open account may be terminated for
nonpayment of the closing bill, the customer will be given notices in accordance with
Section A, above, if the open account is residential, and in accordance with
Section B, above, if the open account is nonresidential.

(Continued)

| *Advice* | 1602-E | *Issued by* | *Date Filed* | September 5, 1996 |
|---|---|---|---|---|
| *Decision* | | **Robert S. Kenney** | *Effective* | October 15, 1996 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |

**Pacific Gas and Electric Company®**

U 39    San Francisco, California

| | Revised | Cal. P.U.C. Sheet No. | 35236-E |
|---|---|---|---|
| Cancelling | Original | Cal. P.U.C. Sheet No. | 13139-E |

**ELECTRIC RULE NO. 8**
NOTICES

Sheet 5

C.  NOTICES FOR UNPAID CLOSING BILLS (Cont'd.)

When PG&E determines that a customer has an open PG&E account at one location and is liable, in accordance with Rule 3, for an unpaid closing bill in another's name for PG&E service at another location, PG&E may transfer the unpaid closing bill to the open account, except that unpaid closing bills for nonresidential service may not be transferred to a residential account.  PG&E will notify the customer that the closing bill has been transferred to the customer's account.  Before the customer's open account may be terminated for nonpayment of the closing bill, the customer will be given notices in accordance with Section A, above, if the open account is residential and in accordance with Section B, above, if the open account is nonresidential.

D.  THIRD PARTY NOTIFICATION

Any residential customer designate a third party (friend, family member, or public or private agency) to receive notification on the customer's behalf, provided written consent of such third party to receive such notice is submitted to PG&E.    (D)

All residential customers will be informed annually of the availability of third-party notification.

| Advice | 4599-E | Issued by | Date Filed | March 6, 2015 |
|---|---|---|---|---|
| Decision | | **Steven Malnight** | Effective | April 5, 2015 |
| | | Senior Vice President | Resolution | |
| | | Regulatory Affairs | | |

**Pacific Gas and
Electric Company®**

*Cancelling* Revised    *Cal. P.U.C. Sheet No.*    43884-E
Revised    *Cal. P.U.C. Sheet No.*    34615-E

U 39    *San Francisco, California*

**ELECTRIC RULE NO. 11**    Sheet 1
DISCONTINUANCE AND RESTORATION OF SERVICE

If PG&E terminates or refuses to restore service to a customer or any other person for
any of the reasons or upon any of the grounds stated herein, PG&E shall incur no liability
whatsoever to said customer or person or to any other customers or persons.

A.  CUSTOMER REQUEST TO TERMINATE LIABILITY FOR PAYMENT FOR
    SERVICE

    1.  SERVICE TO OTHER THAN MULTIFAMILY ACCOMMODATIONS

        When a customer wants to terminate liability for payment for service, the
        customer shall give PG&E not less than two days notice and state the date on
        which the termination is to become effective.  The customer may be held
        responsible for all service furnished at the premises until two days after receipt
        of such notice by PG&E, or until the date of termination specified in the notice,
        whichever date is later.

    2.  SERVICE TO MULTIFAMILY ACCOMMODATIONS

        When a customer wants to terminate liability for payment for the service
        supplied to a multifamily accommodation and the termination may deprive
        residential tenants of service, the customer shall give PG&E and the tenants
        notice at least 10 days prior to the date the customer desires to terminate
        liability for payment for the service.  The customer may be held responsible for
        all service furnished at the premises until ten days after receipt of such notice by
        PG&E, or until the date of termination specified in the notice, whichever date is
        later.

B.  TERMINATION OF SERVICE FOR NONPAYMENT—WEEKENDS, HOLIDAYS    (T)
    AND EXTREME WEATHER FORECASTS.    (N)

    Service will not be terminated for nonpayment of bills or credit deposit requests on
    Saturdays, Sundays, legal holidays or when the offices of PG&E are closed to the
    public.

    Residential service shall not be disconnected when temperatures above 100    (N)
    degrees or below 32 degrees are forecasted by PG&E based on a 72-hour look-    I
    ahead period.    (N)

(Continued)

*Advice*    5467-E-A    *Issued by*    *Submitted*    March 4, 2019
*Decision*    18-12-013    **Robert S. Kenney**    *Effective*    January 14, 2019
*Vice President, Regulatory Affairs*    *Resolution*

**Pacific Gas and
Electric Company**®

U 39    San Francisco, California

| | | |
|---|---|---|
| | Revised | *Cal. P.U.C. Sheet No.* 43885-E |
| *Cancelling* | Revised | *Cal. P.U.C. Sheet No.* 43011-E |

**ELECTRIC RULE NO. 11**                    Sheet 2
DISCONTINUANCE AND RESTORATION OF SERVICE

C.  TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS OR CREDIT
DEPOSIT REQUESTS—RESIDENTIAL

Monthly bills and credit deposit requests for residential service are due and payable
upon presentation and will be considered past due if payment is not received
by PG&E within 19 days after the bill is mailed to the customer.

When a bill or credit deposit request has become past due and the customer has
received notice in accordance with Rule 8 that service will be terminated for
nonpayment, PG&E may terminate any and all services the customer is receiving
unless an exception described in Sections C.1[1] through C.3, below, applies.

1.  INABILITY TO PAY—RESIDENTIAL

PG&E may, at its option, extend payment arrangements to a customer who
alleges an inability to pay[2].  However, PG&E must extend payment                    (T)
arrangements to a customer who alleges an inability to pay where: (1) either the      I
customer or a full time resident in the customer's home qualifies for the medical    (T)
baseline program (see Electric Rule 19), or are age 65 or older, and (2) the         (T)/(N)
customer is willing to enter into a payment plan offered by the utility with a       (N)
minimum four (4) month duration.

It is the customer's responsibility to contact PG&E to request payment
arrangements.  If payment arrangements are made, such payment
arrangements will be by Amortization Agreement, as described in Section
C.1.a., below, or by Extension Agreement, as described in Section C.1.b.,
below.

PG&E shall visit, in-person, special needs profiled customers that have
previously been identified as Medical Baseline, Life Support, or has self-certified
that they have a serious illness or condition that could become life threatening if
service is disconnected, within the 48 hours prior to, or at the time of, service
termination.  At the time of such visit, the field representative will provide the
customer with a Pay-by-Phone option or provide the customer a courtesy
extension of 48 hours to make payment if they indicate a desire to pay at a local
office or neighborhood payment center.

Service may be terminated to any customer, including special needs profiled
customers who do not comply with a payment arrangement as described in
Section C.1.a, below, or by an Extension Agreement, as described in Section
C.1.b. below.

---

[1]  PG&E will suspend disconnections for non-payment, waive reconnection and return check fees,
and waive security deposit fee requirements for reestablishment of service for customers
affected by a disaster as described in the Emergency Consumer Protection Plan definition in
Electric Rule 1.
[2]  PG&E will work with customers to extend payment arrangements for any outstanding balances
on their account for customers affected by a disaster as described in the Emergency Consumer
Protection Plan definition in Electric Rule 1.

(Continued)

| | | | |
|---|---|---|---|
| *Advice* | 5467-E-A | *Issued by* | *Submitted* March 4, 2019 |
| *Decision* | 18-12-013 | **Robert S. Kenney** | *Effective* January 14, 2019 |
| | | *Vice President, Regulatory Affairs* | *Resolution* |

**Pacific Gas and
Electric Company**®

San Francisco, California

U 39

| | Revised | Cal. P.U.C. Sheet No. | 13142-E |
|---|---|---|---|
| Cancelling | Revised | Cal. P.U.C. Sheet No. | 11313-E |

**ELECTRIC RULE NO. 11**                                    Sheet 3
DISCONTINUANCE AND RESTORATION OF SERVICE

C.  TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS OR CREDIT             (N)
    DEPOSIT REQUESTS—RESIDENTIAL (Cont'd.)                               (N)

    1.  INABILITY TO PAY—RESIDENTIAL (Cont'd.)                           (N)

        When the customer and PG&E have agreed upon payment arrangements,     (N)
        PG&E will not terminate service as long as the customer complies with the
        arrangements.  However, if the customer fails to comply, PG&E may terminate
        any and all services the customer is receiving after notice is given in accordance
        with Section C.1.a. or Section C.1.b., below.

        If PG&E and the customer cannot agree on payment arrangements, the
        customer may submit a complaint to the Commission in accordance with
        Section C.1.c., below.

        The customer shall be provided information on the availability of financial
        assistance.                                                        (N)

        a.  AMORTIZATION AGREEMENT—RESIDENTIAL                             (N)

            An Amortization Agreement is a contract between PG&E and the customer   (L)  (T)
            by which the customer is allowed to make installment payments of a past
            due balance (for a reasonable period not to exceed 12 months) while also
            paying subsequent PG&E bills before these bills become past due.

            If the customer fails to comply with the Amortization Agreement, the entire
            amount owing will become immediately due and payable and any and all
            services the customer is receiving may be terminated.  However, service
            will not be terminated until the customer has received notice, either by
            telephone or in writing, at least 48 hours prior to termination.     (L)  (T)

(Continued)

| Advice | 1436-E | Issued by | Date Filed | June 1, 1993 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | July 12, 1993 |
| | | Vice President, Regulatory Affairs | Resolution | |

**Pacific Gas and Electric Company**

PG&E

U 39    San Francisco, California

| | Revised | Cal. P.U.C. Sheet No. | 13143-E |
|---|---|---|---|
| Cancelling | Revised | Cal. P.U.C. Sheet No. | 11314-E |

ELECTRIC RULE NO. 11    Sheet 4
DISCONTINUANCE AND RESTORATION OF SERVICE

C.  TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS OR CREDIT    (N)
DEPOSIT REQUESTS—RESIDENTIAL (Cont'd.)    (N)

    1.  INABILITY TO PAY—RESIDENTIAL (Cont'd.)    (N)

        b.  EXTENSION AGREEMENT—RESIDENTIAL    (N)

        An Extension Agreement is a contract between PG&E and the customer by
which the customer is allowed to make a single payment of a past due
balance on or by a specified date while also paying subsequent PG&E bills
before they become past due.

        When the customer has received a 15-day notice of termination and fails to
comply with the Extension Agreement, the notice of termination will remain
in effect, and collection action will continue.  When the customer has
received a 48-hour notice of termination and fails to comply with the
Extension Agreement, the notice of termination will remain in effect, and
any and all services the customer is receiving may be terminated without
further notice.    (N)

        c.  FAILURE TO AGREE ON PAYMENT ARRANGEMENTS    (N)

        When the customer and PG&E fail to agree on payment arrangements, it is    (L)    (T)
the customer's responsibility to contact the California Public Utilities
Commission's (CPUC) Consumer Affairs Branch (CAB) in a timely manner
to avoid termination.  The customer may:

        1)  Write to the CAB to make a complaint alleging an inability to pay and
indicating that payment arrangements have not been mutually agreed
upon by the customer and PG&E.

        2)  When the customer has submitted a complaint to the CAB, the CAB
will notify PG&E and PG&E will respond to the complaint within 10
days.  The CAB will report its proposed resolution to the parties in    (L)    (T)
accordance with CPUC procedures.

(Continued)

| Advice | 1436-E | Issued by | Date Filed | June 1, 1993 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | July 12, 1993 |
| | | *Vice President, Regulatory Affairs* | Resolution | |

**Pacific Gas and Electric Company**

U 39   *San Francisco, California*

|  | Revised | *Cal. P.U.C. Sheet No.* | 27802-E |
|---|---|---|---|
| *Cancelling* | Revised | *Cal. P.U.C. Sheet No.* | 23966-E |

**ELECTRIC RULE NO. 11**                                    Sheet 5
DISCONTINUANCE AND RESTORATION OF SERVICE

C.   TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS OR CREDIT DEPOSIT
REQUESTS—RESIDENTIAL (Cont'd.)

   1.   INABILITY TO PAY—RESIDENTIAL (Cont'd.)

      c.   FAILURE TO AGREE ON PAYMENT ARRANGEMENTS (Cont'd.)

        3)   If the customer is not satisfied with CAB's resolution of the complaint, the
customer may appeal to the CPUC in accordance with the CPUC's procedures.

        4)   Failure of the customer to observe any time limits set by the CPUC's complaint
procedures shall entitle PG&E to insist upon payment and to terminate service
if the payment is not made.

(D)

   2.   BILLING OR CREDIT DEPOSIT REQUEST DISPUTE—RESIDENTIAL

PG&E will not terminate service when a residential customer has initiated a complaint or
requested an investigation within five days of receiving a disputed bill or credit deposit
request, until the customer has been given an opportunity for review of the dispute by
PG&E or the CPUC in accordance with Rule 10.  However, the customer must continue
to pay subsequent undisputed PG&E bills before these bills become past due, or the
customer's service will be subject to termination in accordance with this rule and Rule 8.

(Continued)

| *Advice* | 3354-E | *Issued by* | *Date Filed* | October 17, 2008 |
|---|---|---|---|---|
| *Decision* | | **Brian K. Cherry** | *Effective* | November 16, 2008 |
| | | *Vice President* | *Resolution* | |
| | | *Regulatory Relations* | | |

**Pacific Gas and Electric Company**®

San Francisco, California

U 39

|  | Revised | Cal. P.U.C. Sheet No. | 43012-E |
|---|---|---|---|
| Cancelling | Revised | Cal. P.U.C. Sheet No. | 35240-E |

**ELECTRIC RULE NO. 11**                                        Sheet 6
DISCONTINUANCE AND RESTORATION OF SERVICE

C.  TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS OR CREDIT
    DEPOSIT REQUESTS—RESIDENTIAL (Cont'd.)

   3.  CORRECTED BILL OR CREDIT DEPOSIT REQUEST—RESIDENTIAL

       When PG&E has corrected the customer's bill or the requested credit deposit
       amount, service may not be terminated until the customer has received notices
       for the corrected amount in accordance with Rule 8.

D.  TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS OR CREDIT
    DEPOSIT REQUESTS—NONRESIDENTIAL

   Monthly bills for nonresidential service and credit deposits are due and payable upon
   presentation and will be considered past due if payment is not received
   by PG&E within 15 days after the bill is mailed to the customer.

   When a bill or credit deposit request has become past due and the customer has
   received notice in accordance with Rule 8, PG&E may terminate any and all services        (N)
   the customer is receiving unless an exception described in Sections D.1[1] through
   D.3, below, applies.

   1.  INABILITY TO PAY—NONRESIDENTIAL

       PG&E may, at its sole option, extend payment arrangements to a nonresidential         (N)
       customer who alleges an inability to pay[2].

       It is the customer's responsibility to contact PG&E to request payment
       arrangements.  If payment arrangements are made, such payment
       arrangements may be by Amortization Agreement, as described in
       Section D.1.a., below, or by Extension Agreement, as described in
       Section D.1.b., below.

       When the customer and PG&E have agreed upon payment arrangements,
       PG&E will not terminate service as long as the customer complies with the
       arrangements.  However, if the customer fails to comply, PG&E may terminate
       any and all services the customer is receiving after notice is given in accordance
       with Section D.1.a. and Section D.1.b., below.

---

[1]  PG&E will suspend disconnections for non-payment, waive reconnection and return check        (N)
     fees, and waive security deposit fee requirements for reestablishment of service for customers     |
     affected by a disaster as described in the Emergency Consumer Protection Plan definition in       |
     Electric Rule 1                                                                                    |
[2]  PG&E will work with customers to extend payment arrangements for any outstanding balances         |
     on their account for customers affected by a disaster as described in the Emergency Consumer      |
     Protection Plan definition in Electric Rule 1.                                                  (N)

(Continued)

| Advice | 5378-E | Issued by | Date Filed | September 7, 2018 |
|---|---|---|---|---|
| Decision | 18-08-004 | **Robert S. Kenney** | Effective | October 7, 2018 |
|  |  | Vice President, Regulatory Affairs | Resolution |  |

<table>
<tr><td rowspan="3"><strong>PG&E</strong><br>U 39</td><td rowspan="3"><strong>Pacific Gas and<br>Electric Company</strong><br><em>San Francisco, California</em></td><td></td><td>Revised</td><td><em>Cal. P.U.C. Sheet No.</em></td><td>13146-E</td></tr>
<tr><td><em>Cancelling</em></td><td>Revised</td><td><em>Cal. P.U.C. Sheet No.</em></td><td>11317-E</td></tr>
</table>

**ELECTRIC RULE NO. 11**         Sheet 7
DISCONTINUANCE AND RESTORATION OF SERVICE

D.  TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS OR CREDIT     (N)
    DEPOSIT REQUESTS—NONRESIDENTIAL (Cont'd.)

1.  INABILITY TO PAY—NONRESIDENTIAL (Cont'd.)

    a.  AMORTIZATION AGREEMENT—NONRESIDENTIAL

        An Amortization Agreement is a contract between PG&E and the customer
        by which the customer is allowed to make installment payments of a past
        due balance while also paying subsequent PG&E bills before these bills
        become past due.

        If the customer fails to comply with the Amortization Agreement, the entire
        amount owing will become immediately due and payable and service may be
        terminated.  However, service will not be terminated until the customer has
        received notice, either by telephone or in writing, at least 24 hours prior to
        termination.

    b.  EXTENSION AGREEMENT—NONRESIDENTIAL

        An Extension Agreement is a contract between PG&E and the customer by
        which the customer is allowed to make a single payment of a past due
        balance on or by a specified date while also paying subsequent PG&E bills
        before they become past due.

        When the customer has received a 7-day notice of termination and fails to
        comply with the Extension Agreement, the notice will remain in effect, and
        any and all services the customer is receiving may be terminated without
        further notice.

2.  BILLING OR CREDIT DEPOSIT REQUEST DISPUTE—NONRESIDENTIAL

    PG&E will not terminate service when a nonresidential customer has initiated a
    complaint or requested an investigation within five days of receiving a disputed
    bill or credit deposit request, until the customer has been given an opportunity for
    review of the dispute by PG&E or the CPUC in accordance with Rule 10.
    However, the customer must continue to pay subsequent undisputed PG&E bills
    before these bills become past due or the customer's service will be subject to
    termination in accordance with this rule and Rule 8.                        (N)

(Continued)

<table>
<tr><td><em>Advice</em></td><td>1436-E</td><td rowspan="3"><em>Issued by</em><br><strong>Robert S. Kenney</strong><br><em>Vice President, Regulatory Affairs</em></td><td><em>Date Filed</em></td><td>June 1, 1993</td></tr>
<tr><td><em>Decision</em></td><td></td><td><em>Effective</em></td><td>July 12, 1993</td></tr>
<tr><td></td><td></td><td><em>Resolution</em></td><td></td></tr>
</table>

**Pacific Gas and Electric Company**®

U 39   San Francisco, California

| | Revised | Cal. P.U.C. Sheet No. | 13147-E |
|---|---|---|---|
| Cancelling | Revised | Cal. P.U.C. Sheet No. | 11318-E |

**ELECTRIC RULE NO. 11**                    Sheet 8
DISCONTINUANCE AND RESTORATION OF SERVICE

D. TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS OR CREDIT          (N)
DEPOSIT REQUESTS—NONRESIDENTIAL (Cont'd.)

   3.   CORRECTED BILL OR DEPOSIT REQUEST—NONRESIDENTIAL

     When PG&E has corrected the customer's bill or the requested credit deposit
     amount, service may not be terminated until the customer has received notices
     for the corrected amount in accordance with Rule 8.          (N)

E. FAILURE TO ESTABLISH OR REESTABLISH CREDIT          (L)   (T)

   When PG&E provides service to an applicant before credit is established or
   continues service to a customer pending reestablishment of credit, and the
   applicant/customer fails to establish or reestablish credit in accordance with Rule 6,
   any and all services the customer is receiving may be terminated after notice has
   been given in accordance with Rule 8.

   PG&E will not restore the customer's service until the customer has complied with
   the Rule 6 requirements to establish or reestablish credit.          (L)   (T)

F. TERMINATION OF SERVICE FOR NONPAYMENT OF BILLS AT OTHER          (N)
LOCATIONS

   Any and all services the customer is receiving may be terminated for nonpayment of          (L)   (T)
   a bill for service previously supplied by PG&E to the same customer at another
   location after the customer has been given notices of termination in accordance with
   Rule 8, except that residential service shall not be terminated for nonpayment of a
   bill for any other class of service.  Nonresidential service may be terminated for
   nonpayment of a bill for any class of service.  Service shall not be terminated for
   nonpayment within 15 days after establishment of service at the new location.

   If the customer is receiving service at more than one location, any or all services
   may be terminated with proper notice for nonpayment of any bill at any location for
   PG&E service, except that residential service shall not be terminated for
   nonpayment of a bill for any other class of service.  Nonresidential service may be
   terminated for nonpayment of a bill for any class of service.          (L)   (T)

(Continued)

| Advice | 1436-E | Issued by | Date Filed | June 1, 1993 |
|---|---|---|---|---|
| Decision | | **Robert S. Kenney** | Effective | July 12, 1993 |
| | | Vice President, Regulatory Affairs | Resolution | |

**Pacific Gas and
Electric Company***

U 39    *San Francisco, California*

|  | Revised | *Cal. P.U.C. Sheet No.* | 13148-E |
|---|---|---|---|
| *Cancelling* | Revised | *Cal. P.U.C. Sheet No.* | 11319-E |

**ELECTRIC RULE NO. 11**    Sheet 9
DISCONTINUANCE AND RESTORATION OF SERVICE

G.  TERMINATION OF SERVICE—RETURNED CHECKS    (N)

When the customer has received notice of termination in accordance with Rule 8
and a check tendered in payment of the past due bill or credit deposit request for
residential or nonresidential service is returned unpaid, PG&E may terminate service
in accordance with Sections 1 and 2 below:

1.  RESIDENTIAL

When the customer has received a 15-day notice of termination, the notice will
remain in effect, and collection action will continue.  When the customer has
received a 48-hour notice of termination, the notice will remain in effect, and
service may be terminated without further notice.

2.  NONRESIDENTIAL

When the customer has received a 7-day notice of termination, the notice will
remain in effect, and service may be terminated without further notice.    (N)

H.  UNSAFE APPARATUS OR CONDITION

1.  PG&E may deny or terminate service to the customer immediately and without    (L)    (T)
notice when:

a.  PG&E determines that the premises wiring, or other electrical equipment, or
the use of either, is unsafe, or endangers PG&E's service facilities; or

b.  The customer threatens to create a hazardous condition; or

c.  Any governmental agency, authorized to enforce laws, ordinances or
regulations involving electric facilities and/or the use of electricity, notifies
PG&E in writing that the customer's facilities and/or use of electricity is
unsafe or not in compliance with applicable laws, ordinances, or
regulations.    (L)    (T)

(D)

(Continued)

| *Advice* | 1436-E | *Issued by* | *Date Filed* | June 1, 1993 |
|---|---|---|---|---|
| *Decision* |  | **Robert S. Kenney** | *Effective* | July 12, 1993 |
|  |  | *Vice President, Regulatory Affairs* | *Resolution* |  |

**Pacific Gas and
Electric Company***

San Francisco, California

U 39

| | | Revised | Cal. P.U.C. Sheet No. | 13149-E |
| --- | --- | --- | --- | --- |
| Cancelling | | Revised | Cal. P.U.C. Sheet No. | 11320-E |

**ELECTRIC RULE NO. 11**                    Sheet 10
DISCONTINUANCE AND RESTORATION OF SERVICE

H.   UNSAFE APPARATUS OR CONDITION (Cont'd.)                                    (T)   (L)

    2.   When relocation or replacement of electric service by PG&E is necessary, the
service, including the metering facilities, will be installed in locations mutually
acceptable to PG&E and the customer and which conform to current applicable
codes, regulations and standards. If no such mutually acceptable location can
be agreed upon, PG&E shall discontinue service until the customer and PG&E
reach agreement.                                                              (T)   (L)

    3.   SERVICE RESTORATION                                                        (T)

        a.   When the customer's service has been terminated either because of a
determination by PG&E that an unsafe apparatus or condition exists on the
premises, or because the customer has threatened to create a hazardous
condition, service will not be restored until PG&E determines the customer's
electrical wiring or equipment or the use of either, has been made safe.       (T)
When service is denied or terminated solely under these sections, the           (N)
customer may seek remedies before the CPUC.

        b.   When the customer's service has been terminated because of an order of
termination issued to PG&E by a governmental agency, service will not be
restored until PG&E has received authorization to restore the service from
the appropriate governmental agency.  It is the customer's responsibility to
resolve the matter with the governmental agency.                               (N)

    4.   PG&E does not assume the responsibility of inspecting or repairing the          (L)   (T)
customer's facilities, appliances or other equipment for receiving or using
service, or any part thereof.  In the event the customer has knowledge that the (T)
service is in any way defective, it is the customer's responsibility to notify PG&E (T)
at once.  PG&E shall not be liable or responsible for any plumbing, appliances,
facilities, or apparatus beyond the point of delivery which it does not own or
maintain in accordance with these rules.                                       (L)

(Continued)

| Advice | 1436-E | Issued by | Date Filed | June 1, 1993 |
| --- | --- | --- | --- | --- |
| Decision | | **Robert S. Kenney** | Effective | July 12, 1993 |
| | | *Vice President, Regulatory Affairs* | Resolution | |

**Pacific Gas and Electric Company**

PG&E  U 39    *San Francisco, California*

|  | Revised | *Cal. P.U.C. Sheet No.* | 13150-E |
|---|---|---|---|
| *Cancelling* | Revised | *Cal. P.U.C. Sheet No.* | 11321-E |

**ELECTRIC RULE NO. 11**    Sheet 11
DISCONTINUANCE AND RESTORATION OF SERVICE

I.  SERVICE DETRIMENTAL TO OTHER CUSTOMERS    (L)  (T)

PG&E will not supply service to a customer operating equipment which is considered by PG&E to be detrimental to either the service of other PG&E customers or to PG&E.  PG&E will terminate service and refuse to restore service to any customer who continues to operate such equipment after receiving notification from PG&E to cease.    (T)    (L)  (T)

J.  UNAUTHORIZED USE    (L)  (T)

1.  PG&E may terminate service without notice for unauthorized use of service as defined in Rule 17.2.  When the customer's service has been terminated under this section, PG&E may refuse to restore service until:    (N)

    a.  the unauthorized use has ceased, and

    b.  PG&E has received full compensation for all charges authorized in Rule 17.2.    (N)

2.  PG&E may terminate and refuse to restore service if the acts of the customer or conditions on the premises indicate an intent to deny PG&E full compensation for services rendered, including, but not limited to, any act which may result in a denial of service under Rule 3. PG&E shall provide the customer with the reasons for such termination and/or refusal to restore service.  When the customer's service has been terminated under this section, PG&E may refuse to restore service until:    (L)  (T) / (L)  (T) / (N)

    a.  the acts and/or the conditions described above have ceased or have been corrected to PG&E's satisfaction, and

    b.  PG&E has received full compensation for all charges resulting from the customer's acts or the conditions on the premises.    (N)

(Continued)

| Advice | 1436-E | *Issued by* | Date Filed | June 1, 1993 |
|---|---|---|---|---|
| Decision |  | **Robert S. Kenney** | Effective | July 12, 1993 |
|  |  | *Vice President, Regulatory Affairs* | Resolution |  |

| | | Revised | Cal. P.U.C. Sheet No. | 35241-E |
|---|---|---|---|---|
| **Pacific Gas and Electric Company** | Cancelling | Revised | Cal. P.U.C. Sheet No. | 34204-E |

U 39   San Francisco, California

**ELECTRIC RULE NO. 11**                                   Sheet 12
DISCONTINUANCE AND RESTORATION OF SERVICE

K.  NONCOMPLIANCE WITH PG&E'S TARIFFS

Unless otherwise specifically provided, PG&E may terminate gas and electric service to a customer for noncompliance with any of PG&E's tariffs if the customer fails to comply within five days after the presentation of written notification.  The customer shall comply with PG&E's tariffs before service will be restored.

L.  REVOCATION OF PERMISSION TO USE PROPERTY

If PG&E's service facilities and/or a customer's wiring to the meter are installed on property other than the customer's property and the owner of such property revokes permission to use it, PG&E will have the right to terminate service upon the date of such revocation.  If service is terminated under these conditions, the customer may have service restored under the provisions of PG&E's line and service extension rules.

M.  CHARGES FOR TERMINATION AND/OR RESTORATION OF SERVICE

1.  PG&E may require payment of the entire amount due, including the past due amount and current charges, payment of a deposit in accordance with Rule 7, and payment of other charges indicated herein, prior to restoring service to accounts which have been terminated for nonpayment.

2.  Returned check charge – See Rule 9.                                                (T)

3.  Field collection charge – See Rule 9.                                              (T)

(D)
|
|
(D)

(Continued)

| Advice | 4599-E | Issued by | Date Filed | March 6, 2015 |
|---|---|---|---|---|
| Decision | | **Steven Malnight** | Effective | April 5, 2015 |
| | | Senior Vice President | Resolution | |
| | | Regulatory Affairs | | |

| PG&E | **Pacific Gas and Electric Company**® | | Revised | Cal. P.U.C. Sheet No. | 42110-E |
|---|---|---|---|---|---|
| U 39 | San Francisco, California | Cancelling | Revised | Cal. P.U.C. Sheet No. | 40605-E |

**ELECTRIC RULE NO. 11**                                           Sheet 13
DISCONTINUANCE AND RESTORATION OF SERVICE

M.  CHARGES FOR TERMINATION AND/OR RESTORATION OF SERVICE (Cont'd.)

4.  PG&E may require payment of a reconnection charge of $17.50 per connection before restoring service that has been terminated for nonpayment of bills, to prevent fraud, or for failure to comply with PG&E's tariffs.  For customers receiving the CARE discount, PG&E may require payment of a reconnection charge of $11.25 per connection before restoring service that has been terminated for nonpayment of bills, to prevent fraud, or for failure to comply with PG&E's tariffs.

5.  In addition, PG&E may charge and collect any unusual costs incidental to the termination or restoration of service which have resulted from the customer's action or negligence.

N.  VEGETATION MANAGEMENT

PG&E may disconnect service to a customer or property owner who obstructs access to overhead power-line facilities for vegetation management activities, subject to the following conditions:

1.  The authority to disconnect service to a customer is limited to situations where:

a.  There is breach of the minimum vegetation clearances required for power lines in General Order (GO) 95, Rule 35, Table 1, Cases 13 and 14 under the provisions in effect at the time the breach is discovered.                            (N)

b.  In the High Fire-Threat District, as defined by GO 95, Rule 21.2-D, there is breach of the minimum vegetation clearances required for power lines and support structures in Cal. Pub. Res. Code §§ 4292 and 4293 for State Responsibility Areas.

c.  In the High Fire-Threat District, PG&E has obtained from an arborist a written determination that a dead rotten, diseased, leaning, or overhanging tree (or parts thereof) poses an imminent or immediate risk for falling onto, or otherwise contacting, a power line. The written determination shall provide one or more photographs of the tree and explain the basis for the arborist's determination. The arborist shall possess dual certification from the International Society of Arboriculture as a Certified Master Arborist and a Certified Utility Specialist. An "imminent risk" as a risk that will, in the arborist's professional judgement, very likely to be realized at any moment. An "immediate risk" is a risk that will, in the arborist's professional judgement, certainly be realized at any moment.                            (N)

(L)

(Continued)

| Advice | 5251-E | Issued by | Date Filed | March 12, 2018 |
|---|---|---|---|---|
| Decision | 17-12-024 | **Robert S. Kenney** | Effective | July 12, 2018 |
| | | Vice President, Regulatory Affairs | Resolution | |

| | Pacific Gas and Electric Company* | | Revised | Cal. P.U.C. Sheet No. | 42111-E |
|---|---|---|---|---|---|
| | | Cancelling | Original | Cal. P.U.C. Sheet No. | 31438-E |
| U 39 | San Francisco, California | | | | |

**ELECTRIC RULE NO. 11**                                Sheet 14
DISCONTINUANCE AND RESTORATION OF SERVICE

N. VEGETATION MANAGEMENT (Cont'd.)

2. The authority to disconnect service to a customer who obstructs vegetation management activities does not extend to customers that are state and local governments and agencies.  (L)

3. The authority to disconnect service to a customer is limited to one meter serving the property owner's primary residence, or if the property owner is a business entity, the entity's primary place of business. This one meter is in addition to disconnecting service, if necessary for public safety, at the location of the vegetation-related fire hazard.  (L)

4. Prior to disconnecting service, PG&E shall follow the then current procedures and notice requirements applicable to discontinuance of service for non-payment, including the requirements applicable for sensitive customers, customers who are not proficient in English, multifamily accommodations, and other customer groups, except as set forth in section 5 below.  (T)

   a. To the extent practical, the applicable procedures and notice requirements shall be completed prior to a breach of the minimum vegetation clearances required by (i) GO 95, Rule 35, Table 1, Cases 13 and 14, and /or (ii) Cal. Pub. Res. Code §§ 4292 and 4293.  (T) (N)

   b. In situations that pertain to Section 1.c above, the notice shall include the arborist's written determination and photographs provided to the PG&E.  (N)

5. For vegetation hazards in Item 1, above, that pose an immediate threat to public safety, PG&E may disconnect service to the obstructing property owner's residence or primary place of business at any time without prior notice, except when the customer receives service under a medical baseline allowance. If service is disconnected without prior notice, PG&E shall attempt to contact the property owner for five consecutive business days by daily visits to the property owner's residence or primary place of business, in addition to sending a written notice, to inform the property owner why service has been disconnected and how to restore service. If PG&E determines that it is necessary to disconnect service to a medical baseline customer, PG&E shall attempt to notify the customer by telephone prior to the service disconnection.  (T)

(Continued)

| Advice | 5251-E | Issued by | Date Filed | March 12, 2018 |
|---|---|---|---|---|
| Decision | 17-12-024 | **Robert S. Kenney** | Effective | July 12, 2018 |
| | | Vice President, Regulatory Affairs | Resolution | |

**Pacific Gas and Electric Company**°

PG&E

U 39    San Francisco, California

Original    *Cal. P.U.C. Sheet No.*    42112-E

**ELECTRIC RULE NO. 11**    Sheet 15
DISCONTINUANCE AND RESTORATION OF SERVICE

N. VEGETATION MANAGEMENT (Cont'd.)    (L)
|
|
6. SERVICE RESTORATION    |
(L)
When a customer's service has been terminated because access to overhead    (D)(L)
electric facilities for vegetation management purposes has been obstructed,    (D)(L)
the customer's service will not be restored until appropriate vegetation    (L)
management has been achieved or the vegetation hazard has been mitigated,    |
and payment for all applicable restoration of service charges as provided in    |
Electric Rule 11, Section M, Charges for Termination and/or Restoration of    |
Service have been received.    |
(L)

| | | | | |
|---|---|---|---|---|
| *Advice* | 5251-E | *Issued by* | *Date Filed* | March 12, 2018 |
| *Decision* | 17-12-024 | **Robert S. Kenney** | *Effective* | July 12, 2018 |
| | | *Vice President, Regulatory Affairs* | *Resolution* | |