Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 18 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>YUETING JIA,[1]<br>　　　　Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE PURSUANT TO FED. R. BANKR. P. 4007(C) AS TO LIUHUAN SHAN**<br><br>[No Hearing Required] |

　　　　The Court, having read and considered the *Second Stipulation to Extend Deadline Pursuant to Fed. R. Bankr. P. 4007(c) as to Liuhuan Shan* (the "Stipulation") [Docket No. 332][2], in which the parties indicated they need more time to continue discussions.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

DOCS_LA:327608.1 46353/002

Based on the foregoing, IT IS ORDERED:

1. The Stipulation is approved.

2. The Rule 4007(c) Deadline, only as to Liuhuan Shan, is further extended from February 18, 2020, to March 19, 2020.

3. Any subsequent requests for further extensions must contain a specifically outlined cause and an explanation why the 2nd extension was insufficient.

### #

Date: February 18, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:327608.1 46353/002