1  Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
2  PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA 90067-4114
Telephone:  310/277-6910
4  Facsimile:  310/201-0760
Email:  jpomerantz@pszjlaw.com
5        mlitvak@pszjlaw.com

6  [Proposed] Attorneys for the Official Committee of
Unsecured Creditors

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                          **NORTHERN DIVISION**

10  | In re: | Case No.: 19-bk-11753-MB |
| --- | --- |
11  | HVI CAT CANYON, INC. | Chapter 11 |
12  | Debtor. | **NOTICE OF FILING OF APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF COLE SCHOTZ P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE FOR THE PERIOD AUGUST 27, 2019 THROUGH SEPTEMBER 11, 2019** |
| | [No Hearing Required] |

17  **TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE,**
18  **THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES**
**TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

19      **PLEASE TAKE NOTICE** the Official Committee of Unsecured Creditors (the "Committee")

20  appointed in the bankruptcy case of HVI Cat Canyon, Inc. (the "Debtor"), has filed its application (the

21  "Application") to employ Cole Schotz P.C. as its co-counsel ("Cole Schotz") for the limited period of

22  August 27, 2019 through September 11, 2019 (the "CS Retention Period") for the performance of the

23  following services during that time:

24      • advise the Committee with respect to its rights, duties, and powers in this Chapter 11
Case;
25
26      • assist and advise the Committee in its consultations with the Debtor relative to the
administration of this Chapter 11 Case;

27      • assist the Committee in analyzing the claims of the Debtor's creditors and the Debtor's
capital structure and in negotiating with holders of claims;
28

DOCS_LA:324434.2 38336/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

- assist the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtor, and its insiders and affiliates, and of the operation of the Debtor's businesses;

- assist the Committee in its investigation of the liens and claims of the Debtor's lenders and the prosecution of any claims or causes of action revealed by such investigation;

- assist the Committee in its analysis of, and negotiations with, the Debtor or any third-party concerning matters related to, among other things, the assumption or rejection of leases of nonresidential real property and executory contracts, asset dispositions, financing or other transactions, and the terms of one or more plans of reorganization for the Debtor and accompanying disclosure statements and related plan documents;

- assist and advise the Committee in communicating with unsecured creditors regarding significant matters in this Chapter 11 Case;

- represent the Committee at hearings and other proceedings;

- review and analyze applications, orders, statements of operations, and schedules filed with the Court and advise the Committee as to their propriety;

- assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives;

- prepare, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections or comments in connection with any of the foregoing;

- handle matters that are not appropriately handled by lead Committee counsel, Pachulski Stang Ziehl & Jones LLP, because of actual and potential conflict of interest issues; and

- perform such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law.

**PLEASE TAKE FURTHER NOTICE** that subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, Cole Schotz requests that its customary hourly rates in effect from time to time be utilized to reimburse Cole Schotz according to its customary reimbursement policies. The attorneys and paralegals who were primarily responsible for representing the Committee during the CS Retention Period, and their standard hourly rates are:[1]

---

[1] Pursuant to Cole Schotz's internal operating procedures, Cole Schotz generally adjusts the hourly rates of its professionals annually, to take effect September 1 of that year. In light of the *di minimus* amount of time expensed by Cole Schotz professionals from August 27, 2019 to August 31, 2019, the administrative burden and costs associated therewith for adjusting time entries, and the time and costs declaring and explaining the same in any monthly fee statement, interim fee application, and final fee application, Cole Schotz will charge the rates effective September 1, 2019 through the remainder of the CS Retention Period.

2

DOCS_LA:324434.2 38336/002

| Name | Title | Hourly Rate |
|------|-------|-------------|
| Michael D. Warner | Member | $840 |
| Benjamin L. Wallen | Associate | $350 |
| Kerri LaBrada | Paralegal | $265 |

Other attorneys, paralegals, and case management clerks may assist in representing the Committee.  The range of hourly rates for such professionals are, at this time, as follows:

|  | Rates |
|------|-------|
| Members | $430 - $990 |
| Associates | $260 - $480 |
| Paralegals | $175 - $305 |

**PLEASE TAKE FURTHER NOTICE** that Cole Schotz has not received any retainer in connection with this case.  Cole Schotz understands that its compensation in the case is subject to the prior approval of the Court.  No compensation will be paid except upon application to and approval by the Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Committee, its proposed counsel, and the United States Trustee no later than fourteen days from

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

DOCS_LA:324434.2 38336/002

1    the date of service of this notice.  A copy of the Application can be obtained by contacting Beth Dassa,

2    Paralegal, Pachulski Stang Ziehl & Jones  LLP, 10100 Santa Monica Boulevard, 13th Floor, Los

3    Angeles,  CA  90067,  Telephone:  (310)  277-6910,  Facsimile  (310)  201-0760,  email:

4    bdassa@pszjlaw.com.

5    Dated:    October 1, 2019                    PACHULSKI STANG ZIEHL & JONES  LLP

6

7                                                By        /s/ *Jeffrey N. Pomerantz*
                                                            [Proposed] Attorneys for Official Committee
                                                            of Unsecured Creditors
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

DOCS_LA:324434.2 38336/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify):*  **NOTICE OF FILING OF APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF COLE SCHOTZ P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE FOR THE PERIOD AUGUST 27, 2019 THROUGH SEPTEMBER 11, 2019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 2, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **October 2, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
Office of the U.S. Trustee
Brian Fittipaldi
1415 State Street, Suite 148
Santa Barbara, CA  93101

⊠ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 2, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA  91367-6603

⊠ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2019 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324811.4 38336/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-11573-MB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Jeannie Kim    jkim@friedmanspring.com
- Michael L Moskowitz    mlm@weltmosk.com, jg@weltmosk.com;aw@weltmosk.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com,
  janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com,
  mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Fred Whitaker    lshertzer@cwlawyers.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

**SERVED BY EMAIL**

- Carolyn Virginia Carollo    carolyncarollo@snowspencelaw.com, janissherrill@snowspencelaw.com
- Sid J. Garabato    rjacobs@ecf.epiqsystems.com
- Elizabeth Mary Guffy    eguffy@lockelord.com
- Alan Harry Katz    akatz@lockelord.com
- Jarrod Barclay Martin    jarrod.martin@mhllp.com, lara.coleman@mhllp.com
- Kevin D. McCullough    kdm@romclaw.com, rdecorte@romclaw.com
- Shannon Smith Thomas    sthomas@romclaw.com, rdecorte@romclaw.com
- United States Trustee    ustpregion06.da.ecf@usdoj.gov
- Eric M. Van Horn    ericvanhorn@spencerfane.com

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| AKIN GUMP STRAUS HAUER & FELD | STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE | JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP | DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA | XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV; JOHN.KEITH@DOJ.CA.GOV |
| BRIAN CORSON, IN HIS INDIVIDUAL CAPACITY | | BRIAN@HUBMAC.COM |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CA ATTORNEY GENERAL'S OFFICE | ATTN: XAVIER BECERRA | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION | SHARON ARMSTRONG | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | STATE WATER RESOURCES CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | BETTY T. YEE | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | STATE WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| COLORADO DEPT OF PUBLIC HEALTH AND ENVIRONMENT | | CDPHE.INFORMATION@STATE.CO.US |
| CONWAY MACKENZIE, INC. | JOHN YOUNG AND DAN FERTIG | JYOUNG@CONWAYMACKENZIE.COM;DFERTIG@CONWAYMACKENZIE.COM |
| DIAMOND MCCARTHY LLP | ALLAN DIAMOND AND SHERYL P. GIUGLIANO | ADIAMOND@DIAMONDMCCARTHY.COM; SGIUGLIANO@DIAMONDMCCARTHY.COM |
| EPA REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| ESCOLLE TENANTS IN COMMON | VINCENT T. MARTINEZ | VMARTINEZ@TWITCHELLANDRICE.COM |
| FRIEDMAN & SPRINGWATER LLP | ELLEN A.FRIEDMAN | EFRIEDMAN@FRIEDMANSPRING.COM |
| GANONG LAW | PHILIP GANONG | PHIL@GANONGLAW.COM; NANCY@GANONGLAW.COM |
| GLR, LLC | VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HANNA AND MORTON LLP | ATTN: EDWARD S. RENWICK | ERENWICK@HANMOR.COM |
| HVI CAT CANYON, INC. | ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC. | M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC. | RANDEEP S. GREWAL, CHAIRMAN AND CEO | RSG@GREKA.COM |
| LARSEN O'BRIEN LLP | ROBERT C. O'BRIEN; PAUL A. RIGALI, STEVEN E. BLEDSOE, HAEWON PARK, MELISSA VASQUEZ | ROBRIEN@LARSONOBRIENLAW.COM; PRIGALI@LARSONOBRIENLAW.COM; SBLEDSOE@LARSONOBRIENLAW.COM; HPARK@LARSONOBRIENLAW.COM; MVASQUEZ@LARSONOBRIENLAW.COM |
| LOEB & LOEB | | SROSENTHAL@LOEB.COM; MSOCHEN@LOEB.COM; VRUBENSTEIN@LOEB.COM; MVOLK@LOEB.COM; DMILLER@LOEB.COM |
| MUSICK, PEELER & GARRETT LLP | LAURA K. McAVOY | L.MCAVOY@MUSICKPEELER.COM |
| NEW YORK STATE DEPT OF ENVIRONMENTAL CONSERVATION | | CONTACT@DEC.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG M. ZIPES, ESQ. | GREG.ZIPES@USDOJ.GOV |
| O'MELVENY & MYERS LLP | DANIEL L. CANTOR AND SAMANTHA M. INDELICATO, ESQS. | DCANTOR@OMM.COM; SINDELICATO@OMM.COM |
| O'MELVENY & MYERS LLP | EVAN M. JONES | EJONES@OMM.COM; BMETCALF@OMM.COM |
| PACIFIC PETROLEUM CALIFORNIA, INC. | JOHN HOCHLEUTNER | JOHN@PPCINC.BIZ |
| PG&E | MARCELLUS TERRY & DENISE A. NEWTON | PGEBANKRUPTCY@PGE.COM; MXTN@PGE.COM; MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DEVIN VAN DER HAHN AND PATRICIA D. TOMASCO, ESQS. | DEVINVANDERHAHN@QUINNEMANUEL.COM; PATTYTOMASCO@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PETER CALAMARI, ESQ. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D | JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VIDA MCISAAC | VMCISAA@CO.SANTA-BARBARA.CA.US |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| SHERRILL A. SCHOEPE | | S.WETZLER@MUSICKPEELER.COM |
| STATE OF COLORADO ATTORNEY GENERAL | PHIL WEISER | ATTORNEY.GENERAL@COAG.GOV |
| THE LAW OFFICE OF SUSAN M. WHALEN | SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| VICTORY OIL | ERIC JOHNSON | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP | RACHAEL L. FOUST, ESQ. | RACHAEL.FOUST@WEIL.COM |
| WELTMAN & MOSKOWITZ, LLP | RICHARD E. WELTMAN | REW@WELTMOSK.COM |
| WEST COAST WELDING & CONSTR. I | MICHAEL BARBEY | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | | CARAMEL@HOTMAIL.COM |

## SERVED BY FACSIMILE:

| ANN JENNY SCHUPP | c/o M H WHITTIER CORP. | 626-441-0420 |
|------------------|------------------------|--------------|
| BRUCE S. GELBER | DEPUTY ASST ATTORNEY GENERAL ENVIRONMENTAL & NATURAL RESOURCES DIV. | 202-616-2427 202-514-0097 |
| CALIFORNIA OSHA | | 510-286-7037 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | 703-386-7037 267-941-1015 |
| INTERNAL REVENUE SERVICE | SMALL BUSINESS / SELF-EMPLOYMENT DIV. | 866-717-8302 |
| J.P. MORGAN-CHASE | MICHAEL KERNEY | 212-759-1675 |
| SANTA BARBARA COUNTY – APCD | AERON ARLIN GENET | 805-961-8801 |
| W.J. KENNY CORP. | c/o ALLFIRST BANKCORP TRUST c/o M&T BANK | 716-635-4230 |

## SERVED BY UNITED STATES MAIL:

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

## REQUESTS FOR SPECIAL NOTICE

**Attorneys for Diamond McCarthy LLP**
Diamond McCarthy LLP
Attn: Sheryl P. Giugliano
295 Madison Avenue, 27th Floor
New York, NY 10017

**Attorneys for Diamond McCarthy LLP**
Diamond McCarthy LLP
Attn: Christopher D. Sullivan
150 California Street, Suite 2200
San Francisco, CA 94111

**Attorneys for Bradley Land Co.**
Musick, Peeler & Garrett LLP
Attn: Laura K. McAvoy
2801 Townsgate Road, Suite 200
Westlake Village, CA 91361

**Attorneys for GIT, Inc.**
Quinn Emanuel Urquhart & Sullivan LLP
Attn: Peter Calamari
51 Madison Avenue, 22nd Floor
New York, NY 10010

**Attorneys for GIT, Inc.**
Quinn Emanuel Urquhart & Sullivan LLP
Attn: Devin van der Hahn
711 Louisiana, Suite 500
Houston, TX 77002

**Attorneys for GIT, Inc.**
Quinn Emanuel Urquhart & Sullivan LLP
Attn: Razmig Izakelian
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Attorneys for Creditor Pacific Gas &**
**Electric Company**
Friedman & Springwater, LLP
Attn: Ellen A. Friedman
    Ruth Stoner Muzzin
350 Sansome Street 210
San Francisco, CA 94104

Ann Jenny Schupp
c/o M H Whittier Corp.
1600 Huntington Drive
South Pasadena, CA 91030

California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0500

Charles C. Albright Trustee
729 West 16th Street, #B8
Costa Mesa, CA 92627

HVI Cat Canyon, Inc.
P.O. Box 5489
Santa Maria, CA 93456

J. P. Morgan-Chase
Michael Kerney
450 West 33rd Street, 15th Floor
Ref: 030057 Nassau Assoc-Saba
New York, NY 10041

State of New York Attorney General
Attn: Letia A. James
Dept. of Law
The Capitol, 2nd Floor
Albany, NY 12224

UBS AG, London Branch
Julian Gould
600 Washington Blvd.
Stamford, CT 06901

Wyatt Sloan-Tribe, Esq.
Office of The Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

**Attorneys for Buganko**
Philip W. Ganong
Ganong Law
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

**Attorneys for UBS AG, London Branch**
O'Melveny & Myers LLP
Attn: Brian M. Metcalf
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899

Bruce S. Gelber
Deputy Asst. Attorney General
Environment & Natural Resources Div.
950 Pennsylvania Avenue
Washington, DC 20530

California Osha
1515 Clay Street, Suite 1901
Oakland, CA 94612

Diane T. Walker
748 Oceanville Road
Stonington, ME 04681-9714

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Northern California Collection
Service, Inc.
700 Leisure Lane
Sacramento, CA 95815

Stoner Family Trust
James G. Sanford Trustee
100 West Liberty St., Suite 900
Reno, NY 89501

U.S. Attorney's Office - SDNY
Attn: Anthony Sun, Asst. U.S. Attorney
Tax & Bankruptcy Unit
86 Chambers St., 3rd Floor
New York, NY 10007

Buganko, LLC
2200 Ross Avenue
Suite 4800 West
Dallas, TX 75201-2708

**Attorneys for Eller Family Trust**
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
    Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764

California Dept. of Toxic Substance Control
(Berkley Regional Office)
700 Heinz Avenue, Suite 200
Berkeley, CA 94710-2721

California State Controller
Betty T. Yee
Tax Administration Section
P.O. Box 942850
Sacramento, CA 94250-5880

First American Title Insurance Co.
Trustee for UBS AG London Branch
4380 La Jolla Village Drive, Suite 110
San Diego, CA 92122

Internal Revenue Service
(Small Business/Self-Employment Div)
5000 Ellin Road
Lanham, MD 20706

Santa Barbara County - APCD
Aeron Arlin Genet
260 North San Antonio Road
Santa Barbara, CA 93110

U.S. Department Of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

W. J. Kenny Corp.
c/o Allfirst Bankcorp Trust
c/o M&T Bank
One M&T Plaza
Buffalo, NY 14203

**Attorneys for CTS Properties, Ltd.**
Locke Lord LLP
200 Vessey Street
New York, NY 10281-1006

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:324811.4 38336/002

**F 9013-3.1.PROOF.SERVICE**

Samantha M. Indelicato
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

Gary Svirsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

Sid J. Garabato
Epiq Corporate Restructuring, LLC
777 Third Avenue, 12th Floor
New York, NY 10017

California State Lands Commission
Richard D. Nobles
100 Howe Avenue, Suite 100 S
Sacramento, CA  95825-8219

Pacific Gas & Electric Company
P.O. 8329
Stockton, CA  95208-0329

Dept. of Conservation, Div. of Oil
c/o California Dept. of Justice
Attn:  Christina Bull Arndt,
    Supervising Deputy Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA  90013-1256

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX  75242-0996

Victory Oil
Attn:  Eric Johnson
222 West 6th Street, Suite 1010
San Pedro, CA  90731

Bradley Land Company
c/o Musick, Peeler & Garrett LLP
One Wilshire Building
624 S. Grand Avenue, Suite 2000
Los Angeles, CA  90017-3321

Direct Energy Business Marketing, LLC
d/b/a Direct Energy Business
c/o McDowell Hetherington LLP
1001 Fannin, Suite 2700
Houston, TX  77002-6736

Harry Hagen, Treasurer/Tax Collector,
   Santa Barbaba Cty.
c/o Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX  77019-7125

County Of Santa Barbara, CA
c/o Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX  77019-7125

Santa Barbara County Air
   Pollution Control
c/o Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX  77019-7125

Epiq Corporate Restructuring, LLC
f/k/a Bankruptcy Services LLC
777 Third Avenue, 12th Floor
New York, NY  10017

Kern County Treasurer – Tax Collector
c/o Linda Delgado
P.O. Box 579
Bakersfield, CA  93302

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:324811.4 38336/002

**F 9013-3.1.PROOF.SERVICE**