**WELTMAN & MOSKOWITZ, LLP**

ATTORNEYS AT LAW

270 MADISON AVENUE

NEW YORK, NEW YORK 10016-0603

(212) 684-7800

FAX: (212) 684-7995

www.weltmosk.com

info@weltmosk.com

MICHAEL L. MOSKOWITZ
RICHARD E. WELTMAN*

MICHELE K. JASPAN*
MELISSA A. GUSEYNOV

*ALSO ADMITTED IN NJ

575 UNDERHILL BOULEVARD
SYOSSET, NEW YORK 11791-3431
(516) 931-4088

18 COLUMBIA TURNPIKE
SUITE 200
FLORHAM PARK, NEW JERSEY 07932-2266
(201) 794-7500
FAX (201) 625-6475

October 4, 2019

**VIA ECF AND EMAIL (ana_gasparian@cacb.uscourts.gov)**

Honorable Martin R. Barash, U.S.B.J.
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, California 91367

      Re:    In re: HVI Cat Canyon, Inc., Debtor
               Chapter 11 Case
               Case No. 9:19-bk-11573-MB

Dear Judge Barash:

      This firm is counsel to HVI Cat Canyon, Inc. ("Debtor"), debtor and debtor-in-possession, in the above-referenced chapter 11 case.

      As requested by the Court at the hearing before your Honor on October 3, 2019, please find the proposed budget ("Proposed Budget") for your Honor's consideration. Debtor respectfully requests that the Court approve this budget substantially in this form.

      Also annexed hereto and filed herewith is Debtor's most recent variance ("Variance Report") report establishing Debtor's compliance with the budget to date. The Variance Report notes that certain payments in the Proposed Budget have already been made as necessary and on consent of both UBS AG, London Branch ("UBS") and the Official Committee of Unsecured Creditors ("UCC") pursuant to the most recent bridge order permitting use of cash collateral entered by the United States Bankruptcy Court for the Northern District of Texas ("Bridge Order") on September 12, 2019. The Bridge Order permitted the parties to extend payments under the Interim Order for a two-week period on consent of UBS and UCC.

      Thank you for your time and consideration.

                                                      Respectfully submitted,

                                                      */s/ Adrienne Woods*

                                                      ADRIENNE WOODS

Enclosures