| | HVI CAT CANYON INC.<br>weeks 9-13 budget | Forecast<br>Week 9<br>23-Sep-19 | Forecast<br>Week 10<br>30-Sep-19 | Forecast<br>Week 11<br>7-Oct-19 | Forecast<br>Week 12<br>14-Oct-19 | Forecast<br>Week 13<br>21-Oct-19 | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | Beginning Cash Balance | 346,221 | 126,907 | 128,342 | 64,720 | 1,446 | 346,221 |
| 2 | | | | | | | |
| 3 | **Cash Inflows (*)** | | | | | | |
| 4 | SMV | 200,000 | 254,003 | 360,000 | 360,000 | 859,100 | 2,033,103 |
| 5 | Redu | | | | | 61,283 | 61,283 |
| 6 | Belridge | | | | | 77,167 | 77,167 |
| 7 | **Total Cash Inflows** | **200,000** | **254,003** | **360,000** | **360,000** | **997,550** | **2,171,553** |
| 8 | | | | | | | |
| 9 | Royalties | (159,325) | | | | | (159,325) |
| 10 | Escrow Royalties(**) | (31,602) | | | | | (31,602) |
| 11 | **Total Cash Inflows** | **9,073** | **254,003** | **360,000** | **360,000** | **997,550** | **1,980,626** |
| 12 | | | | | | | |
| 13 | **Cash Outflows** | | | | | | |
| 14 | **Operating Expenses** | | | | | | |
| 15 | | | | | | | |
| 16 | Payroll Checks | 82,044 | | 82,044 | | 76,753 | 240,841 |
| 17 | Payroll Taxes | | 27,431 | | 27,431 | - | 54,861 |
| 18 | Garnishment & Child Supports | | 1,320 | | 1,320 | | 2,639 |
| 19 | Surface Rents (****) | | 63,643 | | | | 63,643 |
| 20 | Consultants | 9,008 | | 9,008 | | 9,008 | 27,023 |
| 21 | Phones | 2,000 | 2,000 | 2,000 | 1,500 | 2,000 | 9,500 |
| 22 | Power PG&E | - | | 248,000 | | - | 248,000 |
| 23 | Power SoCalEdison | - | 25,000 | - | - | - | 25,000 |
| 24 | Waste Mangement | | | | | | - |
| 25 | Water | - | 508 | 624 | 1,276 | - | 2,409 |
| 26 | SouthernCalGas | - | 87 | - | 65 | - | 151 |
| 27 | Portable Restrooms | 169 | - | 1,196 | 485 | 169 | 2,020 |
| 28 | Alarms | - | - | - | 663 | - | 663 |
| 29 | Cafeteria | - | - | - | 275 | - | 275 |
| 30 | Copies | - | - | - | 231 | - | 231 |
| 31 | Chemicals | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 50,000 |
| 32 | Pumps | 15,000 | 15,000 | 15,000 | - | 20,000 | 65,000 |
| 33 | Gasoline | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 57,500 |
| 34 | Transportation | | | | | 267,521 | 267,521 |
| 35 | Vacuum Trucks | | | | | | - |
| 36 | LCR | | | | | 430,000 | 430,000 |
| 37 | Electricians | 5,000 | 5,000 | 5,000 | 5,000 | - | 20,000 |
| 38 | Welders | | 2000 | 2000 | 2000 | 2500 | 8,500 |
| 39 | Supplies (Belts-Parts) | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 10,000 |
| 40 | Parts (Compressor, Pipe, others) | 8,000 | 8,000 | - | 8,000 | 8,000 | 32,000 |
| 41 | Clean Chemical towers | | 1,480 | | 1,480 | - | 2,960 |
| 42 | Vehicle maintenance | 4000 | 4000 | | 4000 | 4000 | 16,000 |
| 43 | Drink Water | 150 | - | 150 | 150 | - | 450 |
| 44 | Weed abatement | 5,268 | 5,000 | 5,000 | 5,268 | 5,000 | 25,537 |
| 45 | Well Analysis | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 15,000 |
| 46 | Compliance | 20,000 | | 20,000 | | | 40,000 |
| 47 | Fire Department | 36,730 | | 5,000 | | 5000 | 46,730 |
| 48 | APCD | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 10,000 |
| 49 | Settlement Agreement | | | | | | - |
| 50 | Escrow - Surface Rents(**) | | 7500 | | | | 7,500 |
| 51 | **Total Operating Expenses** | **215,869** | **196,467** | **423,522** | **87,644** | **858,451** | **1,781,954** |
| 52 | | | | | | | |
| 53 | **G&A Expenses** | | | | | | |
| 54 | | | | | | | |
| 55 | **Bank Charges & fees** | 100 | 100 | 100 | 100 | 100 | 500 |
| 56 | **Insurances** | 12418 | | | | 12,418 | 24,836 |
| 57 | **Chapter 11 Professional fees (**)** | | 23,000 | | 335,530 | | 358,530 |
| 58 | **Backoffice & Administrative (***)** | | 33000 | | | 109000 | 142,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 59 | **Total G&A** | **12,518** | **56,100** | **100** | **335,630** | **121,518** | **525,866** |
| 60 | | | | | | | |
| 61 | **Growth Production Capex** | | | | | | |
| 62 | SMV | | | | | | - |
| 63 | BELRIDGE | | | | | | - |
| 64 | REDU | | | | | | - |
| 65 | | | | | | | |
| 66 | Total Growth Production | - | - | - | - | - | - |
| 67 | | | | | | | |
| 68 | **Total Cash Outflows** | 228,387 | 252,567 | 423,622 | 423,274 | 979,969 | 2,307,819 |
| 69 | | | | | | | |
| 70 | **Net Cash Flow** | (219,314) | 1,435 | (63,622) | (63,274) | 17,581 | (327,194) |
| 71 | | | | | | | |
| 72 | **Ending Cash Balance** | **126,907** | **128,342** | **64,720** | **1,446** | **19,027** | **19,027** |
| 73 | | | | | | | |
| 74 | **Working capital (ex-Growth Production)** | (219,314) | 1,435 | (63,622) | (63,274) | 17,581 | (327,194) |

(*)Forecast depent on actual delivered barrels and price
(**) Not approved under Interim Cash Collateral Order
(***) Only payments for Reimbursement of HVI employee expenses appoved under the Cash Collateral order
(****) Buganko Lease Rejected