LOEB & LOEB LLP
MARC S. COHEN (SBN 65486)
mscohen@loeb.com
DONALD A. MILLER (SBN 228753)
dmiller@loeb.com
STEVEN S. ROSENTHAL (SBN 109739)
srosenthal@loeb.com
ALICIA M. CLOUGH (SBN 260012)
aclough@loeb.com
MARIAH V. S. VOLK (SBN 323068)
mvolk@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

*Attorneys for the California State Lands Commission*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-BK-11573-MB |
| HVI CAT CANYON, INC., | Assigned to Hon. Martin R. Barash |
| Debtor. | Chapter 11 |
| | **CALIFORNIA STATE LAND COMMISSION'S LIMITED OBJECTION TO APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 16, 2019** |
| | [Local Bankruptcy Rule 9013-1(f)(1)] |
| | Requested Hearing Date: October 28, 2019
Requested Hearing Time: 10:00 a.m.
Place: 1415 State Street, Courtroom 202
           Santa Barbara, CA 93101
Judge: The Honorable Martin R. Barash |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18230469.1
232604-10002

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING ELECTRONIC NOTICE OF FILING:**

The California State Lands Commission (the "Commission") hereby submits this limited objection to, and request for a hearing on, the Application for Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of August 16, 2019 [Docket No. 214] (the "Pachulski Employment Application").

Pursuant to the Pachulski Employment Application, the Official Unsecured Creditors' Committee (the "Committee") appointed in the case of HVI Cat Canyon, Inc. ("HVI" or the "Debtor") seeks to employ the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ") as its counsel, effective as of August 16, 2019.

The Commission submits this objection because Local Bankruptcy Rule 9013-1(f)(1) requires any response to an employment application and request for hearing to be he filed with the Court and served on the Committee, its proposed counsel, and the United States Trustee no later than fourteen days from the date of service of this notice. The Pachulski Employment Application was filed on September 20, 2019, meaning that any response must be submitted by October 4, 2019.

The Commission believes that the request for authorization to employ PSZJ is premature because a significant number of creditors intend to apply for appointment of a Chapter 11 trustee. If a Chapter 11 trustee is appointed, it is likely that the duties and oversight of the Committee will be scaled back considerably. The Commission, as a significant creditor of the Debtor's estate, has serious concerns about duplication of efforts between a Chapter 11 trustee and his/her professionals, on the one hand, and the Committee and its professionals, on the other hand.[1]

---

[1] The Commission is a major creditor of the debtor in the case of Rincon Island Limited Partnership ("RILP," currently winding down in the Northern District of TX Bk Court, Case No. 16-33174). The Commission's claim is $78,876,162 (as of May 10, 2018). HVI was the general partner of RILP and the entity in control of RILP until the day RILP filed for Chapter 11 relies on August 8, 2016. On that day, RILP's insiders – presumably to shield the new entity from potential

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18230469.1
232604-10002

2

A wide range of creditors and regulators have expressed serious distrust of the Debtor and the Debtor's current management. Those creditors intend to move in the coming days for an order authorizing the appointment of a Chapter 11 trustee. While the Debtor was a debtor-in-possession, it was necessary and reasonable for the Committee to act a safeguard to examine the management of the Debtor's business. *See* 11 U.S.C. § 1103. However, if a Chapter 11 trustee is appointed, the trustee will step into the shoes of the former Debtor-in-Possession and take over administration of the case and the Debtor's operations, rendering the Committee's role largely unnecessary or – at the very least – significantly diminished.

As the Court is aware, the law firm of PSZJ is one of the nation's leading corporate restructuring boutiques. Its attorneys have some of the highest hourly rates in the country. Indeed, pursuant to the Pachuski Employment Application, the standard hourly rates of the professionals presently designated to represent the Committee range from $575.00 to $1,145.00. The Commission has concerns about the estate incurring unnecessary layers of administrative expenses, particularly in light of the fact that – as the Committee's counsel acknowledged at the September 23, 2019 hearing before this Court – "It's a thin case, obviously. If you've seen the budget, there's very little money there right now."[2]

The Commission simply asks the Court to postpone a decision on the Pachulski Employment Application until there has been a determination on the upcoming request for the appointment of a Chapter 11 trustee. The Pachulski Employment Application should not be rubber-stamped while the case is in a state of transition. The Committee's role may be significantly altered in the coming weeks.

Accordingly, the Commission respectfully requests that the Court set the Pachulski Employment Application for hearing at the Court's next omnibus hearing date: **October 28, 2019**

---

liability associated with RILP –created a new, single-purpose entity called RILP-H LLC to replace RILP's former general partner (HVI). As the general partner at the time the claims arose against RILP, HVI remains liable for the claims against RILP.

[2] *See* Declaration of Alicia Clough, filed concurrently ("Clough Decl."), Ex. A at 89:6-7 (excerpt from 9/23/2019 Hearing Tr.).

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18230469.1
232604-10002

3

**at 10:00 a.m.**  At that time, the Court will have a much clearer picture of the direction this case will take and the role that the various professionals will play in it.

Dated:  October 4, 2019                    LOEB & LOEB LLP


By:   /s/ Marc S. Cohen
Marc S. Cohen
*Attorneys for the California State Lands Commission*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18230469.1
232604-10002

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **CALIFORNIA STATE LAND COMMISSION'S LIMITED OBJECTION TO APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 16, 2019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 4, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Jeannie Kim    jkim@friedmanspring.com
- Michael L Moskowitz    mlm@weltmosk.com, jg@weltmosk.com;aw@weltmosk.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Fred Whitaker    lshertzer@cwlawyers.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ___ , 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

18232732.1
232604-10002

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 4, 2019, writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Martin R. Barash**    Via Overnight Delivery
**United States Bankruptcy Judge**
**United States Bankruptcy Court**
**Central District of California**
**21041 Burbank Boulevard, Suite 342 I Courtroom 303**
**Woodland Hills, CA**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2019 | Keisha Lyles | /s/ Keisha Lyles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

18232732.1
232604-10002