O'MELVENY & MYERS LLP
Evan M. Jones (S.B. # 115827)
Brian M. Metcalf (S.B. # 205809)
Darren L. Patrick (S.B. # 310727)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: ejones@omm.com
E-mail: bmetcalf@omm.com
E-mail: dpatrick@omm.com

Gary Svirsky (N.Y. SBN: 2899417)
Samantha M. Indelicato (N.Y. SBN: 5598263)
(*pro hac vice* applications pending)
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: gsvirsky@omm.com
E-mail: sindelicato@omm.com

*Attorneys for UBS AG, London Branch*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF UBS AG, LONDON BRANCH'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE** |

I, Samantha M. Indelicato, Esq., declare under penalty of perjury and 28 U.S.C. § 1746, and that the following is true and correct to the best of my knowledge, information and belief:

1. I am a member of the bar of the State of New York and am an associate with the law firm of O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, New York 10036, attorneys for UBS AG, London Branch, the senior secured creditor to the Debtor. I

respectfully submit this declaration in support of UBS AG, London Branch's Motion to Appoint a Chapter 11 Trustee.

2. This court held a hearing on the Debtor's use of cash collateral on October 3-4, 2019 and transcripts for those two days are not yet available. I attended the hearing and make the following statements based on my best recollection and notes. My statements are not intended to be verbatim recitals, nor a complete transcript, but I believe are fair and accurate summaries of the matters addressed. O'Melveny & Myers LLP will seek a formal transcript and will seek permission to lodge it with the Court as soon as obtained.

3. During the hearing, Mr. Grewal and Mr. Kehl testified. Following Mr. Kehl's testimony and evaluation of the budget and variance report, this Court noted that the Debtor did not have enough money to pay necessary operating expenses.

4. Counsel for Santa Barbara regulators noted that the regulators have the power to and are currently considering shutting down the Debtors operations for health and safety reasons.

5. All non-debtor, non-affiliate parties who spoke at the hearing on October 3–4, 2019 expressly stated the need for a Trustee. Several parties noted at the beginning of the hearing that they planned to file motions to appoint a trustee by Monday, October 7, 2019. During the Committee's closing argument, counsel for the Official Committee of Unsecured Creditors requested that the Court appoint a trustee *sua sponte*.

6. At the conclusion of the hearing, this Court denied the Debtor's motion for use of cash collateral. In explaining the decision to deny use of cash collateral, this Court stated that Mr. Grewal demonstrated a lack of candor. The Court also commented that Mr. Grewal needed to be cajoled and heavily cross examined before admitting to certain facts regarding the companies he owns.

- 2 -

UBS AG, LONDON BRANCH'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE

7. The Court granted the *Motion of Weltman & Moskowitz, LLP Seeking Leave to Withdraw As Attorneys for Debtor*, effective as of October 21, 2019. The Debtor noted on the record that, without the use of cash collateral, it would be unable to hire replacement counsel. The Court observed on the record that the Debtor cannot appear without counsel.

8. Attached hereto are true and correct copies of certain exhibits offered by UBS and admitted during the October 3-4, 2019 cash collateral hearing, including **Exhibits UBS-1, UBS-2, UBS-3, UBS-4, UBS-5, UBS-6, UBS-7, UBS-8, UBS-9, UBS-10, UBS-11, UBS-12, UBS-13, UBS-14, UBS-15, UBS-16, UBS-17, UBS-18, UBS-22, UBS-23, and UBS-58**.

9. Attached hereto as **Exhibit UBS-26** is a true and correct copy of the Quitclaim Deed recorded July 19, 2019. This Quitclaim Deed transferred real property labeled Lakeview & Golco from the Debtor to GLR, LLC.

10. Attached hereto as **Exhibit UBS-27** is a true and correct copy of the Quitclaim Deed recorded July 19, 2019. This Quitclaim Deed transferred real property labeled Mortensen from the Debtor to GLR, LLC.

11. Attached hereto as **Exhibit UBS-28** is a true and correct copy of the Quitclaim Deed recorded July 19, 2019. This Quitclaim Deed transferred the described real property from the Debtor to GRL, LLC.

12. Attached hereto as **Exhibit UBS-31** is a true and correct copy of the Transcript for the hearing conducted on June 13, 2017 in *In re Rincon Island Limited Partnership*, Case No. 16-33174-hdh11, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

13. Attached hereto as **Exhibit UBS-62** is a true and correct copy of the Debtor's Variance Report Through Week Ending September 22, 2019.

- 3 -

14. Attached hereto as **Exhibit UBS-69** is a true and correct copy of the Transcript of the Status Conference conducted on September 23, 2019 in the above-captioned case, in this Court.

15. Attached hereto as **Exhibit UBS-70** is a true and correct copy of the Debtor's Schedules [Docket No. 171] filed in the above-captioned case.

16. Attached hereto as **Exhibit UBS-71** is a true and correct copy of the United States' Post-Trial Proposed Findings of Fact [Docket No. 472] in the matter of United States of America and People of the State of California, Ex Rel. California Department of Fish and Wildlife and California Regional Water Quality Control Board, Central Coast Region v. HVI Cat Canyon, Inc., f/k/a Greka Oil & Gas, Inc., Case No. CV 11-05097 FMO (SSx), in the United States District Court for the Central District of California, Western Division.

17. Attached hereto as **Exhibit UBS-72** is a true and correct copy of the *Motion of Debtor Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6003(c) and 6006 and Local Rule 6006-1 for Entry of Order Authorizing Assumption of Administration Agreement with GIT, Inc., Nunc Pro Tunc to the Petition Date* [Docket No. 14] filed in the above-captioned case.

18. Attached hereto as **Exhibit UBS-73** is a true and correct copy of the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 Approving Use of Cash Collateral, Providing Adequate Protection and Setting Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 43] entered in the above-captioned case.

19. Attached hereto as **Exhibit UBS-74** is a true and correct copy of the *Declaration of Diane Sauer in Support of Dkt. Nos. 153 & 206* [ECF No. 305] filed in the above-captioned case.

20. Attached hereto as **Exhibit UBS-75** is a true and correct copy of the *Motion of Weltman & Moskowitz, LLP Seeking Leave to Withdraw As Attorneys for Debtor* [ECF No. 172] filed in the above-captioned case.

1 | Dated: Los Angeles, California
        October 7, 2019

_____
Samantha Indelicato

- 5 -

DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF
UBS AG, LONDON BRANCH'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of eighteen and not a party to this bankruptcy case or adversary proceeding. My business address is **7 Times Square, New York, New York 10036**.

A true and correct copy of the foregoing document entitled **DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF UBS AG, LONDON BRANCH'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/7/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Alicia Clough**  aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**  mscohen@loeb.com, klyles@loeb.com
- **Karl J Fingerhood**  karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **Brian D Fittipaldi**  brian.fittipaldi@usdoj.gov
- **Karen L Grant**  kgrant@silcom.com
- **Ira S Greene**  Ira.Greene@lockelord.com
- **Matthew C. Heyn**  Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**  b.holman@musickpeeler.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Jeannie Kim**  jkim@friedmanspring.com
- **Michael L Moskowitz**  mlm@weltmosk.com, jg@weltmosk.com;aw@weltmosk.com
- **Darren L Patrick**  dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Todd C. Ringstad**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**  mitchell.rishe@doj.ca.gov
- **Daniel A Solitro**  dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**  ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- **Christopher D Sullivan**  csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- **Jennifer Taylor**  jtaylor@omm.com
- **Fred Whitaker**  lshertzer@cwlawyers.com
- **Emily Young**  pacerteam@gardencitygroup.com,

1

DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF
UBS AG, LONDON BRANCH'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE

**rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com**

**II. SERVED BY U.S. MAIL**: On **10/7/2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Olivia Arden Adendorff**
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite1100
Dallas, TX 75201

**Buganko**
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

**Carolyn V Carollo**
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019

**Allan B. Diamond**
Diamond McCarthy, LLP
909 Fannin, Ste. 3700
Houston, TX 77010

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 34th Floor
New York, NY 10017

**Sid J. Garabato**
Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

**Sheryl P Giugliano**
Diamond McCarthy LLP
295 Madison Avenue
27th Floor
New York, NY 10017

**Steven William Golden**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

**Ira S. Greene**
Squadron, Ellenoff, Plesent, et al
551 Fifth Ave.
New York, NY 10176

2

DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF
UBS AG, LONDON BRANCH'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE

1

2

**Ira S. Greene**
Locke Lord LLP
200 Vesey Street, 20th Floor
New York, NY 10281

**Elizabeth Mary Guffy**
2800 JP Morgan Chase Tower
600 Travis
Houston, TX 77002

**Brian L. Holman**
Musick, Peeler & Garrett LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017

**Alan H. Katz**
Locke Lord LLP
200 Vesey Street, 20th Floor
New York, NY 10281

**Jarrod Barclay Martin**
McDowell Hetherington LLP.
1001 Fannin, Suite 2700
Houston, TX 77002

**Kevin D. McCullough**
Rochelle McCullough L.L.P.
325 N. St. Paul St., Ste. 4500
Dallas, TX 75201

**Michael L. Moskowitz**
Weltman & Moskowitz, LLP
270 Madison Avenue, Suite 1400
New York, NY 10016-0601

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

**Mitchell Elliott Rishe**
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

**Vadim J. Rubinstein**
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

**William R. Spence**

3

DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF
UBS AG, LONDON BRANCH'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE

Snow Spence Green LLP
2929 Allen Pkwy., Suite 2800
Houston, TX 77019-2125

**Ruth Stoner Muzzin**
Friedman & Springer Water LLP
350 Sansome Street
Suite 210
San Francisco, CA 94104

**Shannon Smith Thomas**
Rochelle McCullough, LLP
325 N. Saint Paul St., Ste. 4500
Dallas, TX 75201

**Patricia Tomasco**
Quinn Emanuel Urquhart & Sullivan
711 Louisiana St.
Suite 500
Houston, TX 77002

**Eric M. Van Horn**
Spencer Fane LLP
2200 Ross Avenue
Suite 4800 West
Dallas, TX 75201

**Michael D. Warner**
Cole Schotz P.C.
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

**Weltman & Moskowitz, LLP**
270 Madison Ave., Ste. 1400
New York, NY 10016-0601

**III. SERVED BY OVERNIGHT FEDEX**: On **10/7/2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue Suite D
Brighton, CO 80601

**ATTORNEYS FOR DEBTOR:**

Weltman & Moskowitz, LLP

4

Attn: Michael L. Moskowitz
270 Madison Ave., Ste. 1400
New York, NY 10016-0601

### IV. SERVED BY PERSONAL DELIVERY:

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/7/2019** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

### JUDGE:

Hon. Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of October, 2019, at Los Angeles, California.

                                             */s/ Samantha Indelicato*
                                             Samantha Indelicato

5

DECLARATION OF SAMANTHA INDELICATO IN SUPPORT OF
UBS AG, LONDON BRANCH'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE