Richard E. Weltman (rew@weltmosk.com)
(NY State Bar No. 1204213) *(pro hac vice pending)*
Michael L. Moskowitz (mlm@weltmosk.com)
(NY State Bar No. 1827070) *(pro hac vice pending)*
Debra Kramer (dk@weltmosk.com)
(NY State Bar No. 1972405)
Adrienne Woods (aw@weltmosk.com)
(NY State Bar. No. 4356770) *(pro hac vice pending)*
Melissa A. Guseynov (mag@weltmosk.com)
(NY State Bar No. 4615217)
**WELTMAN & MOSKOWITZ, LLP**
**Attorneys for Debtor/Debtor-in-Possession**
**270 Madison Avenue, Suite 1400**
**New York, New York 10016-0601**
Phone: (212) 684-7800
Fax: (212) 684-7995

FILED & ENTERED

OCT 10 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF WELTMAN & MOSKOWITZ, LLP SEEKING LEAVE TO WITHDRAW AS ATTORNEYS FOR DEBTOR [CASE DKT. 172]**<br><br>Date:    October 4, 2019<br>Time:    8:30 a.m.<br>Ctrm:    Courtroom 201<br>          U.S. Bankruptcy Court<br>          1415 State Street<br>          Santa Barbara, CA 93101<br>Judge:  Hon. Martin R. Barash |

Upon the application ("Application")[1] of Weltman & Moskowitz, LLP ("W&M") for entry of an order authorizing its immediate withdrawal as counsel to debtor and debtor-in-possession; and upon all of the proceedings had before the Court; and after due deliberation and good cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED,** that W&M is hereby authorized to withdraw as counsel for Debtor, effective as of October 21, 2019 at 12:01 a.m.; and it is further

**ORDERED,** that W&M is hereby authorized to file its Application for Payment of Fees and Expenses and that the granting of W&M's withdrawal from this case shall not prejudice its right to seek payment of its legal fees and expenses by Application to this Court; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Application, the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

###

Date: October 10, 2019

Martin R Barash
United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2

APPROVED AS TO FORM AND SUBSTANCE:

PACHULSKI STANG ZIEHL & JONES LLP
*[Proposed] Counsel for Official Unsecured Creditors Committee*


By:*/s/ Maxim B. Litvak*
     Jeffrey N. Pomerantz
     Maxim B. Litvak


O'MELVENY & MYERS, LLP
*Counsel for UBS AG, London Branch*


By: */s/ Evan M. Jones*
     Evan M. Jones
     Gary Svirsky