<div style="text-align:center; border: 1px solid blue; padding: 8px;">
**FILED & ENTERED**

**OCT 10 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY handy    DEPUTY CLERK**
</div>

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**SCHEDULING ORDER RE: APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF CAPPELLO GLOBAL, LLC AND CAMDEN FINANCIAL SERVICES (D/B/A CAPPELLO GLOBAL) AS FINANCIAL ADVISORS TO THE DEBTOR [Case Dkt. 100]**<br><br><u>Original Hearing Date</u><br>Date: October 28, 2019<br>Time: 10:00 a.m.<br>Ctrm: 201<br>    1415 State Street<br>    Santa Barbara, California<br><br><u>Continued Hearing Date</u><br>Date: November 22, 2019<br>Time: 10:00 a.m.<br>Ctrm: 201<br>    1415 State Street<br>    Santa Barbara, California |

On September 23, 2019 at 10:00 a.m. the Court conducted a status conference in this chapter 11 bankruptcy case regarding debtor and debtor in possession HVI Cat Canyon, Inc. (the "Debtor"). Appearances were as noted in the record. At that time the Court set a hearing for October 28, 2019 at 10:00 a.m. on the *Application for Entry of an Order Authorizing Employment and Retention of Cappello Global, LLC and Camden Financial Services (d/b/a Cappello Global) as Financial Advisors to the Debtor* (Case Dkt. 100, the "Application to Employ") filed by the Debtor. Thereafter the Court entered its Scheduling Order memorializing that ruling and setting related filing deadlines (the "Scheduling Order"). Case Dkt. 251.

On October 4, 2018, the Court set a hearing for October 18, 2019, on forthcoming motions to appoint a chapter 11 trustee to be filed by one or more creditors. In the interest of judicial economy and to spare parties from filing pleadings in connection with the Application to Employ which may be rendered moot if a trustee is appointed, on the Court's own motion **IT IS HEREBY ORDERED THAT:**

1. The hearing the Application to Employ is continued to **November 22, 2019 at 10:00 a.m.** No appearances are required on October 28, 2019.
2. All responses to the Application to Employ, and all replies in support of the Application, shall be governed by Local Bankruptcy Rule 9013-1.
3. The Scheduling Order is amended to extend the deadline for the Debtor to file evidence in support of the Application to Employ to **November 1, 2019**. Debtor shall also file and serve written notice of the hearing and of the deadline for opposition or responses to the Application by **November 1, 2019.** The Debtor shall serve such written notice, evidence, the entire Application to Employ on the following parties by NEF, email or first class mail:
    a. Counsel for the Official Committee of Unsecured Creditors;
    b. Brian D. Fittipaldi of the United States Trustee; and

\\\\
\\\\

c.  Counsel for those parties identified on the "Core Service List" as defined in the Order Establishing Notice and Service Procedures entered on August 13, 2019 at case docket 39.

### 

Date: October 10, 2019

*Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge