Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
       mlitvak@pszjlaw.com

[Proposed] Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.<br><br>          Debtor. | Case No.: 19-bk-11573-MB<br>Chapter 11<br><br>**REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CALIFORNIA STATE LANDS COMMISSION'S LIMITED OBJECTION TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) ESTABLISHING INFORMATION SHARING PROCEDURES AND (II) GRANTING RELATED RELIEF**<br><br>[Relates to Docket Nos. 223 and 348]<br><br>Date:    October 28, 2019<br>Time:   10:00 a.m.<br>Place:   Courtroom 201<br>           U.S. Bankruptcy Court<br>           1415 State Street<br>           Santa Barbara, CA 93101<br>Judge:  Hon. Martin R. Barash |

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of HVI Cat Canyon, Inc. (the "Debtor"), respectfully submits the following reply to the *California State Lands Commission's Limited Objection to the Motion of the Official Committee*

DOCS_LA:324995.2 38336/002

*of Unsecured Creditors for an Order (I) Establishing Information Sharing* [Docket No. 348] (the "Objection"), and represents as follows:[1]

The Committee Information Motion seeks to clarify an ambiguity in section 1102(b)(3)(A) of the Bankruptcy Code, and does not, as the California State Lands Commission (the "Commission") claims, appoint the Committee as a "gatekeeper" to all information.[2] Indeed, bankruptcy courts in the Central District of California, the Ninth Circuit, and throughout the United States routinely grant the relief sought in the Committee Information Motion. *See, e.g., In re Pac Anchor Transportation*, No. 17-18213 (Bankr. C.D. Cal. Sept. 20, 2017), ECF No. 81; *In re AVT Inc.*, No. 15-14464 (Bankr. C.D. Cal. July 30, 2015), ECF No. 140; *In re New Meatco Provisions*, No. 13-22155 (Bankr. C.D. Cal. July 23, 2013), ECF No. 200; *In re Art and Architecture Books of the 21st Century*, No. 13-14135 (Bankr. C.D. Cal. May 24, 2013), ECF No. 170; *In re Rhythm and Hues, Inc.*, No. 13-13775 (Bankr. C.D. Cal. Apr. 2, 2013), ECF No. 191; *In re Alliance Bearing Industries,* No. 11-21831 (Bankr. C.D. Cal. Jan. 25, 2012), ECF No. 79; *see also In re Perkins & Marie Callender's, LLC*, No. 19-11743 (Bankr. D. Del. Oct. 4, 2019), ECF No. 339; *In re iPic-Gold Class Entertainment, LLC*, Case No. 19-11739 (Bankr. D. Del. Oct. 1, 2019), ECF No. 359); *In re Hollander Sleep Products, LLC*, Case No. 19-11608 (Bankr. S.D.N.Y. July 11, 2019), ECF No. 211; *In re Mairec Precious Metals U.S., Inc.*, Case No. 19-01198 (Bankr. D. S.C. Apr. 30, 2019), ECF No. 215; *In re Payless Holdings LLC*, Case No. 19-40883 (Bankr. E.D. Mo. May 3, 2019), ECF No. 961; *In re Specialty Retail Shops Holding Corp.*, Case No. 19-80064 (Bankr. D. Neb. Mar. 8, 2019), ECF No. 615.

The Motion is designed to address an ambiguity in the Bankruptcy Code with respect to two types of information: (1) Privileged Information[3] involving the Committee's own professionals, and (2) Confidential Information[4] provided to the Committee by third parties, most notably the Debtor.

With respect to Privileged Information, the Commission is not wrong—the relief sought in the Motion would permit the Committee to deny creditors access to Privileged Information absent a

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Motion of the Official Committee of Unsecured Creditors for an Order (I) Establishing Information Sharing Procedures and (II) Granting Related Relief* [ECF No. 223] (the "Motion"), as applicable.
[2] *See generally Motion*, at ¶¶ 8 – 11.
[3] *See Motion*, at fn. 2.
[4] *See Motion*, at fn. 1.

2

Court order. But this cannot be controversial—the Committee is entitled to the protection of the attorney-client privilege. *See, e.g., In re Subpoenas Duces Tecum*, 978 F.2d 1159, 1161 (9th Cir. 1992); *In re Refco Inc.*, 336 B.R. 187, 197 (Bankr. S.D.N.Y. 2006); *In re Baldwin-United Corp.*, 38 B.R. 802, 804-05 (Bankr. S.D. Ohio 1984). To that end, the Motion asks the Court to reiterate that section 1102(b)(3)(A) of the Bankruptcy Code does not require the Committee to divulge Privileged Information involving the Committee's own professionals, given that doing so may break the privilege.[5]

With respect to Confidential Information, however, the Commission is simply wrong that the relief sought in the Motion allows the Committee to "unilaterally decid[e]" who receives such information. *Objection*, at 3:13. As an estate fiduciary, the Committee has received (and expects to continue receiving) information designated by other parties (including the Debtor and UBS) as confidential. Such information has been shared with the Committee and its professionals pursuant to non-disclosure agreements between the Committee and those third parties, as is customary in both bankruptcy and non-bankruptcy cases. Pursuant to such agreements, the Committee cannot simply give that Confidential Information to anyone who wants it, not even if the Committee signs a confidentiality agreement with the requesting party, absent agreement from the provider of the Confidential Information. However, as explained in the Motion, the ambiguity in the Bankruptcy Code could be read to require the Committee to share such Confidential Information with other unsecured creditors, which would undoubtedly cause those third parties to stop sharing any such information with the Committee and which could subject the Committee to liability under its existing confidentiality agreements. *Motion*, at ¶ 10. The order sought by the Committee Information Motion would merely implement administrative procedures related to the Committee's sharing of Confidential Information provided to it by third parties with other creditors.

The Motion does not limit the ability of any party that provides the Committee with Confidential Information to also provide that information to any other unsecured creditor. In other

---

[5] The Commission suggests that an "alternative procedure that would require a requesting creditor to sign a confidentiality agreement" exists. *Objection*, at 3:9. This is patently incorrect—if the Committee shares Privileged Information with a third party (even subject to a confidentiality agreement), the attorney-client privilege could still be broken.

words, a creditor can still do exactly what the Committee did prior to receiving any Confidential Information—ask the third party for it, subject to any confidentiality restriction requested by that party. In that regard, the Committee will no more be acting as a "gatekeeper" than any other party in any other bankruptcy or non-bankruptcy case in possession of another's Confidential Information.

For these reasons, the Committee urges the Court to approve the Motion and overrule the Objection with prejudice.

Dated:    October 11, 2019      PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Jeffrey N. Pomerantz*
[Proposed] Attorneys for Official Committee of Unsecured Creditors

4

DOCS_LA:324995.2 38336/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CALIFORNIA STATE LANDS COMMISSION'S LIMITED OBJECTION TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) ESTABLISHING INFORMATION SHARING PROCEDURES AND (II) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 11, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 11, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
Office of the U.S. Trustee
Brian Fittipaldi
1415 State Street, Suite 148
Santa Barbara, CA  93101

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 11, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA  91367-6603

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2019 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324995.2 38336/002

## SERVICE INFORMATION FOR CASE NO. 19-bk-11573-MB

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Alan H Katz    akatz@lockelord.com
- Jeannie Kim    jkim@friedmanspring.com
- Michael L Moskowitz    mlm@weltmosk.com, jg@weltmosk.com;aw@weltmosk.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

## SERVED BY EMAIL

- Carolyn Virginia Carollo    carolyncarollo@snowspencelaw.com, janissherrill@snowspencelaw.com
- Sid J. Garabato    rjacobs@ecf.epiqsystems.com
- Elizabeth Mary Guffy    eguffy@lockelord.com
- Alan Harry Katz    akatz@lockelord.com
- Jarrod Barclay Martin    jarrod.martin@mhllp.com, lara.coleman@mhllp.com
- Kevin D. McCullough    kdm@romclaw.com, rdecorte@romclaw.com
- Shannon Smith Thomas    sthomas@romclaw.com, rdecorte@romclaw.com
- United States Trustee    ustpregion06.da.ecf@usdoj.gov
- Eric M. Van Horn    ericvanhorn@spencerfane.com

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AKIN GUMP STRAUS HAUER & FELD | STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE | JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP | DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA | XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV; JOHN.KEITH@DOJ.CA.GOV |
| BRIAN CORSON, IN HIS INDIVIDUAL CAPACITY | | BRIAN@HUBMAC.COM |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324995.2 38336/002

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CA ATTORNEY GENERAL'S OFFICE | ATTN: XAVIER BECERRA | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION | SHARON ARMSTRONG | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | STATE WATER RESOURCES CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | BETTY T. YEE | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | STATE WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| COLORADO DEPT OF PUBLIC HEALTH AND ENVIRONMENT | | CDPHE.INFORMATION@STATE.CO.US |
| CONWAY MACKENZIE, INC. | JOHN YOUNG AND DAN FERTIG | JYOUNG@CONWAYMACKENZIE.COM;DFERTIG@CONWAYMACKENZIE.COM |
| DIAMOND MCCARTHY LLP | ALLAN DIAMOND AND SHERYL P. GIUGLIANO | ADIAMOND@DIAMONDMCCARTHY.COM; SGIUGLIANO@DIAMONDMCCARTHY.COM |
| EPA REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| ESCOLLE TENANTS IN COMMON | VINCENT T. MARTINEZ | VMARTINEZ@TWITCHELLANDRICE.COM |
| FRIEDMAN & SPRINGWATER LLP | ELLEN A.FRIEDMAN | EFRIEDMAN@FRIEDMANSPRING.COM |
| GANONG LAW | PHILIP GANONG | PHIL@GANONGLAW.COM; NANCY@GANONGLAW.COM |
| GLR, LLC | VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HANNA AND MORTON LLP | ATTN: EDWARD S. RENWICK | ERENWICK@HANMOR.COM |
| HVI CAT CANYON, INC. | ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC. | M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC. | RANDEEP S. GREWAL, CHAIRMAN AND CEO | RSG@GREKA.COM |
| LARSEN O'BRIEN LLP | ROBERT C. O'BRIEN; PAUL A. RIGALI, STEVEN E. BLEDSOE, HAEWON PARK, MELISSA VASQUEZ | PRIGALI@LARSONOBRIENLAW.COM; SBLEDSOE@LARSONOBRIENLAW.COM; HPARK@LARSONOBRIENLAW.COM; MVASQUEZ@LARSONOBRIENLAW.COM |
| LOEB & LOEB | | SROSENTHAL@LOEB.COM; MSOCHEN@LOEB.COM; VRUBINSTEIN@LOEB.COM; MVOLK@LOEB.COM; DMILLER@LOEB.COM |
| MUSICK, PEELER & GARRETT LLP | LAURA K. McAVOY | L.MCAVOY@MUSICKPEELER.COM |
| NEW YORK STATE DEPT OF ENVIRONMENTAL CONSERVATION | | CONTACT@DEC.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG M. ZIPES, ESQ. | GREG.ZIPES@USDOJ.GOV |
| O'MELVENY & MYERS LLP | DANIEL L. CANTOR AND SAMANTHA M. INDELICATO, ESQS. | DCANTOR@OMM.COM; SINDELICATO@OMM.COM |
| O'MELVENY & MYERS LLP | EVAN M. JONES | EJONES@OMM.COM; BMETCALF@OMM.COM |
| PACIFIC PETROLEUM CALIFORNIA, INC. | JOHN HOCHLEUTNER | JOHN@PPCINC.BIZ |
| PG&E | MARCELLUS TERRY & DENISE A. NEWTON | PGEBANKRUPTCY@PGE.COM; MXTN@PGE.COM; MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DEVIN VAN DER HAHN AND PATRICIA D. TOMASCO, ESQS. | DEVINVANDERHAHN@QUINNEMANUEL.COM; PATTYTOMASCO@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PETER CALAMARI, ESQ. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D | JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VIDA MCISAAC | VMCISAA@CO.SANTA-BARBARA.CA.US |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324995.2 38336/002

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SHERRILL A. SCHOEPE | | S.WETZLER@MUSICKPEELER.COM |
| STATE OF COLORADO ATTORNEY GENERAL | PHIL WEISER | ATTORNEY.GENERAL@COAG.GOV |
| THE LAW OFFICE OF SUSAN M. WHALEN | SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| WEIL, GOTSHAL & MANGES LLP | RACHAEL L. FOUST, ESQ. | RACHAEL.FOUST@WEIL.COM |
| WELTMAN & MOSKOWITZ, LLP | RICHARD E. WELTMAN | REW@WELTMOSK.COM |
| WEST COAST WELDING & CONSTR. I | MICHAEL BARBEY | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | | CARAMEL@HOTMAIL.COM |

**SERVED BY FACSIMILE:**

| ANN JENNY SCHUPP | c/o M H WHITTIER CORP. | 626-441-0420 |
|---|---|---|
| CALIFORNIA OSHA | | 510-286-7037 |
| INTERNAL REVENUE SERVICE | SMALL BUSINESS / SELF-EMPLOYMENT DIV. | 866-717-8302 |

**SERVED BY UNITED STATES MAIL**:

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

### REQUESTS FOR SPECIAL NOTICE

**Attorneys for Creditor Pacific Gas & Electric Company**
Friedman & Springwater, LLP
Attn: Ellen A. Friedman
      Ruth Stoner Muzzin
350 Sansome Street 210
San Francisco, CA  94104

**Attorneys for Eller Family Trust**
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
      Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA  92660-0764

Ann Jenny Schupp
c/o M H Whittier Corp.
1600 Huntington Drive
South Pasadena, CA  91030

Bruce S. Gelber
Deputy Asst. Attorney General
Environment & Natural Resources Div.
950 Pennsylvania Avenue
Washington, DC  20530

California Dept. of Toxic Substance Control
(Berkley Regional Office)
700 Heinz Avenue, Suite 200
Berkeley, CA  94710-2721

California Franchise Tax Board
P.O. Box 942857
Sacramento, CA  94257-0500

California Osha
1515 Clay Street, Suite 1901
Oakland, CA  94612

California State Controller
Betty T. Yee
Tax Administration Section
P.O. Box 942850
Sacramento, CA  94250-5880

Charles C. Albright Trustee
729 West 16th Street, #B8
Costa Mesa, CA 92627

Diane T. Walker
748 Oceanville Road
Stonington, ME  04681-9714

First American Title Insurance Co.
Trustee for UBS AG London Branch
4380 La Jolla Village Drive, Suite 110
San Diego, CA  92122

HVI Cat Canyon, Inc.
P.O. Box 5489
Santa Maria, CA  93456

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
(Small Business/Self-Employment Div)
5000 Ellin Road
Lanham, MD  20706

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324995.2 38336/002

| | | |
|---|---|---|
| J. P. Morgan-Chase<br>Michael Kerney<br>450 West 33rd Street, 15th Floor<br>Ref: 030057 Nassau Assoc-Saba<br>New York, NY 10041 | Northern California Collection<br>Service, Inc.<br>700 Leisure Lane<br>Sacramento, CA 95815 | Santa Barbara County - APCD<br>Aeron Arlin Genet<br>260 North San Antonio Road<br>Santa Barbara, CA 93110 |
| State of New York Attorney General<br>Attn: Letia A. James<br>Dept. of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | Stoner Family Trust<br>James G. Sanford Trustee<br>100 West Liberty St., Suite 900<br>Reno, NY 89501 | U.S. Department Of Transportation<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 |
| UBS AG, London Branch<br>Julian Gould<br>600 Washington Blvd.<br>Stamford, CT 06901 | U.S. Attorney's Office - SDNY<br>Attn: Anthony Sun, Asst. U.S. Attorney<br>Tax & Bankruptcy Unit<br>86 Chambers St., 3rd Floor<br>New York, NY 10007 | W. J. Kenny Corp.<br>c/o Allfirst Bankcorp Trust<br>c/o M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 |
| Wyatt Sloan-Tribe, Esq.<br>Office of The Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | **Attorneys for Buganko**<br>Philip W. Ganong<br>Ganong Law<br>930 Truxtun Avenue, Suite 102<br>Bakersfield, CA 93301 | Buganko, LLC<br>2200 Ross Avenue<br>Suite 4800 West<br>Dallas, TX 75201-2708 |
| Samantha M. Indelicato<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | Gary Svirsky<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | Sid J. Garabato<br>Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 |
| California State Lands Commission<br>Richard D. Nobles<br>100 Howe Avenue, Suite 100 S<br>Sacramento, CA 95825-8219 | Pacific Gas & Electric Company<br>P.O. 8329<br>Stockton, CA 95208-0329 | Dept. of Conservation, Div. of Oil<br>c/o California Dept. of Justice<br>Attn: Christina Bull Arndt,<br>   Supervising Deputy Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013-1256 |
| Direct Energy Business Marketing, LLC<br>d/b/a Direct Energy Business<br>c/o McDowell Hetherington LLP<br>1001 Fannin, Suite 2700<br>Houston, TX 77002-6736 | Harry Hagen, Treasurer/Tax Collector,<br>  Santa Barbara County<br>c/o Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 | County of Santa Barbara, CA<br>c/o Ross Spence<br>Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 |
| Kern County Treasurer – Tax Collector<br>c/o Linda Delgado<br>P.O. Box 579<br>Bakersfield, CA 93302 | Santa Barbara County Air<br>  Pollution Control<br>c/o Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 | Epiq Corporate Restructuring, LLC<br>f/k/a Bankruptcy Services LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 |
| State of California<br>Employment Development Department<br>2901 50th Street<br>Sacramento, CA 95817 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324995.2 38336/002