Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
       mlitvak@pszjlaw.com

[Proposed] Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.<br><br>          Debtor. | Case No.: 19-bk-11573-MB<br>Chapter 11<br><br>**REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO:**<br><br>**(1) CALIFORNIA STATE LANDS COMMISSION'S LIMITED OBJECTION TO APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 16, 2019 [Docket No. 346]; and**<br><br>**(2) CALIFORNIA STATE LANDS COMMISSION'S LIMITED OBJECTION TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO RETAIN AND EMPLOY CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR, EFFECTIVE AS OF AUGUST 16, 2019 [Docket No. 347]**<br><br>[Relates to Docket Nos. 214, 219, 346 and 347]<br><br>Date:   October 28, 2019<br>Time:   10:00 a.m.<br>Place:  Courtroom 201<br>        U.S. Bankruptcy Court<br>        1415 State Street<br>        Santa Barbara, CA 93101<br>Judge:  Hon. Martin R. Barash |

DOCS_LA:324931.2 38336/002

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of HVI Cat Canyon, Inc. (the "Debtor"), respectfully submits the following omnibus reply to the (1) *California State Lands Commission's Limited Objection to Application For Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of August 16, 2019* [Docket No. 346] (the "PSZJ Retention Objection"); and (2) *California State Lands Commission's Limited Objection to Application of the Official Committee of Unsecured Creditors for Authorization to Retain and Employ Conway Mackenzie, Inc. as Financial Advisor, Effective as of August 16, 2019* [Docket No. 347] (the "Conway Retention Objection," and together with the PSZJ Retention Objection, the "Objections"), and represents as follows:[1]

Under the Bankruptcy Code, the Committee is entitled to retain professionals. 11 U.S.C. § 1103(a) (the "committee may select and authorize the employment by such committee of one or more attorneys, accountants, or other agents, to represent or perform services for such committee."). To that end, estate fiduciaries like the Committee are entitled to retain the professionals of their choosing. *See, e.g.*, *In re Caldor, Inc.*, 193 B.R. 165, 170 (Bankr. S.D.N.Y. 1996) ("Public policy favors permitting parties to retain professionals of their choice.") (citing cases).

PSZJ and Conway MacKenzie have been working on behalf of the Committee since they were retained on August 15 and 16, 2019, respectively. Even if a Chapter 11 Trustee is appointed on or about October 18, 2019, the Committee will still continue to exist and will still require professionals to carry out its duties. Through the Objections, the California State Lands Commission (the "Commission") has not offered, and cannot offer, any substantive reason why, under sections 327, 328, and 1103 of the Bankruptcy Code, the Committee cannot retain PSZJ and Conway MacKenzie. For that reason alone, the Objections should be overruled.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl; & Jones LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of August 15, 2019* [ECF No. 214] (the "PSZJ Retention Application"), and the *Application of the Official Committee of Unsecured Creditors Pursuant to Sections 328(a), 330 and 1103 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authorization to Retain and Employ Conway MacKenzie, Inc. as Financial Advisor, Effective as of August 16, 2019* [ECF No. 219] (the "Conway Retention Application," and together with the PSZJ Retention Application, the "Retention Applications"), as applicable.

Instead, the Commission appears to argue that the Court should deny the Retention Applications because there may be "duplication" as between the Committee and a Chapter 11 Trustee, should one be appointed (the appointment of whom, for the avoidance of doubt, the Committee strongly supports). This argument is purely hypothetical and, in any event, inappropriately interposed at the professional retention stage.

First, the Committee's professionals have already been working in this case for nearly two months. This fact will not change with the appointment of a Chapter 11 Trustee, which the Objections appear to ignore. The Committee must be permitted to retain professionals for the past work that has already been performed and for the future work yet to come.

Second, notwithstanding the potential appointment of a Chapter 11 Trustee, the Committee will remain in place and must still execute its statutory and fiduciary duties, which will require the assistance of its chosen professionals. *See, e.g., In re Foss Manufacturing Co., Inc.*, Case No. 05-13724 (JMD), ECF No. 283 (Bankr. D.N.H. Nov. 21, 2005) (overruling an objection that the creditors' committee should not be permitted to retain a financial advisor because of the appointment of a chapter 11 trustee).

Finally, hypothetical duplication as between estate professionals is an issue properly addressed at the professional compensation—not the professional retention—stage; nowhere in the provisions of the Bankruptcy Code or Bankruptcy Rules is hypothetical future duplication of services mentioned as a ground for disqualification of a proposed estate professional. *See* 11 U.S.C. § 330(a)(4)(A)(i) (stating that a court should not allow *compensation* for "unnecessary duplication of services").

For these reasons, the Committee urges the Court to approve the Retention Applications and overrule the Objections with prejudice.

Dated: October 11, 2019         PACHULSKI STANG ZIEHL & JONES LLP

By      /s/ *Jeffrey N. Pomerantz*
        [Proposed] Attorneys for Official Committee of Unsecured Creditors

DOCS_LA:324931.2 38336/002           3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO: (1) CALIFORNIA STATE LANDS COMMISSION'S LIMITED OBJECTION TO APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 16, 2019 [DOCKET NO. 346]; AND (2) CALIFORNIA STATE LANDS COMMISSION'S LIMITED OBJECTION TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO RETAIN AND EMPLOY CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR, EFFECTIVE AS OF AUGUST 16, 2019 [DOCKET NO. 347]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 11, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 11, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
Office of the U.S. Trustee
Brian Fittipaldi
1415 State Street, Suite 148
Santa Barbara, CA  93101

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 11, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA  91367-6603

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2019 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324931.2 38336/002

## SERVICE INFORMATION FOR CASE NO. 19-bk-11573-MB

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Alan H Katz    akatz@lockelord.com
- Jeannie Kim    jkim@friedmanspring.com
- Michael L Moskowitz    mlm@weltmosk.com, jg@weltmosk.com;aw@weltmosk.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

## <u>**SERVED BY EMAIL**</u>

- Carolyn Virginia Carollo    carolyncarollo@snowspencelaw.com, janissherrill@snowspencelaw.com
- Sid J. Garabato    rjacobs@ecf.epiqsystems.com
- Elizabeth Mary Guffy    eguffy@lockelord.com
- Alan Harry Katz    akatz@lockelord.com
- Jarrod Barclay Martin    jarrod.martin@mhllp.com, lara.coleman@mhllp.com
- Kevin D. McCullough    kdm@romclaw.com, rdecorte@romclaw.com
- Shannon Smith Thomas    sthomas@romclaw.com, rdecorte@romclaw.com
- United States Trustee    ustpregion06.da.ecf@usdoj.gov
- Eric M. Van Horn    ericvanhorn@spencerfane.com

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AKIN GUMP STRAUS HAUER & FELD | STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE | JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP | DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA | XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV; JOHN.KEITH@DOJ.CA.GOV |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324931.2 38336/002

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BRIAN CORSON, IN HIS INDIVIDUAL CAPACITY | | BRIAN@HUBMAC.COM |
| CA ATTORNEY GENERAL'S OFFICE | ATTN: XAVIER BECERRA | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION | SHARON ARMSTRONG | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | STATE WATER RESOURCES CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | BETTY T. YEE | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | STATE WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| COLORADO DEPT OF PUBLIC HEALTH AND ENVIRONMENT | | CDPHE.INFORMATION@STATE.CO.US |
| CONWAY MACKENZIE, INC. | JOHN YOUNG AND DAN FERTIG | JYOUNG@CONWAYMACKENZIE.COM;DFERTIG@CONWAYMACKENZIE.COM |
| DIAMOND MCCARTHY LLP | ALLAN DIAMOND AND SHERYL P. GIUGLIANO | ADIAMOND@DIAMONDMCCARTHY.COM; SGIUGLIANO@DIAMONDMCCARTHY.COM |
| EPA REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| ESCOLLE TENANTS IN COMMON | VINCENT T. MARTINEZ | VMARTINEZ@TWITCHELLANDRICE.COM |
| FRIEDMAN & SPRINGWATER LLP | ELLEN A.FRIEDMAN | EFRIEDMAN@FRIEDMANSPRING.COM |
| GANONG LAW | PHILIP GANONG | PHIL@GANONGLAW.COM; NANCY@GANONGLAW.COM |
| GLR, LLC | VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HANNA AND MORTON LLP | ATTN: EDWARD S. RENWICK | ERENWICK@HANMOR.COM |
| HVI CAT CANYON, INC. | ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC. | M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC. | RANDEEP S. GREWAL, CHAIRMAN AND CEO | RSG@GREKA.COM |
| LARSEN O'BRIEN LLP | ROBERT C. O'BRIEN; PAUL A. RIGALI, STEVEN E. BLEDSOE, HAEWON PARK, MELISSA VASQUEZ | PRIGALI@LARSONOBRIENLAW.COM; SBLEDSOE@LARSONOBRIENLAW.COM; HPARK@LARSONOBRIENLAW.COM; MVASQUEZ@LARSONOBRIENLAW.COM |
| LOEB & LOEB | | SROSENTHAL@LOEB.COM; MSOCHEN@LOEB.COM; VRUBINSTEIN@LOEB.COM; MVOLK@LOEB.COM; DMILLER@LOEB.COM |
| MUSICK, PEELER & GARRETT LLP | LAURA K. McAVOY | L.MCAVOY@MUSICKPEELER.COM |
| NEW YORK STATE DEPT OF ENVIRONMENTAL CONSERVATION | | CONTACT@DEC.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | GREG M. ZIPES, ESQ. | GREG.ZIPES@USDOJ.GOV |
| O'MELVENY & MYERS LLP | DANIEL L. CANTOR AND SAMANTHA M. INDELICATO, ESQS. | DCANTOR@OMM.COM; SINDELICATO@OMM.COM |
| O'MELVENY & MYERS LLP | EVAN M. JONES | EJONES@OMM.COM; BMETCALF@OMM.COM |
| PACIFIC PETROLEUM CALIFORNIA, INC. | JOHN HOCHLEUTNER | JOHN@PPCINC.BIZ |
| PG&E | MARCELLUS TERRY & DENISE A. NEWTON | PGEBANKRUPTCY@PGE.COM; MXTN@PGE.COM; MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DEVIN VAN DER HAHN AND PATRICIA D. TOMASCO, ESQS. | DEVINVANDERHAHN@QUINNEMANUEL.COM; PATTYTOMASCO@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PETER CALAMARI, ESQ. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D | JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX | VIDA MCISAAC | VMCISAA@CO.SANTA-BARBARA.CA.US |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE

DOCS_LA:324931.2 38336/002

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| COLLECTOR | | |
| SHERRILL A. SCHOEPE | | S.WETZLER@MUSICKPEELER.COM |
| STATE OF COLORADO ATTORNEY GENERAL | PHIL WEISER | ATTORNEY.GENERAL@COAG.GOV |
| THE LAW OFFICE OF SUSAN M. WHALEN | SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| WEIL, GOTSHAL & MANGES LLP | RACHAEL L. FOUST, ESQ. | RACHAEL.FOUST@WEIL.COM |
| WELTMAN & MOSKOWITZ, LLP | RICHARD E. WELTMAN | REW@WELTMOSK.COM |
| WEST COAST WELDING & CONSTR. I | MICHAEL BARBEY | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | | CARAMEL@HOTMAIL.COM |

**SERVED BY FACSIMILE:**

| ANN JENNY SCHUPP | c/o M H WHITTIER CORP. | 626-441-0420 |
|---|---|---|
| CALIFORNIA OSHA | | 510-286-7037 |
| INTERNAL REVENUE SERVICE | SMALL BUSINESS / SELF-EMPLOYMENT DIV. | 866-717-8302 |

**SERVED BY UNITED STATES MAIL**:

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

## REQUESTS FOR SPECIAL NOTICE

**Attorneys for Creditor Pacific Gas & Electric Company**
Friedman & Springwater, LLP
Attn: Ellen A. Friedman
       Ruth Stoner Muzzin
350 Sansome Street 210
San Francisco, CA 94104

**Attorneys for Eller Family Trust**
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
       Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764

Ann Jenny Schupp
c/o M H Whittier Corp.
1600 Huntington Drive
South Pasadena, CA 91030

Bruce S. Gelber
Deputy Asst. Attorney General
Environment & Natural Resources Div.
950 Pennsylvania Avenue
Washington, DC 20530

California Dept. of Toxic Substance Control
(Berkley Regional Office)
700 Heinz Avenue, Suite 200
Berkeley, CA 94710-2721

California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0500

California Osha
1515 Clay Street, Suite 1901
Oakland, CA 94612

California State Controller
Betty T. Yee
Tax Administration Section
P.O. Box 942850
Sacramento, CA 94250-5880

Charles C. Albright Trustee
729 West 16th Street, #B8
Costa Mesa, CA 92627

Diane T. Walker
748 Oceanville Road
Stonington, ME 04681-9714

First American Title Insurance Co.
Trustee for UBS AG London Branch
4380 La Jolla Village Drive, Suite 110
San Diego, CA 92122

HVI Cat Canyon, Inc.
P.O. Box 5489
Santa Maria, CA 93456

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
(Small Business/Self-Employment Div)
5000 Ellin Road
Lanham, MD 20706

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324931.2 38336/002

| | | |
|---|---|---|
| J. P. Morgan-Chase<br>Michael Kerney<br>450 West 33rd Street, 15th Floor<br>Ref: 030057 Nassau Assoc-Saba<br>New York, NY 10041 | Northern California Collection<br>Service, Inc.<br>700 Leisure Lane<br>Sacramento, CA 95815 | Santa Barbara County - APCD<br>Aeron Arlin Genet<br>260 North San Antonio Road<br>Santa Barbara, CA 93110 |
| State of New York Attorney General<br>Attn: Letia A. James<br>Dept. of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | Stoner Family Trust<br>James G. Sanford Trustee<br>100 West Liberty St., Suite 900<br>Reno, NY 89501 | U.S. Department Of Transportation<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 |
| UBS AG, London Branch<br>Julian Gould<br>600 Washington Blvd.<br>Stamford, CT 06901 | U.S. Attorney's Office - SDNY<br>Attn: Anthony Sun, Asst. U.S. Attorney<br>Tax & Bankruptcy Unit<br>86 Chambers St., 3rd Floor<br>New York, NY 10007 | W. J. Kenny Corp.<br>c/o Allfirst Bankcorp Trust<br>c/o M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 |
| Wyatt Sloan-Tribe, Esq.<br>Office of The Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | **Attorneys for Buganko**<br>Philip W. Ganong<br>Ganong Law<br>930 Truxtun Avenue, Suite 102<br>Bakersfield, CA 93301 | Buganko, LLC<br>2200 Ross Avenue<br>Suite 4800 West<br>Dallas, TX 75201-2708 |
| Samantha M. Indelicato<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | Gary Svirsky<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | Sid J. Garabato<br>Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 |
| California State Lands Commission<br>Richard D. Nobles<br>100 Howe Avenue, Suite 100 S<br>Sacramento, CA 95825-8219 | Pacific Gas & Electric Company<br>P.O. 8329<br>Stockton, CA 95208-0329 | Dept. of Conservation, Div. of Oil<br>c/o California Dept. of Justice<br>Attn: Christina Bull Arndt,<br>   Supervising Deputy Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013-1256 |
| Direct Energy Business Marketing, LLC<br>d/b/a Direct Energy Business<br>c/o McDowell Hetherington LLP<br>1001 Fannin, Suite 2700<br>Houston, TX 77002-6736 | Harry Hagen, Treasurer/Tax Collector,<br>  Santa Barbara County<br>c/o Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 | County of Santa Barbara, CA<br>c/o Ross Spence<br>Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 |
| Kern County Treasurer – Tax Collector<br>c/o Linda Delgado<br>P.O. Box 579<br>Bakersfield, CA 93302 | Santa Barbara County Air<br>  Pollution Control<br>c/o Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 | Epiq Corporate Restructuring, LLC<br>f/k/a Bankruptcy Services LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 |
| State of California<br>Employment Development Department<br>2901 50th Street<br>Sacramento, CA 95817 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:324931.2 38336/002