LOEB & LOEB LLP
MARC S. COHEN (SBN 65486)
mscohen@loeb.com
DONALD A. MILLER (SBN 228753)
dmiller@loeb.com
STEVEN S. ROSENTHAL (SBN 109739)
srosenthal@loeb.com
ALICIA M. CLOUGH (SBN 260012)
aclough@loeb.com
MARIAH V. S. VOLK (SBN 323068)
mvolk@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:    310.282.2000
Facsimile:    310.282.2200

*Attorneys for the California State Lands Commission*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No.: 9:19-BK-11573-MB<br><br>Assigned to Hon. Martin R. Barash<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**<br><br>Date: October 18, 2019<br>Time: 8:30 a.m.<br>Place: 21041 Burbank Blvd., Courtroom 303<br>       Woodland Hills, CA 91367<br>Judge: The Honorable Martin R. Barash |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18255629.1
232604-10002

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING ELECTRONIC NOTICE OF FILING:**

The California State Lands Commission (the "Commission") hereby submits this notice of errata in connection with the Motion for Appointment of a Chapter 11 Trustee, filed on October 7, 2019 [Docket No. 356] (the "Motion")[1]:

The Motion inadvertently misstates that "the Debtor mounted an ultimately unsuccessful appeal" of DOGGR Order No. 1119C, regarding the REDU property (as those terms are defined in the Motion). Mot. at 2:11. As explained in the Declaration of William A. Bartling [Docket No. 357], the Debtor's appeal of Order 1119C is still pending. *See* Bartling Decl., ¶ 31 ("A proposed decision from [the California Office of Administrative Hearings] is pending, and is due by December 2, 2019.").

Dated:   October 14, 2019                    LOEB & LOEB LLP

By:   /s/ Marc S. Cohen
Marc S. Cohen
*Attorneys for the California State Lands Commission*

---

[1] The Motion was filed jointly with the California State Lands Commission, the California Department of Conservation Division of Oil, Gas, and Geothermal Resources, Santa Barbara County, the Air Pollution Control District, and the Office of Harry E. Hagen, Treasurer-Tax Collector, and BUGANKO, LLC.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18255629.1
232604-10002

2