O'MELVENY & MYERS LLP
Evan M. Jones (S.B. # 115827)
Brian M. Metcalf (S.B. # 205809)
Darren L. Patrick (S.B. # 310727)
400 South Hope Street, 18th Floor
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-mail:  ejones@omm.com
E-mail:  bmetcalf@omm.com
E-mail:  dpatrick@omm.com

Gary Svirsky (N.Y. SBN: 2899417)
Samantha M. Indelicato (N.Y. SBN: 5598263)
(*pro hac vice* applications pending)
Seven Times Square
New York, NY  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  gsvirsky@omm.com
E-mail:  sindelicato@omm.com

*Attorneys for UBS AG, London Branch*

**FILED & ENTERED**

**OCT 16 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>    Debtor. | Case No.: 9:19-BK-11573-MB<br><br>Assigned to Hon. Martin R. Barash<br><br>Chapter 11<br><br>**AGREED ORDER GRANTING MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**<br><br>Date:    October 18, 2019<br>Time:    8:30 a.m.<br>Dept:    21041 Burbank Boulevard<br>           Courtroom 303<br>           Woodland Hills, California 91367 |

This Agreed Order Granting the Motion for Appointment of a Chapter 11 Trustee is entered as of October 15, 2019, with the express consent of the Debtor and with respect to the following facts:

On October 7, 2019, the California State Lands Commission (the "Commission"), the California Department of Conservation Division of Oil, Gas, and Geothermal Resources ("DOGGR"), Santa Barbara County, the Air Pollution Control District, and the Office of Harry E. Hagen, Treasurer-Tax Collector ("Santa Barbara"), and BUGANKO, LLC ("BUGANKO") filed their Motion for Appointment of a Chapter 11 Trustee [Docket No. 356] (the "Commission Motion"), pursuant to section 1104(a) of the Bankruptcy Code. Also on October 7, 2019, UBS AG, London Branch ("UBS") filed its Motion to Appoint a Chapter 11 Trustee pursuant to sections 1104(a) and 1112(b) of the Bankruptcy Code [Docket No. 363] (the "UBS Motion", UBS together with the Commission, DOGGR, Santa Barbara, and BUGANKO constituting the "Movants"; the UBS Motion together with the Commission Motion, constituting the "Trustee Motions").

On October 8, 2019, during the telephonic hearing to consider the *Agreed Order for Consensual Use of Cash Collateral*, this Court expressed on the record that the Trustee Motions and the evidence submitted in support of the Trustee Motions made out a *prima facie* case to appoint a Chapter 11 trustee.

On October 12, 2019, the Debtor's counsel notified counsel for Movants that the Debtor will consent to the appointment of a Chapter 11 trustee and will not oppose the Trustee Motions or any order granting appointment of a Chapter 11 trustee, thereby obviating the need to proceed with a hearing on the Trustee Motions on October 18, 2019, as scheduled. The Debtor expressly reserves all its rights with respect to the selection of a Chapter 11 trustee and of his or her professionals.

Based upon the evidence and pleadings submitted in support of the Trustee Motions, the Court finding that the Trustee Motions make out a *prima facie* case for appointment of a Chapter 11 trustee, upon the consent of the Debtor, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Trustee Motions are granted;

Case 9:19-bk-11573-MB    Doc 409    Filed 10/16/19    Entered 10/16/19 16:11:45    Desc
Main Document      Page 3 of 6

2. The United States Trustee is directed to immediately appoint a Chapter 11 trustee; and

3. This Order shall be effective immediately upon entry notwithstanding anything to the contrary in the Bankruptcy Rules or the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.

###

Date: October 16, 2019

Martin R Barash
United States Bankruptcy Judge

18265011.1
232604-10002

AGREED ORDER GRANTING MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE

Loeb & Loeb

**Agreed as to form and substance:**

**WELTMAN & MOSKOWITZ, LLP**

By: */s/ Richard E. Weltman*
Richard E. Weltman
Adrienne Woods
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800
Email: rew@weltmosk.com
       aw@weltmosk.com
**ATTORNEYS FOR DEBTOR**


**LOEB & LOEB LLP**

By: */s/ Marc S. Cohen*
Marc S. Cohen
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
(310) 282-2000
Email: mscohen@loeb.com
**ATTORNEYS FOR THE CALIFORNIA STATE LANDS COMMISSION**


**O'MELVENY & MYERS LLP**

By: */s/ Evan M. Jomes*
Evan M. Jones
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
(213) 430-6000
Email: ejoines@omm.com
**ATTORNEYS FOR UBS AG, LONDON BRANCH**


**XAVIER BECERRA**
**Attorney General of California**

By: */s/ Mitchell E. Rishe*
Mitchell E. Rishe
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6394
Email: Mitchell.Rishe@doj.ca.gov
**ATTORNEYS FOR THE CALIFORNIA DEPARTMENT OF CONSERVATION, DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES**

**SNOW SPENCE GREEN LLP**

By: */s/ Ross Spence*
W. Ross Spence
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
(713) 335-4800
Email: ross@snowspencelaw.com
**ATTORNEYS FOR THE COUNTY OF SANTA BARBARA, CALIFORNIA; HARRY E. HAGEN, AS TREASURER-TAX COLLECTOR OF THE COUNTY OF SANTA BARBARA, CALIFORNIA; AND THE SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT**

**SPENCER FANE LLP**

By: */s/ Eric M. Van Horn*
Eric M. Van Horn
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201
(214) 750-3610
Email: ericvanhorn@spencerfane.com

and

**LAW OFFICES OF KAREN L. GRANT**
Karen L. Grant
924 Anacapa Street, Suite 1M
Santa Barbara, Ca 93101
(805) 962-4413
Email: kgrant@silcom.com
**ATTORNEYS FOR BUGANKO, LLC**


**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Maxim B. Litvak*
Jeffrey N. Pomerantz
Maxim B. Litvak
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
(310) 277-6910
Email: jpomerantz@pszjlaw.com
         mlitvak@pszjlaw.com

**PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**No objection as to form:**

**Office of the United States Trustee**
By: */s/ Brian D. Fittipaldi*
Brian D. Fittipaldi
U.S. Department of Justice
Office of the United States Trustee
1415 State Street, Suite 148
Santa Barbara, CA 93101