PETER C. ANDERSON
UNITED STATES TRUSTEE
Russell Clementson, Bar No. 143284
Brian D. Fittipaldi, Bar No. 146864
Attorneys for the United States Trustee
UNITED STATES TRUSTEE
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Facsimile: (805) 957-4103
E-mail: brian.fittipaldi@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI Cat Canyon, Inc.,<br><br><br><br><br>Debtor. | CASE NUMBER: 9:19-bk-11573-MB<br><br>CHAPTER 11<br><br>NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE<br><br>[NO HEARING REQUIRED] |

Pursuant to the Order of this Court entered on October 16, 2019 (the "Order") directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Michael A. McConnell to serve as the chapter 11 trustee. The chapter 11 trustee bond is initially set at $250,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the United States Trustee when changes to the bond amount are required or made. This appointment is made the 21st day of October, 2019.

DATE: October 21, 2019

_____
PETER C. ANDERSON
United States Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/21/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **10/21/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/21/2019 | Veronica M. Hernandez | */s/ Veronica M. Hernandez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**
Brian Fittipaldi   brian.fittipaldi@usdoj.gov
William C Beall   will@beallandburkhardt.com, carissa@beallandburkhardt.com
Alicia Clough   aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
Marc S Cohen   mscohen@loeb.com, klyles@loeb.com
Karl J Fingerhood   karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
H Alexander Fisch   Alex.Fisch@doj.ca.gov
Don Fisher   dfisher@ptwww.com, tblack@ptwww.com
Brian D Fittipaldi   brian.fittipaldi@usdoj.gov
Gisele M Goetz   gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
Karen L Grant   kgrant@silcom.com
Ira S Greene   Ira.Greene@lockelord.com
Matthew C. Heyn   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
Brian L Holman   b.holman@musickpeeler.com
Razmig Izakelian   razmigizakelian@quinnemanuel.com
Alan H Katz   akatz@lockelord.com
John C Keith   john.keith@doj.ca.gov
Jeannie Kim   jkim@friedmanspring.com
Brian M Metcalf   bmetcalf@omm.com
Michael L Moskowitz   mlm@weltmosk.com, jg@weltmosk.com;aw@weltmosk.com
David L Osias   dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
Darren L Patrick   dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
Jeffrey N Pomerantz   jpomerantz@pszjlaw.com
Todd C. Ringstad   becky@ringstadlaw.com, arlene@ringstadlaw.com
Mitchell E Rishe   mitchell.rishe@doj.ca.gov
Daniel A Solitro   dsolitro@lockelord.com, ataylor2@lockelord.com
Ross Spence   ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
Christopher D Sullivan   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
Jennifer Taylor   jtaylor@omm.com
Salina R Thomas   bankruptcy@co.kern.ca.us
Patricia B Tomasco   pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
Fred Whitaker   lshertzer@cwlawyers.com
Emily Young   pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

**SERVED BY U.S. MAIL**
United States Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue
Suite D
Brighton, CO 80601

Michael A. McConnell
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Buganko
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

Peter Calamari
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue 22nd floor
New York, NY 10010

Daniel L. Cantor
O'Melveny & Myers LLP
7 Times Square
New York, NY 10011

Carolyn V Carollo
Snow Spence Green LLP
2929 Allen Parkway
Suite 2800
Houston, TX 77019

Carolyn Virginia Carollo
Snow Spence Green, LLP
2929 Allen Parkway, Ste. 2800
Houston, TX 77019

Allan B. Diamond
Diamond McCarthy, LLP
909 Fannin, Ste. 3700
Houston, TX 77010

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Philip W Ganong
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

| | |
|---|---|
| **SERVED BY U.S. MAIL**<br>Mitchell Elliott Rishe<br>California Department of Justice<br>Office of the Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | **SERVED BY U.S. MAIL**<br>Sid J. Garabato<br>Epiq Corporate Restructuring, LLC<br>777 Third Avenue<br>12th Floor<br>New York, NY 10017 |
| Vadim J. Rubinstein<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-0037 | Sheryl P Giugliano<br>Diamond McCarthy LLP<br>295 Madison Avenue<br>27th Floor<br>New York, NY 10017 |
| William R. Spence<br>Snow Spence Green LLP<br>2929 Allen Pkwy., Suite 2800<br>Houston, TX 77019-2125 | Steven William Golden<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York<br>New York, NY 10017 |
| Ruth Stoner Muzzin<br>Friedman & Springer Water LLP<br>350 Sansome Street<br>Suite 210<br>San Francisco, CA 94104 | Ira S. Greene<br>Squadron, Ellenoff, Plesent, et al<br>551 Fifth Ave.<br>New York, NY 10176 |
| Gary Svirsky<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | Elizabeth Mary Guffy<br>2800 JP Morgan Chase Tower<br>600 Travis<br>Houston, TX 77002 |
| Shannon Smith Thomas<br>Rochelle McCullough, LLP<br>325 N. Saint Paul St., Ste. 4500<br>Dallas, TX 75201 | Brian L. Holman<br>Musick, Peeler & Garrett LLP<br>624 S. Grand Avenue, Suite 2000<br>Los Angeles, CA 90017 |
| Patricia Tomasco<br>Quinn Emanuel Urquhart & Sullivan<br>711 Louisiana St.<br>Suite 500<br>Houston, TX 77002 | Samantha M. Indelicato<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| Patricia B. Tomasco<br>Quinn Emanuel Urquhart & Sullivan<br>711 Louisiana St.<br>Suite 500<br>Houston, TX 77002 | Evan M. Jones<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 |
| Eric M. Van Horn<br>Spencer Fane LLP<br>2200 Ross Avenue<br>Suite 4800 West<br>Dallas, TX 75201 | Jarrod Barclay Martin<br>McDowell Hetherington LLP<br>1001 Fannin Ste 2700<br>Houston, TX 77002 |
| Michael D. Warner<br>Cole Schotz P.C.<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 | Kevin D. McCullough<br>Rochelle McCullough L.L.P.<br>325 N. St. Paul St., Ste. 4500<br>Dallas, TX 75201 |
| Weltman & Moskowitz, LLP<br>270 Madison Ave., Ste. 1400<br>New York, NY 10016-0601 | Darren L. Patrick<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 |