LOEB & LOEB LLP
MARC S. COHEN (SBN 65486)
mscohen@loeb.com
DONALD A. MILLER (SBN 228753)
dmiller@loeb.com
STEVEN S. ROSENTHAL (SBN 109739)
srosenthal@loeb.com
ALICIA M. CLOUGH (SBN 260012)
aclough@loeb.com
MARIAH V. S. VOLK (SBN 323068)
mvolk@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Xavier BECERRA
Attorney General of California
LISA W. CHAO
Supervising Deputy Attorney General
JOHN C. KEITH
Deputy Attorney General
State Bar No. 229755
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 269-6251
   Fax: (916) 731-2144
E-mail: John.Keith@doj.ca.gov

*Attorneys for the California State Lands Commission*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-BK-11573-MB |
| | Chapter 11 |
| HVI CAT CANYON, INC., | |
| Debtor. | **RESPONSE TO REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CALIFORNIA STATE LAND COMMISSION'S LIMITED OBJECTION TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) ESTABLISHING INFORMATION SHARING PROCEDURES AND (II) GRANTING RELATED RELIEF** |
| | **[Relates to Docket Nos. 223, 348, and 391]** |
| | Hearing Date: October 28, 2019 |
| | Hearing Time: 10:00 a.m. |
| | Place: Courtroom 201 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18290835.2
232604-10002

|  |  |
|---|---|
| ) | U.S. Bankruptcy Court |
| ) | 1415 State Street, Courtroom 202 |
| ) | Santa Barbara, CA 93101 |
| ) | Judge: The Honorable Martin R. Barash |
| ) | |

The California State Lands Commission (the "Commission") respectfully submits this response to the reply (the "Reply") [Docket No. 391] filed by the Official Committee of Unsecured Creditors (the "Committee") in connection with the Committee's Motion for an Order Establishing Information Sharing Procedures (the "Information Procedures Motion").

In the Reply, the Committee did not address the critical fact raised by the Commission – namely, that the Court was likely to appoint a Chapter 11 trustee. Since the Commission filed its limited objection to the Information Procedures Motion, the Court directed the Office of the U.S. Trustee to appoint a Chapter 11 trustee. [Docket No. 409] As set forth in the Commission's limited objection, with a trustee in place, it is no longer necessary for the Committee to control access to information. The Information Procedures Motion is now moot. The trustee will now control access to the Debtor's accounts, documents, data, and related company files. If the trustee believes that his or her role in allowing access to information requires clarification, he or she can request such clarification from the Court.

The Reply focused, instead, on the fact that other bankruptcy courts have entered orders similar to the order that the Committee is requesting here. The Reply provided a laundry list of twelve cases in which such orders have been entered. Notably, only one of those twelve cases involved the appointment of a Chapter 11 trustee.[1] And even in that case, the Chapter 11 trustee was appointed *after* the committee in that case and sought and obtained the type of information-sharing procedures order that the Committee is seeking in the Information Procedures Motion.[2]

---

[1] The only case cited by the Committee that involved the appointment of a Chapter 11 trustee is *In re Mairec Precious Metals, Inc.*, Case No. 19-01198 (Bankr. D. S.C.).

[2] In *In re Mairec Precious Metals*, the order pertaining to information-sharing procedures was entered on April 30, 2019. A Chapter 11 trustee was subsequently appointed on May 17, 2019. *See id.*, ECF No. 242.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18290835.2
232604-10002

2

The Commission maintains that the requested relief has been rendered unnecessary with the appointment of a Chapter 11 trustee. In the wake of the order authorizing the appointment of a trustee, the Court should deny the artificial motion of the Committee seeking to control access to information. The Information Procedures Motion is moot.

In sum, the Commission respectfully requests that the Court deny the Information Procedures Motion.

Dated:    October 21, 2019         LOEB & LOEB LLP

By:   /s/ Marc S. Cohen
Marc S. Cohen
*Attorneys for the California State Lands Commission*

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18290835.2
232604-10002

3