Michael A. McConnell
Kelly Hart
201 Main Street
Suite 2500
Fort Worth, Texas 76102
Phone: 817-878-3569
Fax:    817-878-9769
E-mail: *Michael.McConnell@kellyhart.com*

Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| In re: | CASE NUMBER: 9:19-bk-11573-MB |
|---|---|
| HVI CAT CANYON, | CHAPTER 11 |
| | ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE |
| Debtor. | [NO HEARING SET] |

I, Michael A. McConnell, proposed Chapter 11 Trustee hereby accept my appointment.

DATED: October 21, 2019

MICHAEL A. MCCONNELL

By: _____
MICHAEL A. MCCONNELL