LOEB & LOEB LLP
MARC S. COHEN (SBN 65486)
mscohen@loeb.com
DONALD A. MILLER (SBN 228753)
dmiller@loeb.com
STEVEN S. ROSENTHAL (SBN 109739)
srosenthal@loeb.com
ALICIA M. CLOUGH (SBN 260012)
aclough@loeb.com
MARIAH V. S. VOLK (SBN 323068)
mvolk@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:    310.282.2000
Facsimile:    310.282.2200

Xavier BECERRA
Attorney General of California
LISA W. CHAO
Supervising Deputy Attorney General
JOHN C. KEITH
Deputy Attorney General
State Bar No. 229755
   300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
   Telephone:  (213) 269-6251
   Fax:  (916) 731-2144
E-mail:  John.Keith@doj.ca.gov

*Attorneys for the California State Lands Commission*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-BK-11573-MB |
| | Chapter 11 |
| HVI CAT CANYON, INC., | |
| | **DECLARATION OF MARIAH V. S. VOLK IN SUPPORT OF RESPONSE TO REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO:** |
| Debtor. | |
| | |
| | **(1) CALIFORNIA STATE LAND COMMISSION'S LIMITED OBJECTION TO APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 16, 2019 [Docket No. 346]; and** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18295647.1
232604-10002

| | |
|---|---|
| 1 | ) **(2) CALIFORNIA STATE LAND COMMISSION'S** |
| | ) **LIMITED OBJECTION TO APPLICATION OF THE** |
| 2 | ) **OFFICIAL COMMITTEE OF UNSECURED** |
| | ) **CREDITORS FOR AUTHORIZATION TO RETAIN** |
| 3 | ) **AND EMPLOY CONWAY MACKENZIE, INC. AS** |
| | ) **FINANCIAL ADVISOR, EFFECTIVE AS OF** |
| 4 | ) **AUGUST 16, 2019 [Docket No. 347]** |
| | ) |
| 5 | ) Hearing Date:  October 28, 2019 |
| | ) Hearing Time: 10:00 a.m. |
| 6 | ) Place: Courtroom 201 |
| | )         1415 State Street, Courtroom 202 |
| 7 | )         Santa Barbara, CA 93101 |
| | ) Judge: The Honorable Martin R. Barash |
| 8 | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18295647.1
232604-10002

2

# DECLARATION OF MARIAH V. S. VOLK

I, Mariah V. S. Volk, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and an Associate at the law firm of Loeb & Loeb, counsel for the California State Lands Commission (hereinafter, the "Commission") in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. Capitalized terms not defined herein shall have the same meaning as ascribed to them in the motion filed concurrently with this declaration.

2. On October 10, 2019, I attended the 341(a) Meeting of Creditors in Santa Barbara, California. The meeting lasted approximately 3.5 hours. The Committee did not send a representative or otherwise appear to ask questions of the representative provided by the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of October 2019, at Los Angeles, California.

*/s/ Mariah V. S. Volk*
Mariah V. S. Volk

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18295647.1
232604-10002

3