**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Russell Clementson, Bar No. 143284
Brian D. Fittipaldi, Bar No. 146864
Attorneys for the United States Trustee
**UNITED STATES TRUSTEE**
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Facsimile:  (805) 957-4103
E-mail: brian.fittipaldi@usdoj.gov

**FILED & ENTERED**

OCT 22 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

In re:

HVI Cat Canyon, Inc.,

Debtor.

CASE NUMBER: 9:19-bk-11573-MB

CHAPTER 11

ORDER APPROVING APPOINTMENT OF A CHAPTER 11 TRUSTEE [CASE DKT. 426]

[No hearing required]

The Court having considered the United States Trustee's Application For Order Approving Appointment Of Trustee And Fixing Bond ("Application"), and for good cause appearing,

IT IS HEREBY ORDERED that the Application is granted.

IT IS FURTHER ORDERED that the appointment of Michael A. McConnell as Trustee by the United States Trustee is approved.

Date: October 22, 2019

_____
Martin R Barash
United States Bankruptcy Judge