Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
         mlitvak@pszjlaw.com

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.<br><br>Debtor. | Case No.: 19-bk-11573-MB<br>Chapter 11<br><br>**REQUEST FOR CONTINUANCE OF HEARING ON:**<br><br>**(1) APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 16, 2019 [Docket No. 214];**<br><br>**(2) APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO RETAIN AND EMPLOY CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR, EFFECTIVE AS OF AUGUST 16, 2019 [Docket No. 219]; and**<br><br>**(3) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) ESTABLISHING INFORMATION SHARING PROCEDURES AND (II) GRANTING RELATED RELIEF [Docket No. 223]**<br><br>[Relates to Docket Nos. 214, 219, 223, 346, 347, 348, and 379]<br><br><u>Current Hearing Date</u><br>Date:   October 28, 2019<br>Time:   10:00 a.m.<br>Place:   Courtroom 201<br>          U.S. Bankruptcy Court<br>          1415 State Street<br>          Santa Barbara, CA 93101<br>Judge:   Hon. Martin R. Barash<br><br><u>Proposed Continued Hearing Date</u><br>To be Determined by the Court |

1

DOCS_LA:325351.1 38336/002

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CALIFORNIA STATE LANDS COMMISSION, AND PARTIES REQUESTING SPECIAL NOTICE:**

Pachulski Stang Ziehl & Jones LLP, proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, hereby requests a continuance of the hearing on (a) *Application For Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of August 16, 2019* [Docket No. 214] (the "PSZJ Retention Application"), (b) *Application of the Official Committee of Unsecured Creditors for Authorization to Retain and Employ Conway Mackenzie, Inc. as Financial Advisor, Effective as of August 16, 2019* [Docket No. 219] (the "Conway Retention Application"), and (c) *Motion of the Official Committee of Unsecured Creditors for an Order (I) Establishing Information Sharing* [Docket No. 223] (the "Committee Information Motion", and together with the PSZJ Retention Application and the Conway Retention Application, the "Motions"), from October 28, 2019 to either November 6, 2019 or November 7, 2019.

The request to continue the hearing on the Motions is made at the request of Michael A. McConnell, the recently appointed Chapter 11 Trustee in this case (the "Chapter 11 Trustee"). The Committee desires to accommodate the Chapter 11 Trustee's request in light of his recent appointment. However, since the two venue transfers have prevented the Committee professionals from obtaining an order approving their retention for several weeks, the Committee would prefer not to wait to hear the Motions until the next regularly scheduled omnibus hearing set for November 22, 2019, and thus has requested that they be specially set for hearing.

Dated:   October 24, 2019       PACHULSKI STANG ZIEHL & JONES LLP

By   /s/ *Jeffrey N. Pomerantz*
     [Proposed] Attorneys for Official Committee of Unsecured Creditors

2

DOCS_LA:325351.1 38336/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):  **REQUEST FOR CONTINUANCE OF HEARING ON:  (1) APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 16, 2019  [Docket No. 214]; (2) APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO RETAIN AND EMPLOY CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR, EFFECTIVE AS OF AUGUST 16, 2019 [Docket No. 219]; and (3) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) ESTABLISHING INFORMATION SHARING PROCEDURES AND (II) GRANTING RELATED RELIEF [Docket No. 223]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 24, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **October 24, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
Office of the U.S. Trustee
Brian Fittipaldi
1415 State Street, Suite 148
Santa Barbara, CA  93101

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 24, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA  91367-6603

**VIA EMAIL**
Marc S. Cohen    mscohen@loeb.com
Donald A. Miller    dmiller@loeb.com
Steven S. Rosenthal    srosenthal@loeb.com
Alicia M. Clough    aclough@loeb.com
Mariah V. S. Volk    mvolk@loeb.com

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2019 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:325351.1 38336/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-11573-MB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Alan H Katz    akatz@lockelord.
- John C Keith    john.keith@doj.ca.govcom
- Jeannie Kim    jkim@friedmanspring.com
- Brian M Metcalf    bmetcalf@omm.com
- Michael L Moskowitz    mlm@weltmosk.com, jg@weltmosk.com;aw@weltmosk.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com
- William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

**SERVED BY EMAIL**

- Donald A. Miller    dmiller@loeb.com
- Steven S. Rosenthal    srosenthal@loeb.com
- Mariah V. S. Volk    mvolk@loeb.com
- Allan B. Diamond    adiamond@diamondmccarth.com
- Sheryl P. Giugliano    sgiugliano@diamondmccarthy.com
- Laura K. McAvoy    l.mcavoy@musickpeeler.com
- Gary Svirsky    gsvirsky@omm.com
- Samantha M. Indelicato    sindelicato@omm.com

**SERVED BY UNITED STATES MAIL**:

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:325351.1 38336/002

## REQUESTS FOR SPECIAL NOTICE

**Attorneys for Buganko**
Philip W. Ganong
Ganong Law
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

**Attorneys for Eller Family Trust**
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
    Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:325351.1 38336/002