ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@dgdk.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@dgdk.com*
SONIA SINGH (State Bar No. 311080)
*ssingh@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed Attorneys for Michael A. McConnell,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S NOTICE OF LIMITED OBJECTION AND LIMITED OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) ESTABLISHING INFORMATION SHARING PROCEDURES AND (II) GRANTING RELATED RELIEF**<br><br>Date:  November 12, 2019<br>Time:  11:00 a.m.<br>Place:  Courtroom 201<br>　　　　1415 State Street<br>　　　　Santa Barbara, California 93101 |

   PLEASE TAKE NOTICE that Michael A. McConnell, the Chapter 11 trustee (the "Trustee") for the estate of HVI Cat Canyon, Inc., hereby files his limited objection to the Motion of the Official Committee of Unsecured Creditors for an Order (I) Establishing Information Sharing Procedures and (II) Granting Related Relief *(docket no. 223)* (the "Information Sharing Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") on or about September 20, 2019.

1565202.1  26932                                                1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order continuing the hearing on the Information Sharing Motion entered on or about October 25, 2019 *(docket no. 447)*, the Committee may, not later than November 8, 2019, file and serve its reply papers to the Trustee's response to the Information Sharing Motion.

DATED: November 4, 2019　　　　　　　DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
ERIC P. ISRAEL
Proposed Attorneys for Michael A. McConnell,
Chapter 11 Trustee

1565202.1  26932

2

<u>LIMITED OBJECTION</u>

Michael A. McConnell, the Chapter 11 trustee (the "Trustee") for the estate of HVI Cat Canyon, Inc. (the "Debtor"), hereby objects to the Motion of the Official Committee of Unsecured Creditors for an Order (I) Establishing Information Sharing Procedures and (II) Granting Related Relief *(docket no. 223)* (the "Information Sharing Motion") as follows:

1.      On or about September 20, 2019, the Official Committee of Unsecured Creditors (the "Committee") filed the Information Sharing Motion.

2.      On or about October 4, 2019, the California State Lands Commission (the "Commission") filed its limited objection to and request for a hearing on the Information Sharing Motion *(docket no. 348)* (the "Information Sharing Limited Objection") on the grounds that the relief requested was premature because a significant number of creditors intended to apply for appointment of a Chapter 11 trustee, who would hire his/her own professionals. On or about October 10, 2019, the Court set the hearing on the Information Sharing Motion for October 28, 2019, at 10:00 a.m. *(docket no. 384)*. The Committee filed its reply to the Information Sharing Limited Objection on or about October 11, 2019 *(docket no. 391)*, and the Commission filed a response thereto on or about October 21, 2019 *(docket no. 419)*.

3.      On or about October 16, 2019, the Court entered its Agreed Order Granting Motion for Appointment of a Chapter 11 Trustee *(docket no. 409)*. On or about October 22, 2019, the Court approved the appointment of Michael A. McConnell as the Chapter 11 trustee in this case *(docket no. 431)*.

4.      The Committee argues in the Information Sharing Motion that 11 U.S.C. § 1102(b)(3)(A) creates an ambiguity in regard to the Committee's duties to provide information to creditors. The Committee seeks to clarify that it is not required to provide access to confidential and/or privilege information, and further to establish procedures to assure that such information will not be disseminated to the detriment of the Debtor's estate.

5.      Given the appointment of the Trustee, the Trustee now holds and controls the privileges formerly held by the Debtor. See <u>Commodity Futures Trading Comm'n v. Weintraub</u>, 471 U.S. 343, 353, 105 S. Ct. 1986, 1993, 85 L. Ed. 2d 372 (1985) ("In light of the Code's

allocation of responsibilities, it is clear that the trustee plays the role most closely analogous to that of a solvent corporation's management. Given that the debtor's directors retain virtually no management powers, they should not exercise the traditional management function of controlling the corporation's attorney-client privilege…unless a contrary arrangement would be inconsistent with policies of the bankruptcy laws.")  The Trustee does not oppose the Motion except for certain language proposed in Information Sharing Motion (p.8, ll.9-19).  With respect to privileges and confidences formerly held by the Debtor, the language should be changed to the Trustee and his counsel, as follows:

> <u>Release of Confidential Information of Third Parties</u>. If the Information Request implicates Confidential Information of the Debtor (or any other Entity) and the Committee agrees that such request should be satisfied, or if the Committee on its own wishes to disclose such Confidential Information to creditors, the Committee may demand (the "Demand") for the benefit of the Debtor's creditors: (a) if the Confidential Information is information of the Debtor, by submitting a written request, each captioned as a "Committee Information Demand," to counsel for the <u>Trustee</u><s>Debtor</s>, stating that such information will be disclosed in the manner described in the Demand unless the <u>Trustee</u> <s>Debtor</s> objects to such Demand on or before fifteen (15) days after the service of such Demand; and, after the lodging of such an objection, the Committee, the Requesting Creditor and the <u>Trustee</u> <s>Debtor</s> may schedule a hearing with the Court seeking a ruling with respect to the Demand and (b) if the Confidential Information is information of another Entity, by submitting a written request to such Entity and its counsel of record, with a copy to <u>Trustee's</u><s>Debtor's</s> counsel, stating that such information will be disclosed in the manner described in the Demand unless such Entity objects to such Demand on or before fifteen (15) days after the service of such Demand; and, after the lodging of such an objection, the Committee, the Requesting Creditor, such Entity and the <u>Trustee</u><s>Debtor</s> may schedule a hearing with the Court seeking a ruling with respect to the Demand.

With that limited change, the Trustee does not oppose the requested relief.

///

1     For the foregoing reasons, the Trustee requests that, if the Court grants the Informational Sharing Motion, the order be modified as noted above. The Trustee further prays for all other appropriate relief.

DATED: November 4, 2019      DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
ERIC P. ISRAEL
Proposed Attorneys for Michael A. McConnell,
Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): CHAPTER 11 TRUSTEE'S NOTICE OF LIMITED OBJECTION AND LIMITED OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER (I) ESTABLISHING INFORMATION SHARING PROCEDURES AND (II) GRANTING RELATED RELIEF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 4, 2019 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 4, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PERSONAL DELIVERY ALSSI – TO BE DELIVERED BY 11/5/19
The Honorable Martin R. Barash
U.S. Bankruptcy Court
Bin on 1st Floor outside entry to Intake Section
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 4, 2019 | Gloria Ramos | /S/ GLORIA RAMOS |
|---|---|---|
| Date | Printed Name | Signature |

1565372.1 26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **William C Beall**  will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Alicia Clough**  aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**  mscohen@loeb.com, klyles@loeb.com
- **Alec S DiMario**  alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Karl J Fingerhood**  karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**  Alex.Fisch@doj.ca.gov
- **Don Fisher**  dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**  brian.fittipaldi@usdoj.gov
- **Gisele M Goetz**  gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- **Karen L Grant**  kgrant@silcom.com
- **Ira S Greene**  Ira.Greene@lockelord.com
- **Matthew C. Heyn**  Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**  b.holman@musickpeeler.com
- **Eric P Israel**  eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Alan H Katz**  akatz@lockelord.com
- **John C Keith**  john.keith@doj.ca.gov
- **Jeannie Kim**  jkim@friedmanspring.com
- **Brian M Metcalf**  bmetcalf@omm.com
- **David L Osias**  dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**  dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Todd C. Ringstad**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**  mitchell.rishe@doj.ca.gov
- **Daniel A Solitro**  dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**  ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- **Christopher D Sullivan**  csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- **Jennifer Taylor**  jtaylor@omm.com
- **John N Tedford**  jtedford@dgdk.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**  bankruptcy@co.kern.ca.us
- **Patricia B Tomasco**  pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Fred Whitaker**  lshertzer@cwlawyers.com
- **William E. Winfield**  wwinfield@calattys.com, scuevas@calattys.com
- **Emily Young**  pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

1565372.1  26932  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE