| Attorney Name, Address, Telephone and FAX Ph: 310-277-0077; Fax: 310-277-5735<br>Eric P. Israel (State Bar No. 132426)<br>eisrael@dgdk.com<br>John N. Tedford (State Bar No. 205537)<br>jtedford@dgdk.com<br>Aaron E. de Leest (State Bar No. 216832)<br>Danning, Gill, Diamond & Kollitz, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067-6006 | File with U.S. TRUSTEE Only |
|---|---|
| | Proposed Attorneys for Michael A. McConnell, Chapter 11 Trustee |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| In re:<br><br>HVI Cat Canyon, Inc.<br><br>Debtor(s) | Chapter 11 Case Number<br>9:19-bk-11573-MB |
|---|---|
| NOTICE OF SETTING/INCREASING INSIDER COMPENSATION | |

| 1. Name of Insider: | Alex G. Dimitrijevic |
|---|---|
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Officer |
| 3. Date when relationship with Debtor commenced: | 03/19/08 |
| 4. Position title: | President |
| 5. Position Description: | President of HVI Cat Canyon, Inc. Belridge, Lakeview, REDU, and Rig Dept |
| 6. Assigned Duties: | Oversight of all HVICC production areas (Santa Barbara, Orange and Kern County) including all governmental agencies. Manage a team of approximately 50 employees & report to Chairman. |
| 7. Date employed in current position: | Current position held since proximately 2013 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | 50-60 |
| 10. Total amount of compensation and payment interval: | $3,807.69 Bi-weekly |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | 98,610.85 |
| Perquisites (total, detail below): | $15,584.48 |

Revised September 2012    INSIDER COMPENSATION (Page 1 of 2)    USTR16-12.0

| | |
|---|---|
| Car Allowance: | $250 per pay period |
| Medical Insurance: | Anthem Blue Cross PPO $757.04 monthly premium |
| Life Insurance: | Anthem Blue Cross $15,000 |
| Business Expenses: | Reimbursement for out of pocket expenses during business travel |
| Other (Specify): | N/A |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Payroll Account |
| 13. Date and amount of last increase in compensation: | 03/19/08 |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | N/A |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | W2 attached |
| Compensation: | $98,610.85 |
| Loans: | None |
| Perquisites (Specify): | Reimbursement for out of pocket expenses during business travel |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: 10/23/19

Alex G. Dimitrijevic
Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

## Form W-2 Wage and Tax Statement — 2018 (Copy B)

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's social security number | [redacted] |
| b | Employer ID number (EIN) | [redacted] |
| 1 | Wages, tips, other comp. | 98610.85 |
| 2 | Federal income tax withheld | 15284.47 |
| 3 | Social security wages | 98610.85 |
| 4 | Social security tax withheld | 6113.94 |
| 5 | Medicare wages and tips | 98610.85 |
| 6 | Medicare tax withheld | 1429.85 |

c Employer's name, address, and ZIP code:
HVI Cat Canyon, Inc
2617 Clark Ave
Santa Maria CA 93454

e Employee's name, address, and ZIP code:
ALEX G. DIMITRIJEVIC
310 E MC COY LN
SANTA MARIA CA 93455

14 Other: HC 388.40

| 15 State | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA [redacted] | 98610.85 | 6499.36 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 98610.85 | 986.17 | CA SDI |

Copy B - To Be Filed With Employee's FEDERAL Tax Return
This information is being furnished to the Internal Revenue Service.
DXA

---

## Form W-2 Wage and Tax Statement — 2018 (Copy 2)

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's social security number | [redacted] |
| b | Employer ID number (EIN) | [redacted] |
| 1 | Wages, tips, other comp. | 98610.85 |
| 2 | Federal income tax withheld | 15284.47 |
| 3 | Social security wages | 98610.85 |
| 4 | Social security tax withheld | 6113.94 |
| 5 | Medicare wages and tips | 98610.85 |
| 6 | Medicare tax withheld | 1429.85 |

c Employer's name, address, and ZIP code:
HVI Cat Canyon, Inc
2617 Clark Ave
Santa Maria CA 93454

e Employee's name, address, and ZIP code:
ALEX G. DIMITRIJEVIC
310 E MC COY LN
SANTA MARIA CA 93455

14 Other: HC 388.40

| 15 State | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA [redacted] | 98610.85 | 6499.36 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 98610.85 | 986.17 | CA SDI |

Copy 2 - To be Filed With Employee's State, City, or Local Income Tax Return
DXA

---

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement — 2018 (Copy C)

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's social security number | [redacted] |
| b | Employer ID number (EIN) | [redacted] |
| 1 | Wages, tips, other comp. | 98610.85 |
| 2 | Federal income tax withheld | 15284.47 |
| 3 | Social security wages | 98610.85 |
| 4 | Social security tax withheld | 6113.94 |
| 5 | Medicare wages and tips | 98610.85 |
| 6 | Medicare tax withheld | 1429.85 |

c Employer's name, address, and ZIP code:
HVI Cat Canyon, Inc
2617 Clark Ave
Santa Maria CA 93454

e Employee's name, address, and ZIP code:
ALEX G. DIMITRIJEVIC
310 E MC COY LN
SANTA MARIA CA 93455

14 Other: HC 388.40

| 15 State | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA [redacted] | 98610.85 | 6499.36 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 98610.85 | 986.17 | CA SDI |

Copy C - For EMPLOYEE'S RECORDS (See Notice on back.)
DXA

---

## Form W-2 Wage and Tax Statement — 2018 (Copy 2)

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's social security number | [redacted] |
| b | Employer ID number (EIN) | [redacted] |
| 1 | Wages, tips, other comp. | 98610.85 |
| 2 | Federal income tax withheld | 15284.47 |
| 3 | Social security wages | 98610.85 |
| 4 | Social security tax withheld | 6113.94 |
| 5 | Medicare wages and tips | 98610.85 |
| 6 | Medicare tax withheld | 1429.85 |

c Employer's name, address, and ZIP code:
HVI Cat Canyon, Inc
2617 Clark Ave
Santa Maria CA 93454

e Employee's name, address, and ZIP code:
ALEX G. DIMITRIJEVIC
310 E MC COY LN
SANTA MARIA CA 93455

14 Other: HC 388.40

| 15 State | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA [redacted] | 98610.85 | 6499.36 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 98610.85 | 986.17 | CA SDI |

Copy 2 - To be Filed With Employee's State, City, or Local Income Tax Return
DXA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): Notice of Setting/Increasing Insider Compensation will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 25, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2019 | Gloria Ramos | /s/ Gloria Ramos |
|---|---|---|
| Date | Printed Name | Signature |

1564549.1 26932  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION** (if needed):

**2. SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| **Brian D Fittipaldi**<br>**United States Department of Justice/OUST**<br>1415 State Street<br>Suite 148<br>Santa Barbara, CA 93101 | Counsel for Creditor Committee Official Committee of Unsecured Creditors<br>**Jeffrey N Pomerantz**<br>**Pachulski Stang Ziehl & Jones LLP**<br>10100 Santa Monica Blvd 13th Fl<br>Los Angeles, CA 90067 | Counsel for California State Lands Commission<br>**Marc Cohen**<br>**Loeb &Loeb, LLP**<br>10100 Santa Monica Blvd.<br>Suite 2200<br>Los Angeles, California  90067 |
| Counsel for GIT, Inc.<br>**Patricia B. Tomasco**<br>**Quinn Emanuel Urquhart &Sullivan LLP**<br>Pennzoil Place 711 Louisiana St.,<br>Suite 500<br>Houston, TX 77002 | Counsel for UBS AG, London Branch<br>**Evan M. Jones**<br>**O'Melveny & Myers LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 | **GLR, LLC**<br>45 Rockefeller Plaza, Suite 2410<br>New York, NY 10111 |

1564549.1  26932   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**