Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
        mlitvak@pszjlaw.com

[Proposed] Attorneys for the Official Committee of Unsecured Creditors



**FILED & ENTERED**

NOV 18 2019

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ortiz        **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.<br><br>            Debtor. | Case No.: 19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF COLE SCHOTZ P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE FOR THE PERIOD AUGUST 27, 2019 THROUGH SEPTEMBER 11, 2019**<br><br>[No Hearing Required] |

The Court has considered the *Application for Approval of the Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors, Effective for the Period August 27, 2019 through September 11, 2019* (the "Application")[1] [Docket No. 338], the *Declaration of Michael D. Warner In Support of Application for Approval of the Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors, Effective for the Period August 27, 2019 through September 11, 2019* (the "Warner Declaration") [Docket No. 339], and the *Declaration of Vincent T. Martinez In Support of Application for Approval of the Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors, Effective for the Period August 27, 2019 through September 11, 2019* (the "Martinez Declaration") [Docket No. 340], and based upon the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_LA:325889.1

record before the Court, it appears that Cole Schotz P.C. ("Cole Schotz") does not hold or represent an interest adverse to the estate, that Cole Schotz is a disinterested person, and that its employment is in the best interest of the estate.  Accordingly, it is hereby

**ORDERED** that the law firm of Cole Schotz P.C. is retained as co-counsel to the Committee, effective for the period August 27, 2019 through September 11, 2019, on the terms and conditions set forth more fully in the Application, the Warner Declaration, and the Martinez Declaration, filed concurrently therewith.

######

Date: November 18, 2019

Martin R Barash
United States Bankruptcy Judge

2

DOCS_LA:325889.1