O'MELVENY & MYERS LLP
Evan M. Jones (S.B. # 115827)
Brian M. Metcalf (S.B. # 205809)
Darren L. Patrick (S.B. # 310727)
400 South Hope Street, 18th Floor
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-mail:  ejones@omm.com
E-mail:  bmetcalf@omm.com
E-mail:  dpatrick@omm.com

Gary Svirsky (N.Y. SBN: 2899417)
Samantha M. Indelicato (N.Y. SBN: 5598263)
(*pro hac vice* applications pending)
Seven Times Square
New York, NY  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  gsvirsky@omm.com
E-mail:  sindelicato@omm.com

*Attorneys for UBS AG, London Branch*

**FILED & ENTERED**

**NOV 20 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br>        Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363 APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001 [CASE DOCKET 11]** |

        Upon consideration of the motion (the "Motion") dated July 30, 2019 of the Debtor and

Debtor in Possession, in the above-referenced chapter 11 case for entry of an order, pursuant to 11

U.S.C. §§ 105, 361, 362 and 363, authorizing the Debtor's use of cash collateral ("Cash Collateral"),

subject to the liens and security interests of Debtor's prepetition secured creditors, UBS AG, London

1

ORDER DENYING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363
APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING
FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

Branch ("UBS") and GLR, LLC ("GLR", and together with UBS, the "Secured Lenders"), providing adequate protection to Secured Lenders for Debtor's use of Cash Collateral; and upon all responses to the Debtor's use of cash collateral; and upon the evidentiary hearing on the Motion having been held before this Court on October 3–4, 2019 ("Cash Collateral Hearing"); and upon all testimony and documents admitted into evidence at the Cash Collateral Hearing; and upon the findings of fact and conclusions of law made by the Court on the record at the Cash Collateral Hearing, which findings and conclusions are incorporated herein by reference;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.      Debtor's request pursuant to the Motion to use cash collateral is **DENIED** for the reasons set forth at the Cash Collateral Hearing;

2.      Having considered a suggestion to appoint a Chapter 11 trustee *sua sponte*, and the Court having determined such is not appropriate with notice and a hearing, and good cause appearing to shorten notice, this Court directs any parties filing a motion to appoint a Chapter 11 trustee ("Trustee Motions") to file the motion and any evidence in support of the motion by October 7, 2019;

3.      This Court shall hold an expedited hearing on October 18, 2019 at 8:30 a.m. to consider any Trustee Motions timely filed; and

4.      This Court shall hold a telephonic hearing on October 8, 2019 at 11:00 a.m. to consider any agreed order for consensual use of cash collateral during the interim period through this Court's consideration of the Trustee Motions.

###

Date: November 20, 2019

Martin R Barash
United States Bankruptcy Judge

ORDER DENYING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363
APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING
FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

1    **Agreed as to form only:**

2    **O'MELVENY & MYERS LLP**

3    By: _/s/_____

4    Evan M. Jones
     400 South Hope Street, 18th Floor

5    Los Angeles, California 90071-2899
     (213) 430-6000

6    Email: ejoines@omm.com

7    **ATTORNEYS FOR UBS AG, LONDON BRANCH**

8

9    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

     By: _/s/_____
10   Patricia B. Tomasco
     State Bar No. 01797600
11   Devin van der Hahn
     State Bar No. 24104047
12   711 Louisiana, Suite 500
     Houston, Texas 77002
13   Telephone: 713-221-7000
     Facsimile: 713-221-7100
14   Email: pattytomasco@quinnemanuel.com
            devinvanderhahn@quinnemanuel.com
15
     -and-
16
     Peter Calamari
17   QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
18   51 Madison Avenue, 22nd Floor
     New York, New York 10010
19   Telephone: 212-849-7000
     Facsimile: 212-849-7100
20   Email: petercalamari@quinnemanuel.com
     **ATTORNEYS FOR GIT, INC.**
21

22   **LOEB & LOEB LLP**

23
     By: _/s/_____
24   Marc S. Cohen
     10100 Santa Monica Blvd., Suite 2200
25   Los Angeles, California 90067
     (310) 282-2000
26   Email: mscohen@loeb.com
27   **ATTORNEYS FOR THE CALIFORNIA STATE LANDS COMMISSION**

28

3

ORDER DENYING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363
APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING
FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

**SNOW SPENCE GREEN LLP**

By: _/s/_____
W. Ross Spence
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
(713) 335-4800
Email: ross@snowspencelaw.com
**ATTORNEYS FOR THE COUNTY OF SANTA BARBARA, CALIFORNIA; HARRY E. HAGEN, AS TREASURER-TAX COLLECTOR OF THE COUNTY OF SANTA BARBARA, CALIFORNIA; AND THE SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT**


**SPENCER FANE LLP**

By: _/s/_____
Eric M. Van Horn
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201
(214) 750-3610
Email: ericvanhorn@spencerfane.com

and

**LAW OFFICES OF KAREN L. GRANT**
Karen L. Grant
924 Anacapa Street, Suite 1M
Santa Barbara, Ca 93101
(805) 962-4413
Email: kgrant@silcom.com
**ATTORNEYS FOR BUGANKO, LLC**


**PACHULSKI STANG ZIEHL & JONES LLP**

By: _/s/_____
Jeffrey N. Pomerantz
Maxim B. Litvak
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
(310) 277-6910
Email: jpomerantz@pszjlaw.com
        mlitvak@pszjlaw.com


**PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

4

ORDER DENYING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363
APPROVING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING
FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001