**Richard E. Weltman (rew@weltmosk.com)**
**Michael L. Moskowitz (mlm@weltmosk.com)**
**Debra Kramer (dk@weltmosk.com)**
**Adrienne Woods (aw@weltmosk.com)**
**Melissa A. Guseynov (mag@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Former Counsel to Debtor*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-mb<br><br>Chapter 11<br><br>**JOINDER TO SUPPLEMENTAL OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS [Docket No. 525] TO: EMERGENCY MOTION FOR AN ORDER: (1) AUTHORIZING THE TRUSTEE TO OBTAIN SECURED PRIMING SUPERPRIORITY FINANCING; (2) AUTHORIZING CONTINUED USE OF CASH COLLATERAL; (3) SCHEDULING A FINAL HEARING; AND (4) GRANTING RELATED RELIEF [Docket No. 474]**<br><br>Date:   November 21, 2019<br>Time:   2:30 p.m.<br>Place:  1415 State Street<br>        Courtroom 201<br>        Santa Barbara, CA 93101<br>Judge:  Hon. Martin R. Barash |

**PLEASE TAKE NOTICE** that Weltman & Moskowitz, LLP ("WM"), former counsel to Debtor, HVI Cat Canyon, Inc. ("Debtor"), prior to appointment of the Chapter 11 Trustee ("Trustee"), hereby files this joinder to the Supplemental Objection ("Supplemental Objection") of the Official Committee of Unsecured Creditors ("Committee") [Docket No. 525] to Trustee's Motion for an Order: (1) Authorizing the Trustee to Obtain Secured Priming Superpriority Financing; (2) Authorizing Continued Use of Cash Collateral; (3) Scheduling a Final Hearing; and (4) Granting Related Relief [Docket No. 474] and supports the relief requested therein.

The Trustee Financing Motion[1] seeks final approval of financing (the "Trustee Facility") provided by UBS AG, Stamford Branch, an affiliate of UBS AG, London Branch, the Debtor's asserted prepetition secured creditor. The Trustee Facility does not provide for payment of administrative expenses to estate professionals.

WM represented Debtor for the post-petition period and incurred administrative fees and expenses in excess of $500,000 during the course of this representation. WM provided substantial services to Debtor and the estate during its tenure as Debtor's counsel. While WM recognizes that this Court cannot force UBS to finance the administrative expenses of this estate, if the case is to proceed in chapter 11 administrative expenses must be paid and WM joins in the Supplemental Objection.

DATED this 21th day of November 2019.

**WELTMAN & MOSKOWITZ, LLP**

By: /s/ Michael L. Moskowitz
    **MICHAEL L. MOSKOWITZ**
    270 Madison Avenue, Suite 1400
    New York, New York 10016
    (212) 684-7800

---

[1] Capitalized terms not otherwise defined herein are ascribed the meaning provided in the Supplemental Objection.