ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SONIA SINGH (State Bar No. 311080)
ssingh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed Attorneys for Michael A. McConnell,
Chapter 11 Trustee

**FILED & ENTERED**

**NOV 21 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER EXTENDING THE TIME WITHIN WHICH TO ASSUME OR REJECT ANY AND ALL UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY** (*Docket No. 502*)<br><br>Date:     November 21, 2019<br>Time:    2:30 p.m.<br>Place:    Courtroom 201<br>              1415 State Street<br>              Santa Barbara, California |

On November 21, 2019 at 2:30 p.m., the Court heard and considered the Motion for Order Extending the Time Within Which to Assume or Reject Any and All Unexpired Leases of Nonresidential Real Property (*Docket No. 502*) (the "Motion") filed by Michael A. McConnell, the Chapter 11 trustee (the "Trustee") for the estate of HVI Cat Canyon, Inc. (the "Debtor"), the Honorable Martin R. Barash, United States Bankruptcy Judge, presiding. The Court having heard and considered the Motion and all papers filed in support thereof, having found that notice of the Motion was adequate and proper, and good cause appearing,

1566346.1  26932                                                    1

IT IS ORDERED THAT:

1. The Motion is granted in its entirety.

2. The time period for the Trustee within which to assume or reject any and all unexpired leases of nonresidential real property is extended through and including February 20, 2020.

### 

Date: November 21, 2019

Martin R Barash
United States Bankruptcy Judge

1566346.1  26932

2