Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
       mlitvak@pszjlaw.com

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

**FILED & ENTERED**

**NOV 22 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** handy    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.<br><br>    Debtor. | Case No.: 19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 15, 2019**<br><br>Date:    November 12, 2019<br>Time:    11:00 a.m.<br>Place:   1415 State Street<br>         Courtroom 201<br>         Santa Barbara, CA 93101<br>Judge:   Hon. Martin R. Barash |

The Court has considered the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of August 15, 2019* (the "Application")[1] [Docket No. 214] and the Declaration of Jeffrey N. Pomerantz in support thereof [Docket No. 215], and based upon the record before the Court, it appears that PSZJ does not hold or represent an interest adverse to the estate, that PSZJ is a disinterested person, that its employment is in the best interest of the estate. Accordingly, it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_LA:324391.1 38336/002

**ORDERED** that the Committee is authorized to employ the law firm of Pachulski Stang Ziehl & Jones LLP, as its bankruptcy counsel herein, effective as of August 15, 2019, on the terms and conditions set forth more fully in the Application and the Declaration of Jeffrey N. Pomerantz, filed concurrently therewith.

######

Date: November 22, 2019

Martin R Barash
United States Bankruptcy Judge

2

DOCS_LA:324391.1 38336/002