1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *jtedford@DanningGill.com*
3  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
4  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
5  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Michael A. McConnell,
   Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>　　　　Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**NOTICE OF FILING OF REDLINE OF FINAL ORDER FOR EMERGENCY PRIMING AND SUPERPRIORITY FINANCING AND CONSENSUAL USE OF CASH COLLATERAL BY THE CHAPTER 11 TRUSTEE**<br><br><u>**FINAL HEARING**</u><br>Date:　　November 21, 2019<br>Time:　　2:30 p.m.<br>Place:　　Courtroom 201<br>　　　　　1415 State Street<br>　　　　　Santa Barbara, California |

1568229.1  26932

PLEASE TAKE NOTICE that a redlined version of the *Final Order for Emergency Priming and Superpriority Financing and Consensual Use of Cash Collateral by the Chapter 11 Trustee,* lodged in relation to the Trustee's *Notice of Motion and Emergency Motion for an Order: (1) Authorizing the Trustee to Obtain Secured Priming Superpriority Financing; (2) Authorizing Continued Use of Cash Collateral; (3) Scheduling a Final Hearing; and (4) Granting Related Relief* (*docket no. 439*), is attached as Exhibit "A" hereto.

DATED: November 26, 2019

DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Eric P. Israel

ERIC P. ISRAEL
Attorneys for Michael A. McConnell,
inChapter 11 Trustee

# EXHIBIT "A"