FILED & ENTERED

NOV 27 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>        Debtor. | Case No.:  9:19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER REDUCING OBJECTION PERIOD ON PROPOSED "FINAL ORDER FOR EMERGENCY PRIMING AND SUPERPRIORITY FINANCING AND CONSENSUAL USE OF CASH COLLATERAL BY THE CHAPTER 11 TRUSTEE"**<br><br>     <u>Hearings</u><br>Date:   November 21, 2019<br>Time:  1:30 p.m.<br>Ctrm:  201<br>       1415 State Street<br>       Santa Barbara, California |

On November 26, 2019, the chapter 11 trustee, Michael A. McConnell (the "Trustee"), filed and served his *Notice of Lodgment of Order re: Trustee's Emergency Motion For (1) Authority To Accept A Partial Prepayment of The Amount Owed By California Asphalt Production, Inc., To The Estate, Or In The Alternative For Authority To Obtain "Credit' In The Form Of Such Prepayment, And (2) Waiver Of Any Stay Imposed By FRBP 6004(H)* (the "Notice") which includes the Trustee's proposed *Final Order for Emergency Priming and Superpriority Financing and Consensual Use of Cash Collateral by the Chapter 11 Trustee* (the "Proposed Order").  Case Dkt. 561.  Local Bankruptcy Rule 9021-1(b)(3)(B) allows parties who filed opposition to the relief requested seven days to file and serve a written objection to the form of a proposed order and a proposed alternative order.  Based upon the exigent circumstances, **IT IS HEREBY ORDERED THAT:**

1.  The objection period established by LBR 9021-1(b)(3)(B) is reduced.

2.  Any objections to the Trustee's Proposed Order must be filed no later than **1:00 p.m. Pacific Time on Wednesday November 27, 2019.**

###

Date: November 27, 2019

Martin R Barash
United States Bankruptcy Judge

2