Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
       mlitvak@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re: | Case No.: 19-bk-11573-MB |
| HVI CAT CANYON, INC. | Chapter 11 |
| Debtor. | **APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF DORE ROTHBERG McKAY AS SPECIAL OIL & GAS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 14, 2019** |
| | [No Hearing Required] |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned case (the "Chapter 11 Case") of HVI Cat Canyon, Inc. (the "Debtor") submits this application (the "Application") for the entry of an Order authorizing the employment and retention of the Dore Rothberg McKay ("DRM") as special oil and gas counsel to the Committee, effective as of November 14, 2019, pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (the "Local Bankruptcy Rules"). In support of the Application, the Committee submits the Declaration of Carl Dore, Jr. (the "Dore Declaration"), filed concurrently herewith. In further support of the Application, the Committee respectfully represents as follows:

DOCS_DE:225281.4 38336/002

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1.

**BACKGROUND**

4. On July 25, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Court"), thereby commencing this chapter 11 case, bearing case number 19-12417 (MEW) (the "Case").  On August 28, 2019, the SDNY Court entered an Order Transferring Venue to United States Bankruptcy Court for the Northern District of Texas [Docket No. 106] (the "NDTX Court"), bearing case number 19-32857-hdh11.

5. On August 9, 2019, the United States Trustee for the Southern District of New York appointed the Committee to represent the interests of all unsecured creditors in this case pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Brian Corson, in his Individual Capacity; (ii) Escolle Tenants in Common; and (iii) Pacific Petroleum California, Inc. *See Appointment of Official Committee of Unsecured Creditors' Committee* [Docket No. 34]. On August 15, 2019, the Committee held its initial meeting and, among other things, voted to retain Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") as its bankruptcy counsel.

6. On September 12, 2019, the NDTX Court entered an Order Granting Transfer of Venue, transferring the Case to the United States Bankruptcy Court, Central District of California (Northern Division) [Docket No. 184] (the "Bankruptcy Court"). On September 16, 2019, the Case was transferred to the Bankruptcy Court, and assigned case number 19-bk-11573-MB.

7. On October 16, 2019, the court entered its *Agreed Order Granting Motion for Appointment of a Chapter 11 Trustee* [Docket No. 409].

2

DOCS_DE:225281.4 38336/002

8. On October 21, 2019, Michael A. McConnell was appointed by the Office of the United States Trustee to serve as chapter 11 trustee. (the "Chapter 11 Trustee") [Docket No. 418].

9. The Committee has selected DRM to serve as special oil and gas counsel in this case, effective as of November 14, 2019.

## RETENTION OF DRM

10. By this Application, the Committee seeks authority to retain DRM as special oil and gas counsel to conduct a review of liens asserted by UBS AG against the Debtor's oil and gas interests, pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1.

11. The Committee has selected DRM because of its extensive experience in representing oilfield services companies. DRM files more mineral liens than any other firm in the United States. Its clients range from the largest public companies in the industry to small, family-owned entities. Most have been DRM's clients for years. DRM also has a section dedicated to reviewing Master Service Agreements to help in negotiations. In its niche, DRM is the market leader and experts in best practices. Accordingly, the Committee believes that DRM is well qualified to serve as its special oil and gas counsel in this Chapter 11 Case.

12. The Committee submits that it is necessary and appropriate for it to employ and retain DRM to provide, among other things, the following services:

   a) assist the Committee in its investigation of the liens asserted by UBS AG against the Debtor's oil and gas interests;

   b) prepare, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections or comments in connection with the foregoing; and

   c) perform such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law.

13. The Committee understands and agrees that DRM will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates and for out-of-pocket expenses, as set forth in the Dore Declaration. The Committee requests that all legal fees and related costs and expenses incurred by the Committee on account of services rendered by DRM in this case

3

DOCS_DE:225281.4 38336/002

be paid as administrative expenses of the estate pursuant to sections 328, 330(a), 331, 503(b) and 507(a)(2) of the Bankruptcy Code. The Committee understands that DRM will be submitting detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses. The Committee also understands that DRM will be applying to the Court for authority to be paid its fees and expenses pursuant to its obligations under the Bankruptcy Code and any administrative fee orders entered in this case, and the Committee consents to same.

14. Based upon the Dore Declaration, the Committee is satisfied that DRM (i) does not represent any other entity having an adverse interest to the Committee, the Chapter 11 Trustee, the Debtor, its estate, or any other party-in-interest in connection with this case, (ii) has no connection with the U.S. Trustee or any other person employed in the office of the U.S. Trustee, and (iii) DRM has not been paid any retainer against which to bill fees and expenses. To the best of the Committee's knowledge, DRM has no connection with creditors or any other party-in-interest except as otherwise noted in the Dore Declaration.

15. The Committee requests approval of the employment of DRM as special oil and gas counsel, effective as of November 14, 2019. The Committee's selection of DRM as its counsel necessitated that DRM immediately commence work on time-sensitive matters and promptly devote substantial resources to the Debtor's case, pending submission and approval of this Application. Such relief is warranted pursuant to Local Bankruptcy Rule 2014-1(b) because this Application is made within 30 days of the commencement of services by DRM.

## SUPPORTING AUTHORITY

16. The Committee seeks to appoint DRM as its special oil and gas counsel in accordance with sections 328(a) and 1103 of the Bankruptcy Code. Section 328(a) authorizes a committee appointed under section 1102 of the Bankruptcy Code, with the court's approval, to employ "a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a). Section 1103, in turn, requires that an attorney employed to represent a committee "may not, while employed by such

4

DOCS_DE:225281.4 38336/002

committee, represent any other entity having an adverse interest in connection with the case." 11 U.S.C. § 1103.

17. The Committee submits that for all the reasons stated above and in the Dore Declaration, the retention and employment of DRM as special California oil and gas counsel to the Committee is warranted under sections 328(a) and 1103.

**WHEREFORE**, the Committee requests that an Order be entered authorizing it to retain DRM as its special oil and gas counsel in this case, effective as of November 14, 2019, and granting the Committee such other relief as the Court deems just and proper under the circumstances.

Dated: December 4, 2019    PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Maxim B. Litvak*
Attorneys for Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF DORE ROTHBERG McKAY AS SPECIAL OIL & GAS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 14, 2019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 4, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 4, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 4, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA  91367-6603

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2019 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:326391.1 38336/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-11573-MB**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Alan H Katz    akatz@lockelord.com
- John C Keith    john.keith@doj.ca.gov
- Jeannie Kim    jkim@friedmanspring.com
- Maxim B Litvak    mlitvak@pszjlaw.com
- Michael Authur McConnell (TR)    Michael.mcconnell@kellyhart.com
- Brian M Metcalf    bmetcalf@omm.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Sonia Singh    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com
- William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com
- Richard Lee Wynne    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:326391.1 38336/002

**2. SERVED BY EMAIL**

| NAME | EMAIL |
|---|---|
| AKIN GUMP STRAUS HAUER & FELD | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE | JMEEDER@ALLENMATKINS.COM |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | DOSIAS@ALLENMATKINS.COM;MMARINO@ALLENMATKINS.COM |
| ANDREW KURTH LLP | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA | MICHAEL.ZARRO@DOJ.CA.GOV |
| BRIAN CORSON, IN HIS INDIVIDUAL CAPACITY | BRIAN@HUBMAC.COM |
| CA ATTORNEY GENERAL'S OFFICE | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | WOTCSUPPORT@EDD.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA STATE LANDS COMMISSION | JOHN.KEITH@DOJ.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| COLE SCHOTZ P.C. | MWARNER@COLESCHOTZ.COM |
| COLORADO DEPT OF PUBLIC HEALTH AND ENVIRONMENT | CDPHE.INFORMATION@STATE.CO.US |
| CONWAY MACKENZIE, INC. | JYOUNG@CONWAYMACKENZIE.COM;DFERTIG@CONWAYMACKENZIE.COM |
| CUMMINS & WHITE, LLP | FWHITAKER@CWLAWYERS.COM; ABOLDUC@CWLAWYERS.COM |
| DIAMOND MCCARTHY LLP | ADIAMOND@DIAMONDMCCARTHY.COM |
| DIAMOND MCCARTHY LLP | SGIUGLIANO@DIAMONDMCCARTHY.COM |
| DIAMOND MCCARTHY LLP | ADIAMOND@DIAMONDMCCARTHY.COM |
| EPA REGION 9 | R9.INFO@EPA.GOV |
| ESCOLLE TENANTS IN COMMON | VMARTINEZ@TWITCHELLANDRICE.COM |
| FRIEDMAN & SPRINGWATER LLP | EFRIEDMAN@FRIEDMANSPRING.COM; JKIM@FRIEDMANSPRING.COM |
| GANONG LAW | PHIL@GANONGLAW.COM; NANCY@GANONGLAW.COM |
| GIBSON, DUNN & CRUTCHER LLP | OADENDORFF@GIBSONDUNN.COM |
| GLR, LLC | VAB@GRERANGROUP.COM |
| HANNA AND MORTON LLP | erenwick@hanmor.com |
| HVI CAT CANYON, INC. | RSG@GREKA.COM |
| HVI CAT CANYON, INC. | AGD@GREKA.COM |
| HVI CAT CANYON, INC. | MEO@GREKA.COM |
| LARSEN O'BRIEN LLP | PRIGALI@LARSONOBRIENLAW.COM; SBLEDSOE@LARSONOBRIENLAW.COM; HPARK@LARSONOBRIENLAW.COM; MVASQUEZ@LARSONOBRIENLAW.COM |
| LOEB & LOEB LLP | SROSENTHAL@LOEB.COM |
| LOEB & LOEB LLP | VRUBINSTEIN@LOEB.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:326391.1 38336/002

| NAME | EMAIL |
|---|---|
| MCDOWELL HETHERINGTON LLP | JARROD.MARTIN@MHLLP.COM |
| MUSICK, PEELER & GARRETT LLP | B.HOLMAN@MUSICKPEELER.COM |
| MUSICK, PEELER & GARRETT LLP | L.MCAVOY@MUSICKPEELER.COM |
| NEW YORK STATE DEPT OF ENVIRONMENTAL CONSERVATION | CONTACT@DEC.NY.GOV |
| O'MELVENY & MYERS LLP | EJONES@OMM.COM |
| O'MELVENY & MYERS LLP | DCANTOR@OMM.COM; SINDELICATO@OMM.COM; GSVIRSKY@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | SGOLDEN@PSZJLAW.COM;RFEINSTEIN@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | JPOMERANTZ@PSZJLAW.COM;MLITVAK@PSZJLAW.COM |
| PACIFIC PETROLEUM CALIFORNIA, INC. | JOHN@PPCINC.BIZ |
| PG&E | PGEBANKRUPTCY@PGE.COM; MXTN@PGE.COM;MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PETERCALAMARI@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DEVINVANDERHAHN@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | RAZMIGIZAKELIAN@QUINNEMANUEL.COM |
| ROCHELLE MCCULLOUGH, LLP | KDM@ROMCLAW.COM; STHOMAS@ROMCLAW.COM |
| SANTA BARBARA COUNTY P&D | JZORO@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VMCISAA@CO.SANTA-BARBARA.CA.US |
| SHERRILL A. SCHOEPE | S.WETZLER@MUSICKPEELER.COM |
| SNOW SPENCE GREEN LLP | ROSS@SNOWSPENCELAW.COM; CAROLYNCAROLLO@SNOWSPENCELAW.COM |
| SPENCER FANE LLP | ERICVANHORN@SPENCERFANE.COM |
| STATE OF COLORADO ATTORNEY GENERAL | ATTORNEY.GENERAL@COAG.GOV |
| THE LAW OFFICE OF SUSAN M. WHALEN | SUSAN@WHALENATTORNEY.COM |
| VICTORY OIL | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP | RACHAEL.FOUST@WEIL.COM |
| WELTMAN & MOSKOWITZ, LLP | REW@WELTMOSK.COM; MLM@WELTMOSK.COM; AW@WELTMOSK.COM |
| WEST COAST WELDING & CONSTR. I | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | CARAMEL@HOTMAIL.COM |

3. **SERVED VIA U.S. FIRST CLASS MAIL**

| | | |
|---|---|---|
| ANN JENNY SCHUPP<br>C/O M H WHITTIER CORP.<br>1600 HUNTINGTON DRIVE<br>SOUTH PASADENA, CA 91030 | BRUCE S. GELBER<br>DEPUTY ASST ATTORNEY GENERAL<br>ENVIRONMENT & NATURAL RESOURCES DIVISION<br>950 PENNSYLVANIA AVE<br>WASHINGTON, DC 20530 | CARL DORÉ II<br>DORÉ ROTHBERG McKAY<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX  77084 |
| CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA  94257-0500 | CALIFORNIA OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPT. OF TOXIC SUBSTANCE CONTROL<br>(BERKLEY REGIONAL OFFICE)<br>700 HEINZ AVENUE SUITE 200<br>BERKELEY, CA 94710-2721 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:326391.1 38336/002

| | | |
|---|---|---|
| CHARLES C. ALBRIGHT TRUSTEE<br>729 WEST 16TH STREET #B8<br>COSTA MESA, CA 92627 | DIANE T. WALKER<br>748 OCEANVILLE ROAD<br>STONINGTON, ME 04681-9714 | CALIFORNIA STATE CONTROLLER<br>BETTY T. YEE<br>TAX ADMINISTRATION SECTION<br>PO BOX 942850<br>SACRAMENTO, CA 94250-5880 |
| HVI CAT CANYON, INC.<br>P.O. BOX 5489<br>SANTA MARIA, CA 93456 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | FIRST AMERICAN TITLE INS. COMPANY<br>TRUSTEE FOR UBS AG LONDON BRANCH<br>4380 LA JOLLA VILLAGE DRIVE, STE 110<br>SAN DIEGO, CA 92122 |
| J. P. MORGAN-CHASE<br>MICHAEL KERNEY<br>450 WEST 33RD STREET, 15TH FLOOR<br>REF: 030057 NASSAU ASSOC-SABA<br>NEW YORK, NY 10041 | NORTHERN CALIFORNIA COLLECTION SERVICE, INC.<br>700 LEISURE LANE<br>SACRAMENTO, CA 95815 | INTERNAL REVENUE SERVICE<br>(SMALL BUSINESS/SELF-EMPLOYMENT DIV)<br>5000 ELLIN ROAD<br>LANHAM, MD 20706 |
| STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: LETIA A. JAMES<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY, NY 12224 | STONER FAMILY TRUST<br>JAMES G. SANFORD TRUSTEE<br>100 WEST LIBERTY STREET. SUITE 900<br>RENO, NV 89501 | SANTA BARBARA COUNTY -APCD<br>AERON ARLIN GENET<br>260 NORTH SAN ANTONIO RD<br>SANTA BARBARA, CA 93110 |
| UBS AG, LONDON BRANCH<br>JULIAN GOULD<br>600 WASHINGTON BLVD.<br>STAMFORD, CT 06901 | U.S. ATTORNEY'S OFFICE – SDNY<br>ATTN: ANTHONY SUN, ASST. U.S. ATTY<br>TAX & BANKRUPTCY UNIT<br>86 CHAMBERS ST., 3RD FLOOR<br>NEW YORK, NY 10007 | U.S. DEPARTMENT OF TRANSPORTATION<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON, DC 20590 |
| WYATT SLOAN-TRIBE, ESQ.<br>OFFICE OF THE ATTORNEY GENERAL<br>300 S. SPRING STREET, SUITE 1702<br>LOS ANGELES, CA 90013 | OFFICE OF THE U.S. TRUSTEE<br>BRIAN FITTIPALDI<br>1415 STATE STREET, SUITE 148<br>SANTA BARBARA, CA  93101 | W. J. KENNY CORP.<br>C/O ALLFIRST BANKCORP TRUST C/O M&T BANK<br>ONE M&T PLAZA<br>BUFFALO, NY 14203 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:326391.1 38336/002