Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
       mlitvak@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re: | Case No.: 19-bk-11753-MB |
| HVI CAT CANYON, INC. | Chapter 11 |
| Debtor. | **NOTICE OF FILING OF APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF DORE ROTHBERG McKAY AS SPECIAL OIL & GAS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 14, 2019** |
| | [No Hearing Required] |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of HVI Cat Canyon, Inc. (the "Debtor"), has filed its application (the "Application") to employ Dore Rothberg McKay as its special oil & gas counsel ("DRM"), effective as of November 14, 2019, to perform the following services:

- assist the Committee in its investigation of the liens asserted by UBS AG against the Debtor's oil and gas interests;

- prepare, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections or comments in connection with the foregoing; and

- perform such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Committee in accordance with

the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law.

**PLEASE TAKE FURTHER NOTICE** that subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, DRM requests that its customary hourly rates in effect from time to time be utilized to reimburse DRM according to its customary reimbursement policies. The attorneys and paralegals who were primarily responsible for representing the Committee and their standard hourly rates are:

| Name | Title | Hourly Rate |
|---|---|---|
| Carl Dore, Jr. | Managing Shareholder | $410.00 |
| Lisa A. Rothberg | Shareholder | $410.00 |
| Zachary McKay | Shareholder | $410.00 |
| Anabella Manzano | Paralegal | $145.00 |
| Chrys Hymel | Paralegal | $145.00 |

**PLEASE TAKE FURTHER NOTICE** that DRM has not received any retainer in connection with this case. DRM understands that its compensation in the case is subject to the prior approval of the Court. No compensation will be paid except upon application to and approval by the Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Committee, its proposed counsel, and the United States Trustee no later than fourteen days from

DOCS_LA:326378.1 38336/002

the date of service of this notice.  A copy of the Application can be obtained by contacting Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Telephone: (310) 277-6910, Facsimile (310) 201-0760, email: bdassa@pszjlaw.com.

Dated:   December 4, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ *Maxim B. Litvak*
Attorneys for Official Committee of Unsecured Creditors

DOCS_LA:326378.1 38336/002

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF DORE ROTHBERG McKAY AS SPECIAL OIL & GAS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 14, 2019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 4, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 4, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 4, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA  91367-6603

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2019 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:326391.3 38336/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-11573-MB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Alan H Katz    akatz@lockelord.com
- John C Keith    john.keith@doj.ca.gov
- Jeannie Kim    jkim@friedmanspring.com
- Maxim B Litvak    mlitvak@pszjlaw.com
- Michael Authur McConnell (TR)    Michael.mcconnell@kellyhart.com
- Brian M Metcalf    bmetcalf@omm.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Sonia Singh    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com
- William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com
- Richard Lee Wynne    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:326391.3 38336/002

**2. SERVED BY EMAIL**

| NAME | EMAIL |
|---|---|
| AKIN GUMP STRAUS HAUER & FELD | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE | JMEEDER@ALLENMATKINS.COM |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | DOSIAS@ALLENMATKINS.COM;MMARINO@ALLENMATKINS.COM |
| ANDREW KURTH LLP | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA | MICHAEL.ZARRO@DOJ.CA.GOV |
| BRIAN CORSON, IN HIS INDIVIDUAL CAPACITY | BRIAN@HUBMAC.COM |
| CA ATTORNEY GENERAL'S OFFICE | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | WOTCSUPPORT@EDD.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA STATE LANDS COMMISSION | JOHN.KEITH@DOJ.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| COLE SCHOTZ P.C. | MWARNER@COLESCHOTZ.COM |
| COLORADO DEPT OF PUBLIC HEALTH AND ENVIRONMENT | CDPHE.INFORMATION@STATE.CO.US |
| CONWAY MACKENZIE, INC. | JYOUNG@CONWAYMACKENZIE.COM;DFERTIG@CONWAYMACKENZIE.COM |
| CUMMINS & WHITE, LLP | FWHITAKER@CWLAWYERS.COM; ABOLDUC@CWLAWYERS.COM |
| DIAMOND MCCARTHY LLP | ADIAMOND@DIAMONDMCCARTHY.COM |
| DIAMOND MCCARTHY LLP | SGIUGLIANO@DIAMONDMCCARTHY.COM |
| DIAMOND MCCARTHY LLP | ADIAMOND@DIAMONDMCCARTHY.COM |
| EPA REGION 9 | R9.INFO@EPA.GOV |
| ESCOLLE TENANTS IN COMMON | VMARTINEZ@TWITCHELLANDRICE.COM |
| FRIEDMAN & SPRINGWATER LLP | EFRIEDMAN@FRIEDMANSPRING.COM; JKIM@FRIEDMANSPRING.COM |
| GANONG LAW | PHIL@GANONGLAW.COM; NANCY@GANONGLAW.COM |
| GIBSON, DUNN & CRUTCHER LLP | OADENDORFF@GIBSONDUNN.COM |
| GLR, LLC | VAB@GRERANGROUP.COM |
| HANNA AND MORTON LLP | erenwick@hanmor.com |
| HVI CAT CANYON, INC. | RSG@GREKA.COM |
| HVI CAT CANYON, INC. | AGD@GREKA.COM |
| HVI CAT CANYON, INC. | MEO@GREKA.COM |
| LARSEN O'BRIEN LLP | PRIGALI@LARSONOBRIENLAW.COM; SBLEDSOE@LARSONOBRIENLAW.COM; HPARK@LARSONOBRIENLAW.COM; MVASQUEZ@LARSONOBRIENLAW.COM |
| LOEB & LOEB LLP | SROSENTHAL@LOEB.COM |
| LOEB & LOEB LLP | VRUBINSTEIN@LOEB.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:326391.3 38336/002

| NAME | EMAIL |
|---|---|
| MCDOWELL HETHERINGTON LLP | JARROD.MARTIN@MHLLP.COM |
| MUSICK, PEELER & GARRETT LLP | B.HOLMAN@MUSICKPEELER.COM |
| MUSICK, PEELER & GARRETT LLP | L.MCAVOY@MUSICKPEELER.COM |
| NEW YORK STATE DEPT OF ENVIRONMENTAL CONSERVATION | CONTACT@DEC.NY.GOV |
| O'MELVENY & MYERS LLP | EJONES@OMM.COM |
| O'MELVENY & MYERS LLP | DCANTOR@OMM.COM; SINDELICATO@OMM.COM; GSVIRSKY@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | SGOLDEN@PSZJLAW.COM;RFEINSTEIN@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | JPOMERANTZ@PSZJLAW.COM;MLITVAK@PSZJLAW.COM |
| PACIFIC PETROLEUM CALIFORNIA, INC. | JOHN@PPCINC.BIZ |
| PG&E | PGEBANKRUPTCY@PGE.COM; MXTN@PGE.COM;MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PETERCALAMARI@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DEVINVANDERHAHN@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | RAZMIGIZAKELIAN@QUINNEMANUEL.COM |
| ROCHELLE MCCULLOUGH, LLP | KDM@ROMCLAW.COM; STHOMAS@ROMCLAW.COM |
| SANTA BARBARA COUNTY P&D | JZORO@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VMCISAA@CO.SANTA-BARBARA.CA.US |
| SHERRILL A. SCHOEPE | S.WETZLER@MUSICKPEELER.COM |
| SNOW SPENCE GREEN LLP | ROSS@SNOWSPENCELAW.COM; CAROLYNCAROLLO@SNOWSPENCELAW.COM |
| SPENCER FANE LLP | ERICVANHORN@SPENCERFANE.COM |
| STATE OF COLORADO ATTORNEY GENERAL | ATTORNEY.GENERAL@COAG.GOV |
| THE LAW OFFICE OF SUSAN M. WHALEN | SUSAN@WHALENATTORNEY.COM |
| VICTORY OIL | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP | RACHAEL.FOUST@WEIL.COM |
| WELTMAN & MOSKOWITZ, LLP | REW@WELTMOSK.COM; MLM@WELTMOSK.COM; AW@WELTMOSK.COM |
| WEST COAST WELDING & CONSTR. I | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | CARAMEL@HOTMAIL.COM |

**3.   SERVED VIA U.S. FIRST CLASS MAIL**

| | | |
|---|---|---|
| ANN JENNY SCHUPP<br>C/O M H WHITTIER CORP.<br>1600 HUNTINGTON DRIVE<br>SOUTH PASADENA, CA 91030 | BRUCE S. GELBER<br>DEPUTY ASST ATTORNEY GENERAL<br>ENVIRONMENT & NATURAL RESOURCES DIVISION<br>950 PENNSYLVANIA AVE<br>WASHINGTON, DC 20530 | CARL DORÉ II<br>DORÉ ROTHBERG McKAY<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX  77084 |
| CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA  94257-0500 | CALIFORNIA OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA DEPT. OF TOXIC SUBSTANCE CONTROL<br>(BERKLEY REGIONAL OFFICE)<br>700 HEINZ AVENUE SUITE 200<br>BERKELEY, CA 94710-2721 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:326391.3 38336/002

| | | |
|---|---|---|
| CHARLES C. ALBRIGHT TRUSTEE<br>729 WEST 16TH STREET #B8<br>COSTA MESA, CA 92627 | DIANE T. WALKER<br>748 OCEANVILLE ROAD<br>STONINGTON, ME 04681-9714 | CALIFORNIA STATE CONTROLLER<br>BETTY T. YEE<br>TAX ADMINISTRATION SECTION<br>PO BOX 942850<br>SACRAMENTO, CA 94250-5880 |
| HVI CAT CANYON, INC.<br>P.O. BOX 5489<br>SANTA MARIA, CA 93456 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | FIRST AMERICAN TITLE INS. COMPANY<br>TRUSTEE FOR UBS AG LONDON BRANCH<br>4380 LA JOLLA VILLAGE DRIVE, STE 110<br>SAN DIEGO, CA 92122 |
| J. P. MORGAN-CHASE<br>MICHAEL KERNEY<br>450 WEST 33RD STREET, 15TH FLOOR<br>REF: 030057 NASSAU ASSOC-SABA<br>NEW YORK, NY 10041 | NORTHERN CALIFORNIA COLLECTION SERVICE, INC.<br>700 LEISURE LANE<br>SACRAMENTO, CA 95815 | INTERNAL REVENUE SERVICE<br>(SMALL BUSINESS/SELF-EMPLOYMENT DIV)<br>5000 ELLIN ROAD<br>LANHAM, MD 20706 |
| STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: LETIA A. JAMES<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY, NY 12224 | STONER FAMILY TRUST<br>JAMES G. SANFORD TRUSTEE<br>100 WEST LIBERTY STREET. SUITE 900<br>RENO, NV 89501 | SANTA BARBARA COUNTY -APCD<br>AERON ARLIN GENET<br>260 NORTH SAN ANTONIO RD<br>SANTA BARBARA, CA 93110 |
| UBS AG, LONDON BRANCH<br>JULIAN GOULD<br>600 WASHINGTON BLVD.<br>STAMFORD, CT 06901 | U.S. ATTORNEY'S OFFICE – SDNY<br>ATTN: ANTHONY SUN, ASST. U.S. ATTY<br>TAX & BANKRUPTCY UNIT<br>86 CHAMBERS ST., 3RD FLOOR<br>NEW YORK, NY 10007 | U.S. DEPARTMENT OF TRANSPORTATION<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON, DC 20590 |
| WYATT SLOAN-TRIBE, ESQ.<br>OFFICE OF THE ATTORNEY GENERAL<br>300 S. SPRING STREET, SUITE 1702<br>LOS ANGELES, CA 90013 | OFFICE OF THE U.S. TRUSTEE<br>BRIAN FITTIPALDI<br>1415 STATE STREET, SUITE 148<br>SANTA BARBARA, CA  93101 | W. J. KENNY CORP.<br>C/O ALLFIRST BANKCORP TRUST C/O M&T BANK<br>ONE M&T PLAZA<br>BUFFALO, NY 14203 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:326391.3 38336/002