| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>AARON E. DE LEEST (State Bar No. 216832)<br>adeleest@DanningGill.com<br>SONIA SINGH (State Bar No. 311080)<br>ssingh@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Michael A. McConnell, Chapter 11 Trustee | **FILED & ENTERED**<br><br>**DEC 05 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** handy    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:19-bk-11573-MB<br><br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ ~~DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE~~<br><br>[LBR 9075-1(b)] |

**Movant** (*name*): Michael A. McConnell, Chapter 11 Trustee

1. Movant filed the following motions together with supporting declarations and (if any) supporting documents:

    a.  *Title of motions*: (1) Trustee's Motion for Order Authorizing the Rejection of all Contracts and Agreements with California Asphalt Production, Inc., formerly known as Santa Maria Refining Co. and Greka Refining Company, and GTL1, LLC, Not Previously Included in Prior Motion to Reject (the "Second Rejection Motion")

    (2) Trustee's Motion for Order Authorizing the Rejection of Oil Purchase Contracts (Contract No. COP-003 for Belridge Crude Oil and All Amendments and Contract No. COP-004 for Richfield Heavy Crude Oil and All Amendments) with California Asphalt Production, Inc. formerly known as Santa Maria Refining Co. and Greka Refining Company (the "First Rejection Motion")

    b.  *Date of filing of motions*:    (1) Second Rejection Motion – December 4, 2019
    (2) First Rejection Motion – November 27, 2019

1569024.1  26932  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                        F 9075-1.1.ORDER.SHORT.NOTICE

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: December 4, 2019

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

    (1) ☒ A hearing on <u>both motions</u> will take place as follows:

    | | |
    |---|---|
    | **Hearing date:** December 10, 2019 <br><br> **Time:** 11:00 a.m. <br><br> **Courtroom:** 303 <br><br> Parties may participate by video from Courtroom **202** in the courthouse located at 1415 State Street, Santa Barbara, CA 93101 | **Place:** <br> ☒ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |

    (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

    | (A) <u>Deadlines:</u> | (B) *Persons/entities to be provided with telephonic notice:* |
    |---|---|
    | Date: December 6, 2019 <br><br> Time: Noon, Pacific Time | Counsel for California Asphalt Production, Inc. <br> Counsel for GTL1, LLC <br> Counsel for the Official Committee of Unsecured Creditors <br> Counsel for UBS AG, London Branch <br> Parties requesting special notice <br><br> ☐ See attached page <br><br> (C) *Telephonic notice is also required upon* the United States trustee |

    (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked    ☐ all of the methods checked

    (A) ☒ Personal Delivery    ☒ Overnight Mail    ☒ ~~First class mail~~    ☒ NEF    ☒ Email*

1569024.1  26932   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(B) *Deadlines:*

Date: December 6, 2019

Time:

So that it is received by Noon, Pacific Time.

(C) *Persons/entities to be served with written notice and a copy of this order:*

Counsel for California Asphalt Production, Inc.
Counsel for GTL1, LLC
Counsel for the Official Committee of Unsecured Creditors
Counsel for UBS AG, London Branch
Parties requesting special notice

☐ See attached page

(D) S*ervice is also required upon*:
    -- United States trustee *(electronic service is not permitted)*
    -- Judge's copy personally delivered to chambers
     (*see Court Manual for address*)

(4) ☐ ~~No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:~~ ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~

(A) ☐ ~~Personal Delivery~~ ☐ ~~Overnight Mail~~ ☐ ~~First Class Mail~~ ☐ ~~Facsimile*~~ ☐ ~~Email*~~

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

(7) ☒ Other requirements:   No later than December 9, 2019, Movant must file a supplemental proof of service showing service of the Second Rejection Motion on GTL1, LLC.

1569024.1  26932   This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 3                           **F 9075-1.1.ORDER.SHORT.NOTICE**

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| | |
|---|---|
| ☐ at least 2 days before the hearing. | |
| ☒ no later than: | Date: December 9, 2019    Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: December 5, 2019

*signature: Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge

1569024.1  26932  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**