ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Michael A. McConnell,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON: (1) TRUSTEE'S MOTION FOR ORDER AUTHORIZING THE REJECTION OF ALL CONTRACTS AND AGREEMENTS WITH CALIFORNIA ASPHALT PRODUCTION, INC., FORMERLY KNOWN AS SANTA MARIA REFINING CO. AND GREKA REFINING COMPANY, AND GTL1, LLC., NOT PREVIOUSLY INCLUDED IN PRIOR MOTION TO REJECT (DOCKET NO. 573); AND (2) TRUSTEE'S MOTION FOR ORDER AUTHORIZING THE REJECTION OF OIL PURCHASE CONTRACTS (CONTRACT NO. COP-003 FOR BELRIDGE CRUDE OIL AND ALL AMENDMENTS AND CONTRACT NO. COP-004 FOR RICHFIELD HEAVY CRUDE OIL AND ALL AMENDMENTS) WITH CALIFORNIA ASPHALT PRODUCTION, INC., FORMERLY KNOWN AS SANTA MARIA REFINING CO. AND GREKA REFINING COMPANY**<br><br>Date:   December 10, 2019<br>Time:   11:00 a.m.<br>Place:  Courtroom 303<br>        21041 Burbank Boulevard<br>        Woodland Hills, CA 91367 |

1569188.1  26932

1   PLEASE TAKE NOTICE that pursuant to the Court's *Order Granting Application and*
2   *Setting Hearing on Shortened Notice* (docket no. 590), attached as Exhibit "1" hereto, the Court has
3   set a hearing on the:

4   (1) *Trustee's Motion for Order Authorizing the Rejection of all Contracts and Agreements*
5   *with California Asphalt Production, Inc., formerly known as Santa Maria Refining Co. and Greka*
6   *Refining Company, and GTL1, LLC, Not Previously Included in Prior Motion to Reject (Docket*
7   *No. 573)* (docket no. 586); and

8   (2) *Trustee's Motion for Order Authorizing the Rejection of Oil Purchase Contracts*
9   *(Contract No. COP-003 for Belridge Crude Oil and All Amendments and Contract No. COP-004*
10  *for Richfield Heavy Crude Oil and All Amendments) with California Asphalt Production, Inc.*
11  *formerly known as Santa Maria Refining Co. and Greka Refining Company* (docket no. 573).

12  The hearing on the motions will be held on **December 10, 2019, at 11:00 a.m.**, in
13  Courtroom "303" of the United States Bankruptcy Court for the Central District of California,
14  located at 21041 Burbank Boulevard, Woodland Hills, California 91367.

15  Parties may participate by video from Courtroom 202 in the Courthouse located at 1415
16  State Street, Santa Barbara, California 93101.

17  Any opposition to the motions and reply thereto may be made orally at the hearing.

19  DATED: December 5, 2019        DANNING, GILL, ISRAEL & KRASNOFF, LLP

21  By: _____
22  AARON E. DE LEEST
    Attorneys for Michael A. McConnell,
23  inChapter 11 Trustee

1569188.1  26932                    2

EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>*eisrael@DanningGill.com*<br>AARON E. DE LEEST (State Bar No. 216832)<br>*adeleest@DanningGill.com*<br>SONIA SINGH (State Bar No. 311080)<br>*ssingh@DanningGill.com*<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Michael A. McConnell, Chapter 11 Trustee | **FILED & ENTERED**<br><br>**DEC 05 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY handy    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -NORTHERN DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:19-bk-11573-MB<br>CHAPTER: 11 |
|---|---|
| | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ ~~DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE~~<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Michael A. McConnell, Chapter 11 Trustee

1. Movant filed the following motions together with supporting declarations and (if any) supporting documents:

    a. *Title of motions*: (1) Trustee's Motion for Order Authorizing the Rejection of all Contracts and Agreements with California Asphalt Production, Inc., formerly known as Santa Maria Refining Co. and Greka Refining Company, and GTL1, LLC, Not Previously Included in Prior Motion to Reject (the "Second Rejection Motion")

    (2) Trustee's Motion for Order Authorizing the Rejection of Oil Purchase Contracts (Contract No. COP-003 for Belridge Crude Oil and All Amendments and Contract No. COP-004 for Richfield Heavy Crude Oil and All Amendments) with California Asphalt Production, Inc. formerly known as Santa Maria Refining Co. and Greka Refining Company (the "First Rejection Motion")

    b. *Date of filing of motions*:    (1) Second Rejection Motion – December 4, 2019
    (2) First Rejection Motion – November 27, 2019

1569024.1  26932  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                Page 1                           F 9075-1.1.ORDER.SHORT.NOTICE

03    EXHIBIT    1

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: December 4, 2019

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on <u>both motions</u> will take place as follows:

   | **Hearing date:** December 10, 2019 **Time:** 11:00 a.m. **Courtroom:** 303 Parties may participate by video from Courtroom **202** in the courthouse located at 1415 State Street, Santa Barbara, CA 93101 | **Place:** ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
   |---|---|

   (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | (A) <u>Deadlines:</u> Date: December 6, 2019 Time: Noon, Pacific Time | (B) <u>Persons/entities to be provided with telephonic notice:</u> Counsel for California Asphalt Production, Inc. Counsel for GTL1, LLC Counsel for the Official Committee of Unsecured Creditors Counsel for UBS AG, London Branch Parties requesting special notice ☐ See attached page (C) <u>Telephonic notice is also required upon</u> the United States trustee |
   |---|---|

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

   (A) ☒ Personal Delivery   ☒ Overnight Mail   ☒ ~~First-class mail~~   ☒ NEF   ☒ Email*

1569024.1 26932  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                                 Page 2                                        F 9075-1.1.ORDER.SHORT.NOTICE

04

| (B) <u>Deadlines:</u><br>Date: December 6, 2019<br><br>Time:<br><br>So that it is received by Noon, Pacific Time. | (C) <u>Persons/entities to be served with written notice and a copy of this order:</u><br><br>Counsel for California Asphalt Production, Inc.<br>Counsel for GTL1, LLC<br>Counsel for the Official Committee of Unsecured Creditors<br>Counsel for UBS AG, London Branch<br>Parties requesting special notice<br><br>☐ See attached page<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   *(see Court Manual for address)* |
|---|---|

(4) ☐ ~~No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:~~ ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~
(A) ☐ ~~Personal Delivery~~ ☐ ~~Overnight Mail~~ ☐ ~~First Class Mail~~ ☐ ~~Facsimile*~~ ☐ ~~Email*~~

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

(7) ☒ Other requirements: No later than December 9, 2019, Movant must file a supplemental proof of service showing service of the Second Rejection Motion on GTL1, LLC.

---

1569024.1  26932 This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 3                        F 9075-1.1.ORDER.SHORT.NOTICE

05

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☐ at least 2 days before the hearing.

☒ no later than:    Date: December 9, 2019    Time:

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### 

Date: December 5, 2019

*signature: Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge

1569024.1  26932  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                Page 4                                F 9075-1.1.ORDER.SHORT.NOTICE

06

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON: (1) TRUSTEE'S MOTION FOR ORDER AUTHORIZING THE REJECTION OF ALL CONTRACTS AND AGREEMENTS WITH CALIFORNIA ASPHALT PRODUCTION, INC., FORMERLY KNOWN AS SANTA MARIA REFINING CO. AND GREKA REFINING COMPANY, AND GTL1, LLC., NOT PREVIOUSLY INCLUDED IN PRIOR MOTION TO REJECT (DOCKET NO. 573); AND (2) TRUSTEE'S MOTION FOR ORDER AUTHORIZING THE REJECTION OF OIL PURCHASE CONTRACTS (CONTRACT NO. COP-003 FOR BELRIDGE CRUDE OIL AND ALL AMENDMENTS AND CONTRACT NO. COP-004 FOR RICHFIELD HEAVY CRUDE OIL AND ALL AMENDMENTS) WITH CALIFORNIA ASPHALT PRODUCTION, INC., FORMERLY KNOWN AS SANTA MARIA REFINING CO. AND GREKA REFINING COMPANY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _December 5, 2019_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On _December 5, 2019_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat Canyon, Inc.
630 Fifth Avenue
Suite 2410
New York, NY 10111

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _December 5, 2019_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 5, 2019 | GLORIA RAMOS | /S/ GLORIA RAMOS |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Alicia Clough**   aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**   mscohen@loeb.com, klyles@loeb.com
- **Alec S DiMario**   alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Karl J Fingerhood**   karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**   Alex.Fisch@doj.ca.gov
- **Don Fisher**   dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Gisele M Goetz**   gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- **Karen L Grant**   kgrant@silcom.com
- **Ira S Greene**   Ira.Greene@lockelord.com
- **Matthew C. Heyn**   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**   b.holman@musickpeeler.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Alan H Katz**   akatz@lockelord.com
- **John C Keith**   john.keith@doj.ca.gov
- **Jeannie Kim**   jkim@friedmanspring.com
- **Maxim B Litvak**   mlitvak@pszjlaw.com
- **Michael Authur McConnell (TR)**   Michael.mcconnell@kellyhart.com
- **Brian M Metcalf**   bmetcalf@omm.com
- **David L Osias**   dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**   dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**    mitchell.rishe@doj.ca.gov
- **Sonia Singh**    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- **Christopher D Sullivan**    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- **Jennifer Taylor**    jtaylor@omm.com
- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**    bankruptcy@co.kern.ca.us
- **Patricia B Tomasco**    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Fred Whitaker**    lshertzer@cwlawyers.com
- **William E. Winfield**    wwinfield@calattys.com, scuevas@calattys.com
- **Richard Lee Wynne**    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- **Emily Young**    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **Aaron E de Leest**    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

<u>**BY PERSONAL DELIVERY ALSSI – TO BE DELIVERED BY 12/6/19**</u>

The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd.,
Bin on the 1ST Fl. Outside Entry to the Intake Section
Woodland Hills, CA 91367

<u>**BY OVERNIGHT MAIL – FEDERAL EXPRESS**</u>
Your tracking number: 7771-6728-4012

<u>Attorney for BUGANKO</u>
Philip W. Ganong, Esq.
Ganong Law
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

<u>**BY OVERNIGHT MAIL – FEDERAL EXPRESS**</u>
Your tracking number: 7771 6733 0780

Brian Fittipaldi, Esq.
US Dept of Justice – OUST
1415 State Street, Suite 148
Santa Barbara, CA 93101

<u>**BY OVERNIGHT MAIL –FEDERAL EXPRESS**</u>
Your tracking number: 7771-6714-2311

<u>Attorney for Asphalt Production, Inc., GTL1, LLC, The Official Committee of Unsecured Creditors, UBS AG, London Branch; and parties requesting special notice</u>
Susan M. Whalen, Esq.
The Law Offices of Susan M. Whalen
2806 Alta Street, PO Box 938
Los Olivos, CA 93441

<u>**BY OVERNIGHT MAIL – FEDERAL EXPRESS**</u>
Your tracking number: 7771-6730-4338

<u>Attorney for BUGANKO, LLC</u>
Eric M. Van Horn, Esq.
Spencer Fane LLP
2200 Ross Avenue, Ste 4800 West
Dallas, TX 75201

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         **F 9013-3.1.PROOF.SERVICE**