# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**c/o Snow Spence Green LLP, 2929 Allen Parkway, Suite 2800, Houston, TX 77019.**

A true and correct copy of the foregoing document entitled (*specify*)**: Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry E. Hagen, Treasurer-Tax Collectors' Notice of Amended Motion and Amended Motion for Clarification, Correction, or Reconsideration of Interim Order**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12-11-2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic **Mail Notice List to receive NEF transmission at the email addresses stated below:**

| | |
|---|---|
| Aaron E. de Leest | adeleest@danninggill.com, danninggill@gmail.com, adeleest@ecf.inforuptcy.com |
| Alan H. Katz | akatz@lockelord.com |
| Alec S. DiMario | alec.dimario@mhllp.com, debra.blondheim@mhllp.com, syreeta.shoals@mhllp.com |
| Alicia Clough | aclough@loeb.com, mnielson@loeb.com, ladocket@loeb.com |
| Brian D. Fittipaldi | brian.fittipaldi@usdoj.gov |
| Brian L. Holman | b.holman@musickpeeler.com |
| Brian M. Metcalf | bmetcalf@omm.com |
| Christopher D. Sullivan | csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com, kmartinez@diamondmccarthy.com |
| Daniel A. Solitro | dsolitro@lockelord.com, ataylor2@lockelord.com |
| Darren L. Patrick | dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com |
| David L. Osias | dosias@allenmatkins.com, bcrfilings@allenmatkins.com, kdemorest@allenmatkins.com, csandoval@allenmatkins.com |
| Don Fisher | dfisher@ptwww.com, tblack@ptwww.com |
| Emily Young | pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com, ECFInbox@epiqsystems.com |

        X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **12-11-2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*See attached List.*        X    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **12-11-2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed**.**

**Honorable Martin R. Barash**        **Via Overnight Delivery**
**United States Bankruptcy Judge**
**United States Bankruptcy Court**
**Central District of California**
**21041 Burbank Boulevard, Suite 342 / Courtroom 303**
**Woodland Hills, CA 91367**

        X    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12-11-2019 | Brittany R. Decoteau | */s/ Brittany R. Decoteau* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012        **F 9013-3.1.PROOF.SERVICE**

**Service by Courtesy Notification of Electronic Filing**

| | |
|---|---|
| Eric P. Israel | eisrael@DanningGill.com, danninggill@gmail.com, eisrael@ecf.inforuptcy.com |
| Fred Whitaker | lshertzer@cwlawyers.com |
| Gisele M. Goetz | gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu |
| H. Alexander Fisch | alex.fisch@doj.ca.gov |
| Ira S. Greene | ira.greene@lockelord.com |
| Jeannie Kim | jkim@friedmanspring.com |
| Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com |
| Jennifer Taylor | jtaylor@omm.com |
| John C. Keith | john.keith@doj.ca.gov |
| John N. Tedford | jtedford@DanningGillcom, danninggill@gmail.com, jtedford@ecf.inforuptcy.com |
| Karen L. Grant | kgrant@silcom.com |
| Karl J. Fingerhood | karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov |
| Marc S. Cohen | mscohen@loeb.com, klyles@loeb.com |
| Matthew C. Heyn | Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com |
| Maxim B. Litvak | mlitvak@pszjlaw.com |
| Michael Arthur McConnell (TR) | Michael.mcconnell@kellyhart.com |
| Mitchell E Rishe | mitchell.rishe@doj.ca.gov |
| Patricia B. Tomasco | pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com, cristinagreen@quinnemanuel.com |
| Razmig Izakelian | razmigizakelian@quinnemanuel.com |
| Richard Lee Wynne | richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com, cindy.mitchell@hoganlovells.com |
| Salina R. Thomas | bankruptcy@co.kern.ca.us |
| Sonia Singh | ssingh@DanningGill.com, danninggill@gmail.com, ssingh@ecf.inforuptcy.com |
| Todd C. Ringstad | becky@ringstadlaw.com, arlene@ringstadlaw.com |
| William C. Beall | Will@beallandburkhardt.com, carissa@beallandburkhardt.com |
| William E. Winfield | wwinfield@calattys.com, scuevas@calattys.com |

| Recipient | Service Method | Description |
|---|---|---|
| Advantage Answering Plus<br>3421 Empresa Drive, Suite C<br>San Luis Obispo, CA 93401 | First Class Mail | |
| Akin Gump Straus Hauer & Feld<br>Stephen D. Davis<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067 | Email | SDDAVIS@AKINGUMP.COM |
| Allen Matkins Leck Gamble<br>James L. Meeder<br>865 South Figueroa Street, Suite 800<br>Los Angeles, CA 90017-2543 | Email | JMEEDER@ALLENMATKINS.COM |
| Allen Matkins Leck Gamble<br>  Mallory & Natsis LLP<br>David L. Osias<br>Matthew J. Marino<br>One American Plaza<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101-0903 | Email | DOSIAS@ALLENMATKINS.COM<br>MMARINO@ALLENMATKINS.COM<br>BCRFILINGS@ALLENMATKINS.COM<br>KDEMOREST@ALLENMATKINS.COM<br>CSANDOVAL@ALLENMATKINS.COM |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Andrews Kurth LLP<br>David A. Zdunkewicz<br>600 Travis, Suite 4200<br>Houston, TX 77002 | Email | DZDUNKEWICZ@ANDREWSKURTH.COM |
| Ann Jenny Schupp<br>c/o M H Whittier Corp.<br>1600 Huntington Drive<br>South Pasadena, CA 91030 | Fax | 626-441-0420 |
| AT&T Business Service<br>208 S. Akard Street<br>Dallas, TX 75202 | First Class Mail | |
| AT&T Business Service<br>P. O. Box 105068<br>Atlanta, GA 30348-5068 | First Class Mail | |
| Attorney General of California<br>Xavier Becerra<br>P. O. Box 94425<br>Sacramento, CA 94244-2050 | Email | MICHAEL.ZARRO@DOJ.CA.GOV<br>JOHN.KEITH@DOJ.CA.GOV<br>PIU@DOJ.CA.GOV |
| Beall & Burkhardt, APC<br>William C. Beall<br>1114 State Street, Suite 200<br>Santa Barbara, CA 93101 | Email | WILL@BEALLANDBURKHARDT.COM<br>CARISSA@BEALLANDBURKHARDT.COM |
| Brian Corson, In His Individual Capacity<br>2990 Lichen Place<br>Templeton, CA 93465 | Email | BRIAN@HUBMAC.COM |
| Bruce S. Gelber<br>Deputy Asst. Attorney General<br>Environment & Natural Resources Division<br>950 Pennsylvania Ave.<br>Washington, DC 20530 | First Class Mail | |
| CA Attorney General's Office<br>Attn: Xavier Becerra<br>1300 I Street<br>Sacramento, CA 95814 | Email | PIU@DOJ.CA.GOV |
| California Department of Conservation,<br>Division of Oil, Gas & Geothermal Resources<br>Xavier Becerra, Attorney General of California<br>Christina Bull Arndt, Supervising Deputy Attorney General<br>Mitchell E. Rishe, Deputy Attorney General<br>Office of the California Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | Email | MITCHELL.RISHE@DOJ.CA.GOV |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| California Department of Conservation<br>Sharon Armstrong<br>801 K Street<br>Sacramento, CA 95814 | Email | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| California Department of Fish & Wildlife and California Regional Water Quality Control Board,<br>Central Coast<br>H. Alexander Fisch<br>California Attorney General's Office<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 | Email | ALEX.FISCH@DOJ.CA.GOV |
| California Dept. of Fish & Wildlife 5<br>3883 Ruffin Road<br>San Diego, CA 92123 | Email | ASKR5@WILDLIFE.CA.GOV |
| California Dept. of Toxic Substance Control (Berkeley Regional Office)<br>700 Heinz Avenue, Suite 200<br>Berkeley, CA 94710-2721 | First Class Mail | |
| California Division of Oil, Gas & Geothermal Resources<br>Department of Conservation<br>801 K Street, MS 24-01<br>Sacramento, CA 95814 | Email | WEBMASTER@CONSERVATION.CA.GOV |
| California Employment Development Dept.<br>P. O. Box 826880, MIC 83<br>Sacramento, CA 94280-0001 | Email | WOTCSUPPORT@EDD.CA.GOV |
| California Franchise Tax Board<br>P. O. Box 942857<br>Sacramento, CA 94257-0500 | First Class Mail | |
| California OSHA<br>1515 Clay Street, Suite 1901<br>Oakland, CA 94612 | Fax | 510-286-7037 |
| California Regional Water Quality Control Board<br>State Water Resources Control Board<br>1001 I Street<br>Sacramento, CA 95814 | Email | CENTRALCOAST@WATERBOARDS.CA.GOV |
| California State Controller<br>Betty T. Yee<br>300 Capitol Mall, Suite 1850<br>Sacramento, CA 95814 | Email | EOINQUIRY@SCO.CA.GOV |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| California State Controller<br>Betty T. Yee<br>Tax Administration Section<br>P. O. Box 942850<br>Sacramento, CA 94250-5880 | First Class Mail | |
| California State Lands Commission<br>Richard D. Nobles<br>100 Howe Ave., Suite 100 S<br>Sacramento, CA 95825-8219 | First Class Mail | |
| California State Lands Commission<br>John C. Keith<br>Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 | Email | JOHN.KEITH@DOJ.CA.GOV |
| California Water Resources Control Board<br>State Water Resources Control Board<br>P. O. Box 100<br>Sacramento, CA 95812-0100 | Email | INFO@WATERBOARDS.CA.GOV |
| Casmite Corporation<br>6001 Bollinger Canyon Road<br>San Ramon, CA 94583 | First Class Mail | |
| Casmite Corporation<br>P. O. Box 1069<br>San Luis Obispo, CA 93401 | First Class Mail | |
| Charles C. Albright, Trustee<br>729 West 16th Street #B8<br>Costa Mesa, CA 92627 | First Class Mail | |
| Cole Schotz P.C.<br>Proposed Counsel to the Official Committee of Unsecured Creditors<br>Michael D. Warner<br>301 Commerce St., Suite 1700<br>Fort Worth, TX 76102 | Email | MWARNER@COLESCHOTZ.COM |
| Colorado Dept. of Public Health and Environment<br>4300 Cherry Creek Drive S<br>Denver, CO 80246-1530 | Email | CDPHE.INFORMATION@STATE.CO.US |
| Conway Mackenzie, Inc.<br>Attn: John Young and Dan Fertig | Email | JYOUNG@CONWAYMACKENZIE.COM<br>DFERTIG@CONWAYMACKENZIE.COM |
| County Assessor<br>County Government Center, Room 100<br>San Luis Obispo, CA 93408-0001 | First Class Mail | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Cummins & White, LLP<br>Counsel to Eller Family Trust<br>Fred M. Whitaker, PC<br>Ashley Bolduc<br>2424 S.E. Bristol Street, Suite 300<br>Newport Beach, CA 92660-0764 | Email | FWHITAKER@CWLAWYERS.COM<br>ABOLDUC@CWLAWYERS.COM<br>LSHERTZER@CWLAWYERS.COM |
| Danning, Gill, Israel & Krasnoff, LLP<br>Counsel to Michael A. McConnell, Ch. 11 Trustee<br>Attn: Eric P. Israel<br>John N. Tedford, IV<br>Sonia Singh<br>Aaron E. de Leest<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067-6006 | Email | EISRAEL@DANNINGGILL.COM<br>DANNINGGILL@GMAIL.COM<br>EISRAEL@ECF.INFORUPTCY.COM<br>JTEDFORD@DANNINGGILL.COM<br>SSINGH@DANNINGGILL.COM<br>ADELEEST@DANNINGGILL.COM<br>ADELEEST@ECF.INFORUPTCY.COM<br>SSINGH@ECF.INFORUPTCY.COM |
| Department of Conservation Division of Oil, Gas & Geothermal Resources<br>Attn: Matthew C. Heyn | Email | MATTHEW.HEYN@DOJ.CA.GOV<br>MCHEYN@OUTLOOK.COM |
| Diamond McCarthy LLP<br>Allan Diamond<br>T. Pavalis<br>909 Fannin Street, Ste. 3700<br>Houston, TX 77010 | Email | ADIAMOND@DIAMONDMCCARTHY.COM |
| Diamond McCarthy LLP<br>Sheryl P. Giugliano<br>T. Pavalis<br>295 Madison Avenue, 27th Floor<br>New York, NY 10017 | Email | SGIUGLIANO@DIAMONDMCCARTHY.COM<br>TPAVALIS@DIAMONDMCCARTHY.COM |
| Diamond McCarthy LLP<br>Christopher D. Sullivan<br>Allan B. Diamond<br>150 California Street, Suite 2200<br>San Francisco, CA 94111 | Email | CSULLIVAN@DIAMONDMCCARTHY.COM<br>ADIAMOND@DIAMONDMCCARTHY.COM<br>MDOMER@DIAMONDMCCARTHY.COM<br>KMARTINEZ@DIAMONDMCCARTHY.COM |
| Diamond McCarthy LLP<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067-4618 | First Class Mail | |
| Diane T. Walker<br>748 Oceanville Road<br>Stonington, ME 04681-9714 | First Class Mail | |
| EPA Region 9<br>Environmental Protection Agency<br>75 Hawthorne Street<br>San Francisco, CA 94105 | Email | R9.INFO@EPA.GOV |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Epiq Corporate Restructuring, LLC<br>Claims Agent<br>Attn: Sid J. Garabato<br>777 Third Avenue, 12th Floor<br>New York, NY 10017-1302 | First Class Mail and Email | PACERTEAM@GARDENCITYGROUP.COM<br>RJACOBS@ECF.EPIQSYSTEMS.COM<br>ECFINBOX@EPIQSYSTEMS.COM |
| Escolle Tenants In Common<br>Attn: Vincent T. Martinez<br>215 N. Lincoln Street<br>Santa Maria, CA 93458 | Email | VMARTINEZ@TWITCHELLANDRICE.COM |
| First American Title Insurance Company<br>Trustee for UBS AG London Branch<br>4380 La Jolla Village Drive, Suite 110<br>San Diego, CA 92122 | First Class Mail | |
| Friedman & Springwater LLP<br>Counsel for PG&E<br>Attn: Ellen A. Friedman<br>Jeannie Kim<br>Ruth Stoner Muzzin<br>350 Sansome Street, Suite 210<br>San Francisco, CA 94104 | Email | EFRIEDMAN@FRIEDMANSPRING.COM<br>JKIM@FRIEDMANSPRING.COM<br>RMUZZIN@FRIEDMANSPRING.COM |
| Frontier<br>P. O. Box 740407<br>Cincinnati, OH 45274-0407 | First Class Mail | |
| Frontier Communications Corp.<br>401 Merritt 7<br>Norwalk, CT 06851 | First Class Mail | |
| GLR, LLC<br>Violeta Berniczky<br>45 Rockefeller Plaza, Suite 2410<br>New York, NY 10111 | Email | VAB@GRERANGROUP.COM |
| Golden State Water<br>P. O. Box 9016<br>San Dimas, CA 91773 | First Class Mail | |
| Golden State Water Company<br>630 E. Foothill Boulevard<br>San Dimas, CA 91773 | First Class Mail | |
| Hanna and Morton LLP<br>Counsel to Lessors of Goodwin A Lease<br>Attn: Edward S. Renwick<br>444 South Flower Street, Suite 2530<br>Los Angeles, CA 90071-2916 | Email | ERENWICK@HANMOR.COM |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Hogan Lovells US LLP<br>Counsel for NewBridge Resources, LLC<br>Richard L. Wynne<br>Bennett L. Spiegel<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 | Email | Richard.wynne@hoganlovells.com<br>Bennett.spiegel@hoganlovells.com<br>tracysouthwell@hoganlovells.com<br>cindy.mitchell@hoganlovells.com |
| Hollister & Brace<br>Gisele M. Goetz<br>1126 Santa Barbara Street<br>P. O. Box 630<br>Santa Barbara, CA 93102 | Email | GMGOETZ@HBSB.COM<br>GGOETZ@COLLEGESOFLAW.EDU |
| HVI Cat Canyon, Inc.<br>Randeep S. Grewal, Chairman and CEO<br>630 Fifth Avenue, Suite 2410<br>New York, NY 10111 | Email | RSG@GREKA.COM |
| HVI Cat Canyon, Inc.<br>Alex G. Dimitrijevic<br>President and COO<br>2617 Clark Avenue<br>Santa Maria, CA 95454 | Email | AGD@GREKA.COM |
| HVI Cat Canyon, Inc.<br>P. O. Box 5489<br>Santa Maria, CA 93456 | First Class Mail | |
| HVI Cat Canyon, Inc.<br>M. Ernesto Olivares, CFO<br>2617 Clark Avenue<br>Santa Maria, CA 95454 | Email | MEO@GREKA.COM |
| HVI Cat Canyon, Inc.<br>c/o Capitol Corporate Services, Inc.<br>36 S. 18th Avenue, Suite D<br>Brighton, CO 80601-2452 | First Class Mail | |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | First Class Mail | |
| Internal Revenue Service<br>(Small Business/Self-Employment Div.)<br>5000 Ellin Road<br>Lanham, MD 20706 | Fax | 866-717-8302 |
| J. P. Morgan-Chase<br>450 West 33rd Street, 15th Floor<br>REF: 030057 Nassau Assoc-SABA<br>New York, NY 10041 | First Class Mail | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Karen L. Grant (Counsel for BUGANKO)<br>Law Offices of Karen L. Grant<br>924 Anacapa Street, Suite 1M<br>Santa Barbara, CA 93101 | Email | KGRANT@SILCOM.COM |
| Kern County Treasurer-Tax Collector<br>c/o Linda Delgado<br>P. O. Box 579<br>Bakersfield, CA 93302 | First Class Mail and Email | BANKRUPTCY@CO.KERN.CA.US |
| Larsen O'Brien LLP<br>Robert C. O'Brien<br>Paul A. Rigali<br>Steven E. Bledsoe<br>Haewon Park<br>Melissa Vasquez<br>555 South Flower, Suite 4400<br>Los Angeles, CA 90071 | Email | ROBRIEN@LARSONOBRIENLAW.COM<br>PRIGALI@LARSONOBRIENLAW.COM<br>SBLEDSOE@LARSONOBRIENLAW.COM<br>HPARK@LARSONOBRIENLAW.COM<br>MVASQUEZ@LARSONOBRIENLAW.COM |
| Locke Lord LLP<br>Counsel for CTS Properties, Ltd.<br>Attn: Ira S. Green (IG-2315)<br>Alan H. Katz<br>200 Vesey St., 20th Floor<br>New York, NY 10281 | Email | IRA.GREENE@LOCKELORD.COM<br>AKATZ@LOCKELORD.COM |
| Locke Lord LLP<br>Counsel for CTS Properties, Ltd.<br>Attn: Joseph A. Unis, Jr.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201 | Email | JUNIS@LOCKELORD.COM |
| Locke Lord LLP<br>Counsel for CTS Properties, Ltd.<br>Attn: Daniel A. Solitro<br>300 S. Grand Ave., Ste. 2600<br>Los Angeles, CA 90071 | Email | DSOLITRO@LOCKELORD.COM<br>ATAYLOR2@LOCKELORD.COM |
| Locke Lord LLP<br>Counsel for CTS Properties, Ltd.<br>Attn: Elizabeth Mary Guffy<br>2800 JP Morgan Chase Tower<br>600 Travis<br>Houston, TX 77002 | Email | EGUFFY@LOCKELORD.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Loeb & Loeb LLP<br>Counsel to California State Lands Commission<br>Alicia Clough<br>Marc Cohen<br>Donald Miller<br>Mariah Volk<br>10100 Santa Monica Blvd. Suite 2200<br>Los Angeles, CA 90067 | Email | MSCOHEN@LOEB.COM<br>ACLOUGH@LOEB.COM<br>DMILLER@LOEB.COM<br>MVOLK@LOEB.COM<br>KLYLES@LOEB.COM<br>MNIELSON@LOEB.COM<br>LADOCKET@LOEB.COM |
| Loeb & Loeb LLP<br>Counsel to California State Lands Commission<br>Steven S. Rosenthal<br>901 New York Avenue NW, Suite 300 East<br>Washington, DC 20001 | Email | SROSENTHAL@LOEB.COM<br>MSOCHEN@LOEB.COM |
| Loeb & Loeb LLP<br>Counsel to California State Lands Commission<br>Vadim J. Rubinstein<br>345 Park Ave.<br>New York, NY 10154 | Email | VRUBINSTEIN@LOEB.COM |
| McDowell Hetherington LLP<br>Counsel to Direct Energy Business, LLC and Direct Energy Business Marketing, LLC d/b/a Direct Energy Business<br>Attn: Jarrod B. Martin<br>1001 Fannin Street, Suite 2700<br>Houston, TX 77002 | Email | JARROD.MARTIN@MHLLP.COM<br>LARA.COLEMAN@MHLLP.COM |
| McDowell Hetherington LLP<br>Counsel to Direct Energy Business, LLC and Direct Energy Business Marketing, LLC d/b/a Alec S. DiMario<br>1055 E. Colorado Blvd., Suite 500<br>Pasadena, CA 91106 | Email | ALEC.DIMARIO@MHLLP.COM<br>DEBRA.BLONDHEIM@MHLLP.COM<br>SYREETA.SHOALS@MHLLP.COM |
| Michael A. McConnell<br>Chapter 11 Trustee<br>Kelly Hart<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | Email and First Class Mail | MICHAEL.MCCONNELL@KELLYHART.COM |
| Musick, Peeler & Garrett LLP<br>Counsel to Bradley Land Company<br>Attn: Brian L. Holman<br>624 S. Grand Avenue, Suite 2000<br>Los Angeles, CA 90017 | Email | B.HOLMAN@MUSICKPEELER.COM |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Musick, Peeler & Garrett LLP<br>Counsel to Bradley Land Company<br>Attn: Laura K. McAvoy<br>2801 Townsgate Road, Suite 200<br>Westlake Village, CA 91361 | Email | L.MCAVOY@MUSICKPEELER.COM |
| Nancy Sue Resnick<br>OCE Regional Coordinator<br>U. S. Department of Justice<br>Office of the U.S. Trustee<br>1100 Commerce Street<br>Dallas, TX 74242 | Email and First Class Mail | NANCY.S.RESNICK@USDOJ.GOV |
| Nelson Comis Kettle & Kinney LLP<br>Attn: William E. Winfield<br>300 E. Esplanade Dr., Suite 1170<br>Oxnard, CA 93036 | Email | WWINFIELD@CALATTYS.COM,<br>SCUEVAS@CALATTYS.COM |
| New York State Dept. of Environmental Conservation<br>625 Broadway<br>Albany, NY 12233-1011 | First Class Mail | |
| Northern California Collection Service, Inc.<br>700 Leisure Lane<br>Sacramento, CA 95815 | First Class Mail | |
| O'Melveny & Myers LLP<br>Counsel to UBS AG, London Branch<br>Darren L. Patrick<br>Evan M. Jones<br>Brian M. Metcalf<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 | Email | DPATRICK@OMM.COM<br>EJONES@OMM.COM<br>BMETCALF@OMM.COM<br>DARREN-PATRICK-1373@ECF.PACERPRO.COM |
| O'Melveny & Myers LLP<br>Counsel to UBS AG, London Branch<br>Jennifer Taylor<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 | Email | JTAYLOR@OMM.COM |
| O'Melveny & Myers LLP<br>Counsel to UBS AG, London Branch<br>Daniel Cantor<br>Samantha M. Indelicato<br>Gary Svirsky<br>Seven Times Square<br>New York, NY 10036 | Email | DCANTOR@OMM.COM<br>SINDELICATO@OMM.COM<br>GSVIRSKY@OMM.COM |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Office of the United States Trustee<br>Southern District of New York<br>Greg M. Zipes<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | First Class Mail and Email | GREG.ZIPES@USDOJ.GOV |
| Office of the United States Trustee<br>Southern District of New York<br>Serene Nakano<br>U. S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | First Class Mail and Email | SERENE.NAKANO@USDOJ.GOV<br>USTPREGION02.NYECF@USDOJ.GOV |
| Office of the United States Trustee<br>Brian D. Fittipaldi<br>United States Department of Justice/OUST<br>1415 State Street, Suite 148<br>Santa Barbara, CA 93101 | First Class Mail and Email | BRIAN.FITTIPALDI@USDOJ.GOV |
| Pachulski Stang Ziehl & Jones LLP<br>Proposed Counsel to the Official Committee of Unsecured Creditors<br>Attn: Jeffrey N. Pomerantz<br>Maxim B. Litvak<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067 | Email | JPOMERANTZ@PSZJLAW.COM<br>MLITVAK@PSZJLAW.COM |
| Pachulski Stang Ziehl & Jones LLP<br>Proposed Counsel to the Official Committee of Unsecured Creditors<br>Attn: Richard E. Mikels<br>Robert J. Feinstein<br>Steven W. Golden<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Email | RMIKELS@PSZJLAW.COM<br>RFEINSTEIN@PSZJLAW.COM<br>SGOLDEN@PSZJLAW.COM |
| Pacific Petroleum California, Inc.<br>Attn: John Hochleutner<br>P. O. Box 2646<br>Santa Maria, CA 93457 | Email | JOHN@PPCINC.BIZ |
| Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP<br>Don Fisher<br>1900 Main Street, Suite 700<br>Irvine, CA 92614 | Email | DFISHER@PTWWW.COM<br>TBLACK@PTWWW.COM |
| PG&E<br>Marcellus Terry<br>Denise A. Newton<br>77 Beale Street, 24th Floor<br>San Francisco, CA 94105 | Email | PGEBANKRUPTCY@PGE.COM<br>MXTN@PGE.COM<br>MARCELLUS.TERRY@PGE.COM<br>DAN8@PGE.COM |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Philip W. Ganong<br>Buganko, LLC<br>930 Truxtun Avenue, Suite 102<br>Bakersfield, CA 93301 | Email | PHIL@GANONGLAW.COM<br>NANCY@GANONGLAW.COM |
| Placentia Disposal<br>1131 E. Blue Gum Street<br>Anaheim, CA 92806 | First Class Mail | |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Attorneys for GIT, Inc.<br>Peter Calamari<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Email | PETERCALAMARI@QUINNEMANUEL.COM |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Attorneys for GIT, Inc.<br>Devin van der Hahn<br>Patricia D. Tomasco<br>711 Louisiana, Suite 500<br>Houston, TX 77002 | Email | DEVINVANDERHAHN@QUINNEMANUEL.COM<br>PATTYTOMASCO@QUINNEMANUEL.COM<br>BARBARAHOWELL@QUINNEMANUEL.COM<br>CRISTINAGREEN@QUINNEMANUEL.COM |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Attorneys for GIT, Inc.<br>Razmig Izakelian<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Email | RAZMIGIZAKELIAN@QUINNEMANUEL.COM |
| Rochelle McCullough, LLP<br>Attorneys for Pacific Gas and Electric Company<br>Kevin D. McCullough<br>Shannon S. Thomas<br>325 N. St. Paul Street, Suite 4500<br>Dallas, TX 75201 | Email | KDM@ROMCLAW.COM<br>STHOMAS@ROMCLAW.COM<br>RDECORTE@ROMCLAW.COM |
| Santa Barbara County – APCD<br>Aeron Arlin Genet<br>260 North San Antonio Rd.<br>Santa Barbara, CA 93110 | Fax | 805-961-8801 |
| Santa Barbara County P&D<br>John Zorovich<br>123 East Anapamu Street<br>Santa Barbara, CA 93101 | Email | JZORO@CO.SANTA-BARBARA.CA.US |
| Santa Barbara County Treasurer – Tax Collector<br>P. O. Box 579<br>Santa Barbara, CA 93102-0579 | Email | SBTAXES@CO.SANTA-BARBARA.CA.US |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Santa Barbara County Treasurer – Tax Collector<br>Vida McIsaac<br>105 E. Anapamu St., Suite 109<br>Santa Barbara, CA 93102 | Email | VMCISAA@CO.SANTA-BARBARA.CA.US |
| Sherrill A. Schoepe<br>14974 Adams Dr.<br>Pauma Valley, CA 92061 | Email | S.WETZLER@MUSICKPEELER.COM |
| Snow Spence Green LLP<br>Carolyn Carollo<br>Attorneys for the County of Santa Barbara, California; Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California; and Santa Barbara Air Pollution Control District<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019 | Email | CAROLYNCAROLLO@SNOWSPENCELAW.COM |
| Southern California Edison<br>2244 Walnut Creek Avenue<br>Rosemead, CA 91770 | First Class Mail | |
| Southern California Gas<br>555 W. 5th Street<br>Los Angeles, CA 90013 | First Class Mail | |
| Southern California Gas Company<br>P. O. Box C<br>Monterey Park, CA 91756 | First Class Mail | |
| Spencer Fane LLP<br>Counsel to BUGANKO, LLC<br>Eric M. Van Horn<br>2200 Ross Avenue, Suite 4800 West<br>Dallas, TX 75201 | Email | ERICVANHORN@SPENCERFANE.COM |
| Sprint<br>6200 Sprint Parkway<br>Overland Park, KS 66251 | First Class Mail | |
| Sprint<br>P. O. Box 79357<br>City of Industry, CA 91716-9357 | First Class Mail | |
| State of Colorado Attorney General<br>Attn: Phil Weiser<br>Ralph L. Carr Colorado Judicial Bldg.<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Email | ATTORNEY.GENERAL@COAG.GOV |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| State of New York Attorney General<br>Attn: Letia A. James<br>Dept. of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | First Class Mail | |
| Stoner Family Trust<br>James G. Sanford Trustee<br>100 West Liberty Street, Suite 900<br>Reno, NV 89501 | First Class Mail | |
| Telepacific Communications<br>515 S. Flower Street<br>Los Angeles, CA 90071 | First Class Mail | |
| The Law Office of Susan M. Whalen<br>Susan M. Whalen<br>General Counsel<br>2806 Alta St.<br>P. O. Box 938<br>Los Olivos, CA 93441 | Email | SUSAN@WHALENATTORNEY.COM |
| Todd C. Ringstad<br>Ringstad & Sanders LLP<br>4343 Von Karman Avenue, Suite 300<br>Newport Beach, CA 92660 | Email | TODD@RINGSTADLAW.COM<br>BECKY@RINGSTADLAW.COM<br>ARLENE@RINGSTADLAW.COM |
| United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 74242-0996 | First Class Mail | |
| U. S. Attorney's Offices – SDNY<br>Attn: Anthony Sun, Assistant U. S. Attorney<br>Tax & Bankruptcy Unit<br>86 Chambers St., 3rd Floor<br>New York, NY 10007 | First Class Mail | |
| U. S. Department of Transportation<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | First Class Mail | |
| UBS AG, London Branch<br>Julian Gould<br>600 Washington Blvd.<br>Stamford, CT 06901 | First Class Mail | |
| United States Department of Justice<br>Attn: Karl Fingerhood, Senior Counsel<br>Davis Forsythe<br>Matthew Indrisano<br>Environmental Enforcement Section<br>P. O. Box 7611<br>Washington, DC 20044-7611 | Email | KARL.FINGERHOOD@USDOJ.GOV<br>DAVIS.FORSYTHE@USDOJ.GOV<br>MATTHEW.INDRISANO@USDOJ.GOV<br>EFILE_EES.ENRD@USDOJ.GOV |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| United States Trustee | Email | USTPREGION06.DA.ECF@USDOJ.GOV |
| Verizon Wireless<br>1095 Avenue of the Americas<br>New York, NY 10036 | First Class Mail | |
| Victory Oil<br>Eric Johnson<br>222 West 6th Street, Suite 1010<br>San Pedro, CA 90731 | First Class Mail | |
| Waste Management<br>P. O. Box 541065<br>Los Angeles, CA 90054-1065 | First Class Mail | |
| Waste Management<br>1001 Fannin Street<br>Houston, TX 77002 | First Class Mail | |
| W. J. Kenny Corp.<br>c/o Allfirst Bankcorp Trust c/o M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | Fax | 716-635-4230 |
| Weil, Gotshal & Manges LLP<br>Counsel for PG&E<br>Rachael L. Foust<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Email | RACHAEL.FOUST@WEIL.COM |
| WELTMAN & MOKOWITZ, LLP<br>Counsel to Debtor/Debtor in Possession HVI Cat Canyon, Inc.<br>Richard E. Weltman<br>Michael L. Moskowitz<br>Debra Kramer<br>Michele K. Jaspan<br>Adrienne Woods<br>Melissa A. Guseynov<br>270 Madison Avenue, Suite 1400<br>New York, NY 10016-0601 | Email | REW@WELTMOSK.COM<br>MLM@WELTMOSK.COM<br>DK@WELTMOSK.COM<br>JG@WELTMOSK.COM<br>MKJ@WELTMOSK.COM<br>AW@WELTMOSK.COM<br>MAG@WELTMOSK.COM |
| West Coast Welding & Constr. I<br>Michael Barbey<br>2201 Celsius Avenue, Suite B<br>Oxnard, CA 93030 | Email | MBARBEY@WESTCOASTWELDING.NET |
| William W. Jenny Jr.<br>5101 East Camino Alisa<br>Tucson, AZ 85718 | Email | CARAMEL@HOTMAIL.COM |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| Recipient | Service Method | Description |
|---|---|---|
| Wyatt Sloan-Tribe<br>Office of the Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | First Class Mail | |
| Yorba Linda Water District<br>1717 E. Marcantonio<br>Placentia, CA 92870 | First Class Mail | |

I:\Client\SBCO0006 HVI Cat Canyon\Service\Proof of Service updating.doc

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**