```
 1  ERIC P. ISRAEL (State Bar No. 132426)
    eisrael@DanningGill.com
 2  JOHN N. TEDFORD, IV (State Bar No. 205537)
    jtedford@DanningGill.com
 3  AARON E. DE LEEST (State Bar No. 216832)
    adeleest@DanningGill.com
 4  DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
 5  Los Angeles, California 90067-6006
    Telephone:  (310) 277-0077
 6  Facsimile:   (310) 277-5735
 7  General Counsel for Michael A. McConnell,
    Chapter 11 Trustee
 8
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**NOTICE TO PROFESSIONALS OF SCHEDULED HEARING DATE FOR INTERIM FEE APPLICATIONS**<br><br>Date:  January 30, 2020<br>Time:  10:30 a.m.<br>Place:  Courtroom 201<br>         1415 State Street<br>         Santa Barbara, California |

**TO ALL PROFESSIONALS EMPLOYED PURSUANT TO COURT ORDER IN THE ABOVE-CAPTIONED BANKRUPTCY CASE:**

PLEASE TAKE NOTICE that the Court will hear interim applications for awards of compensation and reimbursement of expenses by professionals in this case on January 30, 2020, at 10:30 a.m., in Courtroom "201" of the United States Bankruptcy Court, Northern Division, 1415 State Street, Santa Barbara, CA 93101.

In compliance with Local Bankruptcy Rule 2016-1, the Trustee hereby notifies all professionals as follows:

Other professional persons retained pursuant to court approval may also seek approval of

interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Any professional seeking interim fees at this time must comply with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, the Guidelines of the Office of the United States Trustee, and the relevant provisions of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that any professional who desires to be included in the Notice of Hearing in connection with fee applications must, not later than noon on **January 6, 2020**, advise Shelly Panta at Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067-6006, (310) 277-0077, *spanta@danninggill.com*, of the amounts of requested compensation and expenses and the relevant time period for such compensation and expenses.

DATED: December 11, 2019          DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Eric P. Israel
ERIC P. ISRAEL
Attorneys for Michael A. McConnell,
Chapter 11 Trustee

1569636.1  26932

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO PROFESSIONALS OF SCHEDULED HEARING DATE FOR INTERIM FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 11, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On December 11, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat CANYON, INC.
630 Fifth Avenue, Suite 2410
New York, NY 10111

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 11, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Served by Personal Delivery to be delivered by December 12, 2019
The Honorable Martin R. Bash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Bin on 1st Floor outside entry to Intake Section
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 11, 2019 | Vivian Servin | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Alan H Katz    akatz@lockelord.com
- John C Keith    john.keith@doj.ca.gov
- Jeannie Kim    jkim@friedmanspring.com
- Brian M Metcalf    bmetcalf@omm.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **Jennifer Taylor**  jtaylor@omm.com
- **John N Tedford**  jtedford@dgdk.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**  bankruptcy@co.kern.ca.us
- **Patricia B Tomasco**  pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Fred Whitaker**  lshertzer@cwlawyers.com
- **William E. Winfield**  wwinfield@calattys.com, scuevas@calattys.com
- **Emily Young**  pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

MICHAEL McCONNELL, Chapter 11 Trustee
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Bright and Brown
550 N Brand Blvd, Suite 2100
Glendale, CA 91203
Attn: Jim Bright

CR3 Partners, LLC
Attn: Tim Skillman
6171 W. Century Blvd
Suite 350
Los Angeles, CA 90045

Dore Rothberg & McKay
17171 Park Row, Suite 160
Houston, Texas 77084
Attn: Carl Dore, Jr.

Cole Schotz, P.C.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Attn: Michael D. Warner

Conway MacKenzie
909 Fannin Street, Suite 4000
Houston, TX 77010
Attn: John T. Young

EPIQ Corporate Restructuring, LLC
Attn: Robert A. Hopen
777 3rd Avenue, 12th Floor
New York, NY 10017

Weltman & Moskowitz, LLP
270 Madison Avenue, Suite 1400
New York, NY 10016
Attn: Michael Moskowitz

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

Capello Global, LLP
10990 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90024
Attn" Alexander L. Cappello and Louie Ucciferri

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**