Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
        mlitvak@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.<br><br>                   Debtor. | Case No.: 19-bk-11573-MB<br>Chapter 11<br><br>**AMENDED FIRST AND FINAL APPLICATION OF COLE SCHOTZ P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 27, 2019 THROUGH SEPTEMBER 11, 2019; DECLARATION OF MICHAEL D. WARNER IN SUPPORT THEREOF**<br><br>[First Application Period: August 27, 2019 – September 11, 2019]<br><br>Date:     January 30, 2020<br>**Time:**   **10:00 a.m. [corrected time]**<br>Place:    Courtroom 201<br>           U.S. Bankruptcy Court<br>           1415 State Street<br>           Santa Barbara, CA 93101<br>Judge:  Hon. Martin R. Barash |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

# TABLE OF CONTENTS

I.    INTRODUCTORY STATEMENT .................................................................................. 1

II.    SUMMARY OF COMPENSATION DATA FOR THIS APPLICATION ........................... 2

III.    BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE.................. 2

IV.    NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED....... 4

    A.    Services Performed and Time Expended During the Employment Period.................. 4

        1.    Case Administration.......................................................................... 4

        2.    Fee/Employment Applications.......................................................... 4

    B.    Detailed Listings of All Time that Cole Schotz Spent on the Matters for Which
        Compensation is Sought (Local Bankruptcy Rule 2016-1(a)(1)(E)). ......................... 5

    C.    List of Expenses by Category (Local Bankruptcy Rule 2016-1(a)(1)(F)). ................. 5

    D.    Rates (Local Bankruptcy Rule 2016-1(a)(1)(G))........................................................ 5

    E.    Professionals and Paraprofessionals ......................................................................... 5

    F.    Notice of Application and Hearing ............................................................................ 5

V.    THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON
    APPLICABLE LAW ................................................................................................... 6

    A.    Factors In Evaluating Requests for Compensation.................................................... 6

    B.    The Lodestar Award Should be Calculated by Multiplying a Reasonable
        Hourly Rate by the Hours Expended ........................................................................ 7

VI.    CONCLUSION........................................................................................................... 8

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 11 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

Cole Schotz P.C. ("Cole Schotz" or the "Firm"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee") for the bankruptcy HVI Cat Canyon, Inc., the debtor herein ("Debtor" or "HVI Cat Canyon"), hereby submits its *First and Final Fee Application of Cole Schotz P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Financial Advisor to the Official Committee of Unsecured Creditors for the Period August 27, 2019 through September 11, 2019* (the "Application") for the period of August 27, 2019 through September 11, 2019 (the "Employment Period") pursuant to sections 328, 330 and 331 of the Bankruptcy Code.[1]

Pursuant to this Application, Cole Schotz seeks (a) approval, on a final basis, fees and expenses totaling $20,554.00 in for the period August 27, 2019 through September 11, 2019, consisting of $20,480.50 in fees incurred and $73.50 in expenses incurred.

## I.

## INTRODUCTORY STATEMENT

Local Bankruptcy Rule 2016-1 sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs. Additional standards to be employed in the review of fee applications are set forth in the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Compensation Guidelines"). Finally, cases interpreting sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve (12) factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951, 96 S.Ct. 726 (1976). The Ninth Circuit's primary method used to determine the reasonableness of fees is to calculate the "lodestar." *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007). The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable

---

[1] All references to sections of the "Bankruptcy Code" are to sections of 11 U.S.C. §§ 101-1532, as amended.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

hourly rate.  *Law Offices of David A. Boone v. Derham-Burk (In re Eliapo),* 468 F.3d 592, 598 (9th Cir. 2006).  As set forth more fully herein, this Application complies with all statutory guidelines and Court-imposed requirements.

## II.

## PRELIMINARY SUMMARY OF COMPENSATION DATA FOR THIS APPLICATION

**A.    ORDER RE EMPLOYMENT ENTERED:**  November 18, 2019, with employment as co-counsel to the Committee effective as of August 27, 2019 [Docket No. 522].

**B.    PERIOD OF EMPLOYMENT COVERED BY THIS APPLICATION:**  August 27, 2019 through September 11, 2019

**C.    HOURS OF PROFESSIONAL TIME WHICH IS THE SUBJECT OF THIS APPLICATION:** 39.70

**D.    FEES REQUESTED BY THIS APPLICATION:** $20,480.50

**E.    EXPENSES REQUESTED BY THIS APPLICATION:** $73.50

**F.    AMOUNT OF PREPETITION RETAINER RECEIVED:** $0

**G.    AMOUNT OF FEES AND EXPENSES PREVIOUSLY AWARDED:** $0

**H.    AMOUNT OF FEES AND EXPENSES PAID POST-PETITION:** $0

## III.

## BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE

This Application covers the period August 27, 2019 through September 11, 2019.  This is the Firm's first and final application for fees and expenses in this case.

1.    On July 25, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Court"), thereby commencing this chapter 11 case, bearing case number 19-12417 (MEW) (the "Case").

2.    On August 9, 2019, the United States Trustee for the Southern District of New York appointed the Committee to represent the interests of all unsecured creditors in this case pursuant to section 1102 of the Bankruptcy Code.  The members appointed to the Committee are: (i) Brian

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Corson, in his Individual Capacity; (ii) Escolle Tenants in Common; and (iii) Pacific Petroleum California, Inc. *See Appointment of Official Committee of Unsecured Creditors' Committee* [Docket No. 34].

3.    On August 27, 2019, the Committee held a meeting and, among other things, voted to retain Cole Schotz as its general bankruptcy co-counsel.

4.    On August 28, 2019, the SDNY Court entered an Order Transferring Venue to United States Bankruptcy Court for the Northern District of Texas [Docket No. 106] (the "NDTX Court"), bearing case number 19-32857-hdh11.

5.    On September 12, 2019, the NDTX Court entered an Order Granting Transfer of Venue, transferring the Case to this Court [Docket No. 184].  On September 16, 2019, the Case was transferred to this Court, and assigned case number 19-bk-11573-MB.

6.    On October 2, 2019, Cole Schotz filed its *Application for an Order Authorizing and Approving the Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of August 27, 2019 through September 11, 2019* [Docket No. 338], which was approved by order entered by this Court on November 18, 2019 [Docket No. 522].

7.    On October 7, 2019, the California State Lands Commission, California Department of Conservation Division of Oil, Gas, and Geothermal Resources, Santa Barbara County, the Air Pollution District, the Office of Harry E. Hagen, Treasurer-Tax Collector, and Buganko, LLC filed a *Motion for Appointment of a Chapter 11 Trustee* [Docket No. 356], which was approved by agreed order entered on October 16, 2019 [Docket No. 409].

8.    On October 21, 2019, the Office of the United States Trustee filed its *Notice of Appointment of Chapter 11 Trustee* [Docket No. 418], appointing Michael A. McConnell to serve as the Chapter 11 Trustee (the "Chapter 11 Trustee"), which appointment was accepted by the Chapter 11 Trustee that same day [Docket No. 420].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## IV.

## NARRATIVE STATEMENT OF SERVICES
## RENDERED AND TIME EXPENDED

**A.      Services Performed and Time Expended During the Employment Period.**

Cole Schotz believes that its services have provided a benefit to the Committee and its constituents. Set forth below is an explanation of the services rendered by Cole Schotz's professionals on the Committee's behalf on a category-by-category basis.  Given the duration of Cole Schotz's role in this matter, these categories are limited.

**1.      Case Administration** (26.0 hours; $15,362.50).

Under this project category, Cole Schotz worked on numerous tasks that included the first transfer of the cases from SDNY Court to the NDTX Court, which included reviewing various filings and participating in multiple conference calls on strategy and overall case objectives.  In this regard, Cole Schotz's professionals were integral to the Committee's efforts to plan for and address issues related the transfer of this case to the NDTX Court with the Committee and its professionals, both before and after such transfer.

Cole Schotz professionals specifically expended time, *inter alia*, preparing for and attending the initial hearing before the NDTX Court as well as reviewing and analyzing the Debtors' Cash Management Motion and the Committee's Information Procedures Motion.  Furthermore, Cole Schotz's professionals reviewed multiple pleadings for local practice and procedure as well as prepared and filed *pro hac vice* motions and a notice of appearance in this case.

**2.      Fee/Employment Applications** (15.9 hours; $5,118.00).

Included within this task code is time expended by Cole Schotz's professionals performing various functions directly related to compliance with the retention requirements of the Bankruptcy Code and other pertinent rules.  In this regard, Cole Schotz's professionals not only prepared Cole Schotz's own retention application, but also reviewed, revised, and filed the retention application of its co-

4

counsel, the Pachulski Stang Ziehl & Jones LLP firm.  Time was also expended addressing the impact of the transfer of the case from the NDTX Court to this Court.

**B.    Detailed Listings of All Time that Cole Schotz Spent on the Matters for Which Compensation is Sought (Local Bankruptcy Rule 2016-1(a)(1)(E)).**

**Exhibit A** annexed to the declaration of Michael D. Warner (the "Warner Declaration") contains Cole Schotz's time detail by task code, professional, and the full time detail respectively during the Employment Period.

**C.    List of Expenses by Category (Local Bankruptcy Rule 2016-1(a)(1)(F)).**

Cole Schotz has billed $73.50 in expenses during the Employment Period which is outlined in **Exhibit A** to the Warner Declaration.

**D.    Rates (Local Bankruptcy Rule 2016-1(a)(1)(G)).**

Cole Schotz's professionals who rendered services to the Committee during the Employment Period and their corresponding hourly rates are as follows:

Michael D. Warner (Member)    $840.00

Benjamin L. Wallen (Associate) $350.00

Kerri LaBrada (Paralegal)        $255.00

**E.    Professionals and Paraprofessionals**

The biographies of the attorneys who have worked on this matter and a description of their professional experience and education are attached to the Warner Declaration as **Exhibit B**.  Cole Schotz has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these proceedings, except to be shared among members of the Firm.

**F.    Notice of Application and Hearing**

A hearing date for interim fee applications is targeted for January 30, 2020.  This Application will be served by NEF notice or by first class U.S. mail, as required, on (a) the Debtor; (b) the Chapter 11 Trustee, (c) the Committee, (d) the Office of the United States Trustee, and (e) parties that have filed with the Court requests for notice of all matters in accordance with Bankruptcy Rule 2002(i).

5

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## V.

## THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON APPLICABLE LAW

The fees and expenses that Cole Schotz requests in this Application are an appropriate award for Cole Schotz's services in acting as co-counsel to the Committee.

### A.    Factors In Evaluating Requests for Compensation

Pursuant to section 330 of the Bankruptcy Code, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred.  As set forth above, the fees for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are for actual and necessary services rendered and costs incurred in the Case.

The professional services rendered by the Firm have required an expenditure of substantial time and effort.  During the Fee Period, 39.70 hours have been recorded by members of the Firm.

Moreover, time and labor devoted is only one of many pertinent factors in determining an award of fees and costs.  Based on the skills brought to bear in the Case by the Firm and the results obtained and in light of the accepted lodestar approach, the Firm submits that the compensation requested herein is reasonable and appropriate.

Cole Schotz submits that the professional services it rendered to the Committee during the Employment Period were reasonable, necessary, and expected to benefit the estate and its constituents at the time they were incurred.  These services required a high level of professional competence and expertise.  Cole Schotz believes its services were performed efficiently and effectively and have led to a quick transition to a Chapter 11 trustee.  The hourly rates Cole Schotz's professionals bill are customary for the professional services they render in other matters and are fair and reasonable in the industry.

The Application will be conspicuously posted on Epiq Corporate Restructuring's website at: https://dm.epiq11.com/case/HVICat/dockets.

DOCS_LA:326665.2 38336/002

**B.  The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended**

In determining the amount of allowable fees under section 330 (a) of the Bankruptcy Code, courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *In re Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter & Hadden, LLP (In re Meronk),* 249 B.R. 208, 213 (B.A.P. 9th Cir. 2000) (reiterating that *Manoa Finance* is the controlling authority and characterizing the factor test[2] identified in *Johnson v. Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.* 526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976) as an "obsolete laundry list" now subsumed within more refined analyses).

The United States Supreme Court has evaluated the lodestar approach and endorses its usage. In *Hensley v. Eckerhart*, 461 U.S. 424 (1983), a civil rights case, the Supreme Court held that while the *Johnson* factors might be considered in setting fees, the lodestar amount subsumed many of those factors. *Hensley* at 434, n. 9.[3]  The following year, another civil rights case, *Blum vs. Stenson*, 465 U.S. 886 (1984), provided the so-called lodestar calculation:

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . .  Adjustments to that fee then may be made as necessary in the particular case.

*Blum* at 888.

---

[2] The original twelve Johnson/Kerr factors were: (1) time and labor required, (2) novelty and difficulty of the questions involved, (3) skill requisite to perform the legal services properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent,(7) time limitations imposed by the client or the circumstances, (8) amount involved and results obtained, (9) experience, reputation, and ability of the attorneys (10) the "undesirability" of the case, (11) nature and length of the professional relationship with client, and  (12) awards in similar cases.

[3] For discussion of the Johnson/Kerr subsumed factors, see *Morales v. City of San Rafael*, 96 F.3d 359, 364 n.9 (9th Cir. 1996) ("among the subsumed factors … are: (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained"); *Davis v. City & County of San Francisco*, 976 F.2d 1536, 1549 (9th Cir. 1992), *vacated in part on other grounds*, 984 F.2d 345 (9th Cir. 1993) (extending *City of Burlington v. Dague*, 505 U.S. 557, 567 (1992), which held that sixth factor "whether the fee is fixed or contingent, may not be considered in the lodestar calculation").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

Then in 1986, the Supreme Court more explicitly indicated that the factors relevant to determining fees should be applied using the lodestar approach, rather than an ad hoc approach. While holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401 et seq., should be interpreted like that of the Civil Rights Act, the Supreme Court expressly rejected the ad hoc application of the factors set forth in *Johnson* and thus *Kerr*, stating that "the lodestar figure includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . .. " *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); *see also Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate").

While the lodestar approach is the primary basis for determining fee awards under the federal fee-shifting statutes and Bankruptcy Code, some of the *Johnson/Kerr* factors, previously applied in an ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar approach. *Buckridge,* 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the lodestar up or down using a multiplier based on the criteria listed in §330 and its consideration of the Kerr factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.,* 924 F.2d 955, 960 (9th Cir. 1991) ("Although *Manoa* suggests that starting with the 'lodestar' is customary, it does not mandate such an approach in all cases.…  Fee shifting cases are persuasive, but due to the uniqueness of bankruptcy proceedings, they are not controlling").

## VI.

## CONCLUSION

This is Cole Schotz's first and final request for compensation and reimbursement of expenses.  Cole Schotz believes that the services rendered for which compensation is sought in this Application have been beneficial to the estate, that the costs incurred have been necessary and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

8

1  proper, and that the sums requested for the services rendered and the costs incurred are fair and

2  reasonable.

3       WHEREFORE, Cole Schotz respectfully requests that this Court (i) allow, on a final basis,

4  compensation and reimbursement of expenses in the total amount of $20,554.00, which sum

5  represents compensation to Cole Schotz for legal services rendered in the amount of $20,480.50 and

6  reimbursement of expenses of $73.50; (ii) direct the Chapter 11 Trustee to pay Cole Schotz the

7  amount due of $20,554.00; and (iii) grant such other and further relief as may be appropriate under

8  the circumstances.

9

10  Dated:    December /9, 2019        COLE SCHOTZ P.C.

11

12                                    By

                                         Michael D. Warner

13

14  SUBMITTED BY:

15  PACHULSKI STANG ZIEHL & JONES LLP

16  By:  /s/ Maxim B. Litvak

17         Maxim B. Litvak

18  Attorneys for Official Committee of Unsecured
    Creditors

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:326665.2 38336/002

## DECLARATION OF MICHAEL D. WARNER

I, Michael D. Warner, declare as follows:

1.     I am a Member of the law firm of Cole Schotz P.C. ("Cole Schotz"), which maintains offices for the practice of law at 301 Commerce Street, Suite 1700, Fort Worth, Texas 76102, with other offices in New Jersey, New York, Delaware, Maryland, Florida and Dallas, Texas

2.     I have personal knowledge of the facts set forth in the *First and Final Fee Application of Cole Schotz P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Financial Advisor to the Official Committee of Unsecured Creditors for the Period August 27, 2019 through September 11, 2019* (the "Application").  By the Application, Cole Schotz seeks final allowance and payment for the services it rendered to the Committee[4] during the Employment Period.  If called upon as a witness, I could and would competently testify to all of the facts stated in this declaration.

3.     I have personally reviewed the information contained in the Application and in the exhibits to my declaration.  Attached hereto as **Exhibit A** is true and correct copies of Cole Schotz's time detail in this matter related to the Employment Period.

4.     Cole Schotz has billed $73.50 on account of expenses, which were billed at the actual rate and outlined in **Exhibit A** attached hereto.

5.     The biographies of the attorneys who have worked on this matter and a description of their professional experience and education are attached hereto as **Exhibit B**.

6.     I believe the contents of the Application and the exhibits to my declaration to be true and correct.

7.     Local Bankruptcy Rule 2016-1(a)(1)(K) Compliance:  I have reviewed Local Bankruptcy Rule 2016-1.  The Application complies with Local Bankruptcy Rule 2016-1.

---

[4] To the extent not defined in this declaration, all defined terms shall have the meanings ascribed to them in the Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:326665.2 38336/002

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___19th___ day of December, 2019, at Fort Worth, Texas.

Michael D. Warner

DOCS_LA:326665.2 38336/002

# **EXHIBIT A**

# Cole Schotz P.C.

Cole Schotz P.C.
301 Commerce Street
Suite 1700
Fort Worth, TX  76102

FEDERAL ID# 22-2113414

New Jersey — New York — Delaware — Maryland  — Florida

HVI CAT CANYON, INC.- OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ESCOLLE TENANTS IN COMMON
215 N. LINCOLN STREET
SANTA MARIA, CA 93458

|  |  |
|---|---|
| Invoice Date: | October 29, 2019 |
| Invoice Number: | 846946 |
| Matter Number: | 60103-0001 |

**Re:**  OFFICIAL COMMITEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2019

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/27/19 | MDW | STRATEGY CALL WITH J. POMERANTZ RE TRANSFER OF VENUE FROM NY TO ND TX. | 0.40 | 324.00 |
| 08/28/19 | MDW | STRATEGY DISCUSSION AND INTRODUCTION TO CASE BEING TRANSFERRED TO USBC ND TX WITH ATTORNEY J. POMERANTZ. | 0.70 | 567.00 |
| 08/29/19 | MDW | REVIEW AND PROVIDE COMMENTS TO DRAFT COMMITTEE PLEADING RE INTERIM DIP MOTION. | 0.40 | 324.00 |
| 08/29/19 | MDW | CALL FROM S. GOLDEN (PACHULSKI) RE POTENTIAL FOR FILING OF COMMITTEE POSITION PAPER RE INTERIM/FINAL DIP HEARING. | 0.40 | 324.00 |
| 08/29/19 | MDW | MULTIPLE COMMUNICATIONS WITH ATTORNEY J. POMERANTZ RE TRANSFERED CASE FROM NY TO TX. | 0.60 | 486.00 |
| 08/29/19 | BLW | ADDRESS ISSUES WITH MR. WARNER RE: POTENTIAL TRANSFER OF CASES TO N.D. TEX. | 0.40 | 124.00 |
| 08/29/19 | KLL | FINALIZE AND FILE STATEMENT OF COMMITTEE RE CASH COLLATERAL MOTION | 0.60 | 153.00 |
| 08/29/19 | KLL | FINALIZE AND FILE NOTICE OF APPEARANCE | 0.40 | 102.00 |
| 08/30/19 | KLL | PREPARE COLE SCHOTZ RETENTION APPLICATION | 0.50 | 127.50 |
| 08/30/19 | KLL | SET UP ECF NOTIFICATIONS FOR CO-COUNSEL | 0.20 | 51.00 |
| 08/30/19 | KLL | FINALIZE AND FILE PRO HAC VICE APPLICATION RE J. POMERANTZ | 0.30 | 76.50 |
| 08/30/19 | KLL | FINALIZE AND FILE PRO HAC VICE RE R. FEINSTEIN | 0.30 | 76.50 |
| 09/03/19 | KLL | REVIEW, FINALIZE AND FILE COMMITTEE RESPONSE TO SURCHARGE MOTION | 0.40 | 106.00 |
| 09/03/19 | BLW | DRAFT COLE SCHOTZ RETENTION APPLICATION AND EXHIBITS TO SAME. | 2.40 | 840.00 |
| 09/04/19 | MDW | PARTICPATE IN CONF CALLS (2) WITH COMMITTEE MEMBERS AND LEAD COUNSEL, BEFORE AND AFTER MEETING WITH DEBTORS, AND MEETING WITH DEBTORS RE OVER ALL CASE OBJECTIVES. | 4.60 | 3,864.00 |
| 09/04/19 | KLL | REVIEW DOCKET AND RETRIEVE FILINGS RELATED TO 9/5 HEARING FOR HEARING PREPARATION FOR M. WARNER | 1.60 | 424.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | Invoice Number  846946 | |
| | Client/Matter No. 60103-0001 | | October 29, 2019 | |
| | | | Page 2 | |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/04/19 | BLW | ALL HANDS CALL WITH COMMITTEE PROFESSIONALS AND DEBTOR PROFESSIONALS AND REPRESENTATIVES. | 1.70 | 595.00 |
| 09/04/19 | BLW | ATTEND COMMITTEE PROFESSIONALS CALL. | 0.70 | 245.00 |
| 09/04/19 | BLW | ADDRESS ISSUES RE: CONFLICTS CHECK SEARCH IN ADVANCE OF COLE SCHOTZ RETENTION BY COMMITTEE. | 0.60 | 210.00 |
| 09/05/19 | KLL | REVIEW AND REVISE PSZJ RETENTION APPLICATION | 0.40 | 106.00 |
| 09/05/19 | KLL | REVIEW AND REVISE COMMITTEES INFORMATION MOTION | 0.40 | 106.00 |
| 09/05/19 | KLL | REVIEW, FINALIZE AND FILE RESPONSE TO CASH MANAGEMENT MOTION | 0.60 | 159.00 |
| 09/05/19 | KLL | REVISIONS TO COLE SCHOTZ RETENTION APPLICATION | 0.60 | 159.00 |
| 09/05/19 | KLL | RETRIEVE ADDITIONAL FILINGS FOR M. WARNER RE 9/5 HEARING | 0.50 | 132.50 |
| 09/05/19 | KLL | REVIEW AND REVISE CM RETENTION APPLICATION | 0.40 | 106.00 |
| 09/05/19 | BLW | REVISE COMMITTEE INFORMATION MOTION. | 1.10 | 385.00 |
| 09/05/19 | BLW | CALL WITH LEAD COUNSEL RE: INITIAL CASE ISSUES. | 0.30 | 105.00 |
| 09/05/19 | KLL | REVIEW, FINALIZE AND FILE COMMITTEE'S RESPONSE TO E&P MOTION | 0.60 | 159.00 |
| 09/05/19 | MDW | REVIEW AND PROVIDED COMMENTS TO DRAFT OBJECTION RE CASH MANAGMENT MOTION FILED BY THE DEBTOR. | 0.40 | 336.00 |
| 09/05/19 | KLL | DOWNLOAD AND CIRCULATE ORDERS GRANTING PRO HAC VICE'S RE POMERANTZ AND FEINSTEIN | 0.30 | 79.50 |
| 09/05/19 | MDW | PREP FOR HEARINGS (REVIEW VARIOUS FILED PLEADINGS, MEET WITH LEAD COUNSEL), AND ATTEND HEARING ON STATUS OF CASE. | 4.60 | 3,864.00 |
| 09/05/19 | BLW | DRAFT COLE SCHOTZ RETENTION APPLICATION. | 1.70 | 595.00 |
| 09/06/19 | BLW | DRAFT COLE SCHOTZ RETENTION APPLICATION AND EXHIBITS THERETO. | 0.40 | 140.00 |
| 09/06/19 | BLW | REVISE COMMITTEE INFORMATION MOTION. | 0.30 | 105.00 |
| 09/06/19 | BLW | REVIEW AND REVISE COMMITTEE PROFESSIONAL RETENTION APPLICATIONS. | 1.20 | 420.00 |
| 09/06/19 | KLL | MAKE ADDITIONAL REVISIONS TO DRAFT OF COMMITTEE PROFESSIONAL RETENTION APPLICATIONS | 0.30 | 79.50 |
| 09/06/19 | KLL | REVIEW AND RESPOND TO CORRESPONDENCE WITH CO - COUNSEL ON STATUS OF UPCOMING FILINGS | 0.30 | 79.50 |
| 09/09/19 | KLL | SUBMIT TELEPHONIC REQUEST TO COURT FOR R. FEINSTEIN AND SET UP COURT CALL ON SAME | 0.30 | 79.50 |
| 09/09/19 | BLW | REVIEW MOTION TO WITHDRAW FILED BY DEBTORS' COUNSEL AND MOTION TO EXPEDITE THERETO. | 0.20 | 70.00 |
| 09/09/19 | MDW | STRATEGY DISCUSSION WITH PACHULSKI RE MOTION TO TRANSFER VENUE, AND CC HEARING ON 9/10/19. | 0.50 | 420.00 |
| 09/09/19 | KLL | MAKE REVISIONS TO COLE SCHOTZ RETENTION APPLICATION | 0.80 | 212.00 |
| 09/09/19 | MDW | MULTIPLE CALLS WITH LEAD COUNSEL RE VENUE AND CASH COLLATERAL ISSUES FOR HERING ON 9/10. | 1.60 | 1,344.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | Invoice Number 846946 |
|-----|------------------------------------------|-----------------------|
|     | Client/Matter No. 60103-0001             | October 29, 2019      |
|     |                                          | Page 3                |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 09/10/19 | BLW | RESEARCH PROCEDUAL INFORMATION FOR MR. WARNER IN ADVANCE OF HEARING ON CASH COLLATERAL AND VENUE. | 0.20 | 70.00 |
| 09/10/19 | KLL | PREPARE NOTICE OF WITHDRAWAL OF APPEARANCE | 0.40 | 106.00 |
| 09/20/19 | BLW | ADDRESS ISSUES RE: COLE SCHOTZ RETENTION. | 0.40 | 140.00 |
| 09/23/19 | BLW | REVIEW PSZJ DRAFT CS RETENTION PAPERS AND SUBMIT SAME TO MR. WARNER. | 0.40 | 140.00 |
| 09/24/19 | BLW | REVIEW PSZJ DRAFT RETENTION PAPERS AND REVISE SAME. | 1.70 | 595.00 |
| 09/25/19 | KLL | REVISE EXHIBIT TO COLE SCHOTZ RETENTION APPLICATION | 0.40 | 106.00 |
| 09/25/19 | BLW | FINALIZE CS NDTX COUNSEL RETENTION PAPERS AND TRANSMIT TO LEAD CALIFORNIA COUNSEL. | 1.20 | 420.00 |

|  |  | TOTAL HOURS | 39.70 |  |
|--|--|-------------|-------|--|

PROFESSIONAL SERVICES:                                                    $19,838.00


**COST SUMMARY**

| Description | AMOUNT |
|-------------|--------|
| TRAVEL- MILEAGE/TOLLS | 18.00 |
| FILING FEES | 50.00 |

**TOTAL COSTS**                                                          **$68.00**


TOTAL SERVICES AND COSTS:                          $        19,906.00

# Cole Schotz P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

New Jersey — New York — Delaware — Maryland — Texas — Florida

| | |
|---|---|
| HVI CAT CANYON, INC.- OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Date:    October 29, 2019 |
| ESCOLLE TENANTS IN COMMON | Invoice Number:    846946 |
| 215 N. LINCOLN STREET | Matter Number:    60103-0001 |
| SANTA MARIA, CA 93458 | |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2019

**Client:**    HVI CAT CANYON, INC.
**Matter:**    OFFICIAL COMMITEE OF UNSECURED CREDITORS

| | | |
|---|---|---|
| TOTAL FEES: | $ | 19,838.00 |
| TOTAL COSTS: | $ | 68.00 |
| TOTAL DUE THIS INVOICE: | $ | 19,906.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

**Payments may be made electronically
Bank of America, Account #4380000240
ABA #026009593 (Wire Transfers)
ABA #021200339 (ACH Credits)**



Cole Schotz P.C.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

FEDERAL ID# 22-2113414

New Jersey — New York — Delaware — Maryland — Florida

HVI CAT CANYON, INC.- OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ESCOLLE TENANTS IN COMMON
215 N. LINCOLN STREET
SANTA MARIA, CA 93458

| | |
|---|---|
| Invoice Date: | November 30, 2019 |
| Invoice Number: | 849757 |
| Matter Number: | 60103-0001 |

**Re:** OFFICIAL COMMITEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 26, 2019

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/05/19 | BLW | REVIEW SEPTEMBER BILL RE: FEE APPLICATION. | 0.20 | 70.00 |
| 10/08/19 | KLL | PREPARE COLE SCHOTZ FINAL FEE APPLICATION | 0.80 | 212.00 |
| 10/15/19 | BLW | ADDRESS ISSUES WITH LEAD COUNSEL RE: CS FEE APP. | 0.20 | 70.00 |
| 10/28/19 | KLL | REVIEW DOCKET RE OBJECTIONS T COLE SCHOTZ RETENTION APPLICATION FOR B. WALLEN | 0.20 | 53.00 |
| 11/11/19 | KLL | REVIEW DOCKET ON STATUS OF ENTRY ON APPLICATION TO EMPLOY CS | 0.30 | 79.50 |
| 11/13/19 | KLL | REVIEW DOCKET FOR SUBMISSION OF CS ORDER AND STATUS OF OTHER EMPLOYMENT APPLICATIONS FOR B. WALLEN | 0.20 | 53.00 |
| 11/22/19 | BLW | ADDRESS COLE SCHOTZ RETENTION WITH LEAD COUNSEL. | 0.10 | 35.00 |
| 11/26/19 | BLW | ADDRESS FINAL FEE APPLICATION. | 0.20 | 70.00 |

|  | TOTAL HOURS | 2.20 | |
|---|---|---|---|

PROFESSIONAL SERVICES:                                                          $642.50

**COST SUMMARY**

| Description | AMOUNT |
|---|---|
| COURT FEES | 5.50 |

**TOTAL COSTS**                                                                      **$5.50**

TOTAL SERVICES AND COSTS:                                    $              648.00

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITEE OF UNSECURED CREDITORS                    Invoice Number  849757
         Client/Matter No. 60103-0001                                              November 30, 2019
                                                                                              Page 2

 

       PREVIOUS BALANCE DUE:                                      $        19,906.00

       **TOTAL DUE THIS INVOICE:**                             $        **20,554.00**

# Cole Schotz P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

New Jersey — New York — Delaware — Maryland — Texas — Florida

| | |
|---|---|
| HVI CAT CANYON, INC.- OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ESCOLLE TENANTS IN COMMON<br>215 N. LINCOLN STREET<br>SANTA MARIA, CA 93458 | Invoice Date:       November 30, 2019<br>Invoice Number:              849757<br>Matter Number:          60103-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH NOVEMBER 26, 2019

**Client:**     HVI CAT CANYON, INC.
**Matter:**     OFFICIAL COMMITEE OF UNSECURED CREDITORS

| | |
|---|---|
| TOTAL FEES: | $          642.50 |
| TOTAL COSTS: | $              5.50 |
| TOTAL DUE THIS INVOICE: | $          648.00 |
| PREVIOUS BALANCE DUE: | $       19,906.00 |
| **AMOUNT DUE:** | **$       20,554.00** |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

Payments may be made electronically
Bank of America, Account #4380000240
ABA #026009593 (Wire Transfers)
ABA #021200339 (ACH Credits)

# **<u>EXHIBIT B</u>**

# Cole Schotz P.C.



### Michael D.
# WARNER

Member

TEL: 817-810-5265
MOBILE: 817-832-5566
FAX: 817-977-1611
mwarner@coleschotz.com

Michael Warner has a nationwide corporate restructuring practice which focuses on representing clients in reorganization cases, mergers and acquisitions, and out of court workouts. His education and experience as an accountant offers clients invaluable counsel in today's highly complex business environment. Mr. Warner's experience in multiple fields provides his clients with vital advice and guidance to assist in both legal and business issues. Mr. Warner approaches client representation with business sense and an eye toward resolution and results rather than prolonged disputes and litigation. Mr. Warner has significant experience in the negotiation and structuring of complex business transactions. Mr. Warner has litigated significant issues in Bankruptcy Courts through the Country. Mr. Warner resides in Texas, and maintains offices in the Firm's Texas offices (Fort Worth, Dallas and Houston).

In Mr. Warner's 34 years of practice in the restructuring field he has and continues to regularly represent all constituents in insolvency matters, including debtors, secured and unsecured creditors, official creditors committees, trustees, bond and debt agents, and equity holders. Mr. Warner has unique skills and experiences in real estate restructuring transactions, debt financing and modification transactions, both in and out of court, the financial services industry, the oil and gas industry, the food industry and the steel industry.

Mr. Warner has also been appointed Examiner by Bankruptcy Courts and is currently the Liquidating Trustee under the Confirmed Plan of Liquidation for University General Health Systems, Inc. (Houston, TX).

A sampling of the matters Mr. Warner has recently handled and is currently handling, include:

On behalf of Debtors: Mr. Warner was employed as lead counsel, replacing then existing Debtor's counsel, before the Bankruptcy Court, for a nationally flagged Fort Worth hotel, when the Debtor was about to lose its property to foreclosure by its secured creditor, owed in excess of $45 Million. Mr. Warner commenced litigation and undertook efforts to permit the sale of the hotel, which ultimately resulted in a 100% distribution to all creditors and a significant return to equity.

# Cole Schotz P.C.

In a recent Debtor matter, Mr. Warner was lead insolvency counsel to alleged Debtors, in two companion involuntary cases, in the Bankruptcy Court, Northern District of Texas, in which in excess of 7 days of trial time was conducted by the Court.

On behalf of Creditors Committees: Mr. Warner has been lead counsel for multiple Official Creditors Committees throughout the Country in many diverse industries. Such cases have and currently include:

- Neighbors Legacy Health - Houston, TX (Emergency Room Operations)
- Westmoreland Coal - Houston, TX (Coal Producer) [Co-Counsel]
- SeaDrill Limited – Houston, TX (Oil/Gas Drilling) [Co-counsel]
- Energy and Exploration Partners - Fort Worth, TX (oil and gas production) [Co-Counsel]
- Ignite Restaurant – Houston, TX (Restaurant Chain) [Co-Counsel]
- Forest Park Medical Center at Fort Worth - Fort Worth, TX (Hospital/Medical) [Co-Counsel]
- Monitor Company - Wilmington, DE (financial services company)
- Brown Publishing - New York, NY (publishing and newspapers)
- Delphi Corp. - New York, NY (auto parts manufacturer) [Co-Counsel]
- Patriot Coal – New York, NY (coal mining operations) [conflicts counsel]
- First Magnus Financial Corp. - Tucson, AZ (mortgage lender)
- DLH Master Land Holding, LLC - Dallas, TX (commercial real estate developer)
- OneTravel Holdings, Inc. - San Antonio, TX (internet-based travel business)
- Creative Foods, LLC - Jonesboro, AR (manufacturer of private label foods)
- Divine, Inc. - Boston, MA (software and information technology service provider)
- Orion Refining, Corp. - Wilmington, DE (independent oil refiner)
- Georgetown Steel Corp. - Columbia, SC (wire rod steel producer)
- Tokheim Corp. - Wilmington, DE (gas pump equipment manufacturer)
- Bayou Steel, Inc. - Dallas, TX (steel bar manufacturer)
- Lucerne Products, Inc. - Akron, OH (electric switch manufacturer)
- Jayhawk Acceptance Corp. - Dallas, TX (sub-prime auto lender)
- Hiuka Steel Corp. - San Bernardino, CA (scrap steel consolidator)
- Software, Etc. - Dallas, TX (owner/operator of 700+ retail software locations) [counsel to Official Equity Committee]

On behalf of Members of Creditors Committees: Mr. Warner is regularly retained to represent the interests of clients as members while serving on Official Creditors Committees and he sits side by side with the Committee-member business representative of the client in all Committee matters. Recently, Mr. Warner was counsel for members of Official Creditors Committees in these nationally recognized cases:

- Vanguard Natural Resources – Houston, TX (Energy)

# Cole Schotz P.C.

- AMR Corporation (American Airlines) - New York, NY (Legacy airline carrier)
- Northwest Airlines - New York, NY (Legacy airline carrier)
- US Airways - Alexandria, VA (Airline carrier)
- Bethlehem Steel - New York, NY (steel manufacturer)

On behalf of Financial Institutions, Commercial Lenders and Debt Agents: Mr. Warner regularly represents financial institutions, commercial lenders, equipment lessors, and agents representing lenders in various capacities. These matters generally focus on issues of valuation of collateral for debt obligations, negotiations and litigation regarding plans of reorganization, and recovery of collateral. By way of example Mr. Warner was counsel in the following recent matters:

- Linn Energy – Houston, TX (E&P Company) co-counsel to the Agent for an unsecured debt in
- excess of $3 Billion.
- Energy 21 – Houston, TX (E&P Company) co-counsel to the Agent for an unsecured debt in excess of $1 Billion.
- FRE Real Estate – Fort Worth, TX (Owner/operating of 700,000 square foot office towers) – represented the Agent for a secured $60 Million debt instrument held by various hedge funds – cash collateral use litigation and relief from stay litigation.
- Triple T Coil Tubing – Laredo, TX (Oil & Gas Services – coil tubing and pumping equipment) – representing the lessor of the Debtors' equipment, in lease termination litigation.

On behalf of Hedge Funds: Mr. Warner frequently represents nationally recognized hedge funds holding secured and unsecured debt, including bond and note debt, in their capacities as members of steering committees of such debt instruments, and as individual holders of the debt, at times taking positions distinct from that of other holders and, where appropriate, positions that may be in contrast to the position of an Agent that might otherwise represent all of the holders of the obligation. Such matters span many jurisdictions throughout the Country, and include addressing debtor in possession financing, cash collateral use, plan of reorganization and liquidation negotiations, asset liquidations, post-confirmation avoidance action litigation and fiduciary breach litigation. By way of example Mr. Warner is or was involved in the following matters:

- Lake At Las Vegas – Las Vegas, NV (real estate developer) – representing the largest secured debt holder in pre and post confirmation litigation, including the $450 Million fraudulent transfer litigation in the United States District Court, District of Nevada.
- Yellowstone Mountain Club – Billings, MT (resort developer) – represented various hedge funds holding in excess of $31 Million in secured debt.
- Utah 7000, LLC (a/k/a Promontory Mountain Cub) – Salt Lake City, UT (resort developer) - represented various hedge funds holding approximately $90 Million in secured debt

Other Significant Matters: In the last few years Mr. has been appointed as Examiner by the Bankruptcy Court in the following matters:

# Cole Schotz P.C.

- Stone Energy, Houston, TX (E&P Company) – represented all Senior Management, and the Chairman of the Board of Directors, in connection with the Chapter 11 case, including negotiations of severance, benefits and compensation issues.
- Illinois Power Generating Company (GENCO), Houston, TX (Energy) – represented the Chief Restructuring Officer in connection with the Chapter 11 case, including compensation and retention issues.
- ASARCO, Corpus Christi, TX (worldwide copper mine operations) – Mr. Warner was appointed to address the implementation of the Bankruptcy Court's order approving the sale procedures for all of the estates' assets, which was ultimately a $2+ Billion transaction. Due to significant disputes among various parties, including the Debtors, the Committee, the environmental claimants, the asbestos claimants, and the Debtors' equity holder, the Court determined that the Examiner would oversee the implementation of the Court's bid procedures, to assure that all interested parties were provided full access and ability to bid on substantially all of the estates' assets.
- Crayhon, Reno, NV, (drug developer) – Mr. Warner's appointment required the use of his accounting skills to investigate various alleged wrongful insider transactions.

A native of Los Angeles, California, Mr. Warner graduated from California State University Northridge (B.S., accounting, 1981) and Southwestern University School of Law (J.D., 1984). He is licensed to practice law in California and Texas. Mr. Warner lives on a working horse and cattle ranch west of Fort Worth, Texas with his wife. Mr. Warner is a member of the Executive Committee of the Board of Directors, and the Audit and Long Range Planning Committees of the Fort Worth Stock Show and Rodeo.

# Cole Schotz P.C.



### Benjamin L.
# Wallen

Associate

TEL: 817-810-5264
MOBILE: 817-980-7535
FAX: 817-977-5273
bwallen@coleschotz.com

Ben Wallen is an associate in the firm's Bankruptcy and Corporate Restructuring Department and is based in the Fort Worth, Texas office. Ben is also a certified mediator.

Ben graduated from the University of Oklahoma in 2013 and from the University of Houston Law Center in 2016. While in law school, he was a judicial intern for the Honorable David R. Jones, U.S. Bankruptcy Court for the Southern District of Texas and for the Honorable Harold R. DeMoss Jr., U.S. Court of Appeals for the Fifth Circuit. Ben also worked for the Mexican government as a legal intern for la Comisión Nacional de Hidrocarburos. In addition, Ben was a research assistant to Professor Jim Hawkins and served as the Chief Articles Editor for the *Houston Business and Tax Law Journal*, where he currently serves on the board of trustees. Shortly before graduating law school, Ben was awarded the American Bankruptcy Institute Medal of Excellence. In his free time, Ben is an avid Dallas Cowboys fan and enjoys exploring Fort Worth.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED FIRST AND FINAL APPLICATION OF COLE SCHOTZ P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 27, 2019 THROUGH SEPTEMBER 11, 2019; DECLARATION OF MICHAEL D. WARNER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 20, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 20, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 20, 2019,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA  91367-6603

**VIA EMAIL**
Brian Corson:  brian@hubmac.com
Vincent Martinez:  vmartinez@twitchellandrice.com
John Hochleutner:  john@ppcinc.biz

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 20, 2019 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:326681.2 38336/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-11573-MB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Alan H Katz    akatz@lockelord.com
- John C Keith    john.keith@doj.ca.gov
- Jeannie Kim    jkim@friedmanspring.com
- Maxim B Litvak    mlitvak@pszjlaw.com
- Michael Authur McConnell (TR)    Michael.mcconnell@kellyhart.com
- Brian M Metcalf    bmetcalf@omm.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com, csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Sonia Singh    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com
- William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com
- Richard Lee Wynne    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

**SERVED BY EMAIL**

- Carolyn Virginia Carollo    carolyncarollo@snowspencelaw.com, janissherrill@snowspencelaw.com
- Sid J. Garabato    rjacobs@ecf.epiqsystems.com
- Elizabeth Mary Guffy    eguffy@lockelord.com
- Alan Harry Katz    akatz@lockelord.com
- Jarrod Barclay Martin    jarrod.martin@mhllp.com, lara.coleman@mhllp.com
- Kevin D. McCullough    kdm@romclaw.com, rdecorte@romclaw.com
- Shannon Smith Thomas    sthomas@romclaw.com, rdecorte@romclaw.com
- United States Trustee    ustpregion06.da.ecf@usdoj.gov
- Eric M. Van Horn    ericvanhorn@spencerfane.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2.  SERVED VIA U.S. FIRST CLASS MAIL**

| | | |
|---|---|---|
| ANN JENNY SCHUPP<br>C/O M H WHITTIER CORP.<br>1600 HUNTINGTON DRIVE<br>SOUTH PASADENA, CA 91030 | BRUCE S. GELBER<br>DEPUTY ASST ATTORNEY GENERAL<br>ENVIRONMENT & NATURAL RESOURCES DIV.<br>950 PENNSYLVANIA AVE<br>WASHINGTON, DC 20530 | CALIFORNIA DEPT. OF TOXIC SUBSTANCE<br>CONTROL<br>(BERKLEY REGIONAL OFFICE)<br>700 HEINZ AVENUE SUITE 200<br>BERKELEY, CA 94710-2721 |
| CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA  94257-0500 | CALIFORNIA OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA 94612 | CALIFORNIA STATE CONTROLLER<br>BETTY T. YEE<br>TAX ADMINISTRATION SECTION<br>PO BOX 942850<br>SACRAMENTO, CA 94250-5880 |
| CHARLES C. ALBRIGHT TRUSTEE<br>729 WEST 16TH STREET #B8<br>COSTA MESA, CA 92627 | DIANE T. WALKER<br>748 OCEANVILLE ROAD<br>STONINGTON, ME 04681-9714 | FIRST AMERICAN TITLE INS. COMPANY<br>TRUSTEE FOR UBS AG LONDON BRANCH<br>4380 LA JOLLA VILLAGE DRIVE, STE 110<br>SAN DIEGO, CA 92122 |
| HVI CAT CANYON, INC.<br>P.O. BOX 5489<br>SANTA MARIA, CA 93456 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>(SMALL BUSINESS/SELF-EMPLOYMENT DIV)<br>5000 ELLIN ROAD<br>LANHAM, MD 20706 |
| HVI CAT CANYON, INC.<br>C/O CAPITOL CORPORATE SERVICES, INC.<br>36 S. 18TH AVENUE, SUITE D<br>BRIGHTON, CO 80601 | NORTHERN CALIFORNIA COLLECTION<br>SERVICE, INC.<br>700 LEISURE LANE<br>SACRAMENTO, CA 95815 | SANTA BARBARA COUNTY -APCD<br>AERON ARLIN GENET<br>260 NORTH SAN ANTONIO RD<br>SANTA BARBARA, CA 93110 |
| J. P. MORGAN-CHASE<br>MICHAEL KERNEY<br>450 WEST 33RD STREET, 15TH FLOOR<br>REF: 030057 NASSAU ASSOC-SABA<br>NEW YORK, NY 10041 | STONER FAMILY TRUST<br>JAMES G. SANFORD TRUSTEE<br>100 WEST LIBERTY STREET. SUITE 900<br>RENO, NV 89501 | U.S. DEPARTMENT OF TRANSPORTATION<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON, DC 20590 |
| STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: LETIA A. JAMES<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY, NY 12224 | U.S. ATTORNEY'S OFFICE – SDNY<br>ATTN: ANTHONY SUN, ASST. U.S. ATTY<br>TAX & BANKRUPTCY UNIT<br>86 CHAMBERS ST., 3RD FLOOR<br>NEW YORK, NY 10007 | W. J. KENNY CORP.<br>C/O ALLFIRST BANKCORP TRUST C/O M&T<br>BANK<br>ONE M&T PLAZA<br>BUFFALO, NY 14203 |
| UBS AG, LONDON BRANCH<br>JULIAN GOULD<br>600 WASHINGTON BLVD.<br>STAMFORD, CT 06901 | OFFICE OF THE U.S. TRUSTEE<br>BRIAN FITTIPALDI<br>1415 STATE STREET, SUITE 148<br>SANTA BARBARA, CA  93101 | |
| WYATT SLOAN-TRIBE, ESQ.<br>OFFICE OF THE ATTORNEY GENERAL<br>300 S. SPRING STREET, SUITE 1702<br>LOS ANGELES, CA 90013 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.