FILED & ENTERED

JAN 06 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | **SECOND SCHEDULING ORDER ESTABLISHING OMNIBUS HEARING DATES** |

After a review of the record in this bankruptcy case, and having conducted the initial chapter 11 status conference in this case, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. <u>Omnibus Hearing Dates</u>:  The Court establishes the following Omnibus Hearing Dates as the scheduled hearing days and times for hearing all motions, applications and other matters in this case:

    January 17, 2020 at 10:00 a.m.

    January 30, 2020 at 10:00 a.m.

    February 11, 2020 at 10:00 a.m.

February 25, 2020 at **10:30 a.m.**

March 12, 2020 at 10:00 a.m.

April 17, 2020 at 10:00 a.m.

May 22, 2020 at 10:00 a.m.

June 19, 2020 at 10:00 a.m.

If a motion, application or other document is filed purporting to set a hearing date inconsistent with the above-list of Omnibus Hearing Dates, the hearing on such document will be scheduled for the first Omnibus Hearing Date after the applicable notice period has expired. The filing party shall be responsible for filing and serving an amended notice of hearing on all parties entitled to notice thereof.

2. <u>Hearings for Motions Requiring Emergency or Expedited Relief</u>: Local Bankruptcy Rule 9075-1 shall govern all requests for emergency or expedited relief.

### 

Date: January 6, 2020

*[signature: Martin R. Barash]*

Martin R Barash
United States Bankruptcy Judge