ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Michael A. McConnell,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**NOTICE TO CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 U.S.C. § 341(a)]**<br><br>Date: January 31, 2020<br>Time: 10:00 a.m.<br>Place: Room 148<br>1415 State Street<br>Santa Barbara, California |

PLEASE TAKE NOTICE that the meeting of creditors in this case pursuant to 11 U.S.C. § 341(a) was continued to January 31, 2020, at 10:00 a.m., in Courtroom "148" of the United States Bankruptcy Court, Northern Division, 1415 State Street, Santa Barbara, CA 93101.

DATED: December 6, 2019    DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _/s/ Eric P. Israel_
ERIC P. ISRAEL
Attorneys for Michael A. McConnell,
Chapter 11 Trustee

1572177.1  26932                                1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 U.S.C. § 341(a)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 6, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On January 6, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat CANYON, INC.
630 Fifth Avenue, Suite 2410
New York, NY  10111

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 6, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Served by Personal Delivery ALSSI – TO BE DELIVERED BY JANUARY 7, 2020
The Honorable Martin R. Bash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Bin on 1st Floor outside entry to Intake Section
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 6, 2020 | GLORIA RAMOS | /S/ GLORIA RAMOS |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Alicia Clough**    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**    mscohen@loeb.com, klyles@loeb.com
- **Alec S DiMario**    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Karl J Fingerhood**    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**    Alex.Fisch@doj.ca.gov
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Gisele M Goetz**    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- **Karen L Grant**    kgrant@silcom.com
- **Ira S Greene**    Ira.Greene@lockelord.com
- **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Eric P Israel**    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Alan H Katz**    akatz@lockelord.com
- **John C Keith**    john.keith@doj.ca.gov
- **Jeannie Kim**    jkim@friedmanspring.com
- **Maxim B Litvak**    mlitvak@pszjlaw.com
- **Michael Authur McConnell (TR)**    Michael.mcconnell@kellyhart.com
- **Brian M Metcalf**    bmetcalf@omm.com
- **David L Osias**    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**    mitchell.rishe@doj.ca.gov
- **Sonia Singh**    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

- **Ross Spence**   ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

- **Christopher D Sullivan**   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com

- **Jennifer Taylor**   jtaylor@omm.com

- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

- **Salina R Thomas**   bankruptcy@co.kern.ca.us

- **Patricia B Tomasco**   pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

- **Fred Whitaker**   lshertzer@cwlawyers.com

- **William E. Winfield**   wwinfield@calattys.com, scuevas@calattys.com

- **Richard Lee Wynne**   richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

- **Emily Young**   pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

- **Aaron E de Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

## 2. SERVED BY UNITED STATES MAIL

| | | |
|---|---|---|
| Santa Barbara County Treasurer-Tax Collector<br>105 E. Anapamu St., Suite 109<br>Santa Barbara, CA 93102 | Allen Matkins Leck Gamble<br>865 South Figueroa Street<br>Suite 800<br>Los Angeles, CA 90017-2543 | Diamond McCarthy LLP<br>909 Fannin Street<br>37th Floor Two Houston Center<br>Houston, Texas 77010 |
| Santa Barbara County-APCD<br>260 NORTH SAN ANTONIO RD.,<br>SANTA BARBARA, CA 93110 | Akin Gump Straus Hauer & Feld<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067 | Santa Barbara County P&D<br>123 East Anapamu Street<br>Santa Barbara, CA 93101 |
| W. J. Kenny Corp.<br>C/O Allfirst Bankcorp Trust do M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | PG&E<br>77 Beale St<br>San Francisco, CA 94177 | Ann Jenny Schupp<br>CIO M H Whittier Corp.<br>1600 Huntington Drive<br>South Pasadena, CA 91030 |
| William W. Jenny Jr.<br>5101 East Camino Alisa<br>Tucson, AZ 85718 | J. P. Morgan-Chase<br>Attn: Michael Kemey<br>450 West 33rd Street, 15th Floor<br>Ref: 030057 Nassau Assoc-Saba<br>New York, NY 10041 | WEST COAST WELDING & CONSTR. I<br>2201 Celsius Avenue Suite B<br>Oxnard, CA 93030 |
| Sherrill A. Schoepe<br>14974 Adams Dr.<br>Pauma Valley, CA 92061 | Andrew Kurth LLP<br>600 Travis Suite 4200<br>Houston, TX 77002 | Larsen O'Brien LLP<br>555 South Flower<br>Suite 4400<br>Los Angeles, CA 90071 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

Victory Oil
222 West 6th Street. Suite 1010
San Pedro, CA 90731

California Department of Conservation
801 K Street
Sacramento, CA 95814

Diane T. Walker
748 Oceanville Road
Stonington, ME 04681-9714

Stoner Family Trust
James G. Sanford Trustee
100 West Liberty Street. Suite 900
Reno, NV 89501

Charles C. Albright Trustee
729 West 16th Street #B8
Costa Mesa, CA 92627

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Brian Corson
2990 Lichen Place
Templeton, CA 93465

Escolle Tenants in Common
215 N. Lincoln Street
Santa Maria, CA 93458
Attn: Vincent T. Martinez

Pacific Petroleum California, Inc.
POB 2646
Santa Maria, CA 93457

**REQUESTS FOR SPECIAL NOTICE**

Attorneys for Buganko
Philip W. Ganong
Ganong Law
930 Trustun Avenue, Suite 102
Bakersfield, CA 93301

Attorneys for Eller Family Trust
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660

Attorneys for Virginia Tracy fka Virginia Kestner Griswold
William Winfield
Nelson Comis Kettle&Kinney LLP
300 E. Esplanade Drive, Ste 1170
Oxnard, California 93036-0238

Frank and Sylvia Boisseranc
300 W. Paseo de Cristobal
San Clemente, CA 92672

Rob Thomson
1920 Wilbur Avenue
San Diego, CA 92109

Attorneys for Robert Kestner
William Winfield
Nelson Comis Kettle&Kinney LLP
300 e. Esplanade Drive, Ste 1170
Oxnard, CA 93036

Attorneys for Jane Connolly
William Winfield
Nelson Comis Kettle&Kinney LLP
300 E. Esplanade Drive, Ste 1170
Oxnard, California 93036-0238

**5 LARGEST SECURED CLAIMANTS AND THEIR COUNSEL (Only 4 listed)**

CTS Properties, Ltd.
c/o Ira S. Greene
Locke Lord LLP
200 Vesey Street
New York, NY 10281

Diamond McCarthy LLP
c/o Allan B. Diamond and Sheryl P. Giugliano
Diamond McCarthy LLP
295 Madison Avenue, 27th Floor
New York, NY 10017

GIT, Inc.
c/o Peter Calamari, Patricia B. Tomasco and Devin van der Hahn
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010

UBS AG London Branch
c/o Evan M. Jones, Brian M. Metcalf and Darren L. Patrick
O'Melveny & Myers, LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

UBS AG London Branch
c/o Daniel L. Cantor
O'Melveny & Myers, LLP
Seven Times Square
New York, NY 10036

UBS AG London Branch
c/o Jennifer Taylor
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**INTERESTED PARTIES**

Internal Revenue Service
(Small Business/Self-Employment Div.)
5000 Ellin Road
Lanham, MD 20706

Wyatt Sloan-Tribe, Esq.
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

California Dept. Of Toxic Substance Control
(Berkeley Regional Office)
700 Heinz Avenue, Suite 200
Berkeley, CA 94710

California OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

United States Attorney's Office Southern District of New York
Attn: Anthony Sun, AUSA
Tax & Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, NY

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

State of New York Attorney General
Attn: Letia A. James
Dept. of Law
The Capitol, 2nd Floor
Albany, NY 12224

U.S. Dept. of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

## 3. SERVED BY EMAIL

| Name | Email |
|---|---|
| AKIN GUMP STRAUS HAUER & FELD STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP. DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA, XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV |
| CA ATTORNEY GENERAL'S OFFICE | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION, XAVIER BECERRA | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | WEBMASTER@CONSERVATION.CA.GOV |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | WOTCSUPPORT@EDD.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| CHARLES C. ALBRIGHT TRUSTEE | CALBRIGHT@JUNO.COM |
| DIAMOND MCCARTHY LLP<br>ALLAN DIAMOND | ADIAMOND@DIAMONDMCCARTHY.COM |
| EPA REGION 9 ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| GLR, LLC<br>VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HVI CAT CANYON, INC.<br>ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC.<br>M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC.<br>RANDEEP S. GREWAL | RSG@GREKA.COM |
| LARSEN O'BRIEN LLP<br>ROBERT C. O'BRIEN | ROBRIEN@LARSONOBRIENLAW.COM |
| NORTHERN CALIFORNIA COLLECTION SERVICE, INC. | NORCAL@NCCSINC.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | BMETCALF@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | DCANTOR@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | DPATRICK@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | EJONES@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | JTAYLOR@OMM.COM |
| OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT NEW YORK – GREG M. ZIPES | GREG.ZIPES@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT NEW YORK – SERENE NAKANO, ESQ. | SERENE.NAKANO@USDOJ.GOV |
| PG&E<br>DENISE A. NEWTON | DAN8@PGE.COM |
| PG&E<br>MARCELLUS TERRY | PGEBANKRUPTCY@PGE.COM;<br>MXTN@PGE.COM; MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | DEVINVANDERHAHN@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | PATTYTOMASCO@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D<br>JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                  F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VMCISAA@CO.SANTA-BARBARA.CA.US |
| SHERRILL A. SCHOEPE | S.WETZLER@MUSICKPEELER.COM |
| THE LAW OFFICE OF SUSAN M. WHALEN SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| UBS AG LONDON BRANCH | JULIAN.GOULD@UBS.COM |
| VICTORY OIL ERIC JOHNSON | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP COUNSEL FOR PG&E | RACHAEL.FOUST@WEIL.COM |
| WEST COAST WELDING & CONSTR. I | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | CARAMEL@HOTMAIL.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE