ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:  (310) 277-0077
Facsimile:   (310) 277-5735

General Counsel for Michael A. McConnell,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM AND FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**<br><br>Date: January 30, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 201<br>       1415 State Street<br>       Santa Barbara, California |

**NOTICE IS HEREBY GIVEN** that the following interim and final applications for compensation and reimbursement of expenses by professionals shall be heard on January 30, 2020, at 10:00 a.m., in Courtroom 201 of the United States Bankruptcy Court, located at 1415 State Street, Santa Barbara, California:

///

///

///

///

///

1570668.2  26932

1

| Professionals | Fees | Costs |
|---|---|---|
| Chapter 11 Trustee[1]<br>Michael A. McConnell<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>[October 21, 2019 to December 31, 2019]<br>**INTERIM** | $222,430.00<br><br>(previously paid $125,000.00) | $7,344.63 |
| General Counsel to the Trustee[2]<br>Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill")<br>Attn: Eric P. Israel, Esq.<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>[October 21, 2019 to December 31, 2019]<br>**INTERIM** | $460,926.00<br><br>(previously paid $200,000.00) | $5,713.81 |
| Restructuring/Financial Advisor to Chapter 11 Trustee[3]<br>CR3 Partners, LLP<br>Attn: Tim Sullivan<br>6171 West Century Boulevard, Suite 350<br>Los Angeles, CA 90045<br>[October 21, 2019 to December 31, 2019]<br>**INTERIM** | $546,444.38<br><br>(previously paid $311,681.00) | $21,125.12 |
| Former Attorneys for Debtor and Debtor in Possession[4]<br>Weltman & Moskowitz, LLP<br>270 Madison Avenue, Suite 1400<br>New York, New York 10016-0601<br>[July 25, 2019 to October 21, 2019]<br>**INTERIM** | $537,004.50 | $8,557.49 |

---

[1] Pursuant to a Court-approved procedure, Michael A. McConnell has been paid $125,000.00 of the total amount of fees and costs requested, and Michael A. McConnell is currently requesting payment of the remainder, less any subsequent payments.

[2] Pursuant to a Court-approved procedure, Danning-Gill has been paid $200,000 of the total amount of fees and costs requested, and Danning-Gill is currently requesting payment of the remainder, less any subsequent payments.

[3] Pursuant to a Court-approved procedure, CR3 Partners, LLP has been paid $311,681.00 of the total amount of fees and costs requested, and CR3 Partners, LLP is currently requesting payment of the remainder, less any subsequent payments.

[4] Although its fee application was filed as a final fee application, Weltman & Moskowitz, LLP has agreed to have its application heard as an interim application. It is also seeking to draw down on the unused portion of pre-petition retainer in the sum of $42,083.00

| | | |
|---|---|---|
| Attorneys for Official Committee of Unsecured Creditors[5]<br>Pachulski, Stang, Ziehl & Jones, LLP<br>Attn: Jeff Pomerantz, Esq.<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles California 90067-4114<br>[August 15, 2019 to October 20, 2019]<br>**INTERIM** | $351,167.00 | $9,180.72 |
| Co-Counsel to Official Committee of Unsecured Creditors<br><br>Cole Schotz PC<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102<br>[August 27, 2019 to September 11, 2019]<br>**FINAL** | $20,480.50 | $73.50 |
| Financial Advisor to Official Committee of Unsecured Creditors<br>Conway MacKenzie, Inc.<br>909 Fannin Street, Suite 4000<br>Houston, Texas 77010<br>[August 16, 2019 to October 21, 2019]<br>**FINAL** | $107,641.50 | $1,799.09 |
| Special Oil and Gas Counsel for the Official Committee of Unsecured Creditors<br><br>Dore, Rothberg, McKay<br>17171 Park Row, Suite 160<br>Houston, TX 77084<br>**INTERIM** | $12,691.00 | $167.00 |

The foregoing is not intended to be a complete statement of the applications. Copies of the applications may be obtained by contacting the respective professionals, or may be viewed at the office of the Clerk of the Court at the address indicated above.

---

[5] Pursuant to a Court-approved procedure, PSZ&J has been paid $59,726.68 of the total amount of fees and costs requested and PSZ&J is currently requesting payment of the remainder, less any subsequent payments.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(a)(7), any opposition to the applications must be in writing in the format required by the Local Bankruptcy Rules, filed with the Clerk of the Court and served upon counsel for the Trustee, at the address in the upper left corner of the face of this Notice, upon the United States Trustee, 1415 State Street, Suite 148, Santa Barbara, CA 93101 and upon the professional affected by the opposition, not less than fourteen (14) days before the hearing. Failure to comply with this procedure may be deemed consent to the granting of the relief requested.

DATED: January 9, 2020     DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Eric P. Israel
ERIC P. ISRAEL
Attorneys for Michael A. McConnell,
Chapter 11 Trustee

1570668.2  26932

4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON INTERIM AND FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 9, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On January 9, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat CANYON, INC.
630 Fifth Avenue, Suite 2410
New York, NY 10111

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 9, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery – ALSSI to be delivered by January 10, 2020
The Honorable Martin R. Bash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Bin on 1st Floor outside entry to Intake Section
Woodland Hills, CA 91367

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2020 | Vivian Servin | /s/ *Vivian Servin* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Alicia Clough**   aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**   mscohen@loeb.com, klyles@loeb.com
- **Alec S DiMario**   alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Karl J Fingerhood**   karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**   Alex.Fisch@doj.ca.gov
- **Don Fisher**   dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Gisele M Goetz**   gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- **Karen L Grant**   kgrant@silcom.com
- **Ira S Greene**   Ira.Greene@lockelord.com
- **Matthew C. Heyn**   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**   b.holman@musickpeeler.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Alan H Katz**   akatz@lockelord.com
- **John C Keith**   john.keith@doj.ca.gov
- **Jeannie Kim**   jkim@friedmanspring.com
- **Maxim B Litvak**   mlitvak@pszjlaw.com
- **Michael Authur McConnell (TR)**   Michael.mcconnell@kellyhart.com
- **Brian M Metcalf**   bmetcalf@omm.com
- **David L Osias**   dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**   dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**   mitchell.rishe@doj.ca.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- **Sonia Singh**   ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- **Daniel A Solitro**   dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**   ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- **Christopher D Sullivan**   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- **Jennifer Taylor**   jtaylor@omm.com
- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**   bankruptcy@co.kern.ca.us
- **Patricia B Tomasco**   pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Fred Whitaker**   lshertzer@cwlawyers.com
- **William E. Winfield**   wwinfield@calattys.com, scuevas@calattys.com
- **Richard Lee Wynne**   richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- **Emily Young**   pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **Aaron E de Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                         F 9013-3.1.PROOF.SERVICE

## 2. SERVED BY UNITED STATES MAIL:

MICHAEL McCONNELL, Chapter 11 Trustee
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Bright and Brown
550 N Brand Blvd, Suite 2100
Glendale, CA 91203
Attn: Jim Bright

CR3 Partners, LLC
Attn: Tim Skillman
6171 W. Century Blvd
Suite 350
Los Angeles, CA 90045

Dore Rothberg & McKay
17171 Park Row, Suite 160
Houston, Texas 77084
Attn: Carl Dore, Jr.

Cole Schotz, P.C.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Attn: Michael D. Warner

Conway MacKenzie
909 Fannin Street, Suite 4000
Houston, TX 77010
Attn: John T. Young

EPIQ Corporate Restructuring, LLC
Attn: Robert A. Hopen
777 3rd Avenue, 12th Floor
New York, NY 10017

Weltman & Moskowitz, LLP
270 Madison Avenue, Suite 1400
New York, NY 10016
Attn: Michael Moskowitz

Capello Global, LLP
10990 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90024
Attn: Alexander L. Cappello and Louie Ucciferri

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

## Master Service List

**20 LARGEST CREDITORS**

Santa Barbara County Treasurer-
Tax Collector
105 E. Anapamu St., Suite 109
Santa Barbara, CA 93102

Allen Matkins Leck Gamble
865 South Figueroa Street
Suite 800
Los Angeles, CA 90017-2543

Diamond McCarthy LLP
909 Fannin Street
37th Floor Two Houston Center
Houston, Texas 77010

Santa Barbara County-APCD
260 NORTH SAN ANTONIO RD.,
SANTA BARBARA, CA 93110

Akin Gump Straus Hauer & Feld
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

Santa Barbara County P&D
123 East Anapamu Street
Santa Barbara, CA 93101

W. J. Kenny Corp.
C/O Allfirst Bankcorp Trust do
M&T Bank
One M&T Plaza
Buffalo, NY 14203

PG&E
77 Beale St
San Francisco, CA 94177

Ann Jenny Schupp
CIO M H Whittier Corp.
1600 Huntington Drive
South Pasadena, CA 91030

William W. Jenny Jr.
5101 East Camino Alisa
Tucson, AZ 85718

J. P. Morgan-Chase
Attn: Michael Kemey
450 West 33rd Street, 15th Floor
Ref: 030057 Nassau Assoc-Saba
New York, NY 10041

WEST COAST WELDING &
CONSTR. I
2201 Celsius Avenue Suite B
Oxnard, CA 93030

Sherrill A. Schoepe
14974 Adams Dr.
Pauma Valley, CA 92061

Andrew Kurth LLP
600 Travis Suite 4200
Houston, TX 77002

Larsen O'Brien LLP
555 South Flower
Suite 4400
Los Angeles, CA 90071

Victory Oil
222 West 6th Street. Suite 1010
San Pedro, CA 90731

California Department of
Conservation
801 K Street
Sacramento, CA 95814

Diane T. Walker
748 Oceanville Road
Stonington, ME 04681-9714

Stoner Family Trust
James G. Sanford Trustee
100 West Liberty Street. Suite
900
Reno, NV 89501

Charles C. Albright Trustee
729 West 16th Street #B8
Costa Mesa, CA 92627

1572280.1  26932

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

Master Service List

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Brian Corson
2990 Lichen Place
Templeton, CA 93465

Escolle Tenants in Common
215 N. Lincoln Street
Santa Maria, CA 93458
Attn: Vincent T. Martinez

Pacific Petroleum California, Inc.
POB 2646
Santa Maria, CA 93457

**REQUESTS FOR SPECIAL NOTICE**

Attorneys for Buganko
Philip W. Ganong
Ganong Law
930 Trustun Avenue, Suite 102
Bakersfield, CA 93301

Attorneys for Eller Family Trust
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660

Attorneys for Virginia Tracy fka Virginia Kestner Griswold
William Winfield
Nelson Comis Kettle&Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard, California 93036-0238
**(SERVED VIA NEF)**

Frank and Sylvia Boisseranc
300 W. Paseo de Cristobal
San Clemente, CA 92672

Rob Thomson
1920 Wilbur Avenue
San Diego, CA 92109

Attorneys for Robert Kestner
William Winfield
Nelson Comis Kettle&Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard, California 93036-0238
**(SERVED VIA NEF)**

Attorneys for Jane Connolly
William Winfield
Nelson Comis Kettle&Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard, California 93036-0238
**(SERVED VIA NEF)**

**5 LARGEST SECURED CLAIMANTS AND THEIR COUNSEL (Only 4 listed)**

CTS Properties, Ltd.
c/o Ira S. Greene
Locke Lord LLP
200 Vesey Street
New York, NY 10281

Diamond McCarthy LLP
c/o Allan B. Diamond and Sheryl P. Giugliano
Diamond McCarthy LLP
295 Madison Avenue, 27th Floor
New York, NY 10017

GIT, Inc.
c/o Peter Calamari, Patricia B. Tomasco and Devin van der Hahn
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010

UBS AG London Branch
c/o Evan M. Jones, Brian M. Metcalf and Darren L. Patrick
O'Melveny & Myers, LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

UBS AG London Branch
c/o Daniel L. Cantor
O'Melveny & Myers, LLP
Seven Times Square
New York, NY 10036

UBS AG London Branch
c/o Jennifer Taylor
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

1572280.1  26932

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

## Master Service List

**INTERESTED PARTIES**

Internal Revenue Service
(Small Business/Self-Employment Div.)
5000 Ellin Road
Lanham, MD 20706

Wyatt Sloan-Tribe, Esq.
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

California Dept. Of Toxic Substance Control
(Berkeley Regional Office)
700 Heinz Avenue, Suite 200
Berkeley, CA 94710

California OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

United States Attorney's Office
Southern District of New York
Attn: Anthony Sun, AUSA
Tax & Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, NY

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

State of New York Attorney General
Attn: Letia A. James
Dept. of Law
The Capitol, 2nd Floor
Albany, NY 12224

U.S. Dept. of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

**ALL CREDITORS (AS OF 1/9/2020)**

Allen Matkins Leck Gamble Mallory & Natsis
Allen Matkins, et al.
One America Plaza
600 West Broadway, 27th Floor
San Diego, CA 92101-3311

BUGANKO, LLC
2200 Ross Avenue
Suite 4800 West
Dallas, TX 75201-2708

Buganko
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301-4700

California State Lands Commission
Richard D. Nobles
100 Howe Ave Suite 100 S
Sacramento, CA 95825-8219

County Assessor
County Government Center,
Room 100
San Luis Obispo, CA 93408-0001

County Tax Collector
P.O. Box 357
Santa Barbara, CA 93102-0357

County of Santa Barbara, California
c/o Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7125

Department of Conservation, Division of Oil,
c/o California Department of Justice
Office of the Attorney General
300 S. Spring Street
Suite 1702
Los Angeles, CA 90013-1256

Diamond McCarthy LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-4618

Direct Energy Business Marketing, LLC d/b/a
c/o McDowell Hetherington LLP
Attention: Jarrod B. Martin
1001 Fannin, Suite 2700
Houston, TX 77002-6736

Eller Family Trust
Cummins & White, LLP
2424 SE Bristol Street, Suite 300
Newport Beach, CA 92660-0764

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue
Suite D
Brighton, CO 80601-2452

Harry E. Hagen, as Treasurer-Tax Collector c/o Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7125

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

## Master Service List

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kern County Treasurer Tax Collector<br>1115 Truxtun Avenue 2nd Fl<br>Bakersfield, CA 93301-4639 | PACIFIC GAS & ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208-0329 |
| Santa Barbara Air Pollution Control District c/o Ross Spence<br>Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019-7125 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| API Waste Services<br>PO Box 5754<br>Santa Maria, CA 93456-5754 | Andrea Righetti Fields, Ernest Michael Righe<br>Krista K. Sabin c/o Ogden & Fricks LLP<br>656 Santa Rosa Street, Suite 2B<br>San Luis Obispo, CA 93401-4806 | Beth G. McManis<br>1398 S. Burlington St<br>Flagstaff, AZ 86001-2445 |
| Bradley Land Company<br>co Musick, Peeler & Garrett LLP<br>One Wilshire Building<br>624 S. Grand Avenue, Suite 2000<br>Los Angeles, CA 90017-3321 | Buganko LLC<br>c/o Eric M. Van Horn<br>SPENCER FANE LLP<br>2200 Ross Avenue<br>Suite 4800 West<br>Dallas, TX 75201-7901 | County of Orange<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515<br>Attn: Bankruptcy Unit |
| County of Santa Barbara, CA<br>c/o Snow Spence Green LLP<br>2929 Allen Parkway, Ste. 2800<br>Houston, TX 77019-7125 | Daniel May, Trustee 2014 Johnson Trust DMTJT<br>359 S. Gerhart Ave<br>Los Angeles, CA 90022-2314 | Diamond McCarthy LLP<br>co Allen B. Diamond<br>909 Fannin, Ste. 3700<br>Houston, TX 77010-1049 |
| Direct Energy Business Marketing, LLC<br>dba Direct Energy Business<br>co McDowell Hetherington LLP.<br>1001 Fannin, Suite 2700<br>Houston, TX 77002-6736 | Direct Energy Business, LLC<br>co McDowell Hetherington LLP.<br>1001 Fannin, Suite 2700<br>Houston, TX 77002-6736 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO BOX 826880<br>Sacramento, CA 95814 |
| Epley Family Irrevocable Trust of 1998<br>c/o Jean F. Bacal, Trustee<br>3967 Center Ave<br>Norco, CA 92860-1581 | Frank D Gonzales MD APC<br>Gonzales Occupational Medicine Center<br>301 E Cook St, Suite C<br>Santa Maria, CA 93454-5133 | GIT Inc.<br>c/o Patricia B. Tomasco<br>Devin van der Hahn<br>Quinn Emanuel Urquhart & Sullivan<br>711 Louisiana, Suite 500<br>Houston, Texas 77002-2721 |
| GIT Inc.<br>c/o Peter Calamari<br>Quinn Emanuel Urquhart & Sullivan<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 | GMART Holdings<br>9804 Escondido Canyon Rd.<br>Aqua Dolce, CA 91390-4814 | HVI CAT CANYON, INC.<br>2550 CANET ROAD<br>SAN LUIS OBISPO, CA 93405-7836 |

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

## Master Service List

Harry Hagen, Treasurer and Tax Collector
Santa Barbara County
c/o Snow Spence Green LLP
2929 Allen Parkway, Ste. 2800
Houston, TX 77019-7125

Joan Collier Trust
1720 San Luis Drive
San Luis Obispo, CA 93401-3017

John C. Keith
Deputy Attorney General
300 South Spring St Suite 1702
Los Angeles, CA 90013-1256

Kern County Treasurer Tax Collector
P.O. Box 579
Bakersfield CA 93302-0579

Larry L Wallace
PO Box 1146
Aspen, CO 81612-1146

Locke Lord LLP
Attn: Ira S. Greene
200 Vesey Street 20th Floor
New York, NY 10281-1006

OMELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2830

Office of the United States Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, New York 10014-7016

Official Committee of Unsecured Creditors
c/o Cole Schotz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102-4126

Official Committee of Unsecured Creditors
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4003

Official Committee of Unsecured Creditors
c/o Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Patsy Jean (Crowell) Lowell
4895 Thebes Way
Oceanside, CA 92056-7441

Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

Quinn Emanuel Urquhart & Sullivan LLP
711 Louisiana, Suite 500
Houston, TX 77002-2721

Robert J. Feinstein, Esq.
Richard E. Mikels, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Santa Barbara County Air Pollution Control D
c/o Snow Spence Green LLP
2929 Allen Parkway, Ste. 2800
Houston, TX 77019-7125

Silvas Oil Co., Inc. dba Pence Petroleum
3217 E. Lorena Ave
Fresno, CA 93725-1009

Epiq Corporate Restructuring, LLC
Claims Age
(f/k/a Bankruptcy Services LLC)
777 Third Avenue, 12th Floor
New York, NY 10017-1302

Jane Connolly
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Dr., Suite 1170
Oxnard, CA 93036-0238

Michael Authur McConnell (TR)
201 Main Street, Suite 2500
Fort Worth, TX 76102-3129

Rob Thomson
1920 Wilbur Ave
San Diego, CA 92109-1412

Robert Kestner
Nelson Comis Kettle & Kinney LLP
Attn: William E Winfield
300 E Esplanade Dr Ste 1170
Oxnard, CA 93036-0238

1572280.1  26932

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

## Master Service List

Sylvia Boisseranc
300 W. Paseo De Cristobal
San Clemente, CA 92672-5435

Virginia Tracy
Nelson Comis Kettle & Kinney LLP
Attn: William E Winfield
300 E Esplanade Dr Ste 1170
Oxnard, CA 93036-0238

**3. SERVED BY EMAIL**

| Name | Email |
|---|---|
| AKIN GUMP STRAUS HAUER & FELD STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP. DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA, XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV |
| CA ATTORNEY GENERAL'S OFFICE | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION, XAVIER BECERRA | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | WEBMASTER@CONSERVATION.CA.GOV |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | WOTCSUPPORT@EDD.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |

1572280.1  26932

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

Master Service List

| | |
|---|---|
| CALIFORNIA STATE CONTROLLER | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| CHARLES C. ALBRIGHT TRUSTEE | CALBRIGHT@JUNO.COM |
| DIAMOND MCCARTHY LLP<br>ALLAN DIAMOND | ADIAMOND@DIAMONDMCCARTHY.COM |
| EPA REGION 9 ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| GLR, LLC<br>VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HVI CAT CANYON, INC.<br>ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC.<br>M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC.<br>RANDEEP S. GREWAL | RSG@GREKA.COM |
| LARSON O'BRIEN LLP<br>STEPHEN LARSON | SLARSON@LARSONOBRIENLAW.COM |
| LARSEN O'BRIEN LLP<br>PAUL RIGALI | PRIGALI@LARSONOBRIENLAW.COM |
| LARSEN O'BRIEN LLP<br>~~ROBERT C. O'BRIEN~~ | ~~ROBRIEN@LARSONOBRIENLAW.COM~~ |

1572280.1  26932

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

Master Service List

| | |
|---|---|
| NORTHERN CALIFORNIA COLLECTION SERVICE, INC. | NORCAL@NCCSINC.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | BMETCALF@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | DCANTOR@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | DPATRICK@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | EJONES@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | JTAYLOR@OMM.COM |
| OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT NEW YORK – GREG M. ZIPES | GREG.ZIPES@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT NEW YORK – SERENE NAKANO, ESQ. | SERENE.NAKANO@USDOJ.GOV |
| PG&E<br>DENISE A. NEWTON | DAN8@PGE.COM |
| PG&E<br>MARCELLUS TERRY | PGEBANKRUPTCY@PGE.COM;<br>MXTN@PGE.COM; MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | DEVINVANDERHAHN@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | PATTYTOMASCO@QUINNEMANUEL.COM |

1572280.1  26932

HVI CAT CANYON, INC. – Case No. 9:19-bk-12417-MB

Master Service List

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D<br>JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VMCISAA@CO.SANTA-BARBARA.CA.US |
| SHERRILL A. SCHOEPE | S.WETZLER@MUSICKPEELER.COM |
| THE LAW OFFICE OF SUSAN M. WHALEN<br>SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| UBS AG LONDON BRANCH | JULIAN.GOULD@UBS.COM |
| VICTORY OIL<br>ERIC JOHNSON | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP<br>COUNSEL FOR PG&E | RACHAEL.FOUST@WEIL.COM |
| WEST COAST WELDING & CONSTR. I | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | CARAMEL@HOTMAIL.COM |

1572280.1  26932