ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for Michael A. McConnell, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>    Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER ESTABLISHING CLAIMS BAR DATE FOR PRE-PETITION CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL A. MCCONNELL IN SUPPORT THEREOF**<br><br>Date:    February 11, 2020<br>Time:   10:00 a.m.<br>Place:   Courtroom 202<br>            1415 State Street<br>            Santa Barbara, California |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on February 11, 2020, at 10:00 a.m., in Courtroom "202" at the United States Bankruptcy Court for the Northern District of California, Santa Barbara Division, located at 1415 State Street, Santa Barbara, California, Michael A. McConnell, the Chapter 11 trustee of the estate of HVI Cat Canyon, LLP (the "Trustee"), will, and hereby does, move (the "Motion") the Court, pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") 2002(a)(7) and 3003(c)(3) and Local Bankruptcy Rule 9013-1 for an order establishing March 31,

1570052.1  26932                                                 1

2020 (the "Claims Bar Date") as the bar date for filing proofs of claim on account of pre-petition claims (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the Notice of Motion, this Motion, the attached Memorandum of Points and Authorities, the Declaration of Michael A. McConnell, as well as such other and further grounds as may be properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f)(1), you are hereby advised that each interested party opposing, joining or responding to the Motion must file and serve their papers on the moving party and the United States Trustee not later than fourteen (14) days before the date designated for hearing. Any response to the Motion must be writing, filed with the Clerk of the Court and served on the United States Trustee, 1415 State Street, Suite 148, Santa Barbara CA, 93101, and the Trustee's counsel at the address noted in the upper left-hand corner of the first page of the Motion. Failure to observe this procedure may be deemed by the Court to be consent to the granting of the requested relief.

DATED: January 13, 2020        DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Eric P. Israel
ERIC P. ISRAEL
Attorneys for Michael A. McConnell,
Chapter 11 Trustee

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

The Debtor is a Colorado corporation authorized to conduct business in the State of California. It is the owner and operator of producing oil and gas wells in California. The wells are located in Santa Barbara County, Orange County and Kern County.

On July 25, 2019, the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The case was originally filed in the Southern District of New York. The case was transferred to the Northern District of Texas, and then later to the Central District of California.

On or about August 9, 2019, an Official Creditor's Committee was appointed.

The Debtor initially operated its business as a "debtor in possession," until on or about October 16, 2019, when the Court entered its Agreed Order Granting Motion for Appointment of a Chapter 11 Trustee.

On or about October 22, 2019, the Court approved the appointment of Michael A. McConnell as the Chapter 11 trustee in this case.

## II.

## ARGUMENT

### It is Appropriate for the Court to Set a Claims Bar Date

Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3), the court "shall fix and for cause shown may extend the time within which proofs of claim or interests may be filed."[1]

---

[1] Fed. R. Bankr. P. 3003(c)(3), states as follows:

> (3) Time for filing. The Court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed. Notwithstanding the expiration of such time, a proof of claim may be filed to the extent and under the conditions stated in Rule 3002(c)(2), (c)(3) and (c)(4) and c(6).

The Trustee submits that a bar date should be set at this time in this case for the filing of proofs of claim for pre-petition debts. Establishing a claims bar date in the case will aid the Trustee in operating and administrating the Debtor's estate for the benefit of creditors, and in formulating and confirming a plan of reorganization (as needed), negotiating sales and settlements, and other dispositions in this case. In contrast, no creditor, interest holder, or party-in-interest will be prejudiced by the establishment of a bar date at this time, as creditors and potential creditors will receive notice of the Claims Bar Date and have an opportunity to file their Proofs of Claim.

The Trustee has been informed that a prospective buyer would like a bar date set. The Trustee believes the setting of a bar date will assist in determining the number and amounts of claims against the estate. Thus, the Trustee believes that it is both desirable and necessary to set and give notice of the Claims Bar Date. The Trustee proposes that **March 31, 2020**, be set as the Claims Bar Date. A copy of the proposed Notice of Claims Bar Date Notice is attached to the Declaration of Michael A. McConnell, marked as Exhibit "1" and incorporated herein by this reference.

The Trustee has confirmed that the Committee has no opposition to setting **March 31, 2020** as the Claims Bar Date in this case.

Fed. R. Bankr. P. 2002(a)(7) provides:

> [C]reditors shall be given not less than twenty one day's notice by mail of . . . the time fixed for filing proofs of claims pursuant to Rule 3003(c) . . . .

The Trustee proposes to serve by first class mail a notice of the Claims Bar Date to all known creditors, interest holders and parties-in-interest. The Trustee also requests approval by the Court of the form of the notice of the Claims Bar Date.

### III.

### CONCLUSION

WHEREFORE, the Debtor respectfully requests that this Court enter an order 1) establishing a bar date of **March 31, 2020** in this case for the filing of proofs of claim for pre-

///

1 | petition claims, 2) approval of the form of the notice of the Claims Bar Date, and 3) for all other
2 | appropriate relief.

4 | DATED: January 13, 2020        DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Eric P. Israel
ERIC P. ISRAEL
Attorneys for Michael A. McConnell,
Chapter 11 Trustee

## DECLARATION OF MICHAEL A. McCONNELL

I, Michael A. McConnell, declare as follows:

1. I am the Chapter 11 Trustee of HVI Cat Canyon, Inc. The matters stated herein are true and correct and based upon my personal knowledge except as to such matters stated on information and belief which matters I believe to be true.

2. If called as a witness, I could and would competently testify with respect to the matters set forth herein.

3. I have read the Motion for Order Establishing Claims Bar Date for Pre-Petition Claims (the "Motion"). Each of the facts set forth in the Motion is true and correct, to the best of my knowledge, information and belief.

4. A claims bar date in the case will aid me in operating and administrating the Debtor's estate for the benefit of creditors, and in formulating and confirming a plan of reorganization (as needed), negotiating sales and settlements, and other dispositions in this case. Thus, I believe that it is both desirable and necessary to set and give notice of the Claims Bar Date. I propose that **March 31, 2020**, be set as the Claims Bar Date.

5. I have been informed that a prospective buyer would like a bar date set. I believe the setting of a bar date will assist in determining the number and amount of claims against the estate. Thus, I believe that it is both desirable and necessary to set and give notice of the Claims Bar Date

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Fort Worth, Texas on January 15, 2020.

_____
MICHAEL A. McCONNELL

1570052.1 26932

6

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Michael A. McConnell | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:19-bk-11573-MB<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE**<br>**[LBR 3003-1]**<br><br>☐ No hearing: LBR 9013-1(q)<br>☒ Hearing information<br>DATE: 02/11/2020<br>TIME: 10:00 a.m.<br>COURTROOM: 202<br>ADDRESS: 1415 State Street<br>Santa Barbara, CA |
|---|---|

1. <u>Bar Date</u>. The court has set a deadline of (*date*) <u>March 31</u>, 20 <u>20</u> (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

    ☐ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367  ☒ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

    (a) <u>Executory contracts/unexpired leases</u>. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                              F 3003-1.NOTICE.BARDATE

8

(b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (date) 07/25/2019, and therefore calculates that this deadline is (date) 01/21/2020). See 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. See 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (e.g., its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – e.g., "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (e.g., holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: _____       By: _____
                                Signature of Debtor, chapter 11 trustee, or their attorney

                            Name: ERIC P. ISRAEL
                                Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 2                    F 3003-1.NOTICE.BARDATE

9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
Date            Printed Name                    Signature

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND MOTION FOR ORDER ESTABLISHING CLAIMS BAR DATE FOR PRE-PETITION CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL A. MCCONNELL IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 16, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On January 16, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
630 Fifth Avenue
Suite 2410
New York, NY 10111

Debtor
HVI Cat CANYON, INC.
630 Fifth Avenue, Suite 2410
New York, NY 10111

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 16, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Served by Personal Delivery to be delivered by January 17, 2020
The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Boulevard, Bin on 1st Floor outside entry to Intake Section
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 16, 2020 | Vivian Servin | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@musickpeeler.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Alan H Katz    akatz@lockelord.com
- John C Keith    john.keith@doj.ca.gov
- Jeannie Kim    jkim@friedmanspring.com
- Maxim B Litvak    mlitvak@pszjlaw.com
- Michael Authur McConnell (TR)    Michael.mcconnell@kellyhart.com
- Brian M Metcalf    bmetcalf@omm.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Sonia Singh    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com, spattas@cwlawyers.com
- William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com
- Richard Lee Wynne    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         F 9013-3.1.PROOF.SERVICE

## 2. SERVED BY UNITED STATES MAIL:

**REQUESTS FOR SPECIAL NOTICE**

Attorneys for Buganko
Philip W. Ganong
Ganong Law
930 Trustun Avenue, Suite 102
Bakersfield, CA 93301

Attorneys for Eller Family Trust
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660

Attorneys for Virginia Tracy fka Virginia Kestner Griswold
William Winfield
Nelson Comis Kettle&Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard, California 93036-0238
**(SERVED VIA NEF)**

Frank and Sylvia Boisseranc
300 W. Paseo de Cristobal
San Clemente, CA 92672

Rob Thomson
1920 Wilbur Avenue
San Diego, CA 92109

Attorneys for Robert Kestner
William Winfield
Nelson Comis Kettle&Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard, California 93036-0238
**(SERVED VIA NEF)**

Attorneys for Jane Connolly
William Winfield
Nelson Comis Kettle&Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard, California 93036-0238
**(SERVED VIA NEF)**

**INTERESTED PARTIES**

Internal Revenue Service
(Small Business/Self-Employment Div.)
5000 Ellin Road
Lanham, MD 20706

Wyatt Sloan-Tribe, Esq.
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

California Dept. Of Toxic Substance Control
(Berkeley Regional Office)
700 Heinz Avenue, Suite 200
Berkeley, CA 94710

California OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

United States Attorney's Office Southern District of New York
Attn: Anthony Sun, AUSA
Tax & Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, NY

U.S. Dept. of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

State of New York Attorney General
Attn: Letia A. James
Dept. of Law
The Capitol, 2nd Floor
Albany, NY 12224

## ALL CREDITORS (AS OF 1/16/2020)

Allen Matkins Leck Gamble Mallory & Natsis
Allen Matkins, et al.
One America Plaza
600 West Broadway, 27th Floor
San Diego, CA 92101-3311

BUGANKO, LLC
2200 Ross Avenue
Suite 4800 West
Dallas, TX 75201-2708

Buganko
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301-4700

California State Lands Commission
Richard D. Nobles
100 Howe Ave Suite 100 S
Sacramento, CA 95825-8219

County Assessor
County Government Center,
Room 100
San Luis Obispo, CA 93408-0001

County Tax Collector
P.O. Box 357
Santa Barbara, CA 93102-0357

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE

County of Santa Barbara, California
c/o Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7125

Department of Conservation, Division of Oil,
c/o California Department of Justice
Office of the Attorney General
300 S. Spring Street
Suite 1702
Los Angeles, CA 90013-1256

Diamond McCarthy LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-4618

Direct Energy Business Marketing, LLC
d/b/a
c/o McDowell Hetherington LLP
Attention: Jarrod B. Martin
1001 Fannin, Suite 2700
Houston, TX 77002-6736

Eller Family Trust
Cummins & White, LLP
2424 SE Bristol Street, Suite 300
Newport Beach, CA 92660-0764

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue
Suite D
Brighton, CO 80601-2452

Harry E. Hagen, as Treasurer-Tax
Collector c/o Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7125

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kern County Treasurer Tax Collector
1115 Truxtun Avenue 2nd Fl
Bakersfield, CA 93301-4639

PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

Santa Barbara Air Pollution Control
District c/o Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7125

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

API Waste Services
PO Box 5754
Santa Maria, CA 93456-5754

Andrea Righetti Fields, Ernest Michael Righe
Krista K. Sabin c/o Ogden & Fricks LLP
656 Santa Rosa Street, Suite 2B
San Luis Obispo, CA 93401-4806

Beth G. McManis
1398 S. Burlington St
Flagstaff, AZ 86001-2445

Bradley Land Company
co Musick, Peeler & Garrett LLP
One Wilshire Building
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3321

Buganko LLC
c/o Eric M. Van Horn
SPENCER FANE LLP
2200 Ross Avenue
Suite 4800 West
Dallas, TX 75201-7901

County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

County of Santa Barbara, CA
c/o Snow Spence Green LLP
2929 Allen Parkway, Ste. 2800
Houston, TX 77019-7125

Daniel May, Trustee 2014 Johnson Trust
DMTJT
359 S. Gerhart Ave
Los Angeles, CA 90022-2314

Diamond McCarthy LLP
co Allen B. Diamond
909 Fannin, Ste. 3700
Houston, TX 77010-1049

Direct Energy Business Marketing, LLC
dba Direct Energy Business
co McDowell Hetherington LLP.
1001 Fannin, Suite 2700
Houston, TX 77002-6736

Direct Energy Business, LLC
co McDowell Hetherington LLP.
1001 Fannin, Suite 2700
Houston, TX 77002-6736

Employment Development Department
Bankruptcy Group MIC 92E
PO BOX 826880
Sacramento, CA 95814

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE

Epley Family Irrevocable Trust of 1998
c/o Jean F. Bacal, Trustee
3967 Center Ave
Norco, CA 92860-1581

Frank D Gonzales MD APC
Gonzales Occupational Medicine Center
301 E Cook St, Suite C
Santa Maria, CA 93454-5133

GIT Inc.
c/o Patricia B. Tomasco
Devin van der Hahn
Quinn Emanuel Urquhart & Sullivan
711 Louisiana, Suite 500
Houston, Texas 77002-2721

GIT Inc.
c/o Peter Calamari
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

GMART Holdings
9804 Escondido Canyon Rd.
Aqua Dolce, CA 91390-4814

HVI CAT CANYON, INC.
2550 CANET ROAD
SAN LUIS OBISPO, CA 93405-7836

Harry Hagen, Treasurer and Tax Collector
Santa Barbara County
c/o Snow Spence Green LLP
2929 Allen Parkway, Ste. 2800
Houston, TX 77019-7125

Joan Collier Trust
1720 San Luis Drive
San Luis Obispo, CA 93401-3017

John C. Keith
Deputy Attorney General
300 South Spring St Suite 1702
Los Angeles, CA 90013-1256

Kern County Treasurer Tax Collector
P.O. Box 579
Bakersfield CA 93302-0579

Larry L Wallace
PO Box 1146
Aspen, CO 81612-1146

Locke Lord LLP
Attn: Ira S. Greene
200 Vesey Street 20th Floor
New York, NY 10281-1006

OMELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2830

Office of the United States Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, New York 10014-7016

Official Committee of Unsecured Creditors
c/o Cole Schotz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102-4126

Official Committee of Unsecured Creditors
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4003

Official Committee of Unsecured Creditors
c/o Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Patsy Jean (Crowell) Lowell
4895 Thebes Way
Oceanside, CA 92056-7441

Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

Quinn Emanuel Urquhart & Sullivan LLP
711 Louisiana, Suite 500
Houston, TX 77002-2721

Robert J. Feinstein, Esq.
Richard E. Mikels, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Santa Barbara County Air Pollution Control D
c/o Snow Spence Green LLP
2929 Allen Parkway, Ste. 2800
Houston, TX 77019-7125

Silvas Oil Co., Inc. dba Pence Petroleum
3217 E. Lorena Ave
Fresno, CA 93725-1009

Epiq Corporate Restructuring, LLC Claims Age
(f/k/a Bankruptcy Services LLC)
777 Third Avenue, 12th Floor
New York, NY 10017-1302

Jane Connolly
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Dr., Suite 1170
Oxnard, CA 93036-0238

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Michael Authur McConnell (TR)
201 Main Street, Suite 2500
Fort Worth, TX 76102-3129

Rob Thomson
1920 Wilbur Ave
San Diego, CA 92109-1412

Robert Kestner
Nelson Comis Kettle & Kinney LLP
Attn:  William E Winfield
300 E Esplanade Dr Ste 1170
Oxnard, CA 93036-0238

Sylvia Boisseranc
300 W. Paseo De Cristobal
San Clemente, CA 92672-5435

Virginia Tracy
Nelson Comis Kettle & Kinney LLP
Attn:  William E Winfield
300 E Esplanade Dr Ste 1170
Oxnard, CA 93036-0238

### 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL

| Name | Email |
| --- | --- |
| REETZ, FOX & BARTLETT LLP<br>WILEY G. URETZ, ESQ. | WURETZ@REETZFOX.COM |
| AKIN GUMP STRAUS HAUER & FELD<br>STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE<br>JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP.<br>DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA,<br>XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV |
| CA ATTORNEY GENERAL'S OFFICE | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION,<br>XAVIER BECERRA | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | WEBMASTER@CONSERVATION.CA.GOV |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | WOTCSUPPORT@EDD.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| CHARLES C. ALBRIGHT TRUSTEE | CALBRIGHT@JUNO.COM |
| DIAMOND MCCARTHY LLP<br>ALLAN DIAMOND | ADIAMOND@DIAMONDMCCARTHY.COM |
| EPA REGION 9 ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| GLR, LLC<br>VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HVI CAT CANYON, INC.<br>ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC.<br>M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC.<br>RANDEEP S. GREWAL | RSG@GREKA.COM |
| LARSEN O'BRIEN LLP<br>ROBERT C. O'BRIEN | ROBRIEN@LARSONOBRIENLAW.COM |
| NORTHERN CALIFORNIA COLLECTION SERVICE, INC. | NORCAL@NCCSINC.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | BMETCALF@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | DCANTOR@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | DPATRICK@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | EJONES@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | JTAYLOR@OMM.COM |
| OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT NEW YORK – GREG M. ZIPES | GREG.ZIPES@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT NEW YORK – SERENE NAKANO, ESQ. | SERENE.NAKANO@USDOJ.GOV |
| PG&E<br>DENISE A. NEWTON | DAN8@PGE.COM |
| PG&E<br>MARCELLUS TERRY | PGEBANKRUPTCY@PGE.COM;<br>MXTN@PGE.COM; MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | DEVINVANDERHAHN@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | PATTYTOMASCO@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D<br>JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VMCISAA@CO.SANTA-BARBARA.CA.US |
| SHERRILL A. SCHOEPE | S.WETZLER@MUSICKPEELER.COM |
| THE LAW OFFICE OF SUSAN M. WHALEN<br>SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| UBS AG LONDON BRANCH | JULIAN.GOULD@UBS.COM |
| VICTORY OIL<br>ERIC JOHNSON | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP<br>COUNSEL FOR PG&E | RACHAEL.FOUST@WEIL.COM |
| WEST COAST WELDING & CONSTR. I | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | CARAMEL@HOTMAIL.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE