Jeffrey N. Pomerantz (CA Bar No. 143717)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
       mlitvak@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

**FILED & ENTERED**

**JAN 31 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY handy     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>　　　　　　　Debtor. | Case No. 19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 15, 2019 – OCTOBER 20, 2019**<br><br>[Relates to Docket No. 629]<br><br>Date:　　January 30, 2020<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 201<br>　　　　　U.S. Bankruptcy Court<br>　　　　　1415 State Street<br>　　　　　Santa Barbara, CA 93101<br>Judge:　　Hon. Martin R. Barash |

On January 30, 2020, a hearing was held to consider the first interim fee application (the "Fee Application")[1] of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), for the period August 15, 2019 through October 20, 2019. Appearances were as noted on the record.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Fee Application.

Based upon the record, the responses to the Fee Application filed by the Trustee, UBS AG, London Branch, and the United State Trustee, the Committee's reply to the responses, the arguments of counsel at the hearing, and that notice of the Fee Application was adequate, appropriate, and properly served under the circumstances and no further notice need be given, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.  PSZJ's Fee Application, which requests fees in the amount of $351,167.00 and expenses in the amount of $9,180.72, for a total of $360,347.72, is approved on an interim basis.

2.  The Court retains jurisdiction to decide any disputes arising under this Order.

###

Date: January 31, 2020

Martin R Barash
United States Bankruptcy Judge

DOCS_LA:327320.2 38336/002

2