1

**BEALL & BURKHARDT, APC**
WILLIAM C. BEALL, STATE BAR No. 97100
ERIC W. BURKHARDT, STATE BAR No. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

2

3

4

5

Counsel for GRL, LLC

6

7

## UNITED STATES BANKRUPTCY COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

## NORTHERN DIVISION

10

11

12

In re

13

HVI Cat Canyon, Inc.,

14

Debtor.

15

16

17

18

19

)  Bk. No. 9:19-bk-11573-MB
)
)  Chapter 11
)
)  **NOTICE OF MOTION AND MOTION**
)  **FOR RELIEF FROM THE AUTOMATIC**
)  **STAY OR FOR ORDER CONFIRMING**
    **THAT THE STAY DOES NOT APPLY**

Date:  February 25, 2020
Time:  10:30 a.m.
Place: 1415 State Street
        Courtroom 201
        Santa Barbara, CA 93101

20

## NOTICE OF MOTION

21

     1.     Notice is given to the Debtor and trustee (if any)(Responding Parties), their attorneys

22

(if any), and other interested parties that on the date and time and in the courtroom stated above, Movant

23

will request that this court enter an order granting relief from the automatic stay as to Debtor and

24

Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

25

     2.     To file a response to the motion, you may obtain an approved court form at

26

www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-

27

1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and

28

the Court Manual.

3.       When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

4.       If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

5.       This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

Dated: __2/3__, 2020                    BEALL & BURKHARDT, APC

By: _William C. Beall_
William C. Beall, Counsel for GRL, LLC

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY (ROYALTY INTERESTS)

### FACTS

GRL, LLC is the holder of various royalty interests and overriding royalty interests with regard to oil and gas interests operated by HVI Cat Canyon, Inc.  The recorded interests are collectively attached hereto as Exhibit A.  Many of the recorded interests are in favor of Grewal (Royalty), LLC. Documents from the California Secretary of State confirm that Grewal (Royalty), LLC is a predecessor name of GRL, LLC (See Exhibit B).

Since the filing of the case, the royalties payable under those interests to GRL, LLC have not been paid by the estate.  Instead, a Trust account was established for those royalties.  According to information from the estate, royalties payable to GRL, LLC are as follows:

$   32,552.85          August/2019 Royalties

$   27,689.56          September/2019 Royalties

$   29,532.01          October/2019 Royalties

2

1     $    20,720.78           November/2019 Royalties

2     $        TBD           December/2019 Royalties

3     $    110,495.20         Total 4 Months (Aug-Nov)

GRL, LLC has been informed that the Trust account was funded with the $32,552.85 due from August, 2019. GRL, LLC has not been informed as to whether later royalties have been placed in the Trust Account. Further, GRL, LLC has not received from the Debtor, as required for these same months, a monthly accounting statement showing volume of and proceeds from hydrocarbons sold and GRL, LLC's royalty share of said proceeds.

## RELIEF REQUESTED

Since the Trustee has no right to GRL LLC's interests in the royalties involved, GRL, LLC is entitled to receive its share from the Debtor and, in the alternative as to future royalties, directly from the purchasers of the oil, gas, and other hydrocarbons produced pursuant to an "Oil and Gas Division Order" presented to the purchasers. GRL, LLC seeks an Order of this Court (A) ordering the Debtor to pay GRL, LLC all accrued but unpaid royalties to date as well as all future royalties as they become due monthly and to include the monthly accounting statements, and (B) permitting GRL, LLC to serve on the purchasers of the Debtors' production the Oil and Gas Division Orders attached hereto as Exhibit C and incorporated herein by this reference.

## LEGAL ISSUES

The rights of a holder of royalty interests and overriding royalty interests are interests in real property. At the time of the filing of the case, GRL, LLC's interests were property rights. They are described as incorporeal hereditaments. The oil and gas leases are not executory contracts which the Trustee can assume or reject. Instead, the royalties payable to GRL, LLC are that entity's property. They are not property of the estate pursuant to 11 U.S.C. 541. Therefore, the funds the Trustee has collected and has not paid over do not create an obligation from the estate to GRL, LLC, administrative or otherwise. Instead, the royalties must be turned over as property of GRL, LLC.

1    Further support for the concept that GRL, LLC's royalty interests are not property of the estate is

2    given through 11 USC 541(b)(4).

3        It is settled law that property rights under section 541 derive from the relevant state law.

4    *D'Angelo v. Blue Chip Federal Credit Union (In re D'Angelo)*, 524 B.R. 624, 630 (Bankr.M.D.Pa.

5    2015) citing *Butner v. U.S.*, 440 U.S. 48, 55, 99 S.Ct. 914, 918, 59 L.Ed.2d 136 (1979).  All the relevant

6    properties are located in the state of California, so analysis of this issue requires the application of

7    California law.  In California, the owner of land has an "exclusive right on his premises to drill for oil

8    and gas, and to retain as his property all substances brought to the surface on his land." *Atlantic Oil Co.*

9    *v. Los Angeles County*, (1968) 69 Cal. 2d 585. The owner may convey to a third party the exclusive right

10   to drill for and extract oil or gas in exchange for a percentage of production. *See id.* The operative

11   instruments may be denominated as leases, orders, or permits. *Id.* When the owner grants an exclusive

12   right to drill, that is deemed a profit a prendre in the lessee, which is "an interest in real property in the

13   nature of an incorporeal hereditament." *Id.* Thus, the lessee has "an estate in real property." *Id.*  This is

14   true for overriding royalty interests as well.   *Honolulu Oil Corp. v. Kennedy*, 251 F.2d 424, 429 (9th Cir.

15   1957).

16       The lessor's right to receive royalties is "an interest in land." *Id.*; *Callahan v. Martin*, (1935) 3

17   Cal.2d 110, 124  (stating that the "right to receive future rents and oil royalties is an incorporeal

18

19   hereditament, an interest in land"); *Dabney-Johnston Oil Corp. v. Walden*, (1935) 4 Cal. 2d 637, 651  ("The

20   royalty return which the lessee renders to his lessor is a rent. The right to receive future rents and oil

21   royalties is an incorporeal hereditament, which is an interest in land, and may be the subject of a

22   grant."); *La Laguna Ranch Co. v. Dodge*, (1941) 18 Cal. 2d 132, 139  ("Thus, although only a portion of

23   the oil royalties here considered can actually be compared to rent in the traditional sense, the purpose

24   and scope of all such royalty interests are so similar that all should be considered equally to be

25   incorporeal interests in real property, subject to the same requirements and protected by the same

26   safeguards."); *see In re Delta Petroleum Corp.*, 2015 WL 1577990, at *8 (Bankr. D. Del. Apr. 2, 2015)

27

28

4

("Both California and Colorado courts have determined that an overriding royalty interest is an interest in real property."); *Moore v. Tristar Oil & Gas Corp.*, 528 F. Supp. 296, 309 (S.D.N.Y. 1981) (under California law, "as interests in real property, overriding royalties ... can be recorded"). All of GRL, LLC's interests have been properly recorded.

The *Delta Petroleum* case, a Delaware Bankruptcy Court decision interpreting California law, is particularly apposite. In that decision, the court analyzed an overriding royalty under California law. The owner of the interest argued that it was not property of the estate, while the debtor argued that the interest was a contractual interest extinguished by the plan. The court explained that California courts have determined that an overriding royalty interest is an interest in real property, not a contractual right, and explained that California law does not recognize a distinction between interest in the revenue stream and interest in the land or hydrocarbons. It then held that the royalty was not discharged under the plan. The decision goes on to point out that these interests are specifically excluded from the definition of property of the estate by § 541(b)(4)(B) (see, also 101(42A) and 101(56A)).

Since the Bankruptcy Act, the law in the Ninth Circuit has been that such royalties and overriding royalties are not property of the estate. They remain property of the royalty owners. *Consolidated Royalties v. Ashton,* 132 F. 2d 226 (9th Cir. 1942). Since they are property of GRL, LLC, the Trustee has no right to hold them or to attempt to set them off. They should immediately be released to Movant and the stay should be modified to permit Movant to deliver to the end users the Oil & Gas Division Orders.

1

2      Since GRL, LLC's royalty interests and overriding royalty interests are not property of the

3   estate, service of the Oil and Gas Division Orders do not violate section 362(a)(2) or (3).  The Court

4   should issue its Order finding that GRL, LLC's royalty interests and overriding royalty interests are

5   not property of the estate  and permitting service of the Oil and Gas Division Orders.

6       Dated:___2/3___, 2020              BEALL & BURKHARDT, APC

7

8

9                                          By: _William C. Beall_
                                           William C. Beall, Counsel for GRL, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

## DECLARATION OF RANDEEP S. GREWAL

I, Randeep S. Grewal, declare and state as follows:

    1.    I am a principal of GRL, LLC.  Each of the matters set forth below is stated of my personal knowledge and if called as a witness, I could competently testify to each of them.

    2.    GRL, LLC is the holder of various royalty interests and overriding royalty interests with regard to oil and gas interests operated by the Debtor HVI Cat Canyon, Inc..  The recorded interests are collectively attached hereto as Exhibit A.

    3.    Many of the recorded interests are in favor of Grewal (Royalty), LLC.  Documents from the California Secretary of State confirm that Grewal (Royalty), LLC is a predecessor name of GRL, LLC (See Exhibit B).

    4.    Since the filing of the case, the royalties payable under those interests to GRL, LLC have not been paid by the estate.  Instead, a Trust account was established for those royalties.  According to information from the estate, royalties payable to GRL, LLC are as follows:

| | | |
|---|---|---|
| $ | 32,552.85 | August/2019 Royalties |
| $ | 27,689.56 | September/2019 Royalties |
| $ | 29,532.01 | October/2019 Royalties |
| $ | 20,720.78 | November/2019 Royalties |
| $ | TBD | December/2019 Royalties |
| $ | 110,495.20 | Total 4 Months (Aug-Nov) |

    5.    GRL, LLC has been informed that the Trust account was funded with the $32,552.85 due from August, 2019.  GRL, LLC has not been informed as to whether later royalties have been placed in the Trust Account. Further, GRL, LLC has not received from the Debtor, as required for these same months, a monthly accounting statement showing volume of and proceeds from hydrocarbons sold and GRL, LLC's royalty share of said proceeds.

6.    GRL, LLC is entitled to receive its share from the Debtor and, in the alternative as to future royalties, directly from the purchasers of the oil, gas, and other hydrocarbons produced pursuant to an "Oil and Gas Division Order" presented to the purchasers.  GRL, LLC seeks an Order of this Court (A) ordering the Debtor to pay GRL, LLC all accrued but unpaid royalties to date as well as all future royalties as they become due monthly and to include the monthly accounting statements, and (B) permitting GRL, LLC to  serve on the purchasers of the Debtors' production the Oil and Gas Division Orders attached hereto as Exhibit C and incorporated herein by this reference.

I declare the foregoing is true under penalty of perjury, at Los Angeles, California under the laws of the United States.

Dated: 2/3/20

Randeep S. Grewal

Prepared by: Susan M. Whalen, Esq.
Attorney-Client Privileged Communication
Attorney Work Product

Orange County, CA

## OVERRIDING ROYALTY INTEREST

| Recording Date | Recorded Instrument No. | Assignor | Assignee | Effective Date | Instrument |
|---|---|---|---|---|---|
| 12/29/99 | 1999-0861190 | Sabacol, Inc. | Randeep S. Grewal | 03/24/99 | Assignment |
| 12/20/99 | 1999-0861191 | Saba Petroleum, Inc. | Randeep S. Grewal | 03/24/99 | Assignment |
| 12/29/00 | 2000-0709720 | Greka AM, Inc. | Randeep S. Grewal | 03/24/99 | Assignment |
| 09/25/01 | 2001-0674850 | Greka AM, Inc. | Randeep S. Grewal | 08/01/01 | Assignment |
| 10/28/04 | 2004-0972452 | Greka Oil & Gas, Inc. (n/k/a HVI Cat Canyon, Inc.) | Randeep S. Grewal | 09/10/03 | Assignment |
| 10/28/04 | 2004-0972453 | Randeep S. Grewal | Grewal (Royalty), LLC (n/k/a GRL, LLC) | 09/01/04 | Assignment (all property interests, listing the above Assignments) |

## ROYALTY INTEREST

| Recording Date | Recorded Instrument No. | Assignor | Assignee | Effective Date | Instrument |
|---|---|---|---|---|---|
| 12/07/04 | 2004-1087805 | Candice Sweazy | Grewal (Royalty), LLC (n/k/a GRL, LLC) | 06/01/04 | Grant Deed |
| 03/30/10 | 2010-0147661 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147663 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147664 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Grant Deed |
| 03/30/10 | 2010-0147665 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
| Cont'd | | | | | |

Prepared by: Susan M. Whalen, Esq.
Attorney-Client Privileged Communication
Attorney Work Product

| 03/30/10 | 2010-0147666 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
|---|---|---|---|---|---|
| 03/30/10 | 2010-0147667 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
| 03/30/10 | 2010-0147668 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
| 03/30/10 | 2010-0147669 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147670 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147671 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147672 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147673 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147674 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147675 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
| 03/30/10 | 2010-0147676 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
| 03/30/10 | 2010-0147677 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147678 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147679 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Deed |
| 03/30/10 | 2010-0147680 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147681 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Deed |
| Cont'd | | | | | |

Prepared by: Susan M. Whalen, Esq.
Attorney-Client Privileged Communication
Attorney Work Product

| 03/30/10 | 2010-0147682 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Assignment |
| 03/30/10 | 2010-0147683 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Deed |
| 03/30/10 | 2010-0147684 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Grant Deed |
| 03/30/10 | 2010-0147685 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Grant Deed |
| 03/30/10 | 2010-0147686 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Deed |
| 03/30/10 | 2010-0147687 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Grant Deed |
| 01/16/15 | 2015-0027110 | Amelia Chavez, Trustee | GRL, LLC | 01/16/15 | Quitclaim Deed |
| 01/16/15 | 2015-0027111 | Amedlia Chavez | GRL, LLC | 01/16/15 | Quitclaim Deed |
| 05/18/17 | 2017-0203379 | William J. Kindel and John N. Kindel, Co-Trustees | GRL, LLC | 05/02/17 | Grant Deed |
| 08/14/17 | 2017-0342012 | Whittier College | GRL, LLC | 07/01/17 | Quitclaim |

Prepared by: Susan M. Whalen, Esq.
Attorney-Client Privileged Communication
Attorney Work Product

Kern County, CA

## OVERRIDING ROYALTY INTEREST

| Recording Date | Recorded Instrument No. | Assignor | Assignee | Effective Date | Instrument |
|---|---|---|---|---|---|
| 11/24/99 | 0199168786 | Saba Petroleum, Inc. | Randeep S. Grewal | 03/24/99 | Assignment |
| 11/24/99 | 0199168787 | Sabacol, Inc. | Randeep S. Grewal | 03/24/99 | Assignment |
| 12/29/00 | 0200165971 | Greka AM, Inc. | Randeep S. Grewal | 03/24/99 | Assignment |
| 12/29/00 | 0200165973 | Sabacol, Inc. | Randeep S. Grewal | 06/30/99 | Assignment |
| 10/28/04 | 0204264443 | Randeep S. Grewal | Grewal (Royalty), LLC (n/k/a GRL, LLC) | 09/01/04 | Assignment (all property interests, listing the above Assignments) |

## ROYALTY INTEREST

| Recording Date | Recorded Instrument No. | Assignor | Assignee | Effective Date | Instrument |
|---|---|---|---|---|---|
| 04/28/08 | 0208065826 | Gloria S. Gooder | Grewal (Royalty), LLC (n/k/a GRL, LLC) | 12/20/07 | Grant Deed |
| 04/28/08 | 0208065827 | Paul & Joan Waterbury Trust, Dated 10/25/00 | Grewal (Royalty), LLC (n/k/a GRL, LLC) | 12/20/07 | Grant Deed |
| 03/29/10 | 0210040551 | Vision Energy Partners LLC dba KC Royalties | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
| 03/29/10 | 0210040552 | Vision Energy Partners LLC dba KC Royalties | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
| 03/29/10 | 0210040553 | Vision Energy Partners LLC dba KC Royalties | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Quitclaim Mineral Deed |
| 11/16/12 | 0212165419 | HVI Cat Canyon, Inc. | Grewal (Royalty), LLC (n/k/a GRL, LLC) | 06/01/07 | Assignment and Conveyance |
| 11/23/15 | 0215162258 | Claudia F. Valentine | GRL, LLC | 11/19/15 | Mineral Grant Deed |

Prepared by: Susan M. Wholen, Esq.
Attorney-Client Privileged Communication
Attorney Work Product

Santa Barbara County, CA

## OVERRIDING ROYALTY INTEREST

| Recording Date | Recorded Instrument No. | Assignor | Assignee | Effective Date | Instrument |
|---|---|---|---|---|---|
| 10/22/99 | 1999-0085577 | Greka SMV, Inc. (n/k/a HVI Cat Canyon, Inc.) | Randeep S. Grewal | 03/24/99 | Assignment (Saba fee and leases) |
| 10/22/99 | 1999-0085578 | Greka SMV, Inc. (n/k/a HVI Cat Canyon, Inc.) | Randeep S. Grewal | 03/24/99 | Assignment (n/a – UCB/Dominion) |
| 10/22/99 | 1999-0085579 | Saba Petroleum Company | Randeep S. Grewal | 03/24/99 | Assignment (n/a – No. Orcutt) |
| 08/05/02 | 2002-0075684 | Greka SMV, Inc. (n/k/a HVI Cat Canyon, Inc.) | Randeep S. Grewal | 12/01/01 | Assignment (Vintage fee) |
| 08/05/02 | 2002-0075685 | Greka SMV, Inc. (n/k/a HVI Cat Canyon, Inc.) | Randeep S. Grewal | 12/01/01 | Assignment (Vintage leases) |
| 10/21/04 | 2004-0112138 | Randeep S. Grewal | Grewal (Royalty), LLC (n/k/a GRL, LLC) | 09/01/04 | Assignment (all property interests, listing the above Assignments) |

## ROYALTY INTEREST

| | | | | | |
|---|---|---|---|---|---|
| 03/29/10 | 2010-0015760 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Grant Mineral Deed |
| 03/29/10 | 2010-0015761 | Vision Energy Partners LLC | Grewal (Royalty), LLC (n/k/a GRL, LLC) | Assignor's acquisition | Grant Mineral Deed |

Upon recordation return to:
**Grewal (Royalty) LLC**
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

||||||||||||||||||||||| 141.00
2004000972453 09:02am 10/28/04
115 11 A34 46
0.00 0.00 0.00 0.00 135.00 0.00 32.00 0.00

DOCUMENT TRANSFER TAX: NONE
Transaction Value: Less than $100.00

STATE OF CALIFORNIA     } ss
COUNTY OF ORANGE     }

ASSIGNMENT OF *Interest In Oil And Gas Leases*

THIS ASSIGNMENT is entered into and made effective this 1st day of September, 2004, by and between **RANDEEP S. GREWAL**, an individual, hereinafter referred to as "Assignor", and **GREWAL (ROYALTY) LLC, a Delaware limited liability company**, hereinafter referred to as "Assignee".

Assignor, for and in consideration of Ten Dollars ($10.00) cash in hand paid and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby grant, assign, transfer and convey to Assignee all of his overriding royalty interest in all oil, gas, casinghead gas, other vaporous or gaseous substances, and liquid hydrocarbons produced and saved from the lands more particularly described as follows:

SEE EXHIBIT "A", ATTACHED HERETO AND
BY THIS REFERENCE MADE A PART HEREOF

This Assignment is subject to all of the terms and conditions as set forth in those certain Assignments Of Overriding Royalty recorded in the Official Records of the Orange County Recorder, California on the dates and as the Instrument Nos. that follow, which terms and conditions are incorporated herein by reference:

| Recorded Date | Instrument No. |
|---|---|
| December 20, 1999 | 1999-0861190 |
| December 20, 1999 | 1999-0861191 |
| December 29, 2000 | 2000-0709720 |
| September 25, 2001 | 2001-0674850 |
| October 28, 2004 | 2004-000972452 |

IN WITNESS WHEREOF, this instrument is executed on the date first hereinabove written.

RANDEEP S. GREWAL, and individual

**GREWAL (ROYALTY) LLC**
a Delaware limited liability company

By:
Susan M. Whalen, VP Asset Management
General Counsel, and Secretary

STATE of _California_ )
                          ) §
County of _Santa Barbara_ )

On _September 1, 2004_, before me, the undersigned Notary Public, personally appeared Randeep S. Grewal personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____                    (Seal)
Notary Public



STATE of _California_ )
                          ) §
County of _Santa Barbara_ )

On _September 1, 2004_, before me, the undersigned Notary Public, personally appeared Susan M. Whalen personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____                    (Seal)
Notary Public



Exhibit A

Richfield Field – Orange County, CA

A.   SUBJECT ACREAGE:      568 acres, more or less, as more fully described in that certain Unit Agreement for Richfield east Dome Unit, Richfield Oil and Gas Field, recorded on December 30, 1969 at Book 9177, Page 873 of the Official Records of Orange County, California.

1. Oil and Gas Lease dated November 08, 1926 by and between Martin Etchandy, as Lessor, and A. J. Delany, as Lessee, recorded in Book 19, Page 31 of the Lease Records of Orange County, California.

2. Oil and Gas Lease dated August 3, 1928 by and between Martin Etchandy, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 187, Page 109 of the Lease Records of Orange County, California.

3. Oil and Gas Lease dated May 29, 1929 by and between Lillian a. Jesson, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 275, Page 389 of the Lease Records of Orange County, California.

4. Oil and Gas Lease dated July 5, 1928 by and between John H. Mosley, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 250, Page 419 of the Lease Records of Orange County, California.

5. Oil and Gas Lease dated June 25, 1928 by and between E. Walter Pyne, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 174, Page 298 of the Lease Records of Orange County, California.

6. Oil and Gas Lease dated October 7, 1953 by and between Stern Realty, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 2607, Page 335 of the Lease Records of Orange County, California.

7. Oil and Gas Lease dated December 4, 1966 by and between Portfirio E. Duarte, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 502 of the Lease Records of Orange County, California.

CE

8.     Oil and Gas Lease dated December 4, 1966 by and between A. E. Hernandez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 379 of the Lease Records of Orange County, California.

9.     Oil and Gas Lease dated December 4, 1966 by and between Mauel Pinedo, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 388 of the Lease Records of Orange County, California.

10.     Oil and Gas Lease dated December 3, 1966 by and between Ramon P. Tovar, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 397 of the Lease Records of Orange County, California.

11.     Oil and Gas Lease dated December 1, 1966 by and between Rudolf Garcia, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 406 of the Lease Records of Orange County, California.

12.     Oil and Gas Lease dated December 3, 1966 by and between Louis Vargas, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 415 of the Lease Records of Orange County, California.

13.     Oil and Gas Lease dated December 10, 1966 by and between Rudolph Arias, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 493 of the Lease Records of Orange County, California.

14.     Oil and Gas Lease dated December 10, 1966 by and between Alexander Jimenez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 475 of the Lease Records of Orange County, California.

15.     Oil and Gas Lease dated February 3, 1937 by and between John H. Wents, as Lessor, and A. D. Mitchell, as Lessee, recorded in Book 888, Page 151 of the Lease Records of Orange County, California.

16.     Oil and Gas Lease dated December 19, 1966 by and between J. G. Joseph, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 424 of the Lease Records of Orange County, California.

17.   Oil and Gas Lease dated December 15, 1966  by and between Phineas Solomon, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 484 of the Lease Records of Orange County, California.

18.   Oil and Gas Lease dated December 21, 1966  by and between V. E. Buckmaster, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 433 of the Lease Records of Orange County, California.

19.   Oil and Gas Lease dated December 22, 1966  by and between P. A. Waldworth, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 442 of the Lease Records of Orange County, California.

20.   Oil and Gas Lease dated December 29, 1965 by and between Lupa Vasquez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8156, Page 853 of the Lease Records of Orange County, California.

21.   Oil and Gas Lease dated January 9, 1967 by and between Roman Catholic Archbishop of Los Angles, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8159, Page 313 of the Lease Records of Orange County, California.

22.   Oil and Gas Lease dated January 7, 1967 by and between James R. Roberts, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8155, Page 396 of the Lease Records of Orange County, California.

23.   Oil and Gas Lease dated January 13, 1967 by and between Freda Joseph, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8175, Page 248 of the Lease Records of Orange County, California.

24.   Oil and Gas Lease dated February 16, 1967 by and between May H. Morrison, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8190, Page 553 of the Lease Records of Orange County, California.

25.   Oil and Gas Lease dated February 20, 1967 by and between Gordon Boller, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8244, Page 316 of the Lease Records of Orange County, California.

26.   Oil and Gas Lease dated February 23, 1967 by and between Jean E. Hathaway, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8190, Page 545 of the Lease Records of Orange County, California.

27.   Oil and Gas Lease dated April 10, 1967 by and between Harold F. Taylor, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8311, Page 002 of the Lease Records of Orange County, California.

28.   Oil and Gas Lease dated April 10, 1967 by and between Roy H. Scott, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8310, Page 987 of the Lease Records of Orange County, California.

29.   Oil and Gas Lease dated April 10, 1967 by and between John C. Scott, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8336, Page 418 of the Lease Records of Orange County, California.

30.   Oil and Gas Lease dated July 29, 1966 by and between Phyllis H. Mirelez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 272 of the Lease Records of Orange County, California.

31.   Oil and Gas Lease dated July 27, 1966 by and between Joe Matinez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 263 of the Lease Records of Orange County, California.

32.   Oil and Gas Lease dated July 25, 1966 by and between Efrain G. Savala, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 254 of the Lease Records of Orange County, California.

33.   Oil and Gas Lease dated July 28, 1966 by and between Sabas Porras, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 245 of the Lease Records of Orange County, California.

34.   Oil and Gas Lease dated August 1, 1966 by and between Antonio Moreno, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 236 of the Lease Records of Orange County, California.

35.    Oil and Gas Lease dated August 2, 1966 by and between Helen V.
       Mirlez, as Lessor, and RK Summy, Inc., as Lessee, recorded in
       Book 8137, Page 218 of the Lease Records of Orange County,
       California.

36.    Oil and Gas Lease dated August 3, 1966 by and between E. W.
       Naess, as Lessor, and RK Summy, Inc., as Lessee, recorded in
       Book 8137, Page 210 of the Lease Records of Orange County,
       California.

37.    Oil and Gas Lease dated May 2, 1968 by and between Jerome
       Weinberg, Inc., as Lessor, and RK Summy, Inc., as Lessee,
       recorded in Book 8602, Page 510 of the Lease Records of Orange
       County, California.

38.    Oil and Gas Lease dated November 28, 1966 by and between
       Pauline V. Bayna Fordell, as Lessor, and RK Summy, Inc., as
       Lessee, recorded in Book 8137, Page 192 of the Lease Records of
       Orange County, California.

39.    Oil and Gas Lease dated November 28, 1966 by and between Doris
       Maussnest, as Lessor, and RK Summy, Inc., as Lessee, recorded in
       Book 8751, Page 739 of the Lease Records of Orange County,
       California.

40.    Oil and Gas Lease dated August 6, 1966 by and between Walter B.
       Morlock, as Lessor, and RK Summy, Inc., as Lessee, recorded in
       Book 8855, Page 870 of the Lease Records of Orange County,
       California.

41.    Oil and Gas Lease dated August 9, 1966 by and between Eustaquio
       A. Vega, as Lessor, and RK Summy, Inc., as Lessee, recorded in
       Book 8137, Page 174 of the Lease Records of Orange County,
       California.

42.    Oil and Gas Lease dated August 10, 1966 by and between theodore
       Sandoval, as Lessor, and RK Summy, Inc., as Lessee, recorded in
       Book 8137, Page 183 of the Lease Records of Orange County,
       California.

43.    Oil and Gas Lease dated August 10, 1966 by and between Esther
       Gonzales, as Lessor, and RK Summy, Inc., as Lessee, recorded in
       Book 8137, Page 280 of the Lease Records of Orange County,
       California.

44. Oil and Gas Lease dated August 11, 1966 by and between Fred John Yalas, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 200 of the Lease Records of Orange County, California.

45. Oil and Gas Lease dated August 12, 1966 by and between Apolinar Ramirez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 289 of the Lease Records of Orange County, California.

46. Oil and Gas Lease dated August 12, 1966 by and between Ladisio Recendez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 298 of the Lease Records of Orange County, California.

47. Oil and Gas Lease dated August 16, 1966 by and between E. R. Schmitt, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 307 of the Lease Records of Orange County, California.

48. Oil and Gas Lease dated August 18, 1966 by and between Family Plan Mortgage Company, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 316 of the Lease Records of Orange County, California.

49. Oil and Gas Lease dated August 19, 1966 by and between W. C. McCall, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 325 of the Lease Records of Orange County, California.

50. Oil and Gas Lease dated August 23, 1966 by and between Leo Harry Sad, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 459 of the Lease Records of Orange County, California.

51. Oil and Gas Lease dated August 26, 1966 by and between Mike G. Olivares, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 334 of the Lease Records of Orange County, California.

52. Oil and Gas Lease dated October 3, 1966 by and between Casimero R. Anguiana, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 343 of the Lease Records of Orange County, California.

53.    Oil and Gas Lease dated November 22, 1966 by and between
Bryan E. Gatewood, as Lessor, and RK Summy, Inc., as Lessee,
recorded in Book 8137, Page 467 of the Lease Records of Orange
County, California.

54.    Oil and Gas Lease dated November 22, 1966 by and between
Albert H. Rangel, as Lessor, and RK Summy, Inc., as Lessee,
recorded in Book 8137, Page 352 of the Lease Records of Orange
County, California.

55.    Oil and Gas Lease dated November 25, 1966 by and between
Bank of America, as Lessor, and RK Summy, Inc., as Lessee,
recorded in Book 8137, Page 361 of the Lease Records of Orange
County, California.

56.    Oil and Gas Lease dated November 27, 1966 by and between
Robert Flores, as Lessor, and RK Summy, Inc., as Lessee, recorded
in Book 8137, Page 370 of the Lease Records of Orange County,
California.

57.    Oil and Gas Lease dated September 15, 1927 by and between
Joseph Mondotte, as Lessor, and Continental Oil Company, as
Lessee, recorded in Book 96, Page 306 of the Lease Records of
Orange County, California.

58.    Oil and Gas Lease dated May 27, 1968 by and between Placentia
Unified School District, as Lessor, and RK Summy, Inc., as
Lessee, recorded in Book 8693, Page 883 of the Lease Records of
Orange County, California.

59.    Oil and Gas Lease dated January 31, 1955 by and between A. T. &
S. F Railway, as Lessor, and James Herley, as Lessee, recorded in
Book 3038, Page 443 of the Lease Records of Orange County,
California.

60.    Oil and Gas Lease dated June 22, 1967 by and between Hathaway
Company, as Lessor, and Superior Oil Company, as Lessee,
recorded in Book 8311, Page 118 of the Lease Records of Orange
County, California.

61.    Oil and Gas Lease dated August 28, 1968 by and between Stern
Realty Company, as Lessor, and Superior Oil Company, as Lessee,
recorded in Book 8720, Page 501 of the Lease Records of Orange
County, California.

62.    Oil and Gas Lease dated February 24, 1953 by and between Victor Lypps, as Lessor, and James Michelin, as Lessee, recorded in Book 2465, Page 371 of the Lease Records of Orange County, California.

63.    Oil and Gas Lease dated March 22, 1954 by and between Emory P. Francis, as Lessor, and James Michelin, as Lessee, recorded in Book 2694, Page 001 of the Lease Records of Orange County, California.

64.    Oil and Gas Lease dated May 29, 1940 by and between Walter E. Pyne, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1089, Page 591 of the Lease Records of Orange County, California.

65.    Oil and Gas Lease dated May 29, 1940 by and between Rudolph Wetzer, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1062, Page 529 of the Lease Records of Orange County, California.

66.    Oil and Gas Lease dated May 29, 1940 by and between Harry Helming, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1093, Page 361 of the Lease Records of Orange County, California.

67.    Oil and Gas Lease dated May 29, 1940 by and between Ellen C. Wauberg, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1094, Page 243 of the Lease Records of Orange County, California.

68.    Oil and Gas Lease dated October 1, 1919 by and between Walter E. Pyne, as Lessor, and National Bank & Trust Company, as Lessee, recorded in Book 13, Page 60 of the Lease Records of Orange County, California.

69.    Oil and Gas Lease dated November 16, 1967 by and between Jerome Weinberg, Inc., as Lessor, and Getty Oil Company, as Lessee, recorded in Book 8472, Page 592 of the Lease Records of Orange County, California.

70.    Oil and Gas Lease dated January 3, 1927 by and between Samuel P. Mullen, as Lessor, and General Petroleum, as Lessee, recorded in Book 1, Page 355 of the Lease Records of Orange County, California.

71.  Oil and Gas Lease dated April 20, 1927 by and between Chanslr-Canf. Midway Oil Company, as Lessor, and general Petroleum, as Lessee, recorded in Book 39, Page 247 of the Lease Records of Orange County, California.

72.  Oil and Gas Lease dated March 17, 1919 by and between Nick Hugo, as Lessor, and Oscar R. Howard, as Lessee, recorded in Book 9, Page 354 of the Lease Records of Orange County, California.

73.  Oil and Gas Lease dated October 1, 1945 by and between Stern Realty Company, as Lessor, and basin Oil Company, as Lessee, recorded in Book 1380, Page 179 of the Lease Records of Orange County, California.

WELL/PROPERTY NAME:    RICHFIELD EAST DOME UNIT

COUNTY:    ORANGE

STATE:    CALIFORNIA

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| G-312758 | Ricardo De Casas, et. Al | Hathaway Company | 6-22-50 | Lots 17, 18, 19, 20, 21, 22 23, 24, 00, 01, 02, 03, 04, 05 and 60. Assessor's Map No. 18 located in resub. portion Lot 38 Hazards Subdivision, Orange County, California. | |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| G-312731 | Lola M. Hathaway, et. al | Oscar R. Howard | 8-10-29 | Lots 40, 47, 48, 49, 50, 51 52, 53, 54, and 55. In Block "A" of Track No. 144, Richfield Garden Plant as shown on the map recorded in Book 12, page 3, Miscellaneous Maps, Records of Orange County, California | 592   329 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| G-312720 | Lucy A. Kammerer, et. Al | Hathaway Company | 3-8-54 | All that portion of lots 13 And 14, Block 35 of the Yorba Linda Track as per Map of said tract recorded in Book 5, pages 17 & 18 of Miscellaneous Maps, Records of Orange County, California, which lies Southerly of a line which is parallel to a point 300' equal distant from said South line of said Lots 13 and 14. Containing 4 acres, more or less in Orange County, California. | 2693   616 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| G-312717 | Joseph W. Johnson, et. Al | Amalgamated Oil Co. | 4-10-19 | Lots 1, 2, 13 and 14 Block 35 of the Yorba Linda Tract, as per map of said Tract recorded in Book 5 pages 17 & 18 of Miscellaneous Maps. Containing 20 acres, more or less' in Orange County, California. *Portions of this Lease have been released. | 10   90 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| G-312158 | Presson W. Thomson and Vera Thomson | Amalgamated Oil Co. | 4-30-19 | Lots, Block 31, Yorba Linda Track as shown on Map recorded in Book 5 Pages 17 and 18 of Misc. Maps. Containing 6.72, more or less in Orange County, California | 10  258 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| G-312727C | Emma J. Bayha, Individually and as Administratrix of the Estate of Erwin Bayha | Amalgamated Oil Co. | 5-17-19 | The South one-half of Lot Four (4), Block Thirty-One (31) and all of Lot Five (5), Block Thirty-One (31) of Yorba Linda Tract as per map recorded In book 5, pages 17 and 18, Miscellaneous Maps in the Office of the County Recorder of Orange County, reserving therefrom al rights of way over and through said premises, as the same are reserved in a deed from M.N. Newmark, et al., to Erwin Bayha and Emma J. Bayha, his wife, which said deed is dated the 27th day of May, 1913, and was, on the 19th day of June, 1913, | 10 355 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| G-312727KK. | Jerome Weinberg, Inc. | Getty Oil Company | 11-16-67 | That portion of Lot 5 on Block 31 of Yorba Linda Tract, in the County of Orange, State of California, as per map recorded in Book 5, Page 17 of Miscellaneous Maps in the office of the County Recorder of Orange County. Lying Northerly of the north line of the land described in the deed to the Orange County Flood Control District recorded May 22, 1984 In Book 7055 Page 424 of the official records of Orange County. | |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| G-312730 | El Danker, at ux | Hathaway Company | 9-9-57 | That portion of Lot 12 in block  4051 365 35 of the Yorba Linda Tract as shown on a map recorded in Book 5, pages 17 and 18 of Miscellaneous Maps, Records of Orange County, California described as follows: Beginning at the Northeasterly corner of that certain parcel of land in said Lot 12 conveyed to the Placentia-Richfield School District of Orange County by deed recorded December 2nd, 1919 in Book 348 page 28 of deeds; thence South 81° 02' 05" East 294.89 feet to a point on the Easterly Line of said lot 12; thence South 0°20' 05" East 380.64 feet along Easterly Line to a point on the center line of the Placentia-Yorba Road; thence North 82° 24' 05" West along the center line of said 294.13 feet to the south easterly corner of said parcel conveyed to the School District; thence North 0° 20' 05" West 367.77 feet along the Easterly Line of said parcel to the point of beginning | |

recorded in Book 237 of Deed at page 1 thereof, Records of Orange County, California.

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|---|
| 50339 | Olive Krug | M.P. Wallo | 4-26-19 | Lot 1, Block 32 and Lots 3 and 12, Block 35 Yorba Linda Tract. | 10 | 310 |
| | | | | Containing 21 acres, more or less in Orange County, California. | | |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|---|
| 50340 | George W. Issac, et ux | Petroleum Midway Company, Ltd. | 8-2-19 | The West 218.40 feet of Lot Two, Block 32 Yorba Linda Tract. | 11 | 198 |
| | | | | Containing 3.91 acres, more or less in Orange County, California. | | |

WELL/PROPERTY NAME:    RICHFIELD EAST DOME UNIT

COUNTY:    ORANGE

STATE:    CALIFORNIA

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| 50373A | Dr. S.W. Dove, et al. | Robert M. Shearer | 10-16-19 | See Below | 13    81 |

DESCRIPTION

Lots 4, 5, 6, 8, 9, 10, and 11 in Block Number Thirty-Five (35) of the Yorba Linda Tract as is shown on a map recorded in Book 5, pages 17 and 18 of Miscellaneous Maps of Orange County California and also a parcel of land described as follows:

Beginning at a point on the North line of Lot Number Seven (7) in Block Number Thirty-Five of said Yorba Linda Tract Thirty (30) feet east from the North-west corner of said Lot: thence running South to the South-west corner of said Lot: thence Northerly along the West line of said Lot to the North-west corner thereof; thence Easterly to the point of beginning; also

A tract of land described as follows, to with Commencing at a point 620.7 feet South 5 degrees 30 minutes East of the North-east corner of the tract of first class lands set apart to Trinidad Yorba by decree of partition of the Rancho Canon de Santa Ana file in Case No. 1978 of the District Court of the 17th Judicial District of the State of California. In and for the County of Los Angeles, running thence South 70 degrees 30 minutes East 17.25 feet; thereon South 2 degrees 5 minutes East 277.40 feet; thence North 5 degrees 30 minutes West 282 feet to the point of beginning; also

Lot Number Seven (7) in Block Thirty-Five (35), of the Yorba Linda Tract, as appears on a map thereof recorded in book 8, pages 17 and 18 of Miscellaneous Maps of Orange County, California, subject to the covenants, conditions, reservations, and restrictions contained in the deed from M.N. Newmark, et al to H. W. DeBerry, recorded in Book 219, page 159 of Deeds, records of Orange County, California, also subject to an easement over the West 20 feet for a private road as provided in the deed From W.H. DeBerry to Wade H.Antle, recorded in Book 293 page 284 of Deeds, records of Orange County, California; also

Commencing at a point 48.25 feet North 77 degrees 49 minutes East and 303.9 feet South 2 degrees 5 minutes East of the North-East corner of the tract of first class land set apart to Trinidad Yorba by a decree of partition of the Rancho Canon de Santa Ana filed in Case No. 1978 of the

District Court of the 17th Judicial District of the State of California, in and for the County of Los Angeles, running thence South 2 degrees 5 minutes East 225.1 feet to a point; thence North 78 degrees 33 minutes West 17.25 feet to a point thence North 5 degrees 30 minutes West 229.09 feet to a point; thence Easterly 31.25 feet to the point of beginning; also

Those certain Lots, places and parcels of land situated lying and being in the Rancho de Santa Ana, in the County of Orange, State of California, and particularly described as follows, to wit:
Commencing at the North-east corner of Trinidad Yorba's first class land, thence North 78 degrees East 11.88 chains; thence South 5 ¾ degrees West 18.84 chains; thence North 84 ¼ degrees West 8.56 chains, North 5 1/2° West 15.66 chains to the point of beginning; subject to a release from damages by reason of the construction and operation of its railroad in the street or county road fronting the above described property, as given to the Riverside, Santa Ana and Los Angeles Railway Company and shown on page 583 of Book 178 of Deeds, Records of Los Angeles County, California; also

Beginning at a point 802.7 feet South 5 degrees 30 minutes East of the North-east corner of the tract of first class land set apart to Trinidad Yorba by a decree of partition of the Rancho Canon de Santa Ana filed in Case No. 1978 of the District Court of the 17th Judicial District of the State of California, in and for the County of Los Angeles, running thence South 2 degrees 5 minutes East 230.84 feet; thence South 84 degrees 25 minutes East 14 feet; thence North 5 degrees 30 minutes West 233.14 feet to the point of beginning; also

Beginning at the North-east corner of the tract of first class land set apart to Trinidad Yorba by decree in partition in the Rancho de Santa Ana filed in Case No. 1978 of the District Court of the 17th Judicial District in the State of California, in and for the County of Los Angeles, running thence North 77 degrees 49 minutes East 48.25 feet to a point; thence South 2 degrees 5 minutes East 303.9 feet to a point; thence North 77 degrees 58 minutes West 31.25 feet to a point; thence North 5 degrees 30 minutes West to the point of beginning.  Reserving therefrom the right of way for necessary water ditches; also

Beginning at a point in the North line of the land conveyed by R.T. Davies, to A.J. Koch, by deed recorded in Book 76, page 304 of Deeds, records of Orange County, California, said point being North 77 degrees 39 minutes East 48.25 feet from the North-east corner of Trinidad Yorba first class land ( said corner marked by a 2' X 4" stake); thence North 77 degrees 39 minutes East 733.80 feet to the North-east corner of said tract conveyed by A.J. Koch thence South 8 degrees 58 minutes 30 seconds West 477.83 feet along the Easterly line of said tract of A.J. Koch; thence North 84 degrees 29 minutes 30 seconds West 660.82 feet to the Easterly line of the land conveyed by A.J. Koch and wife to William DeBerry by Deed recorded in book 254 page 175 of Deeds, Records of Orange County, California; thence North 2 degrees 5 minutes West 255.02 feet along the East line of said tract conveyed to William DeBerry to the point of beginning.

Lot number Four (4) in Block Number Thirty-three (33) of the Yorba Linda Tract as appears on a map recorded in book 5, page 17 and 18 of Miscellaneous Maps Records of Orange County, California subject to the reservations in a Deed from M.N. Newmark et. Al to Martin Hyuarte, Recorded in book 220, page 284 of Deeds, records of said Orange County, California.

WELL/PROPERTY NAME:   RICHFIELD EAST DOME UNIT

COUNTY:   ORANGE

STATE:   CALIFORNIA

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| 50373C | Norman T. Boisseranc, a minor | Robert M. Shearer | 3-30-20 | Lots number five (5) and ten (10) in Block 35, of the Yorba Linda Tract: as appears on a map Recorded in Book 5, pages 17 and 18 of Miscellaneous Maps, records of Orange County, California. | 04-08-21 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| 252481 | Avalon A. Adams, Trustee | Texaco Inc. | 6-26-71 | Tract 70: in Block 32 of the Yorba Linda Tract, As shown on map recorded in Book 5, pages 17 and 18 of Miscellaneous Maps, Records of Orange County, California; Except the West 219.40 feet thereof, Containing 5.004 acres, more or less. | 9701  284 |

*This lease provides for limited surface and subsurface use.

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| 252998 | Ivan Collier, et ux | Texaco, Inc. | 10-1-72 | See Below | 10412   787 |

DESCRIPTION

All that certain land situated in the State of California, County of Orange, Rancho Canon de Santa Ana, described as follows:

Lots 22 and 23 of Tract No. 67, as shown on a Map recorded in book 10, page 9 of Miscellaneous Maps, records of Orange County, California.

Excepting from Lot 22 that portion lying Southerly of a line parallel with and 51,000 feet Northerly of the following described line:

Beginning at a point in the center line of Van Buren Street (59,000 feet wide) distant along said center line 0 degrees  22′ 44″ East 5.72 feet from the intersection of said center line with the center line of Orangethorpe Avenue, as said intersection is shown in Orange County Surveyor's Book A/3-9, page 475 on file in the office of the Orange County Surveyor; thence South 82 degrees 16 feet 46 inches East 1830.05 feet to a point in the center line of Richfield Road (50.00 feet wide), distant along said center line North 0 degrees 20 feet 24 inches West 19.19 feet from the intersection of said center line of Richfield Road with the center line of said Orangethorpe Avenue as said intersection is shown in Orange County Surveyor's Book A/3-9, page 477 on file in the office of the Orange County Surveyor.

Also excepting from Lot 22 that portion described as follows:

Beginning at the intersection of the Northerly line of Parcel No. 127 described in a deed to the County of Orange, recorded January 15, 1909 in Book 8845, Page 667 of Official Records with the Easterly right of way line of Lincoln Street (80.00 feet wide); thence North 0 degrees 14 feet 18 inches East along said Easterly line 28.00 feet; thence South 41 degrees 01 feet 16 inches East along said Easterly line 28.00 feet; thence South thence South 41 degrees 01 feet 16 inches East 42.10 feet to a point in said Northerly line distant

South 82 degrees 16 feet 45' inches East 28.00 feet from the point of beginning; thence North 82 degrees 16 feet 45 inches West along said Northerly line 28.00 feet to the point of beginning.

Also excepting the right to explore for, drill for produce extract and take oil, gas or other hydrocarbons from all depths lying above 3800 feet below the surface of the land.

WELL/PROPERTY NAME:    RICHFIELD EAST DOME UNIT

COUNTY:    ORANGE

STATE:    CALIFORNIA

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| 252480 | Norman Boisseranc, et ux | Texaco, Inc. | 3-1-71 | That portion of Lot 5, Block 35 Yorba Linda Tract, per map in Book 5, Of Miscellaneous Maps, Pages 17-18 records for Orange County, described as Follows: | 9701  381 |
| | | | | Beginning at the Northwest corner of Said Lot 5; thence Southerly along The West line of said Lot to the Southwest corner of said Lot, thence Easterly along the South line of said Lot, 182.82 feet; thence North 0°28' 40" Parallel to the West line of 171.78 feet; thence North 89° 28' 20" East, 303.27 feet the east line of | |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK PAGE |
|---|---|---|---|---|---|
| 252888 | Frederick D. Thomson and Louise Dowlen Thomson | Getty Oil Co. | 2-9-71 | That portion of Lot 6, Block 31 of Yorba Linda Tract, as said tract is shown on A map recorded in Book 5, Page 17, Miscellaneous Maps, Records of Orange County, California describes as follows:<br><br>Beginning at the Southwest corner of said Lot 6, thence North, along the West line of said Lot, 190.00 feet; thence East, parallel to the Northline of said Lot, 197.00 feet; thence South, parallel to the West line of said Lot, 255.78 feet, more or less, to the South line of Lot 6 to the point of beginning. | 10368 53 |

said Lot; thence Northerly along the east line of said Lot to the Northeast corner of said Lot; thence Westerly along the North line of said Lot to the point of beginning, containing 3.82 acres, more or less.

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| 50373III | Janet K. Ganong, Executrix of the estate Of Myrtle B. Koch, deceased | Texaco, Inc. | 12-31-71 | *See Below | 11056  147 |

DESCRIPTION

Tract 1

A portion of Lot 7, Block 38, of the Yorba Linda Tract, as shown on a map recorded in Book 5, Pages 17 and 18 of Miscellaneous Maps records of Orange County, California.

A strip of land 20 feet in width, the Easterly line thereof being parallel with, and 20 feet Easterly of the West line, of said Lot 7, described as follows:

Beginning at the Northwest corner of said Lot 7, also being the center line of Orchard Drive; thence Southerly along the West line of said Lot 7, 155.00 feet; thence Easterly at right angles 20 feet; thence Northerly to to the center line of said Orchard Drive; thence Westerly along the said center line to the point of beginning, EXCEPTING THERFROM that portion lying within Orchard Drive.

A strip of land 20 feet in width, the center line being described as follows:

Beginning at a point on the West line of said Lot 7, said point being South 4° 40′ 30″ West, 141 feet from the Northwest corner of said Lot 7, also being on the center line of Orchard Drive; thence South 85° 30′ East 25.00 feet, thence South 77° 20′ East to the Westerly

right of way line of Lakeview Avenue, as shown on Shoot 2 of Orange County Road Department Survey  Division Right of Way Map No. Z-17, C.8. No. 2340; Records of Orange County.

That portion of Lot 7, included within the circumference of a circle having a radius of 100 feet; the center of said circle being the center of Rich-Cons.  Well No. 5 the center of said well Well N. 6 being South 4° 40' 30" East, 138.54 feet along the West Line of said Lot 7, from the Northwest corner of said Lot 7; thence at right angles South 85° 19' 30" West 65.11 feet..

Tract 2:

A strip of land 20 feet in width, the center line described as follows:

Beginning at a point in the Easterly line of the above Parcel, said point being 10.00 feet Southerly measured at right angles from the said South line of Lot 4; thence parallel with the said South line of Lot 4, South 76° 43' 20" West 450.80 feet; thence South 48° 47' 30" West, 349.50 feet; thence North 77° 20' West to said Easterly Right of Way Line of Lakeview Avenue.

Tract 3:

A strip of land 20 feet in width, the center line described as follows:

Beginning at a point in the Southerly line of said Lot 4, South 78° 43' 20" West 307.00 feet from the Northeast corner of Parcel 1; thence South 13° 18' 40" East at right angles 95.00 feet, thence South 4° 19' West in a direct line to the center of Rich-Cons. Well No. 10.

Exhibit A - Page 35

WELL/PROPERTY NAME:  RICHFIELD EAST DOME UNIT

COUNTY:  ORANGE

STATE:  CALIFORNIA

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK | PAGE | RECORDED |
|---|---|---|---|---|---|---|---|
| Richards Community | Richard Fletcher Evans, et. Al. | Standard Oil Company Of California | 08-24-43 | Lots in Block 33 of Yorba Linda Tract as shown on A map recorded in Book 5, Pages 17 and 18 of Misc. Maps, Records of Orange County, CA. As further described in lease dated 08/24/43 in Book 1229, Page 271, recorded 02/18/44 of Official Records in the Office of the County Recorder in the County of Orange. | 1229 | 271 | |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | BOOK/PAGE |
|---|---|---|---|---|---|
| Phillips Community | Benoit Oxandabourne, et al | Standard Oil Company Of California. | 04/25/62 | Lot in Block 33, of the Yorba Linda Tract as shown on a Map recorded in Book 5, Pages 17 and 18 of Misc. Maps, Records of Orange County, CA. As further described in lease dated 04/25/62 of Official Records in the office of the County Recorder in the County of Orange. | 8139  014 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| Phillips Community | Ralph A. Phillips, et al | Standard Oil Company Of California. | 04-25-62 | This portion of Lot 1 in Block 33 of Yorba Linda Tract as show on a map recorded in Book 5, Pages 17 and 18 of Misc. Maps Records of Orange County, CA. As further described in lease dated 4/25/62 in Book 8139, Page 015, recorded 08/08/62 of Official Records in the office of the County Recorder in the County of Orange. | 8139  015 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|---|---|---|---|---|---|
| Phillips Community | Lilah O. Nichols, et al | Standard Oil Company Of California. | 04/25/62 | Lot 1 in Block 33, of Yorba Linda Tract as shown on A map recorded in Book 5, Pages 17 and 18 of Misc. Maps Records of Orange County, CA. described as follows:  As further described in lease dated 04/25/62 in Book 8139, Page 027, recorded 08/08/62 of official Records in the office of the County Recorder in the County of Orange. | 8139    027 |
| Phillips Community 028 | Lilah O. Nichols, et al | Standard Oil Company Of California. | 04-25-62 | That portion of Lot 1 in  Block  8139  33 of Yorba Linda Tract as Shown on a map recorded in Book 5, Pages 17 and 18 of Misc. Maps Records of Orange County, CA. described as follows:  As further described in lease dated 04/25/62 in Book 8139, Page 028 recorded 08/08/62 of Official Records in the Office of the County Recorder in the County of Orange. | |
| Phillips Community | David C. Bright William C. Bright | Standard Oil Company Of California. | 04-25-62 | Lot 1 in Block 33 of the Yorba Linda Tract as Shown on a map recorded In Book 5, Pages 17 and 18 Of Misc. Maps, records of Orange County, CA. As further described in lease dated 04/25/62 in Book 8139, page 04², recorded 08/08/62 of Official Records in the Office of the County Recorder in the County of Orange. | 8139    042 |

| LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|--------|--------|------|-------------|--------------------|
| Phillips Community | | | | |
| Charles F. Ahline | Standard Oil Company Of California. | 04/25/62 | Lot 1 in Block 33 of the Yorba Linda Tract as Shown on a map recorded In Book 5, pages 17 and 18 of Misc. Maps records of Orange County, CA. As further described in lease dated 04/25/62 in book 8217, Page 383, recorded 08/17/62 of Official Records in the Office of the County Recorder in the County of Orange. | 6217  383 |

LEASE NUMBER

| LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|--------|--------|------|-------------|--------------------|
| Phillips Community | | | | |
| Charles F. Ahline | Standard Oil Company Of California. | 04/25/62 | That portion of Lot 1 in Block 33 of Yorba Linda Tract as shown on a map Recorded in Book 5, pages 17 And 18 of Misc. Maps, records Of Orange County, CA. As further described in lease Dated 04/25/62 in Book 8217, Page 384, recorded 08/17/62 of Official Records in the Office of the County Recorder in the County of Orange. | 8217  384 |

WELL/PROPERTY NAME:  RICHFIELD EAST DOME UNIT

COUNTY:   ORANGE

STATE:   CALIFORNIA

| LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK/PAGE |
|--------|--------|------|-------------|--------------------|
| Edwards Community | | | | |
| Charles L. Wilson | Standard Oil Company Of California. | 8-24-44 | Lot 2 in Block 33 of Yorba Linda Tract as Shown on a map recorded In Book 5, Pages 17 and 18 Of Misc. Maps records of Orange County, CA. | 1251  532 |

LEASE NUMBER

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|---|
| Edwards Community | J.D. Kenner | Standard Oil Company Of California. | 08-24-44 | Lot 2 in Block 33 of Yorba Linda Tract as Shown on a map recorded In Book 5, Pages 17 and 18 Of Misc. Maps records of Orange County, CA. | 1258 | 458 |
| Edwards Community | Thomas Bradford McMurtrey | Standard Oil Company Of California. | 08-24-44 | Lot 2 in Block 33 of Yorba Linda Tract as Shown on a map recorded In Book 5, Pages 17 and 18 Of Misc. Maps records of Orange County, CA. | 1261 | 101 |
| Edwards Community | G.W. Wells, et al | Standard Oil Company Of California. | 08-24-44 | Lot 2 in Block 33 of Yorba Linda Tract as Shown on a map recorded In Book 5, Pages 17 and 18 Of Misc. Maps records of Orange County, CA. | 1261 | 110 |
| Edwards Community | Bertie Domann, et al | Standard Oil Company Of California. | 08-24-44 | Lot 2 in Block 33 of Yorba Linda Tract as Shown on a map recorded In Book 5, Pages 17 and 18 Of Misc. Maps records of Orange County, CA. | 1261 | 110 |
| Individual | Anaheim Union Water Co. | Standard Oil Company Of California. | 02-10-26 | As further described in Lease dated 02/10/26 in Book 0057, page 081 recorded 03/12/26 of Official Records in the Office of the County Recorder In the County of Orange. | 0057 | 081 |
| Individual | Rosa Yorba Locke Herman F. Locke | Charles A. Jon and Joe Crall | 06-02-26 | These certain portions of the M. Yorba Homestead as shown On a map of partition of the | 0059 | 084 |

| Individual | | | | M. Yorba estate filed in Book 1, Page 27, of Licensed Surveyor's Map records of Orange County, California described as follows: As further described in lease dated 06/02/26 in book 0059, page 084 recorded 06/21/26 of Official Records in the Office of the County Recorder in the County of Orange. |

| | Laurie Vejar, et al | Standard Oil Company Of California. | 02-01-26 | As further described in lease  0059  317 Dated 02/01/26 in book 0059, Page 317 recorded 08/04/26 of Official Records in the Office of The County Recorder in the County Of Orange. |

## RICHFIELD EAST DOME UNIT

WELL/PROPERTY NAME:

COUNTY:      ORANGE

STATE:      CALIFORNIA

| LEASE NUMBER | LESSOR | LESSEE | DATE | DESCRIPTION | RECORDED BOOKPAGE |
|---|---|---|---|---|---|
| Individual | Anaheim Union Water Co. | Standard Oil Co. Of California. | 03-15-43 | That certain parcel of Situated in Orange County, CA as shown on A map of survey of Yorba Resevoir and parts of Yorba Linda Tract included therein Recorded in Book ____, page 8 Of Misc. Maps Records of said Orange County described as follows: | 1193    087 |

| LEASE NUMBER | LESSOR | LESSEE | DATE | RECORDED BOOK/PAGE | DESCRIPTION |
|---|---|---|---|---|---|
| Individual | Adolf Schoepe Martha Virginia Schoepe | Standard Oil Co. of California | 04-01-65 | 7520  832 | All that certain real property situated in the Rancho Canon De Santa Ana County of Orange, State of CA described as follows: As further described in lease dated 04/01/65 in Book 7520, Page 832 recorded 05/14/65 of Official Records in the Office of the County Recorder in the County of Orange.  As further described in lease dated 03-15-43 in Book 1193, page 087 recorded 05/21/43 of Official Records in the office of the County Recorder in the County of Orange. |
| Individual | Adolf Schoepe Martha Virginia Schoepe | Standard Oil Co. of California. | 05-22-67 | 8317  176 | Those certain portions of The M. Yorba Homestead As shown on a map of the Partition of the M. Yorba Estate Filed in Book 1, Page 27 of Licensed Surveyor's Map Records of Orange County, CA described as follows: As further described in lease dated 05/22/67 in Book 8371, Page 176 recorded 07/20/67 of Official Records in the Office of the County Recorder in the County of Orange. |

| Lessor | Date Of Lease | Original Lessee | Recorded Book/Page Orange County | REDU Tract# |
|---|---|---|---|---|
| Ricardo De Casas | 06/22/50 | Hathaway Co. | 2044 / 379 | |
| Lola M. Hathaway | 08/10/29 | Oscar R. Howard | 592 / 329 | 48 |
| Lucy A. Kammerer | 03/08/54 | Hathaway Co. | 2093/ 616 | 58 |
| Joseph W. Johnson | 04/10/19 | Amalgamated Oil | 10 / 90 | 58 |
| P.W. & V.B. Thomson | 04/30/19 | Amalgamated Oil | 10 / 258 | 59 |
| Emma J. Bayha | 05/17/19 | Amalgamated Oil | 10 / 355 | 60A |
| Jerome Weinberg, Inc. | 11/16/67 | Getty Oil, Inc. | 8472 / 592 | 60A |
| E.L. Danker | 09/09/57 | Hathaway Co. | 4051 / 365 | 65 |
| Olive Krug | 04/26/19 | M.P. Waite | 10 / 310 | 63 |
| George W. Issac | 08/02/19 | Petro Midway Co. | 11 / 198 | 64 |
| Dr. SW Dove et al | 10/16/19 | Robert M. Shearer | 13 / 81 | 69 |
| Norman T. Boisseranc | 03/30/20 | Robert M. Shearer (Lots 5 & 10 of Block 35 of Yorba Linda Tract as shown in Book 5, Pages 17 & 18 of Miscel. Maps, Orange County, CA.) | | 69 |

2

| Lessor | Date Of Lease | Original Lessee | Recorded Book/Page Orange County | REDU Tract# |
|---|---|---|---|---|
| Avalon A. Adams, Trste | 06/26/71 | Texaco | 9701 / 284 | 70 |
| Avalon A. Adams, Trste | 06/26/71 | Texaco | 9701 / 307 | 72-2 |
| Ivan Collier | 10/01/72 | Texaco | 10412 / 787 | 47 |
| Norman Boiseranc | 03/01/71 | Texaco | 9701 / 381 | 69 |
| F.D. & L.D. Thomson | 02/09/71 | Getty Oil Co. | 10368 / 53 | 59 |
| J.K. Ganong (Koch Est) | 12/31/71 | Texaco | 11056 / 147 | 69 |
| Agnes E. Schlacter | 10/04/27 | Conoco | 95 / 241 | 43 |
| Gerardo R. Navarro | 07/25/21 | Sam P. Mullen | 27 / 43 | 44 |
| Chansolor-Canfield Midway Oil | 12/31/28 | Conoco | Ptns. Of Lots 1-10, 16-27, inclusive Blk 23 of Richfield Townsite, map thereof recorded June 15, 1888 in Book 31, Page 61, Los Angeles County. | |
| E. Walter Payne | 10/01/19 | Nat'l Bank & Trst. | 18 / 64 | 48 |
| E. Walter Payne | 01/06/20 | Harrington-Dumas | 12 / 294 | 50 |
| E.P. Francis | 07/30/61 | State Explor. Co. | 2412 / 272 | 51 |

| Lessor | Date Of Lease | Original Lessee | Recorded Book/Page Orange County | REDU Tract# |
|---|---|---|---|---|
| Margaret M. Lee | 01/29/52 | State Explor. Co. | 2412 / 266 | 52 |
| Stern Realty Co. | 05/01/51 | State Explor. Co. | 2413 / 75 | 53 |
| Stern Realty Co. | 05/01/51 | State Explor. Co. | 2413 / 75 | 55 |
| Stern Realty Co. | 0/18/53 | State Explor. Co. | 2617 / 351 | 56 |
| Katherine Yarnell | 04/10/28 | Merchants Petro. | 158 / 1 | 61 |
| Stern Realty Co. | 08/30/29 | Jimsco Oil Co. | 308 / 324 | 64 |
| Cloyd Laibe et al | 11/01/65 | Union Oil Co. | 8287 / 250: 8305 / 96 | |
| Merchants Petroleum Co. | 06/20/28 | Union Oil Co. | 172 / 233 | 23 |
| Stern Realty | 11/01/18 | Union Oil Co. | 7 / 185 | 4 |
| California Trust Co. | 08/27/54 | Arrowhead Oil Co. | 7407 / 285 | 41 |
| A. Wardman et ux | 01/04/19 | F.M. Shelby | 9 / 240 | 62 |
| John S. Zuckerman et ux | 07/12/29 | Bradford Bros., Inc. | 295 / 80 | 4 |

4

| Lessor | Date Of Lease | Original Lessee | Recorded Book/Page Orange County | REDU Tract# |
|---|---|---|---|---|
| E. Walter Payne | 05/29/40 | Chiksan Oil Co. | 1089 / 591 | 49 |
| Stern Realty Co. | 10/01/45 | Basin Oil Co. | 1380 / 179 | 65 |

## RICHFIELD EAST DOME UNIT 52007

Land Description:

Township 3 South, Range 9 West,
Covering portions of Sections 27, 28, 29, 32, 33 and 34
Containing 568.00 gross acres,
Ominex Petroleum, Inc. 129.9 net acres

Leases:

| Lease Date | Lessor | Lessee | Recorded Book/Page | |
|---|---|---|---|---|
| 11/18/26 | Martin Etchandy | A.J. Delaney | 19 | 31 |
| 8/3/28 | Martin Etchandy | Superior Oil Co. | 187 | 109 |
| 5/29/29 | Lillian & Jesson | Superior Oil Co. | 275 | 389 |
| 7/5/28 | John H. Mosley, Et Ux | Superior Oil Co. | 250 | 419 |
| 6/25/28 | E. Walter Pyne | Superior Oil Co. | 174 | 298 |
| 10/7/53 | Stern Realty Co. | Superior Oil Co. | 2607 | 335 |
| 12/4/66 | Porfirio E. Duarte, Et Ux | R.K. Sunny, Inc. | 8137 | 502 |

2

| Lease Date | Lessor | Lessee | Recorded Book/Page | |
|---|---|---|---|---|
| 12/4/66 | Antonio C. Hernandez, Et Ux | R.K. Sunny, Inc. | 8137 | 379 |
| 12/4/66 | Manuel Pinedo, Et Ux | R.K. Sunny, Inc. | 8137 | 388 |
| 12/3/66 | Ramon P. Tovar | R.K. Sunny, Inc. | 8137 | 397 |
| 12/1/66 | Rudolf Garcia | R.K. Sunny, Inc. | 8137 | 405 |
| 12/3/66 | Louis Vargas, Et Ux | R.K. Sunny, Inc. | 8137 | 415 |
| 12/10/66 | Rudolph L. Arias, Et Ux | R.K. Sunny, Inc. | 8137 | 493 |
| 12/10/66 | Alexander Jimenez, Et Ux | R.K. Sunny, Inc. | 8137 | 475 |
| 2/3/37 | John H. Wents | A.D. Mitchell | 888 | 151 |
| 12/19/66 | J.G. Joseph, Et Ux | R.K. Sunny, Inc. | 8137 | 424 |
| 12/15/66 | Phineas Solomon, Et Ux | R.K. Sunny, Inc. | 8137 | 484 |
| 12/21/66 | Violet Ellen Buckmaster | R.K. Sunny, Inc. | 8137 | 433 |
| 12/22/66 | Patricia Alexander Waldworth | R.K. Sunny, Inc. | 8137 | 442 |
| 12/29/65 | Lupe Vasquez | R.K. Sunny, Inc. | 8156 | 853 |

3

| Lease Date | Lessor | Lessee | Recorded Book/Page | |
|---|---|---|---|---|
| 1/9/67 | Roman Catholic Archbishop of Los Angeles | R.K. Sunny, Inc. | 8159 | 313 |
| 1/7/67 | James R. Roberts, Et Ux | R.K. Sunny, Inc. | 8155 | 396 |
| 1/13/67 | Freda Joseph | R.K. Sunny, Inc. | 8175 | 248 |
| 2/16/67 | May H. Morrison | R.K. Sunny, Inc. | 8190 | 553 |
| 2/20/67 | Gordon Boller | Superior Oil Inc. | 8244 | 316 |
| 2/23/67 | Jean E. Hathaway | R.K. Sunny, Inc. | 8190 | 545 |
| 4/10/67 | Harold F. Taylor, Et Ux | Superior Oil, Inc. | 8311 | 2 |
| 4/10/67 | Roy E. Scott | Superior Oil Inc. | 8310 | 987 |
| 4/10/67 | John C. Scott, Et Ux | Superior Oil Inc. | 8336 | 418 |
| 7/29/66 | Phyllis H. Mirelez | R.K. Sunny, Inc. | 8137 | 272 |
| 7/27/66 | Joe Martinez, Et Ux | R.K. Sunny, Inc. | 8137 | 263 |
| 7/25/66 | Efrain G. Savala, Et Ux | R.K. Sunny, Inc. | 8137 | 254 |
| 7/28/66 | Sahag Porraz | R.K. Sunny, Inc. | 8137 | 245 |

4

| Lease Date | Lessor | Lessee | Recorded Book/Page | |
|---|---|---|---|---|
| 8/1/66 | Antonio Moreno, Et Ux | R.K. Sunny, Inc. | 8137 | 236 |
| 8/1/66 | Louis O. Dorado, Jr. Et Ux | R.K. Sunny, Inc. | 8137 | 227 |
| 8/2/66 | Helen V. Mirelez, Etvir | R.K. Sunny, Inc. | 8137 | 218 |
| 8/3/66 | E.W. Naess, Et Ux | R.K. Sunny, Inc. | 8137 | 210 |
| 5/2/68 | Jerome Weinberg, Inc. | R.K. Sunny, Inc. | 8602 | 510 |
| 11/28/66 | Pauline Virginia Bayha Fordell | R.K. Sunny, Inc. | 8137 | 192 |
| 11/28/66 | Doris Maussnest | R.K. Sunny, Inc. | 8751 | 799 |
| 8/6/66 | Walter B. Morlock | R.K. Sunny, Inc. | 8855 | 870 |
| 8/9/66 | Eustaquio Agustin Vega, Et al | R.K. Sunny, Inc. | 8137 | 174 |
| 8/10/66 | Theodore Sandoval, Et Ux | R.K. Sunny, Inc. | 8137 | 183 |
| 8/10/66 | Esther Gonzales | R.K. Sunny, Inc. | 8137 | 280 |
| 8/11/66 | Fred John Yslas, Et Ux | R.K. Sunny, Inc. | 8137 | 200 |
| 8/12/66 | Apolinar Ramirez, Et Ux | R.K. Sunny, Inc. | 8137 | 289 |

5

| Lease Date | Lessor | Lessee | Recorded Book/Page | |
|---|---|---|---|---|
| 8/12/66 | Ladislo Recendez | R.K. Sunny, Inc. | 8137 | 298 |
| 8/16/66 | E.R. Schmitt | R.K. Sunny, Inc. | 8137 | 307 |
| 8/18/66 | Family Plan Mortgage Co. | R.K. Sunny, Inc. | 8137 | 316 |
| 8/19/66 | W C McCall | R.K. Sunny, Inc. | 8137 | 325 |
| 8/23/66 | Lao Harry Badd, Et Ux | R.K. Sunny, Inc. | 8137 | 458 |
| 8/26/66 | Mike G. Oliveraz, Et Ux | R.K. Sunny, Inc. | 8137 | 334 |
| 10/3/66 | Casimaro R. Anguiana | R.K. Sunny, Inc. | 8137 | 343 |
| 11/22/66 | Bryan E. Gatewood, Et Ux | R.K. Sunny, Inc. | 8137 | 467 |
| 11/22/66 | Albert H. Rangel, Et Ux | R.K. Sunny, Inc. | 8137 | 352 |
| 11/28/68 | Bank of America | R.K. Sunny, Inc. | 8137 | 361 |
| 11/27/66 | Robert Flores | R.K. Sunny, Inc. | 8137 | 370 |
| 9/15/27 | Joseph Mendotta | Continental Oil Co. | 96 | 306 |
| 5/27/68 | Placentia Unified School District | R.K. Sunny, Inc. | 8893 | 883 |

6

| Lease Date | Lessor | Lessee | Recorded Book/Page | |
|---|---|---|---|---|
| 1/31/53 | Atchison, Topeka & Santa Fe Railway Co. | James Harley | 3038 | 443 |
| 6/22/67 | Hathaway Co. | Superior Oil Co. | 8311 | 188 |
| 8/23/68 | Stern Realty, Co. | Superior Oil Co. | 8270 | 501 |
| 2/24/53 | Victor Lypps, Et Ux | James Michelin | 2465 | 371 |
| 3/22/54 | Emory P. Francis | James Michelin | 2694 | 1 |
| 5/29/40 | Walter E. Pyne | Chiksan Oil Co. LTD | 1089 | 591 |
| | | | 1062 | 529 |
| | | | 1093 | 361 |
| | | | 1094 | 243 |
| | | | 1102 | 549 |
| 10/1/19 | Walter E. Pyne | National Bank & Trust | 13 | 60 |
| 11/16/67 | Jerome Weinberg, Inc. | Getty Oil Co. | 8472 | 592 |
| 1/3/27 | Samuel P. Mullen, Et Ux | General Petroleum | 1 | 355 |
| 4/20/27 | Chanslor-Canfield Midway Oil Co. | General Petroleum | 39 | 247 |

7

| Lease Date | Lessor | Lessee | Recorded Book/Page |
|---|---|---|---|
| 3/17/19 | Nick Eugo, Et Ux | Oscar R. Howard | 9    354 |
| 10/1/45 | Stern Realty Co. | Basin Oil Co. | 1380   179 |

Mineral Deed dated 10/1/90, Mobil Exploration & Production North America, Inc.  Grantor, Omimer Petroleum, Inc., Grantee, recorded Official Records as document no. 91-100760.

**Richfield East Dome Unit**
**Orange County, California**

Richfield East Dome Unit
568 acres Unitized in Section 27, 28, 29, 32, 33, and 34 of T-3-S, R-9-W

MINERAL LEASES

| | |
|---|---|
| Lessor: | Richards Fletcher Evans, Rosa B. Evans. Marion S. Flippen, Anna M. Richards, Eliza Travis Flippen, Wade H. Flippen, Jeannette Flippen, Edith H. Flippen |
| Dated: | August 24, 1943 |
| Recorded: | V1229/P271 |

| | |
|---|---|
| Lessor: | Benoit Oxandabourne, Gracreuse Oxandbourne, Ralph A. Phillips, Frances L. Phillips, Gertrude D. Wilson |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P014 |

| | |
|---|---|
| Lessor: | Ralph A. Phillips, Frances L. Phillips, Gertrude D. Wilson |
| Dated: | 25, 1962 |
| Recorded: | V6139/P015 |

| | |
|---|---|
| Lessor: | Lilah O. Nicchols, Frank H. Nichols, Clara Wells Lambert, Leta W. Abbot |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P027 |

| | |
|---|---|
| Lessor: | Lilah O. Nicchols, Frank H. Nichols, Clara Wells Lambert, Leta W. Abbot |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P028 |

| | |
|---|---|
| Lessor: | David C. Bright, William C. Bright |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P042 |

| | |
|---|---|
| Lessor: | Charles F. Ahline |
| Dated: | April 25, 1962 |
| Recorded: | V6217/P383 |

| | |
|---|---|
| Lessor: | Charles F. Ahline |
| Dated: | April 25, 1962 |
| Recorded: | V6217/P384 |

| | |
|---|---|
| Lessor: | Charles L. Wilson, Hermine Lucy Jenkins |
| Dated: | September 24, 1944 |
| Recorded: | V1251/P532 |

1

| | |
|---|---|
| Lessor: | J.D. Kenner, Crystal M. Kenner |
| Dated: | September 24, 1944 |
| Recorded: | V1258/P458 |

| | |
|---|---|
| Lessor: | Thomas Bradford McMurtrey |
| Dated: | September 24, 1944 |
| Recorded: | V1261/P101 |

| | |
|---|---|
| Lessor: | G.W. Wells, Clara L. Wells, D.H. Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Earl M. Bright, Ralph A. Phillips, Frances L. Phillips |
| Dated: | September 24, 1944 |
| Recorded: | V1261/P110 |

| | |
|---|---|
| Lessor: | Bertie Domann, May E. Dennis, N.T. Edwards, May L. Edwards, W.J. Cheney, Eva F. Cheney, Roberta Lee Fixen, Sally W. Koehler, Elizabeth Cobb |
| Dated: | September 24, 1944 |
| Recorded: | V1261/P110 |

| | |
|---|---|
| Lessor: | Anaheim Union Water Company |
| Dated: | February 10, 1926 |
| Recorded: | V0057/P081 |

| | |
|---|---|
| Lessor: | Rosa Yorba Locke, Herman F. Lock |
| Dated: | June 2, 1926 |
| Recorded: | V0059/P084 |

| | |
|---|---|
| Lessor: | Laurie Vejar, Carrie Vejar, Beatrice Vejar De Soto, Ernest De Soto, Ramona Vejar, Theresa Vejar McEachin, Earl McEachin, Sophia Vejar Jones, Lawrence Jones |
| Dated: | February 1, 1926 |
| Recorded: | V0059/P317 |

| | |
|---|---|
| Lessor: | Anaheim Union Water Company |
| Dated: | March 15, 1943 |
| Recorded: | V1193/P087 |

| | |
|---|---|
| Lessor: | Adolf Schoepe, Martha Virginia Schoepe |
| Dated: | April 1, 1965 |
| Recorded: | V7520/P832 |

| | |
|---|---|
| Lessor: | Adolf Schoepe, Martha Virginia Schoepe |
| Dated: | May 22, 1967 |
| Recorded: | V8317/P176 |

2

| | |
|---|---|
| Lessor: | Ricardo De Casas |
| Dated: | June 22, 1950 |
| Recorded: | V2044/P379 |

| | |
|---|---|
| Lessor: | Lola M. Hathaway |
| Dated: | August 10, 1929 |
| Recorded: | V592/P329 |

| | |
|---|---|
| Lessor: | Lucy A. Kammerer |
| Dated: | March 8, 1954 |
| Recorded: | V2693/P616 |

| | |
|---|---|
| Lessor: | Joseph W. Johnson |
| Dated: | April 10, 1919 |
| Recorded: | V10/P90 |

| | |
|---|---|
| Lessor: | Presson W. Thomson and Vera B. Thomson |
| Dated: | April 30, 1919 |
| Recorded: | V10/P258 |

| | |
|---|---|
| Lessor: | Emma J. Bayha, Indiv. and Administrative of the Estate of Erwin Bayha |
| Dated: | May 17, 1919 |
| Recorded: | V10/P355 |

| | |
|---|---|
| Lessor: | Jerone Weinberg, Inc. |
| Dated: | November 16, 1967 |
| Recorded: | V8472/P592 |

| | |
|---|---|
| Lessor: | Richard F. Hathaway |
| Dated: | May 16, 1949 |
| Recorded: | V606/P735 |

| | |
|---|---|
| Lessor: | Mayme C. Nelson |
| Dated: | July 13, 1949 |
| Recorded: | V1897/P292 |

| | |
|---|---|
| Lessor: | Agapito Munoz |
| Dated: | July 13, 1949 |
| Recorded: | V2030/P1 |

| | |
|---|---|
| Lessor: | Adelaide V. Krause |
| Dated: | July 5, 1949 |
| Recorded: | V1897/P305 |

3

| | |
|---|---|
| Lessor: | E.L. Danker |
| Dated: | September 9, 1957 |
| Recorded: | V4051/P365 |

| | |
|---|---|
| Lessor: | Olive Krug |
| Dated: | April 26, 1919 |
| Recorded: | V10/P310 |

| | |
|---|---|
| Lessor: | George W. Isaac |
| Dated: | August 2, 1919 |
| Recorded: | V11/P198 |

| | |
|---|---|
| Lessor: | Dr. S.W. Dove |
| Dated: | October 16, 1919 |
| Recorded: | V13/81 |

| | |
|---|---|
| Lessor: | Norman T. Boisseranc, a Minor |
| Dated: | March 30, 1920 |
| Recorded: | April 8, 1921; Lots number five (5) and Ten (10) in Block 35 of the Yorba Linda Tract as Appears on a map thereof recorded in Book 5, pages 17 and 18 of Miscellaneous Maps, Records of Orange County, California. |

| | |
|---|---|
| Lessor: | Avalon A. Adams,Trustee |
| Dated: | June 26, 1971 |
| Recorded: | V9701/P284 |

| | |
|---|---|
| Lessor: | Avalon A. Adams, Trustee |
| Dated: | June 26, 1971 |
| Recorded: | V9701/P307 |

| | |
|---|---|
| Lessor: | Avalon A. Adams, Trustee |
| Dated: | June 26, 1971 |
| Recorded: | V9701/P330 |

| | |
|---|---|
| Lessor: | Ivan Collier |
| Dated: | October 1, 1972 |
| Recorded: | V10412/P787 |

4

| | |
|---|---|
| Lessor: | Norman Boiseranc |
| Dated: | March 1, 1971 |
| Recorded: | V9701/P381 |

| | |
|---|---|
| Lessor: | Frederick D. Thomson and Louise Dowlen Thomson |
| Dated: | February 1, 1971 |
| Recorded: | V10368/P53 |

| | |
|---|---|
| Lessor: | Janet K. Ganong, Executrix of the Estate of Myrtle B. Koch, Deceased |
| Dated: | December 31, 1971 |
| Recorded: | V11056/P147 |

| | |
|---|---|
| Lessor: | Municipal Securities Company |
| Dated: | March 23, 1957 |
| Recorded: | V3990/P568 |

| | |
|---|---|
| Lessor: | Martin Etchandy |
| Dated: | November 8, 1926 |
| Recorded: | V19/P31 |

5

RECORDING REQUESTED BY
FIDELITY NATIONAL TITLE

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

32.00

2004001087805 02:58pm 12/07/04
121 59 G02 3

0.00 0.00 0.00 20.00 6.00 0.00 0.00 0.00

Recording requested by &
when recorded return to:

**GREWAL (ROYALTY) LLC**
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

DOCUMENTARY TRANSFER TAX __∅__ *
( ) computed on full value less liens and
encumbrances remaining at time of
transfer
Accom

STATE OF CALIFORNIA }
COUNTY OF ORANGE }

### GRANT DEED

FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **CANDICE SWEAZY**, hereby grants to **GREWAL (ROYALTY) LLC, a Delaware limited liability company** all of its rights, titles and interest in those certain properties situated in Orange County, California, as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF.

The effective date of this grant of interest is June 1, 2004.

```
* This Grant Deed is being recorded to terminate a Lease as shown
  in Exhibit "A" attached
```
Dated: November __29__, 2004                    **CANDICE SWEAZY, Grantor**

By: _Candice Sweazy_
Candice Sweazy

State of California } SS
County of Orange }

On this __29th__ day of November, in the year 2004, before me, __Curtis Fernandes__, a Notary Public of said State, personally appeared **Candice Sweazy** known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorize capacities, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Curtis Fernandes_
Signature of Notary Public

CURTIS FERNANDES
Comm # 1464773
NOTARY PUBLIC-CALIFORNIA
Santa Barbara County
My Comm. Expires Jan 23, 2008

# EXHIBIT "A"

Attached to and made a part of the certain Grant Deed, effective June 1, 2004, from Candice Sweazy to Grewal (Royalty) LLC, covering lands in Orange County, California

It being the intent of the Seller herein to convey all of its interest in that certain Unit Agreement for the Richfield East Dome Unit, Richfield Oil and Gas Field, Orange County, California, dated October 15, 1969, recorded on December 30, 1969 as Instrument Number 18862, in Book 9177, at Page 873 of Official Records, and more specifically all interest in that certain Oil, Gas & Mineral Lease, dated July 15, 1957, by and between Carrie E. Pollock, as Lessor, and W.E. Nicolai, as Lessee, recorded July 3, 1957 in Book 3990, Page 580 of Official Records of Orange County, California, which covers the following described property:

Lot 3 in Block 32 of Yorba Linda Tract, as shown on a Map recorded in Book 5, pages 17 and 18 of Miscellaneous Maps, official records of Orange County, California.

(initials) (initials)

Government Code 27361.7

I certify under the penalty of perjury that the notary seal on this document reads as follows:

Name of Notary:               Curtis Fernandez

Date Commission Expires:      January 23, 2008

County where bond is Filed:   Santa Barbara

Commission No.:               1464773

Manufacturer/Vendor No.:      VSI1

Place of execution- Newport Beach
Date- 12/7/2004


_Ardis Bauer_
FIDELITY NATIONAL TITLE COMPANY

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||| 9.00

2010000147661 11:35 am 03/30/10
276 418 A30    2 09
2.20 2.20 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

---

A.P.N.  341-354-01  & 341-354-15

# ASSIGNMENT OF MINERAL INTEREST

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is: __$__    4.40
[ x ]    Computed on full value of property conveyed, or
[ ]    Computed on full value, less value of liens or encumbrances remaining at time of sale,
[ ]    Unincorporated area _____, [ x ] City of __Placentia__

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, **VISION
ENERGY PARTNERS, LLC**, a California limited liability company, hereby **ASSIGNS** to
**GREWAL (ROYALTY) LLC**, a Delaware limited liability company, the following described
real property in the County of Orange, State of California:

ALL of its right, title and interest in and to the oil, gas and other hydrocarbon substances
and /or royalties under that certain oil and gas lease known as Rawco I, Trust No. 2021, and
Rawco II, Trust No. 2013, covering the real property in the County of Orange, State of
California, described as Lot 39 in Block 23 (REDU Tract 27 (Original Tract 25) and Lot 10 in
Block 24 (REDU Tract 26 (Original Tract 24) of the Town of Richfield, as per map recorded in
Book 31, Page 61 and following, of Miscellaneous Records of Los Angeles County, California
and also shown on an amended map of Richfield filed in Book 1, Page 26 of Record of Surveys,
Orange County, California and direct that all royalty payments hereafter be paid to the said
**GREWAL (ROYALTY) LLC.**

Such royalty interest amounts to an undivided nine-sixteenths (9/16th) of all Lessor's
rights and benefits to a proportionally reduced, one-sixth (1/6) mineral interest in that certain oil
and gas lease from Leonardo Castro, a single man ("Lessor") to A. E. Wright ("Lessee") dated
January 7, 1927 and recorded January 13, 1927 in Book 1, Page 225 of Official Records of
Orange County, State of California.

FURTHER SUBJECT to the certain oil and gas lease covering the Richfield East Dome
Unit "Unitized Formation" tracts 24 and 25, in which Texaco, Inc. is lessee, recorded in Book
9701, Page 330, of the Official Records of Orange County, California, and all amendments and
modification thereto.

IN WITNESS WHEREOF, GRANTOR has executed this Assignment as of the date indicated in
the signature block below but effective as of the date the undersigned acquired the interest
described hereinabove.

Dated: ___3/23___, 2010        VISION ENERGY PARTNERS, LLC
                               a California limited liability company
                               By: _____
                                    Todd Habliston, _____

STATE OF COLORADO                    } ss:

COUNTY OF ___Denver_____

On ___March 23, 2010_____ before me, ___Juli A. Smith_____, a Notary Public,
                                                          (here insert name and title of the officer)

personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2013

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||| 9.00

2010000147663 11:35 am 03/30/10
276 418 A30    2 09
2.75 2.75 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# ASSIGNMENT OF INTEREST

THE UNDERSIGNED GRANTORS(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is: $ 5.50
[ x ] Computed on full value of property conveyed, or
[  ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[  ] Unincorporated area _____, [ X ] City of ___Placentia___

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company, hereby assigns to GREWAL (ROYALTY) LLC, a Delaware limited liability company, all of its right, title, and interest in and to the following described property in the County of Orange, State of California:

Its one-third (1/3) interest in the mineral rights described as an undivided one-seventh (1/7) interest in and to all oil, gas and other hydrocarbon substances and minerals, in, on or under the hereinafter described property:

Lot 4, in Block 35 of the "Yorba Linda Tract" as per map thereof recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange County, California;

AND its right, title and interest in and to the Continental-Taylor Oil and Gas Lease, a community oil and gas lease, with Continental Oil Company as lessee, recorded in Book 181, Page 374 of Official Records of Orange County Recorder's office;

AND its rights under amendments and changes to said lease, and all rights under any subsequent lease covering said property.

IN WITNESS WHEREOF, OWNER has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: __3/23__, 2010

VISION ENERGY PARTNERS, LLC
a California limited liability company
By: _____
Todd Habliston,

STATE OF COLORADO              } ss:

COUNTY OF ___Denver_____

On ___March 23, 2010_____ before me, _____Juli A. Smith_____, a Notary Public,
                                          (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Juli A. Smith_____

> JULI A. SMITH
> NOTARY PUBLIC
> STATE OF COLORADO
> My Commission Expires 01/13/2013

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 9.00

2010000147664 11:35 am 03/30/10
276 418 G02   2 09
6.88 6.87 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# GRANT DEED

THE UNDERSIGNED GRANTORS(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is:  $ 13.75
[ x ] Computed on full value of property conveyed, or
[   ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[   ] Unincorporated area _____.  [ X ] City of ___Placentia___

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company, hereby GRANTS to GREWAL (ROYALTY) LLC, a Delaware limited liability company, the following described real property in the County of Orange, State of California:

All right, title and interest in any minerals or royalties under the entire H. F. Taylor Community Lease, (more particularly described herein below)

That certain oil and gas lease known as the H. F. Taylor Community Leases dated July 12, 1928, by and between R. J. Scott, also known as Robert J. Scott and Rachel H. Scott, his wife Lessors, and the respective parties whose names are subscribed thereto under the designation of Lessors and Winann Oil Company, a Delaware Corporation, as lessee, which said oil and gas lease was recorded on August 1, 1928, in Book 181, at page 374 of the Official Records of Orange County, California, and which said oil and gas lease affects the following described property situated in the county of Orange, state of California, to wit:

Blocks A and B of Tract 144, Richfield Garden Plat as shown on Map recorded in Book 12, Page 3 of Miscellaneous Map Records of Orange County, California, and also that certain 25 foot strip of land designated as Lincoln Street which also was vacated by order of the Board of Supervisors of said Orange County, California on November 1, 1921, as shown on said map.

IN WITNESS WHEREOF, OWNER has executed this Grant Deed as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: ___3/23___, 2010          VISION ENERGY PARTNERS, LLC
                                  a California limited liability company
                                  By: _____
                                  Todd Hablston,

STATE OF COLORADO                    }ss:

COUNTY OF __Denver_____

On __March 23, 2010_____ before me, ___Juli A. Smith_____, a Notary Public,
                                        (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2013

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|| ||| || ||| || |||| |||||| ||| ||| ||| |||| ||  12.00

2010000147665 11:35 am 03/30/10
276 418 Q01   3 09
6.88 6.87 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# QUITCLAIM MINERAL DEED

THE UNDERSIGNED GRANTORS(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is: $ 13.75
[ x ] Computed on full value of property conveyed, or
[ ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[ ] Unincorporated area _____ , [ X ] City of ____Placentia____

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **VISION ENERGY PARTNERS, LLC, a California limited liability company,** hereby transfers, releases, remises and forever QUITCLAIMS without warranty either expressed or implied ALL OF ITS RIGHT, TITLE AND INTEREST as it may appear in the deed from **GREWAL (ROYALTY) LLC, a Delaware limited liability company,** the following described real property in the County of Orange, State of California:

**An undivided one-half (1/2) interest** in and to the following described mineral interest in the County of Orange, State of California, described as follows:

1.  An undivided 1/8 interest in and to all petroleum, oil, asphaltum, gas and all hydrocarbons in, on or under the following described land, together with the right to enter and re-enter, bore, drill, dig and work in, on or under said land for the purpose of extracting, producing and obtaining said substances, as provided in the deed from Roy N. Edwards and Maryalice Edwards, husband and wife, to the First National Bank of Orange, County N.A., recorded in Book 7950, Page 464, of the Official Records of County of Orange, said land being described as follows:

Lot Six (6) in Block 28 and Lot Two (2) in Block 33 of the Yorba Linda Tract as shown on a map recorded in Book 5, Pages 17 and 18 of Miscellaneous Maps, Orange County Records.

SUBJECT TO and including interest in that certain Community Oil and Gas Lease covering the above described property in which Union Oil company of California is lessee, recorded May 10, 1919 in Book 10, Page 179 of Leases, and all re-recording, amendments and modifications thereto.

FURTHER SUBJECT to the certain oil and gas lease covering the Richfield East Dome Unit "Unitized Formation" parcel 73A, in which Texaco, Inc. is lessee, recorded in Book 9701,

Page 330, of the Official Records of Orange County, California, and all amendments and modification thereto.

2. An undivided 0.0556165 royalty interest in and to the certain Community Oil and Gas Lease to Standard Oil Company of California, dated September 24, 1943, and recorded June 22, 1944, in Book 1251, Page 532, of the Official Records of Orange County, California and covering the following described lands, to wit:

Lots 1 and 2 of Block 33 of the Yorba Linda Tract as shown on Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, Official Records of Orange County, California, and all amendments and modifications thereto.

The above described interest further being subject to all valid, existing and recorded unit, operating and other agreements.

It is the intent of the Transferor to hereby transfer all of her right, title and interest, whether described herein or otherwise.

IN WITNESS WHEREOF, OWNER has executed this Quitclaim Deed as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: _____3/23_____, 2010          VISION ENERGY PARTNERS, LLC
                                      a California limited liability company
                                      By: _____
                                          Todd Habliston, _____

STATE OF COLORADO                    } ss:

COUNTY OF ___Denver_____

On ___March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
                                              (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____
_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

```
JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2013
```

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||| 9.00

2010000147666 11:35 am 03/30/10
276 418 Q01    2 09
6.60 6.60 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# QUITCLAIM MINERAL DEED

THE UNDERSIGNED GRANTORS(S) DECLARE(S):    13.20

Documentary Transfer of Mineral Interest is: __$__
[ x ] Computed on full value of property conveyed, or
[   ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[   ] Unincorporated area _____, [ X ] City of Placentia

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company, hereby remises, releases, surrenders and forever quitclaims to GREWAL (ROYALTY) LLC, a Delaware limited liability company, the following described real property in the County of Orange, State of California:

**An undivided one-third (1/3) interest** in all mineral, gas and other hydrocarbon substances in and under the following described real property in the City of Placentia, County of Orange, State of California, described as follows:

Lot 2, in Block 33 and Lot 6 in Block 28 of Yorba Linda Tract as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange

All of grantor's present right, title and interest in and to the "Unitized Formation" (as that phrase is defined with the "Unit Agreement for the Richfield East Dome Unit, Richfield Oil and Gas Field, Orange County, California," recorded December 30, 1969 in Book 9177 at Pages 873 through 934 in the Official Records of Orange  County, State of California) covering lands situated in said County and State, hereinafter referred to as the "Unit Agreement" and as the "Unit"), and

All of the grantor's existing right, title and interest as the owner of an undivided 0.026696% "Royalty Interest" (as that phrase is defined in the Unit Agreement) under the Unit Agreement;

Together with all other rights, privileges and benefits reserved to the grantors in that certain deed recorded October 7, 1944, in Book 1285, Page 356 of Official Records of Orange County, California.

IN WITNESS WHEREOF, OWNER has executed this Quitclaim Deed as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: ____3/23____, 2010          VISION ENERGY PARTNERS, LLC
                                   a California limited liability company
                                   By: _____
                                   Todd Harriston,

STATE OF COLORADO                    } ss:

COUNTY OF __Denver_____

On ___March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
                                              (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____
_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___[signature]___                    JULI A. SMITH
                                               NOTARY PUBLIC
                                               STATE OF COLORADO
                                               My Commission Expires 01/13/2013

                                               (This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

9.00

2010000147667 11:35 am 03/30/10
276 418 Q01    2 09
5.23 5.22 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# QUITCLAIM MINERAL DEED

THE UNDERSIGNED GRANTORS(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is:___$__
[ x ] Computed on full value of property conveyed, or
[ ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[ ] Unincorporated area _____, [X] City of Placentia

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company hereby remises, releases, surrenders and forever quitclaims to GREWAL (ROYALTY) LLC, a Delaware limited liability company, the following described real property in the County of Orange, State of California:

An undivided 0.020719% royalty interest in the Richfield East Dome Unit, which oil and gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State.

Lot 2, in Block 33 and Lot 6 in Block 28 of Yorba Linda Tract as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange

Together with all other rights, privileges and benefits reserved to the grantors in that certain deed recorded October 7, 1944, in Book 1285, Page 356 of Official Records of Orange County, California.

IN WITNESS WHEREOF, OWNER has executed this Quitclaim Deed as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: ___3/23___, 2010

VISION ENERGY PARTNERS, LLC
a California limited liability company
By: _____
Todd Habliston, _____

STATE OF COLORADO

} ss:

COUNTY OF ___Denver_____

On ___March 23, 2010_____ before me, ___Juli A. Smith_____, a Notary Public,
                                         (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2013

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

9.00

2010000147668 11:35 am 03/30/10
276 418 Q01    2 09
6.60 6.60 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# QUITCLAIM MINERAL DEED

THE UNDERSIGNED GRANTORS(S) DECLARE(S):    13.20

Documentary Transfer Tax of Mineral Interest is: __$_____
[ x ] Computed on full value of property conveyed, or
[   ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[   ] Unincorporated area _____, [ X ] City of Placentia

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company hereby remises, releases, surrenders and forever quitclaims to GREWAL (ROYALTY) LLC, a Delaware limited liability company the following described real property in the County of Orange, State of California:

An undivided one-third (1/3) interest in all mineral, gas and other hydrocarbon substances in and under the following described real property in the City of Placentia, County of Orange, State of California, described as follows:

Lot 2, in Block 33 and Lot 6 in Block 28 of Yorba Linda Tract as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange

All of grantor's present right, title and interest in and to the "Unitized Formation" (as that phrase is defined with the "Unit Agreement for the Richfield East Dome Unit, Richfield Oil and Gas Field, Orange County, California," recorded December 30, 1969 in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State, hereinafter referred to as the "Unit Agreement" and as the "Unit"), and

All of the grantor's existing right, title and interest as the owner of an undivided 0.026696% "Royalty Interest" (as that phrase is defined in the Unit Agreement) under the Unit Agreement);

Together with all other rights, privileges and benefits reserved to the grantors in that certain deed recorded October 7, 1944, in Book 1285, Page 356 of Official Records of Orange County, California.

IN WITNESS WHEREOF, OWNER has executed this Quitclaim Deed as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: __3/23__, 2010      VISION ENERGY PARTNERS, LLC
                            a California limited liability company
                            By: _____
                            Todd Habliston, _____

STATE OF COLORADO                    } ss:

COUNTY OF ___Denver_____

On ___March 23, 2010_____ before me, _____Juli A. Smith_____, a Notary Public,
                                                    (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

```
JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2013
```

(This area for notary stamp)

1.3

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||| 12.00

2010000147669 11:35 am 03/30/10
276 418 A34   3 09
1.65 1.65 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# ASSIGNMENT OF LEASE BY LESSOR

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

3.30

Documentary Transfer Tax of Mineral Interest is: ___$
[ x ] Computed on full value of property conveyed, or
[  ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[  ] Unincorporated area _____, [ X] City of ___Placentia___

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company, herein called "Assignor" declares that:

WHEREAS, Assignor is a Lessor under that certain Oil and Gas Lease, herein called "said lease," executed on September 24, 1943 by George W. Wells, Clara L. Wells, H. H. Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Ralph A. Phillips and Francis L. Phillips as Lessors and Standard Oil Company of California as Lessee whereby Lessee was demised for the purpose of exploring for and extracting oil, gas, hydrocarbons, and all associated substance that certain tract of land in the County of Orange, State of California, describes as follows:

WHEREAS, said Phillips Community Lease is commonly referred to as Tract 98 (original Tract 73); and said Edwards Community Lease is commonly referred to as Tract 99 (original Tract 73A) of the Richfield East Dome Unit, Orange County, California, which oil and gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State.

WHEREAS, Assignor is the rightful successor in interest to an undivided one-sixteenth (1/16) mineral interest under Declaration of Trust and Agreement herein called "the Trust", dated April 12, 1949 and recorded on December 23, 1958 as Instrument No. 161201 in Book 4526, Page 127, Records of Orange County, California in and to all oil, gas and other hydrocarbon substances and minerals, in, on or under the hereinafter described property:

All of Lot 1, in Block 33 of the "Yorba Linda Tract", as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange County, California; and

WHEREAS, said agreement of lease was modified by agreement dated April 26, 1944; and

WHEREAS, said agreement was further modified by agreement dated March 7, 1945; and

WHEREAS, said agreement was further modified by agreement dated November 15, 1949; and

WHEREAS, assignor is entitled under said lease as modified to certain rents, royalties, proceeds, bonuses and benefits; and

NOW, THEREFORE, Assignor hereby assigns all of Assignor's rights, title and interest under said lease as Lessor including all rents, royalties, proceeds, bonuses and benefits accruing and payable under said lease to the following person(s), herein called "Assignee" in the manner set forth as follow:

GREWAL (ROYALTY) LLC, a Delaware limited liability company, as to an undivided 8/8 interest.

IN WITNESS WHEREOF, ASSIGNOR has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: ___3__/_23_____, 2010        VISION ENERGY PARTNERS, LLC
                                    a California limited liability company
                                    By: _____
                                    Todd Habliston,

STATE OF COLORADO                    } ss:

COUNTY OF __Denver_____

On ___March 23, 2010_____ before me, ___Juli A. Smith_____, a Notary Public,
                                              (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

```
JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2013
```

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||||| 12.00
2010000147670 11:35 am 03/30/10
276 418 A34    3 09
6.05 6.05 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:Z

Same as Directed Above

A.P.N. _____

# ASSIGNMENT OF LEASE BY LESSOR

THE UNDERSIGNED GRANTOR(S) DECLARE(S):    *12.10*

Documentary Transfer Tax of Mineral Interest is: __$____
[ x ] Computed on full value of property conveyed, or
[ ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[ ] Unincorporated area _____, [ X ] City of ___Placentia___

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC a California limited liability company, herein called "Assignor" declares that:

WHEREAS, Assignor is a Lessor under that certain Oil and Gas Lease, herein called "said lease," executed on September 24, 1943 by George W. Wells, Clara L. Wells, H. H. Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Ralph A. Phillips and Francis L. Phillips as Lessors and Standard Oil Company of California as Lessee whereby Lessee was demised for the purpose of exploring for and extracting oil, gas, hydrocarbons, and all associated substance that certain tract of land in the County of Orange, State of California, describes as follows:

WHEREAS, said Phillips Community Lease is commonly referred to as Tract 98 (original Tract 73); and said Edwards Community Lease is commonly referred to as Tract 99 (original Tract 73A) of the Richfield East Dome Unit, Orange County, California, which oil and gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State.

WHEREAS, Assignor is the rightful successor in interest to an undivided one-fourth (1/4) mineral interest under Declaration of Trust and Agreement herein called "the Trust", dated April 12, 1949 and recorded on December 23, 1958 as Instrument No. 161201 in Book 4526, Page 127, Records of Orange County, California in and to all oil, gas and other hydrocarbon substances and minerals, in, on or under the hereinafter described property:

All of Lot 1, in Block 33 of the "Yorba Linda Tract", as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange County, California; and

WHEREAS, said agreement of lease was modified by agreement dated April 26, 1944; and

WHEREAS, said agreement was further modified by agreement dated March 7, 1945; and

WHEREAS, said agreement was further modified by agreement dated November 15, 1949; and

WHEREAS, assignor is entitled under said lease as modified to certain rents, royalties, proceeds, bonuses and benefits; and

NOW, THEREFORE, Assignor hereby assigns all of Assignor's rights, title and interest under said lease as Lessor including all rents, royalties, proceeds, bonuses and benefits accruing and payable under said lease to the following person(s), herein called "Assignee" in the manner set forth as follow:

GREWAL (ROYALTY) LLC, a Delaware limited liability company, as to an undivided 8/8 interest.

IN WITNESS WHEREOF, ASSIGNOR has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: _____ 3 / 23 _____, 2010          VISION ENERGY PARTNERS, LLC
                                         a California limited liability company
                                         By: _____
                                         Todd Hablistoh, _____

STATE OF COLORADO                    } SS:

COUNTY OF ___Denver_____

On ___March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
                                             (here insert name and title of the officer)

personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2013

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

12.00

2010000147671 11:35 am 03/30/10
276 418 A34    3 09
1.10 1.10 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:Z

Same as Directed Above

A.P.N. _____

# ASSIGNMENT OF LEASE BY LESSOR

THE UNDERSIGNED GRANTOR(S) DECLARE(S):  2.20

Documentary Transfer Tax of Mineral Interest Is: __$__
[ x ] Computed on full value of property conveyed, or
[  ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[  ] Unincorporated area _____, [ X] City of ___Placentia___

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION
ENERGY PARTNERS, LLC, a California limited liability company,, herein called "Assignor"
declares that:

WHEREAS, Assignor is a Lessor under that certain Oil and Gas Lease, herein called
"said lease," executed on September 24, 1943 by George W. Wells, Clara L. Wells, H. H.
Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Ralph A.
Phillips and Francis L. Phillips as Lessors and Standard Oil Company of California as Lessee
whereby Lessee was demised for the purpose of exploring for and extracting oil, gas,
hydrocarbons, and all associated substance that certain tract of land in the County of Orange,
State of California, describes as follows:

WHEREAS, said Phillips Community Lease is commonly referred to as Tract 98
(original Tract 73); and said Edwards Community Lease is commonly referred to as Tract 99
(original Tract 73A) of the Richfield East Dome Unit, Orange County, California, which oil and
gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book
9177 at Pages 873 through 934 in the Official Records of Orange County, State of California)
covering lands situated in said County and State.

WHEREAS, Assignor is the rightful successor in interest to an undivided one-forty-eighth
(1/48) mineral interest under Declaration of Trust and Agreement herein called "the Trust",
dated April 12, 1949 and recorded on December 23, 1958 as Instrument No. 161201 in Book
4526, Page 127, Records of Orange County, California in and to all oil, gas and other
hydrocarbon substances and minerals, in, on or under the hereinafter described property:

All of Lot 1, in Block 33 of the "Yorba Linda Tract", as shown on a Map recorded in Book
5, Pages 17 and 18, of Miscellaneous Maps, records of Orange County, California; and

WHEREAS, said agreement of lease was modified by agreement dated April 26, 1944;
and

WHEREAS, said agreement was further modified by agreement dated March 7, 1945; and

WHEREAS, said agreement was further modified by agreement dated November 15, 1949; and

WHEREAS, assignor is entitled under said lease as modified to certain rents, royalties, proceeds, bonuses and benefits; and

NOW, THEREFORE, Assignor hereby assigns all of Assignor's rights, title and interest under said lease as Lessor including all rents, royalties, proceeds, bonuses and benefits accruing and payable under said lease to the following person(s), herein called "Assignee" in the manner set forth as follow:

GREWAL (ROYALTY) LLC, a Delaware limited liability company, as to an undivided 8/8 interest.

IN WITNESS WHEREOF, ASSIGNOR has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: _____3/23_____, 2010        VISION ENERGY PARTNERS, LLC
                                    a California limited liability company
                                    By: _____
                                    Todd Halliston, _____

STATE OF COLORADO                    } ss:

COUNTY OF __Denver_____

On ___March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
                                              (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

> JULI A SMITH
> NOTARY PUBLIC
> STATE OF COLORADO
> My Commission Expires 01/13/2013

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||  12.00

2010000147672 11:35 am 03/30/10
276 418 A34    3 09
1.10 1.10 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# ASSIGNMENT OF LEASE BY LESSOR

THE UNDERSIGNED GRANTOR(S) DECLARE(S): 2.20

Documentary Transfer Tax of Mineral Interest is:  $ _____
[ x ] Computed on full value of property conveyed, or
[ ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[ ] Unincorporated area _____, [ X ] City of __Placentia__

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **VISION ENERGY PARTNERS, LLC**, a California limited liability company, herein called "Assignor" declares that:

WHEREAS, Assignor is a Lessor under that certain Oil and Gas Lease, herein called "said lease," executed on September 24, 1943 by George W. Wells, Clara L. Wells, H. H. Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Ralph A. Phillips and Francis L. Phillips as Lessors and Standard Oil Company of California as Lessee whereby Lessee was demised for the purpose of exploring for and extracting oil, gas, hydrocarbons, and all associated substance that certain tract of land in the County of Orange, State of California, describes as follows:

WHEREAS, said Phillips Community Lease is commonly referred to as Tract 98 (original Tract 73); and said Edwards Community Lease is commonly referred to as Tract 99 (original Tract 73A) of the Richfield East Dome Unit, Orange County, California, which oil and gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State.

WHEREAS, Assignor is the rightful successor in interest to an undivided one-forty-eighth (1/48) mineral interest under Declaration of Trust and Agreement herein called "the Trust", dated April 12, 1949 and recorded on December 23, 1958 as Instrument No. 161201 in Book 4526, Page 127, Records of Orange County, California in and to all oil, gas and other hydrocarbon substances and minerals, in, on or under the hereinafter described property:

All of Lot 1, in Block 33 of the "Yorba Linda Tract", as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange County, California; and

WHEREAS, said agreement of lease was modified by agreement dated April 26, 1944; and

WHEREAS, said agreement was further modified by agreement dated March 7, 1945; and

WHEREAS, said agreement was further modified by agreement dated November 15, 1949; and

WHEREAS, assignor is entitled under said lease as modified to certain rents, royalties, proceeds, bonuses and benefits; and

NOW, THEREFORE, Assignor hereby assigns all of Assignor's rights, title and interest under said lease as Lessor including all rents, royalties, proceeds, bonuses and benefits accruing and payable under said lease to the following person(s), herein called "Assignee" in the manner set forth as follow:

**GREWAL (ROYALTY) LLC, a Delaware limited liability company,** as to an undivided 8/8 interest of assignor's rights, title and interest under said lease.

IN WITNESS WHEREOF, ASSIGNOR has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: _____3/23_____, 2010      VISION ENERGY PARTNERS, LLC
                                 a California limited liability company
                                 By:
                                 Todd Habliston,

STATE OF COLORADO                    } ss:

COUNTY OF __Denver_____

On __March 23, 2010_____ before me, _____Juli A. Smith_____, a Notary Public,
                                          (here insert name and title of the officer)
personally appeared  TODD R. HABLISTON _____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

```
+----------------------------------+
|        JULI A. SMITH             |
|       NOTARY PUBLIC              |
|     STATE OF COLORADO            |
|  My Commission Expires 01/13/2015|
+----------------------------------+
```

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||||||| 12.00

2010000147673 11:35 am 03/30/10
276 418 A34   3 09
1.10 1.10 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111
MAIL TAX STATEMENTS TO:Z

Same as Directed Above

A.P.N. _____

# ASSIGNMENT OF LEASE BY LESSOR



THE UNDERSIGNED GRANTOR(S) DECLARE(S): 2.20

Documentary Transfer Tax of Mineral Interest is: __$__
[ x ] Computed on full value of property conveyed, or
[   ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[   ] Unincorporated area _____, [ X ] City of __Placentia__

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company, herein called "Assignor" declares that:

WHEREAS, Assignor is a Lessor under that certain Oil and Gas Lease, herein called "said lease," executed on September 24, 1943 by George W. Wells, Clara L. Wells, H. H. Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Ralph A. Phillips and Francis L. Phillips as Lessors and Standard Oil Company of California as Lessee whereby Lessee was demised for the purpose of exploring for and extracting oil, gas, hydrocarbons, and all associated substance that certain tract of land in the County of Orange, State of California, describes as follows:

WHEREAS, said Phillips Community Lease is commonly referred to as Tract 98 (original Tract 73); and said Edwards Community Lease is commonly referred to as Tract 99 (original Tract 73A) of the Richfield East Dome Unit, Orange County, California, which oil and gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State.

WHEREAS, Assignor is the rightful successor in interest to an undivided one-forty-eighth (1/48) mineral interest under Declaration of Trust and Agreement herein called "the Trust", dated April 12, 1949 and recorded on December 23, 1958 as Instrument No. 161201 in Book 4526, Page 127, Records of Orange County, California in and to all oil, gas and other hydrocarbon substances and minerals, in, on or under the hereinafter described property:

All of Lot 1, in Block 33 of the "Yorba Linda Tract", as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange County, California; and

WHEREAS, said agreement of lease was modified by agreement dated April 26, 1944; and

WHEREAS, said agreement was further modified by agreement dated March 7, 1945; and

WHEREAS, said agreement was further modified by agreement dated November 15, 1949; and

WHEREAS, assignor is entitled under said lease as modified to certain rents, royalties, proceeds, bonuses and benefits; and

NOW, THEREFORE, Assignor hereby assigns all of Assignor's rights, title and interest under said lease as Lessor including all rents, royalties, proceeds, bonuses and benefits accruing and payable under said lease to the following person(s), herein called "Assignee" in the manner set forth as follow:

GREWAL (ROYALTY) LLC, a Delaware limited liability company, as to an undivided 8/8 interest.

IN WITNESS WHEREOF, ASSIGNOR has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: _____3 / 23_____, 2010        VISION ENERGY PARTNERS,LLC
                                        a California limited liability company
                                        By:
                                        Todd Hubliston,

STATE OF COLORADO

           }ss:

COUNTY OF ___Denver_____

On ___March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
                                               (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature ____[signature]_____

```
┌─────────────────────────────┐
│    JULI A. SMITH            │
│    NOTARY PUBLIC            │
│    STATE OF COLORADO       │
│ My Commission Expires 01/13/2013 │
└─────────────────────────────┘
```

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||| 12.00

2010000147674 11:35 am 03/30/10
276 418 A34   3 09
1.65 1.65 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111
MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# ASSIGNMENT OF LEASE BY LESSOR

THE UNDERSIGNED GRANTOR(S) DECLARE(S):    3-30

Documentary Transfer Tax of Mineral Interest is: __$__
[ x ] Computed on full value of property conveyed, or
[  ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[  ] Unincorporated area _____, [ X] City of ___Placentia_____

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, **VISION ENERGY PARTNERS, LLC**, a California limited liability company, herein called "Assignor" declares that:

WHEREAS, Assignor is a Lessor under that certain Oil and Gas Lease, herein called "said lease," executed on September 24, 1943 by George W. Wells, Clara L. Wells, H. H. Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Ralph A. Phillips and Francis L. Phillips as Lessors and Standard Oil Company of California as Lessee whereby Lessee was demised for the purpose of exploring for and extracting oil, gas, hydrocarbons, and all associated substance that certain tract of land in the County of Orange, State of California, describes as follows:

WHEREAS, said Phillips Community Lease is commonly referred to as Tract 98 (original Tract 73); and said Edwards Community Lease is commonly referred to as Tract 99 (original Tract 73A) of the Richfield East Dome Unit, Orange County, California, which oil and gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State.

WHEREAS, Assignor is the rightful successor in interest to an undivided one-sixteenth (1/16) mineral interest under Declaration of Trust and Agreement herein called "the Trust", dated April 12, 1949 and recorded on December 23, 1958 as Instrument No. 161201 in Book 4526, Page 127, Records of Orange County, California in and to all oil, gas and other hydrocarbon substances and minerals, in, on or under the hereinafter described property:

All of Lot 1, in Block 33 of the "Yorba Linda Tract", as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange County, California; and

WHEREAS, said agreement of lease was modified by agreement dated April 26, 1944; and

WHEREAS, said agreement was further modified by agreement dated March 7, 1945; and

WHEREAS, said agreement was further modified by agreement dated November 15, 1949; and

WHEREAS, assignor is entitled under said lease as modified to certain rents, royalties, proceeds and benefits; and

NOW, THEREFORE, Assignor hereby assigns all of Assignor's rights, title and interest under said lease as Lessor including all rents, royalties, proceeds, bonuses and benefits accruing and payable under said lease to the following person(s), herein called "Assignee" in the manner set forth as follow:

GREWAL (ROYALTY) LLC, a Delaware limited liability company, as to an undivided 8/8 interest.

IN WITNESS WHEREOF, ASSIGNOR has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: _____3/23_____, 2010          VISION ENERGY PARTNERS, LLC
                                      a California limited liability company
                                      By: _____
                                          Todd Harriston,

STATE OF COLORADO  } ss:

COUNTY OF __Denver_____

On __March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
(here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in hisr authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(This area for notary stamp)

JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2015

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

9.00

2010000147675 11:35 am 03/30/10
276 418 Q01   2 09
1.38 1.37 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:

Same as Directed Above

A.P.N. _____

# QUITCLAIM MINERAL DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is: __$__ 2.75
[ x ] Computed on full value of property conveyed, or
[   ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[   ] Unincorporated area _____, [ X ] City of __Placentia__

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company, hereby DEEDS TO GREWAL (ROYALTY) LLC, a Delaware limited liability company, the following described real property in the County of Orange, State of California:

An undivided 0.004435% royalty interest, more or less, in the Richfield East Dome Unit, which oil and gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book 9177 at Pages 873 through 934 in the Official Records of Orange   County, State of California) covering lands situated in said County and State with said interest being derived from all of Grantor's right, title and interest in and to any minerals or royalties under the entire H. F. Taylor Community Lease, (more particularly described herein below):

That certain oil and gas lease known as the H. F. Taylor Community Leases dated July 12, 1928, by and between R. J. Scott, also known as Robert J. Scott and Rachel H. Scott, his wife Lessors, and the respective parties whose names are subscribed thereto under the designation of Lessors and Winann Oil Company, a Delaware Corporation, as lessee, which said oil and gas lease was recorded on August 1, 1928, in Book 181, at page 374 of the Official Records of Orange County, California, and which said oil and gas lease affects the following described property situated in the county of Orange, state of California, to wit:

Blocks A and B of Tract 144, Richfield Garden Plat as shown on Map recorded in Book 12, Page 3 of Miscellaneous Map Records of Orange County, California, and also that certain 25 foot strip of land designated as Lincoln Street which also was vacated by order of the Board of Supervisors of said Orange County, California on November 1, 1921, as shown on said map;

AND all of GRANTOR's rights under amendments and changes to said lease, and all rights under any subsequent lease or agreements covering said property.

IN WITNESS WHEREOF, GRANTOR has executed this Quitclaim Deed as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: ___3/23___, 2010

VISION ENERGY PARTNERS, LLC
a California limited liability company
By: _____
Todd Harbiston, _____

STATE OF COLORADO                    } SS:

COUNTY OF ___Denver_____

On ___March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
                                            (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____                    JULI A. SMITH
                                                             NOTARY PUBLIC
                                                           STATE OF COLORADO
                                                     My Commission Expires 01/13/2013

                                                     (This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

*9.00*

2010000147676 11:35 am 03/30/10
276 418 Q01   2 25
6.33 6.32 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:
As Directed Above

# QUITCLAIM MINERAL DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):    *12.65*

Documentary Transfer Tax of Mineral Interest is:___$____
[ x ] Computed on full value of property conveyed, or
[   ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[   ] Unincorporated area  [ X ] City of _Yorba Linda_

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, **VISION ENERGY PARTNERS, LLC**, a California limited liability company dba Richfield Minerals, hereby **GRANTS** to **GREWAL (ROYALTY) LLC**, a Delaware limited liability company, all of its rights to adjoining streets, rights of way, easements, and all other appurtenant rights and all personal property belonging to GRANTOR on the Real Property related to the exploration, development and-or production of oil, gas, other hydrocarbons, associated substances, sulphur, nitrogen, carbon dioxide, helium, geothermal steam and other commercially valuable substances which may be produced through wells on said Real Property, whether or not similar to the above-mentioned substances (collectively, "Property") on the following described real property in the County of Orange, State of California:

Lot 2, in Block 33 and Lot 6 in Block 28 of Yorba Linda Tract as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange

All of grantor's present right, title and interest in an to the "Unitized Formation" (as that phrase is defined with the "Unit Agreement for the Richfield East Dome Unit, Richfield Oil and Gas Field, Orange County, California," recorded December 30, 1969 in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State, hereinafter referred to as the "Unit Agreement" and as the "Unit"), and

All of the grantor's existing right, title and interest as the owner of an undivided 0.0251030% "Royalty Interest" (as that phrase is defined in the Unit Agreement) under the Unit Agreement;

Together with all other rights, privileges and benefits reserved to the grantors in that certain deed recorded October 7, 1944, in Book 1285, Page 356 of Official Records of Orange County, California.

**IN WITNESS WHEREOF**, GRANTOR has executed this Quitclaim Deed as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: _____3/23_____, 2010

VISION ENERGY PARTNERS, LLC
a California limited liability company
dba Richfield Minerals
By: _____
Todd Habliston, _____

STATE OF COLORADO

}ss:

COUNTY OF __Denver_____

On ___March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,

(here insert name and title of the officer)

personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in hisr authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/13/2013

(This area for notary stamp)

13

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 12.00

2010000147677 11:35 am 03/30/10
276 418 A34   3 09
25.30 25.30 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:Z

Same as Directed Above

A.P.N. _____

# ASSIGNMENT OF LEASE BY LESSOR

THE UNDERSIGNED GRANTORS(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is: __$__         *50.60*
[ x ] Computed on full value of property conveyed, or
[ ] Computed on full value, less value of liens or encumbrances remaining at time of sale,
[ ] Unincorporated area _____, [ X ] City of __Placentia__

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, VISION ENERGY PARTNERS, LLC, a California limited liability company herein called "Assignor" declares that:

WHEREAS, Assignor is the Lessor under that certain Oil and Gas Lease, herein called "said lease," executed on September 24, 1943 by G. W. Wells, Clara L. Welles, H. H. Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Ralph A. Phillips and Francis L. Phillips as Lessors and Standard Oil Company of California as Lessee whereby Lessee was demised for the purpose of exploring for and extracting oil, gas, hydrocarbons, and all associated substance that certain tract of land in the County of Orange, State of California, describes as follows:

WHEREAS, said lease is commonly referred to as Tract 98 (original Tract 73) of the Richfield East Dome Unit, Orange County, California, which oil and gas leases were unitized October 15, 1969, (a copy of said Unit Agreement recorded in Book 9177 at Pages 873 through 934 in the Official Records of Orange County, State of California) covering lands situated in said County and State.

WHEREAS, Assignor was conveyed an undivided one-fourth (1/4) mineral interest as successor in that certain Assignment of Lease by Lessor, dated April 9, 1984, in and to all oil, gas and other hydrocarbon substances and minerals, in, on or under the hereinafter described property:

Lot 1, in Block 33 of the "Yorba Linda Tract", as shown on a Map recorded in Book 5, Pages 17 and 18, of Miscellaneous Maps, records of Orange County, California; and

WHEREAS, said agreement of lease was modified by agreement dated April 26, 1944; and

WHEREAS, said agreement was further modified by agreement dated March 7, 1945; and

WHEREAS, said agreement was further modified by agreement dated November 15, 1949; and

WHEREAS, assignor is entitled under said lease as modified to certain rents, royalties, proceeds, bonuses and benefits; and

NOW, THEREFORE, Assignor hereby assigns all of Assignor's rights, title and interest under said lease as Lessor including all rents, royalties, proceeds, bonuses and benefits accruing and payable under said lease to the following person(s), herein called "Assignee" in the manner set forth as follow:

GREWAL (ROYALTY) LLC, a Delaware limited liability company, as to an undivided 8/8 interest.

IN WITNESS WHEREOF, ASSIGNOR has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove .

Dated: ____3/23____, 2010          VISION ENERGY PARTNERS, LLC
                                   a California limited liability company
                                   By: _____
                                       Todd Habliston,

STATE OF COLORADO                    } ss:

COUNTY OF __Denver_____

On ___March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
                                              (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.


Signature _____

                                                    JULI A. SMITH
                                                    NOTARY PUBLIC
                                                    STATE OF COLORADO
                                                    My Commission Expires 07/10/2013

                                            (This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 9.00

2010000147678 11:35 am 03/30/10
276 418 A30    2 09
0.28 0.27 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:
Same as Directed Above

A.P.N. ___341-354-01 & 341-354-15___

# ASSIGNMENT OF MINERAL INTEREST

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest Is: __$ -__      •55
[ x ]    Computed on full value of property conveyed, or
[  ]    Computed on full value, less value of liens or encumbrances remaining at time of sale,
[  ]    Unincorporated area _____, [ x ] City of __Placentia__

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, **VISION ENERGY PARTNERS, LLC**, a California limited liability company, hereby **ASSIGNS** to **GREWAL (ROYALTY) LLC**, a Delaware limited liability company, the following described real property in the County of Orange, State of California:

ALL of its right, title and interest in and to the oil, gas and other hydrocarbon substances and /or royalties under that certain oil and gas lease known as Rawco I, Trust No. 2021, and Rawco II, Trust No. 2013, covering the real property in the County of Orange, State of California, described as Lot 39 in Block 23 (REDU Tract 27 (Original Tract 25)) and Lot 10 in Block 24 (REDU Tract 26 (Original Tract 24)) of the Town of Richfield, as per map recorded in Book 31, Page 61 and following, of Miscellaneous Records of Los Angeles County, California and also shown on an amended map of Richfield filed in Book 1, Page 26 of Record of Surveys, Orange County, California and direct that all royalty payments hereafter be paid to the said **GREWAL (ROYALTY) LLC.**

Such royalty interest amounts to an undivided one-twelfth (1/12th) of all Lessor's rights and benefits to a proportionately reduced, one-sixth (1/6) mineral interest in that certain oil and gas lease from Leonardo Castro, a single man ("Lessor") to A. E. Wright ("Lessee") dated January 7, 1927 and recorded January 13, 1927 in Book 1, Page 225 of Official Records of Orange County, State of California.

FURTHER SUBJECT to the certain oil and gas lease covering the Richfield East Dome Unit "Unitized Formation" tracts 24 and 25, in which Texaco, Inc. is lessee, recorded in Book 9701, Page 330, of the Official Records of Orange County, California, and all amendments and modification thereto.

IN WITNESS WHEREOF, GRANTOR has executed this Assignment as of the date indicated in the signature block below but effective as of the date the undersigned acquired the interest described hereinabove.

Dated: ____3/23____, 2010          VISION ENERGY PARTNERS, LLC
                                   a California limited liability company
                                   By: _____
                                   Todd Habliston,

STATE OF COLORADO                    } ss:

COUNTY OF __Denver_____

On __March 23, 2010_____ before me, ____Juli A. Smith_____, a Notary Public,
                                              (here insert name and title of the officer)

personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/13/2011

(This area for notary stamp)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

9.00

2010000147679 11:35 am 03/30/10
276 418 Q01   2 09
0.28 0.27 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
Grewal (Royalty) LLC
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

MAIL TAX STATEMENTS TO:
As Directed Above

DO NOT WRITE ABOVE

A.P.N.    341-354-01 &  341-354-15

# QUITCLAIM DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is:__$__ · .    . 55
[ x ]  Computed on full value of property conveyed, or
[   ]  Computed on full value, less value of liens or encumbrances remaining at time of sale,
[   ]  Unincorporated area  [ X ] City of _Placentia_

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Vision
Energy Partners LLC**, a California limited liability company hereby GRANTS to **GREWAL
(ROYALTY) LLC**, a Delaware limited liability company, the following described real property in
the City of Placentia, County of Orange, State of California.

An undivided 1/3 interest, in and to an undivided ¼ interest, in both surface fee and/or
mineral fee, in and to Lot 39 in Block 23 (REDU Tract 27 (Original Tract 25) and Lot 10 in Block
24 (REDU Tract 26 (Original Tract 24)) of the Town of Richfield, as per map recorded in Book
31, Page 61 and following, of Miscellaneous Records of Los Angeles County, California and
also shown on an amended map of Richfield filed in Book 1, Page 26 of Record of Surveys,
Orange County, California.

Subject to the right of way for irrigation ditches.

Also as an appurtenance, an undivided 1/3 interest, in and to an undivided ¼ interest of
all Lessor's rights and benefits to a one-sixth (1/6) mineral interest in that certain oil and gas
lease from Leonardo Castro, a single man ("Lessor") to A.E. Wright ("Lessee") dated January 7,
1927 and recorded January 13, 1927 in Book 1, Page 225 of Official Records of Orange
County, State of California.

FURTHER SUBJECT to the certain oil and gas lease covering the Richfield East Dome
Unit "Unitized Formation" tracts 24 and 25, in which Texaco, Inc. is lessee, recorded in Book
9701, Page 330, of the Official Records of Orange County, California, and all amendments and
modification thereto.

IN WITNESS WHEREOF, GRANTOR has executed this Assignment as of the date
indicated in the signature block below but effective as of the date the undersigned acquired the
interest described hereinabove.

Dated: ____3/23____, 2010    VISION ENERGY PARTNERS, LLC
a California limited liability company
By: _____
Todd Habliston,

Exhibit A - Page 104

STATE OF COLORADO                    } ss:

COUNTY OF __Denver_____

On ___March 23, 2010_____ before me, _____Juli A. Smith_____, a Notary Public,
                                              (here insert name and title of the officer)
personally appeared _TODD R. HABLISTON_____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
the within instrument and acknowledged to me that he executed the same in hisr authorized capacity,
and that by his signature on the instrument the person, or the entity upon behalf of which the person
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.


Signature _____

```
JULI A. SMITH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/11/2013
```

(This area for notary stamp)