ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Michael A. McConnell,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**TRUSTEE'S EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDEEP S. GREWAL [DOC. NO. 767]**<br><br>**[Filed in Support of Trustee's Opposition to Motion]**<br><br>Date:    February 25, 2020<br>Time:   10:30 a.m.<br>Crtrm.:  201<br>          1415 State Street<br>          Santa Barbara, CA 93101 |

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT Michael A. McConnell, as Chapter 11 Trustee (the "Trustee") hereby files his evidentiary objections to the Declaration of Randeep S. Grewal, in support of the Trustee's opposition to the *Motion for Relief from the Automatic Stay or for Order Confirming that the Stay Does Not Apply (doc. no. 767)* (the "Motion"), filed by GRL, LLC, as follows:

| # | Statement | Objection And FRE | Sustained or Overruled |
|---|---|---|---|
| 1. | "Since the filing of the case, the royalties payable under those interests to GRL, LLC have not been paid by the estate. Instead, a Trust account was established for those royalties."<br><br>¶ 4, lines 13-14. | Lack of Foundation, Fed. R. Evid. 602, 701, 801; Lack of Personal Knowledge, Fed. R. Evid. 602. | Sustained \_\_\_\_\_<br><br><br><br>Overruled\_\_\_\_\_ |
| 2. | "According to information from the estate, royalties payable to GRL, LLC are as follows:<br><br>$32,552.85    August/2019 Royalties<br><br>$27,689.56    September/2019 Royalties<br><br>$29,532.01    October/2019 Royalties<br><br>$20,720.78    November/2019 Royalties<br><br>$ TBD         December/2019 Royalties<br><br>$110,495.20   Total 4 Months (Aug-Nov)"<br><br>¶ 4, lines 15-22. | Lack of Foundation, Fed. R. Evid. 602, 701, 801; Lack of Personal Knowledge, Fed. R. Evid. 602; Hearsay, Fed. R. Evid. 802. | Sustained \_\_\_\_\_<br><br><br><br>Overruled\_\_\_\_\_ |
| 3. | "GRL. LLC has been informed that the Trust account was funded with the $32,552.85 due from August, 2019."<br><br>¶ 5, lines 23-24. | Hearsay, Fed. R. Evid. 802. | Sustained \_\_\_\_\_<br><br><br><br>Overruled\_\_\_\_\_ |
| 4. | "Further, GRL, LLC has not received from the Debtor, as required for these same months, a monthly accounting statement showing volume of and proceeds from hydrocarbons sold and GRL, LLC's royalty share of said proceeds."<br><br>¶ 5, lines 25-28. | Improper Opinion and Inadmissible Legal Conclusion, Fed. R. Evid. 701, 702, 703. | Sustained \_\_\_\_\_<br><br><br><br>Overruled\_\_\_\_\_ |
| 5. | "GRL, LLC is entitled to receive its share from the Debtor and, in the alternative as to future royalties, directly form the purchasers of the oil, gas, and other hydrocarbons produced pursuant to an "Oil and Gas Division Order" presented to the purchasers."<br><br>¶ 6, lines 1-3. | Improper Opinion and Inadmissible Legal Conclusion, Fed. R. Evid. 701, 702, 703. | Sustained \_\_\_\_\_<br><br><br><br>Overruled\_\_\_\_\_ |

| 6. | "GRL, LLC seeks an Order of this Court (A) ordering the Debtor to pay GRL, LLC all accrued but unpaid royalties to date as well as all future royalties as they become due monthly and to include the monthly accounting statements, and (B) permitting GRL, LLC to serve on the purchasers of the Debtors' production the Oil and Gas Division Orders attached hereto as Exhibit C and incorporated herein by this reference."<br><br>¶ 6, lines 3-8. | Improper Opinion and Inadmissible Legal Conclusion, Fed. R. Evid. 701, 702, 703; Irrelevant, Fed. R. Evid. 401, 402; Best Evidence Rule (Document Speaks For Itself), Fed. R. Evid. 1002. | Sustained \_\_\_\_\_<br><br>Overruled\_\_\_\_\_ |
|---|---|---|---|

DATED: February 11, 2020                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:     /S/ ZEV SHECHTMAN
ZEV SHECHTMAN
Attorneys for Michael A. McConnell, Chapter 11 Trustee

1576102.1  26932                                3

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): TRUSTEE'S EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDEEP S. GREWAL [DOC. NO. 767] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 11, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 11, 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 11, 2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PERSONAL DELIVERY ALSSI – TO BE DELIVERED BY 2/12/20
The Honorable Neil W. Bason
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin outside of Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 11, 2020 | Gloria Ramos | /s Gloria Ramos |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Alicia Clough**   aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**   mscohen@loeb.com, klyles@loeb.com
- **Alec S DiMario**   alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Karl J Fingerhood**   karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**   Alex.Fisch@doj.ca.gov
- **Don Fisher**   dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Ellen Friedman**   efriedman@friedmanspring.com
- **Gisele M Goetz**   gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu
- **Karen L Grant**   kgrant@silcom.com
- **Ira S Greene**   Ira.Greene@lockelord.com
- **Matthew C. Heyn**   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**   b.holman@musickpeeler.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Alan H Katz**   akatz@lockelord.com
- **John C Keith**   john.keith@doj.ca.gov
- **Maxim B Litvak**   mlitvak@pszjlaw.com
- **Michael Authur McConnell (TR)**   Michael.mcconnell@kellyhart.com
- **Brian M Metcalf**   bmetcalf@omm.com
- **David L Osias**   dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**   dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**   mitchell.rishe@doj.ca.gov
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

- **Sonia Singh**   ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com

- **Daniel A Solitro**   dsolitro@lockelord.com, ataylor2@lockelord.com

- **Ross Spence**   ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

- **Christopher D Sullivan**   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com

- **Jennifer Taylor**   jtaylor@omm.com

- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

- **Salina R Thomas**   bankruptcy@co.kern.ca.us

- **Patricia B Tomasco**   pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

- **Fred Whitaker**   lshertzer@cwlawyers.com, spattas@cwlawyers.com

- **William E. Winfield**   wwinfield@calattys.com, scuevas@calattys.com

- **Richard Lee Wynne**   richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

- **Emily Young**   pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

- **Aaron E de Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

## 2. SERVED BY U.S. MAIL

HVI Cat Canyon, Inc
c/o Capitol Corporation Services, Inc.
36 S. 18th Avenue
Suite D
Brighton, CO 80601

Brian Corson, in his
Individual Capacity
2990 Lichen Place
Templeton, CA 93465

Pacific Petroleum California, Inc.
POB 2646
Santa Maria, CA 93457
Attn: John Hochleutner

Escolle Tenants in Common
215 N. Lincoln Street
Santa Maria, CA 93458
Attn: Vincent T. Martinez

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            F 9013-3.1.PROOF.SERVICE