| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>AARON E. DE LEEST (State Bar No. 216832)<br>adeleest@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone:   (310) 277-0077<br>Facsimile:    (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Michael A. McConnell, Ch. 11 Trustee | **FILED & ENTERED**<br><br>**FEB 12 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ortiz    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br><br><br>Debtor(s) | CASE NO.: 9:19-bk-11573-MB<br>CHAPTER: 11<br><br>**ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM**<br><br>**[FRBP 3003(c)(3); LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☒ **Hearing information**<br>DATE:  FEBRUARY 11, 2020<br>TIME:  10:00 AM<br>COURTROOM:  202<br>ADDRESS:  1415 STATE STREET<br>                         SANTA BARBARA, CA |

Based either on a filed motion to set a bar date or on this court's own motion, IT IS ORDERED THAT:

1. The general bar date for creditors of the Debtor to file proofs of claim (Bar Date) is <u>March 31, 2020</u>, with the exceptions set forth in mandatory court form F 3003-1.NOTICE.BARDATE.  With respect to governmental units, the person completing the notice is responsible for ensuring that it states the correct exception.  If the stated deadline is incorrect, then the actual deadline is hereby set as the latter of (a) the incorrect date stated in the notice, (b) the statutory deadline (11 U.S.C. §§ 101(27) and 502(b)(9)), or (c) the general Bar Date.

//

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                             Page 1                                      **F 3003-1.ORDER.BARDATE**

2. On or before <u>February 18, 2020</u>, the Trustee must serve written notice of the bar date, using mandatory court form F 3003-1.NOTICE.BARDATE, on all creditors and the United States trustee.

3. ☐ Other (*specify*):

###

Date: February 12, 2020

*[signature: Martin R. Barash]*

Martin R Barash
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 3003-1.ORDER.BARDATE**