Edward S. Renwick (SBN 29325)
erenwick@hanmor.com
HANNA AND MORTON LLP
444 South Flower Street, Suite 2530
Los Angeles, CA 90071-2916
Telephone: (213) 628-7516
Facsimile: (213) 623-3379

*Attorney for Creditor and Defendant, Goodwin "A" Mineral Owners Group*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br>(Chapter 7)<br><br>ADV. No. 9:20-ap-01011-MB |
| Michael A. McConnell, Chapter 11 Trustee<br><br>                    Plaintiff,<br><br>vs.<br><br>Donna Jean Aanerud, et al<br><br>                    Defendant. | **STIPULATION TO EXTEND TIME PERIOD TO RESPOND TO COMPLAINT**<br><br>Status Conference<br><br>Date: April 17, 2020<br>Time: 10:00 a.m.<br>Dept: 1415 State Street, Ctrm 201<br>         Santa Barbara, CA 93101<br>Judge: Martin R. Barash |

TO THE HON. MARTIN R BARASH, UNITED STATES BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES:

Michael A. McConnell, the Chapter 11 Trustee and Plaintiff in the above referenced adversary action ("Plaintiff") and Creditor and the Defendant Goodwin "A" Mineral Interest Owners Group ("Defendant"), a California unincorporated association, sued herein as Alice G. Lenz, Carolin G. Gwerder, Debra Durney, James J. Shelton Jr., John and Winola Hazard

Revocable Trust, Petrorock, LLC and Sharon Durney, hereby stipulate as follows through their respective attorneys of record:

1. On January 21, 2020, Plaintiff filed the above captioned adversary action for Declaratory Relief in the Chapter 11 Bankruptcy Case of HVI Cat Canyon, Inc. ("the Complaint");

2. Thereafter Plaintiff served the above named entities and trust by mail and Defendant acknowledges the service is valid;

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE: *Subject to Court approval*

Only *the above referenced, and no other,* Defendant's deadline to respond to the Complaint will be extended to March 6, 2020.

IT IS SO STIPULATED.

Dated: February 17, 2020

Goodwin "A" Mineral Owners Group

By: _____
Edward S. Renwick
Attorney for Creditor and Defendant
Goodwin "A" Mineral Owners Group

Dated: February 21, 2020

Danning, Gill, Israel & Krasnoff, LLP

By: _____
~~Eric P. Israel~~ Zev Shechtman
Attorneys for: Michael A. McConnell,
Chapter 11 Trustee