Patricia B. Tomasco (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com

-and-

Razmig Izakelian (State Bar No. 292137)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
Email: razmigizakelian@quinnemanuel.com

*Attorneys for California Asphalt Production, Inc.*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re | § Bk. No. 9:19-bk-11573-MB |
| | § |
| HVI Cat Canyon, Inc., | § Chapter 11 |
| | § |
| Debtor. | § **NOTICE OF OIL AND GAS LIEN** |
| | § |

Notice is given to (a) HVI Cat Canyon, Inc. (the "Debtor"); (b) Michael A. McConnell, the chapter 11 trustee (the "Trustee"), (c) other interested parties; and (d) their attorneys, that California Asphalt Production, Inc. ("CAP") claims a lien on property of the Debtor under California Civil Procedure Code section 1203.58, as authorized by 11 U.S.C. § 362(b)(3).

During the postpetition period, CAP provided services and materials to the Debtor.  CAP provided written notice to the Debtor that these amounts were due and payable.  *See* Exhibit A attached hereto.  The Debtor failed to pay for these services and materials.

California Civil Procedure Code § 1203.58 directs a party eligible for an oil and gas lien to record a verified statement setting forth the amount claimed and the nature of those expenses.  The

1  verified statement must also provide the name of the owner of the leaseholds, the claimant's name

2  and mailing address, and a description of the leaseholds. The verified statement attached as

3  Exhibit B provides all of this information.

4       The lien secures CAP's right to payment for $2,240,686.86 in unpaid services and supply

5  costs of diluent, hot loads, cold crude, and marketing and handling, as all were supplied in connection

6  with the operation of oil and gas wells on the Debtor's leaseholds for oil and gas purposes. *See* Cal.

7  Civ. Proc. Code § 1203.52. Under contract, CAP provided to the Debtor the services and materials

8  that give rise to these unpaid costs. *See id.* These costs were incurred exclusively within the past

9  six months. *See* Cal. Civ. Proc. Code § 1203.58.

10      CAP provided these services and supplies for the Debtor's leaseholds at (a) Belridge in Kern

11  County, California; (b) Santa Maria Valley in Santa Barbara County, California; and (c) Richfield

12  East Dome Unit in Orange County, California. By statute, the liens securing CAP's right to payment

13  for unpaid services and unpaid supply costs therefore attach the leasehold interests of the Debtor at

14  (a) Belridge in Kern County, California; (b) Santa Maria Valley in Santa Barbara County,

15  California; and (c) Richfield East Dome Unit in Orange County, California. *See* Cal. Civ. Proc.

16  Code § 1203.53. The liens relate back to the "date of the furnishing of the first item of material or

17  services or the date of performance of the first labor for which [the] lien is claimed." Cal. Civ. Proc.

18  Code § 1203.56. Here, that date is August 2019.

19      Under 11 U.S.C. § 362(b)(3), the automatic stay does not stay "any act to perfect, or to

20  maintain or continue the perfection of, an interest in property to the extent that the trustee's rights

21  and powers are subject to such perfection under section 546(b) of this title." Section 546(b)(1) of

22  title 11 (the "Bankruptcy Code") provides that "[t]he rights and powers of a trustee under sections

23  544, 545, and 549 of this title are subject to any generally applicable law that—(A) permits

24  perfection of an interest in property to be effective against an entity that acquires rights in such

25  property before the date of perfection; or (B) provides for the maintenance or continuation of

26  perfection of an interest in property to be effective against an entity that acquires rights in such

27  property before the date on which action is taken to effect such maintenance or continuation." Liens

28

created by California's Oil and Gas Lien Act qualify for treatment under section 546(b).  *See In re Rincon Island L.P.*, 253 B.R. 880 (Bankr. C.D. Cal. 2000).

Section 546(b)(2) provides that where a statutory lien requires a party to perfect or maintain the lien by initiating an enforcement action, a party may instead perfect or maintain the lien by giving notice to the debtor of an intent to perfect or maintain the lien.  *See also id.* at 884 ("[A]n action complying with § 546(b) notice must be calculated to notify the holder of the property, be it the debtor or the trustee, that the lienholder intends to enforce its lien.") (internal quotations omitted).

California Civil Procedure Code section 1203.61 states that a lien may be "perfected by the filing of a lien enforcement action within 180 days from the time of the recording of the lien."  *Id.* at 883; *see* Cal. Civ. Proc. Code § 1203.61.  This Notice, therefore, serves as the means of perfecting an oil and gas lien on the Debtor's leaseholds at (a) Belridge in Kern County, California; (b) Santa Maria Valley in Santa Barbara County, California; and (c) Richfield East Dome Unit in Orange County, California in favor of CAP.

Dated:  February 24, 2020                      QUINN EMANUEL URQUHART & SULLIVAN,  LLP

                                                By: */s/ Razmig Izakelian*
                                                    Patricia B. Tomasco
                                                    Razmig Izakelian

                                                Attorneys for California Asphalt Production, Inc.

# EXHIBIT A

# CALIFORNIA ASPHALT PRODUCTION
1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

Invoice number

Invoice Date:                    August 31, 2019

Bill To:        **HVI Cat Canyon**

| Month | Description | Unit | Quantity | Price | Amount |
|-------|-------------|------|----------|-------|--------|
| August | LCR deliver from 08/01/2019 to 08/31/2019 | BBL | 5,716.50 | $67.85 | $      387,882.31 |
| August | LCR deliver from 08/01/2019 to 08/31/2019 | BBL | 1,081.00 | $55.12 | $        59,584.57 |

Total  $      447,466.88

**CALIFORNIA ASPHALT PRODUCTION**
1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

Invoice number                          CAPHVI-0919

Invoice Date:                    **September 30, 2019**

Bill To:        **HVI Cat Canyon**

| Month | Description | Unit | Quantity | Price | Amount |
|-------|-------------|------|----------|-------|--------|
| September | LCR deliver from 09/01/2019 to 09/30/2019 | BBL | 4,841.88 | $73.97 | $ 358,162.85 |
| September | LCR deliver from 09/01/2019 to 09/30/2019 | BBL | 1,088.56 | $57.44 | $ 62,528.82 |

Total $    420,691.67

**CALIFORNIA ASPHALT PRODUCTION**
1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| | |
|---|---|
| Invoice number | CAPHVI-1019 |
| Invoice Date: | **October 31, 2019** |
| Bill To: | **HVI Cat Canyon** |

| Month | Description | Unit | Quantity | Price | Amount |
|-------|-------------|------|----------|-------|--------|
| October | LCR deliver from 10/01/2019 to 10/31/2019 | BBL | 8,022.05 | $73.66 | $ 590,903.46 |

Total  $    590,903.46

**CALIFORNIA ASPHALT PRODUCTION**
1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| | |
|---|---|
| Invoice number | CAPHVI-1119 |
| Invoice Date: | **November 30, 2019** |
| Bill To: | **HVI Cat Canyon** |

| Month | Description | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|
| November | LCR deliver from 11/01/2019 to 11/30/2019 | BBL | 6,666.43 | $73.75 | $    491,680.49 |

Total  $    491,680.49

# CALIFORNIA ASPHALT PRODUCTION

1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| | |
|---|---|
| Invoice number | CAPHVI-1219 |
| Invoice Date: | **December 31, 2019** |
| Bill To: | **HVI Cat Canyon** |

| Month | Description | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|
| December | LCR deliver from 12/01/2019 to 12/31/2019 | BBL | 1,665.89 | $67.94 | $    113,185.09 |

**Total**  $        113,185.09

# CALIFORNIA ASPHALT PRODUCTION
1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| Invoice number | CAPHVI-0819B |
| --- | --- |
| Invoice Date: | **August 31, 2019** |

Bill To:    **HVI Cat Canyon**

| Month | Description | Unit | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| AUGUST | Marketing Fees sales crude Bellridge | BBL | 1,474.31 | $  0.50 | $          737.16 |

Total  $          737.16

# CALIFORNIA ASPHALT PRODUCTION

1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| | |
|---|---|
| Invoice number | CAPHVI-0919B |
| Invoice Date: | **September 30, 2019** |
| Bill To: | **HVI Cat Canyon** |

| Month | Description | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|
| September | Marketing Fees sales crude Bellridge | BBL | 1,600.60 | $ 0.50 | $ 800.00 |
| September | Marketing Fees sales crude Redu | BBL | 1,161.29 | $ 0.05 | $ 58.06 |

**Total** $ 858.06

## CALIFORNIA ASPHALT PRODUCTION
1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| | |
|---|---|
| Invoice number | CAPHVI-1019B |
| Invoice Date: | October 31, 2019 |
| Bill To: | HVI Cat Canyon |

| Month | Description | Unit | Quantity | Price | Amount |
|-------|-------------|------|----------|-------|--------|
| October | Marketing Fees sales crude Bellridge | BBL | 1,033.66 | $ 0.50 | $ 516.83 |
| October | Marketing Fees sales crude Redu | BBL | 1,670.33 | $ 0.05 | $ 83.52 |

Total  $         600.35

**CALIFORNIA ASPHALT PRODUCTION**

1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| | |
|---|---|
| Invoice number | CAPHVI-1119B |
| Invoice Date: | **November 30, 2019** |
| Bill To: | **HVI Cat Canyon** |

| Month | Description | Unit | Quantity | Price | Amount |
|-------|-------------|------|----------|-------|--------|
| November | Marketing Fees sales crude Bellridge | BBL | 1,626.88 | $ 0.50 | $ 813.44 |
| November | Marketing Fees sales crude Redu | BBL | 1,567.31 | $ 0.05 | $ 78.37 |

**Total  $        891.81**

**CALIFORNIA ASPHALT PRODUCTION**
1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| | |
|---|---|
| Invoice number | CAPHVI-1119C |
| Invoice Date: | **November 30, 2019** |
| Bill To: | **HVI Cat Canyon** |

| Month | Description | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|
| July | Adjustment temperature fees | BBL | 4,103.14 | $ 1.50 | $ 6,154.71 |
| August | Adjustment temperature fees | BBL | 12,428.51 | $ 1.50 | $ 18,642.76 |
| September | Adjustment temperature fees | BBL | 5,412.02 | $ 1.50 | $ 8,118.03 |
| October | Adjustment temperature fees | BBL | 6,504.46 | $ 1.50 | $ 9,756.70 |
| November | Adjustment temperature fees | BBL | 9,305.10 | $ 1.50 | $ 13,957.65 |

Total  $  56,629.85

**CAP, Inc.**
California Asphalt Production, Inc.

**CAP, Inc.**
P.O. BOX 1220
Santa Maria, CA 93456
Phone: (805) 347-8700
Fax: (805) 347-1072

**INVOICE**

| | |
|---|---|
| Invoice No. | I0046160 |
| Date | 11/30/2019 |
| BOL No. | |
| Order Type | Invoice |
| Customer ID | 001HVI |

| BILL TO: | SHIP TO: |
|---|---|
| HVI CAT CANYON INC<br>PO BOX 5489<br>SANTA MARIA, CA 93456 | |

PAGE 1

| SHIP VIA | CUSTOMER P.O. NO. | STATE NO. |
|---|---|---|
| | | |

| SHIPPER ID # | TERMS | JOB NUMBER | SITE |
|---|---|---|---|
| S0047577 | Due 20th of following Mnth | | 001<br>GREKA ENERGY |

| PRODUCT | BILL OF LADING | QTY SHIPPED | UNITS | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| SOFT WATER | Hot Loads | 615,300.0000 | GAL | 0.1500 | 92,295.0000 |

SERVICE CHARGE; TERMS OF PAYMENT; COLLECTION ACTIONS. Any accounts not adhearing to the payment terms on the face hereof will bear a service charge equal to one and one-half (1.5%) per month on the unpaid balance. Unless otherwise indicated on the face hereof, payment of the invoice shall be due and payable in full within 10 days from the date of the invoice. If Seller commences as action to collect amounts due to this account, Buyer agrees to pay reasonable collection charges, attorney fees of 33 1/3% and court costs for any past due balance turned over for collection and Buyer will indemnify and hold Seller harmless from all expenses incurred in connection therewith, including attorney's fees and costs.

| | |
|---|---|
| Sales Total | 92,295.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 92,295.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 92,295.00 |

**CALIFORNIA ASPHALT PRODUCTION**
1660 Sinton Road
Santa Maria, Ca 93458

# INVOICE

| | |
|---|---|
| Invoice number | CAPHVI-1119D |
| Invoice Date: | **November 30, 2019** |
| Bill To: | **HVI Cat Canyon** |

| Month | Description | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|
| November | Hot Water transfer | Gallon | 139,033.80 | $ 0.15 | $ 20,855.07 |
| | Period 11/01/2019 to 11/30/2019 | | | | |

Total $ 20,855.07

# CAP

# INVOICE

Invoice Date: December 31, 2019

Bill To: HVI Cat Canyon, inc.

| Description | Unit | Quantity | Price | Amount |
|---|---|---|---|---|
| Hot Loads for 12-2019 | Gallkons | 57,914.20 | $0.15 | $8,687.13 |

$    8,687.13

**CAP, Inc.**

**CAP, Inc.**
P.O. BOX 1220
Santa Maria, CA 93456
Phone: (805) 347-8700
Fax: (805) 347-1072

*California Asphalt Production, Inc.*

# INVOICE

| | |
|---|---|
| Invoice No. | I0046168 |
| Date | 1/3/2020 |
| BOL No. | |
| Order Type | Invoice |
| Customer ID | 001HVI |

| BILL TO: | SHIP TO: |
|---|---|
| HVI CAT CANYON INC<br>PO BOX 5489<br>SANTA MARIA, CA 93456 | |

PAGE 1

| SHIP VIA | CUSTOMER P.O. NO | STATE NO. |
|---|---|---|

| SHIPPER ID # | TERMS | JOB NUMBER | SITE |
|---|---|---|---|
| S0047585 | Due 20th of following Mnth | | 001<br>GREKA ENERGY |

| PRODUCT | BILL OF LADING | QTY SHIPPED | UNITS | PRICE | EXT PRICE |
|---|---|---|---|---|---|
| SOFT WATER | 204723 | 2,816.9000 | GAL | 0.1500 | 422.5400 |

SERVICE CHARGE; TERMS OF PAYMENT; COLLECTION ACTIONS. Any accounts not adhearing to the payment terms on the face hereof will bear a service charge equal to one and one-half (1.5%) per month on the unpaid balance. Unless otherwise indicated on the face hereof, payment of the invoice shall be due and payable in full within 10 days from the date of the invoice. If Seller commences as action to collect amounts due to this account, Buyer agrees to pay reasonable collection charges, attorney fees of 33 1/3% and court costs for any past due balance turned over for collection and Buyer will indemnify and hold Seller harmless from all expenses incurred in connection therewith, including attorney's fees and costs.

| | |
|---|---|
| Sales Total | 422.54 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 422.54 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **422.54** |

# INVOICE

**CAP, inc.**
P.O. BOX 1220
Santa Maria, CA  93456
Phone:  (805) 347-8700
Fax:  (805) 347-1072

**CAP, Inc.**
California Asphalt Production, Inc.

| | |
|---|---|
| Invoice No. | I0046176 |
| Date | 1/14/2020 |
| BOL No. | |
| Order Type | Invoice |
| Customer ID | 001HVI |

| BILL TO: | SHIP TO: |
|---|---|
| HVI CAT CANYON INC<br>PO BOX 5489<br>SANTA MARIA, CA  93456 | |

PAGE  1

| SHIP VIA | CUSTOMER P.O. NO | STATE NO |
|---|---|---|
| | | |

| SHIPPER ID # | TERMS | JOB NUMBER | SITE |
|---|---|---|---|
| S0047594 | Due 20th of following Mnth | | 001<br>GREKA ENERGY |

| PRODUCT | BILL OF LADING | QTY SHIPPED | UNITS | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| SOFT WATER | 204722 | 2,320.9000 | GAL | 0.1500 | 348.1400 |

SERVICE CHARGE; TERMS OF PAYMENT; COLLECTION ACTIONS. Any accounts not adhering to the payment terms on the face hereof will bear a service charge equal to one and one-half (1.5%) per month on the unpaid balance. Unless otherwise indicated on the face hereof, payment of the invoice shall be due and payable in full within 10 days from the date of the invoice. If Seller commences as action to collect amounts due to this account, Buyer agrees to pay reasonable collection charges, attorney fees of 33 1/3% and court costs for any past due balance turned over for collection and Buyer will indemnify and hold Seller harmless from all expenses incurred in connection therewith, including attorney's fees and costs.

| | |
|---|---|
| Sales Total | 348.14 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 348.14 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **348.14** |

**INVOICE**

**CAP, Inc.**
P.O. BOX 1220
Santa Maria, CA 93456
Phone: (805) 347-8700
Fax: (805) 347-1072

**CAP, Inc.**
California Asphalt Production, Inc.

| | |
|---|---|
| Invoice No. | I0046191 |
| Date | 2/4/2020 |
| BOL No. | |
| Order Type | Invoice |
| Customer ID | 001HVI |

**BILL TO:**
HVI CAT CANYON INC
PO BOX 5489
SANTA MARIA, CA 93456

**SHIP TO:**

PAGE 1

| SHIP VIA | CUSTOMER P.O. NO. | STATE NO. |
|---|---|---|
| | | |

| SHIPPER ID # | TERMS | JOB NUMBER | SITE |
|---|---|---|---|
| S0047609 | Due 20th of following Mnth | | 001 GREKA ENERGY |

| PRODUCT | BILL OF LADING | QTY SHIPPED | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| SOFT WATER | 204690 | 1,339.0000 | GAL | 0.1500 | 200.8500 |

SERVICE CHARGE; TERMS OF PAYMENT; COLLECTION ACTIONS. Any accounts not adhearing to the payment terms on the face hereof will bear a service charge equal to one and one-half (1.5%) per month on the unpaid balance. Unless otherwise indicated on the face hereof, payment of the invoice shall be due and payable in full within 10 days from the date of the invoice. If Seller commences as action to collect amounts due to this account, Buyer agrees to pay reasonable collection charges, attorney fees of 33 1/3% and court costs for any past due balance turned over for collection and Buyer will indemnify and hold Seller harmless from all expenses incurred in connection therewith, including attorney's fees and costs.

| | |
|---|---|
| Sales Total | 200.85 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 200.85 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **200.85** |

**CAP, Inc.**
P.O. BOX 1220
Santa Maria, CA 93456
Phone: (805) 347-8700
Fax: (805) 347-1072

**CAP, Inc.**
California Asphalt Production, Inc.

# INVOICE

| | |
|---|---|
| Invoice No. | **10046186** |
| Date | **1/29/2020** |
| BOL No. | |
| Order Type | **Invoice** |
| **Customer ID** | **001HVI** |

**BILL TO:**

HVI CAT CANYON INC
PO BOX 5489
SANTA MARIA, CA 93456

**SHIP TO:**

PAGE 1

| SHIP VIA | | CUSTOMER P.O. NO. | STATE NO. |
|---|---|---|---|
| | | | |

| SHIPPER ID # | TERMS | JOB NUMBER | SITE |
|---|---|---|---|
| S0047604 | Due 20th of following Mnth | | 001 GREKA ENERGY |

| PRODUCT | BILL OF LADING | QTY SHIPPED | UNITS | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| SOFT WATER | 204716 | 2,586.8000 | GAL | 0.1500 | 388.0200 |

SERVICE CHARGE; TERMS OF PAYMENT; COLLECTION ACTIONS. Any accounts not adhering to the payment terms on the face hereof will bear a service charge equal to one and one-half (1.5%) per month on the unpaid balance. Unless otherwise indicated on the face hereof, payment of the invoice shall be due and payable in full within 10 days from the date of the invoice. If Seller commences as action to collect amounts due to this account, Buyer agrees to pay reasonable collection charges, attorney fees of 33 1/3% and court costs for any past due balance turned over for collection and Buyer will indemnify and hold Seller harmless from all expenses incurred in connection therewith, including attorney's fees and costs.

| | |
|---|---|
| Sales Total | 388.02 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 388.02 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **388.02** |

# EXHIBIT B

## AFFIDAVIT FOR OIL AND GAS LIEN

THE STATE OF CALIFORNIA
COUNTY OF SANTA BARBARA

I, the undersigned, under oath depose and state as follows:

1.  My name is Ernesto Olivares.

2.  I am the Chief Financial Officer of California Asphalt Production, Inc. (the "Claimant").

3.  Claimant's address is PO Box 1220, Santa Maria, California 93456.

4.  I am over 18 years of age, have personal knowledge of the facts set forth below, and am competent and authorized to make this Affidavit on Claimant's behalf. This Affidavit is made to perfect an oil and gas lien against the real property described in Schedule 1.

5.  Pursuant to a contract ("Contract") between Claimant and HVI Cat Canyon, Inc. (the "Company"), Claimant has provided services and materials to the Company in connection with the Company's operation of oil and gas wells on the Company's leaseholds for oil and gas purposes. The services and materials benefited the real property described in Schedule 1. Upon information and belief, the Company owns the property described in Schedule 1.

6.  The last known address of the Company is:

    HVI CAT CANYON, INC.
    2617 Clark Ave.
    Santa Maria, California 93454

7.  Claimant claims a lien on the property described in Schedule 1 pursuant to the provisions of chapter 2.5 of the California Code of Civil Procedure to secure payment of the Claim Amount listed below.

8.  After allowing all just credits, offsets, and payments, the amount of **$2,240,686.86** (the "Claim Amount") remains unpaid and said sum is due and owing to Claimant. True and

correct copies of Claimant's invoices are enclosed herewith to reflect the material and/or labor furnished by Claimant to Company. The Claim Amount is just and correct. The Claim Amount reflects the reasonable value of materials furnished and services performed.

9. The Claimant provided the unpaid labor, material, and/or equipment to benefit the property described in <u>Schedule 1</u> in August 2019, September 2019, October 2019, November 2019, December 2019, January 2020 and February 2020.

10. The Claimant previously sent the unpaid invoices to the Company.

11. One copy of this Affidavit is being sent Certified Mail, Return Receipt Requested to the Company at the following address:

> HVI CAT CANYON, INC.
> 2617 Clark Ave.
> Santa Maria, California 93454

SWORN under penalty of perjury pursuant to 28 U.S.C. § 1746.

**California Asphalt Production, Inc.**

By: _____
**Ernesto Olivares, CFO**

Dated: _____02/21/2020_____

Schedule 1

Kern County, California

**North Belridge Field**

McPhail Mineral Fee Property:
Grant deed dated April 9, 1964 by and between West American Oil Company as grantor and Union Oil Company as grantee, recorded April 29, 1964 in Volume 3720 at Page 78 of the Official Records of Kern County covering all of the oil, gas and other hydrocarbon substances underlying and which may be produced from the North half of the Northwest Quarter of the Southwest Quarter of the Northwest Quarter, the Northeast Quarter of the Southwest Quarter of the Northwest Quarter, the West half of the Southeast Quarter of the Northwest Quarter, the North half of the Southeast Quarter of the Southwest Quarter of the Northwest Quarter and the Southeast Quarter of the Southeast Quarter of the Northwest Quarter of Section 36, Township 27 South, Range 20 East, MDB&M., Kern County, California, lying above a depth which is 120 feet below the stratigraphic equivalent of the vertical depth of 658 feet below the surface of the ground as such vertical depth appeared in the McPhail Well No. 6-7.

Gibson Lease:
Oil and gas lease dated December 14, 1915 by and between George Gibson, as lessor and Union Oil Company as lessee recorded on April 28, 1916 in Book 29 at Page 17 of the Official Records of Kern County, California covering the North half of the North half of the Southeast Quarter and the North half of the Northeast Quarter of the Southwest Quarter of Section 36, Township 27 South, Range 20 East, MDB&M.

SUBJECT TO:   without limitation, the effects of prior conveyance of the 64 Zone per Assignment & Bill of Sale from Union Oil Company to Belridge Oil Company dated October 28, 1969 , recorded November 7, 1969 in Book 4335 at Page 37 of Official Records (and corresponding right, title, and interest in & to that certain "Unit Agreement for the 64 Zone of the North Belridge Oil & Gas Field, Kern County, California dated July 1, 1949, recorded November 3, 1949 in Book 1598 at Page 323 of Official Records.

O'Donnell Lease:
Oil and gas lease dated October 2, 1915 by and between T. A. O'Donnell, et al., as lessor and Union Oil Company as lessee, recorded on February 18, 1917 in Book 29 at Page 208 of the Official Records of Kern County, California covering the South half of the Southeast Quarter, the South half of the North half of the Southeast Quarter and the South half of the North half of the Southwest Quarter of Section 36, Township 27 South, Range 20 East, MDB&M.

SUBJECT TO:  without limitation, the effects of prior conveyance of the "Temblor Zone", per Partial Assignment of Oil and Gas Lease from Union Oil Company to Belridge Oil Company dated May 27, 1953, recorded June 17, 1953 in Book 2093 at Page 250 of Official Records; and the effects of a prior conveyance of the 64 Zone per Assignment & Bill of Sale from Union Oil Company to Belridge Oil Company dated October 28, 1969, recorded November 7, 1969 in Book 4335 at Page 37 of Official Records (and corresponding right, title, and interest in & to that certain "Unit Agreement for the 64 Zone of the North Belridge Oil & Gas Field, Kern County, California dated July 1, 1949, recorded November 3, 1949 in Book 1598 at Page 323 of Official Records.

Orange County, California

**Richfield East Dome Unit**

SUBJECT ACREAGE:  568 acres, more or less, as more fully described in that certain Unit Agreement for Richfield east Dome Unit, Richfield Oil and Gas Field, recorded on December 30, 1969 at Book 9177, Page 873 of the Official Records of Orange County, California.

1.   Oil and Gas Lease dated November 08, 1926 by and between Martin Etchandy, as Lessor, and A. J. Delany, as Lessee, recorded in Book 19, Page 31 of the Lease Records of Orange County, California.

2.   Oil and Gas Lease dated August 3, 1928 by and between Martin Etchandy, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 187, Page 109 of the Lease Records of Orange County, California.

3.   Oil and Gas Lease dated May 29, 1929 by and between Lillian a. Jesson, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 275, Page 389 of the Lease Records of Orange County, California.

4.   Oil and Gas Lease dated July 5, 1928 by and between John H. Mosley, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 250, Page 419 of the Lease Records of Orange County, California.

5.   Oil and Gas Lease dated June 25, 1928 by and between E. Walter Pyne, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 174, Page 298 of the Lease Records of Orange County, California.

6.   Oil and Gas Lease dated October 7, 1953 by and between Stern Realty, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 2607, Page 335 of the Lease Records of Orange County, California.

7.   Oil and Gas Lease dated December 4, 1966 by and between Portfirio E. Duarte, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 502 of the Lease Records of Orange County, California.

8.   Oil and Gas Lease dated December 4, 1966 by and between A. E. Hernandez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 379 of the Lease Records of Orange County, California.

9.   Oil and Gas Lease dated December 4, 1966 by and between Mauel Pinedo, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 388 of the Lease Records of Orange County, California.

10.   Oil and Gas Lease dated December 3, 1966 by and between Ramon P. Tovar, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 397 of the Lease Records of Orange County, California.

11.     Oil and Gas Lease dated December 1, 1966 by and between Rudolf Garcia, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 406 of the Lease Records of Orange County, California.

12.     Oil and Gas Lease dated December 3, 1966 by and between Louis Vargas, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 415 of the Lease Records of Orange County, California.

13.     Oil and Gas Lease dated December 10, 1966 by and between Rudolph Arias, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 493 of the Lease Records of Orange County, California.

14.     Oil and Gas Lease dated December 10, 1966 by and between Alexander Jimenez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 475 of the Lease Records of Orange County, California.

15.     Oil and Gas Lease dated February 3, 1937 by and between John H. Wents, as Lessor, and A. D. Mitchell, as Lessee, recorded in Book 888, Page 151 of the Lease Records of Orange County, California.

16.     Oil and Gas Lease dated December 19, 1966 by and between J. G. Joseph, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 424 of the Lease Records of Orange County, California.

17.     Oil and Gas Lease dated December 15, 1966 by and between Phineas Solomon, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 484 of the Lease Records of Orange County, California.

18.     Oil and Gas Lease dated December 21, 1966 by and between V. E. Buckmaster, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 433 of the Lease Records of Orange County, California.

19.     Oil and Gas Lease dated December 22, 1966 by and between P. A. Waldworth, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 442 of the Lease Records of Orange County, California.

20.     Oil and Gas Lease dated December 29, 1965 by and between Lupa Vasquez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8156, Page 853 of the Lease Records of Orange County, California.

21.     Oil and Gas Lease dated January 9, 1967 by and between Roman Catholic Archbishop of Los Angles, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8159, Page 313 of the Lease Records of Orange County, California.

22.     Oil and Gas Lease dated January 7, 1967 by and between James R. Roberts, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8155, Page 396 of the Lease Records of Orange County, California.

23.  Oil and Gas Lease dated January 13, 1967 by and between Freda Joseph, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8175, Page 248 of the Lease Records of Orange County, California.

24.  Oil and Gas Lease dated February 16, 1967 by and between May H. Morrison, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8190, Page 553 of the Lease Records of Orange County, California.

25.  Oil and Gas Lease dated February 20, 1967 by and between Gordon Boller, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8244, Page 316 of the Lease Records of Orange County, California.

26.  Oil and Gas Lease dated February 23, 1967 by and between Jean E. Hathaway, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8190, Page 545 of the Lease Records of Orange County, California.

27.  Oil and Gas Lease dated April 10, 1967 by and between Harold F. Taylor, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8311, Page 002 of the Lease Records of Orange County, California.

28.  Oil and Gas Lease dated April 10, 1967 by and between Roy H. Scott, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8310, Page 987 of the Lease Records of Orange County, California.

29.  Oil and Gas Lease dated April 10, 1967 by and between John C. Scott, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8336, Page 418 of the Lease Records of Orange County, California.

30.  Oil and Gas Lease dated July 29, 1966 by and between Phyllis H. Mirelez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 272 of the Lease Records of Orange County, California.

31.  Oil and Gas Lease dated July 27, 1966 by and between Joe Matinez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 263 of the Lease Records of Orange County, California.

32.  Oil and Gas Lease dated July 25, 1966 by and between Efrain G. Savala, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 254 of the Lease Records of Orange County, California.

33.  Oil and Gas Lease dated July 28, 1966 by and between Sabas Porras, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 245 of the Lease Records of Orange County, California.

34.  Oil and Gas Lease dated August 1, 1966 by and between Antonio Moreno, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 236 of the Lease Records of Orange County, California.

35.    Oil and Gas Lease dated August 2, 1966 by and between Helen V. Mirlez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 218 of the Lease Records of Orange County, California.

36.    Oil and Gas Lease dated August 3, 1966 by and between E. W. Naess, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 210 of the Lease Records of Orange County, California.

37.    Oil and Gas Lease dated May 2, 1968 by and between Jerome Weinberg, Inc., as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8602, Page 510 of the Lease Records of Orange County, California.

38.    Oil and Gas Lease dated November 28, 1966 by and between Pauline V. Bayna Fordell, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 192 of the Lease Records of Orange County, California.

39.    Oil and Gas Lease dated November 28, 1966 by and between Doris Maussnest, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8751, Page 739 of the Lease Records of Orange County, California.

40.    Oil and Gas Lease dated August 6, 1966 by and between Walter B. Morlock, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8855, Page 870 of the Lease Records of Orange County, California.

41.    Oil and Gas Lease dated August 9, 1966 by and between Eustaquio A. Vega, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 174 of the Lease Records of Orange County, California.

42.    Oil and Gas Lease dated August 10, 1966 by and between theodore Sandoval, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 183 of the Lease Records of Orange County, California.

43.    Oil and Gas Lease dated August 10, 1966 by and between Esther Gonzales, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 280 of the Lease Records of Orange County, California.

44.    Oil and Gas Lease dated August 11, 1966 by and between Fred John Yalas, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 200 of the Lease Records of Orange County, California.

45.    Oil and Gas Lease dated August 12, 1966 by and between Apolinar Ramirez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 289 of the Lease Records of Orange County, California.

46.    Oil and Gas Lease dated August 12, 1966 by and between Ladisio Recendez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 298 of the Lease Records of Orange County, California.

47.    Oil and Gas Lease dated August 16, 1966 by and between E. R. Schmitt, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 307 of the Lease Records of Orange County, California.

48.    Oil and Gas Lease dated August 18, 1966 by and between Family Plan Mortgage Company, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 316 of the Lease Records of Orange County, California.

49.    Oil and Gas Lease dated August 19, 1966 by and between W. C. McCall, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 325 of the Lease Records of Orange County, California.

50.    Oil and Gas Lease dated August 23, 1966 by and between Leo Harry Sad, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 459 of the Lease Records of Orange County, California.

51.    Oil and Gas Lease dated August 26, 1966 by and between Mike G. Olivares, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 334 of the Lease Records of Orange County, California.

52.    Oil and Gas Lease dated October 3, 1966 by and between Casimero R. Anguiana, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 343 of the Lease Records of Orange County, California.

53.    Oil and Gas Lease dated November 22, 1966 by and between Bryan E. Gatewood, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 467 of the Lease Records of Orange County, California.

54.    Oil and Gas Lease dated November 22, 1966 by and between Albert H. Rangel, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 352 of the Lease Records of Orange County, California.

55.    Oil and Gas Lease dated November 25, 1966 by and between Bank of America, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 361 of the Lease Records of Orange County, California.

56.    Oil and Gas Lease dated November 27, 1966 by and between Robert Flores, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 370 of the Lease Records of Orange County, California.

57.    Oil and Gas Lease dated September 15, 1927 by and between Joseph Mondotte, as Lessor, and Continental Oil Company, as Lessee, recorded in Book 96, Page 306 of the Lease Records of Orange County, California.

58.    Oil and Gas Lease dated May 27, 1968 by and between Placentia Unified School District, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8693, Page 883 of the Lease Records of Orange County, California.

59.  Oil and Gas Lease dated January 31, 1955 by and between A. T. & S. F Railway, as Lessor, and James Herley, as Lessee, recorded in Book 3038, Page 443 of the Lease Records of Orange County, California.

60.  Oil and Gas Lease dated June 22, 1967 by and between Hathaway Company, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8311, Page 118 of the Lease Records of Orange County, California.

61.  Oil and Gas Lease dated August 28, 1968 by and between Stern Realty Company, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8720, Page 501 of the Lease Records of Orange County, California.

62.  Oil and Gas Lease dated February 24, 1953 by and between Victor Lypps, as Lessor, and James Michelin, as Lessee, recorded in Book 2465, Page 371 of the Lease Records of Orange County, California.

63.  Oil and Gas Lease dated March 22, 1954 by and between Emory P. Francis, as Lessor, and James Michelin, as Lessee, recorded in Book 2694, Page 001 of the Lease Records of Orange County, California.

64.  Oil and Gas Lease dated May 29, 1940 by and between Walter E. Pyne, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1089, Page 591 of the Lease Records of Orange County, California.

65.  Oil and Gas Lease dated May 29, 1940 by and between Rudolph Wetzer, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1062, Page 529 of the Lease Records of Orange County, California.

66.  Oil and Gas Lease dated May 29, 1940 by and between Harry Helming, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1093, Page 361 of the Lease Records of Orange County, California.

67.  Oil and Gas Lease dated May 29, 1940 by and between Ellen C. Wauberg, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1094, Page 243 of the Lease Records of Orange County, California.

68.  Oil and Gas Lease dated October 1, 1919 by and between Walter E. Pyne, as Lessor, and National Bank & Trust Company, as Lessee, recorded in Book 13, Page 60 of the Lease Records of Orange County, California.

69.  Oil and Gas Lease dated November 16, 1967 by and between Jerome Weinberg, Inc., as Lessor, and Getty Oil Company, as Lessee, recorded in Book 8472, Page 592 of the Lease Records of Orange County, California.

70.  Oil and Gas Lease dated January 3, 1927 by and between Samuel P. Mullen, as Lessor, and General Petroleum, as Lessee, recorded in Book 1, Page 355 of the Lease Records of Orange County, California.

71.    Oil and Gas Lease dated April 20, 1927 by and between Chanslr-Canf. Midway Oil Company, as Lessor, and general Petroleum, as Lessee, recorded in Book 39, Page 247 of the Lease Records of Orange County, California.

72.    Oil and Gas Lease dated March 17, 1919 by and between Nick Hugo, as Lessor, and Oscar R. Howard, as Lessee, recorded in Book 9, Page 354 of the Lease Records of Orange County, California.

73.    Oil and Gas Lease dated October 1, 1945 by and between Stern Realty Company, as Lessor, and basin Oil Company, as Lessee, recorded in Book 1380, Page 179 of the Lease Records of Orange County, California.

Richfield East Dome Unit
568 acres Unitized in Section 27, 28, 29, 32, 33, and 34 of T-3-S, R-9-W

MINERAL LEASES

| | |
|---|---|
| Lessor: | Richards Fletcher Evans, Rosa B. Evans. Marion S. Flippen, Anna M. Richards, Eliza Travis Flippen, Wade H. Flippen, Jeannette Flippen, Edith H. Flippen |
| Dated: | August 24, 1943 |
| Recorded: | V1229/P271 |

| | |
|---|---|
| Lessor: | Benoit Oxandabourne, Gracreuse Oxandbourne, Ralph A. Phillips, Frances L. Phillips, Gertrude D. Wilson |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P014 |

| | |
|---|---|
| Lessor: | Ralph A. Phillips, Frances L. Phillips, Gertrude D. Wilson |
| Dated: | 25, 1962 |
| Recorded: | V6139/P015 |

| | |
|---|---|
| Lessor: | Lilah O. Nicchols, Frank H. Nichols, Clara Wells Lambert, Leta W. Abbot |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P027 |

| | |
|---|---|
| Lessor: | Lilah O. Nicchols, Frank H. Nichols, Clara Wells Lambert, Leta W. Abbot |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P028 |

| | |
|---|---|
| Lessor: | David C. Bright, William C. Bright |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P042 |

| | |
|---|---|
| Lessor: | Charles F. Ahline |
| Dated: | April 25, 1962 |
| Recorded: | V6217/P383 |

Lessor:        Charles F. Ahline
Dated:         April 25, 1962
Recorded:      V6217/P384

Lessor:        Charles L. Wilson, Hermine Lucy Jenkins
Dated:         September 24, 1944
Recorded:      V1251/P532

Lessor:        J.D. Kenner, Crystal M. Kenner
Dated:         September 24, 1944
Recorded:      V1258/P458

Lessor:        Thomas Bradford McMurtrey
Dated:         September 24, 1944
Recorded:      V1261/P101

Lessor:        G.W. Wells, Clara L. Wells, D.H. Blume, Annie F. Blume, John H. Nichols,
               Josephine E. Nichols, Colistia A. Wilson, Earl M. Bright, Ralph A. Phillips,
               Frances L. Phillips
Dated:         September 24, 1944
Recorded:      V1261/P110

Lessor:        Bertie Domann, May E. Dennis, N.T. Edwards, May L. Edwards, W.J. Cheney,
               Eva F. Cheney, Roberta Lee Fixen, Sally W. Koehler, Elizabeth Cobb
Dated:         September 24, 1944
Recorded:      V1261/P110

Lessor:        Anaheim Union Water Company
Dated:         February 10, 1926
Recorded:      V0057/P081

Lessor:        Rosa Yorba Locke, Herman F. Lock
Dated:         June 2, 1926
Recorded:      V0059/P084

Lessor:        Laurie Vejar, Carrie Vejar, Beatrice Vejar De Soto, Ernest De Soto, Ramona
               Vejar, Theresa Vejar McEachin, Earl McEachin, Sophia Vejar Jones, Lawrence
               Jones
Dated:         February 1, 1926
Recorded:      V0059/P317

Lessor:        Anaheim Union Water Company
Dated:         March 15, 1943
Recorded:      V1193/P087

Lessor:          Adolf Schoepe, Martha Virginia Schoepe
Dated:           April 1, 1965
Recorded:        V7520/P832


Lessor:          Adolf Schoepe, Martha Virginia Schoepe
Dated:           May 22, 1967
Recorded:        V8317/P176


Lessor:          Richard F. Hathaway
Dated:           May 16, 1949
Recorded:        V606/P735


Lessor:          Mayme C. Nelson
Dated:           July 13, 1949
Recorded:        V1897/P292


Lessor:          Agapito Munoz
Dated:           July 13, 1949
Recorded:        V2030/P1


Lessor:          Adelaide V. Krause
Dated:           July 5, 1949
Recorded:        V1897/P305


Lessor:          Avalon A. Adams, Trustee
Dated:           June 26, 1971
Recorded:        V9701/P330


Lessor:          Municipal Securities Company
Dated:           March 23, 1957
Recorded:        V3990/P568


| Lease Date | Lessor | Lessee | Recorded Book/Page |
|---|---|---|---|
| 8/1/66 | Louis O. Dorado, Jr. Et Ux | R.K. Sunny, Inc. | 8137   227 |


Mineral Deed dated 10/1/90, Mobil Exploration & Production North America, Inc.  Grantor, Omimer Petroleum, Inc., Grantee, recorded Official Records as document no. 91-100760.

| Lessor | Date Of Lease | Original Lessee | Recorded Book/Page | REDU Tract# |
|---|---|---|---|---|
| | | | Orange County | |
| Ricardo De Casas | 06/22/50 | Hathaway Co. | 2044 / 379 | |
| Lola M. Hathaway | 08/10/29 | Oscar R. Howard | 592 / 329 | 48 |
| Lucy A. Kammerer | 03/08/54 | Hathaway Co. | 2093/ 616 | 58 |
| Joseph W. Johnson | 04/10/19 | Amalgamated Oil | 10 / 90 | 58 |
| P.W. & V.B. Thomson | 04/30/19 | Amalgamated Oil | 10 / 258 | 59 |
| Emma J. Bayha | 05/17/19 | Amalgamated Oil | 10 / 355 | 60A |
| Jerome Weinberg, Inc. | 11/16/67 | Getty Oil, Inc. | 8472 / 592 | 60A |
| E.L. Danker | 09/09/57 | Hathaway Co. | 4051 / 365 | 65 |
| Olive Krug | 04/26/19 | M.P. Waite | 10 / 310 | 63 |
| George W. Issac | 08/02/19 | Petro Midway Co. | 11 / 198 | 64 |
| Dr. SW Dove et al | 10/16/19 | Robert M. Shearer | 13 / 81 | 69 |
| Norman T. Boisseranc | 03/30/20 | Robert M. Shearer (Lots 5 & 10 of Block 35 of Yorba Linda Tract as shown in Book 5, Pages 17 & 18 of Miscel. Maps, Orange County, CA.) | | 69 |
| Avalon A. Adams, Trste | 06/26/71 | Texaco | 9701 / 284 | 70 |
| Avalon A. Adams, Trste | 06/26/71 | Texaco | 9701 / 307 | 72-2 |
| Ivan Collier | 10/01/72 | Texaco | 10412 / 787 | 47 |
| Norman Boiseranc | 03/01/71 | Texaco | 9701 / 381 | 69 |
| F.D. & L.D. Thomson | 02/09/71 | Getty Oil Co. | 10368 / 53 | 59 |
| J.K. Ganong (Koch Est) | 12/31/71 | Texaco | 11056 / 147 | 69 |
| Agnes E. Schlacter | 10/04/27 | Conoco | 95 / 241 | 43 |

| Gerardo R. Navarro | 07/25/21 | Sam P. Mullen | 27 / 43 | 44 |
| Chansolor-Canfield | 12/31/28 | Conoco | Ptns. Of Lots 1-10, 16-27, inclusive Midway Oil Blk 23 of Richfield Townsite, map thereof recorded June 15, 1888 in Book 31, Page 61, Los Angeles County. | |
| E. Walter Payne | 10/01/19 | Nat'l Bank & Trst. | 18 / 64 | 48 |
| E. Walter Payne | 01/06/20 | Harrington-Dumas | 12 / 294 | 50 |
| E.P. Francis | 07/30/61 | State Explor. Co | 2412 / 272 | 51 |
| Margaret M. Lee | 01/29/52 | State Explor. Co. | 2412 / 266 | 52 |
| Stern Realty Co. | 05/01/51 | State Explor. Co. | 2413 / 75 | 53 |
| Stern Realty Co. | 05/01/51 | State Explor. Co. | 2413 / 75 | 55 |
| Stern Realty Co. | 0/18/53 | State Explor. Co. | 2617 / 351 | 56 |
| Katherine Yamell | 04/10/28 | Merchants Petro. | 158 / 1 | 61 |
| Stern Realty Co. | 08/30/29 | Jimsco Oil Co. | 308 / 324 | 64 |
| Cloyd Laibe et al | 11/01/65 | Union Oil Co. | 8287 / 250: | 8305 / 96 |
| Merchants Petroleum Co. | 06/20/28 | Union Oil Co. | 172 / 233 | 23 |
| Stern Realty | 11/01/18 | Union Oil Co. | 7 / 185 | 4 |
| California Trust Co. | 08/27/54 | Arrowhead Oil Co. | 7407 / 285 | 41 |
| A. Wardman et ux | 01/04/19 | F.M. Shelby | 9 / 240 | 62 |
| John S. Zuckerman et ux | 07/12/29 | Bradford Bros., Inc. | 295 / 80 | 4 |
| E. Walter Payne | 05/29/40 | Chiksan Oil Co. | 1089 / 591 | 49 |
| Stern Realty Co. | 10/01/45 | Basin Oil Co. | 1380 / 179 | 65 |

Santa Barbara County, California

**Casmalia Field**

Arellanes:

SUBJECT ACREAGE:   Portion of Punta de la Laguna Ranch, located in Section 13 of Township 9 North, Range 35 West, and Sections 7 and 18 of Township 9 North, Range 34 West, of SBB&M, containing 434.64 acres, more or less, in Santa Barbara County, California.

SUBJECT LEASE:  Oil & Gas Lease, dated August 16, 1930, by and between Charles T. Arellanes et al, as Lessor, and O. C. Field, as Lessee, recorded at Book 220, Page 421, of official records of Santa Barbara county, California, originally covering 600 acres, more or less.

Escolle:

SUBJECT ACREAGE:  All of those certain lands located in Santa Barbara County, State of California. described as follows:

Parcel 1
Commencing at the northeast corner of the Escolle property being the terminous of the eighth course in the lands described in Oil and Gas Lease dated January 7. 1980 between Escolle Tenants-in-Common, as Lessor. and Union Oil Company of California. as Lessee. a Memorandum of which was recorded May 29. 1980 in Book 80. Page 21450. Official Records of Santa Barbara County. California. from which corner No. 13 of Rancho Todos Santos. marked T.S. No. 13. bears North Westerly 64.00 chains to a point on the section line between Sections 21 and 28. T9N-R43W. S.B.B. & M. . thence west 25.51 chains to a station:  thence north, 35.28 chains to said Corner No. 13, thence from said point of commencement, north 89° 17'4" west, 2770.0 feet to the true point of beginning; thence from said true point of beginning the following courses and distances:. west 1591.4 feet; south 710.5 feet:  west 414.9 feet; south 829.0 feet:  east 658.2 feet:. 1278.9 feet:  south 654.8 feet:  to a point on the southerly line of Block II of said Escolle Lease:  thence East along said south line 805.8 feet:  thence North. 2093.0 feet:  thence west 736.7 feet North. 728.2 feet to the true point of beginning and containing 120 acres. more or less.

Parcel II
Commencing at Corner No. 13 of Rancho Todos Santos marked T.S. No. 13. from which a live oak 15 inches in diameter bears south 37°west. 6.30 chains distant:  thence along the north line of said Rancho north 83°03' west. 103.25 chains to a station:  thence south. 77.98 chains to a station:  thence east 70.40 chains to the true point of beginning from which the one-quarter section corners between

Sections 28 and 29. T9N-R34W. S.B.B. & M. bears south 8.70 chains distance:   thence from said true point of beginning the following crouses and distances:  north 718.2 feet:  west 646.6 feet: North 900.4 feet:  west 8840 feet:  south 1106 feet:  east 299.6 feet: south. 512.4 feet to a point on the southerly line of Block I of said Escolle Lease:  thence east along said south line 1231. 1 feet to the true point of beginning and containing 40 acres, more or less.

Parcel III
Commencing at Corner No. 13 of Rancho Todos Santos marked T.S. No. 13 from which a live oak 15 inches in diameter bears south 37°west. 6.30 distant:  thence along the north line of said Rancho north 83°43' west. 103.25 chains to a station:  thence south 77.96 chains to a station; thence east 70.40 chains to a station from which the ¼ Section corners between 28 and 29, T9N, R34W, S.B.

B. & M. bears South 8.70 chains distant:  thence South 176.8 feet to a point on the east line of Block II of said Escolle Lease and the true point of beginning; thence continuing south through said ¼ section corners and along said east line 934.0 feet; thence east 934.0 feet; thence north 934.0 feet; thence west 934.0 feet to the true point of beginning and containing 20 acres.

SUBJECT LEASES:
1. Oil and Gas Lease dated September 25, 1947 by and between Escolle Estate Company, as Lessor, and Union Oil Company, as Lessee, and recorded in Volume 736, Page 290 of Official Records of Santa Barbara County, California. as amended.

2. Oil and Gas Lease dated January 7, 1980 by and between Escolle Tenants in Common. Lessors, and Union Oil Company, as Lessee, a memorandum of which was recorded as Document # 80-21450 of Official Records of Santa Barbara County. California, as amended.

Morganti:

SUBJECT ACREAGE:  A portion of Rancho Punta de la Laguna, located in Sections 13 and 24 of Township 9 North, Range 35 West, and Sections 18 and 19 of Township 9 North, Range 34 West, containing 491.00 acres, more or less, in Santa Barbara County, California.

SUBJECT LEASE:  Oil and Gas Lease dated August 18, 1930, by and between Guiseppe Morganti, as Lessor, and O. C. Field, as Lessee, and recorded in Book 222, Page 538 in the Official Records of Santa Barbara County, California. as amended.

Muscio:

        SUBJECT ACREAGE:  The portion of Subdivision No. 16 of the Rancho Punta de la Laguna located in Section 24 of Township 9 North, Range 35 West, containing 30 acres, more or less, in Santa Barbara County, California.

        SUBJECT LEASE:  Oil and Gas Lease, dated November 19,1971, by and between Ted H. Muscio et al, as Lessors and Union Oil Company, as Lessee, which lease originally covered 253.85 acres, recorded February 14, 1972, in book 2386, Page 581, of Official Records of Santa Barbara County, California

Righetti:

        SUBJECT ACREAGE:  Portion of Lot or Subdivision No. 13 of the Rancho Punta de la Laguna, located in Section 13 of Township 9 North, Range 35 West, containing 40.00 acres, more or less, INSOFAR AND ONLY INSOFAR as it covers rights to a depth of 4,500'.

        SUBJECT LEASE:

        That certain Oil & Gas Lease dated February 8, 1934 by and between E. Righetti, et al, as Lessor, and William W. Porter, II as Lessee, and recorded in Volume 301, Page 59 of the O.R. of Santa Barbara County, California.

Bonetti:

        SUBJECT ACREAGE:  Portion of Punta de La Laguna Rancho, located in Sections 12 and 13 of Township 9 North. Range 35 West, and Sections 7 and 18 of Township 9 North, Range 34 West, containing 184.00 acres, more or less, in Santa Barbara County, California.

        SUBJECT LEASE:  Oil and Gas Lease, dated November 1, 1964, by and between T.R Bonetti et al, as Lessors and Union Oil Company, as lessor, recorded in Book 2104, Page 1188 of Official Records of Santa Barbara County, California

Santa Barbara County, California

**Cat Canyon Field**

Bell:                    SUBJECT ACREAGE:

Parcel A:

That portion of the Bell Tract of Rancho Los Alamos, in the unincorporated territory of Santa Barbara County, State of California, as per map filed in Book 21, at Page 193 of Maps, in the office of the County Recorder of said County described as follows:

Beginning at the northwest corner of said Bell Tract; thence along the west line of said Bell Tract South 01°26'46" West 5279.23 feet; thence leaving said west line South 48°53'45" East 11410.66 feet to the east line of said Bell Tract; thence along said east line North 05°54'40" East 7504.38 feet to the most northeasterly corner of said Bell Tract; thence along the northerly boundary of said Bell Tract the following five (5) courses:

1. North 89°41'14" West 1522.33 feet;
2. North 00°14'20" East 2644.72 feet;
3. North 89°47'24" West 5273.86 feet;
4. North 00°17'10" East 2643.84feet;
5. North 89°42'26" West 2595.99 feet to the point of beginning

[and containing approximately 1454.0 acres, more or less,] and being a portion of the lands conveyed to Grantor in that certain Deed dated June 15, 1908, from Teresa Bell, as administratrix of the Estate of Thomas Bell, deceased, to Union Oil Company of California, recorded June 15, 1908, Book 118 of Deeds at Page 591, Official Records of Santa Barbara County, California.

Excepting all right, title and interest from the surface down to a depth of 500' below the surface of the ground.

Excepting therefrom any portion of said land lying outside the exterior boundary of Parcel 1 of Parcel Map No. 14302, filed in Book 50, Pages 50 - 57 of Parcel Maps, in the office of the County Recorder of said County and State.

Parcel B:

Parcel 1 of Parcel Map No. 14302, County of Santa Barbara, State of California, as shown on map filed in Book 50, Pages 50-57 of Parcel Maps in the office of the County Recorder of Santa Barbara County.

Excepting all right, title and interest from the surface down to a depth of 500' below the surface of the ground.

Also excepting therefrom the following described land:

That portion of the Bell Tract of Rancho Los Alamos, in the unincorporated territory of Santa Barbara County, State of California, as per map filed in Book 21, Page 193 of Maps in the office of the County Recorder of said County described as follows:

Beginning at the Northwest corner of said Bell Tract;

Thence along the West line of said Bell Tract South 01° 26' 46" West 5279.23 feet;

Thence leaving said West line South 48° 53' 45" East 11410.66 feet to the East line of said Bell Tract;

Thence along said East line North 05° 54' 40" East 7504.38 feet to the most Northeasterly corner of said Bell Tract;

Thence along the Northerly boundary of said Bell Tract the following five (5) courses:

1. North 89° 41' 14" West 1522.33 feet;

2. North 00° 14' 20" East 2644.72 feet;

3. North 89° 47' 24" West 5273.86 feet;

4. North 00° 17' 10" East 2643.84 feet;

5. North 89° 42" 26" West 2595.99 feet to the point of beginning

And being a portion of the lands conveyed to Grantor in that certain Deed dated June 15, 1908 from Teresa Bell, as Administratrix of the Estate of Thomas Bell, deceased to Union Oil Company of California, recorded June 15, 1908, Book 118 of Deeds, Page 591, Official Records of Santa Barbara County, California.


Blochman:          SUBJECT ACREAGE:   The northwest quarter of Section 26, Township 9 North, Range 33 West, containing 160.0 acres, more or less, in the County of Santa Barbara, State of California.

EXCEPTING THEREFROM all that portion of said land lying above a depth of 500 feet beneath the surface thereof, as conveyed by Greka SMV, Inc. to Greka AM, Inc. as set forth in the deed recorded February 28, 2002 as Instrument No. 2002-19525 of Official Records.

Palmer Stendel: SUBJECT ACREAGE: The northeast quarter of Section 26, Township 9 North, Range 33 West, SBB&M containing 160.0 acres, more or less, in the County of Santa Barbara, State of California.

EXCEPTING THEREFROM all that portion of said land lying above a depth of 500 feet beneath the surface thereof, as conveyed by Greka SMV, Inc. to Greka AM, Inc. as set forth in the deed recorded February 28, 2002 as Instrument No. 2002-19525 of Official Records.

Goodwin "A":

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-46785 | Oil & Gas Lse 1/1/62 Bk 1937 Pg 910 | G.L. Goodwin, et al/ J.C. Hazard, et al | Ptn E/2 Sec 10-R9N, R33W, SBB & M |

Harbordt:

| | |
|---|---|
| LEASE NO.: | CA-70210 |
| LEASE DATE: | 8/2/57 |
| LESSOR: | M. H. Harbordt |
| LESSEE: | Standard Oil Company of California |
| RECORDING DATA: | Book 1470, Page 1 |
| DESCRIPTION: | SW/4; S/2 SE/4 Section 11-T9N-R33W, SBB&M, Santa Barbara County, California |

| | |
|---|---|
| LEASE NO.: | CA-702 10A |
| LEASE DATE: | 2/3/00 |
| LESSOR: | Wells Fargo Bank, Tr. Of Mildred H. Harbordt Trust |
| LESSEE: | Vintage Petroleum, Inc. |
| RECORDING DATA: | Doc.2000 -22109 |
| DESCRIPTION: | SW/4; S/2 SE/4 Section 11-T9N-R33W, SBB&M, Santa Barbara County, California |

Lloyd:

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-24926-1 | Oil & Gas Lse 4/21/70 Bk 2312 Pg 761 | Lloyd Corporation, Ltd/Shell Oil Company | W 2/3 Sec 15-T9N-R33W, SBB & M |
| CA-24926-2 | Oil & Gas Lse 3/7/65 Bk 2097 Pg 319 | A.A. Gillette, et al/ Lloyd Corporation, Ltd. | W 2/3 Sec 15-T9N-R33W, SBB & M |

Security:    The East 1/3 of the North half of Section 15, Township 9 North, Range 33 West of San Bernadino Meridian.

Thomas:

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-40019 | Oil & Gas Lse 10/1/70 Bk 2325 Pg 209 | C.T. Thomas, et al/ Anza Pacific Corp. | E/3 S/2 Sec 15-T9N-R33W, SBB & M |

Los Flores:

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-70220 | Oil & Gas Lse 12/8/47 Bk 762 Pg 413 | Los Flores Land & Oil Company/General Petroleum Corporation | E/2 SE/4 Sec 21 and N/2 SW/4 Sec 22-T9N, R33W, SBB & M |
| CA-70221 | Oil & Gas Lse 7/28/48 Bk 810 Pg 167 | Los Flores Land & Oil Company/General Petroleum Corporation | Ptn SE/4 Sec 21 – T9N, R33W, SBB & M |

Goodwin:  SUBJECT ACREAGE: The West half of the Northwest Quarter of the Northwest Quarter of Section 2, Township 9 North, Range 33 West, S.B.B.&M.; the Southwest Quarter of the  Northwest Quarter of said Section 2; the West half of the Southwest Quarter of said Section 2; the West half of the Northeast Quarter of the Southwest Quarter of said Section 2; and the Southeast Quarter of the Southwest Quarter of said Section 2; and the Northwest Quarter of Section 11, Township 9 North, Range 33 West, S.B.B.&M.

Santa Barbara County, California

**Gato Ridge Field**

Fullerton:          SUBJECT ACREAGE:  Lots 2, 3, 4 and the Southeast Quarter of the Northwest Quarter of Section 31 Township 9 North, Range 32 West, consisting of 129.46 acres of land, more or less, in the County of Santa Barbara, State of California, as reserved in Deed from Fullerton Oil Company, an Arizona corporation, to Edward A. Michael et ux., dated May 23, 1946 and recorded May 31, 1946, in Book, 694, at page 36.

Conoco/Union-      Oil & Gas Lease, dated June 18, 1936, by and between Continental Oil
Continental:        Company and O.C. Field Gasoline Corporation, described as Lot 7, (44.10 acres) Section 4 of T8N-R32W and Lots 5 & 6 (58.05 acres) of Section 31 of T9N-R32W, SBB&M, as recorded in volume 1228, Page 437 of O.R. of Santa Barbara, California, as amended.

G. Gibson:          SUBJECT ACREAGE: Section 5: Lots 2, 3, 4, 5, 6; Section 6; Lot 1, Township 8 North, Range 32 Wet, S.B.B.&M. Containing 153.71 acres more or less, according to the official plat of said land approved by the Surveyor General, August 5, 1901, and filed in General Land Office, reserved in Deed from Fullerton Oil Company, an Arizona Corporation, to E.E. Elliott, et al, dated April 12, 1946, and recorded May 2, 1946, in Book 683, at Page 176.

Santa Barbara County, California

**Santa Maria Valley Field**

Jim Hopkins:  SUBJECT ACREAGE:  The northeast quarter of Section 1, Township 9 North, Range 34 West in the County of Santa Barbara, State of California. The north half of the southeast quarter and the east half of the southwest quarter of Section 1, Township 9 North, Range 34 West, S.B.B.&M. in the County of Santa Barbara, State of California, according to the official plat thereof lying below a depth of 100 feet, excepting from said east half of the southwest quarter that portion lying southwesterly of the northeasterly line of the land conveyed to the State of California by the Deed recorded November 8, 1955, as Instrument No. 20085, in Book 1345 at Page 125, official records of said county; being those rights excepted and reserved in that certain quitclaim deed dated December 22, 1994, by and between Union Oil Company of California and Elks Recreation, Inc. lying below a depth of 100 feet.

Union Sugar:  SUBJECT ACREAGE:  That certain property description attached to that mineral deed dated May 15, 1974, by and between Santa Maria Valley Associates, as grantor, and Union Oil Company of California, as grantee, recorded May 15, 1974, as Document No. 17453, in Book 2515, Page 1349 of the Official Records of Santa Barbara County, California, and in that certain property description attached to that amendment to mineral deed dated November 15, 1974, by and between Santa Maria Valley Associates, as grantor, and Union Oil Company of California, as grantee, recorded February 6, 1975, as Document No. 3744, in Book 2551, Page 743, of the Official Records of Santa Barbara County, California:

Bettiga:  SUBJECT ACREAGE:   That portion of the East Half (E/2) of the Northeast Quarter (NE/4) of Section 24, T10N, R34W, SBBN lying southerly of a line parallel with and 720 feet northerly where measured at right angles from the south line of said E/2 of NE/4 of said Section 24, Santa Barbara County, California

SUBJECT LEASE:  That certain Oil & Gas Lease dated December 7th, 1995, recorded 5/7/96, Document # 96-028845, by and between James Bettiga under O. Bettiga Trust #1, dated 11/1/78 and James P Bettiga, Successor Trustee of O. Bettiga Revocable Trust dated 11/30/84, as Lessor and Saba Petroleum, Inc., as Lessee.

Adam:  SUBJECT ACREAGE:  That portion of the West Half (W/2) of the Northeast Quarter (NE/4) of Section 24, T10N, R34W, SBBM lying northerly of a line parallel with and 720 feet northerly where measured at right angles from the south line of said W/2 of NE/4 of said Section 24, Santa Barbara County, California

SUBJECT LEASE:  Oil & Gas Lease dated July 17, 1970, by and between Thomas B. Adam, II, Frederick O. Sherrill and Elizabeth Ann Newark, as Lessor, and Union Oil Company of California, as Lessee, said lease or memorandum o which was recorded October 13, 1970, in Book 2323, Page 1238 of Official Records of Santa Barbara, California

Moretti:

SUBJECT ACREAGE:  The North Half (N1/2) of the Northwest Quarter (NW1/4) and the North Half (N1/2) of the South Half (S1/2)of the Northwest Quarter of Section 24, Township 10 North, Range 34 Wet, SBB&M, 118.56 acres, more or less.

SUBJECT LEASE:  Oil & Gas Lease dated September 1, 1976, by and between Peter M. Moretti et. Al., as Lessor, and Union Oil Company of California, as Lessee, said lease of memorandum of which was recorded April 12, 1977 as Document #77-16811, of the Official Records of Santa Barbara County, California

McFaddin:

SUBJECT ACREAGE:  The West Half of the Northwest Quarter (W1/2 NW1/4) of Section 19, Township 10 North, Range 33 West, SBB&M, EXCEPTING THEREFROM the following described parcel: Commencing at a appoint on the Westerly line of the West Half of the Northwest quarter (W1/2 NW1/4) which point is 60 feet North of the Southwest corner thereof and said point of beginning thence Easterly 660 feet; thence Northerly 1320 feet; thence Westerly 660 feet; thence Southerly 1320 feet to the point of beginning (60 Acres more or less).

SUBJECT LEASE:  Oil & Gas Lease dated June 8, 1964, by and between Ruth B. McFaddin, et al, as Lessor and Union Oil Company of California, as Lessee, said lease memorandum of which was recorded September 30, 1964, as Document #41819, in Book 2072, Page 226 of the Official Records of Santa Barbara County, California

Shell Bradley
(Bradley Consolidated, Bradley Lands Unit (BLU)):

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-40001 | Oil, Gas & Mineral Lease 7/01/70 Bk 2317 Pg 975 | Bradley Land Company/ Shell Oil Company | Ptns of Secs. 5 & 6, T9N-R33W, SBB & M (Parcels A-D) |
| CA-40109 | Oil, Gas, & Mineral Lease 2/17/72 Bk 2390 Pg 581 | Bradley Land Company, Shell Oil Company | S/2 SW/4 & NW/4 SW/4 Sec. 5-T9N-R33W, SBB & M |
| CA-40014 | Oil & Gas Lse 10/3/56 Bk 1411 Pg 162 | Bradley Land Company, Union Oil Company of California | NE/4 SE/4 NE/4 Sec. 6, T9N-R33W, SBB & M |
| Ca-40015 | Oil & Gas Lse 4/4/56 Bk 1375 Pg 210 | Bradley Land Company, Onas Coy Miller, et al | NE/4 NE/4 Sec. 6 & Ptn NW/4, NE/4 SW/4 Sec 5-T9N-R33W, SBB & M |
| Ca-40016 | Oil & Gas Lse 6/12/57 Bk 1469 Pg 489 | Bradley Land Company, Cecil O. Basenberg | Ptn Sec 5 T9N-R33W SBB & M |
| Ca-40159 | Oil & Gas Lse 1/16/69 Bk 2266 Pg 307 | Bradley Land Company, Standard Oil Company of California | S 3/4 W/2 NW/4 & N/2 NW/4 SW/4 Sec 6-T9N-R33W, SBB & M |
| CA-40161-1 | Oil & Gas Lease 12/1/65 Bk 2204 Pg 922 | Bradley Land Company/ Standard Oil Company of California | E/2 NW/4, N/2 NE/4 SW/4 S 3/4 W/2 NE/4 & NW/4 SE/4 Sec 6-T9N-R33W, SBB & M |

| CA-70206 | Oil & Gas Lse 5/2/79 Doc #80-13008 | Bradley Land Company Chevron USA, Inc. | SW/4 SE/4 Sec 5, S/2 SE/4 SE/4 Sec. 6, T9N-R33W, SBB & M |
|---|---|---|---|

Texaco Bradley
Bradley Lands (TBLU):

| LEASE NO.: | 246073 |
|---|---|
| LEASE DATE: | March 1, 1967 |
| LESSOR: | Bradley Land~ Company |
| LESSEE: | Texaco Inc. |
| RECORDED: | Book 2192, Page 12 |
| DESCRIPTION: | <u>Township 9N, Range 33W</u> |

Section 4:  SWNW, W2SENW, W2E2SENW, S2NWNW,
S2N2NWNW, S2SWNENW, NWSWNENW
Section 5:  N2SE, NESESE, SENENE, E2SENE, SWSENE,
S2SWNE, NWSWNE, SWSWNWNE, S2NESWNE, E2SWNENE

Containing 280 acres, more or less in Santa Barbara County,
California.

Shell Payne:

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| Ca-40160.1 | Oil & Gas Lse 1/2/70 Bk 2298 Pg 308 | John David Payne, et al/ Standard Oil Company of California | NE/4 NE/4 Sec. 12- T9N, R34W & N/2 Sec 7- T9N-R33W, SBB & M |
| Ca-40160-2 | Oil & Gas Lse 8/12/68 Bk 2255 Pg 439 | Mildred F. Bardin/ Standard Oil Company of California | NE/4 NE/4 Sec. 12- T9N, R34W & N/2 Sec 7- T9N-R33W, SBB & M |
| Ca-40160-3 | Oil & Gas Lse 8/12/68 Bk 2256 Pg 112 | John S. Newton,, et al/ et al/Standard Oil Company of California | NE/4 NE/4 Sec. 12- T9N, R34W & N/2 Sec 7- T9N-R33W, SBB & M |

| CA-40160-4 | Oil & Gas lease 8/12/68 Bk 2255 Pg 463 | Mary Ann Gillespie/ Standard Oil Company of California | NE/4 NE/4 Sec 12-T9N, R34W & N/2 Sec 7- T9N-R33W, SBB & M |

Kemp/Kemp "A":

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-46778 | Oil & Gas Lease 7/19/39 Bk 498 Pg 136 | Jane Kemp, et vir/ Sadie West | E/2 E/2 SE/4 Sec 31 T10N- R33W,, SBB & M |
| CA-46780-1 | Oil, Gas &Mineral Lease 2/15/73 Bk 2453 Pg 1476 | Paul D. Marling, et al/ Norris Oil Company | SE/4 less the South 300' Sec 31-T10N-R33W, SBB & M |
| CA-46780-2 | Oil, Gas & Mineral Lease 2/15/73 Bk 2453 Pg 1474 | Lambert J. Pereira, et ux/ Norris Oil Company | SE/4 less the South 300' Sec 31-T10N-R33W, SBB & M |
| CA-46781 | Oil & Gas Lse 6/21/65 Bk 2117 Pg 872 | Lavona I. Markling, et al/ Edward J. Carr | W/2 SE/4. N/2 E/2 SE/4 Sec 31- T10-N-R33W, SBB & M |

Kemp:  All of HVI Cat Canyon, Inc.'s right, title and interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Santa Barbara County, State of California, to-wit:  SE/4 of Section 31; T10N, R33W, containing 160 acres, more or less.

Laine:    SUBJECT ACREAGE: That portion of the Southeast quarter of Section 13, Township 10 North, Range 34 West, San Bernardino Base and Meridian, in the County of Santa Barbara, State of California, described as follows, to wit:

Commencing at a point in the north line of the Southeast quarter of Section 13, from which a 1 inch pipe, with copper disc set at the northwest corner of said quarter section bears North 89°18 '40"  West, 1,024.84 feet; thence South 0°29'40" West, 2,660.57 feet at 59.45 feet to a 3/4 inch pipe with copper disc set in the fence line and on the east side of an orchard at 2,626.80 feet to a 1 inch pipe with copper disc, set in the south fence line at 2,660.57 feet to a point in county road on the south side of said quarter section; thence along the south side of said quarter

section South    89°18 '39" 797.00 feet to a point in county road; thence leaving said south line North 0°29'49" East 2,660.57 feet    at 32.57 feet to a 1 inch pipe with copper disc set in the south fence line, at 2600.42 feet to a 1 inch pipe with copper disc set in the north line at 2,660.57 feet to a point on the north line of said quarter section; thence along the north line of said quarter section North 89°18 '40" West, 779.00 feet to the place of beginning.

SUBJECT LEASE: Oil and Gas Lease by and between Dorothy M. Laine, as lessor, and Union Oil Company of California, as lessee, recorded on March 11, 1980 as Instrument No. 80-9932, Official Records of Santa Barbara County, California.

East Valley Farms:    SUBJECT ACREAGE: Tract No. 11,718 in the County of Santa Barbara, State of California, as shown on the map recorded October 4, 1973 in Book 90. Pages 62 through 64 of Maps. EXCEPTING therefrom any portion lying outside the Northeast one quarter of Section 31 in Township 10 North, Range 33 West, San Bernardino Base and Meridian, as shown on the Official Plat thereof. ALSO EXCEPTING therefrom any portion thereof lying within the lines of Telephone Road, as shown on the map of said tract, which was dedicated in fee to and accepted by the County of Santa Barbara on the map of said tract. ALSO EXCEPTING therefrom any portion thereof lying within the lines of Lot 19 as shown on the map of said tract.

Santa Barbara County, California

**Zaca Field**

**BROWN, DAVIS, DAVIS "B", and DAVIS "C" LEASES**

| | |
|---|---|
| LEASE NO.: | G 312810 (formerly G 312781 A) |
| LEASE DATE: | 9/17/71 |
| LESSOR: | Alice Sedgwick, Dean Brown and Katherine Brown, husband and wife; |
| | Harold R Davis and Alice C. Davis, husband and wife |
| LESSEE: | Getty Oil Company |
| RECORDED: | 2371/1011 |
| DESCRIPTION: | Section  4, Township 7 North, Range 31 West |
| | <u>Section 33, Township 8 North, Range 31 West</u> |

Being a portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet ;thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet, thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4793.67 feet to the true point of beginning and containing 186.36 acres, more or less.

*By Amendment and Agreement dated 10/22/79 between Alice de F. Sedgwick and Harold H. Davis and Getty Oil Company, recorded 80-24589, the following lands were added to the above lease:*

| | |
|---|---|
| DESCRIPTION: | Section 4, Township 7 North, Range 31 West |
| | <u>Section 33, Township 8 North, Range 31 West</u> |

Parcels 1, 2, 4, 5, 6, 8, 12, 13, and 14 in the County of Santa Barbara, State of California, as per map filed in Book 85, Pages 88, 89 and 90 of Record of Surveys, in the Office of the County Recorder of said County, EXCEPTING THEREFROM any portion thereof lying within the following described parcel:

All that portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carraaza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California. on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet; thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet; thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4793.67 feet to the true point of beginning and containing 186.36 acres, more or less.

Containing 249.77 acres, more or less.

| | |
|---|---|
| LEASE NO.: | G312778A |
| LEASE DATE: | 1/11/39 |
| LESSOR: | Harold R Davis, et ux |
| LESSEE: | Tide Water Associated Oil Company |
| RECORDED: | 449/451 |
| DESCRIPTION: | Section 3, Township 7 North, Range 31 West, SBM |

Section 33 and 34, Township 8 North, Range 31 West, SBM

Being a portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at a point in the west line of Carranza Mesa Tract South 4° 25' 40" West 967.30 feet from the northwest corner of said Carranza Mesa Tract as shown on the map of Carranza Mesa Tract, a part of said Corral de Quati Rancho, as surveyed by Frank F. Flourney in February, 1912 and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map book No. 6 page 56. Thence from said point of beginning

First, South 4°-25'-40" West 1610.00 feet to a 3/4" iron pipe driven in the ground at an angle point in the west line of said Carranza Mesa Tract; thence along the west line of said Tract

Second, South 0°-06" East 700.00 feet to a point in the west line of said Tract; thence leaving the west line of the said Tract

Third, South 71°-39; East 4793.67 feet to a point in the County road to Zaca Station; thence

Fourth, South 7°-41"-30" West 275.00 feet along the County road to Zaca Station; thence leaving the said road

Fifth, South 75°-06'-32" East 1092.24 feet to a point which is the westerly end of course 21 in the certain description referred to as exhibit "A" in the certain Modification of Lease as agreed between Harold H. Davis, Alice C. Davis, his wife, Francis M. Sedgwick and Alice deF. Sedgwick, his wife, parties of the first part and Tide Water Associated Oil Company, a corporation, party of the second part, dated November 18, 1942, and recorded in the office of the County Recorder of Santa Barbara County, California, in book 561 at page 404, official records of Santa Barbara county; thence along the easterly boundary of the property described in said exhibit "A" of said Modification of Lease, by the following courses and distances

Sixth, North 79°-10' East 233.29 feet; thence

Seventh, North 78° -47' East 223.70 feet, thence

Eighth, North 65°-53' East 229.89 feet; thence

Ninth, North 46°-45' East 285.09 feet; thence

Tenth, North 48°-56' East 398.20 feet; thence

Eleventh, North 38°-21' East 218.90 feet; thence

Twelfth, North 30°-38' East 492.20 feet; thence leaving the said easterly boundary of said land described in said exhibit "A"

Thirteenth, North 67°-21'-25" West 2937.17 feet to a point in the County road to Zaca Station near its junction with the Foxen Canyon Road; thence

Fourteenth, North 64°-57'-23" West 4732.66 feet to the point of beginning and containing 299.65 acres, more or less, in Santa Barbara County, California

*By Modification of Lease dated 11/18/42 between Harold H. Davis, Alice C Davis, his wife, Francis M Sedgwick and Alice de F. Sedgwick, his wife, and Tide Water Associated Oil Company, the following lands were added to the above lease.*

DESCRIPTION:    Section  3, Township 7 North, Range 31 West
                <u>Section 34, Township 8 North, Range 31 West</u>

That portion of the Rancho Corral de Quati, in the County of Santa Barbara, State of California, described as follows:

Beginning at a 2" pipe with brass cap marked "21-CQ-FFF" on the north boundary line of said Rancho Corral de Quati and at the southwest corner of the Rancho La Zaca, thence north 89° 52' 20" east along the common boundary line of said Ranchos, at 5065.2 feet an iron pipe driven into the ground on the west side of Foxen Canon Road, as more fully shown on map of survey filed in Book 24 page 17 of Record of Surveys, records of said County, and at 5094.20 feet intersect the centerline of said Foxen Canon Road, as shown on said map, 8998.33 feet, more or less, to the northeast corner of the parcel of land firstly described in the certain deed from Robert B. Canfield, et ux. to Harold H. Davis, recorded December 20, 1926 in Book 116 page 88 of Official Records, records of said County, thence along the easterly line of said last mentioned tract of land the following courses and distances:  south 13° 07' west 15 feet; south 6° 05' west 430.87 feet; south 33° 31' west 278.15 feet; south 29° 28' west 321.20 feet; south 34° 54' west 341.05 feet; south 36° 50' west 481.97 feet; south 44° 41' west 399.62 feet; south 42° 50' west 224.44 feet; south 31° 53' west 244.44 feet; south 40° 46' west 426.30 feet; south 44° 52' west 1350.18 feet; south 59° 54' west 347.37 feet; south 26° 57' west 445.10 feet; south 30° 38' west 492.20 feet; south 38° 21' west 218.90 feet; south 48° 56' west 398.20 feet; south 46° 45' west  285.09 feet; south 65° 53' west 229.89 feet; south 78° 47' west 223.70 feet; south 79° 10' west 233.29 feet; south 17° 42' east 180.73 feet; south 14° 28' east 212.37 feet; south 62° 5' east 481.66 feet to a point on the south side of the public highway to Los Olivos, as set forth in deed last above mentioned; thence still along said easterly line of said last mentioned tract to and along the southerly line thereof the following courses and distances:  south 27° 11' west 424.70 feet; south 27° 51' west 285.70 feet; south 28° 47' west 681.85 feet; south 28° 59' west 547.14 feet; south 29° 56' west 301.10 feet; south 71° 48' west 428.60 feet; south 71 ° 23' 30" west 320.71 feet; south 71° 04' west 648.17 feet; south 70° 14' west 756.00 feet; south 83° 12' west 1012.80 feet; north 61 ° 02' west 337.50 feet; and south 89° 50' west 2496.00 feet to the southwest corner of said last mentioned tract; thence along the westerly line of said last mentioned tract the following courses and distances:  north 2° 43' west 597.00 feet; north 14° 47' east 669.91 feet; north 0° 30' east 409.96 feet; north 0° 01' west 492.60 feet; north 7° 54' east 435.78 feet; north 10° 55' east 581.32 feet; north 7° 01' east 482.78 feet; north 0° 57' east 310.38 feet; north 22° 00' east 992.60 feet; north 0° 06' west 1138.44 feet; and north 4° 25' 40" east 2577.3 feet to the northwest corner of said last mentioned tract of land; thence north 89° 50' east along the northerly line of said last mentioned tract of land 1067.9 feet to the southwest corner of the Rancho La Zaca and the point of beginning.

LEASE NO.:          G 312810 A (formerly G-312770)

LEASE DATE:        7/14/76

LESSOR              Dean Brown, et ux.

LESSEE:             Getty Oil Company

RECORDED:          2623/1828

DESCRIPTION:        Section  4, Township 7 North, Range 31 West

<u>Section 33, Township 8 North, Ran2e 31 West</u>

Being a portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.44 feet; thence South 71° 29' 22" East 425.80 feet; thence North 27° 27' 22" East 290.10 feet; thence North 53° 55' 57" East 161.12 feet; thence North 71° 39' 00" West 704.34 feet to the true point of beginning and containing 5.75 acres, more or less.

| | |
|---|---|
| LEASE NO.: | G-312810 A (formerly G-312770 A) |
| LEASE DATE: | 7/14/76 |
| LESSOR: | Dean Brown, et ux |
| LESSEE: | Getty Oil Company |
| RECORDED: | 2623/1825 |
| DESCRIPTION: | Section 4, Township 7 North, Range 31 West |
| | <u>Section 33, Township 8 North, Range 31 West</u> |

Parcels 1, 2, 3, 5, 6, 13, 14 and 15 in the County of Santa-Barbara, State of California, as per map filed in Book 85, Pages 88, 89 and 90 of Record of Surveys, in the Office of the County Recorder of said County, EXCEPTING THEREFROM any portion thereof lying outside of the following described parcel:

All that portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet; thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet; thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4793.67 feet to the true point of beginning and containing 186.36 acres, more or less.

Containing 180.61 acres, more or less.

*By Amendment of Oil, Gas and Mineral Lease dated 7/1/80 between Dean Brown, et ux and Getty Oil Company, recorded 82-13663, the following lands were added to the above lease:*

DESCRIPTION:          Section 4, Township 7 North, Range 31 West
                      <u>Section 33, Township 8 North, Range 31 West</u>

Parcels 1, 2, 4, 5, 6, 8, 12, 13, and 14 in the County of Santa Barbara, State of California, as per map flied in Book 85, Pages 88, 89 and 90 of Record of Surveys, in the Office of the County Recorder of said County, EXCEPTING THEREFROM any portion thereof lying within the following described parcel:

All that portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet; thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet; thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4793.67 feet to the true point of beginning and containing 186.36 acres, more or less.

Containing 249.77 acres, more or less.

LEASE NO.:            G 312810A

LEASE DATE:          7/7/76

LESSOR:              Leonard K. Firestone

LESSEE:              Getty Oil Company

RECORDED:            2623/950

DESCRIPTION:          Section 4, Township 7 North, Range 31 West
                      <u>Section 33, Township 8 North, Range 31 West</u>

Parcels 1, 2, 4, 5, 6, 8, 12, 13, and 14 in the County of Santa Barbara, State of California, as per map flied in Book 85, Pages 88, 89 and 90 of Record of Surveys, in the Office of the County Recorder of said County, EXCEPTING THEREFROM any portion thereof lying within the following described parcel:

All that portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East, 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet; thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet; thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4,793.67 feet to the true point of beginning and containing 180.36 acres, more or less.

Containing 249.77 acres, more or less.

(Description is as amended by Amendment of Oil, Gas and Mineral Lease dated 7/1/80 between Leonard K. Firestone and Getty Oil Company, recorded 82-13662).

LEASE NO.:          CA 312810 A

LEASE DATE:         6/25/79

LESSOR:             William . Bedford, et al

LESSEE:             Getty Oil Company

RECORDED:           79-51489

DESCRIPTION:        <u>Township 7 North, Range 31 West</u>
                    Section 3

Parcel 3 in the County of Santa Barbara, State of California, as per map filed in Book 85, Pages 88, 89, and 90 of Record of Surveys, in the Office- of the County Recorder of said County, together with, the mutual easements applicable to said Parcel 3, as described in the Declaration recorded November 12, 1971 as Instrument No. 36887, in Book 2372, Page 51 of Official Records.

containing 40.01 acres, more or less in Santa Barbara County, California

## CARRANZA LEASE

LEASE NO.:          G 312783 A

LEASE DATE:         1/1/51

LESSOR:             Theodore Chamberlin, Jr., et ux

LESSEE:             Tidewater Associated Oil Company

RECORDED:           999/407

DESCRIPTION:    <u>Township 7 North, Range 31 West SBM</u>
Section 2 and 3:  Beginning at the southerly end of the 42nd course in the description for that certain land conveyed by Harold H. Davis and Alice C. Davis, his wife, to Francis M. Sedgwick and Alice de F. Sedgwick, his wife, by deed dated April 30, 1942 in Book 551 of Official Records of Santa Barbara County, California, at page 177, which 42nd course is designated as south 30°-38' West 492.20 feet;

Thence from said point of beginning,

First, South 62°-30' East 1700.00 feet; Thence

Second, South 27°-30' West 943.90 feet; Thence

Third, North 62°-30' West 2051.29 feet to intersect the 46th course in the description in the above mentioned deed; thence

Fourth, North 65°-53' East 113.72 feet along a part of the said 46th course to the southerly end of the 45th course; thence following along the courses described in said deed but in the opposite direction

Fifth, North 46°-45' East 285.09 feet,

Sixth, North 48°-56' East 398.20 feet and

Seventh, North 38°-21' East 218.90 feet to the point of beginning and containing 40 acres more or less.

## CHAMBERLIN LEASE

LEASE NO.:        G 312786 A

LEASE DATE:      4/7/42

LESSOR:            Theodore Chamberlin, Jr., et ux

LESSEE:            Tidewater Associated Oil Company

RECORDED:        545/197

DESCRIPTION:    <u>Township 8 North, Range 31 West, SBM</u>
Section 32 and 33:

Beginning at a point on the Northerly line of Rancho Corral de Quati, in the County of Santa Barbara, State of California, title to which was confirmed to Maria Antonia de la Guerra y Lataillade by Letters Patent of the United States of America dated August 7, 1876, and recorded in the Office of the Recorder of the County of Santa Barbara in Book "A" of

Patents, at Page 258, 1067.90 feet S. 89° 50' W., from the intersection of the Northerly line of said Rancho Corral de Quati with the Westerly line of Rancho La Zaca, which said point of beginning is also the most Northwesterly corner of that certain tract conveyed to Harold H. Davis by Deed, recorded December 20, 1926, in Book 116, Page 88, Official Records of County of Santa Barbara, thence from said point of beginning the following courses, 1st, South 89° 50' West 4860.84 feet; thence, 2nd, South 55° 30' East 5658.03 feet; thence, 3rd, North 0° 06' West 649.27 feet; thence, 4th, North 4° 25' 40" East 2577.30 feet to the point of beginning, containing approximately 178 acres, in Santa Barbara County, California.

## CHAMBERLIN "B" LEASE

LEASE NO.:        G 312786 A

LEASE DATE:       4/7/42

LESSOR:           Theodore Chamberlin, Jr., et ux

LESSEE:           Tidewater Associated Oil Company

RECORDED:         545/197

DESCRIPTION:      <u>Township 8 North, Range 31 West, SBM</u>
                  Section 32 and 33:

Beginning at a point on the Northerly line of Rancho Corral de Quati, in the County of Santa Barbara, State of California, title to which was confirmed to Maria Antonia de la Guerra y Lataillade by Letters Patent of the United States of America dated August 7, 1876, and recorded in the Office of the Recorder of the County of Santa Barbara in Book "A" of Patents, at Page 258, 1067.90 feet S. 89° 50' W., from the intersection of the Northerly line of said Rancho Corral de Quati with the Westerly line of Rancho La Zaca, which said point of beginning is also the most Northwesterly corner of that certain tract conveyed to Harold H. Davis by Deed, recorded December 20, 1926, in Book 116, Page 88, Official Records of County of Santa Barbara, thence S. 4° 25' 40" W. 2577.3 feet; thence S. 0° 06' E. 649.27 feet to the true point of beginning; thence continuing S. 0° 06' E. 489.37 feet; thence S. 22° 0' W. 710.0 feet; thence N. 65° 0' W. 2730.00 feet; thence N. 30° 6' E. 1551.14 feet, thence South 55° 30' East 2380.00 feet more or less to the point of beginning, containing approximately 80 acres in Santa Barbara County, California.

**QUATI LEASE**

| | |
|---|---|
| LEASE NO.: | G312778A |
| LEASE DATE: | 1/11/39 |
| LESSOR: | Harold R Davis, et ux |
| LESSEE: | Tide Water Associated Oil Company |
| RECORDED: | 449/451 |
| DESCRIPTION: | See description above under "Brown, Davis, Davis "B", and `Davis "C" Properties" |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF OIL AND GAS LIEN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/24/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/24/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/24/2020 | Razmig Izakelian | */s/ Razmig Izakelian* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Aaron E de Leest on behalf of Trustee Michael Authur McConnell (TR) adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Alan H Katz on behalf of Interested Party CTS Properties, Ltd. akatz@lockelord.com

Alec S DiMario on behalf of Creditor Direct Energy Business, LLC alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

Alec S DiMario on behalf of Creditor Direct Energy Business Marketing, LLC d/b/a Direct Energy Business alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

Alicia Clough on behalf of Creditor California State Lands Commission aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee brian.fittipaldi@usdoj.gov

Brian L Holman on behalf of Creditor Bradley Land Company b.holman@musickpeeler.com

Brian M Metcalf on behalf of Interested Party UBS AG, London Branch bmetcalf@omm.com

Christopher D Sullivan on behalf of Creditor Diamond McCarthy LLP csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com

Daniel A Solitro on behalf of Interested Party CTS Properties, Ltd. dsolitro@lockelord.com, ataylor2@lockelord.com

Darren L Patrick on behalf of Interested Party UBS AG, London Branch dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com

David L Osias on behalf of Creditor Allen Matkins Leck Gamble Mallory & Natsis LLP dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com, csandoval@allenmatkins.com

Don Fisher on behalf of Interested Party Interested Party dfisher@ptwww.com, tblack@ptwww.com

Emily Friedman on behalf of Interested Party Pacific Gas and Electric Company efriedman@friedmanspring.com

Emily Young on behalf of Creditor Epiq Corporate Restructuring, LLC Claims Agent pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

Eric P Israel on behalf of Attorney Danning, Gill, Israel & Krasnoff, LLP eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**

Eric P Israel on behalf of Trustee Michael Authur McConnell (TR) eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Attorney Courtesy NEF eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Fred Whitaker on behalf of Interested Party Eller Family Trust lshertzer@cwlawyers.com

Gisele M Goetz on behalf of Interested Party Courtesy NEF gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu

H Alexander Fisch on behalf of Interested Party California Regional Water Quality Control Board, Central Coast Alex.Fisch@doj.ca.gov

H Alexander Fisch on behalf of Interested Party California Department of Fish & Wildlife Alex.Fisch@doj.ca.gov

Ira S Greene on behalf of Interested Party CTS Properties, Ltd. Ira.Greene@lockelord.com

Jeannie Kim on behalf of Interested Party Pacific Gas and Electric Company jkim@friedmanspring.com

Jeffrey N Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com

Jennifer Taylor on behalf of Interested Party UBS AG, London Branch jtaylor@omm.com

John C Keith on behalf of Creditor California State Lands Commission john.keith@doj.ca.gov

John N Tedford, IV on behalf of Trustee Michael Authur McConnell (TR) jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

Karen L Grant on behalf of Creditor BUGANKO, LLC kgrant@silcom.com

Karen L Grant on behalf of Defendant Janet K Ganong kgrant@silcom.com

Karl J Fingerhood on behalf of Interested Party United States of America on behalf of USEPA and US Coast Guard karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov

Marc S Cohen on behalf of Creditor California State Lands Commission mscohen@loeb.com, klyles@loeb.com

Matthew C. Heyn on behalf of Creditor Department of Conservation, Division of Oil, Gas and Geothermal Reources Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

Maxim B Litvak on behalf of Creditor Committee Official Committee of Unsecured Creditors mlitvak@pszjlaw.com

Michael Authur McConnell (TR) Michael.mcconnell@kellyhart.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

Mitchell E Rishe on behalf of Creditor California Department of Conservation, Division of Oil, Gas & Geothermal Resources mitchell.rishe@doj.ca.gov

Mitchell E Rishe on behalf of Creditor Department of Conservation, Division of Oil, Gas and Geothermal Resources mitchell.rishe@doj.ca.gov

Patricia B Tomasco on behalf of Creditor GIT, Inc. pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

Razmig Izakelian on behalf of Creditor GIT, Inc. razmigizakelian@quinnemanuel.com

Richard Lee Wynne on behalf of Interested Party NewBridge Resources, LLC richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

Ross Spence on behalf of Interested Party Santa Barbara Air Pollution Control District ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Ross Spence on behalf of Interested Party County of Santa Barbara, California ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Ross Spence on behalf of Interested Party Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Salina R Thomas on behalf of Interested Party Courtesy NEF bankruptcy@co.kern.ca.us

Salina R Thomas on behalf of Interested Party Kern County Treasurer Tax Collector bankruptcy@co.kern.ca.us

Sonia Singh on behalf of Trustee Michael Authur McConnell (TR) ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Todd C. Ringstad on behalf of Interested Party Interested Party becky@ringstadlaw.com, arlene@ringstadlaw.com

William C Beall on behalf of Creditor GLR, LLC will@beallandburkhardt.com, carissa@beallandburkhardt.com

William E. Winfield on behalf of Attorney Courtesy NEF wwinfield@calattys.com, scuevas@calattys.com

Zev Shechtman on behalf of Trustee Michael Authur McConnell (TR) zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)

<u>Via Personal Delivery</u>

The Honorable Martin R. Barash
21041 Burbank Boulevard, Suite 342/Courtroom 303
Woodland Hills, CA 91367

<u>Via Certified Mail</u>

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

HVI Cat Canyon, Inc.
630 Fifth Avenue, Suite 2410
New York, NY 10111

HVI Cat Canyon, Inc.
2617 Clark Avenue
Santa Maria, California 93454

Michael Arthur McConnell
201 Main Street, Suite 2500
Fort Worth, TX 76102

Brian Fittipaldi, Esq.
Office of the Unites States Trustee
1415 State Street, Suite 148
Santa Barbara, CA 93101-2511

Official Committee of Unsecured Creditors
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                 **F 9013-3.1.PROOF.SERVICE**