| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>*eisrael@DanningGill.com*<br>ZEV SHECHTMAN (State Bar No. 266280)<br>*zs@DanningGill.com*<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Michael A. McConnell, Ch 11 Trustee* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br>                                       Debtor(s) | CASE NO.: 9:19-bk-11573-MB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]): <u>STIPULATION TO DISMISS REQUEST FOR PAYMENT OF ADMINISTRATIVE RENT FILED BY GLR, LLC [DOC NO. 801]</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION TO DISMISS REQUEST FOR PAYMENT OF ADMINISTRATIVE RENT FILED BY GLR, LLC [DOC NO. 801]</u> was lodged on *(date)* <u>MARCH 4, 2020</u> and is attached.  This order relates to the motion which is docket number 841.

---

[1] Please abbreviate if title cannot fit into text field

1579195.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         *Page 1*                    **F 9021-1.2.BK.NOTICE.LODGMENT**

EXHIBIT A

ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Michael A. McConnell,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION TO DISMISS REQUEST FOR PAYMENT OF ADMINISTRATIVE RENT FILED BY GLR, LLC [DOC NO. 801]** |
| | Date:    March 12, 2020<br>Time:    10:00 a.m.<br>Crtrm.:   201<br>          1415 State Street<br>          Santa Barbara, CA 93101 |

Movant GLR, LLC ("Movant" or "GLR"), on the one hand, and Respondents Michael A. McConnell, as Chapter 11 Trustee (the "Trustee"), UBS AG, London Branch and UBS AG, Stamford Branch, and the California State Lands Commission, on the other hand, having submitted their *Stipulation to Dismiss Request for Payment of Administrative Rent Filed by GLR, LLC [doc no. 801]* (the "Stipulation"), as docket entry number *841* in this case; good cause appearing therefor; it is hereby

1578581.1  26932                                                                                1

ORDERED THAT:

1. The Stipulation is approved.

2. Movant has withdrawn its *Request for Payment of Administrative Rent* (doc. no. 801) together with a request for judicial notice (doc. no. 802) and notice of hearing (doc. no. 803) (taken together, the "Motion"), and the Motion is dismissed pursuant to LBR 9013-1(k) without prejudice.

3. The Trustee shall continue to maintain $52,500 in escrow on account of the Lakeview Lease pursuant to the cash collateral orders entered in this case until further order of the Court.

####

1578581.1  26932

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 4, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 4, 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 4, 2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PERSONAL DELIVERY ALSSI – TO BE DELIVERED BY 3/5/20
The Honorable Martin R. Barash
U.S. Bankruptcy Court
Bin on 1st Floor outside entry to Intake Section
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2020 | Gloria Ramos | /S/ GLORIA RAMOS |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1579195.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2            **F 9021-1.2.BK.NOTICE.LODGMENT**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Bradley D Blakeley**   blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- **Alicia Clough**   aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**   mscohen@loeb.com, klyles@loeb.com
- **Alec S DiMario**   alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Karl J Fingerhood**   karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**   Alex.Fisch@doj.ca.gov
- **Don Fisher**   dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Ellen Friedman**   efriedman@friedmanspring.com
- **Gisele M Goetz**   gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- **Karen L Grant**   kgrant@silcom.com
- **Ira S Greene**   Ira.Greene@lockelord.com
- **Matthew C. Heyn**   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**   b.holman@mpglaw.com
- **Brian L Holman**   b.holman@musickpeeler.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Alan H Katz**   akatz@lockelord.com
- **John C Keith**   john.keith@doj.ca.gov
- **Mitchell J Langberg**   mlangberg@bhfs.com, dcrudup@bhfs.com
- **Maxim B Litvak**   mlitvak@pszjlaw.com
- **Michael Authur McConnell (TR)**   Michael.mcconnell@kellyhart.com
- **Brian M Metcalf**   bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- **Jerry Namba**   nambaepiq@earthlink.net, G23453@notify.cincompass.com;annie_cunningham@ymail.com
- **David L Osias**   dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**   dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Benjamin P Pugh**   bpugh@ecg.law, mwoo@ecg.law;mhamburger@ecg.law;calendar@ecg.law
- **Edward S Renwick**   erenwick@hanmor.com, iaguilar@hanmor.com
- **J. Alexandra Rhim**   arhim@hrhlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**   mitchell.rishe@doj.ca.gov
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Sonia Singh**   ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- **Daniel A Solitro**   dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**   ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- **Christopher D Sullivan**   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com

1579195.1  26932  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        *Page 3*                  **F 9021-1.2.BK.NOTICE.LODGMENT**

- **Jennifer Taylor**    jtaylor@omm.com
- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**    bankruptcy@co.kern.ca.us
- **Patricia B Tomasco**    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Fred Whitaker**    lshertzer@cwlawyers.com, spattas@cwlawyers.com
- **William E. Winfield**    wwinfield@calattys.com, scuevas@calattys.com
- **Richard Lee Wynne**    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- **Emily Young**    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **Aaron E de Leest**    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

**2. SERVED BY U.S. MAIL**

**Debtor**
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601-2452

**Attys for UBS AG, London Branch**
**London Branch**
**and UBS AG, Stamford Branch**
**Evan M. Jones, Esq.**
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

**Debtor**
HVI CAT CANYON, INC.
2550 Canet Road
San Luis Obispo, CA 93405-7836

---

1579195.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                           *Page 4*                          **F 9021-1.2.BK.NOTICE.LODGMENT**