1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  ZEV SHECHTMAN (State Bar No. 266280)
   *zs@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for Michael A. McConnell,
   Chapter 11 Trustee

7

**FILED & ENTERED**

**MAR 09 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **NORTHERN DIVISION**

11  In re                              Case No. 9:19-bk-11573-MB

12  HVI CAT CANYON, INC.,              Chapter 11

13          Debtor.                    **ORDER APPROVING STIPULATION TO
                                        DISMISS REQUEST FOR PAYMENT OF
14                                      ADMINISTRATIVE RENT FILED BY
                                        GLR, LLC [DOC NO. 801]**

15
                                       Date:    March 12, 2020
16                                     Time:    10:00 a.m.
                                       Crtrm.:  201
17                                              1415 State Street
                                                Santa Barbara, CA 93101
18

19          Movant GLR, LLC ("Movant" or "GLR"), on the one hand, and Respondents Michael A.

20  McConnell, as Chapter 11 Trustee (the "Trustee"), UBS AG, London Branch and UBS AG,

21  Stamford Branch, and the California State Lands Commission, on the other hand, having submitted

22  their *Stipulation to Dismiss Request for Payment of Administrative Rent Filed by GLR, LLC [doc*

23  *no. 801]* (the "Stipulation"), as docket entry number *841* in this case; good cause appearing

24  therefor; it is hereby

25

26

27

28

1578581.1  26932                          1

ORDERED THAT:

1.      The Stipulation is approved.

2.      Movant has withdrawn its *Request for Payment of Administrative Rent* (doc. no. 801) together with a request for judicial notice (doc. no. 802) and notice of hearing (doc. no. 803) (taken together, the "Motion"), and the Motion is dismissed pursuant to LBR 9013-1(k) without prejudice.

3.      The Trustee shall continue to maintain $52,500 in escrow on account of the Lakeview Lease pursuant to the cash collateral orders entered in this case until further order of the Court.

4.      The March 12, 2020 hearing on the Motion is vacated.

####

Date: March 9, 2020

Martin R Barash
United States Bankruptcy Judge

1578581.1  26932

2