ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
GEORGE E. SCHULMAN (State Bar No. 64572)
gschulman@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Michael A. McConnell,
Chapter 11 Trustee

**FILED & ENTERED**

**MAR 24 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>　　　　Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER GRANTING TRUSTEE'S 2004 MOTION AND DIRECTING PRODUCTION AND INSPECTION OF SERVER AND ELECTRONICALLY STORED INFORMATION BY GIT, INC.;**<br><br>Document Production<br>Date:　April 20, 2020<br>Time:　10:00 a.m.<br>Place:　GIT, Inc.<br>　　　　1700 Sinton Road<br>　　　　Santa Maria, California 93458<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2004-1(d)] |

The Court has read and considered the *Trustee's Notice of Motion and 2004 Motion for Production and Inspection of Server and Electronically Stored Information by GIT, Inc.* (the "Motion"), filed by Michael A. McConnell, the Chapter 11 Trustee (the "Trustee") for the estate of

1581347.1  26932

1

HVI Cat Canyon, Inc. (the "Debtor").  The Court being fully advised, good cause appearing, it is hereby

**ORDERED THAT:**

1. The Motion is granted in its entirety.

2. GIT, Inc. ("GIT") is directed to produce for inspection and copying the server and electronically stored information requested in Exhibit "1" attached hereto, on April 20, 2020 at 10:00 a.m. at GIT, Inc.'s office, where the server is believed to be located, at 1700 Sinton Rd., Santa Maria, California 93458.

3. The Trustee is authorized to serve a subpoena for the production and inspection on GIT.

###

Date: March 24, 2020

Martin R Barash
United States Bankruptcy Judge

1581347.1  26932

2

# EXHIBIT 1

## DOCUMENTS TO BE PRODUCED

1. Production, inspection and copying of the server that GIT, Inc. ("GIT"), asserts it owns and is in its possession, and contains the Debtor's email, documents, and electronically stored information, to occur on April 20, 2020, at 10:00 a.m., at GIT's office, where the server is believed to be located, at 1700 Sinton Rd., Santa Maria, California 93458.