ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for Michael A. McConnell,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID A. COLE IN SUPPORT OF OPPOSITION TO MOTION FOR AN ORDER (1) SETTING PROCEDURES FOR ASSUMPTION OF OIL AND GAS LEASES; (2) ASSUMPTION OF SURFACE LEASES; AND (3) AUTHORIZING REJECTION OF LAKEVIEW OFFICE AND WAREHOUSE LEASE**<br><br>Date:  April 17, 2020<br>Time:  10:00 a.m.<br>Ctrm.:  201<br>         1415 State Street<br>         Santa Barbara, California |

Michael A. McConnell, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of HVI Cat Canyon, Inc. (the "Debtor"), hereby respectfully submits his evidentiary objections to the Declaration Of David A. Cole in Support of Opposition to Motion for an Order (1) Setting Procedures for Assumption of Oil and Gas Leases; (2) Assumption of Surface Leases; and (3) Authorizing Rejection of Lakeview Office and Warehouse Lease (*docket no. 907*) (the "Declaration").

1584614.2  26932                                  1

    The Trustee objects to the entirety of the Declaration on the grounds that it has not been signed by David A. Cole.

    The Court is respectfully requested to sustain the following specific evidentiary objections:

| # | Statement/Exhibit | Objection |
|---|---|---|
| 1. | "7.    The Oil Leases granted the Debtor the right to extract oil, gas and/or minerals from the Fee Properties subject to the Debtor's compliance with terms and conditions in the Oil Leases. Those terms included the obligations to pay royalties and perform other obligations including remediation and restoration of the property under certain circumstances."<br><br>Declaration at ¶ 7., page 2, lines 10-13. | Hearsay, Fed. R. Evid. 801, 802<br><br>Best Evidence Rule, Fed R. Evid. 1002<br><br>Legal Conclusion |
| 2. | "8.    By 2005, the Debtor breached the Oil Leases by, among other things, having failed to make royalty payments as required thereunder. Despite demand, the Debtor failed to cure the defaults or rectify such breaches."<br><br>Declaration at ¶ 8., page 2, lines 15-17. | Legal Conclusion |
| 3. | "9.    The Claimants and the Debtor resolved the claims asserted in the State Court Action as set forth in the Settlement and Release Agreement, dated March 3, 2009 (the "<u>Settlement Agreement</u>")."<br><br>Declaration at ¶ 9., page 2, lines 20-22. | Irrelevant, Fed. R. Evid. 401, 402<br><br>Legal Conclusion<br><br>Best Evidence Rule, Fed R. Evid. 1002 |
| 4. | "The Settlement Agreement provided for, among other things, certain rights conferred to the Debtor to continue its oil production operations at the Fee Properties. The Settlement Agreement required, among other things, for the Debtor to timely pay royalties and a settlement amount, and when the Fee Properties were no longer needed for oil production, to promptly quitclaim its interests pertaining to the Fee Properties, which are identified in the Unit Agreement of REDU as Tracts 4, 10, 34 or 73 of REDU (the "Additional Quitclaim"). [See Proofs of Claim; Exh. 3]"<br><br>Declaration at ¶ 9., page 2, lines 22-27. | Irrelevant, Fed. R. Evid. 401, 402<br><br>Hearsay, Fed. R. Evid. 801, 802<br><br>Best Evidence Rule, Fed R. Evid. 1002 |

| # | Statement/Exhibit | Objection |
|---|---|---|
| 5. | "Based upon my review of the Transaction Detail, the last royalty payments received are as follows: December 6, 2016 in the amount of $1,220.62 on the Guarantee Oil Leases and December 6, 2016 in the amount of $2,320.75 on the Laor Oil Leases."<br><br>Declaration at ¶ 10., page 3, lines 4-6. | Hearsay, Fed. R. Evid. 801, 802<br><br>Best Evidence Rule, Fed R. Evid. 1002 |
| 6. | "A true and correct copy of the Transaction Detail is attached hereto as Exhibit 2."<br><br>Declaration at ¶ 10., page 3, lines 6-7. | Hearsay, Fed. R. Evid. 801, 802 |
| 7. | "11.    Such failure constituted a default under the Settlement Agreement, the Oil Leases and the REDU Agreement."<br><br>Declaration at ¶ 11., page 3, lines 8-9. | Legal Conclusion |
| 8. | "On December 8, 2017, the Claimants provided a Notice of Delinquent Royalties (the "Default Notice"): (a) demanding cure of the unpaid royalties; (b) advising of the proposed termination of the Oil Leases; and (c) demanding execution of the Additional Quitclaim. The Debtor failed to respond to the Default Notice or cure the identified defaults."<br><br>Declaration at ¶ 11., page 3, lines 9-12. | Hearsay, Fed. R. Evid. 801, 802 |
| 9. | "12.    Since December 2016, the Claimants have not received any royalties."<br><br>Declaration at ¶ 12., page 3, line 13. | Untrue as Trustee has made royalty payments |
| 10. | "Further, after reviewing public data available at the Website of the California Department of Conservation, Geologic Energy Management Division ("CalGem", formerly known as the Division of Oil, Gas, and Geothermal Resource or "DOGGR" until January 1, 2020), it is clear that the Debtor has ceased production or extraction of oil at the Fee Properties since January 2018."<br><br>Declaration at ¶ 12., page 3, lines 13-17. | Lack of Foundation, Fed. R. Evid. 601, 602<br><br>Hearsay, Fed. R. Evid. 801, 802<br><br>Conclusory |

1584614.2  26932

3

| # | Statement/Exhibit | Objection |
|---|---|---|
| 11. | "Oil operators are required to report all production to CalGem ("DOGGR") on a monthly basis and the last reported production listed on the State's site was reported on February 1, 2018."<br><br>Declaration at ¶ 12., page 3, lines 17-19. | Lack of Foundation, Fed. R. Evid. 601, 602<br><br>Hearsay, Fed. R. Evid. 801, 802<br><br>Conclusory |
| 12. | "By not producing oil and not paying royalties for over two years the Debtor has essentially abandoned the oilfields located at the Fee Properties, which results in substantial liability, including but not limited to the costs of abandoning oil wells to state standards, removing pipelines and facilities, and performing environmental cleanup."<br><br>Declaration at ¶ 12., page 3, lines 19-22. | Legal Conclusion |
| 13. | "The Debtor is further liable for substantial environmental cleanup costs in connection with its prior operations."<br><br>Declaration at ¶ 12., page 3, lines 23-24. | Legal Conclusion |
| 14. | "(b)  *Well Abandonment*: Upon abandonment of oil wells, the Debtor was obligated to complete legally required oilfield cleanup work and removal of oilfield facilities. The estimated abandonment costs per well is estimated to be $125,000 (for abandonment & cleanup) and $500,000 (for removal of other oilfield facilities). The Claimants believe there are eleven (11) wells at the Guarantee Fee Property and one (1) well at the Laor Fee Property resulting in abandonment costs estimated at $2,000,000. The cost could be in the range of $250,000 to $500,000 per well, and will also be greater if there are additional wells at the sites."<br><br>Declaration at ¶ 13., page 4, lines 1-7. | Lack of Foundation, Fed. R. Evid. 601, 602<br><br>Speculation<br><br>Improper Opinion Testimony, Fed R. Evid. 701, 702<br><br>Legal Conclusion |

| # | Statement/Exhibit | Objection |
|---|---|---|
| 15. | "(c)  *Environmental Remediation*: It is estimated that the cost of remediation is not less than $500,000 ($450,000 as to the Guarantee Fee Property and $50,000 as to the Laor Fee Property) but could be greater depending on the results of environmental testing."<br><br>Declaration at ¶ 13., page 4, lines 8-10. | Lack of Foundation, Fed. R. Evid. 601, 602<br><br>Speculation<br><br>Improper Opinion Testimony, Fed R. Evid. 701, 702 |

DATED:  April 10, 2020                DANNING, GILL, ISRAEL & KRASNOFF, LLP


                                                       By:       */s/ Aaron E. de Leest*
                                                              AARON E. DE LEEST
                                                              Attorneys for Michael A. McConnell,
                                                              Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID A. COLE IN SUPPORT OF OPPOSITION TO MOTION FOR AN ORDER (1) SETTING PROCEDURES FOR ASSUMPTION OF OIL AND GAS LEASES; (2) ASSUMPTION OF SURFACE LEASES; AND (3) AUTHORIZING REJECTION OF LAKEVIEW OFFICE AND WAREHOUSE LEASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 10, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On  April 10, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor  
HVI Cat Canyon, Inc.  
c/o Capitol Corporate Services, Inc.  
36 S. 18th Avenue, Suite D  
Brighton, CO 80601  

Debtor  
HVI Cat Canyon, Inc.  
630 Fifth Avenue  
Suite 2410  
New York, NY 10111  

☐ Service information continued on attached page.

**3. SERVED BY OVERNIGHT MAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by overnight mail service.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 10, 2020 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Anthony A Austin on behalf of Creditor California Department of Toxic Substances Control
anthony.austin@doj.ca.gov

Anthony A Austin on behalf of Interested Party California Department of Toxic Substances Control
anthony.austin@doj.ca.gov

William C Beall on behalf of Counter-Claimant GLR, LLC, a Delaware limited liability company
will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall on behalf of Counter-Claimant GRL, LLC, a Delaware limited liability company
will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall on behalf of Creditor GLR, LLC
will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall on behalf of Defendant GLR, LLC, a Delaware limited liability company
will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall on behalf of Defendant GRL, LLC, a Delaware limited liability company
will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall on behalf of Interested Party GRL, LLC, a Delaware limited liability company
will@beallandburkhardt.com, carissa@beallandburkhardt.com

Bradley D Blakeley on behalf of Defendant RDI Royalty Distributors, Inc
blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com

Alicia Clough on behalf of Creditor California State Lands Commission
aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com

Marc S Cohen on behalf of Creditor California State Lands Commission
mscohen@loeb.com, klyles@loeb.com

Alan D Condren on behalf of Defendant Roman Catholic Archbishop of Los Angeles
, berickson@seedmackall.com

Alan D Condren on behalf of Defendant Elizabeth Esser
, berickson@seedmackall.com

Alan D Condren on behalf of Defendant Stephen Fisher
, berickson@seedmackall.com

Alec S DiMario on behalf of Creditor Direct Energy Business Marketing, LLC d/b/a Direct Energy Business
alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

Alec S DiMario on behalf of Creditor Direct Energy Business, LLC
alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

Karl J Fingerhood on behalf of Interested Party United States of America on behalf of USEPA and US Coast Guard
karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov

H Alexander Fisch on behalf of Interested Party California Department of Fish & Wildlife
Alex.Fisch@doj.ca.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

H Alexander Fisch on behalf of Interested Party California Regional Water Quality Control Board, Central Coast
Alex.Fisch@doj.ca.gov

Don Fisher on behalf of Defendant Corian Cross Holdings, LP
dfisher@ptwww.com, tblack@ptwww.com

Don Fisher on behalf of Interested Party Interested Party
dfisher@ptwww.com, tblack@ptwww.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee
brian.fittipaldi@usdoj.gov

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Ellen A Friedman on behalf of Interested Party Pacific Gas and Electric Company
efriedman@friedmanspring.com, jquiambao@friedmanspring.com

Gisele M Goetz on behalf of Defendant Chamberlin Oil LLC
gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com

Gisele M Goetz on behalf of Interested Party Courtesy NEF
gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com

Karen L Grant on behalf of Creditor BUGANKO, LLC
kgrant@silcom.com

Karen L Grant on behalf of Defendant Janet K Ganong
kgrant@silcom.com

Ira S Greene on behalf of Interested Party CTS Properties, Ltd.
Ira.Greene@lockelord.com

Matthew C. Heyn on behalf of Creditor Department of Conservation, Division of Oil, Gas and Geothermal Reources
Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

Brian L Holman on behalf of Counter-Claimant Bradley Land Company
b.holman@mpglaw.com

Brian L Holman on behalf of Creditor Bradley Land Company
b.holman@musickpeeler.com

Brian L Holman on behalf of Defendant Bradley Land Company        b.holman@mpglaw.com

Eric P Israel on behalf of Attorney Courtesy NEF
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Attorney Danning, Gill, Israel & Krasnoff, LLP
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Financial Advisor CR3 Partners, LLP
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Plaintiff Michael A. McConnell, Chapter 11 Trustee
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

Eric P Israel on behalf of Trustee Michael Authur McConnell (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Razmig Izakelian on behalf of Creditor California Asphalt Production, Inc.
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Creditor GIT, Inc.
razmigizakelian@quinnemanuel.com

Razmig Izakelian on behalf of Creditor GTL1, LLC
razmigizakelian@quinnemanuel.com

Alan H Katz on behalf of Interested Party CTS Properties, Ltd.
akatz@lockelord.com

John C Keith on behalf of Creditor California State Lands Commission
john.keith@doj.ca.gov

Jeannie Kim on behalf of Interested Party Pacific Gas and Electric Company
jekim@sheppardmullin.com

Mitchell J Langberg on behalf of Defendant Adam B Firestone
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Alice Sedgwick Wohl
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Alice Sedgwick, Dec'd
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Jerome Brevoort Dwight
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant John A Feliciano
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Jonathan Ashley Dwight
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Katherine S Hanberg
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Lance H Brown
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Lela Minturn Dwight
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Louise H Feliciano
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant Susanna Sedgwick
mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg on behalf of Defendant William Hanberg
mlangberg@bhfs.com, dcrudup@bhfs.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE

Maxim B Litvak on behalf of Creditor Committee Official Committee of Unsecured Creditors
mlitvak@pszjlaw.com

Vincent T Martinez on behalf of Creditor Adam Family Trust
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

Vincent T Martinez on behalf of Creditor Candace Laine Evenson
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

Vincent T Martinez on behalf of Creditor Escolle Tenants In Common
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

Vincent T Martinez on behalf of Creditor The Bognuda Trust
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

Vincent T Martinez on behalf of Creditor The Morganti Ranch, a limited partnership
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

Vincent T Martinez on behalf of Defendant The Bognuda Trust
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

Michael Authur McConnell (TR)
Michael.mcconnell@kellyhart.com

Brian M Metcalf on behalf of Interested Party UBS AG, London Branch
bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com

Jerry Namba on behalf of Defendant CMT, LLC
nambaepiq@earthlink.net, G23453@notify.cincompass.com;annie_cunningham@ymail.com

David L Osias on behalf of Creditor Allen Matkins Leck Gamble Mallory & Natsis LLP
dosias@allenmatkins.com,
bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com

Darren L Patrick on behalf of Interested Party UBS AG, London Branch
dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com

Jeffrey N Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com

Benjamin P Pugh on behalf of Defendant Jane A. Adams
bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law

Benjamin P Pugh on behalf of Defendant John S. Adams
bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law

Edward S Renwick on behalf of Creditor "A" Mineral Owners Group
erenwick@hanmor.com, iaguilar@hanmor.com

Edward S Renwick on behalf of Creditor Goodwin "A" Mineral Owners Group
erenwick@hanmor.com, iaguilar@hanmor.com

Edward S Renwick on behalf of Cross-Claimant Goodwin "A" Mineral Owners Group
erenwick@hanmor.com, iaguilar@hanmor.com

J. Alexandra Rhim on behalf of Creditor Guarantee Royalties, Inc.  arhim@hrhlaw.com

J. Alexandra Rhim on behalf of Creditor Laor Liquidating Associates, LP   arhim@hrhlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

J. Alexandra Rhim on behalf of Defendant Guarantee Royalties, Inc.
arhim@hrhlaw.com

J. Alexandra Rhim on behalf of Defendant Laor Liquidating Associates, LP
arhim@hrhlaw.com

Todd C. Ringstad on behalf of Defendant Charles C. Albright
becky@ringstadlaw.com, arlene@ringstadlaw.com

Todd C. Ringstad on behalf of Interested Party Interested Party
becky@ringstadlaw.com, arlene@ringstadlaw.com

Mitchell E Rishe on behalf of Creditor California Department of Conservation, Division of Oil, Gas & Geothermal Resources
mitchell.rishe@doj.ca.gov

Mitchell E Rishe on behalf of Creditor Department of Conservation, Division of Oil, Gas and Geothermal Reources
mitchell.rishe@doj.ca.gov

George E Schulman on behalf of Trustee Michael Authur McConnell (TR)
GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff Michael A. McConnell, Chapter 11 Trustee
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Trustee Michael Authur McConnell (TR)
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Sonia Singh on behalf of Trustee Michael Authur McConnell (TR)
ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Daniel A Solitro on behalf of Interested Party CTS Properties, Ltd.
dsolitro@lockelord.com, ataylor2@lockelord.com

Ross Spence on behalf of Interested Party County of Santa Barbara, California
ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Ross Spence on behalf of Interested Party Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California
ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Ross Spence on behalf of Interested Party Santa Barbara Air Pollution Control District
ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Christopher D Sullivan on behalf of Creditor Diamond McCarthy LLP
csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.com

Jennifer Taylor on behalf of Interested Party UBS AG, London Branch

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

jtaylor@omm.com

John N Tedford, IV on behalf of Trustee Michael Authur McConnell (TR)
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

Salina R Thomas on behalf of Interested Party Courtesy NEF
bankruptcy@co.kern.ca.us

Salina R Thomas on behalf of Interested Party Kern County Treasurer Tax Collector
bankruptcy@co.kern.ca.us

Meagan S Tom on behalf of Creditor Netherland, Sewell & Associates, Inc.
meagan.tom@lockelord.com,
autodocket@lockelord.com;taylor.warren@lockelord.com;autodocketdev@lockelord.com

Patricia B Tomasco on behalf of Creditor GIT, Inc.
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

Fred Whitaker on behalf of Interested Party Eller Family Trust
lshertzer@cwlawyers.com, spattas@cwlawyers.com

William E. Winfield on behalf of Attorney Courtesy NEF
wwinfield@calattys.com, scuevas@calattys.com

William E. Winfield on behalf of Creditor Jane Connolly
wwinfield@calattys.com, scuevas@calattys.com

William E. Winfield on behalf of Creditor Robert Kestner
wwinfield@calattys.com, scuevas@calattys.com

William E. Winfield on behalf of Creditor Virginia Tracy
wwinfield@calattys.com, scuevas@calattys.com

William E. Winfield on behalf of Defendant Jane Connolly
wwinfield@calattys.com, scuevas@calattys.com

William E. Winfield on behalf of Defendant Kathleen Seymour
wwinfield@calattys.com, scuevas@calattys.com

William E. Winfield on behalf of Defendant Robert Kestner
wwinfield@calattys.com, scuevas@calattys.com

William E. Winfield on behalf of Defendant Virginia Tracy
wwinfield@calattys.com, scuevas@calattys.com

Richard Lee Wynne on behalf of Interested Party NewBridge Resources, LLC
richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

Emily Young on behalf of Creditor Epiq Corporate Restructuring, LLC Claims Agent
pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

Aaron E de Leest on behalf of Attorney Danning, Gill, Israel & Krasnoff, LLP
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Aaron E de Leest on behalf of Trustee Michael Authur McConnell (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            F 9013-3.1.PROOF.SERVICE