FILED & ENTERED

APR 20 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO RECONSIDER [CASE DKT. 900] FILED BY GRL, LLC** |

On March 23, 2020, the Court entered its Order Denying Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (the "Order") denying the motion for relief from the automatic stay filed by GRL, LLC ("GRL"). Case Dkt. 866. On April 2, 2020, GRL filed is *Motion to Reconsider Denial of Motion* (the "Motion to Reconsider"). Case Dkt. 900. Based on the foregoing, **IT IS HEREBY ORDERED THAT:**

1. Any opposition or responses to the Motion to Reconsider shall be filed and served on GRL no later than May 1, 2020.

2. Any replies in support of the Motion to Reconsider shall be filed and served no later than May 8, 2020.

3. In the event the Court determines that oral argument on the Motion to Reconsider will be necessary, a further scheduling order will be entered.

###

Date: April 20, 2020

Martin R Barash
United States Bankruptcy Judge