| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| AARON E. DE LEEST (State Bar No. 216832)<br>adeleest@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067<br>Telephone (310) 277-0077<br>Facsimile (310) 277-5735 | |

☐ Individual *appearing without an attorney*
☒ Attorney for: Michael A. McConnell, Chap. 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br><br><br><br>Debtor(s) | CASE NO.: 9:19-bk-11573-MB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): TRUSTEE'S MOTION FOR AN ORDER: (1) SETTING PROCEDURES FOR ASSUMPTION OF OIL AND GAS LEASES; (2) AUTHORIZING ASSUMPTION OF SURFACE LEASES; ETC. |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER GRANTING MOTION IN PART AND AUTHORIZING REJECTION OF THE LAKEVIEW OFFICE AND WAREHOUSE LEASE

was lodged on (*date*) 04/29/2020 and is attached. This order relates to the motion which is docket number 812.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

EXHIBIT A

1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone:  (310) 277-0077
5  Facsimile:  (310) 277-5735

6  Attorneys for Michael A. McConnell,
   Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| In re | Case No.: 9:19-bk-11573-MB |
|---|---|
| HVI CAT CANYON, INC., | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION IN PART AND AUTHORIZING REJECTION OF LAKEVIEW OFFICE AND WAREHOUSE LEASE** |
| | Date:  April 17, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 201<br>        1415 State Street<br>        Santa Barbara, California |

On April 17, 2020, at 10:00 a.m., there came before the Court for hearing the Trustee's Motion for an Order: (1) Setting Procedures for Assumption of Oil and Gas Leases; (2) Authorizing Assumption of Surface Leases; and (3) Authorizing Rejection of the Lakeview Office and Warehouse Lease *(docket no. 812)* (the "Motion"), filed by Michael A. McConnell, the Chapter 11 trustee (the "Trustee") for the estate of HVI Cat Canyon, Inc. (the "Debtor"), the Honorable Martin R. Barash, United States Bankruptcy Judge, presiding.  Eric P. Israel and Aaron E. de Leest of Danning, Gill, Israel & Krasnoff, LLP, appeared telephonically on the Motion for the Trustee, and all other appearances were as noted on the record at the telephonic hearing. Pursuant to the Court's order entered on or about April 15, 2020 (*docket no. 820*), the hearing on

1587168.1  26932                                1

1. the Motion was to be telephonic with optional appearance by video conference.

2. The Court having read and considered the Motion and all papers filed in support thereof, the various oppositions, objections, and responses, to the Motion, and the Trustee's Omnibus Reply (*docket no. 926*), having noted the lack of any opposition from GLR, LLC ("GLR"), which changed its name from Grewal Land Holdings, LLC ("GLH"), to the rejection of the Lakeview Lease (as defined below)**,** having found that notice of the Motion was adequate and proper and that it is appropriate to enter three separate orders in relation to the relief requested in the Motion, which orders have been uploaded contemporaneously herewith, and good cause appearing, it is

ORDERED THAT:

1. The Motion is granted with respect to the rejection of the lease agreement purportedly entered into between the Debtor and GLH for the premises located at 2617 Clark Avenue, Santa Maria, California, on December 21, 2012, and made effective March 1, 2007 (the "Lakeview Lease").  A copy of the Lakeview Lease is attached as Exhibit "4" to the Motion.

2. The Trustee is authorized to reject the Lakeview Lease effective as of February 28, 2020.

3. The Lakeview Lease is deemed rejected and terminated effective as of February 28, 2020.

4. June 12, 2020, shall be the bar date for the filing of any rejection claim with respect to the Lakeview Lease.  The Trustee shall give notice of the bar date to GLR.

###

1587168.1  26932                                           2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: TRUSTEE'S MOTION FOR AN ORDER: (1) SETTING PROCEDURES FOR ASSUMPTION OF OIL AND GAS LEASES; (2) AUTHORIZING ASSUMPTION OF SURFACE LEASES; AND (3) AUTHORIZING REJECTION OF THE LAKEVIEW OFFICE AND WAREHOUSE LEASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 29, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On April 29, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat Canyon, Inc.
630 Fifth Avenue, Suite 2410
New York, NY  10111

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 29, 2020 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Anthony A Austin    anthony.austin@doj.ca.gov

William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com

Bradley D Blakeley    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com

Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com

Marc S Cohen    mscohen@loeb.com, klyles@loeb.com

Alan D Condren    , berickson@seedmackall.com

Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov

H Alexander Fisch    Alex.Fisch@doj.ca.gov

Don Fisher    dfisher@ptwww.com, tblack@ptwww.com

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov

Ellen A Friedman    efriedman@friedmanspring.com, jquiambao@friedmanspring.com

Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com

Karen L Grant    kgrant@silcom.com

Ira S Greene    Ira.Greene@lockelord.com

Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

Brian L Holman    b.holman@mpglaw.com

Brian L Holman    b.holman@musickpeeler.com

Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Razmig Izakelian    razmigizakelian@quinnemanuel.com

Alan H Katz    akatz@lockelord.com

John C Keith    john.keith@doj.ca.gov

Jeannie Kim    jekim@sheppardmullin.com, lsemeraro@sheppardmullin.com

Mitchell J Langberg    mlangberg@bhfs.com, dcrudup@bhfs.com

Maxim B Litvak    mlitvak@pszjlaw.com

Vincent T Martinez    llimone@twitchellandrice.com, smccomish@twitchellandrice.com

Michael Authur McConnell (TR)    Michael.mcconnell@kellyhart.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Brian M Metcalf    bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com

Jerry Namba    nambaepiq@earthlink.net, G23453@notify.cincompass.com;annie_cunningham@ymail.com

David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com

Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com

Jeffrey N Pomerantz    jpomerantz@pszjlaw.com

Benjamin P Pugh    bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law

Edward S Renwick    erenwick@hanmor.com, iaguilar@hanmor.com

J. Alexandra Rhim    arhim@hrhlaw.com

Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com

Mitchell E Rishe    mitchell.rishe@doj.ca.gov

George E Schulman    GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Sonia Singh    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com

Ross Spence    ross@snowspencelaw.com, janissherrill@snowspencelaw.com;donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.com

Jennifer Taylor    jtaylor@omm.com

John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

Salina R Thomas    bankruptcy@co.kern.ca.us

Meagan S Tom    meagan.tom@lockelord.com, autodocket@lockelord.com;taylor.warren@lockelord.com;autodocketdev@lockelord.com

Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

Fred Whitaker    lshertzer@cwlawyers.com, spattas@cwlawyers.com

William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com

Richard Lee Wynne    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**