1  ERIC P. ISRAEL (State Bar No. 132426)
   eisrael@DanningGill.com
2  AARON E. DE LEEST (State Bar No. 216832)
   adeleest@DanningGill.com
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone:  (310) 277-0077
5  Facsimile:  (310) 277-5735

6  Attorneys for Michael A. McConnell,
   Chapter 11 Trustee
7

**FILED & ENTERED**

**MAY 12 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy     DEPUTY CLERK

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                            **NORTHERN DIVISION**

11

12  In re                                    Case No. 9:19-bk-11573-MB

13  HVI CAT CANYON, INC.,                    Chapter 11

14          Debtor.                          ORDER APPROVING **SECOND**
                                             STIPULATION BETWEEN TRUSTEE AND
15                                           RIGHETTI RANCH PROPERTIES, LLC TO
                                             CONTINUE HEARING ON TRUSTEE'S
16                                           MOTION FOR AN ORDER: (1) SETTING
                                             PROCEDURES FOR ASSUMPTION OF OIL
17                                           AND GAS LEASES; (2) AUTHORIZING
                                             ASSUMPTION OF SURFACE LEASES;
18                                           AND (3) AUTHORIZING REJECTION OF
                                             THE LAKEVIEW OFFICE AND
19                                           WAREHOUSE LEASE **FOR RIGHETTI
                                             RANCH PROPERTIES, LLC ONLY**
20
                                             *Current Hearing Date, Time and Location:*
21                                           Date:   May 19, 2020
                                             Time:   10:30 a.m.
22                                           Place:  Courtroom 201
                                                     1415 State Street
23                                                   Santa Barbara, California 93101

24                                           *Proposed Hearing Date, Time and Location:*
                                             Date:   June 15, 2020
25                                           Time:   10:30 a.m.
                                             Place:  Courtroom 201
26                                                   1415 State Street
                                                     Santa Barbara, California 93101
27

28

1588905.1  26932                                1

The Court having read and considered the *Second Stipulation Between Trustee And Righetti Ranch Properties, LLC To Continue Hearing On Trustee's Motion For An Order: (1) Setting Procedures For Assumption Of Oil And Gas Leases; (2) Authorizing Assumption Of Surface Leases; And (3) Authorizing Rejection Of The Lakeview Office And Warehouse Lease For Righetti Ranch Properties, LLC Only* ("Stipulation") (*docket no. 981*), and good cause appearing, it is

ORDERED THAT:

1. The Stipulation is approved.

2. The hearing on the Trustee's *Motion For An Order: (1) Setting Procedures For Assumption Of Oil And Gas Leases; (2) Authorizing Assumption Of Surface Leases; And (3) Authorizing Rejection Of The Lakeview Office And Warehouse Lease* is continued from May 19, 2020 at 10:30 a.m. to June 15, 2020 at 10:30 a.m., for Righetti Ranch Properties, LLC only.

###

Date: May 12, 2020

Martin R Barash
United States Bankruptcy Judge