BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
SUITE 200, LA ARCADA BUILDING
1114 STATE STREET
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774

Attorneys for GRL, LLC and GLR, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI Cat Canyon, Inc.,<br><br>               Debtor. | Bk. No. 9:19-bk-11573-MB<br>Chapter 13<br><br>**NOTICE OF MOTION FOR ADDITIONAL REQUESTS FOR ADMISSIONS AND INTERROGATORIES**<br><br>No Hearing Set |

To trustee Michael McConnell:

Please take notice that GRL, LLC and GLR, LLC have moved the Court to expand the number of permissible Requests for Admission and Interrogatories as provided in Local Bankruptcy Rule 7026-3(b).

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

Any party wishing to review the complete application may examine the copy on file with the Clerk of the United States Bankruptcy Court, or may request a copy from the undersigned.

1

1  If you timely file and serve a written opposition and request for a hearing, movant will file and
2  serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]
3  If you fail to comply with this deadline:
4  (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response
5  period elapsed, and (3) no party filed and served a written opposition and request for a hearing within
6  14 days after the date of service of the notice [LBR 9013-1(o)(3)];
7  (2) Movant will lodge an order that the court may use to grant the Motion; and
8  (3) The court may treat your failure as a waiver of your right to oppose the Motion and may
9  grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Dated: May 30, 2020

BEALL & BURKHARDT, APC

By: /s/ William C. Beall
William C. Beall, Counsel for GRL, LLC and GLR, LLC

2