| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeremy W. Faith (SBN 190647)<br>Jeremy@MarguliesFaithLaw.com<br>MARGULIES FAITH, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br><br><br>*Attorney for:* Creditor, GTL1, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORBERN            DIVISION**

| In re:<br>HVI Cat Canyon, Inc.,<br><br><br><br>Debtor(s). | CASE NO.: 9:19-bk-11573-MB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s),<br>vs.<br><br><br><br><br>Defendant. | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   GTL1, LLC

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Jeremy W. Faith, Esq.
   Margulies Faith, LLP
   16030 Ventura Blvd., Suite 470
   Encino, CA 91436

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☐ the adversary proceeding

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                          Page 1                                          **F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. (Specify name of present attorney):

Razmig Izakelian, Esq., and Patricia Tomasco, Esq. (aka Patricia B Tomasco, aka Patricia B. Tomasco)
Quinn Emanuel Urquhart & Sullivan, LLP

Date: 5/28/20

_____
Signature of party
MAYER ERNESTO OLIVARES
Printed name of party

_____
Signature of second party (if applicable)

_____
Printed name of second party (if applicable)

_____
Signature of third party (if applicable)

_____
Printed name of third party (if applicable)

_____
Signature of fourth party (if applicable)

_____
Printed name of fourth party (if applicable)

I consent to the above substitution

Date: 5/27/20

_____
Signature of present attorney
Razmig Izakelian
Printed name of present attorney

_____
Signature of second attorney (if applicable)
Patricia Tomasco
Printed name of second attorney (if applicable)

_____
Signature of third attorney (if applicable)

_____
Printed name of third attorney (if applicable)

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 5/28/2020

_____
Signature of new attorney
Jeremy W. Faith
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                   Page 2                        F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 1, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **June 1, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to Amended General Order 20-02, judge's copies are not required for any document less than 25 pages.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 1, 2020 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE LIST

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Anthony A Austin on behalf of Creditor California Department of Toxic Substances Control**
anthony.austin@doj.ca.gov

**Anthony A Austin on behalf of Interested Party California Department of Toxic Substances Control**
anthony.austin@doj.ca.gov

**William C Beall on behalf of Counter-Claimant GLR, LLC, a Delaware limited liability company**
will@beallandburkhardt.com, carissa@beallandburkhardt.com

**William C Beall on behalf of Counter-Claimant GRL, LLC, a Delaware limited liability company**
will@beallandburkhardt.com, carissa@beallandburkhardt.com

**William C Beall on behalf of Creditor GLR, LLC**
will@beallandburkhardt.com, carissa@beallandburkhardt.com

**William C Beall on behalf of Defendant GLR, LLC, a Delaware limited liability company**
will@beallandburkhardt.com, carissa@beallandburkhardt.com

**William C Beall on behalf of Defendant GRL, LLC, a Delaware limited liability company**
will@beallandburkhardt.com, carissa@beallandburkhardt.com

**William C Beall on behalf of Interested Party GRL, LLC, a Delaware limited liability company**
will@beallandburkhardt.com, carissa@beallandburkhardt.com

**Bradley D Blakeley on behalf of Defendant RDI Royalty Distributors, Inc**
blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com

**Alicia Clough on behalf of Creditor California State Lands Commission**
aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com

**Alicia Clough on behalf of Interested Party California State Lands Commission**
aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com

**Marc S Cohen on behalf of Creditor California State Lands Commission**
mscohen@loeb.com, klyles@loeb.com

**Marc S Cohen on behalf of Interested Party California State Lands Commission**
mscohen@loeb.com, klyles@loeb.com

**Alan D Condren on behalf of Defendant Roman Catholic Archbishop of Los Angeles**
, berickson@seedmackall.com

**Alan D Condren on behalf of Defendant Elizabeth Esser**
, berickson@seedmackall.com

**Alan D Condren on behalf of Defendant Stephen Fisher**
, berickson@seedmackall.com

**Alec S DiMario on behalf of Creditor Direct Energy Business Marketing, LLC d/b/a Direct Energy Business**
alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

**Alec S DiMario on behalf of Creditor Direct Energy Business, LLC**
alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**Karl J Fingerhood on behalf of Interested Party United States of America on behalf of USEPA and US Coast Guard**
karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov

**H Alexander Fisch on behalf of Interested Party California Department of Fish & Wildlife**
Alex.Fisch@doj.ca.gov

**H Alexander Fisch on behalf of Interested Party California Regional Water Quality Control Board, Central Coast**
Alex.Fisch@doj.ca.gov

**Don Fisher on behalf of Defendant Corian Cross Holdings, LP**
dfisher@ptwww.com, tblack@ptwww.com

**Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)**
brian.fittipaldi@usdoj.gov

**Ellen A Friedman on behalf of Interested Party Pacific Gas and Electric Company**
efriedman@friedmanspring.com, jquiambao@friedmanspring.com

**Gisele M Goetz on behalf of Defendant Chamberlin Oil LLC**
gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com

**Karen L Grant on behalf of Creditor BUGANKO, LLC**
kgrant@silcom.com

**Karen L Grant on behalf of Defendant Janet K Ganong**
kgrant@silcom.com

**Ira S Greene on behalf of Interested Party CTS Properties, Ltd.**
Ira.Greene@lockelord.com

**Matthew C. Heyn on behalf of Creditor Department of Conservation, Division of Oil, Gas and Geothermal Reources**
Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

**Brian L Holman on behalf of Counter-Claimant Bradley Land Company**
b.holman@mpglaw.com

**Brian L Holman on behalf of Creditor Bradley Land Company**
b.holman@musickpeeler.com

**Brian L Holman on behalf of Defendant Bradley Land Company**
b.holman@mpglaw.com

**Tracy K Hunckler on behalf of Interested Party Courtesy NEF**
thunckler@daycartermurphy.com, cgori@daycartermurphy.com;rmahoney@daycartermurphy.com

**Eric P Israel on behalf of Attorney Danning, Gill, Israel & Krasnoff, LLP**
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

**Eric P Israel on behalf of Financial Advisor CR3 Partners, LLP**
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

**Eric P Israel on behalf of Plaintiff Michael A. McConnell, Chapter 11 Trustee**
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

**Razmig Izakelian on behalf of Creditor California Asphalt Production, Inc.**
razmigizakelian@quinnemanuel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**Razmig Izakelian on behalf of Creditor GIT, Inc.**
razmigizakelian@quinnemanuel.com

**Razmig Izakelian on behalf of Creditor GTL1, LLC**
razmigizakelian@quinnemanuel.com

**Evan M. Jones on behalf of Interested Party UBS AG, London Branch**
ejones@omm.com, ejones@omm.com

**Alan H Katz on behalf of Interested Party CTS Properties, Ltd.**
akatz@lockelord.com

**John C Keith on behalf of Creditor California State Lands Commission**
john.keith@doj.ca.gov

**Jeannie Kim on behalf of Interested Party Pacific Gas and Electric Company**
jekim@sheppardmullin.com, lsemeraro@sheppardmullin.com

**Mitchell J Langberg on behalf of Creditor Adam B Firestone**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Alice Sedgwick Wohl**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Alice Sedgwick, Dec'd**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Jerome Brevoort Dwight**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor John A Feliciano**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Jonathan Ashley Dwight**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Katherine S Hanberg**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Lance H Brown**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Lela Minturn Dwight**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Louise H Feliciano**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor Susanna Sedgwick, Dec'd**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Creditor William Hanberg**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Adam B Firestone**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Alice Sedgwick Wohl**
mlangberg@bhfs.com, dcrudup@bhfs.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Mitchell J Langberg on behalf of Defendant Alice Sedgwick, Dec'd**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Jerome Brevoort Dwight**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant John A Feliciano**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Jonathan Ashley Dwight**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Katherine S Hanberg**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Lance H Brown**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Lela Minturn Dwight**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Louise H Feliciano**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant Susanna Sedgwick**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Mitchell J Langberg on behalf of Defendant William Hanberg**
mlangberg@bhfs.com, dcrudup@bhfs.com

**Maxim B Litvak on behalf of Creditor Committee Official Committee of Unsecured Creditors**
mlitvak@pszjlaw.com

**Vincent T Martinez on behalf of Creditor Adam Family Trust**
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

**Vincent T Martinez on behalf of Creditor Candace Laine Evenson**
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

**Vincent T Martinez on behalf of Creditor Escolle Tenants In Common**
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

**Vincent T Martinez on behalf of Creditor The Bognuda Trust**
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

**Vincent T Martinez on behalf of Creditor The Morganti Ranch, a limited partnership**
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

**Vincent T Martinez on behalf of Creditor Candace Laine Evenson**
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

**Vincent T Martinez on behalf of Defendant The Bognuda Trust**
llimone@twitchellandrice.com, smccomish@twitchellandrice.com

**Michael Arthur McConnell (TR)**
Michael.mcconnell@kellyhart.com

**Brian M Metcalf on behalf of Interested Party UBS AG, London Branch**
bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE

**Brian M Metcalf on behalf of Interested Party UBS AG, Stamford Branch**
bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com

**Jerry Namba on behalf of Defendant CMT, LLC**
nambaepiq@earthlink.net, G23453@notify.cincompass.com;annie_cunningham@ymail.com

**David L Osias on behalf of Creditor Allen Matkins Leck Gamble Mallory & Natsis LLP**
dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com

**Darren L Patrick on behalf of Interested Party UBS AG, London Branch**
dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com

**Jeffrey N Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors**
jpomerantz@pszjlaw.com

**Benjamin P Pugh on behalf of Defendant Jane A. Adams**
bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law

**Benjamin P Pugh on behalf of Defendant John S. Adams**
bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law

**Edward S Renwick on behalf of Counter-Claimant Frank M. Boisseranc and Sylvia S Boisseranc as Trustees of the Frank and Sylvia Boisseranc Trust**
erenwick@hanmor.com, iaguilar@hanmor.com

**Edward S Renwick on behalf of Counter-Claimant Presson Vera OC Land Group, a California Unincorporated Association**
erenwick@hanmor.com, iaguilar@hanmor.com

**Edward S Renwick on behalf of Counter-Claimant Waldo A. Gillette Jr.**
erenwick@hanmor.com, iaguilar@hanmor.com

**Edward S Renwick on behalf of Creditor "A" Mineral Owners Group**
erenwick@hanmor.com, iaguilar@hanmor.com

**Edward S Renwick on behalf of Creditor Goodwin "A" Mineral Owners Group**
erenwick@hanmor.com, iaguilar@hanmor.com

**Edward S Renwick on behalf of Cross-Claimant Goodwin "A" Mineral Owners Group**
erenwick@hanmor.com, iaguilar@hanmor.com

**J. Alexandra Rhim on behalf of Counter-Claimant Guarantee Royalties, Inc.**
arhim@hrhlaw.com

**J. Alexandra Rhim on behalf of Counter-Claimant Laor Liquidating Associates, LP**
arhim@hrhlaw.com

**J. Alexandra Rhim on behalf of Creditor Guarantee Royalties, Inc.**
arhim@hrhlaw.com

**J. Alexandra Rhim on behalf of Creditor Laor Liquidating Associates, LP**
arhim@hrhlaw.com

**J. Alexandra Rhim on behalf of Defendant Guarantee Royalties, Inc.**
arhim@hrhlaw.com

**J. Alexandra Rhim on behalf of Defendant Laor Liquidating Associates, LP**
arhim@hrhlaw.com

**Todd C. Ringstad on behalf of Defendant Charles C. Albright**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

becky@ringstadlaw.com, arlene@ringstadlaw.com

**Mitchell E Rishe on behalf of Creditor California Department of Conservation, Division of Oil, Gas & Geothermal Resources**
mitchell.rishe@doj.ca.gov

**Mitchell E Rishe on behalf of Creditor Department of Conservation, Division of Oil, Gas and Geothermal Reources**
mitchell.rishe@doj.ca.gov

**George E Schulman on behalf of Trustee Michael Arthur McConnell (TR)**
GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

**Zev Shechtman on behalf of Counter-Defendant Michael A. McConnell, Chapter 11 Trustee**
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

**Zev Shechtman on behalf of Plaintiff Michael A. McConnell, Chapter 11 Trustee**
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

**Zev Shechtman on behalf of Trustee Michael Arthur McConnell (TR)**
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

**Sonia Singh on behalf of Trustee Michael Arthur McConnell (TR)**
ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com

**Daniel A Solitro on behalf of Interested Party CTS Properties, Ltd.**
dsolitro@lockelord.com, ataylor2@lockelord.com

**Ross Spence on behalf of Interested Party County of Santa Barbara, California**
ross@snowspencelaw.com, janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

**Ross Spence on behalf of Interested Party Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California**
ross@snowspencelaw.com, janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

**Ross Spence on behalf of Interested Party Santa Barbara Air Pollution Control District**
ross@snowspencelaw.com, janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

**Christopher D Sullivan on behalf of Creditor Diamond McCarthy LLP**
csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.com

**Jennifer Taylor on behalf of Interested Party UBS AG, London Branch**
jtaylor@omm.com

**John N Tedford, IV on behalf of Trustee Michael Arthur McConnell (TR)**
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

**Salina R Thomas on behalf of Interested Party Kern County Treasurer Tax Collector**
bankruptcy@co.kern.ca.us

**Meagan S Tom on behalf of Creditor Netherland, Sewell & Associates, Inc.**
meagan.tom@lockelord.com, autodocket@lockelord.com;taylor.warren@lockelord.com;autodocketdev@lockelord.com

**Patricia B Tomasco on behalf of Creditor GIT, Inc.**
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

**Fred Whitaker on behalf of Interested Party Eller Family Trust**
lshertzer@cwlawyers.com, spattas@cwlawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**William E. Winfield on behalf of Creditor Jane Connolly**
wwinfield@calattys.com, scuevas@calattys.com

**William E. Winfield on behalf of Creditor Robert Kestner**
wwinfield@calattys.com, scuevas@calattys.com

**William E. Winfield on behalf of Creditor Virginia Tracy**
wwinfield@calattys.com, scuevas@calattys.com

**William E. Winfield on behalf of Defendant Jane Connolly**
wwinfield@calattys.com, scuevas@calattys.com

**William E. Winfield on behalf of Defendant Kathleen Seymour**
wwinfield@calattys.com, scuevas@calattys.com

**William E. Winfield on behalf of Defendant Robert Kestner**
wwinfield@calattys.com, scuevas@calattys.com

**William E. Winfield on behalf of Defendant Virginia Tracy**
wwinfield@calattys.com, scuevas@calattys.com

**Richard Lee Wynne on behalf of Interested Party NewBridge Resources, LLC**
richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

**Emily Young on behalf of Creditor Epiq Corporate Restructuring, LLC Claims Agent**
pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

**Aaron E de Leest on behalf of Attorney Danning, Gill, Israel & Krasnoff, LLP**
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

**Aaron E de Leest on behalf of Trustee Michael Arthur McConnell (TR)**
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**