1 | Randall Fox (SBN 84801)
rbfox@reetzfox.com
2 | REETZ, FOX & BARTLETT LLP
116 E. Sola Street
3 | Santa Barbara, CA 93101
Telephone: (805) 965-0523
4 | Facsimile: (805) 564-8675

5

6 | ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
7 | AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
8 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
9 | Los Angeles, California 90067-6006
Telephone: (310) 277-0077
10 | Facsimile: (310) 277-5735

11 | Special Litigation Counsel for Chapter 11 Trustee

12

**UNITED STATES BANKRUPTCY COURT**

13

**CENTRAL DISTRICT OF CALIFORNIA**

14

**NORTHERN DIVISION**

15

| In re | ) Case No. 9:19-bk-11573-MB |
| | ) |
16 | | ) |
| | ) Chapter 11 |
17 | HVI CAT CANYON, INC. | ) |
| | ) **FIRST INTERIM APPLICATION FOR** |
18 | Debtor. | ) **COMPENSATION AND** |
| | ) **REIMBURSEMENT OF EXPENSES BY** |
19 | | ) **REETZ, FOX & BARTLETT LLP AS** |
| | ) **SPECIAL LITIGATION COUNSEL TO** |
20 | | ) **CHAPTER 11 TRUSTEE;** |
| | ) **DECLARATIONS OF RANDALL FOX** |
21 | | ) **AND MICHAEL MCCONNELL IN** |
| | ) **SUPPORT THEREOF** |
22 | | ) |
| | ) **[Covering the Period January 6, 2020** |
23 | | ) **through May 31, 2020]** |
| | ) |
24 | | ) Date: July 2, 2020 |
| | ) Time: 10:00 a.m. |
25 | | ) Place: Courtroom 201 |
| | ) 1415 State Street |
26 | | Santa Barbara, California |

27

28

-1-

1    Reetz, Fox & Bartlett LLP ("Applicant" or "RF&B") hereby submits its First Interim

2    Application for Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. § 328 by

3    Reetz, Fox & Bartlett LLP as Special Litigation Counsel to the Chapter 11 Trustee ("Application")

4    and respectfully represents as follows:

5
        1.    Identity of Applicant
6
            The applicant is Reetz, Fox & Bartlett LLP, a California limited liability
7
8    partnership.

9        2.    Nature of Representation

10            Applicant represents Michael McConnell as the Chapter 11 Trustee ("Trustee") in

11    this case as his special litigation counsel pursuant to a Retainer Agreement for Legal Services on an

12    hourly basis pursuant to 11 U.S.C. § 328.  The terms of the Retainer Agreement provide for, among

13    other things, fees and reimbursement of costs, which approval requires the filing of a fee

14    application by Applicant in accordance with federal and local bankruptcy court rules.

15
        3.    Employment of Applicant
16
            The order authorizing Applicant's employment was entered on March 24, 2020.
17
18        4.    Procedural Status and History of Case

19            On July 25, 2019 (the "Petition Date"), HVI Cat Canyon, Inc. (the "debtor") filed a

20    voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Code").

21    The case was originally filed in the Southern District of New York.  It was transferred to the

22    Northern District of Texas, and then later to the Central District of California.  The debtor initially

23    operated its business as a "debtor in possession," allowing it to exercise substantially all rights of a

24    trustee in the bankruptcy case.

25            Pursuant to Local Bankruptcy Rule 2016-1 (c)(2), reference is made to the Second

26    Interim Application for Interim Compensation and Reimbursement of Expenses filed by Trustee's

27    general counsel, Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill") which will be filed with

28
                                    -2-

the Court by Danning-Gill on or before June 11, 2020.  Such application contains a more detailed

narrative history, a description of the case status and present posture of the case, and is

incorporated herein by this reference.

     5.    <u>Prior Fee Applications and Payments to Applicant</u>

     This is Applicant's first interim application for compensation and reimbursement of

expenses.  There is no provision or agreement for payment to Applicant in this case, except from

this estate in such sums as the Court may allow.

     Pursuant to the Order Granting Motion and Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals and Authorizing Payment on a

Monthly Basis dated December 10, 2019 (the "Fee Payment Order", docket no. 610), the Court

authorized the Trustee and his professionals to be paid 80% of their accrued fees and costs that are

covered by the  carve out budget on a monthly basis, provided that the professional follow the U.S.

Trustee procedure for Professional Fee Statements.  Filing regulator interim fee applications like

the one a bar is a requirement of the Fee Payment Order.

     On or about April 15, 2020, Applicant filed and served its First Monthly Fee

Statement for payment of fees and reimbursements of expenses incurred for the period of January

6, 2020 to March 31, 2020 in the amounts of $11,248.50 and $359.05, respectively for a total of

$11,607.55 (the "First Monthly Fee Statement", docket no. 936).  Applicant's First Monthly Fee

Statement requested payment of $9,286.04, $5,000 was paid, leaving a balance due of $6,607.55.

     On or about May 12, 2020, Applicant filed and served its Second Monthly Fee

Statement for payment of fees and reimbursements of expenses incurred for the period of April 1,

2020 to April 30, 2020 in the amounts of $2,488.00 and $0, respectively for a total of $2,488.00

(the "Second Monthly Fee Statement", docket no. 990).  Applicant's Second Monthly Fee

1593587.1    26932

1  Statement requested payment of $395.89, which sum has been paid.  Thus, there is a balance of

2  $2,092.11 still due and owing on the Second Fee Statement.

3          On May 31, 2020, an invoice was generated for the month of May 2020 for the fees

4  and expenses incurred for the period May 1, 2020 to May 31, 2020 in the amounts of $755.00 and

5  $0, respectively, for a total of $755.00.  The balance of $755.00 is due and owing for the May 2020

6

7  professional services.

8          The outstanding total balance now due and owing for all fee statements from

9  January 6, 2020 through May 31, 2020 is $9,454.66.

10     6.    Period Covered by Application

11          This Application covers the period from January 6, 2020 through May 31, 2020 (the

12  "Subject Period").

13     7.    Summary of Requested Compensation

14

15          Applicant requests that the Court approve, on an interim basis, fees of $755.00 and

16  expenses of $0 for the period May 1, 2000 through May 31, 2020.  Applicant requests that the

17  Court authorize the Trustee to pay to Applicant its allowed but *unpaid fees and costs* for the period

18  May 1 through May 31, 2020 of $755.00, and, cumulatively, for the entire Subject Period in the

19  sum of $9,454.66 at this time.

20     8.    Exhibits

21          The following exhibits in support of this Application are attached:

22

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| "1" | Detailed billing records of time spent by each professional for applicant during the Subject Period and out of pocket expenses advanced by applicant during the Subject Period. |
| "2" | Attorney Services Agreement, which includes professional rates and rates of reimbursement. |
| "3" | Aggregate summaries of fees and costs incurred in this case during the Subject Period. |

23

24

25

26

27

28

-4-

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| "4" | Detailed biographies of each professional employed by applicant. |
| "5" | Copy of order authorizing applicant's employment as Trustee's special counsel, entered on or about March 24, 2020 (*docket no. 869*). |

9.    <u>Narrative of Services</u>

The details of Applicant's services in this case are set forth in Exhibit "1." Without limiting the detail provided in Exhibit "1," Applicant provides the following narrative summary:

Applicant was retained to represent the debtor's bankruptcy estate as a defendant in the pending litigation titled *USA v. HVI*, US District Court, Central District of California, Case No. 2:11-cv-05097-FMO-SS. The US regulation defining waters of the United States (the primary regulation at issue in the proceedings) was recently changed so that HVI's conduct, which was the subject of the litigation, almost certainly is not a violation of current US law and regulations. We requested the court take judicial notice of publication of the new regulation in the Federal Register and determine that the court no longer has jurisdiction over the matter and the case should be dismissed. The Plaintiffs' objected and asked the court not to dismiss the case. As a cost saving measure the Trustee asked that we not file a reply to the opposition. The court has indicated it intends to decide the matter and issue a ruling no later than July 13, 2020.

10.    <u>Factors Affecting the Award of Compensation</u>

Applicant did not receive a retainer payment when it accepted employment in this case. Nevertheless, Applicant took prompt action and performed vital and important services in this case, all of which were necessary and of value to the estate. Applicant's resume and rates of reimbursement are attached hereto as Exhibit "2."

11.    <u>No Sharing of Compensation</u>

No agreement exists, directly or indirectly, and no understanding exists, for a division of any compensation awarded herein between Applicant and any other persons contrary to

-5-

1  the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local

2  Bankruptcy Rules of the Central District of California, or applicable provisions of state law.

3      12.    Compliance With Guidelines of the United States Trustee

4          Applicant's records for time and costs billed to the Trustee herein are maintained in

5  the format required by Guidelines of the Office of the United States Trustee, except that costs

6  cannot be attributed to separate activity codes under Applicant's present computerized billing

7  system.  The Trustee has reviewed this Application and has no unresolved concerns in connection

8  with this Application.

9

10     13.    Conclusion

11         WHEREFORE, Applicant requests that the Court award it, on an interim basis, fees

12  for the period May 1, 2020 through May 31, 2020 in the amount of $755.00 for the fees and $0 for

13  the costs, and cumulative unpaid fees and costs for the entire Subject Period (which includes May

14  2020) of $9,454.66 and reimbursement of expenses in the amount of $0.  Applicant requests that

15  the Court authorize the Trustee to pay to Applicant its allowed *but unpaid* fees and costs for May

16  2020 at this time in the amount of $755.00 and for the Subject Period in the sum of $9,454.66 at

17

18  this time.  Applicant further prays for such other relief as might be appropriate.

19          DATED:    June 10, 2020        REETZ, FOX & BARTLETT, LLP

20

21

22                              By:  _____
                                     Randall Fox
23                                   Special Litigation Counsel for Chapter 11 Trustee

24

25

26

27

28

                                       –6–

1593587.1    26932

## DECLARATION OF RANDALL FOX

I, Randall Fox, declare as follows:

1.      I am an attorney, licensed and entitled to practice law before the Courts of the State of California.  I am a member in good standing of the Bar of the United States District Court for the Central District of California.  I am the Managing Partner of Reetz, Fox & Bartlett LLP, the duly employed special litigation counsel for Michael McConnell, the Chapter 11 trustee for the Estate of HVI Canyon Cat, Inc.  (the "Debtor").  I am one of the attorneys assigned to this case.

2.      I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to these facts.  The facts stated therein are true of my own knowledge, except such matters as may be stated upon information or belief, which I believe to be true.

3.      I have reviewed the First Interim Application for Approval of Compensation and Reimbursement of Expenses by Reetz, Fox & Bartlett, LLP as Special Litigation Counsel for Chapter 11 Trustee.

4.      I believe that Reetz, Fox & Bartlett LLP's records for expenses billed, which are submitted in support of the interim application for compensation and reimbursement of expenses, comply with the format required by the Guidelines of the Office of the United States Trustee, except as disclosed and justified in the request.

I declare, under penalty of perjury and subject to the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 10, 2020 at Santa Barbara, California.

RANDALL FOX

1593587.1    26932

## DECLARATION OF MICHAEL MCCONNELL

I, Michael McConnell, declare as follows:

1.      I am the Chapter 11 Trustee for the Estate of HVI Cat Canyon, Inc.  (the "Debtor"). I have personal knowledge of the following facts and, if called, I could and would testify competently thereto.

2.      I have received and reviewed the within First Interim Application for Approval of Compensation and Reimbursement of Expenses by Reetz, Fox, & Bartlett, LLP as Special Litigation Counsel for Chapter 11 Trustee (the "Application").

3.      I have no unresolved objections to the Application.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2020 at Fort Worth, Texas.


MICHAEL MCCONNELL

-8-

# EXHIBIT "1"

**Reetz, Fox & Bartlett LLP**
116 E. Sola Street
Santa Barbara, CA 93101
805-965-0523

Reetz, Fox & Bartlett LLP

**Michael A McConnell**
201 Main Street, Suite 2500
Fort Worth, TX 76102

| | |
|---|---|
| **Balance** | $328.31 |
| **Forwarded** | to #41028 |
| **Invoice #** | 40855 |
| **Invoice Date** | January 31, 2020 |
| **Payment Terms** | Due Date |
| **Due Date** | February 29, 2020 |

**HVI Cat Canyon, Inc.: USA v. HVI**
**(2020)** (5901-5)

For services rendered between
January 01, 2020 and January 31, 2020

**Time Entries**

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 01/06/2020 | JKS | Review District Court rules regarding e-filing; Prepare Notice of Appearance for RF review; Finalize same, scan and e-file using mandatory CM/ECF system; Prepare Mandatory Chambers Copy for overnight delivery to the Court | $120.00 | 1.8 | $216.00 |
| 01/06/2020 | RF | Revise and edit notice of appearance in US District Court | $465.00 | 0.2 | $93.00 |
| | | | Totals: | 2.0 | **$309.00** |

**Expenses**

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 01/06/2020 | MM | Cost Advance | Cost Advance Paid to OnTrac for Delivery Services | $18.51 | 1.0 | $18.51 |
| 01/31/2020 | MM | Photocopies | Photocopies | $0.20 | 4.0 | $0.80 |
| | | | | | Expense Total: | **$19.31** |

| | |
|---|---|
| Time Entry Sub-Total: | $309.00 |
| Expense Sub-Total: | $19.31 |

| | |
|---|---|
| Sub-Total: | $328.31 |
| Total: | $328.31 |
| Amount Paid: | $0.00 |
| **BALANCE DUE:** | **$328.31** |

BALANCE FORWARDED TO INVOICE #41028

## Terms & Conditions:

Refer to your Attorney Services Agreement.
Please include the invoice # on your check.
The referral of your friends and family is the greatest compliment you can give us. Thank you for your trust.
We accept Visa, Mastercard, Discover, and American Express. Please call us if you wish to pay by credit card.

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Balance Forwarded | Mar 3 2020, 11:46 am | -- | $328.31 | Myra Mahoney (Staff) | -- |

**Reetz, Fox & Bartlett LLP**
116 E. Sola Street
Santa Barbara, CA 93101
805-965-0523

# Reetz, Fox & Bartlett LLP

**Michael A McConnell**
201 Main Street, Suite 2500
Fort Worth, TX 76102

| | |
|---|---|
| **Balance** | $11,415.05 |
| **Forwarded** | to #41184 |
| **Invoice #** | 41028 |
| **Invoice Date** | February 29, 2020 |
| **Payment Terms** | Due Date |
| **Due Date** | March 31, 2020 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## HVI Cat Canyon, Inc.: USA v. HVI (2020) (5901-5)

For services rendered between
February 01, 2020 and February 29, 2020

## Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 02/07/2020 | RF | Review reports on change in federal WOTUS rule and determine importance to case; OCW DBM | $465.00 | 1.0 | $465.00 |
| 02/07/2020 | RF | Review accounting files and past billings to respond to attorney A de Leest specifically and trustee Michael McConnell re: representation of trustee; email attorneys de Leest, E Israel and trustee M McConnell with disclosures; Review replies; Respond. | $465.00 | 1.5 | $697.50 |
| 02/07/2020 | DBM | Office conference with RF regarding Case #: 2:11-cv-05097-FMO-SS; Perform legal research regarding Navigable Waters Protection Rule; Perform legal research regarding FRCP Rule 12(b) Motion for Dismissal; Begin review of [Proposed] First Amended Complaint | $275.00 | 2.3 | $632.50 |
| 02/10/2020 | DBM | Perform legal research regarding authority cited in [Proposed] First Amended Complaint for subject matter jurisdiction | $275.00 | 0.6 | $165.00 |
| 02/11/2020 | DBM | Review Navigable Waters Protection Rule fact sheets provided by United States Environmental Protection Agency; Review Federal Register - published "New Rule" | $275.00 | 2.5 | $687.50 |
| 02/12/2020 | DBM | Review proposed revisions to California regulations defining "Waters of the State", (signed 01-23-20); Review United States Geological Survey StreamStats for Palmer Road Creek and Cat Canyon Creek; Perform legal research regarding federal jurisdiction to decide moot cases | $275.00 | 2.8 | $770.00 |

| 02/13/2020 | DBM | Review Motions for Summary Judgment (x2) and Orders thereon; Review implementation information regarding "Final Rule" | $275.00 | 3.1 | $852.50 |
|---|---|---|---|---|---|
| 02/14/2020 | DBM | Review Trial Briefs (x3) | $275.00 | 1.6 | $440.00 |
| 02/17/2020 | JKS | Prepare initial draft of Notice of Motion and Motion to Dismiss re Lack of Subject Matter Jurisdiction | $120.00 | 0.6 | $72.00 |
| 02/17/2020 | DBM | Instructions to JKS regarding Notice of Motion and Motion to Dismiss; Review Post-Trial Brief and Post-Trial Conclusions of Fact submitted by HVI; Review Central District Court Local Rules (Civil); Review Notes of Advisory Committee on Adjudicative Facts; Review Orders on Motion for Summary Judgment (x3); Begin drafting Points and Authorities in Support of Motion to Dismiss | $275.00 | 5.3 | $1,457.50 |
| 02/19/2020 | DBM | Continue research regarding request for judicial notice pursuant to FRE 201 and retrospective vs prospective amendments to federal law | $275.00 | 1.7 | $467.50 |
| 02/20/2020 | RF | Email attorneys and C11 trustee re: status and proposed actions in case; Legal research text of proposed final WOTUS rule; Review emails from Attorney Aaron de Leest; OCW DBM | $465.00 | 1.3 | $604.50 |
| 02/21/2020 | RF | Finalize employment application with exhibits; Email trustee and counsel; Respond to counsel's request; Email Attorney A de Leest | $465.00 | 0.8 | $372.00 |
| 02/26/2020 | RF | TCW Attorney T Large re emergency new filing in USA v HVI ahead of Friday's scheduled release of decision after trial; OCW Attorney DBM; Revise, edit and sign 3 Requests for Judicial Notice to be submitted to court re (1) appointment of C11 Trustee, (2) December WOTUS rule change, and (3) final WOTUS rule approved and ready for publication; File documents with court. | $465.00 | 3.4 | $1,581.00 |
| 02/26/2020 | JKS | E-file Requests for Judicial Notice (x3) with the court using the CM/ECF; Prepare Mandatory Chamber's Copy for overnight delivery to the Court | $120.00 | 2.5 | $300.00 |
| 02/26/2020 | DBM | Office conference with RF regarding telephone conference with Trevor Large and need to file Request for Judicial Notice 2-26-20; Prepare Requests for Judicial Notice (x3); Office conference with JKS regarding filing of the same | $275.00 | 3.5 | $962.50 |
| 02/27/2020 | DBM | Office Conference with RF regarding Requests for Judicial Notice; Office conference with RF regarding anticipated Judgment (04-30-20); Prepare draft Request for Judicial Notice of Final Rule post-publication in Federal Register | $275.00 | 0.8 | $220.00 |
| | | | Totals: | 37.9 | $10,747.00 |

**Expenses**

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 02/13/2020 | MM | Cost Advance | Cost Advance Paid to Pacer for Research and Documents | $24.70 | 1.0 | $24.70 |
| 02/17/2020 | MM | Cost Advance | Cost Advance Paid to Pacer for Research and Documents | $23.60 | 1.0 | $23.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/18/2020 | MM | Cost Advance | Cost Advance Paid to Pacer for Research and Documents | $16.60 | 1.0 | $16.60 |
| 02/26/2020 | MM | Cost Advance | Cost Advance Paid to Lexis Nexis for Research & Documents | $58.00 | 1.0 | $58.00 |
| 02/27/2020 | MM | Fedex | Federal Express - Clerk's Office, US Courthouse, Los Angeles, CA | $36.04 | 1.0 | $36.04 |
| 02/28/2020 | MM | Photocopies | | $0.20 | 904.0 | $180.80 |

Expense Total: **$339.74**

**Unpaid Invoice Balance Forward**

| INVOICE # | INVOICE TOTAL | AMOUNT PAID | DUE DATE | BALANCE FORWARD |
|---|---|---|---|---|
| 40855 | $328.31 | $0.00 | 02/29/2020 | $328.31 |

Balance Forward: **$328.31**

| | |
|---|---|
| Time Entry Sub-Total: | $10,747.00 |
| Expense Sub-Total: | $339.74 |
| **Sub-Total:** | **$11,086.74** |
| Balance Forward: | $328.31 |
| **Total:** | **$11,415.05** |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$11,415.05** |

BALANCE FORWARDED TO INVOICE #41184

## Terms & Conditions:

Refer to your Attorney Services Agreement.
Please include the invoice # on your check.
The referral of your friends and family is the greatest compliment you can give us. Thank you for your trust.
We accept Visa, Mastercard, Discover, and American Express. Please call us if you wish to pay by credit card.

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Balance Forwarded | Apr 3 2020, 12:47 pm | -- | $11,415.05 | Myra Mahoney (Staff) | -- |

000014

**Reetz, Fox & Bartlett LLP**
116 E. Sola Street
Santa Barbara, CA 93101
805-965-0523

Reetz, Fox & Bartlett LLP

**Michael A McConnell**
Trustee, HVI Cat Canyon, Inc.
201 Main Street, Suite 2500
Fort Worth, TX 76102

| | |
|---|---|
| **Balance** | $6,607.55 |
| **Forwarded** | to #41321 |
| **Invoice #** | 41184 |
| **Invoice Date** | March 31, 2020 |
| **Payment Terms** | Due Date |
| **Due Date** | April 30, 2020 |

--------------------------------------------------------------------------

**HVI Cat Canyon, Inc.: USA v. HVI (2020)** (5901-5)

For services rendered between
March 01, 2020 and March 31, 2020

**Time Entries**

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 03/12/2020 | DBM | Review Federal Register and status of Final Rule (still unpublished) | $275.00 | 0.2 | $55.00 |
| 03/30/2020 | DBM | Review email received from RF regarding status of publication of Final Rule; Review Federal Register; Email to RF regarding status (not yet published); Review response | $275.00 | 0.5 | $137.50 |
| | | | Totals: | 0.7 | $192.50 |

**Unpaid Invoice Balance Forward**

| INVOICE # | INVOICE TOTAL | AMOUNT PAID | DUE DATE | | BALANCE FORWARD |
|---|---|---|---|---|---|
| 41028 | $11,415.05 | $0.00 | 03/31/2020 | | $11,415.05 |
| | | | | Balance Forward: | **$11,415.05** |

| | |
|---|---|
| Time Entry Sub-Total: | $192.50 |
| **Sub-Total:** | $192.50 |
| Balance Forward: | $11,415.05 |

| | |
|---|---|
| Total: | $11,607.55 |
| Amount Paid: | $5,000.00 |
| **BALANCE DUE:** | **$6,607.55** |

BALANCE FORWARDED TO INVOICE #41321

## Terms & Conditions:

Refer to your Attorney Services Agreement.
Please include the invoice # on your check.
The referral of your friends and family is the greatest compliment you can give us. Thank you for your trust.
We accept Visa, Mastercard, Discover, and American Express. Please call us if you wish to pay by credit card.

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Balance Forwarded | May 4 2020, 12:54 pm | -- | $6,607.55 | Myra Mahoney (Staff) | -- |
| Payment Received | Apr 22, 2020 | Check | $5,000.00 | Myra Mahoney (Staff) | Operating |

000016

**Reetz, Fox & Bartlett LLP**
116 E. Sola Street
Santa Barbara, CA 93101
805-965-0523

Reetz, Fox & Bartlett LLP

**Michael A McConnell**
Trustee, HVI Cat Canyon, Inc.
201 Main Street, Suite 2500
Fort Worth, TX 76102

| | |
|---|---|
| **Balance** | $8,699.66 |
| **Forwarded** | to #41456 |
| **Invoice #** | 41321 |
| **Invoice Date** | April 30, 2020 |
| **Payment Terms** | Net 15 |
| **Due Date** | May 15, 2020 |

## HVI Cat Canyon, Inc.: USA v. HVI (2020) (5901-5)

For services rendered between
April 01, 2020 and April 30, 2020

### Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 04/14/2020 | DBM | Review email received from RF; Review Federal Register (Final Rule not yet published); Email to RF regarding the same | $275.00 | 0.3 | $82.50 |
| 04/22/2020 | DBM | Review Final Rule as published in Federal Register (04-21-20); Instructions to EE regarding formatting of text from the Federal Register; Office conference with RF; Prepare draft Request for Judicial Notice of publication of Final Rule | $275.00 | 2.6 | $715.00 |
| 04/23/2020 | RF | Revise and edit Request for Judicial Notice of change in WOTUS (Waters of the United States) resulting in loss of jurisdiction by federal court. | $465.00 | 1.0 | $465.00 |
| 04/23/2020 | DBM | Revise draft Request for Judicial Notice of publication of Final Rule | $275.00 | 1.6 | $440.00 |
| 04/24/2020 | JKS | E-file Request for Judicial Notice with the US District Court via CM-ECF/Pacer | $120.00 | 0.5 | $60.00 |
| 04/24/2020 | DBM | Finalize draft Request for Judicial Notice of publication of Final Rule; Instructions to JKS regarding filing of the same; Prepare hard copy for transmittal to William McCurine, Jr. via U.S. Mail | $275.00 | 2.3 | $632.50 |
| 04/29/2020 | RF | Review email from Attorney E Israel re: recent filing with federal district court on WOTUS rule change; Reply | $465.00 | 0.2 | $93.00 |
| | | | Totals: | 8.7 | $2,488.00 |

**Unpaid Invoice Balance Forward**

| INVOICE # | INVOICE TOTAL | AMOUNT PAID | DUE DATE | BALANCE FORWARD |
|---|---|---|---|---|
| 41184 | $11,607.55 | $5,000.00 | 04/30/2020 | $6,607.55 |

| | Balance Forward: | **$6,607.55** |
|---|---|---|

| | |
|---|---|
| Time Entry Sub-Total: | $2,488.00 |
| **Sub-Total:** | $2,488.00 |
| Balance Forward: | $6,607.55 |
| **Total:** | $9,095.55 |
| **Amount Paid:** | $395.89 |
| **BALANCE DUE:** | **$8,699.66** |

BALANCE FORWARDED TO INVOICE #41456

**Terms & Conditions:**

Refer to your Attorney Services Agreement.
Please include the invoice # on your check.
The referral of your friends and family is the greatest compliment you can give us. Thank you for your trust.
We accept Visa, Mastercard, Discover, and American Express. Please call us if you wish to pay by credit card.

**Payment History**

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Balance Forwarded | Jun 2 2020, 2:12 pm | -- | $8,699.66 | Myra Mahoney (Staff) | -- |
| Payment Received | Jun 2, 2020 | Check | $395.89 | Myra Mahoney (Staff) | Operating |

**Reetz, Fox & Bartlett LLP**
116 E. Sola Street
Santa Barbara, CA 93101
805-965-0523

Reetz, Fox & Bartlett LLP

**Michael A McConnell**
Trustee, HVI Cat Canyon, Inc.
201 Main Street, Suite 2500
Fort Worth, TX 76102

| | |
|---|---|
| **Balance** | $9,454.66 |
| **Invoice #** | 41456 |
| **Invoice Date** | May 31, 2020 |
| **Payment Terms** | Due Date |
| **Due Date** | June 25, 2020 |

**HVI Cat Canyon, Inc.: USA v. HVI (2020)** (5901-5)
For services rendered between
May 01, 2020 and May 31, 2020

Securely pay online with your credit card

https://reetz-fox-and-bartlett-llp.mycase.com/xr2uds7u

## Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 05/08/2020 | RF | Review opposition to Request for Judicial Notice; Email attorney E Israel | $465.00 | 0.5 | $232.50 |
| 05/08/2020 | DBM | Review Response to Request for Judicial Notice as filed by Plaintiffs; Perform legal research regarding case law cited in Response | $275.00 | 1.9 | $522.50 |
| | | | Totals: | 2.4 | **$755.00** |

## Unpaid Invoice Balance Forward

| INVOICE # | INVOICE TOTAL | AMOUNT PAID | DUE DATE | BALANCE FORWARD |
|---|---|---|---|---|
| 41321 | $9,095.55 | $395.89 | 05/15/2020 | $8,699.66 |
| | | | Balance Forward: | **$8,699.66** |

| | |
|---|---|
| Time Entry Sub-Total: | $755.00 |
| **Sub-Total:** | $755.00 |
| Balance Forward: | $8,699.66 |

| | |
|---|---|
| Total: | $9,454.66 |
| Amount Paid: | $0.00 |
| **BALANCE DUE:** | **$9,454.66** |

## Terms & Conditions:

Refer to your Attorney Services Agreement.
Please include the invoice # on your check.
The referral of your friends and family is the greatest compliment you can give us. Thank you for your trust.
We accept Visa, Mastercard, Discover, and American Express. Please call us if you wish to pay by credit card.

## Account Summary

**HVI Cat Canyon, Inc.'s Trust Balance**

Balance As Of 06/02/2020:
$15,714.87

# EXHIBIT "2"

000021

LAW OFFICES

**REETZ, FOX & BARTLETT** LLP

118 EAST SOLA STREET

SANTA BARBARA, CALIFORNIA 93101

TELEPHONE: (805) 965-0523  FAX: (805) 564-8675

EMAIL: frontdesk@reetzfox.com

### ATTORNEYS SERVICES AGREEMENT

1.    PARTIES.  This agreement is between the law firm of Reetz, Fox & Bartlett LLP of Santa Barbara, California, hereinafter referred to as "Attorneys" and Michael A. McConnell, solely in his capacity as the Chapter 11 bankruptcy Trustee for HVI Cat Canyon, Inc., hereinafter referred to as "Client." By executing this agreement, Client has hired Attorneys.  Attorneys are applying ethics rules relating to conflicts of interest only with respect to Client.

2.    STATEMENT AND SUBJECT OF AGREEMENT.  Client hereby retains and employs Attorneys and Attorneys agree to represent Client on the terms and conditions hereinafter set forth regarding . Client employs Attorneys to take all steps that Attorneys deem necessary to protect Client's interests in said matter(s) to include, but not limited to, investigation, to effect compromise, and to institute legal proceedings. Attorneys may provide other services as requested, and provided we agree in writing, to perform such additional services. All services shall be subject to this agreement. Attorneys carry and maintain errors and omissions insurance coverage applicable to the services which are the subject of this agreement.

3.    ATTORNEYS' FEES.  Attorneys will charge hourly rates or fixed rates for services rendered. Client agrees to pay Attorneys, and others providing services at Attorneys' request, for their services a reasonable fee at their hourly rate or fixed fee according to the terms of the most current "Schedule of Attorneys' Fees," a copy of which is attached to this agreement.  Hourly rates and fixed rates are reviewed annually, typically in January, and may be revised based on that review.  If rates are adjusted, the new rates will be reflected in the first billing statement Attorneys provide after the date of the change. Attorneys bill in one-tenth of an hour increments.  In order to deliver cost-effective services, when practical, work will be assigned to other qualified attorneys, law clerks or Paralegals with either lower billing rates or some specialized knowledge. Any attorney employed by the firm may work on this matter from time to time as is within the sole discretion of Attorneys.

4.    COSTS AND OTHER EXPENSES.  Costs, disbursements, and personal and travel expenses incurred by Attorneys in advancing Client's cause are to be borne by Client separate and apart from Attorneys' fees. Costs shall include, but are not limited to, overnight mail services, service of process, court reporters, photocopying, filing fees, and recording fees. Attorneys will advance such costs and other expenses and any such sums so advanced will be billed to Client.

5.    CLIENT RESPONSIBILITIES.  Client agrees to (1) keep Attorneys informed of all information obtained or discovered regarding this or other matter(s) for which Attorneys have been retained, (2) to promptly notify Attorneys of any changes to Client's contact information (see Contact Information Sheet attached).

6.    PAYMENT.  Statements are prepared and issued monthly. Payment to Attorneys is governed by the terms of the Trustee's Application to Employ Attorneys (the "Application to Employ") filed in the Bankruptcy Court in the case of HVI Cat Canyon, Inc., Case No. 9:19-bk-11573-MB.

7.    ELECTRONIC COMMUNICATIONS.  It is likely that during the course of this agreement both Client and Attorneys will use electronic devices and Internet services (which may include unencrypted email, mobile phones, voice over Internet, electronic data/document websites, and other technology) to communicate and to transmit documents. Although the use of this technology involves some degree of risk that third parties may "hack into" or otherwise access confidential communications, Attorneys believe and, by signing this agreement Client agrees, that the benefits of using this technology outweigh the risk of disclosure.

8.    FAVORABLE OUTCOME NOT GUARANTEED.  Client understands that Attorneys have made no representation or guarantees concerning any opinions to be rendered; or the successful termination

1574322.1    26932

000022

of this matter; or the favorable outcome of any legal action that may be filed or defended; and have not guaranteed that they will obtain reimbursement to Client of any of the costs or expenses resulting from this matter. Client further expressly acknowledges that all statements by Attorneys on these matters are statements of opinion only.

9.     <u>TERMINATION OR WITHDRAWAL</u>. The attorney-client relationship created by this agreement terminates when the services sought by Client have been completed. Client agrees that the representation can be presumed to have been completed if there is no billable work for a period of six months and there are no ongoing appeals proceedings or intellectual property maintenance obligations. In accordance with the Rules of Professional Conduct, Attorneys will continue to protect the confidentiality of Client's information after the engagement has ended. Client has the right to terminate Attorneys' services at any time. In the event of termination or withdrawal, Client agrees to immediately execute and return to Attorneys any necessary papers to complete and effect such termination or withdrawal, including, but not limited to, a notice of withdrawal or notice of substitution of counsel. Attorneys may withdraw from representation upon reasonable written notice to Client if Client has (1) not complied with the terms of this agreement, (2) has misrepresented or failed to disclose any material facts to Attorneys, (3) fails to follow the advice or instructions of Attorneys, (4) or for any other reason permitted under the California Rules of Professional Conduct. Termination of Attorneys' representation of Client will be the earlier of (a) Client's termination of Attorneys' representation, (b) Attorneys' withdrawal from representation of Client, or (c) the substantial completion of Attorneys' work for Client.

10.     <u>CLIENT FILE</u>. In the event of termination or withdrawal, Attorneys may retain a duplicate of Client's file(s), and Client agrees to pay for all costs of duplicating and transferring the files. Similarly, if at any time during or after Attorneys' representation Client requests its files, Client agrees Attorneys may make and retain a duplicate file, and Client agrees to pay for all costs of duplicating and transferring said files. If at termination Client does not request the return of its file(s), Attorneys will retain items Attorneys deem essential in Client's file(s) for a period of seven (7) years, after which time Attorneys will have Client's file(s) destroyed.

11.     <u>IDENTITY OF CLIENT</u>. Attorneys' Client for purposes of this engagement is the person(s), entity or entities identified herein. Unless expressly agreed in writing, Attorneys are not undertaking the representation of any related or affiliated person or entity, nor any family member, parent corporation or entity, subsidiary, or affiliated corporation or entity, nor any of Client's officers, directors, agents, partners or employees.

12.     <u>WITNESS FEES</u>. Client agrees to pay Attorneys, at their then prevailing hourly rate, for each attorney or affiliate's attendance at and preparation for interviews, depositions, arbitrations, trials or other proceedings where Attorneys are requested or required to appear as witnesses in connection with Attorneys' representation of Client.

13.     <u>DEFINITIVE AGREEMENT</u>. This agreement sets forth the agreed specific terms of Attorneys' engagement. This Agreement is subject to approval by the Bankruptcy Court in the case of HVI Cat Canyon, Inc., Case No. 9:19-bk-11573-MB, and subject to the terms provided in the Application to Employ filed therein. These terms can be modified only by a written agreement between the individual signatories to the attached engagement letter expressly stating that terms of this specific engagement letter are being changed.

14.     <u>PARTIAL INVALIDITY</u>. If any provision or portion of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire agreement will be severable and remain in effect.

15.     <u>CHOICE OF LAW/JURISDICTION</u>. This agreement shall be governed by, construed in accordance with, and enforced pursuant to the laws of the State of California and United States of America without regard to principles of conflict of laws. If any legal action or proceeding is initiated concerning the terms or provisions of this Agreement, any such legal action or proceeding shall be brought in the United States Bankruptcy Court in relation to bankruptcy case of HVI Cat Canyon, Inc., Case No. 9:19-bk-11573-MB, and that the laws of California and the United States of America shall apply. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any and all disputes pertaining to this Agreement, including without limitation

000023

the enforcement and interpretation of any of its terms, and the parties agree to submit to the jurisdiction of the Bankruptcy Court for the purpose of resolving such disputes.

16.    <u>COUNTERPART ORIGINALS</u>.  This agreement may be executed in counterpart, each of which shall be deemed an original and all of which together shall be deemed one and the same instrument. A facsimile or electronically obtained signature shall have the same force and effect as an original signature.

17.    <u>ENTIRE AGREEMENT/CLIENT ACKNOWLEDGEMENT</u>.  The terms of this agreement supersede all other prior and contemporaneous written and oral agreements and understandings between Client and Attorneys, if any, and contain the entire agreement between the parties.  This agreement may be modified only by subsequent written agreement of the parties referencing this agreement.  Client acknowledges that no promises have been made other than those stated in this agreement.  Additionally, Client acknowledges that he has been advised as to his rights to seek the advice of an independent attorney as to his rights, duties and obligations under this agreement and that he has been afforded an opportunity to do so.

Dated: February _____, 2020      *March 24, 2020*

REETZ, FOX & BARTLETT LLP

By: _____
    Randall Fox

CLIENT HAS READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREED TO THEM AS OF THE DATE ATTORNEYS FIRST PROVIDED SERVICES. IF MORE THAN ONE CLIENT SIGNS BELOW, EACH AGREES TO BE LIABLE JOINTLY AND SEVERALLY FOR ALL OBLIGATIONS UNDER THIS AGREEMENT. CLIENT ACKNOWLEDGES RECEIPT OF A COPY OF THIS AGREEMENT.

Dated: February 24, 2020  *March*

HVI Cat Canyon, Inc., a California corporation
By: Michael A. McConnell, Chapter 11 Trustee

_____
Michael A. McConnell, as Trustee

<u>CONTACT INFORMATION</u>

1574322.1  26932 Reetz, Fox & Bartlett LLP            3 of 8                    Feb-2020

000024

Name:_____

Address:_____

_____          _____
(Home Phone)                               (Cell Phone)

_____          _____
(Work Phone)                               (Fax)

_____          _____
(Email)                                    (Other)


### BILLING INFORMATION
(if different from above)

Name:_____

Address:_____

_____          _____
(Phone)                                    (Email)

## SCHEDULE OF ATTORNEYS' FEES AND CHARGES

Schedule of Attorney Fees, Charges and Billing Statement abbreviations.

*Attorneys*

| | | |
|---|---|---|
| Randall Fox | ("RF") | $465.00 per hour |
| Terry A. Bartlett | ("TAB") | $415.00 per hour |
| April M. Lavigne | ("AML") | $350.00 per hour |
| Wiley G. Uretz | ("WGU") | $310.00 per hour |
| Diana B. Mercier | ("DBM") | $275.00 per hour |

*Outside Contract Attorney(ies)*          $250.00 - 600.00 per hour

*Paralegal/Legal Assistant*          $120.00 - 180.00 per hour

*Charges (common)*

| | |
|---|---|
| Photocopying | $ .20/page |
| Telecopying (Fax) | $1.00/page |
| Delivery (by Staff) | $1.00/mile RT |
| Mileage | *Current IRS rate* |

*Abbreviations*

Telephone Conversation With ("TCW")
Long Distance Telephone Call ("LDTCW")
Office Conference With ("OCW")
Notes to File ("NTF")
Regarding ("RE")

### SCHEDULE OF FIXED ATTORNEYS' FEES

Notwithstanding the above, the following attorney services will be completed on a fixed fee basis as follows:
Fixed fees do not include costs and other expenses incurred. Additional work beyond the items described
will be completed on an hourly rate.

<u>Simple Initial Incorporation services</u>                                                     $4,500.00

    Includes: Drafting and filing of the Articles of Incorporation with the California
Secretary of State, drafting by-laws, preparation of Action by Incorporator,
preparation of Minutes of First Meeting of Directors, preparation of Capital
Contribution Letters, Statement of Information, Federal Employer's Identification
Number Application, and issuance of common stock to three or fewer Cal. Corp.
Code 25102(f) qualified California resident investors.

<u>Simple Initial LLC Formation services</u>                                                     $4,500.00

    Includes: Drafting and filing of the Articles of Organization with the California
Secretary of State, drafting Operating Agreement, preparation of Capital Contribution
Letters, LLC-12 Statement of Information, Federal Employer's Identification Number
Application, and issuance of Membership Interests to three or fewer Cal. Corp. Code
25102(f) qualified California resident investors.

<u>Simple Annual Meeting Minutes</u>                                                            $350.00

    Includes: Preparation of Written Consent of Shareholders in lieu of an annual meeting
to appoint Directors and preparation of Written Consent of Directors in lieu of an
annual meeting to appoint Officers.

<u>Estate Plan services</u>

    Simple Will                                                                    $1,000.00

    Simple Revocable Living Trust (Single Trustor)                                 $3,000.00
    Includes: Trust, Pourover Will, Power of Attorney for Financial Matters,
Advanced Health Care Directive, and transfer of up to three California properties
into trust.

    Simple Revocable Living Trust (Two Trustors: Husband and Wife)                 $4,500.00
    Includes: Trust, Pourover Wills, Powers of Attorney for Financial Matters,
Advanced Health Care Directives, and transfer of up to three California
properties into trust.

<u>Landlord -- Tenant Services</u>

    3-Day or 30-Day Notice                                                         $45.00 per Notice
    Preparation of 3 or 30-day notices for up to 4 tenants per rental unit.

    Preparation of Residential Unlawful Detainers                                  $450.00 per rental unit
    Additional services and contested unlawful detainer services are
provided at the usual hourly rate.

**REETZ, FOX & BARTLETT LLP**
**116 EAST SOLA STREET**
**SANTA BARBARA, CALIFORNIA 93101**
Telephone: (805) 965-0523 / Fax: (805) 564-8675
Email: frontdesk@reetzfox.com
Website: www.reetzfox.com

*Real Estate, Property Management, Land Use, Zoning and Environmental Law. Commercial Transactions. Business, Corporate, Partnership and Limited Liability Company Law. Estate Planning, Probate and Trust Administration. Civil Litigation.*

## ATTORNEYS

**RANDALL FOX**, admitted State Bar of California, 1978; U.S. District Court, Central District of California, 1979; U.S. Court of Appeals Ninth Circuit, 2011. *Education:* Kent State University (B.A., 1974); Seattle University (J.D., 1978); Moot Court Advocacy Board, Member. *Author:* "Equal Protection Analysis: Laurence Tribe, The Middle Tier, and The Role of the Court," 14 USF Law Review 1980. *Instructor:* Real Estate Law, Santa Barbara City College, 1991-1994. *Memberships/ Activities:* Chancellor's Council, University of California at Santa Barbara, 1989-1992; California Association of Realtors, Panel Attorney, 1990-; Laguna Blanca School, Trustee, 1993-1999 and 2009-2015 (Chair 1996-1999); Rehabilitation Institute at Santa Barbara, Director 1998-2003 (Chair 2002-2003); Goleta Valley Chamber of Commerce, Director 1999-2004; Santa Barbara Historical Museum, Director, 2011-2018; Zona Seca, Director, 2008-2019; Exploring Solutions Past, Director, 2001-; Santa Barbara Maritime Museum, Director, 2019-. *Practice Areas:* Business, Corporate, Partnership and LLC Law; Commercial Transactions; Real Estate, Land Use, Zoning and Environmental Law; Estate Planning, Trusts and Administration; Civil Litigation.

**TERRY A. BARTLETT**, admitted State Bar of California, 1979; Presiding Judge's South Coast Advisory Committee, Superior Court, 1990; Santa Barbara Superior Court Settlement Master, 2002-2016. *Education:* University of California, Davis (B.A., 1974); University of the Pacific McGeorge School of Law (J.D., 1978). *Awards/Recognition:* Oliver Award (Protection of Property Rights), Santa Barbara Association of Realtors, 1984; George Stevens Memorial Award (Protection of Property Rights), Santa Barbara Rental Property Association, 2002. *Instructor:* California Association of Realtors, Panel Attorney, 1990-2014; Santa Barbara City College, 1991-1992; SBRPA, Annual Landlord Tenant Seminar, 1993-2015. *Memberships / Activities:* Santa Barbara Housing Council, Director, 1978-2012; Bank of Montecito Advisory Board, 1979-1990; Santa Barbara Associates, Director, 1981-1991; Santa Barbara Association of Realtors-Government Relations Committee, 1983-2000; Santa Barbara Breast Cancer Institute, Director, 1988-1998; Page Youth Center, Director, 1995-2003; LifeChronicles, Director, 1999-2008; Goleta Valley Chamber of Commerce, Director, 2004-2008; Los Padres Council, Boy Scouts of America, Development Committee, 2016-. *Practice Areas:* Leasing and Property Management Law; Self-Service Storage Facilities and Mobile Home Parks; Land Use and Administrative Law; Real Estate; Business and Commercial Transactions; Civil Litigation including Unlawful Detainer Actions.

**APRIL M. LAVIGNE**, admitted State Bar of California, 2012; Santa Barbara County Adult Protective Services Multi-Disciplinary Team, Member, 2016-. *Education:* University of California Santa Barbara (B.A., 2003); University of California Santa Barbara (Paralegal Certificate, 2006); Santa Barbara College of Law (J.D., 2011); Law Clerk, City of Goleta City Attorney's Office (2011). *Speaking Experience:* "Estate Planning: A Plan in Place So Your Loved Ones Don't Have to Think When The Unthinkable Happens" January 2015 and April 2015; "Why you Need an Estate Plan" April 2015; "Preparing Your Estate Plan" April 2015; "Trusts & Estates: Buying & Selling Real Estate- What You Need to Know" May 2016; "Trusts are a Fiduciary Relationship" August 2017; "Wills, Trusts, and Probate" November 2017. *Memberships / Activities:* Trust and Estate Section of the California Bar, 2012-; Santa Barbara County Bar Association, 2012-; Santa Barbara Barristers, 2012-; Delta Theta Phi Law Fraternity, 2008-2011 (Officer 2009-2011); Goleta Valley Chamber of Commerce, 2017-2018; ProVisors, 2014-; Junior League of Santa Barbara, 2016-. *Practice Areas:* Estate Planning, Trusts and Estate Administration; Contracts, Business and Corporate Law; Property Law, including property taxes, reassessment and exemption issues.

**WILEY G. URETZ**, admitted State Bar of California, 2015. *Education:* Westmont College (B.A., 2012); Whittier Law School, Summa Cum Laude (J.D., 2015); Law Clerk, Judge Frederic Aguirre, Orange County Superior Court, 2015; Trial Advocacy Honors Board, 2013-2014; Whittier Law Review, Senior Staff Editor, 2014-2015. *Author:* "The Prize You Never Knew You Could Win" 19.4 Gaming Law Review and Economics 2015. *Speaker:* "Lean Startup and the Law," Impact Hub 2018; "Business Group Planning" SCORE 2019; "Making Your Website Legally Compliant" SCORE 2019. *Awards/Recognition:* Whittier Law Review Best Overall Editor Award; Outstanding Student in Intellectual Property Award; Intellectual Property Society, Fellow, 2015. *Memberships / Activities:* Santa Barbara County Bar Association, 2015-; William L. Gordon American Inn of Court, 2015-2016; Mentor for SCORE (Santa Barbara Subject Matter Expert, 2019-); Director, Zona Seca, 2019-. **Practice Areas:** Business, Corporate, Partnership and LLC Law; Real Estate Law; Land Use; Commercial Transactions; Internet Law; Intellectual Property Law; Employment Law; Civil Litigation.

**DIANA B. MERCIER**, admitted State Bar of California, 2017. *Education:* University of California Santa Barbara (B.A., 2008); Santa Barbara College of Law (J.D., 2016); William L. Gordon American Inn of Court, 2019-; Paralegal, Reetz, Fox & Bartlett LLP (2012-2017). *Memberships / Activities:* Santa Barbara County Bar Association, 2017-; Santa Barbara Barristers, 2017-; Santa Barbara Women Lawyers, 2017-; California Women Lawyers, 2017-; Delta Theta Phi Law Fraternity (Officer 2014-2016); Alumni Council Board of The Santa Barbara & Ventura Colleges of Law, 2017-; Goleta Valley Chamber of Commerce, 2019-. **Practice Areas:** Contracts and Commercial Transactions; Landlord-Tenant Law; Estate Planning; Probate; Trust Litigation; Real Property Law; Land Use and Administrative Law; Civil Litigation, including eviction and unlawful detainer actions.

# EXHIBIT "3"

000030

1/6/20-5/31/20

Reetz, Fox Bartlett LLP

Exhibit "3"

Aggregate summaries of fees and costs

| Date | Invoice # | Fees | Costs | Total |
|---|---|---|---|---|
| 1/31/2020 | 40855 | $ 309.00 | $ 19.31 | $ 328.31 |
| 2/29/2020 | 41028 | $ 10,747.00 | $ 339.74 | $ 11,086.74 |
| 3/31/2020 | 41184 | $ 192.50 | | $ 192.50 |
| 4/30/2020 | 41321 | $ 2,488.00 | | $ 2,488.00 |
| 5/31/2020 | 41456 | $ 755.00 | | $ 755.00 |
| | | $ 14,491.50 | $ 359.05 | $ 14,850.55 |

**Total Fees & Costs**                                                    $ 14,850.55

**Payments**

| 4/22/2020 | $ 5,000.00 |
|---|---|
| 6/2/2020 | $ 395.89 |
| | $ 5,395.89 |

**Total Payments**                                                    $ 5,395.89

**Total Balance Due**                                                    $ 9,454.66

000031

# EXHIBIT "4"

000032

**REETZ, FOX & BARTLETT LLP**
**116 EAST SOLA STREET**
**SANTA BARBARA, CALIFORNIA  93101**
Telephone: (805) 965-0523 / Fax: (805) 564-8675
Email: frontdesk@reetzfox.com
Website:  www.reetzfox.com

*Real Estate, Property Management, Land Use, Zoning and Environmental Law.  Commercial Transactions.*
*Business, Corporate, Partnership and Limited Liability Company Law.  Estate Planning, Probate and Trust*
*Administration.  Civil Litigation.*

## ATTORNEYS

**RANDALL FOX**, admitted State Bar of California, 1978; U.S. District Court, Central District of California, 1979; U.S. Court of Appeals Ninth Circuit, 2011. *Education:* Kent State University (B.A., 1974); Seattle University (J.D., 1978); Moot Court Advocacy Board, Member. *Author:* "Equal Protection Analysis: Laurence Tribe, The Middle Tier, and The Role of the Court," 14 USF Law Review 1980. *Instructor:*  Real Estate Law, Santa Barbara City College, 1991-1994. *Memberships/ Activities:* Chancellor's Council, University of California at Santa Barbara, 1989-1992; California Association of Realtors, Panel Attorney, 1990-; Laguna Blanca School, Trustee, 1993-1999 and 2009-2015 (Chair 1996-1999); Rehabilitation Institute at Santa Barbara, Director 1998-2003 (Chair 2002-2003); Goleta Valley Chamber of Commerce, Director 1999-2004; Santa Barbara Historical Museum, Director, 2011-2018; Zona Seca, Director,  2008-2019; Exploring Solutions Past, Director, 2001-; Santa Barbara Maritime Museum, Director, 2019-. *Practice Areas:* Business, Corporate, Partnership and LLC Law; Commercial Transactions; Real Estate, Land Use, Zoning and Environmental Law; Estate Planning, Trusts and Administration; Civil Litigation.

**TERRY A. BARTLETT**, admitted State Bar of California, 1979; Presiding Judge's South Coast Advisory Committee, Superior Court, 1990; Santa Barbara Superior Court Settlement Master, 2002-2016. *Education:* University of California, Davis (B.A., 1974); University of the Pacific McGeorge School of Law (J.D., 1978). *Awards/Recognition:* Oliver Award (Protection of Property Rights), Santa Barbara Association of Realtors, 1984; George Stevens Memorial Award (Protection of Property Rights), Santa Barbara Rental Property Association, 2002. *Instructor:* California Association of Realtors, Panel Attorney, 1990-2014; Santa Barbara City College, 1991-1992; SBRPA, Annual Landlord Tenant Seminar, 1993-2015. *Memberships / Activities:* Santa Barbara Housing Council, Director, 1978-2012; Bank of Montecito Advisory Board, 1979-1990; Santa Barbara Associates, Director, 1981-1991; Santa Barbara Association of Realtors-Government Relations Committee, 1983-2000; Santa Barbara Breast Cancer Institute, Director, 1988-1998; Page Youth Center, Director, 1995-2003; LifeChronicles, Director, 1999-2008; Goleta Valley Chamber of Commerce, Director, 2004-2008; Los Padres Council, Boy Scouts of America, Development Committee, 2016-. *Practice Areas:* Leasing and Property Management Law; Self-Service Storage Facilities and Mobile Home Parks; Land Use and Administrative Law; Real Estate; Business and Commercial Transactions; Civil Litigation including Unlawful Detainer Actions.

**APRIL M. LAVIGNE**, admitted State Bar of California, 2012; Santa Barbara County Adult Protective Services Multi-Disciplinary Team, Member, 2016-. *Education:*  University of California Santa Barbara (B.A., 2003); University of California Santa Barbara (Paralegal Certificate, 2006); Santa Barbara College of Law (J.D., 2011); Law Clerk, City of Goleta City Attorney's Office (2011). *Speaking Experience:*  "Estate Planning: A Plan in Place So Your Loved Ones Don't Have to Think When The Unthinkable Happens" January 2015 and April 2015; "Why you Need an Estate Plan" April 2015; "Preparing Your Estate Plan" April 2015; "Trusts & Estates: Buying & Selling Real Estate- What You Need to Know" May 2016; "Trusts are a Fiduciary Relationship" August 2017; "Wills, Trusts, and Probate" November 2017. *Memberships / Activities:* Trust and Estate Section of the California Bar, 2012-; Santa Barbara County Bar Association, 2012-; Santa Barbara Barristers, 2012-; Delta Theta Phi Law Fraternity, 2008-2011 (Officer 2009-2011); Goleta Valley Chamber of Commerce, 2017-2018; ProVisors, 2014-; Junior League of Santa Barbara, 2016-. *Practice Areas:*  Estate Planning, Trusts and Estate Administration; Contracts, Business and Corporate Law; Property Law, including property taxes, reassessment and exemption issues.

**WILEY G. URETZ**, admitted State Bar of California, 2015. *Education:* Westmont College (B.A., 2012); Whittier Law School, Summa Cum Laude (J.D., 2015); Law Clerk, Judge Frederic Aguirre, Orange County Superior Court, 2015; Trial Advocacy Honors Board, 2013-2014; Whittier Law Review, Senior Staff Editor, 2014-2015. *Author:* "The Prize You Never Knew You Could Win" 19.4 Gaming Law Review and Economics 2015. *Speaker:* "Lean Startup and the Law," Impact Hub 2018; "Business Group Planning" SCORE 2019; "Making Your Website Legally Compliant" SCORE 2019. *Awards/Recognition:* Whittier Law Review Best Overall Editor Award; Outstanding Student in Intellectual Property Award; Intellectual Property Society, Fellow, 2015. *Memberships / Activities:* Santa Barbara County Bar Association, 2015-; William L. Gordon American Inn of Court, 2015-2016; Mentor for SCORE (Santa Barbara Subject Matter Expert, 2019-); Director, Zona Seca, 2019-. **Practice Areas:** Business, Corporate, Partnership and LLC Law; Real Estate Law; Land Use; Commercial Transactions; Internet Law; Intellectual Property Law; Employment Law; Civil Litigation.

**DIANA B. MERCIER**, admitted State Bar of California, 2017. *Education:* University of California Santa Barbara (B.A., 2008); Santa Barbara College of Law (J.D., 2016); William L. Gordon American Inn of Court, 2019-; Paralegal, Reetz, Fox & Bartlett LLP (2012-2017). *Memberships / Activities:* Santa Barbara County Bar Association, 2017-; Santa Barbara Barristers, 2017-; Santa Barbara Women Lawyers, 2017-; California Women Lawyers, 2017-; Delta Theta Phi Law Fraternity (Officer 2014-2016); Alumni Council Board of The Santa Barbara & Ventura Colleges of Law, 2017-; Goleta Valley Chamber of Commerce, 2019-. **Practice Areas:** Contracts and Commercial Transactions; Landlord-Tenant Law; Estate Planning; Probate; Trust Litigation; Real Property Law; Land Use and Administrative Law; Civil Litigation, including eviction and unlawful detainer actions.

# EXHIBIT "5"

000035

1 | ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
2 | AARON E. DE LEEST (State Bar No. 216832)
*adeleest@Danninggill.com*
3 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
4 | Los Angeles, California 90067-6006
Telephone:    (310) 277-0077
5 | Facsimile:    (310) 277-5735

6 | Attorneys for Michael A. McConnell,
Chapter 11 Trustee

```
┌─────────────────────────────┐
│      FILED & ENTERED        │
│                             │
│       MAR 24 2020           │
│                             │
│ CLERK U.S. BANKRUPTCY COURT │
│ Central District of California │
│ BY handy    DEPUTY CLERK    │
└─────────────────────────────┘
```

7 |

CHANGES MADE BY COURT

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **NORTHERN DIVISION**

11 | In re

12 | HVI CAT CANYON, INC.,

13 | Debtor.

Case No.: 9:19-bk-11573-MB

Chapter 11

**ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY REETZ, FOX & BARTLETT LLP AS SPECIAL COUNSEL EFFECTIVE JANUARY 6, 2020 AND RETROACTIVELY FROM AUGUST 15, 2019 TO AUGUST 19, 2019; AND STATEMENT OF DISINTERESTEDNESS**
[Docket No. 837]

[No Hearing Required]

19 |     Michael A. McConnell, Chapter 11 trustee (the "Trustee") for the estate of HVI Cat

20 | Canyon, Inc. (the "debtor"), has filed his application to employ Reetz, Fox & Bartlett LLP as his

21 | special counsel, effective January 6, 2020 and retroactively from August 15, 2019 to August 19,

22 | 2019 (the "application," *doc. no. 837*).  It appears from the application that the Trustee's

23 | employment of Reetz, Fox & Bartlett LLP as his special counsel in the United States District Court,

24 | Central District of California (Western Division) action, captioned *United States of America et al v.*

25 | *HVI Cat Canyon Inc.*, Case No. 2:11-cv-05097-FMO-SS (the "District Court Action"), is in the

26 | best interest of the estate, that said special counsel does not represent or hold an interest adverse to

27 | the debtor or the estate with respect to the matter upon which special counsel is to be engaged.  It

28 | also appears that due and proper notice of the application was given to the debtor, the United States

000036

1   Trustee, <u>the Official Committee of Unsecured Creditors, UBS AG, London Branch,</u> ~~the 20 largest~~

2   ~~unsecured creditors listed on the master mailing matrix,~~ and all parties in interest.  It also appears

3   that no objections or requests for hearing with respect to the application have been filed.  It

4   appearing that good cause exists, it is

5          **ORDERED THAT:**

6          1.      The application is granted in its entirety, and the Trustee is authorized to employ

7   Reetz, Fox & Bartlett LLP as his special counsel in the District Court Action, effective January 6,

8   2020 and ~~retroactively~~ <u>effective</u> from August 15, 2019 to August 19, 2019, under 11 U.S.C. §

9   327(e)<u>,</u> at the expense of the estate.

10         2.      The Attorney Services Agreement attached to the application as Exhibit "2" is

11  approved.

12         3.      Except as the Court may otherwise determine and direct, the compensation to be

13  awarded shall be fixed by the Court after notice and a hearing as may be required by the

14  Bankruptcy Code, 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, the

15  Local Bankruptcy Rules for the Central District of California, and the practice and procedure of

16  this Court.  Reetz, Fox & Bartlett LLP may follow the procedures for payment of fees authorized

17  by the Order Granting Motion and Establishing Procedure for Interim Compensation and

18  Reimbursement of Expenses for Professionals and Authorizing Payment on a Monthly Basis (*doc.*

19  *no. 610*).

20                                              ####

21

22

23  Date: March 24, 2020

24                                      Martin R Barash
                                        United States Bankruptcy Judge
25

26

27

28

1580870.1  26932                              2

000037

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY REETZ, FOX & BARTLETT LLP AS SPECIAL LITIGATION COUNSEL TO CHAPTER 11 TRUSTEE, DECLARATIONS OF RANDALL FOX AND MICHAEL A. MCCONNELL IN SUPPORT THEREOF  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 11, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 11, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat CANYON, INC.
630 Fifth Avenue, Suite 2410
New York, NY  10111

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 11, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 11, 2020 | Vivian Servin | /s/ Vivian Servin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1594098.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Anthony A Austin**    anthony.austin@doj.ca.gov
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Bradley D Blakeley**    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- **Alicia Clough**    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**    mscohen@loeb.com, klyles@loeb.com
- **Alan D Condren**    , berickson@seedmackall.com
- **Alec S DiMario**    alec.dimario@mhllp.com,
  debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Noreen@MarguliesFaithla
  w.com;Angela@MarguliesFaithlaw.com
- **Karl J Fingerhood**    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**    Alex.Fisch@doj.ca.gov
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Ellen A Friedman**    efriedman@friedmanspring.com, khollander@friedmanspring.com
- **Gisele M Goetz**    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- **Karen L Grant**    kgrant@silcom.com
- **Ira S Greene**    Ira.Greene@lockelord.com
- **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**    b.holman@mpglaw.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Tracy K Hunckler**    thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- **Eric P Israel**    eisrael@DanningGill.com,
  danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Evan M. Jones**    ejones@omm.com, ejones@omm.com
- **Alan H Katz**    akatz@lockelord.com
- **John C Keith**    john.keith@doj.ca.gov
- **Jeannie Kim**    jekim@sheppardmullin.com, lsemeraro@sheppardmullin.com
- **Mitchell J Langberg**    mlangberg@bhfs.com, dcrudup@bhfs.com
- **Maxim B Litvak**    mlitvak@pszjlaw.com
- **Vincent T Martinez**    llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- **Michael Arthur McConnell (TR)**    Michael.mcconnell@kellyhart.com
- **Brian M Metcalf**    bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- **Jerry Namba**    nambaepiq@earthlink.net,
  G23453@notify.cincompass.com;annie_cunningham@ymail.com
- **David L Osias**    dosias@allenmatkins.com,
  bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**    dpatrick@omm.com, darren-patrick-
  1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Benjamin P Pugh**    bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- **Edward S Renwick**    erenwick@hanmor.com, iaguilar@hanmor.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**    mitchell.rishe@doj.ca.gov
- **George E Schulman**    GSchulman@DanningGill.Com,
  danninggill@gmail.com;gschulman@ecf.inforuptcy.com

1594098.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

- **Zev Shechtman**    zshechtman@DanningGill.com,
  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Sonia Singh**    ssingh@DanningGill.com,
  danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**    ross@snowspencelaw.com,
  janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- **Christopher D Sullivan**    csullivan@diamondmccarthy.com,
  mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diam
  ondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.c
  om
- **Jennifer Taylor**    jtaylor@omm.com
- **John N Tedford**    jtedford@DanningGill.com,
  danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**    bankruptcy@co.kern.ca.us
- **Meagan S Tom**    meagan.tom@lockelord.com,
  autodocket@lockelord.com;taylor.warren@lockelord.com;autodocketdev@lockelord.com
- **Patricia B Tomasco**    pattytomasco@quinnemanuel.com,
  barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Fred Whitaker**    lshertzer@cwlawyers.com, spattas@cwlawyers.com
- **William E. Winfield**    wwinfield@calattys.com, scuevas@calattys.com
- **Richard Lee Wynne**    richard.wynne@hoganlovells.com,
  tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- **Emily Young**    pacerteam@gardencitygroup.com,
  rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **Aaron E de Leest**    adeleest@DanningGill.com,
  danninggill@gmail.com;adeleest@ecf.inforuptcy.com

## 2. SERVED BY UNITED STATES MAIL:

Office of The United States Trustee
1415 State Street, Suite 148
Santa Barbara CA, 93101

## REQUESTS FOR SPECIAL NOTICE

Attorneys for Buganko
Philip W. Ganong
Ganong Law
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

Frank and Sylvia Boisseranc
300 W. Paseo de Cristobal
San Clemente, CA 92672

Rob Thomson
1920 Wilbur Avenue
San Diego, CA 92109

Jane A. Adams and John S. Adams,
Trustees
PO Box 264
Yorba Linda, CA 92885

Attorneys for PG&E
Friedman & Springwater LLP
350 Sansome Street, Suite 800
San Francisco, CA 94104
Attn: Ellen A. Friedman
Ruth Stoner Muzzin

Attorneys for Robert Kestner
William Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Ste 1170
Oxnard, California 93036-0238
**(SERVED VIA NEF)**

---

1594098.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

Attorneys for Jane Connolly
William Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard,
California 93036-0238
**(SERVED VIA NEF)**

Attorneys for Virginia Tracy fka Virginia Kestner Griswold
William Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard,
California 93036-0238
**(SERVED VIA NEF)**

Attorneys for Eller Family Trust
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
**(SERVED VIA NEF)**

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Brian Corson
2990 Lichen Place
Templeton, CA 93465

Escolle Tenants in Common
215 N. Lincoln Street
Santa Maria, CA 93458
Attn: Vincent T. Martinez

Pacific Petroleum California, Inc.
POB 2646
Santa Maria, CA 93457

1594098.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**