1

Aguilera Title and Land Services
*maribel@mhernandezlaw.com*

2
2408 Del Sur
Santa Maria, CA 93455

3
T: 805-714-2750

4
Special Title Review Consultant for Chapter 11 Trustee

5

6

7

8
**UNITED STATES BANKRUPTCY COURT**

9
**CENTRAL DISTRICT OF CALIFORNIA**

10
**NORTHERN DIVISION**

11
In re

12
HVI CAT CANYON, INC.

13

14
Debtor.

| | |
|---|---|
| In re | ) Case No. 9:19-bk-11573-MB |
| | ) |
| | ) Chapter 11 |
| HVI CAT CANYON, INC. | ) |
| | ) **FIRST INTERIM APPLICATION FOR** |
| | ) **COMPENSATION AND** |
| Debtor. | ) **REIMBURSEMENT OF EXPENSES BY** |
| | ) **AGUILERA TITLE AND LAND** |
| | ) **SERVICES AS SPECIAL TITLE** |
| | ) **REVIEW COUNSEL TO CHAPTER 11** |
| | ) **TRUSTEE; DECLARATIONS OF** |
| | ) **MARIBEL AGUILERA AND** |
| | ) **MICHAEL MCCONNELL IN SUPPORT** |
| | ) **THEREOF** |
| | ) |
| | ) **[Covering The Period from January 6,** |
| | ) **2020 through May 31, 2020]** |
| | ) |
| | ) Date:    July 2, 2020 |
| | ) Time:    10:00 a.m. |
| | Place:    Courtroom 201 |
| | 1415 State Street |
| | Santa Barbara, California |

23
Aguilera Title and Land Services  ("Applicant" or " Aguilera") hereby submits its First

24
Interim Application for Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. §

25
328  as Special Title Review Counsel to the Chapter 11 Trustee ("Application") and respectfully

26
represents as follows:

27

28

-1-

1593715.1    26932

1.   <u>Identity of Applicant</u>

The applicant is Aguilera Title and Land Services.

2.   <u>Nature of Representation</u>

Applicant represents Michael McConnell as the Chapter 11 Trustee ("Trustee") in this case as his special title review consultant.  The terms of the Fee Procedures Motion provide for, among other things, fees and reimbursement of costs, which approval requires the filing of a fee application by Applicant in accordance with federal and local bankruptcy court rules.

3.   <u>Employment of Applicant</u>

The order authorizing Applicant's employment was entered on March 2, 2020.

4.   <u>Procedural Status and History of Case</u>

On July 25, 2019 (the "Petition Date"), HVI Cat Canyon, Inc. (the "debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Code"). The case was originally filed in the Southern District of New York.  It was transferred to the Northern District of Texas, and then later to the Central District of California.  The debtor initially operated its business as a "debtor in possession," allowing it to exercise substantially all rights of a trustee in the bankruptcy case.

Pursuant to Local Bankruptcy Rule 2016-1 (a)(2), reference is made to the Second Interim Application for Interim Compensation and Reimbursement of Expenses filed by Trustee's general counsel, Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill") which will be filed with the Court by Danning-Gill on or before June 11, 2020.  Such application contains a more detailed narrative history, a description of the case status and present posture of the case, and is incorporated herein by this reference .

5.   <u>Prior Fee Applications and Payments to Applicant</u>

This is Applicant's first interim application for compensation and reimbursement of expenses.  There is no provision or agreement for payment to Applicant in this case, except from this estate in such sums as the Court may allow.

-2-

1          Pursuant to the Order Granting Motion and Establishing Procedures for Interim

2  Compensation and Reimbursement of Expenses of Professionals and Authorizing Payment on a

3  Monthly Basis entered on December 10, 2019 (the "Fee Payment Order", docket no. 610), the

4  Court authorized the Trustee and his professionals, and professionals of the Committee, to be paid

5  on a monthly basis 80% of their accrued fees and costs, up to the sums covered by the original

6  carve-out budgets, provided that the professional follows the U.S. Trustee procedures for

7  Professional Fee Statements.  Filing regular interim fee applications like the one at bar is a

8  requirement of the Fee Payment Order.

9          On or about March 9, 2020, Aguilera filed and served her First Professional Fee

10  Statement for payment of fees and reimbursement of expenses incurred for the period of January 6,

11  2020 through February 29, 2020, in the amounts of $39,687.50, and $0, respectively for a total of

12  $39,687.50 ("First Fee Statement," docket no. 853).  Pursuant to the order on the Budget and Fee

13  Procedures Motion, the Trustee's First Fee Statement requested payment of $31,750, which sum

14  has been paid.

15          On or about April 10, 2020, Aguilera filed and served her Second Professional Fee

16  Statement for payment of fees and reimbursement of expenses incurred for the period of March 1,

17  2020 through March 31, 2020, in the amounts of $49,875.50, and $0, respectively for a total of

18  $49,875.50 ("Second Fee Statement," docket no. 922).  Pursuant to the order on the Budget and

19  Fee Procedures Motion, the Second Fee Statement requested payment of $22,400, which sum has

20  been paid.

21          On or about May 12, 2020,  Aguilera filed and served her Third Professional Fee

22  Statement for payment of fees and reimbursement of expenses incurred for the period of April 1,

23  2020 to April 30, 2020, in the amounts of $28,000.00, and $0, respectively for a total of $28,000

24  ("Third Fee Statement," docket no. 991).  Pursuant to the order on the Budget and Fee Procedures

25  Motion and the 7th Amendment to Credit Agreement, the Third Fee Statement requested payment of

26  $4,455.37, which sum has been paid.

27

28

1593715.1    26932

6.    Period Covered by Application

This Application covers the period from January 6, 2020 through May 31, 2020 (the "subject period").

7.    Summary of Requested Compensation

Applicant requests that the Court approve, on an interim basis, fees of $145,563.00 and expenses of $0 for the subject period.  Applicant requests that it be paid its remaining unpaid fees and costs currently aggregating approximately $86, 957.63 from the carve-out funds, on an interim basis, for the subject period.

8.    Exhibits

The following exhibits in support of this Application are attached:

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| "1" | Detailed billing records of time spent by each professional for applicant during the subject period |
| "2" | Detailed biographies of each professional employed by applicant. |
| "3" | Copy of order authorizing applicant's employment as Trustee's special counsel, entered on or about March 2, 2020 (*docket no. 840*). |

9.    Narrative of Services

The details of applicant's services in this case are set forth in Exhibit "1."  Without limiting the detail provided in Exhibit "1," applicant provides the following narrative summary:

I have researched and conducted title work for mineral rights for the last ten (10) years. I am one of two landmen who live in Santa Maria, CA that run mineral title locally. Due to the fact that there is not a large amount of oil and gas operations on the central coast it is difficult to find landmen who are familiar with the properties in Santa Barbara County and can research and run title for mineral and leasehold estates in Santa Barbara County.  The estate has benefited greatly from my services because I am familiar with the HVI Cat Canyon properties and have run title in

–4–

1    Santa Maria Valley for the last ten (10) years and worked as an in house landman and an

2    independent landman.  The estate has benefited greatly from my title services because the estate is

3    unable to sell the properties without first confirming what assets it owns, holds or leases. It is

4    extremely important that before HVI sells assets it is able to determine what assets it owns.  I have

5    been instrumental in providing company information and documents to move the case forward. I

6    provide any information the bankruptcy attorneys requests and answer any oil and gas land

7    questions they may have.  Below is a description of the major areas and services that I have

8    provided for the estate since January 2020.

9

10   **Research and confirm title**

11        I was hired to conduct title examination for HVI Cat Canyon ("HVI") regarding the status

12   of the mineral rights and related oil and gas leases covering all the leasehold estates held by HVI

13   Cat Canyon. HVI Cat Canyon owns leasehold estates in Orange County, Kern County and Santa

14   Barbara County for the last twenty (20) years. The goal is to have a title report completed for each

15   lease so that HVI can confirm the assets it owns, and a new buyer may review the property

16   ownership information and know what interest they are buying.

17

18        I was hired to work on this project for the Trustee in January 2020. The first step was to

19   prepare a list of all the leasehold estates where HVI once had an ownership interest in. I then had to

20   determine which leases HVI had lost due to lack of production, litigation, or voluntary quitclaim by

21   reviewing official recorded documents or internal company land files.

22

23        I prepared a list of all the leasehold estates where HVI or affiliated entities held a property

24   interest either via oil and gas lease or mineral ownership. After I compiled the list of all the

25   properties, I began to run a chain of title on the oil and gas operators that came before HVI in order

26   to determine and verify that Greka had acquired to the leasehold properties and mineral fee

27   properties.

28

-5-

I discovered that HVI Cat Canyon inherited the leasehold or mineral estate from Greka Oil and Gas, Inc. Greka Oil and Gas obtained title to the properties from several companies such as SABA Petroleum, Vintage and Union Oil. Once I compiled the list, I began to research and run title to determine who the mineral owners of the leasehold estate are and what are their ownership percentages. This type of research takes hours to conduct because minerals are not catalogued like surface properties. The identification of the property that is leased is made by looking at the legal descriptions because the minerals subsurface interest and the state of California does not keep a catalogue of Mineral Assessor Parcel Numbers and does not record documents against mineral parcels when a transfer occurs like they do with surface Assessor Parcel Numbers.

The research for mineral ownership is conducted by researching and reviewing the Grantor Grantee Index and searching each name and investigating how the interest was fractionalized and passed down to future generations. This includes looking at ancestry records, official records recorded with the county recorder such as mineral grant deeds, court decrees, affidavits of death of trustee, assignment of oil and gas minerals, quitclaim and any and all documents that prove how title to the minerals was transferred. It is very time consuming and tedious. It can get overly complicated because when the mineral estate is severed in the early 1900's, the minerals may be fractionalized at that time and then transferred over the next 100 years. I we have to look at all the documents or record to determine how the minerals are owned today. As an example, if at the inception the mineral interest is owned by two people who each hold 50% but each have four children, then the each of the four children end up with 25% out of the 50%, then those four children pass on their interest to their children and those mineral owners end being fractionalized even further to the point that some mineral owners have 2% or 20%. Running title requires conducting what is called "mineral land math" because of the fractionalized mineral interest that

–6–

are transferred over time. I had to figure out how much percentage each mineral owner has in each lease.

At times the mineral owners sell their minerals out of the family or sell their rights to the current oil and gas operators. The title research and review process is very detailed and progresses slowly because a title examiner has to review hundreds of documents to determine who owns the fractionalized percentage of minerals in that particular lease. I have had to review about 200 land files that are kept by HVI over the last sixty (60) years. Each file contains large volumes of documents that affect the title of the property.

I have synthesized and summarized large amounts of title data into a title report for the trustee and any potential purchaser. The reports require review of hundreds of documents in order to document how title was transferred in the leasehold estate. They title reports give the trustee and a potential buyer the pertinent information for each leasehold, such as the legal description in order to identify the location of the lease, the mineral acreage in order to study the geology under the acreage for potential drilling of future wells, the identity of the mineral owners, the percentage of interest the mineral owners hold and the royalty interest or an overriding royalty interest of the mineral owners. It will be difficult to sell HVI properties without providing mineral ownership reports to a potential buyer so they can confirm the assets we are selling are legally held by HVI. Finding the identity of the mineral owners in a leasehold estate is extremely important because we want to assure the new purchase that we have leased up all the minerals in each lease and they have the authority to operate. If the oil and gas operator cannot verify that it has leased the mineral interest or that it maintains an interest, they can be deemed a trespasser and be liable for damages. Equally important is finding out how much interest do the mineral owners hold in each lease. That is extremely important because it affects the amount of money an operator has to pay the mineral owners in royalties in order to hold the oil and gas lease.

−7−

1    The process of researching, reviewing and analyzing the oil and gas leases, amendments to

2  oil and gas leases, grant deeds, mineral grants deeds, assignments of oil and gas leases and

3  assignment of overriding royalties in order to determine title has taken me hours to complete

4  because a lot of documents and transfers occur over twenty (20) years and I have to examine every

5
6  document and determine how it affects HVI's title to the properties.  There are approximately 54

7  leasehold estates which means I have to research and verify the mineral ownership of almost one

8  thousand people.  Out of the 54 leaseholds estates I have determined after running tile that 48 will

9  require a title report. To date I have prepared 37 out of the 48 title reports. The goal was to be

10  finished conducting title by May but the project was drastically affected in March due to low oil

11
12  prices and Covid-19 and the management team instructed me to reduce the hours I was working to

13  only half in order to reduce the spending. This dramatically slowed the title research and affected

14  the progress I was making.

15

16  **<u>Oil and Gas Lease Review</u>**

17    I prepared a list of all the oil and gas leases, amendments, assignments, and quitclaim deeds

18  whereby HVI Cat Canyon is the Lessee. This included all the oil and gas lease documents for all

19  three counties. Some leases such as Rich Field East Dome Unit that is located in Orange County

20  has Seventy-three (73) Oil and Gas Leases and hundreds of documents recorded over the last

21  twenty years. Santa Barbara County has hundreds of oil and gas leases, amendments, mineral

22
23  deeds, assignments, and quitclaim deeds that I have reviewed and provided to the bankruptcy

24  attorneys. I compiled and scanned hundreds of documents to provide to the bankruptcy attorneys.

25  ////

26  ////

27  ////

28

-8-

**Surface Lease Agreements**

To operate subsurface interests, the oil and gas operator must enter into agreements in order to utilize the surface property. I had to review and analyze the surface agreements and compile a list of all of them to provide them to the bankruptcy attorneys. I drafted and provided the list and a copy of all the surface agreements.

**Division Order Preparation**

The Trustee tasked me with preparing Division Order for each mineral owner. To date I have been able to complete all the Division Order for the leases located in Kern County. Due to a limited amount of hours as a result of lack of resources I had to slow the preparation of Division Order in order to be able to complete the title reports and respond to discovery requests by the bankruptcy attorneys.

**Map Preparation**

Based on the legal descriptions of the oil and gas leases I was able to map the location of the leasehold and fee properties and provide the information to a mapping company to print out lease maps for the Trustee and operations people.

**Discovery requests:**

Throughout the last five months I have provided information and documents regarding the land (mineral and surface) and title held by HVI in order to respond to discovery requests made by the bankruptcy attorneys and attorneys of mineral owners that have filed cross complaints.

///

///

///

–9–

**Tax Burden**

     HVI assets are burdened by outstanding property taxes. I was tasked with obtaining all the tax bills owed by HVI to the County of Santa Barbara to determine how the tax liability will affect a potential sale. I obtained copies of all the tax bills that are due and realized that some taxes were unsecured.

     I researched the difference between secured and unsecured property taxes for oil and gas interests. I found that taxes are treated differently if they are unsecured at the time of collection if more than one year has passed.  I read the California tax manuals that are used by counties in order to collect taxes, I researched the IRS code, sections of the bankruptcy code and reviewed certain cases regarding the treatment of unsecured taxes for oil and gas interest after one year time has elapsed. I provided that information to the bankruptcy counsel and he wrote a great letter to Santa Barbara County that pointed out the treatment of unsecured debts and made a great argument that may assist HVI reduce its tax liability to Santa Barbara County.

**Exhibits for the Purchase and Sale Agreement**

     Recently the focus of the project has shifted to preparation of sale agreement documents. I have provided the mineral acreage for each leasehold estate. Calculate the Royalty burden for each leasehold, provide the amount of overriding royalty in each leasehold estate and calculate the Net Revenue Interest. Compile the data in a spreadsheet in each lease for interested purchasers to review because the net revenue affects the amount of profit a new operator can make from producing the properties. Prepare a list of all the 791 oil and was wellbores located in each leasehold estate that may be transferred to the potential purchaser.

     The company assets cannot be sold until title can be verified. It is especially important and necessary to find out who owns the minerals in each lease and what the royalty burdens are on each lease. Further along with title research and work, I have had to research the tax liabilities imposed

by Santa Barbara County onto HVI Cat Canyon for unsecured tax bills. It is important to resolve any title issues prior to a sale. The Land department is extremely important because we manage the mineral owners when they have questions or have not received their royalty checks, we provide all the information regarding ownership interest held by HVI in all the leased properties. I have provided and will continue to provide pertinent information to the potential buyers as to the assets that are for sale by HVI.

10.    Factors Affecting the Award of Compensation

Applicant did not receive a retainer payment when it accepted employment in this case. Nevertheless, Applicant took prompt action and performed vital and important services in this case, all of which were necessary and of value to the estate. Applicant's resume is attached hereto as Exhibit "2".

11.    No Sharing of Compensation

No agreement exists, directly or indirectly, and no understanding exists, for a division of any compensation awarded herein between Applicant and any other persons contrary to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Central District of California, or applicable provisions of state law.

12.    Compliance with Guidelines of the United States Trustee

Applicant's records for time and costs billed to the Trustee herein are maintained in the format required by Guidelines of the Office of the United States Trustee, except that costs cannot be attributed to separate activity codes under Applicant's present computerized billing system. The Trustee has reviewed this Application and has no unresolved concerns in connection with this Application.

-11-

1    13.    <u>Conclusion</u>

2        WHEREFORE, Applicant requests that the Court award it, on an interim basis, fees

3  of $145,563.00 and reimbursement of expenses in the amount of $0.  Applicant requests that the

4  Court authorize the Trustee to pay to Applicant its allowed but remaining unpaid fees and costs of

5  $86,957.63 for the subject period at this time.  Applicant further prays for such other relief as might

6  be appropriate.

7

8

9  DATED:    June 10, 2020                    AGUILERA TITLE AND LAND SERVICES

10

11                                  By: _____

12                                      Maribel Aguilera
                                        Special Title Review Consultant for Chapter 11
13                                      Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-12-

1593715.1    26932

## DECLARATION OF MARIBEL AGUILERA

I, Maribel Aguilera, declare as follows:

1.    I am an attorney, licensed and entitled to practice law before the Courts of the State of California.  I am the principal of Aguilera Title and Land Services, the duly employed special title review consultant for Michael McConnell, the Chapter 11 trustee for the Estate of HVI Canyon Cat, Inc.  (the "Debtor").

2.    I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to these facts.  The facts stated therein are true of my own knowledge, except such matters as may be stated upon information or belief, which I believe to be true.

3.    I have reviewed the First Interim Application for Approval of Compensation and Reimbursement of Expenses by Aguilera Title and Land Services as Special Title Review Consultant for Chapter 11 Trustee.

4.    I believe that Aguilera's records for expenses billed, which are submitted in support of the interim application for compensation and reimbursement of expenses, comply with the format required by the Guidelines of the Office of the United States Trustee, except as disclosed and justified in the request.


I declare, under penalty of perjury and subject to the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 10, 2020 at Santa Maria, California.



-13-

1593715.1    26932

## DECLARATION OF MICHAEL MCCONNELL

I, Michael McConnell, declare as follows:

1.    I am the Chapter 11 Trustee for the Estate of HVI Cat Canyon, Inc. (the "Debtor"). I have personal knowledge of the following facts and, if called, I could and would testify competently thereto.

2.    I have received and reviewed the within First Interim Application for Approval of Compensation and Reimbursement of Expenses by Aguilera Title and Land Services as Special Title Review Consultant for Chapter 11 Trustee (the "Application").

3.    I have no unresolved objections to the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2020 at Fort Worth, Texas.

_____
MICHAEL MCCONNELL

-14-

1593715.1    26932

# EXHIBIT "1"

000015

# INVOICE

**Aguilera Title and Land Services**
2408 Del Sur
Santa Maria, CA 93455
805-714-2750
Maribel@mahernandezlaw.com

**Re: January 2020**
**HVI Cat Canyon Land and Title work for Bankruptcy**

| ID | Date | Description of Service | Time | Hourly Rate: $350.00 |
|----|------|----------------------|------|----------------------|
| MA | 1-6-2020 | Review email correspondence from Trustee that I have been hired to conduct land work and prepare Division Orders for each lease. Email correspondence with in-house landman. Telephone conference with in-house landman to discuss project and how to divide the work to complete it within the deadline. | .5 | $175.00 |
| MA | 1-7-2020 | Telephone conference with Trustee, attorney Aaron DeLeest and James Baring to discuss information that needs to be provided to them in order to attach to their court documents. Discuss list of mineral owners and addresses. Telephone conference with in-house landman to determine what information he has. | .25 | $87.50 |
| MA | 1-8-2020 | Email correspondence to Bill LaFleur regarding pay deck names and address and compiling a list for the attorneys by Monday. Review REDU pay deck list provided to attorneys. Telephone conference with in-house landman. | 1.0 | $350.00 |
| MA | 1-10-2020 | Conduct title work at the land office. Request electronic access to leases and executive lease summaries. Begin lease review. Discussion with Tim Skillman regarding electronic access. Request electronic access from Trustee in order to conduct lease review. Review Lessor names and addresses currently in the HVI Cat Canyon list. | 2.0 | $700.00 |
| MA | 1-13-2020 | Continue with lease review and being pulling executive lease summaries. Provide sample of lease summary to Tim Skillen to email RSG counsel to get copies. Review draft of the complaint to obtain declaratory relief that the debtor's oil and gas leases are not executory contracts under section 365 of the Bankruptcy Code. | 3.5 | $1,225.00 |
| MA | 1-14-2020 | Conduct title work at the land office. Review email correspondence regarding lease summaries. Telephone conference with Zev Schetman regarding pay deck and leases. Discuss North Orcutt Leases. Review North Orcutt lease status. Email correspondence from Zev Schetman regarding decision to notice only contract parties not mineral owners. Telephone conference with attorney Eric Israel regarding names on the oil and gas lease contracts and the notice clause in each lease. Discuss task to provide list of names of people to send notices to. Review email correspondence from Eric Israel to Michael McConnell regarding notice clause and correct people for notice. Review list of lease claimants to be added to the motion that will be filed. | 4.0 | $1,400.00 |
| MA | 1-15-2020 | Review and analyze five leases for original date of oil and gas lease, notice clauses and signatories on the original lease. Review pay deck for leases. Draft detailed Email correspondence to Trustee and attorneys regarding change of address for mineral owners. Telephone conference with Tim Skillman, Trustee, Eric Israel and Zev to discuss service list and new information required. Begin | 6.0 | $2,100.00 |

| | | | | |
|---|---|---|---|---|
| | | working on lease list that provides, field name, lease name, APN and Original Lease Date for Santa Barbara County Leases. Review lease documents to obtain information and enter data into the spreadsheet. | | |
| MA | 1-16-2020 | Continue to work on the spreadsheet listing County, Field, Lease, Assessor Parcel Number and Original Lease Date for all oil and gas lease. Review email correspondence between Michael McConnell, Mackenzie Hunt and Zev Shechtman. | 1.5 | $525.00 |
| MA | 1-17-2020 | Continue to work on spreadsheet listing County, Field, Lease, Assessor Parcel Number and Original Lease Date for all oil and gas leases. Review complaint changes requested by Michael McConnell. Review questions from Zev Shechtman regarding the bell lease owners, Dugger Trust, Kyle Twitchell and Twitchell Trust. Review and analyze notice of default for Bradley Land Company. | 1.5 | $525.00 |
| MA | 1-19-2020 | Review and respond to email correspondence regarding addresses for five different mineral owners. | .25 | $87.50 |
| MA | 1-20-2020 | Combine REDU APN file and lease names. Finalize the spreadsheet with County, Field, Lease, Assessor Parcel Number and Original Lease Date. Email the final spreadsheet to Trustee and attorneys. Review and analyze conveyance of term and overriding royalty from Greka and Rincon to UBS AG. | 4.0 | $1,400.00 |
| MA | 1-21-2020 | Review final complaint for 365 BK code that was filed with the court. Review email correspondence regarding filing. Review final list of mineral owners on Exhibit. Telephone conference with Bill to inform I received messages of mineral transfers. | .5 | $175.00 |
| MA | 1-29-2020 | Travel to and from the meeting in Cat Canyon with Michael McConnell and Bill LaFleur regarding land and title work. Meeting with Bill LaFleur to organize order of leases and work to be completed this week. Prepare list of leases. | 2.0 | $700.00 |
| MA | 1-31-2020 | Travel to Bankruptcy court in Santa Barbara. Attend creditors hearing. Meet mineral owners. Discuss providing past and ongoing production information. Meeting with mineral owner. Discuss leases and mineral ownership. Review and respond to e-mail correspondence from Nick Dellefave regarding Richfield East Dome Unit and Unitized formation. Begin to review and compile production information. E-mail correspondence to Tim Skillman requesting production and sales information for the leases requested. | 5.00 | $1,750.00 |
| | | | | *TOTAL:$11,200.00* |

# INVOICE

**Aguilera Title and Land Services**
2408 Del Sur
Santa Maria, CA 93455
805-714-2750
Maribel@mahernandezlaw.com

**Re: February 2020**
**HVI Cat Canyon-Land and title work for**
**Bankruptcy**

| ID | Date | Description of Service | Time | Rate | Total |
|----|------|------------------------|------|------|-------|
| MA | 2-3-2020 | Review and respond to email correspondence from Andrew H. Barbour regarding Philip Barbour's royalty interests held by HVI which has not been distributed to the individual heirs yet. Philip Barbour's probate estate has been reopened in part to assert creditor claims against HVI. Gavin R. Barbour is the personal representative of the Estate of Philip J. Barbour. Research the lease location of the interest. Review email from Bill Lafleur with Net Revenue interest for each mineral owner in the lease.  Review email attachments. E-mail correspondence to Bill, Tim, Michael and Eric regarding streamlining the process for mineral owner's information and requests. Review and revise employment application. | .5 | $350.00 | $175.00 |
| MA | 2-4-2020 | Review and respond to e-mail correspondence from attorney Gisele Goetz regarding production for Chamberlin Oil, LLC wells in Zaca field. Compile REDU production information for multiple mineral owner requests received. | 1.5 | $350.00 | $525.00 |
| MA | 2-5-2020 | Review e-mail correspondence and continue to work on REDU production records requests. | 3.0 | $350.00 | $1,050.00 |
| MA | 2-6-2020 | Telephone conference Cal-Gema. Continue to work on REDU field production. Review revised Application for employment and changes made to agreement. Review e-mail correspondence from Aaron deLeest regarding surface lease agreements and motion required for surface rental payment. Begin to research and compile production information for Zaca field as requested by mineral owner in Chamberlin. | 3.5 | $350.00 | $1,225.00 |
| MA | 2-7-2020 | Begin to work on surface lease agreement list to provide payee names, addresses and amounts due. Obtain and match the surface lease agreement with corresponding lease location. Review e-mail correspondence between Bill, Nayeli and Tim Skillman regarding the monthly payment payee address information. Request and review the monthly royalty payment information for each lease. | 3.5 | $350.00 | $1,225.00 |
| MA | 2-10-2020 | Review and respond to email correspondence from attorney Gisele Goetz. Attend weekly management office meeting with Michael McConnell, Tim Skillman, Bill Lafleur and Alex Dimitrijevic. Discuss royalty reconciliation. Research the location of east Valley Farm and research transaction history. Provide transaction history and Assessor Parcel number to Bill Lafleur. Email correspondence with Upasna regarding production information for Chamberlin Oil, LLC. Continue to work on yearly surface lease payments to provide surface lease agreement information, oil and gas lease physical address, payee name, payee address and amount of rental payments. Request pre and post-petition amounts paid and due for surface lease agreements from James Baring. | 5.5 | $350.00 | $1,925.00 |

| | | | | | |
|---|---|---|---|---|---|
| MA | 2-11-2020 | Review each surface agreement in order to provide the legal description with section location. Review which surface agreements cross the boundary between lease lines. Obtain Assessor's Parcel Numbers covered in the agreements. Research assessor parcels that have been fractionalized within the sections of the Bradley oil and gas lease in order to provide accurate surface address for the surface lease rental spreadsheet. Enter surface address for each of the Bradley Lands surface agreements because the Bradley Lands leases are distinguished by sections. Use APN to get the physical address of the surface property that is included in the agreements. Review reconciled royalty spreadsheet provided by Bill Lafleur. Discuss reconciled royalty process. Discuss Belridge reconciled royalties for the Gibson lease. Telephone conference with Zev and James regarding lack of pre-petition amounts paid or due on the surface lease rents. Telephone conference with Zev to discuss the need for a copy of all the original oil and gas leases.  Schedule meeting for tomorrow with all interested parties to discuss accounting information needed for surface rent amounts paid historically and owed and process to obtain oil and gas leases within the timeframe expected. | 5.0 | $350.00 | $1,750.00 |
| MA | 2-12-2020 | Telephone conference with Eric Israel, Zev Shechtman, Bill Lafleur and James to discuss issue with surface rental payments pre and post-petition. Go to lakeview office to obtain list of leases, retrieve land files and maps that were left. Review 310 and 312 maps in order to view the separate sections that the Bradley Land leases are located in. Begin review of files for REDU lease. Phone conference with Eric Israel. Review Grantor-Grantee Index to locate transaction with ERG. Obtain date of transfer. Obtain copy of Assignment of Leases. Email correspondence to Tim with list of leases that were transferred and copy of vesting document. | 3.0 | $350.00 | $1,050.00 |
| MA | 2-14-2020 | Review and respond to email correspondence from Zev regarding Barkers response to the complaint. Review questions and new name of the Trust. Review information regarding lawsuit filed by the Barkers for nonpayment previously. | .5 | $350.00 | $175.00 |
| MA | 2-16-2020 | Begin to scan a full list of the surface agreements into folder. Add the Instrument numbers identification numbers that were used when the Surface agreement were transferred in 1999 to Greka SMV for continuity purposes. Add the official title of the surface document via which the surface lease is held. Verify all the surface payments are included in the yearly payment schedule. Discuss the minimum royalty payments due on Harbordt and Laine Lease that were included in the yearly surface payments but should not be included as surface lease payments. Analyze the title documents for the 1999 transfer to Greka SMV. | 3.0 | $350.00 | $1,050.00 |
| MA | 2-17-2020 | Attend weekly management meeting with Tim Skillman, Michael McConnell, Alex Dimitrijevic, Alejandro Pinon, George Vargas, Bill LaFleur, Aaron and James.  Email final surface payment spreadsheet to Aaron DeLeest. Find the Kemp lease addresses for Judy Roger and Souza siblings.  Locate the surface agreements that we are missing in order to scan them into the list of Right of Ways and surface agreements. Compile old land maps for Santa Maria Valley, Cat Canyon and Casmalia Oil Fields to display lease locations. Create list of surface agreements for production to review. Create list of oil and gas leases for production to review. Provide direction to staff and review the REDU compilation and organization of the Unit Operating Agreement and oil and gas leases. Review Belridge compilation and organization of the oil and gas leases. Begin review of Gibson title | 5.0 | $350.00 | $1,750.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | documents and lease summary. Conduct title work and research the transfer of the lakeview lease from HVI Cat Canyon. Find the document by which the interest in Lakeview lease was transferred. Review parcel numbers and legal description in the Quitclaim Deed. Provide copy of the document to Tim Skillman. Discuss the transfer with Bill LaFleur and Tim Skillman. | | | |
| ML | 2-17-2020 | Compile list of REDU Leases and Unit Operating Agreement. Organize, create exhibits and tab for attorneys to review. Compile list of oil and gas leases in Belridge field. Organize, create exhibits and tab for attorneys the O'Donnell, McPhail and Gibson Lease. | 4.5 | $125.00 | $500.00 |
| MA | 2-18-2020 | Telephone conference with Eric Israel and Aaron Deleest regarding surface lease agreement. Obtain surface lease amounts due pre and post-petition from controller. Review and compare Debtor schedule G with our surface lease agreement list. Provide details for the three agreements that are not on our list. Review and analyze the four expired surface agreements. Locate the license agreement with Aera in Belridge. Conduct research on DOGGR website and locate Assessor Parcel Number of the McPhail Lease. Locate, review and analyze the REDU Guarantee-Laor partial surrender and easement retention. Research the history on the partial surrender on the Guarantee-Laor Lease. Review the rental payment on the Adams Family pipeline with Controller. Review final spreadsheet revised by controller. Prepare final list of surface lease and email correspondence explaining the addition of the Righetti, Belridge and Guarantee-Laor surface agreements to the list. Begin to create a global lease list to provide to production department in order to determine the leases we want to release. Email list of oil and gas leases and Surface agreements to production department. Email correspondence to Upasna Suri regarding REDU royalty owners requests. Discuss the $5,500 amount negotiated with attorney Vincent Martinez to be consistent with historical payments for accounting purposes. | 7.0 | $350.00 | $2,450.00 |
| ML | 2-18-2020 | Compile, organize and create exhibits for the oil and gas lease contracts for Zaca field and commence working on Cat Canyon leases. | 3.0 | $350.00 | $1,050.00 |
| MA | 2-19-2020 | Review e-mail correspondence from James and Aaron regarding motion. Review and analyze the 2001 Righetti ROW obligations and payments required to maintain the ROW. Research the historical quarterly payments required to be made to the multiple payees. Discuss calculating the historical payments that were made and project the future payments that may be due and owing.  Review and respond to e-mail correspondence regarding the need for the Morganti Water Disposal Agreement. Discuss the four surface agreements with Bill Lafleur that are expired in order to determine where we are at with negotiations with the surface owners.  Review Trustee's Notice of Motion and Motion for an Order: (1) Setting procedures for assumption of oil and gas leases; (2) Authorizing Assumptions of Surface Lease; and (3) Authorizing rejection of the Lakeview Office and Warehouse Lease; Memorandum of Points and Authorities, Declaration of Michael A. McConnell and Request for Judicial Notice in Support thereof. Request final spreadsheet that will be attached to the motion. Review and revise the final spreadsheet for the surface leases. E-mail correspondence to all with revised spreadsheet. Provide production/sales and royalty information for Chamberlin lease requested from June 2019 to December 2019. | 5.0 | $350.00 | $1,750.00 |

| | | | | | |
|---|---|---|---|---|---|
| ML | 2-19-2020 | Complete the compilation, organization and tabbing of the oil and gas lease contracts for Cat Canyon leases. | 2.0 | $125.00 | $250.00 |
| MA | 2-20-2020 | Review and respond to email correspondence from Zev. Review Stipulation. Email correspondence with Upasna regarding REDU production. Work on REDU mineral owner request. Review mineral owner names from the stipulation. Review, Robert Thomson, Trustee No. 5 royalties owed from July 2019 to December 2019. | 2.0 | $350.00 | $700.00 |
| MA | 2-21-2020 | Review e-mail correspondence from Mike McConnell regarding Lyon Living mineral owner. Review and respond to e-mail correspondence from Mike McConnell regarding Righetti Agreement and Morganti water agreement. Provide update on the agreements and information regarding ongoing negotiations between Bill and attorneys for the surface owners.  Telephone conference with attorney Thomas Keirffer to discuss status of the bankruptcy.  E-mail to Mike McConnell to provide information about the conference call. | 1.0 | $350.00 | $350.00 |
| MA | 2-22-2020 | Provide global lease list and final surface lease list of entire company leases and request the production department inform if any of these leases are not useful to maintain. | .25 | $350.00 | $87.50 |
| MA | 2-24-2020 | Attend weekly Monday management meeting. Review e-mail correspondence from Eric Israel. Review e-mail correspondence regarding mineral owner's request for information. Respond to e-mails from the mineral owners. Review and analyze the Right Of Way Surface files for various pipelines. Research existing maps for facilities and pipelines.  Provide direction to Bill LaFleur to print each ROW agreement for the attorney Zev and obtain a plat for each ROW. Receive request to map out each field and lease. Review Carranza oil and gas lease and begin summary. Map Zaca Field-Chamberlin, Davis, Carranza and Luton and provide field map for Zaca. | 4.5 | $350.00 | $1,575.00 |
| MA | 2-25-2020 | Map Leases for Gato Ridge section of Cat Canyon field. Map Bell, Palmer Stendel and Blochman section of Cat Canyon field. Map Lakeview, Golco, Aquistapace, Nodlew and Nicholson. Review e-mail correspondence regarding QTIP Trust and Judge Gold. Review pay deck and lease information for mineral owner. Prepare Global lease list for operations to determine what leases they plan to bring online. | 4.0 | $350.00 | $1,400.00 |
| MA | 2-26-2020 | Map North Cat Canyon leases-Lloyd, Security, Thomas, Mortensen and Harbordt. Map Bradley Lands leases, Kemp, O'lean and Mckenzie. Provide map for REDU field. Create document to address leases that are active, idle and long term idle. Provide instruction to Bill LaFleur to have a meeting with general manager Alex D. to ask him for a list of the leases he does not think are of value to pursue a lease or ratification. Go through the lease list with Bill LaFleur. Work on lease review and title documents for Mc Phail lease. | 6.0 | $350.00 | $2,100.00 |
| MA | 2-27-2020 | Map Union Sugar and Hopkins. Prepare cover sheets for every single surface lease agreement in order to provide records to Zev Schetman. Print and assemble surface lease agreements in order to provide documents to Zev Schetman. In office meeting with attorney Zev and Bill LaFleur to review land files, oil and gas leases, surface agreements, discuss standard operating procedure to provide change of address. Field visit. Review e-mail correspondence from CGI regarding updating addresses and requests made by mineral owners. Review e-mail correspondence from Rob Thomson with request for royalties owed.  Discuss oil operations and need for water agreement | 6.0 | $350.00 | $2,100.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | at Morganti. Continue to work on title documents for Belridge-O'Donnell. | | | |
| MA | 2-28-2020 | Telephone conference with Zev regarding discovery requests and files. Work on REDU ownership interests for DOI. E-mail correspondence with CGI to provide documents and amounts to mineral own who have requested it. Review e-mail correspondence regarding change to Norman T. Boisseranc Family Trust because the entity no longer exists. | 1.5 | $350.00 | $525.00 |
| MA | 2-29-2020 | Map Moretti, Bettiga, Adam, RB McFaddin, Laine, Payne, REDU, East Valley Farms, Belridge-O'Donell, Gibson and McPhail leases. Provide Map boundaries to SCS Tracer in order to obtain big maps. Prepare memorandum for Tim Skillman regarding extra resources needed in order to meet the new timeline. | 5.0 | $350.00 | $1,750.00 |

*TOTAL:$28,487.50*

# INVOICE

**Aguilera Title and Land Services**

2408 Del Sur
Santa Maria, CA 93455
805-714-2750
Maribel@mahernandezlaw.com

**Re: March 2020-HVI Cat Canyon Title work
For Bankruptcy**

| | Date | Description of Service | Time | Rate | Total |
|---|---|---|---|---|---|
| MA | 3-1-20 | Provide Belridge and REDU boundary for fields Draft memorandum requested by Tim Skillman regarding resources needed by Land Department to complete the land and title work by deadline imposed by Trustee. | .5 | $350.00 | $00.00 |
| MA | 3-2-20 | Attend weekly management meeting. Review last week's notes from Tim Skillman. Review and respond to e-mail from Milton Fry regarding changes we need to make to Jane Adam Trust. Review Tim Skillman's notes of last week's activity. Review e-mail correspondence from Shelly Panta regarding Thomas lease and direct bill to highlight the notice section and respond in order to address the mineral owner's inquiry about lease expiration. Review message from Mary Wallace regarding claim form. E-mail Mary to provide our contact e-mail address and answer her questions. Review and respond to e-mail regarding Dale Davis from Harbordt lease. Review and respond to e-mail regarding CPI increase on Boisseranc lease. Review and respond to e-mail with Joseph Kraus with information for REDU production. E-mail correspondence to James Baring regarding royalty amounts owed to mineral owners. Review and respond to e-mail correspondence from Dellena Ludwig regarding claim discrepancies and new owner information. Review e-mail correspondence from Eric Israel regarding No. Orcutt leases and Mortensen leases. Review the three oil and gas leases and respond to e-mail. Review and respond to e-mail with McKenzie hunt regarding DOI form to us with mineral owners. In office with Upasna, Alex and Alejandro to review idle and active lease spreadsheet. Draft and correct lease list for active, short term idle and long-term idle leases and e-mail to McConnell, Skillman, Baring and Paul. Create spreadsheet for CGI of all the monthly surface payments for them to use moving forward. Verify all this month's surface rental payments and address for all the Lessors who will receive checks. In office meeting with Tim Skillman to discuss additional resources for the land department. Provide memorandum of tasks required for the project and resources necessary to meet the new deadline. Provide direction to Bill Lafleur to begin creating the title spreadsheet for REDU. Provide access to title company in order to obtain copies of recorded documents at no charge through my Fidelity Title subscription. In office with Upasna, | 7.5 | $350.00 | $2,625.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Alex and Alejandro to review idle and active lease spreadsheet. | | | |
| MA | 3-3-20 | Attend Monday management meeting. Review e-mail correspondence from McKenzie regarding Division Orders. Telephone conference with McKenzie Hunt to inquire about unleased interest. In office meeting with Tim Skillman and James Baring. Provide direction to staff to organize files in boxes. Research and analysis on chain of title on Gibson, Belridge and Mc Phail leases. Work on Belridge title. Draft legal description for Gibson, Belridge and Mc Phail leases. Telephone conference with Bill to discuss REDU title and organization of vesting documents. Meeting with Upasna to discuss production requests procedure for the mineral owners. Review obligations upon quitclaim of oil and gas lease on the Lakeview and Mortensen. | 5.0 | $350.00 | $1,750.00 |
| ML | 3-3-2020 | Move land and well files in boxes from general area into the storage area following the index. Organized land and well files by lease, room number, lease, well and miscellaneous. Assist with running title on Union Sugar. | 5.5 | $125.00 | $687.50 |
| MA | 3-4-20 | Review and respond to email regarding Joseph Krause mineral owner on REDU field and inquiry as to production and royalty checks going out. Review and respond to email correspondence regarding Frederick Thomson Trust. Telephone conference with Maryanne from CGI. Request boundary map for Casmalia field. Review historic map for Belridge leases. Review and respond to email regarding finalizing the process for entering sales and calculating related royalties and request timing of the royalty checks for mineral owners. Review historic Map of Brandley Land Unit, Bradley Consolidated and Texaco Bradley Lands. Research title for Bradley Land Unit for the last twenty years. | 3.5 | $350.00 | $1,225.00 |
| MA | 3-5-20 | Telephone conference with Milton Fry and Bill Lafleur to discuss Division orders and new process to track change of addresses. In office meeting with Mike McConnell, Alejandro Pinon, Tim Skillman and James Baring to discuss Right of Way and Injection Agreement for Escolle and Casmalia fields. Pull agreements for Escolle and Casmalia. Review deck for all leases and fields. Calculate the royalty burden for each individual lease in all the fields in Santa Maria Valley, Cat Canyon, Belridge and REDU. Coordinate mapping project with Nathan Eady to print maps. Take inventory of leases that have been mapped. Analyze reserve report and begin to enter the reserves for each lease from the reserve report. Draft spreadsheet with reserve report final numbers and royalty burden for each lease. Email correspondence from Robert Thompson regarding his upcoming payment and check. Telephone conference with Maryanne to discuss change of address letter and protocol. Review and edit Cat Canyon map and request the changes to the map are made. Review information for petrocomp portal. | 7.5 | $350.00 | $2,625.00 |

| MA | 3-6-20 | Continue to work on reserve report analysis for each lease and compare it to the royalty burden on each lease. Review royalty report for Jan and February sales provided by CGI for all royalties due over $100. Review final lease map for REDU and Santa Maria Valley provided by SCS Tracer. | 3.0 | $350.00 | $1,050.00 |
|----|--------|---|-----|---------|-----------|
| MA | 3-7-20 | Review and analyze RSG response and Trustee counterclaim factual allegations and responses. Draft email to Zev with response. Review email correspondence from regarding Order Settling Account and Report for Administrator Allowing Compensation for Ordinary Services and for Final Distribution for Estate of Beatrice Rose Gatewood. Review email correspondence with James and Maryanne at CGI regarding royalty checks. Review email correspondence regarding counterclaims made by Mike McConnell as Trustee. | 2.0 | $350.00 | $700.00 |
| MA | 3-8-20 | Research title for Security Lease. Review and analyze account payable summary provided by Milton Fry regarding October and November 2019 production being calculated and checks cut manually. Review unpaid royalty amounts. Finalize my review of the reserve report and create summary spreadsheet to provide explanation of the reserves for Proved Shut in, proved developed for all the leases in Belridge field, REDU, Cat Canyon, Santa Maria Valley, Casmalia and Zaca fields. Update the global lease list to provide the reserve report information adjacent to the royalty burden. Email final analysis and spreadsheet to Michael McConnell and Tim Skillman. | 6.0 | $350.00 | $2,100.00 |
| MA | 3-9-20 | Attend weekly management meeting with Tim Skillman, Michael McConnell, Alex Dimitrijevic, Alejandro Pinon, George Vargas, Bill LaFleur, Aaron and James. Review email correspondence from James Baring with regarding only paying royalties on the crude sold in January and February, which was December production and determining how to proceed with the royalties for the other months at a later point because money has not been collected from those sales. E-mail correspondence to SCS Tracer to send maps to print for SM Valley, Cat Canyon and REDU. E-mail correspondence to get update on Casmalia. Review and respond to e-mail correspondence from Zev regarding title on Mortensen, Lakeview, Golco and No. Orcutt for Surface and minerals. Go to county clerk recorder office to run title on the properties. Obtain recorded document numbers. Print and compile documents. Prepare Summaries for chain of title for Mortensen, North Orcutt, Lakeview and Golco properties. Draft e-mail correspondence to Zev with lease summaries and supporting title documents. Review e-mail correspondence from Mike McConnell with direction to handle Righetti ROW. In office conference with Alex Dimitrijevic to discuss Escolle and Casmalia Operations. Review Righetti ROW Agreement to respond to Alex Dimitrijevic question regarding our clean up responsibilities after termination of the agreement. Telephone conference with attorney Richard Adam regarding | 7.5 | $350.00 | $2,625.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Righetti ROW. In office discussion with Tim Skillman and Mike McConnell regarding the reserve report analysis, summary and spreadsheet printed and provided. Pick up maps and post them in the conference room. E-mail correspondence with Michael Morton regarding progress on Zaca title. Review e-mail correspondence from Mineral owner Judy Oldham. Respond to e-mail and forward updating information to Bill LaFleur to update. Provide Mary Wallace updated information to Bill Lafleur to update the mineral owners contact information. Review and analyze final updated answer by Zev S. to counterclaim filed. | | | |
| ML | 3-9-20 | Review legal description for Chamberlin, Davis, Brown, Quatti and Carranza leases. Map Chamberlin lease, Davis, Davis B and Davis C leases. Map Quatti, Brown and Carranza leases. | 4.5 | $125.00 | $562.50 |
| MA | 3-10-20 | Review and respond to email correspondence from Craig Adams on reserve report. Analyze and compare the new reserve report summaries line by line. Email correspondence with Richard Adam regarding feedback he received from the Righetti Family. Set up meeting with Richard Adam to discuss the ROW Agreement. Request list of bullet points to remove and edit form Rich Adam's proposed Right of Way Agreement for Escolle. Review and respond to email correspondence from Aaron DeLeest. Review punch list from special counsel. Review Casmalia lease map. Review and respond to email from James Baring regarding Candy Waldron regarding the Douglas Waldron royalty interest and the 1099 received that is incorrect. Provide address for Chamberlin Oil, LLC and Smith Brother royalty owners to James Baring in order for checks to be mailed out. Map the Lospe lease. In office meeting with Richard Adam to negotiate better terms of the Righetti ROW. Discuss problem with the language in the sections 10 which requires immediate payment as to "alleged damages" caused by Lessee's use of the premises, again with no recourse or mechanism to adjudicate a disagreement, Paragraph 15 which has no indemnities in favor of the Lessor even when the Lessee has not caused the purported damage and it does not exclude coverage for the Lessor's own negligence or willful misconduct and Paragraph 17, the condemnation clause does not provide for any compensation to the Lessee for its Lessee's interests in the event of a condemnation. listed. Request preferred language from McKenzie Hunt and Brian Becker for the paragraphs that we need more favorable language for. Review Well Start access information with DOGGR. | 7.5 | $350.00 | $2,625.00 |
| ML | 3-10-20 | Alphabetized Change of Address request forms for mineral owners in order to assist accounting department with addresses for royalty checks to be mailed. Create Excel spread sheet. Enter each change of address, phone number, and change of ownership, for mineral owners in order to have an | 3.5 | $125.00 | $437.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | index for future use and search purpose when mineral owners call to verify change of address request. | | | |
| MA | 3-11-20 | Provide title template I prepared to Michael Morton and Bill Lafleur to use during their draft of the title reports. Review email correspondence regarding inquiry made by potential purchases of interest held by Saba in Utah. Determine the interests are not involved in the bankruptcy.  Review the Righetti ROW lease with the alterations made by Richard Adam after our in person meeting yesterday. Review proposed quitclaim. Discuss proposed language regarding the damage provision and the condemnation provision in the agreement. Discuss position of the Righetti family.  Review redline and clean version. Review and respond to e-mail correspondence from Brian Becker and Mackenzie Hunt regarding Righetti ROW terms and sections 10, 14 and 17. Review email correspondence regarding resolution reached for Belridge but there is additional issue in the Production to Revenue interface due to Upasna using a summary feature that is not picking up the current purchasers, therefore all sales are being allocated using Santa Maria Refining prices. Review email correspondence regarding decision made to delay January and change the purchaser of our December and January crude from Santa Maria Refining to our new customers, PCEC and P-66. Access Wellstar for production information on leases. Review e-mail correspondence regarding mineral owner Candy Waldron. Telephone conference with Zev regarding plugging and abandonment process for wells. E-mail correspondence with Grant Rodges regarding title work in Belridge. E-mail correspondence with request for production and sale numbers in REDU from July to December 2019. Review production numbers for REDU provided by Upana Suri. | 5.0 | $350.00 | $1,750.00 |
| ML | 3-11-20 | Draft updated information for royalty owners for the land department and transfer the updated information for royalty owners into Excel spread sheet for payment of royalties. Create files of oil and gas leases in Santa Maria Valley Field for all leases, Belridge for three leases and Zaca field for all leases. | 4.5 | $125.00 | $562.50 |
| MA | 3-12-20 | Draft parcel map for Union Sugar Lease. Commence running title on Union Sugar lease.  Review REDU gross production and sales for December and January. Call with CGI regarding DOI's. Review invoice from Michael Morton and W-9 and provide to James Baring. Create parcel map for Union Sugar Lease. Review language provided by Brian Becker for Paragraph 10,15,17 and 18 for Righetti ROW in order to present the proposed language to Rich Adam. Add the proposed language to the Agreement and revise the final agreement. Email correspondence to Rich Adam with the additional language and revisions made to the agreement. | 4.5 | $350.00 | $1,575.00 |

| | | | | | |
|---|---|---|---|---|---|
| ML | 3-13-20 | Teleconference Meeting with CGI to discuss process for changes to the deck. Emails to Maribel and Bill re COA list for mineral owners. Search the land files for two physical copies of leases requested by Aaron Deleest related to the surface agreements that are part of the true leases in the Bankruptcy motion. Find the leases and scan to attorney. | 4.0 | $125.00 | $500.00 |
| MA | 3-13-20 | Research and run title on Union Continental lease. Telephone conference with Marilynn Smith and Brenda P. regarding DOI process and training on PetroComp. Provide instruction to land admin regarding process for mineral owners to change address or ownership. E-mail correspondence regarding REDU and Belridge royalty calculations. E-mail correspondence from Milton regarding changes made to 27 Land Holdings and Spindletop. In person conference with Michael Morton regarding Chamberlain lease and quitclaim in 2010 from Greka back to Chamberlin. telephone Conference with Grant Rodges regarding HVI Kern County pay decks, division of interest (DOI) for the three Belridge properties. Provide pay deck information for comparison and verification. Review title date down on Gibson Lease provided by Grant Rodges. Review e-mail correspondence regarding payment report Detail list provided by Maryann. Review payment list. | 5.5 | $350.00 | $1,925.00 |
| MA | 3-14-20 | Research title on Lloyd Lease. Run the chain of title from 2000 to present. Review the oil and gas lease terms. Draft title report on Lloyd Lease. Commence title research on Fullerton Lease. | 5.0 | $350.00 | $1,750.00 |
| MA | 3-16-20 | Attend Monday management meeting. Locate letter agreements for surface rentals on Bradley Land Company leases. Telephone conference with Zev regarding leases and amendments. Provide directive to staff of draft Index for Oil and Gas Leases, Amendments and quitclaims that affect chain of title for the documents production request by bankruptcy attorneys. In office meeting with Tim Skillman to discuss deficiencies in reserve report. Review e-mail correspondence from Tim to Craig and Craig's response regarding the reserve report and providing value to Lakeview and Escolle. Review e-mail correspondence from Milton and James regarding new decks for REDU. Telephone conference with James regarding update to new decks as the title is complete and some leases and we can prepare the DOI's for REDU. Review e-mail correspondence from Mike McConnell regarding using new REDU deck once company decision is made to change the decks. Obtain the new amendment to Morganti lease for water injection. E-mail correspondence to Brian Becker and McKenzie Hunt regarding new proposed language for amendment. Telephone conference with Rich Adam to request final agreement on Righetti ROW. Telephone conference with Twitchell and Rice firm regarding Morganti Water Injection Agreement. Commence negotiations on price for the water injection. In office meeting with Bill Lafleur to discuss Casmalia title. Review e-mail correspondence from Rich | 7.5 | $350.00 | $2,625.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Adam with his approved final agreement and Quitclaim Deed. Forward final agreement to Brian Becker and Mike McConnell. Provide copy of Morganti oil and gas lease and 5 amendments for the Water Injection Agreement to Brian Becker for his records. Research and search for MC-06562 and MC-06587 Letter Agreement that reference the surface agreements on Bradley Lands. Review letter correspondence from attorney Morrison regarding Hardbordt lease royalty owners. | | | |
| ML | 3-16-20 | Receive directive form attorney to begin draft of Index for all Oil and Gas leases, amendment and quitclaims listed for each lease in order for attorney Zev Schetman to have the index list for his summary judgement motion. Prepare index list for all Surface Agreement rentals for attorney Aaron DeLeest and transfer copy of all the surface agreements to electronic format. | 5.0 | $125.00 | $625.00 |
| MA | 3-17-20 | Review e-mail correspondence from Michael Fusselman regarding reserve report. Telephone conference with Tim Skillman regarding Fusselman's e-mail response. Forward e-mail to Michael McConnell to discuss the reason why certain leases are not on the reserve report list. Telephone conference with Craig Adams, Tim Skillman and Bill LaFleur to go through the list of leases not listed on the reserve report. Discuss Escolle, Fullerton and Lakeview lease assessments. Craig and Michael will assess the Escolle and Lakeview for reserve report purposes. Request PUD reserves on Belridge leases. Telephone conference with Brian Becker to discuss Morganti lease amendment for the water injection agreement. Review the seven previous agreements in order to incorporate and reference the names and dates of all previous agreements in the new agreement. Draft and redline agreement. Provide redline and clean copy to Brian Becker for review. Conference with Michael Morton and Bill Lafleur to discuss progress on Zaca lease title. Telephone conference with Richard Adam and Jerry Namba regarding the Lloyd Lease mineral owners. Answer the attorneys questions on the Lloyd Lease.  E-mail correspondence with CGI to request back owed royalties to Waldo Gillette on the Lloyd lease. Discuss the timing in which the Righetti ROW will be executed with James Baring because we need to pay $18,000 yearly rental upon full execution. Review and finalize Index of documents provided to Aaron DeLeest for the surface rental agreements. Prepare letter to Vincent Martinez regarding the Morganti water injection agreement. Review e-mail correspondence from Zev on cross complaint filed by Bradley Land Company. Discuss document review and respond for Bradley Land Company. Direct Bill Lafleur to run title on Casmalia field and review the Lloyd title. Review email correspondence from attorney Gisele Goetz for ZACA mineral owners regarding royalties. Revie the draft Index of Surface Rental Agreements for Aaron Deleest. | 7.5 | $350.00 | $2,625.00 |

| | | | | | |
|---|---|---|---|---|---|
| ML | 3-17-20 | Continue to work on Index of Oil and Gas leases, amendments and quitclaims for attorney Zev Schetman so that he can attach documents to Motion for Summary Judgement. | 5.0 | $125.00 | $625.00 |
| MA | 3-18-20 | Review and respond to e-mail correspondence with Brian Becker and Alex Dimitrijevic regarding Morganti Water Agreement. Telephone conference with Vincent Martinez to discuss new terms of the agreement and negotiate lower price rental. Offer half of the amount they were being paid last year. Finalize agreement and send e-mail correspondence to Vincent Martinez with redline and clean copy of proposed agreements. Review and respond to questions from Eric Israel and Aaron DeLeest regarding surface rental payments that are included within the oil and gas lease. Review and respond to e-mail correspondence from Zev regarding Lakeview and Golco Lease. Provide title information to Zev on the leases. | 3.0 | $350.00 | $1,050 |
| ML | 3-18-20 | Finalize Index for Oil and Gas Leases, amendments and quitclaim documents for each lease and transfer Index of all files to USB drive to provide to Zev Schetman. Research and search for physical copy of surface rental agreement requested by Aaron DeLeest and provide to attorney. | 5.0 | $125.00 | $625.00 |
| MA | 3-19-20 | Conduct title research on the Thomas Lease. Review and revise Carranza lease title report. Review and analyze Oil and Gas Lease dated May 2, 1979 between Chevron and Bradley Land Company and the Amendment to the Oil and Gas Lease between Chevron and Bradley Lands. Review Escolle lease title report. Email correspondence with Rich Adam regarding ETA for Righetti ROW agreement. Email correspondence with Mike McConnel regarding the signing of the agreements and response to Rich Adam. Discuss deadline to file response and requesting extension form Aaron and Zev. Web ex meeting with Maryann Smith from CGI. | 6.5 | $350.00 | $2,275.00 |
| ML | 3-19-20 | Transport and organize land files by lease in order to find the documents requested in discovery by opposing counsel and our attorneys because the files were disorganized during the move from the field office. Organize and file the land files on the shelves in order to create a Land library for REDU lease and all other land files. Located physical files for Bradley Lands and make copies of the lease files. Scan copy of the oil and gas lease to attorney in order to send the files to Aaron DeLeest. | 5.0 | $125.00 | $625.00 |
| MA | 3-20-20 | Review each single surface rental agreement provided in order to respond to Aaron Deleest inquiry whether the documents are stand-alone agreements or related to an oil and gas lease. Prepare exhibit list columns to show which surface leases are standalone agreements and which ones are part of an oil and gas leased and designate the stand alone agreements. Review and respond to e-mail from Richard Adam regarding Righetti ROW Agreement full execution date. Telephone conference with Richard Adam regarding Righetti ROW. Telephone conference with Tim Skillman and Mike McConnell regarding | 5.5 | $350.00 | $1,925.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Righetti ROW ready for full execution but contingent on approval by the bank. Provide Aaron DeLeest a copy of 8th amendment to Morganti Oil and Gas Lease to address section 25 of the lease. Provide redline and clean agreement for Righetti ROW to Aaron Deleest for his review. Compile all oil and gas leases and amendments for Goodwin A, Harbordt, Mortensen, Lloyd, Los Flores, Palmer Stendel Security and Thomas. Review revised remit. | | | |
| MA | 3-21-20 | Review and analyze title for Righetti and Righetti B leases. Review legal description. Map Righetti and Righetti B leases. | 4.0 | $350.00 | $1,225.00 |
| MA | 3-23-20 | Attend weekly management meeting. Review and respond to e-mail from Aaron regarding surface agreements. Phone conference with Aaron DeLeest Zev Schetman and Michael McConnell regarding court deadlines for true surface leases and oil and gas leases. Discuss obtaining extension for Zev's response. Calculate Net Revenue Interest and Royalty interest. Review and respond to e-mail regarding Belridge's Net Revenue interest with Ten Oaks. Telephone conference with G. Rodges regarding progress on Belridge leases. Telephone conference with Michael Morton regarding ZACA field leases. Review Davis lease electronic title report. Review and research the interest held by Andrew Firestone, mineral owner and review the potential curative matter. E-mail correspondence with Forest from Ten Oaks. Telephone conference with G. Rodges to discuss my calculations for the net revenue for McPhail 37H. Telephone conference with Forest to provide updated Working Interest, Net Revenue Interest and Override interest in Belridge-O'Donell, McPhail, McPhail 37H and Gibson Leases. Telephone conference with Zev S. to transfer copies of all the oil and gas leases and amendments for REDU, Cat Canyon, Belridge and Santa Maria Valley. | 4.5 | $350.00 | $1,575.00 |
| MA | 3-24-20 | Review transaction documents for transfer from Vintage to Greka for the ZACA field leases. Research and review all the oil and gas leases amendments and modifications for the ZACa field. Review title documents for Chamberlin and Quatti lease. Research the title and pull the map of surveys map for Davis, Davis B and Davis C and the Brown Lease to determine the corresponding oil and gas lease. Review supporting title documents for the Brown lease. E-mail correspondence with Zev regarding Zaca leases. E-mail correspondence with Vincent Martinez regarding Morganti Water Agreement. Review Martinez redline and forward redline and clean version of Morganti Water Agreement to Brian Becker and Michael McConnell for final approval. E-mail correspondence with attorney Nick Dellefave regarding his client's royalty interest in REDU. Provide production and sale information for December and January. | 3.5 | $350.00 | $1,225.00 |

| MA | | | | | |
|---|---|---|---|---|---|
| | 3-25-20 | Review latest redline version of Morganti Water Agreement. Forward redline and clean version to Brian Becker. Review Brian Becker comments. Make changes to Agreement. E-mail correspondence to Michael McConnell, Tim Skillman, James Baring and Aaron Deleest regarding last version of Morganti Water Agreement and approval to send to attorney. Send redline and clean version to attorney for execution. E-mail correspondence with Aaron DeLeest with request to delay execution because he and Eric Israel want to review. Telephone conference with Michael Morton regarding ZACA title reports and lease confusion due to inadequate legal descriptions. Review the Brown and Davis, Davis B and Davis C Leases, amendments and quitclaims and email to Zev Schetman. Telephone conference with Bill Lafleur regarding Righetti and Righerti B lease acreage reduced to 40 acres each over the history of the leases. | 2.0 | $350.00 | $700.00 |
| MA | 3-26-20 | Review email correspondence from Milton Fry regarding Frederick Thomson. Draft email to Rob Thompson with information needed for Proof of claim due March 30th. Review and respond to email from Aaron DeLeest and review changes made to Morganti Water Agreement. Email correspondence from Mike McConnell. Draft email correspondence to Vincent Martinez. Review email correspondence from Aaron Deleest regarding Righetti ROW and response due to Richard Adam. Review response email regarding Escolle pending sale scenario and Escolle payment. Review and respond to email correspondence from Alex Dimitrijevic. Review questions from Huron consulting on royalties and accounting on Belridge. Provide comments for each question. Review and revise Index of REDU leases and e-mail final index to Zev with all the field oil and gas leases. | 2.5 | $350.00 | $875.00 |
| MA | 3-30-20 | Attend weekly Monday management meeting. Draft essential employee letter. Review and respond to email correspondence from Zev Schetman and Eric Israel. Prepare 120 Division Orders for Gibson and McPhail 37. Telephone conference with Eric Israel and Bill Lafleur regarding discovery request to make copies of files for Mortensen, Lakeview, Golco. Review and respond to email correspondence with Aaron Deleest regarding ROW Agreement 40015. Find agreement requested and scan copy to Aaron to assist in his motion. Telephone conference with B. Lafleur to discuss Belridge title and Royalty interest. | 6.0 | $350.00 | $2,100.00 |
| MA | 3-31-20 | Telephone conference with G. Rodges and B. Lafleur to discuss changes to DOI's for Gibson and McPhail 37. Prepare 90 Division Orders for Belridge-O'Donell Lease. Begin title work on Goodwin Lease. Place Division Orders on Network. Review executed Eighth Amendment provided by Vincent Martinez. | 6.0 | $350.00 | $2,100.00 |

*TOTAL: $49,875.50*

# INVOICE

**Aguilera Title & Land Services**

2408 Del Sur
Santa Maria, CA 93455
805-714-2750
Maribel@mahernandezlaw.com

**To: Bankruptcy Court-Santa Barbara**

**Re: April 2020-HVI Cat Canyon-Landman
work for Bankruptcy**

| | Description of Service | Time | Rate | Total |
|---|---|---|---|---|
| 4-1-20 | Review email correspondence from Vincent Martinez regarding accounting | .5 | $350.00 | $150 |
| 4-2-20 | Research and run title on Moretti Lease and begin to run on title on Laine Lease. | 5.5 | $350.00 | $1,925 |
| 4-3-20 | Continue to research and run title on Laine Lease and finalize the Laine Lease title report. | 6.0 | $350.00 | $2,100 |
| 4-6-20 | Attend weekly management meeting. Telephone conference with Bill Lafleur to discuss title reports for Bell, Blochman and Palmer Stendel. Telephone conference with Ed Hazard regarding the Goodwin A Lease. Continue to research title and work on title for the Goodwin A Lease. | 3.0 | $350.00 | $1,050 |
| 4-7-20 | E-mail correspondence from Aaron Deleest regarding royalties due to Boisseranc in REDU. Review and respond to e-mail correspondence from Michael McConnell regarding Boisseranc interest listed in the deck. Review e-mail correspondence form Maria Castaneda with Ten Oaks regarding questions from potential buyers. Review e-mail correspondence from Tim Skillman to Lindsay regarding LOI from Globe. | 1.5 | $350.00 | $525 |
| 4-8-20 | Review and respond to email correspondence regarding Bradley Land Unit counterclaim and response. Research the ownership of the Lakeview Plant. Email correspondence with Bill Lafleur, James Baring, Alex Dimirijevic and Tim Skillmam regarding quitclaim transfer from HVI to GRL on the gas plant. Review and analyze the quitclaim. Review APCD permit and DOGGR records for ownership of wells for Lakeview and Golco wells. Telephone conference with Zev Schetman regarding the avoidance action for the transfer on the Lakeview and the Golco properties. Email correspondence to James explaining the analysis of ownership for personal property, surface and minerals on the gas plant. Review and respond to various emails regarding the sale to Globe on the Escolle lease. Request information regarding the Purchase and Sale agreement. Provide information regarding the yearly rental for year one and year two. | 4.0 | $350.00 | $1,400 |

| | | | | |
|---|---|---|---|---|
| | Inform Ten Oaks representative Lindsey that the Righetti ROW has already been negotiated and should not be re-negotiated. Review and respond to email correspondence regarding the royalty rate listed in the oil and gas leases and revealing that to all defendants and mineral owners as part of the summary judgement motion. lease agreements being. Discuss possible solution of using a protective order to control who obtains the leases as part of the SMJ exhibit. | | | |
| 4-9-20 | Review questions presented by Mariana Castaneda on the lease assets. Run title on all properties (surface and minerals) that are owned by entities owned by RSG. Review the company pay decks for royalties owned by GLR and GRL. Review transfer documents from HVI Cat Canyon not GLR and GRL. Research the company histories through the California Secretary of state. Review and analyze the historical name changes for GLR and GRL to determine what ownership they have in the HVI Cat Canyon assets. Provide spreadsheet with all the lease names where RSG entities owns surface or minerals or both. Respond to e-mail from Lindsay with Ten Oaks. | 6.0 | $350.00 | $2,100 |
| 4-10-20 | Review and respond to e-mail regarding Override interest in Belridge. Review bankruptcy document for assets mortgaged by UBS Bank. Review and respond to email whether any of the title held by RSG, et al is clouded by a UBS mortgage/lien that was on the property prior to the transfer. Review and respond to email correspondence regarding outstanding lease/mineral owner issues that would prevent the sale or would that be resolved with the sale. Review detailed terms of sale for Escolle lease. Review email from Alex D. listing previous offers made for HVI Cat Canyon Assets in Battles, Escolle and REDU from 2018 to present. Review and analyze Bradley Land company counterclaim section Paragraphs: 4 (page 5), and 9-15 (page 6) of the attached and respond to Zev with our answers to the court. Review all Bradley leases and answer questions for Zev. Review and respond to email correspondence regarding mineral interest held by Andrew Barbour in Belridge-O'Donnell and McPhail 37H in order to answer Milton Fry inquiry regarding royalties owed to the mineral owner. | 4.0 | $350.00 | $1,400 |
| 4-12-20 | Research and analyses of surface ownership for Lakeview, Golco, Bell, Blochman, Palmer Stendel, Mortensen, No. Orcutt, Harbordt, Security and Goodwin A properties in order to answer Mike | 2.0 | $350.00 | $700 |

| | | | | |
|---|---|---|---|---|
| | McConnell question regarding the origin of ownership and name of entity that owned the properties. Review Grant Deed and chain of title for each property. | | | |
| 4-13-20 | Attend monthly management meeting. Review and respond to email correspondence regarding Lessor obligations under an oil and gas lease. Review and respond to email regarding discovery requests. Review leases for force majeure clauses and shut in requirements for Santa Maria Valley. Review the ORR interest in the Thomas lease to Exxon Mobil. Telephone conference with Bill Lafleur to discuss REDU sale proposal. | 2.0 | $350.00 | $700 |
| 4-14-20 | Review leases for force majeure clauses and shut in requirements for Casmalia and Cat Canyon leases. Telephone conference with Linsay Sherrer to discuss shut in provisions and obligations of the lease. Begin to run title on Kemp. | 6.0 | $350.00 | $2,100 |
| 4-15-20 | Continue to Run title on Kemp. Review Michael McConnell's email and Lindsey Sherrer with request for unpaid royalties amount for REDU and Escolle. Call Santa Barbara County and obtain tax bill due for Escolle. Review tax lien by Orange County on REDU field for 2017 and 2019. Provide title reports on Belridge to Lindsay Sherrer. Request that Bill Lafleur provide title report on REDU to Lindsay Sherrer. Review and analyze Chapter 11 Trustee's answer to counterclaim LAOR liquidating Associates LP and Guarantee Royalties, Inc. section 1-11. Review Unit agreement, partial quitclaim deed, REDU royalties owed to LAOR and notices alleged as well as other documents to answer the counter claims made by Laor. | 6.0 | $350.00 | $2,100 |
| 4-16-20 | Review and analyze Chapter 11 Trustee's answer to counterclaim for Goodwin A. Begin to run title on Kemp A lease. | 4.0 | $350.00 | $1,400 |
| 4-17-20 | Continue to research and run title on Kemp A lease. | 2.0 | $350.00 | $700 |
| 4-20-20 | Attend weekly management meeting. Continue to work on Goodwin A counterclaim response for Zev. Request unpaid royalties' amount from CGI. Telephone conference with SB County assessor regarding tax liabilities on leases and mineral APNS. | 3.0 | $350.00 | $1,050 |
| 4-21-20 | Review email correspondence from Aaron regarding Bradley leases and agreements, review email correspondence regarding discovery requests made by mineral owners on certain leases from Zev and Sonia Singh. Review email correspondence and spreadsheet with Net Purchase price on proposed purchases for REDU and Casmalia. | 2.0 | $350.00 | $700 |

| | | | | |
|---|---|---|---|---|
| 4-22-20 | Telephone conference with Lindsay, Forest, Mike, Tim and James to discuss liabilities on all the leases in all the counties. Discuss information provided for REDU and Belridge leases. Telephone conference with Santa Barbara County Assessor's office Crystal to discuss unpaid property taxes on all the leases in Santa Barbara County. Review list of APNS provide and inform that I would prefer to have the lease name indexed with the assessor parcel number. Obtain production information for Goodwin Lease from June 2019 to present. Review and analyze unpaid royalties owed on the Goodwin lease and forward the spreadsheet to Zev. Finalize Goodwin A counterclaim response for Zev. Provide copies of all surface leases to Aaron Deleest as requested. | 3.0 | $350.00 | $1,050 |
| 4-23-20 | Telephone conference with Forest Salge regarding tax liabilities and liens recorded on Belridge. Obtain mineral APN's and tax liabilities from Santa Barbara County Assessor's office. Provide information to Lindsay, Tim and Mike.  Review and analyze supplemental disclosures to the defendants who have answered the complaint with copies of the leases relating to them.  We have attempted to find those items based on the attachment to the complaint and the descriptions in the documents you provided to us. | 6.0 | $350.00 | $2,100 |
| 4-24-20 | Research and continue to run title on Kemp A Lease. | 6.0 | $350.00 | $2,100 |
| 4-25-20 | Continue to research and run title on Kemp A Lease. Finalize title report on Kemp A leases. Review APN's and Santa Barbara County tax bills that were provided. | 6.0 | $350.00 | $2,100 |
| 4-27-20 | Attend morning management meeting. Continue to research and analyze title for Goodwin A Lease. Finalize the title report. Review and respond to email correspondence from Eric Israel. | 4.0 | $350.00 | $1,400.00 (-$850.00) |
| 4-28-20 | Review email correspondence from Ms. Singh regarding Chamberlin LLC. Review email correspondence from Ms. Singh regarding REDU mineral owners. Begin to review the mineral owners. | 1.0 | $350.00 | (-$350.00) |
| 4-29-20 | Review title report and pay deck for the Carranza lease. Respond to Ms. Singh's email regarding ownership of Chamberlin Oil, LLC. | .5 | $350.00 | (-$175.00) |
| 4-30-20 | Telephone conference with Joe Krause regarding transfer of mineral rights. Call Angelina and leave a message to contact me regarding transfer of mineral ownership. Work on documents for Aaron DeLeest for surface lease documents requested by Bradley Lands attorney. | 1.5 | $350.00 | (-$525.00) |

*TOTAL: $28,000*

# INVOICE

**Aguilera Title & Land Services**
2408 Del Sur
Santa Maria, CA 93455
805-714-2750
Maribel@mahernandezlaw.com

**To: Bankruptcy Court-Santa Barbara**

**Re: May 2020-HVI Cat Canyon-Landman work for Bankruptcy**

| | Description of Service | Time | Rate | Total |
|---|---|---|---|---|
| 5-1-20 | Review email correspondence regarding Corian Cross oil and gas lease and Guarantee royalty interest. Telephone conference with Bill Lafleur to discuss request and the appropriate information and documents to provide to bankruptcy attorneys. Review copy of the lease provided for Cross. | 1.5 | $350.00 | $525.00 |
| 5-4-20 | Attend weekly management meeting. Telephone conference with Bill Lafleur to discuss title reports. Continue to work on title for Thomas Lease. Review the royalty interest held by mineral owners that bankruptcy attorneys are inquiring about. Review and respond to email correspondence from Sonia Singh regarding the Boisseranc, Guarantee and Chambelin B leases. | 4.0 | $350.00 | $1,400.00 |
| 5-5-20 | Review a portion of the tax bills provided by Santa Barbara County for the oil and gas leases. Pull the title bills for each lease online. Research the mineral APN and locate the surface APN in order to find the lease it corresponds to. | 3.0 | $350.00 | $1,050.00 |
| 5-6-20 | Review email correspondence from Sonia Singh. Provide status update to Sonia Singh. Review and respond to email correspondence regarding Roundrock Group and Spindletop mineral owners change in royalty deck. Review and respond to discovery request for Mortensen, North Orcutt, Golco and Lakeview file boxes because the attorney wants to obtain a review of all the boxes of files. | 1.0 | $350.00 | $350.00 |
| 5-7-20 | Attend weekly management meeting. Telephone conference with Bill Lafleur to discuss his progress on title reports. Research and work on Jim Hopkins Lease title. | 4.0 | $350.00 | $1,400.00 |
| 5-8-20 | Review e-mail correspondence from Aaron Deleest regarding Bradley Land Company. Telephone conference with Bill Lafleur to discuss the Boisseranc Lease in REDU. Provide copy of the Boisseranc and Chamberlin leases. Telephone conference with Zev regarding missing leases. Telephone conference with Tim Skillman regarding discovery request. Email | 2.0 | $350.00 | $700.00 |

| | correspondence with mineral owner regarding motions filed in court. Review and respond to email correspondence from Milton Fry regarding DOI changes requested in December. | | | |
|---|---|---|---|---|
| 5-9-20 | Telephone conference with Zev regarding leases provided by Bill Lafleur. Review email correspondence from mineral owners. Telephone conference with mineral owner to discuss shut in provisions in his lease. Research title on Jim Hopkins. | 4.5 | $350.00 | $1,575.00 |
| 5-11-20 | Attend weekly management meeting. Telephone conference with Bill Lafleur to discuss title reports. Review twenty oil and gas leases for shut in provisions. Continue to work on Jim Hopkins research and title. | 5.5 | $350.00 | $1,925.00 |
| 5-12-20 | Review and respond to email correspondence from Shelly Panta. Review and respond to email correspondence regarding Bradley Land Unit counterclaims and responses. | 2.0 | $350.00 | $700.00 |
| 5-13-20 | Review e-mail correspondence from Aaron Deleest regarding Bradley Land Company. Compare our surface leases to the ones provided by opposing counsel. Review and analyze legal descriptions on the surface leases in order to respond to inquiry of opposing counsel. Email correspondence with Aaron DeLeest regarding issues raised by opposing counsel with the leases. Respond to specific questions regarding SMVC-6, amendments and CA-40015, for the dates and specific language. Review surface agreement and amendment provided at item 4 in my spreadsheet. Review Oil and Gas Lease 70206 and paragraph 47 of the full Lease provides as requested. Draft email correspondence to Aaron answering the questions posed and attached the appropriate documents. | 4.5 | $350.00 | $1,575.00 |
| 5-14-20 | Review email correspondence from Russell Morris, regarding his family's mineral interest in REDU. Review royalty check amount sent to mineral owner. Telephone conference with Russell Morris regarding his mother's mineral interest. Provide information required to make changes to the account and provide information regarding his mineral interest and the status of the bankruptcy. Discuss requirements of future correspondence in order for it to be a valid request from the mineral owner. | .5 | $350.00 | $175.00 |
| 5-15-20 | Research and run title for Texaco Bradley Land lease. | 6.0 | $350.00 | $2,100 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5-17-20 | Review and respond to email correspondence regarding REDU lease in Orange County for Huron. Review tract and wells that it is affiliated with. Telephone conference with Bill to discuss. | 1.0 | $350.00 | $350.00 |
| 5-18-20 | Attend weekly management meeting. Telephone conference with Bill Lafleur to discuss title reports. Continue to run title on Texaco Bradley Lands and Bettiga lease title. | 5.5 | $350.00 | $1,925.00 |
| 5-19-20 | Attend weekly management meeting. Review email correspondence from Forest and Tim Skillman regarding REDU. Search for title documents for transfer from HVI Cat Canyon to ETCO. Review Purchas and Sale Agreement between ETCO and HVI. Search for title documents for well Z-19. Review Bennet Purchase and Sale Agreement and Bill of Sale and DOGGR transfer documents for well X-19. Provide all documents to Forest and Tim Skillman for their review and to respond to their questions. Review specific questions regarding ETCO: Parcel 1 - Lot #3 of Block 33 of the Yorba Linda Tract as per map recorded in book 5, pages 1, 7, and 18 of miscellaneous maps, in the office of the county recorder of Orange County, CA, ETCO: Parcel 2 - Portion of the Yorba Reservoir, as shown on a map of Yorba Linda Tract, recorded in book 5, pages 17 & 18 of miscellaneous maps, in the office of the county recorder of Orange County, CA, ETCO: Parcel 3 - Portion of Lot #3 in Block 33 of the Yorba Linda Tract as shown on a map in book 5, pages 17 & 18 of miscellaneous maps, in the office of the county recorder of Orange County, CA and Boisseranc: Lot #5 and Lot #10 in Block 35 of the Yorba Linda Tract as appears on a map recorded in book 5, pages 17 & 18 of miscellaneous maps, records of Orange County, CA. Review Plat for location. | 4.0 | $350.00 | $1,400.00 |
| 5-20-20 | Review email correspondence from Tim Skillman regarding taxes owed by HVI to Cat Canyon for the last 5 years. Continue to work on creating spreadsheet that lists the Lease, APN and begin to distinguish between amounts due for secured and unsecured taxes. Research on the different treatment of secured and unsecured taxes in assessment and collections. | 6.0 | $350.00 | $2,100 |
| 5-21-20 | Continue to work on spreadsheet. Research certain Mineral APNS and maps to confirm location of the properties. | 2.0 | $350.00 | $700.00 |
| 5-22-20 | Email correspondence to SB county regarding taxes. Review final lists provided and remove the tax liabilities for leases that do not belong to HVI Cat Canyon. Finalize the list of the tax liabilities for all the leases that I have received information for. Email spreadsheet to Tim Skillman and James Baring. | 5.0 | $350.00 | $1,750.00 |

| | | | | |
|---|---|---|---|---|
| | Continue and finalize the research for unsecured taxes for oil and gas and review all tax bills provided for secured and unsecured. Telephone call with Tim Skillman to discuss tax matter. Email correspondence with SB county that there are 30-40 more bills that have not been provided. | | | |
| 5-23-20 | Read and analyze State of California Tax Collectors Reference Manual: Chapter 11000: Bankruptcy. Review Claim submitted by Santa Barbara county counsel for taxes. | 2.0 | $350.00 | $700.00 |
| 5-24-20 | Read and analyze California County Tax Collectors Reference Manual Chapter 2000 for Tax Collections with Santa Barbara County. Read ana analyze Unsecured property tax collection procedural manual for the state of California. | 3.0 | $350.00 | $1,050.00 |
| 5-25-20 | Legal research and analysis California County Tax Collectors Unsecured Property Tax Collection Procedures. Research the California IRS Code for unsecured tax treatment when in collections. Research and analysis of the bankruptcy code for tax issue we are presented with. | 2.0 | $350.00 | $700.00 |
| 5-26-20 | Telephone conference with Zev regarding Overriding royalties. Review and respond to email correspondence regarding override, shipment of crude and payment of the same. Review the assignment of override and the overrides that were mortgaged. I reviewed all the tax documents provided from Santa Barbara County Tax Assessor. The only secured tax bills in all the documents are for Greka Oil and Gas. The rest are all unsecured. The unsecured are under Greka Oil and Gas, SM Valley and HVI Cat Canyon. | 1.5 | $350.00 | $525.00 |
| 5-27-20 | Research and analysis on bankruptcy code Bankruptcy Code §507(a)(8)(B). Research and analysis In re Electronic Theatre Restaurants (Bkrtcy. N.D. Ohio 1988) 85 B.R. 45) for a secured by a lien, property taxes that were assessed as delinquent for more than one year before petition are treated as general unsecured claims. Telephone conference with Tim Skillman and Eric Israel regarding research conducted on unsecured taxes over the last few days. Provide copies of California Tax Collector Manual, California County Tax Collectors Reference Manual and County Tax Collectors Unsecured Property Tax Collection Procedures. | 4.0 | $350.00 | $1,400 |
| 5-28-20 | Revie and respond to email correspondence regarding the assignment of the override interest and questions regarding treatment of the override in the oil and gas lease. | .5 | $350.00 | $175.00 |
| 5-29-20 | Review the three claims provided by Santa Barbara County Counsel and go through each line for each tax | 4.0 | $350.00 | $1,400.00 |

| | line item by APN and amount in order to verify the lease belongs to HVI Cat Canyon. | | | |
|---|---|---|---|---|
| 5-30-20 | Create exhibit for list of taxes that do not belong to HVI Cat Canyon so that it can be attached to the letter. Prepare spreadsheet with separate amounts owed at different intervals and provided detailed spreadsheet to Eric Israel. | 1.0 | $350.00 | $350.00 |

*T O T A L : $ 2 8 , 0 0 0*

# EXHIBIT "2"

000042



## MARIBEL A. AGUILERA

Maribel Aguilera a true native of the Central Coast. She was born in San Luis Obispo, California. Her family moved to Santa Maria at an early age to follow the agriculture industry. She attended Santa Maria High School and received her Bachelor of Arts degree in Psychology from La Sierra University in Riverside, CA.

While in college Maribel served on the Student Body Association, participated in the Psychology Club and was accepted to the Psychology Honors Society. After becoming interested in Psychology and Law she interned at the City Attorney's Office and the Public Defender's office Mental Health Division during her last year of college.

After college Maribel returned to Santa Maria and worked for non-profit organizations. Before law school she worked for Future Leaders of America where she managed and executed a local leadership program. She earned her J.D. from the Santa Barbara College of Law while working full time at the Legal Aid Foundation of Santa Barbara County. During law school, Maribel was the Student Bar President and the Tribune for Delta Theta Phi, a professional law fraternity.

She worked for oil and gas companies on the central coast for several years as a Petroleum Landman conducting due diligence, running title searches, and working with mineral and surface owners. She has negotiated oil and gas lease terms, assignments, joint operating agreements, easements, right of ways and various agreements to expand and simplify oil and gas production. She has conducted oil and gas lease review to maintain compliance with lease obligations. She has over 10 years of experience in the energy sector. She will develop creative solutions for various types of land use problems. She has developed a unique set of skills for working with mineral and royalty interest in Santa Barbara County.

**Education**
    B.A., Psychology, La Sierra University (2009)
    J.D., Santa Barbara College of Law (2009)
    Member, State Bar of California (2014)

**Civic Activities**
    Santa Maria City Planning Commission (2014 - present)
    Director - National Association of Royalty Owners-California (2014 - present
    Director – EconAlliance (2018)
    Northern Santa Barbara County Bar Association

# Maribel Aguilera

**Education:**

Santa Barbara College of Law                                           Santa Barbara, CA
**Juris Doctorate**
Memberships: Student Bar President, Student Bar Secretary and Delta Theta Phi-Tribune

La Sierra University                                                         Riverside, CA
**Bachelor of Arts in Psychology**
Memberships: Student Body Secretary, Women's dorm president, Ole Association, Psychology Club and Psi Chi Honor Society.

**Work Experience:**

**11/2014-Present          Aguilera Title and Land Services          Santa Maria, CA**
Conduct title work for oil and gas companies and mineral. Assist companies with land and title issues during company divestitures, acquisitions, or development of operations. Research and run mineral title. Determine identity of mineral owners, royalty owners, overriding royalty owners and their percentage of ownership in oil and gas leases. Draft title reports on mineral ownership. Draft title curative related agreements for execution by landowners and third parties. Conduct due diligence, review, and analyze title instruments related to mineral ownership. Review and analyze surface agreements such as Right of Ways and Easements. Strategize and implement title curative efforts through the close of sales or acquisitions, including preparing, negotiating, and executing title curative documents and agreements required for closing by financial institutions and title companies. Communicate and coordinate project development with internal landmen. Assist the legal and administrative departments by organizing the land department electronically, upload and organize documents by property and project name and files all company information on company network. Advise business clients on regulatory matters and ensure businesses are following state and local regulations.

**6/2017-Present          Kirk & Simas, PLC          Santa Maria, CA**
Business and real estate law, land use law, environmental law, property law, business entity formation, work on various types of business transactions and provide advice to business clients on different issues that arise.

**11/2014-Present          Legal Aid Foundation          Santa Maria, CA**
Represent victims of domestic violence during the restraining order process. Represent clients during in family law matters in custody and visitation disputes.

**10/2011-Present          ERG Operating Company          Santa Maria, CA**
Negotiate and draft oil and gas leases, assignments, joint operating agreements, easements, right of ways and various agreements to expand and simplify oil and gas production. Conduct oil and gas lease review to maintain compliance with lease obligations. Conduct legal research and draft memoranda. Assist in acquisitions and divestitures. Research and run title on oil and gas properties. Assist the operations department to resolve any land issues that may arise. Establish and maintain excellent

working relationships with local oil and gas operators, landowners and Santa Barbara County regulatory agencies. Provide field tours to interested environmental groups, film commercial, provide public comment and attend public hearings. Develop government relations. Assist with philanthropic giving and work with local nonprofit organizations to establish long working relationships. Work collaboratively with Environmental Department to assist in analyzing and complying with regulations. Assist the Environmental Department in educating landowners on state laws and county ordinances. Serve as primary contact for landowners to resolve all land issues.

**6/2009 to 10/2011**            **Greka Oil & Gas Inc.**            **Santa Maria, CA**
Review agreements. Manage Spill Prevention Control and Countermeasure Plan updates, coordinate updates on Business Plans, Pipeline Management Plans and other regulatory reports. Coordinate royalty owner's conveyances and change of ownership forms. File various types of documents with Santa Barbara County Clerk Recorder. Review Board of Supervisors agendas and meeting minutes in order to stay informed on changes to the oil and gas industry.

**1/2008-12/12/2008**        **Law Offices of Adrian S. Andrade**        **Santa Maria, CA**
Conduct legal research in property law, business law, employment law, wrongful death, sexual harassment, punitive damages and other related matters.  Draft demurer, motion to strike punitive damages, and opposition to motion to strike punitive damages. Draft complaint for wrongful death, personal injury and mediation brief.  Draft partnership agreement, buy/sell agreement, commercial lease and default judgment.

**3/2005-1/2008**            **Legal Aid Foundation**            **Santa Maria, CA**
Assist low-income families in obtaining legal representation in landlord/tenant, domestic violence, social security and elder abuse problems.  Determine eligibility and urgency of legal matters, work with code compliance department to determine substandard living conditions, elicit sensitive information from victims of domestic violence, assist in drafting domestic violence restraining orders, legal research in housing matters, maintain client database, administer and track client trust account. Manage volunteers and interns.

## Public Service:
**1/2019- Present**        **Economic Alliance Board**        **Santa Maria, CA**
Serve as board member. Represent the petroleum and energy industry in order to bring awareness and find support and solutions to resolve issues that the petroleum industry faces in Santa Barbara County.

**1/2014- Present**      **City of Santa Maria Planning Commission**    **Santa Maria, CA**
Review development projects. Advise the City Council on planning matters. Implement planning policies adopted by the City Council. Assist the commission to take steps toward the development and adoption of the General Plan and to implement that Plan toward the orderly growth of the community.

**6/2016-Present**        **National Association of Royalty Owners**        **Santa Maria, CA**
Represent NARO organization. Provide presentations at seminars in oil & gas law.

# EXHIBIT "3"

000046

1 | ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
2 | JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@Danninggill.com*
3 | AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
4 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
5 | Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
6 | Facsimile:   (310) 277-5735

7 | Attorneys for Michael A. McConnell,
Chapter 11 Trustee
8 |

```
FILED & ENTERED

MAR 02 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz      DEPUTY CLERK
```

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **NORTHERN DIVISION**

12 | In re

13 | HVI CAT CANYON, INC.,

14 | Debtor.

Case No.: 9:19-bk-11573-MB

Chapter 11

**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO (1) EMPLOY AGUILERA TITLE AND LAND SERVICES AS SPECIAL TITLE REVIEW CONSULTANT; AND (2) APPROVE ENGAGEMENT LETTER**
[Docket No. 780]

[No Hearing Required]

19 |     Michael A. McConnell, Chapter 11 trustee (the "Trustee") for the estate of HVI Cat

20 | Canyon, Inc. (the "debtor"), has filed his application to employ Aguilera Title and Land Services as

21 | his special title review consultant (the "application," *doc. no. 780*).  It appears from the application

22 | that the Trustee's employment of Aguilera Title and Land Services as special title review

23 | consultant is in the best interest of the estate, that said special title review consultant does not

24 | represent or hold an interest adverse to the debtor or the estate with respect to the matter upon

25 | which special title review consultant is to be engaged.  It also appears that due and proper notice of

26 | the application was given to the debtor, the United States Trustee, secured creditor UBS AG,

27 | London Branch, the Official Committee of Unsecured Creditors, and parties requesting special

28 | notice, the 20 largest unsecured creditors listed on the master mailing matrix, and all parties in

1577947.1  26932

1

1  ~~interest~~.  It also appears that no objections or requests for hearing with respect to the application

2  have been filed.  It appearing that good cause exists, it is

3     **ORDERED THAT:**

4     1.    The application is granted in its entirety, and the Trustee is authorized to employ

5  Aguilera Title and Land Services, as his special title review consultant at the expense of the estate,

6  pursuant to 11 U.S.C. § 327(a), effective as of January 6, 2020.

7     2.    The Engagement Letter attached to the application as Exhibit "3" is approved.

8     3.    Except as the Court may otherwise determine and direct, the compensation to be

9  awarded shall be fixed by the Court after notice and a hearing as may be required by the

10  Bankruptcy Code, 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, the

11  Local Bankruptcy Rules for the Central District of California, and the practice and procedure of

12  this Court.  Aguilera Title and Land Services may follow the procedures for payment of fees

13  authorized by the Order Granting Motion and Establishing Procedure for Interim Compensation

14  and Reimbursement of Expenses for Professionals and Authorizing Payment on a Monthly Basis

15  (*doc. no. 610*).

16                                    ####

17

18

19

20

21

22

23  Date: March 2, 2020

24                              Martin R Barash
                              United States Bankruptcy Judge

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): <u>FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY AGUILERA TITLE AND LAND SERVICES AS SPECIAL TITLE REVIEW COUNSEL TO CHAPTER 11 TRUSTEE, DECLARATIONS OF MARIBEL AGUILERA AND MICHAEL A. MCCONNELL IN SUPPORT THEREOF</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>June 11, 2020</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>June 11, 2020</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat CANYON, INC.
630 Fifth Avenue, Suite 2410
New York, NY 10111

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>June 11, 2020</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 11, 2020 | Vivian Servin | /s/ Vivian Servin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1594098.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

## <u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Anthony A Austin**    anthony.austin@doj.ca.gov
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Bradley D Blakeley**    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- **Alicia Clough**    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**    mscohen@loeb.com, klyles@loeb.com
- **Alan D Condren**    , berickson@seedmackall.com
- **Alec S DiMario**    alec.dimario@mhllp.com,
  debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Karl J Fingerhood**    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**    Alex.Fisch@doj.ca.gov
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Ellen A Friedman**    efriedman@friedmanspring.com, khollander@friedmanspring.com
- **Gisele M Goetz**    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- **Karen L Grant**    kgrant@silcom.com
- **Ira S Greene**    Ira.Greene@lockelord.com
- **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**    b.holman@mpglaw.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Tracy K Hunckler**    thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- **Eric P Israel**    eisrael@DanningGill.com,
  danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Evan M. Jones**    ejones@omm.com, ejones@omm.com
- **Alan H Katz**    akatz@lockelord.com
- **John C Keith**    john.keith@doj.ca.gov
- **Jeannie Kim**    jekim@sheppardmullin.com, lsemeraro@sheppardmullin.com
- **Mitchell J Langberg**    mlangberg@bhfs.com, dcrudup@bhfs.com
- **Maxim B Litvak**    mlitvak@pszjlaw.com
- **Vincent T Martinez**    llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- **Michael Arthur McConnell (TR)**    Michael.mcconnell@kellyhart.com
- **Brian M Metcalf**    bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- **Jerry Namba**    nambaepiq@earthlink.net,
  G23453@notify.cincompass.com;annie_cunningham@ymail.com
- **David L Osias**    dosias@allenmatkins.com,
  bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Benjamin P Pugh**    bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- **Edward S Renwick**    erenwick@hanmor.com, iaguilar@hanmor.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**    mitchell.rishe@doj.ca.gov
- **George E Schulman**    GSchulman@DanningGill.Com,
  danninggill@gmail.com;gschulman@ecf.inforuptcy.com

1594098.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

- **Zev Shechtman**    zshechtman@DanningGill.com,
  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Sonia Singh**    ssingh@DanningGill.com,
  danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**    ross@snowspencelaw.com,
  janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
- **Christopher D Sullivan**    csullivan@diamondmccarthy.com,
  mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diam
  ondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.c
  om
- **Jennifer Taylor**    jtaylor@omm.com
- **John N Tedford**    jtedford@DanningGill.com,
  danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**    bankruptcy@co.kern.ca.us
- **Meagan S Tom**    meagan.tom@lockelord.com,
  autodocket@lockelord.com;taylor.warren@lockelord.com;autodocketdev@lockelord.com
- **Patricia B Tomasco**    pattytomasco@quinnemanuel.com,
  barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Fred Whitaker**    lshertzer@cwlawyers.com, spattas@cwlawyers.com
- **William E. Winfield**    wwinfield@calattys.com, scuevas@calattys.com
- **Richard Lee Wynne**    richard.wynne@hoganlovells.com,
  tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- **Emily Young**    pacerteam@gardencitygroup.com,
  rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **Aaron E de Leest**    adeleest@DanningGill.com,
  danninggill@gmail.com;adeleest@ecf.inforuptcy.com

## 2.  <u>SERVED BY UNITED STATES MAIL</u>:

Office of The United States Trustee
1415 State Street, Suite 148
Santa Barbara CA, 93101

## <u>REQUESTS FOR SPECIAL NOTICE</u>

<u>Attorneys for Buganko</u>
Philip W. Ganong
Ganong Law
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

Frank and Sylvia Boisseranc
300 W. Paseo de Cristobal
San Clemente, CA 92672

Rob Thomson
1920 Wilbur Avenue
San Diego, CA 92109

Jane A. Adams and John S. Adams,
Trustees
PO Box 264
Yorba Linda, CA 92885

<u>Attorneys for PG&E</u>
Friedman & Springwater LLP
350 Sansome Street, Suite 800
San Francisco, CA 94104
Attn: Ellen A. Friedman
Ruth Stoner Muzzin

<u>Attorneys for Robert Kestner</u>
William Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Ste 1170
Oxnard, California 93036-0238
**(SERVED VIA NEF)**

1594098.1  26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Attorneys for Jane Connolly
William Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard,
California 93036-0238
**(SERVED VIA NEF)**

Attorneys for Virginia Tracy fka Virginia Kestner
Griswold
William Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Ste 1170 Oxnard,
California 93036-0238
**(SERVED VIA NEF)**

Attorneys for Eller Family Trust
Cummins & White, LLP
Attn: Fred M. Whitaker, P.C.
Ashley Bolduc
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
**(SERVED VIA NEF)**

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Brian Corson
2990 Lichen Place
Templeton, CA 93465

Escolle Tenants in Common
215 N. Lincoln Street
Santa Maria, CA 93458
Attn: Vincent T. Martinez

Pacific Petroleum California, Inc.
POB 2646
Santa Maria, CA 93457

1594098.1   26932 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**