1  JEREMY W. FAITH (SBN 190647)
   *Jeremy@MarguliesFaithLaw.com*
2  MONSI MORALES (SBN 235520)
   *Monsi@MarguliesFaithLaw.com*
3  ANNA LANDA (SBN 276607)
   *Anna@MarguliesFaithLaw.com*
4  **MARGULIES FAITH LLP**
   16030 Ventura Boulevard, Suite 470
5  Encino, CA  91436
   Telephone: (818) 705-2777
6  Facsimile:  (818) 705-3777

7  Attorneys for Creditor, GIT, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>    Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 7<br><br>**GIT, INC.'S UNILATERAL STATUS REPORT RE MOTION FOR PROTECTIVE ORDER**<br><br>Hearing:<br>Date: June 15, 2020<br>Time: 10:30 a.m.<br>Place: Courtroom 201<br>        1415 State Street<br>        Santa Barbara, CA 93101 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

Creditor, GIT, Inc. ("GIT"), respectfully submits the following with respect to the Rule 2004 subpoena served on GIT.

As reflected in the Trustee's Status Report re Motion for Protective Order (Dkt. No. 1075), Margulies Faith, LLP ("MF") substituted into this case as counsel of record for movant GIT, Inc. on June 1, 2020 (Dkt. No. 1040).  MF has spent the last two weeks getting up to speed on the case by reviewing relevant pleadings, transcripts, and documents.

1 | With respect to the pending Motion for Protective Order (Dkt. No. 909), MF is working to determine where the parties have reached consensus and where disputes remain.  These efforts have included discussions with the Trustee's counsel, the client, former counsel, and IT professionals.  As of the submission of this report, these efforts remain ongoing.

MF and GIT are sensitive to the fact that this matter has been pending for a prolonged period and needs resolution. However, MF believes that within the next one to two weeks a negotiated resolution of the Motion can be achieved without the need for court intervention. Alternatively, the parties should be able to narrow down any disputed issues.

Accordingly, GIT requests a short two week continuance of the hearing on the Motion for Protective Order to allow new counsel the opportunity to resolve all, or most, of the pending discovery issues.

Dated:  June 12, 2020                **MARGULIES FAITH, LLP**

*/s/ Jeremy W. Faith*
Jeremy W. Faith
Attorneys for Creditor, GIT, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **GIT, INC.'S UNILATERAL STATUS REPORT RE MOTION FOR PROTECTIVE ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 12, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 12, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE: Pursuant to Amended General Order 20-02, judge's copies are not required for any document less than 25 pages.
DEBTOR: HVI Cat Canyon, c/o Capital Corporate Services, Inc., 36 S. 18th Ave., Suite D, Brighton, CO 80601

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 1, 2020 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE INFORMATION (if needed):

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

ATTORNEY FOR CREDITOR: Anthony A Austin    anthony.austin@doj.ca.gov

ATTORNEY FOR CREDITOR: William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com

ATTORNEY FOR INTERESTED PARTY: Bradley D Blakeley    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com

ATTORNEY FOR CREDITOR: Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com

ATTORNEY FOR CREDITOR: Marc S Cohen    mscohen@loeb.com, klyles@loeb.com

ATTORNEY FOR INTERESTED PARTY: Alan D Condren    berickson@seedmackall.com

ATTORNEY FOR CREDITOR: Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com; Syreeta.shoals@mhllp.com

ATTORNEY FOR CREDITOR: Jeremy Faith Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

ATTORNEY FOR INTERESTED PARTY: Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov

ATTORNEY FOR INTERESTED PARTY: H Alexander Fisch    Alex.Fisch@doj.ca.gov

ATTORNEY FOR INTERESTED PARTY: Don Fisher    dfisher@ptwww.com, tblack@ptwww.com

ATTORNEY FOR U.S. TRUSTEE: Brian D Fittipaldi    brian.fittipaldi@usdoj.gov

ATTORNEY FOR INTERESTED PARTY: Ellen A Friedman    efriedman@friedmanspring.com, khollander@friedmanspring.com

ATTORNEY FOR INTERESTED PARTY: Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com

ATTORNEY FOR CREDITOR: Karen L Grant    kgrant@silcom.com

ATTORNEY FOR INTERESTED PARTY: Ira S Greene    Ira.Greene@lockelord.com

ATTORNEY FOR CREDITOR: Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

ATTORNEY FOR CREDITOR: Brian L Holman    b.holman@mpglaw.com

ATTORNEY FOR INTERESTED PARTY: Tracy K Hunckler    thunckler@daycartermurphy.com, cgori@daycartermurphy.com

ATTORNEY FOR TRUSTEE: Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inoruptcy.com

ATTORNEY FOR INTERESTED PARTY: Evan M Jones    ejones@omm.com, ejones@omm.com

ATTORNEY FOR INTERESTED PARTY: Alan H Katz    akatz@lockelord.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ATTORNEY FOR CREDITOR: John C Keith     john.keith@doj.ca.gov

ATTORNEY FOR INTERESTED PARTY: Jeannie Kim     jekim@sheppardmullin.com, lsemeraro@sheppardmullin.com

ATTORNEY FOR CREDITOR: Mitchell J Langberg     mlangberg@bhfs.com, dcrudup@bhfs.com

ATTORNEY FOR CREDITOR COMMITTEE: Maxim B Litvak     mlitvak@pszjlaw.com

ATTORNEY FOR CREDITOR: Vincent T Martinez     llimone@twitchellandrice.com, smccomish@twitchellandrice.com

TRSTEE: Michael Arthur McConnell (TR)     Michael.mcconnell@kellyhart.com

ATTORNEY FOR INTERESTED PARTY: Brian M Metcalf     bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com

ATTORNEY FOR INTERESTED PARTY: Jerry Namba     nambaepiq@earthlink.net, G23453@notify.cincompass.com;annie_cunningham@ymail.com

ATTORNEY FOR CREDITOR: David L Osias     dosias@allenmatkins.com, bcrfilings@allenmatkins.com, kdemorest@allenmatkins.com,csandoval@allenmatkins.com

ATTORNEY FOR INTERESTED PARTY: Darren L Patrick     dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com

ATTORNEY FOR CREDITOR COMMITTEE: Jeffrey N Pomerantz     jpomerantz@pszjlaw.com

ATTORNEY FOR INTERESTED PARTY: Benjamin P Pugh     bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law

ATTORNEY FOR CREDITOR: Edward S Renwick     erenwick@hanmor.com, iaguilar@hanmor.com

ATTORNEY FOR CREDITOR: J. Alexandra Rhim     arhim@hrhlaw.com

ATTORNEY FOR INTERESTED PARTY: Todd C. Ringstad     becky@ringstadlaw.com, arlene@ringstadlaw.com

ATTORNEY FOR CREDITOR: Mitchell E Rishe     mitchell.rishe@doj.ca.gov

ATTORNEY FOR TRUSTEE: George E Schulman     GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

ATTORNEY FOR TRUSTEE: Zev Shechtman     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

ATTORNEY FOR TRUSTEE: Sonia Singh     ssingh@DanningGill.com, danninggill@gmail.com, ssingh@ecf.inforuptcy.com

ATTORNEY FOR INTERESTED PARTY: Daniel A Solitro     dsolitro@lockelord.com, ataylor2@lockelord.com

ATTORNEY FOR INTERESTED PARTY: Ross Spence     ross@snowspencelaw.com, janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

ATTORNEY FOR INTERESTED PARTY: Ross Spence     ross@snowspencelaw.com, janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

ATTORNEY FOR CREDITOR: Christopher D Sullivan     csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

ATTORNEY FOR INTERESTED PARTY: Jennifer Taylor    jtaylor@omm.com

ATTORNEY FOR TRUSTEE: John N Tedford, IV    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

ATTORNEY FOR INTERESTED PARTY: Salina R Thomas    bankruptcy@co.kern.ca.us

ATTORNEY FOR CREDITOR: Meagan S Tom    meagan.tom@lockelord.com, autodocket@lockelord.com; taylor.warren@lockelord.com;autodocketdev@lockelord.com

ATTORNEY FOR INTERESTED PARTY: Fred Whitaker    lshertzer@cwlawyers.com, spattas@cwlawyers.com

ATTORNEY FOR CREDITOR: William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com

ATTORNEY FOR INTERESTED PARTY: Richard Lee Wynne    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

ATTORNEY FOR CREDITOR: Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

ATTORNEY FOR TRUSTEE: Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**