PETER C. ANDERSON
UNITED STATES TRUSTEE
Ken Misken
Assistant United States Trustee
Brian D. Fittipaldi, CA SBN: 146864
Trial Attorney
United States Department of Justice
Office of the United States Trustee
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Email: Brian.Fittipaldi@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON,<br><br>    Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>STIPULATION TO CONTINUE HEARINGS ON INTERIM APPLICATIONS FOR REIMBURSEMENT OF EXPENSES OF PROFESSIONALS IN ORDER TO EXTEND TIME FOR UNITED STATES TRUSTEE TO OBJECT TO FEE APPLICATIONS<br><br>Current Date: July 2, 2020<br>Time: 10:00 am.<br>Ctrm: 201 |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL INTERESTED PARTIES:

Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 (the "U.S. Trustee"), by his undersigned counsel, and the various parties that have filed interim fee applications to be heard at the above referenced date and time, hereby do hereby stipulate and agree as follows:

**RECITALS**

1. Various professionals in this bankruptcy case have filed Fee Applications that are currently scheduled for hearings on July 2, 2020.

- 1 -

2. Objections and comments to said Fee Applications are due to be timely filed on June 18, 2020.

3. Four of the parties (The Chapter 11 Trustee; Danning, Gill, Israel & Krasnoff, LLP; CR3 Partners; and Pachulski, Stang, Ziehl & Jones, LLP) had previously stipulated to follow the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330. The U.S. Trustee Guidelines are intended to promote consistency and predictability in bankruptcy cases by directing United States Trustees to exercise their discretion in a uniform manner when determining whether to object to professional fees. In particular, the U.S. Trustee Guidelines: (1) direct the U.S. Trustee to object to fees and expenses in specified circumstances; (2) direct the U.S. Trustee to request certain statements and disclosures in order to aid the review of Fee Applications; and (3) in some circumstances, direct the U.S. Trustee to seek entry of certain procedural orders.

4. Among other provisions, the Guidelines direct the U.S. Trustee to request that attorneys file disclosures and adopt practices that will better enable the U.S. Trustee, the Court, and other parties to ascertain whether those attorneys have met their evidentiary burden of establishing their entitlement to fees under Section 330. These include:

- Standardized disclosures to be filed by attorneys along with their Fee Applications in order to substantiate the statutory requirement that the requested fees are "comparable" to the fees charged to non-bankruptcy clients;
- The maintenance of budget and staffing plans, which should be agreed upon by the attorney and client and filed along with the Fee Application, in order to promote transparency and client accountability in the billing process;
- The use of electronic billing data and standardized project codes in the billing records submitted with the Fee Application, in order to facilitate a more efficient review of fees by the court, the U.S. Trustee, and parties in interest;
- Supplemental statements by both the attorney and the client regarding the circumstances of the attorney's selection and the principal terms of the engagement, in order to provide meaningful context for the billing rates requested; and

- 2 -

- Disclosures regarding any increases during the case from the billing rates recited in the attorney's retention application, in order that the reasonableness and justification (if any) for such increases may be investigated in a timely manner.

5. The United States Trustee is working with the four fee applicants identified above to obtain their billing information in a specified form, the so called "LEDES" format. As of this writing, several parties still are attempting to provide information in this format. As a result, the parties have stipulated to allow the United States Trustee time to obtain this information and time to analyze them using set procedures. That will take additional time and therefore the parties hereby request that this stipulation be approved and the accompanying order by entered.

**STIPULATION**

The U.S. Trustee and the fee applicants agree to the following:

That the Court shall enter an order continuing all fee applications currently set for July 2, 2020 to August 6, 2020, or to a date and time convenient to the Court.

IT IS SO STIPULATED.

DATED: June 18, 2020                         Respectfully submitted,

                                             PETER C. ANDERSON
                                             UNITED STATES TRUSTEE

                                             /s/Brian D. Fittipaldi
                                             _____
                                             By:   Brian D. Fittipaldi
                                                   Trial Attorney


Dated:                                       MICHAEL A. MCCONNELL
                                             CHAPTER 11 TRUSTE

                                             _____
                                             By: Michael A. McConnell

- 3 -

Dated:                     DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:_____
    Eric P. Israel, General Counsel for Michael A. McConnell, Chapter 11 Trustee

Dated:                     PACHULSKI, STANG, ZIEHL & JONES, LLP

By:_____
    Jeffrey Pomerantz
    Attorney for Official Committee of Unsecured Creditors

Dated:                     CR3 PARTNERS, LLC

By: _____
    Tim Skillman
    Restructuring/Financial Advisor to the Ch. 11 Trustee

Dated:                     AGUILERA TITLE AND LAND SERVICES

By:_____
    Maribel Aguilera
    Special Title Review Consultant to Ch. 11 Trustee

Dated:                     FAUVER, LARGE, ARCHBALD & SPRAY, LLP

By:_____
    Olivia K. Marr
    Special Environmental Counsel to the Ch.11 Trustee

```
 1  Dated:                              REETZ, FOX & BARTLETT, LLP
 2
 3                                      By:_____
                                            Randall Fox
 4                                          Special Litigation Counsel to the Ch. 11 Trustee
 5
 6  Dated:                              BRIGHT & BROWN, LLP
 7
                                        By:_____
 8                                          Brian Becker
 9                                          Special Oil & Gas Counsel to the Ch. 11 Trustee
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

- 5 -

- Disclosures regarding any increases during the case from the billing rates recited in the attorney's retention application, in order that the reasonableness and justification (if any) for such increases may be investigated in a timely manner.

5. The United States Trustee is working with the four fee applicants identified above to obtain their billing information in a specified form, the so called "LEDES" format. As of this writing, several parties still are attempting to provide information in this format. As a result, the parties have stipulated to allow the United States Trustee time to obtain this information and time to analyze them using set procedures. That will take additional time and therefore the parties hereby request that this stipulation be approved and the accompanying order by entered.

## STIPULATION

The U.S. Trustee and the fee applicants agree to the following:

That the Court shall enter an order continuing all fee applications currently set for July 2, 2020 to August 6, 2020, or to a date and time convenient to the Court.

IT IS SO STIPULATED.

DATED: June 18, 2020

Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/Brian D. Fittipaldi

By:  Brian D. Fittipaldi
     Trial Attorney

Dated:

MICHAEL A. MCCONNELL
CHAPTER 11 TRUSTEE

By: Michael A. McConnell

- 3 -

```
 1
 2   Dated:                          DANNING, GILL, ISRAEL & KRASNOFF, LLP
 3
                                     By: [signature]
 4                                       Eric P. Israel, General Counsel for Michael A.
                                         McConnell, Chapter 11 Trustee
 5
 6
 7   Dated:                          PACHULSKI, STANG, ZIEHL & JONES, LLP
 8
 9                                   By:_____
                                         Jeffrey Pomerantz
10
                                         Attorney for Official Committee of Unsecured
11                                       Creditors
12
13   Dated:                          CR3 PARTNERS, LLC
14
                                     By: Tim Skillman
15
                                         Tim Skillman
16                                       Restructuring/Financial Advisor to the Ch. 11 Trustee
17
18   Dated:                          AGUILERA TITLE AND LAND SERVICES
19
20                                   By:_____
                                         Maribel Aguilera
21                                       Special Title Review Consultant to Ch. 11 Trustee
22
23   Dated:                          FAUVER, LARGE, ARCHBALD & SPRAY, LLP
24
25                                   By:_____
                                         Aliva k. Marr
26                                       Special Environmental Counsel to the Ch.11 Trustee
27
28
```

- 4 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: | DANNING, GILL, ISRAEL & KRASNOFF, LLP |
| 3 | | By:_____ |
| 4 | | Eric P. Israel, General Counsel for Michael A. McConnell, Chapter 11 Trustee |

Dated: 06-19-2020    PACHULSKI, STANG, ZIEHL & JONES, LLP

By: /s/ Maxim Litvak

Maxim B. Litvak

Attorney for Official Committee of Unsecured Creditors

Dated:    CR3 PARTNERS, LLC

By: _____

Tim Skillman

Restructuring/Financial Advisor to the Ch. 11 Trustee

Dated:    AGUILERA TITLE AND LAND SERVICES

By:_____

Maribel Aguilera

Special Title Review Consultant to Ch. 11 Trustee

Dated:    FAUVER, LARGE, ARCHBALD & SPRAY, LLP

By:_____

Aliva k. Marr

Special Environmental Counsel to the Ch.11 Trustee

- 4 -

```
 1
 2   Dated:                          DANNING, GILL, ISRAEL & KRASNOFF, LLP
 3                                   By: [signature]
 4                                       Eric P. Israel, General Counsel for Michael A.
 5                                       McConnell, Chapter 11 Trustee
 6
 7   Dated:                          PACHULSKI, STANG, ZIEHL & JONES, LLP
 8
 9                                   By:_____
10                                       Jeffrey Pomerantz
                                         Attorney for Official Committee of Unsecured
11                                       Creditors
12
13   Dated:                          CR3 PARTNERS, LLC
14
15                                   By: Tim Skillman
                                         Tim Skillman
16                                       Restructuring/Financial Advisor to the Ch. 11 Trustee
17
18   Dated:                          AGUILERA TITLE AND LAND SERVICES
19
20                                   By:_____
                                         Maribel Aguilera
21                                       Special Title Review Consultant to Ch. 11 Trustee
22
23   Dated:                          FAUVER, LARGE, ARCHBALD & SPRAY, LLP
24
25                                   By:_____
                                         Aliva k. Marr
26                                       Special Environmental Counsel to the Ch.11 Trustee
27
28
```

```
 1
 2   Dated:                              DANNING, GILL, ISRAEL & KRASNOFF, LLP
 3                                       By:_____
 4                                          Eric P. Israel, General Counsel for Michael A.
                                            McConnell, Chapter 11 Trustee
 5
 6
 7   Dated: 06-19-2020                   PACHULSKI, STANG, ZIEHL & JONES, LLP
 8
 9                                       By: /s/ Maxim B. Litvak
10                                          Maxim B. Litvak
                                            Attorney for Official Committee of Unsecured
11                                          Creditors
12
13   Dated:                              CR3 PARTNERS, LLC
14
15                                       By: _____
16                                          Tim Skillman
                                            Restructuring/Financial Advisor to the Ch. 11 Trustee
17
18   Dated:                              AGUILERA TITLE AND LAND SERVICES
19
20                                       By: /s/ Maribel Aguilera
                                            Maribel Aguilera
21                                          Special Title Review Consultant to Ch. 11 Trustee
22
23   Dated:                              FAUVER, LARGE, ARCHBALD & SPRAY, LLP
24
25                                       By:_____
                                            Aliva k. Marr
26                                          Special Environmental Counsel to the Ch.11 Trustee
27
28
                                         - 4 -
```

Dated:                   DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:_____

    Eric P. Israel, General Counsel for Michael A. McConnell, Chapter 11 Trustee

Dated:                   PACHULSKI, STANG, ZIEHL & JONES, LLP

By:_____

    Jeffrey Pomerantz

    Attorney for Official Committee of Unsecured Creditors

Dated:                   CR3 PARTNERS, LLC

By: _____

    Tim Skillman

    Restructuring/Financial Advisor to the Ch. 11 Trustee

Dated:                   AGUILERA TITLE AND LAND SERVICES

By:_____

    Maribel Aguilera

    Special Title Review Consultant to Ch. 11 Trustee

Dated: June 22, 2020      FAUVER, LARGE, ARCHBALD & SPRAY, LLP

By:____*[signature]*_____

    Olivia K. Marr

    Special Environmental Counsel to the Ch.11 Trustee

- 4 -

| | | |
|---|---|---|
| 1 | Dated: | REETZ, FOX & BARTLETT, LLP |
| 2 | | |
| 3 | | By: ___/s/ Randall Fox_____ |
| 4 | | Randall Fox |
| | | Special Litigation Counsel to the Ch. 11 Trustee |
| 5 | | |
| 6 | Dated: | BRIGHT & BROWN, LLP |
| 7 | | |
| 8 | | By:_____ |
| | | Brian Becker |
| 9 | | Special Oil & Gas Counsel to the Ch. 11 Trustee |

- 5 -

| | | |
|---|---|---|
| 1 | Dated: | REETZ, FOX & BARTLETT, LLP |
| 2 | | |
| 3 | | By:_____ |
| | | Randall Fox |
| 4 | | Special Litigation Counsel to the Ch. 11 Trustee |
| 5 | | |
| 6 | Dated: | BRIGHT & BROWN, LLP |
| 7 | | By:_____ |
| 8 | | Brian Becker |
| 9 | | Special Oil & Gas Counsel to the Ch. 11 Trustee |

- 5 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1415 State Street, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled: Stipulation*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 24, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Eric Israel:EPI@DanningGill.com
Michael McConnell:michael.mcconnell@kellyhart.com
Tim Skillman: tim.skillman@cr3partners.com
James Baring: james.baring@cr3partners.com
Randall Fox: rbfox@reetzfox.com
Brian Becker: bbecker@brightandbrown.com
Maxim Litvak: mlitvak@pszjlaw.com
Jeffrey Pomerantz: jpomerantz@pszjlaw.com
Maribel Aguilera: maribel@mhernandezlaw.com
Olivia K. Marr: omarr@flasllp.com

**2. SERVED BY UNITED STATES MAIL**:
On **June 24, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 24, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 24, 2020 | Brian D. Fittipaldi | /s/Brian D. Fittipaldi |
|---|---|---|
| Date | Printed Name | Signature |

- 6 -