ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SONIA SINGH (State Bar No. 311080)
ssingh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Michael A. McConnell, Chapter 11 Trustee

**FILED & ENTERED**

**JUL 02 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

In re

HVI CAT CANYON, INC.,

        Debtor.

Case No. 9:19-bk-11573-MB

Chapter 7

**ORDER DENYING WITHOUT PREJUDICE TRUSTEE'S MOTION TO EXPUNGE: (1) NOTICE OF OIL AND GAS LIEN FILED BY CALIFORNIA ASPHALT PRODUCTION, INC. (DOCKET NO. 821); (2) NOTICE OF OIL AND GAS LIEN FILED BY GTL1, LLC (DOCKET NO. 822); AND (3) NOTICE OF OIL AND GAS LIEN FILED BY GIT, INC. (DOCKET NO. 823)**

Date:    June 15, 2020
Time:    10:30 a.m.
Place:   Courtroom 201
            1415 State Street
            Santa Barbara, CA 93101

      On June 15, 2020, at 10:30 a.m., following earlier hearings on April 17, 2020 at 10:00 a.m. and May 19, 2020 at 10:30 a.m., the Court heard and considered the Trustee's Motion to Expunge: (1) Notice of Oil and Gas Lien Filed by California Asphalt Production, Inc. (Docket No. 821); (2) Notice of Oil and Gas Lien Filed by GTL1, LLC (Docket No. 822); and (3) Notice of Oil and Gas Lien Filed by GIT, Inc. (Docket No. 823) *(docket no. 875)* (the "Motion to Expunge"), filed by Michael A. McConnell, the Chapter 11 trustee (the "Trustee") for the estate of HVI Cat Canyon,

1595578.1  26932

1

Inc., the Honorable Martin R. Barash, United States Bankruptcy Judge, presiding. Eric P. Israel, of Danning, Gill, Israel & Krasnoff, LLP, appeared for the Trustee; Jeremy Faith of Faith Margulies, LLP appeared for California Asphalt Production, Inc. ("CAP"), GTL1, LLC ("GTL1") and GIT, LLC ("GIT"); Evan Jones of O'Melveny & Meyers, LLP appeared for UBS, AG, London Branch and UBS AG, Stamford Branch (collectively "UBS"); other appearances were as noted on the record.

The Court having read and considered the Motion to Expunge, the opposition filed by CAP, GTL1 and GIT *(docket no. 905)* (the "Opposition"), the reply to the Opposition filed by the Trustee *(docket no. 920)*, the supplemental brief filed by the Trustee in support of the Motion to Expunge *(docket no. 985)* (the "Trustee's Supplemental Brief"), the supplemental brief filed by UBS in support of the Motion to Expunge *(docket no. 986)* (the "UBS Supplemental Brief"), the omnibus response filed by CAP, GTL1 and GIT to the Trustee's Supplemental Brief and the UBS Supplemental Brief *(docket no. 1002)*, and all other pleadings on file in this case, having found that notice of the Motion to Expunge was adequate and proper, it is hereby

ORDERED THAT:

1. The Motion to Expunge is denied, without prejudice to raising the issues presented in an adversary proceeding.

###

Date: July 2, 2020

_____
Martin R Barash
United States Bankruptcy Judge

1595578.1  26932