# SB – EXHIBIT C



# ORDER



**ASSESSMENT APPEALS BOARD**
**SANTA BARBARA COUNTY**

105 East Anapamu Street, Room 407
Santa Barbara, California 93101
Telephone: (805) 568-2240
FAX: (805) 568-2249

Ernesto Oliveras
HVI Cat Canyon, Inc.
P.O. Box 5489
Santa Maria, Ca 93456

Santa Barbara County Assessor
Joseph Holland
105 East Anapamu Street, Room 204
Santa Barbara, CA 93101

Reference: Application Nos: **16-0087 through 16-0118 (32 applications)**

Applicant:    HVI CAT CANYON, INC.

**TO THE ABOVE NAMED PARTIES:**

**NOTICE IS HEREBY GIVEN THAT ON** the hearing on the Assessor's Motion to Dismiss Applicant HVI Cat Canyon, Inc., affiliated with Greka Oil & Gas, Inc.'s (hereinafter collectively referred to as "Greka") 32 Applications for Changed Assessment (Application Nos. 16-0087—16-0118) came before this Board on February 22, 2018, at 9:00 a.m. in the Board of Supervisors Hearing Room, located at 105 East Anapamu, 4th Floor, Santa Barbara, California. No appearance and no written opposition from Applicant. The Board, having reviewed the submissions of the Assessor, good cause appearing, hereby orders, adjudges, and decrees as follows:

1. Applications for Changed Assessment Nos. 16-0087—16-0118, filed by Greka on September 15, 2016, were untimely.

2. The above-referenced Applications for Changed Assessment (Nos. 16-0087—16-0118) are hereby dismissed in their entirety.

IT IS SO ORDERED

*Jacquelyne Alexander*
Clerk of the Board

*Koper/Rowland/Macdonald*

## CLERK'S CERTIFICATE OF SERVICE

I, County Administrator-Clerk of the Board, Clerk of the Santa Barbara County Assessment Appeals Board, do certify that I am not a party to the above-entitled case; that I served this notice of assessment appeal action by (1) depositing a true copy thereof in separate envelope to the applicant or his or her agent named above, and then by sealing said envelope and depositing the same, with postage fully paid thereon, in the US mail at Santa Barbara; and by (2) depositing a true copy thereof in separate envelope to the Assessor or his or her agent named above, and then by sealing said envelope and depositing the same in the interoffice mail for the County of Santa Barbara at Santa Barbara.