Edward S. Renwick (SBN 29325)
erenwick@hanmor.com
HANNA AND MORTON LLP
444 South Flower Street, Suite 2530
Los Angeles, CA 90071-2916
Telephone: (213) 628-7516
Facsimile: (213) 623-3379

*Attorney for Creditors, Goodwin "A" Mineral Owners Group,
a California Unincorporated Association;
Waldo A. Gillette, Jr; Presson Vera OC Land
Group a California Unincorporated Association;
and Sylvia and Frank Boisseanc.*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re:

HVI CAT CANYON, INC.,

　　　　Debtor.

Case No. 9:19-bk-11573-MB
(Chapter 11)

**COMMENTS BY GOODWIN "A" MINERAL OWNERS GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC LAND GROUP AND SYLVIA AND FRANK BOISSERANC ON TRUSTEES PROPOSED SALE**

Date:　October 5, 2020
Time:　10:00 a.m.
Dept:　1415 State Street, Ctrm 201
　　　　Santa Barbara, CA 93101
Judge: Martin R. Barash

TO THE HON. MARTIN R BARASH, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES: CREDITIORS GOODWIN "A" MINERAL OWNERS

GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC LAND GROUP; AND SYLVIA AND FRANK BOISSERANC HEREBY COMMENT ON THE TRUSTEE'S NOTICE OF PROPOSED SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

## INTRODUCTION

Late in the day on Friday September 18, 2020, Counsel for the subject creditors was advised via telephone there had been no up-bid on the assets located in the Santa Maria area and the California Central Valley but that there had been a bid on REDU submitted by West Energy Operating LLC. Two of the subject creditors have interests in REDU but know little or nothing of the financial condition or operational abilities of the bidder. The deadline for objecting to the sale is Monday September 21, 2020.

## ARGUMENT

The subject creditors have no objection to the sale or the stalking horse bidder for the Santa Maria area assets and the Central Valley assets. The subject creditors have long since approved of the stalking horse bidder. The subject creditors do object to the sale of REDU for the sole reason that they have been given no information whatsoever upon which to form an opinion as to whether the REDU bidder is a responsible operator and insufficient time to vet the REDU bidder.

//

//

//

# CONCLUSION

We respectfully submit that the Court give the subject creditors additional time to vet the REDU bidder and supplement this response.

Dated: September 21, 2020,

Respectfully submitted,
Edward S. Renwick
Hanna and Morton LLP.

By: _____
Edward S. Renwick
Attorney for the Goodwin "A" Mineral
Owners Group; Waldo A. Gillette, Jr.; Presson
Vera OC Land Group; and Sylvia and Frank
Boisseranc

3

COMMENTS BY GOODWIN "A" MINERAL OWNERS GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC
LAND GROUP AND SYLVIA AND FRANK BOISSERANC ON TRUSTEES PROPOSED SALE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Hanna and Morton LLP
444 S. Flower Street, Suite 2530
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled:

**COMMENTS BY GOODWIN "A" MINERAL OWNERS GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC LAND GROUP AND SYLVIA AND FRANK BOISSERANC ON TRUSTEES PROPOSED SALE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 21, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Anthony A Austin    anthony.austin@doj.ca.gov
- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Bradley D Blakeley    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Alan D Condren    , berickson@seedmackall.com
- Alan D Condren    acondren@seedmackall.com, berickson@seedmackall.com
- Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Ellen A Friedman    efriedman@friedmanspring.com, khollander@friedmanspring.com
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@mpglaw.com
- Brian L Holman    b.holman@musickpeeler.com
- Tracy K Hunckler    thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- Samantha Indelicato    sindelicato@omm.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Evan M Jones    ejones@omm.com, ejones@omm.com
- Alan H Katz    akatz@lockelord.com
- John C Keith    john.keith@doj.ca.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

- Jeannie Kim    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Anna Landa    Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com
- Mitchell J Langberg    mlangberg@bhfs.com, dcrudup@bhfs.com
- Maxim B Litvak    mlitvak@pszjlaw.com
- Vincent T Martinez    llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- Michael Arthur McConnell (TR)    Michael.mcconnell@kellyhart.com
- Brian M Metcalf    bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- Monserrat Morales    Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Jerry Namba    nambaepiq@earthlink.net, atty_namba@bluestylus.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Benjamin P Pugh    bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- Edward S Renwick    erenwick@hanmor.com, iaguilar@hanmor.com
- J. Alexandra Rhim    arhim@hrhlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- George E Schulman    GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Sonia Singh    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@sdllaw.com, brittany@sdllaw.com;donna@sdllaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Meagan S Tom    meagan.tom@lockelord.com, autodocket@lockelord.com;taylor.warren@lockelord.com;autodocketdev@lockelord.com
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com, spattas@cwlawyers.com
- William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com
- Richard Lee Wynne    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David R Zaro    dzaro@allenmatkins.com
- Aaron E de Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**:
On (date) **September 21, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jane A and John S Adams, Trustees
PO Box 264
Yorba Linda, CA 92885

Sylvia Boisseranc
300 W. Paseo De Cristobal
San Clemente, CA 92672

Buganko
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

Peter Calamari
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue 22nd floor
New York, NY 10010

Daniel L. Cantor
O'Melveny & Myers LLP
7 Times Square
New York, NY 10011

Carolyn V Carollo
Snow Spence Green LLP
2929 Allen Parkway
Suite 2800
Houston, TX 77019

Carolyn Virginia Carollo
Snow Spence Green, LLP
2929 Allen Parkway, Ste. 2800
Houston, TX 77019

Allan B. Diamond
Diamond McCarthy, LLP
909 Fannin, Ste. 3700
Houston, TX 77010

Fauver, Large, Archbald & Spray, LLP
820 State Street
Fourth Floor
Santa Barbara, CA 93101

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Philip W Ganong
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

Sid J. Garabato
Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Sheryl P Giugliano
Diamond McCarthy LLP
295 Madison Avenue
27th Floor
New York, NY 10017

Steven William Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York
New York, NY 10017

Ira S. Greene
Squadron, Ellenoff, Plesent, et al
551 Fifth Ave.
New York, NY 10176

Grobstein Teeple LLP
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367

Elizabeth Mary Guffy
2800 JP Morgan Chase Tower
600 Travis
Houston, TX 77002

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue
Suite D
Brighton, CO 80601

Brian L. Holman
Musick, Peeler & Garrett LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017

Dellena M Ludwig
530 Vicky Lane
Placentia, CA 92870

Jarrod Barclay Martin
McDowell Hetherington LLP
1001 Fannin Ste 2700
Houston, TX 77002

Kevin D. McCullough
Rochelle McCullough L.L.P.
325 N. St. Paul St., Ste. 4500
Dallas, TX 75201

Darren L. Patrick
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

Mitchell Elliott Rishe
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

Vadim J. Rubinstein
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

William R. Spence
Snow Spence Green LLP
2929 Allen Pkwy., Suite 2800
Houston, TX 77019-2125

Ruth Stoner Muzzin
Friedman & Springer Water LLP
350 Sansome Street
Suite 210
San Francisco, CA 94104

Gary Svirsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Patricia Tomasco<br>Quinn Emanuel Urquhart & Sullivan<br>711 Louisiana St.<br>Suite 500<br>Houston, TX 77002 | Samantha M. Indelicato<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | Shannon Smith Thomas<br>Rochelle McCullough, LLP<br>325 N. Saint Paul St., Ste. 4500<br>Dallas, TX 75201 |
| Patricia B. Tomasco<br>Quinn Emanuel Urquhart & Sullivan<br>711 Louisiana St.<br>Suite 500<br>Houston, TX 77002 | Eric M. Van Horn<br>Spencer Fane LLP<br>2200 Ross Avenue<br>Suite 4800 West<br>Dallas, TX 75201 | Rob Thomson<br>1920 Wilbur Ave<br>San Diego, CA 92109 |
| Michael D. Warner<br>Cole Schotz P.C.<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 | Bruce W Wagner<br>Twitchell and Rice, LLP<br>215 North Lincoln St<br>PO Box 520<br>Santa Maria, CA 93456 | |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 21, 2020**___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

San Fernando Valley Division
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| | Irma Aguilar | /s/ Irma Aguilar |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**