Edward S. Renwick (SBN 29325)
erenwick@hanmor.com
HANNA AND MORTON LLP
444 South Flower Street, Suite 2530
Los Angeles, CA 90071-2916
Telephone: (213) 628-7516
Facsimile:  (213) 623-3379

*Attorney for Creditors Goodwin "A" Mineral Owners Group,
a California Unincorporated Association;
Waldo A. Gillette, Jr.; Presson Vera OC Land
Group, a California Unincorporated Association
And Sylvia and Frank Boisseranc*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>    Debtor. | Case No. 9:19-bk-11573-MB<br>(Chapter 11)<br><br>**COMMENTS OF GOODWIN "A" MINERAL OWNERS GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC LAND GROUP, AND SYLVIA AND FRANK BOISSERANC ON MOTION TO ABANDON OR IN THE ALTERNATIVE SURRENDER UNSOLD MINERAL AND SURFACE LEASES**<br><br>Date: October 5, 2020<br>Time: 10:00 a.m.<br>Dept: 1415 State Street, Ctrm 201<br>    Santa Barbara, CA 93101<br>Judge: Martin R. Barash |

1

COMMENTS OF GOODWIN "A" MINERAL OWNERS GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC
LAND GROUP, AND SYLVIA AND FRANK BOISSERANC ON MOTION TO ABANDON OR IN THE ALTERNATIVE
SURRENDER UNSOLD MINERAL AND SURFACE LEASES

TO THE HON. MARTIN R BARASH, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES: CREDITORS GOODWIN "A" MINERAL OWNERS GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC LAND GROUP; AND SYLVIA AND FRANK BOISSERANC HEREBY COMMENT ON THE TRUSTEE'S MOTION TO ABANDON OR IN THE ALTERNATIVE SURRENDER UNSOLD MINERAL LEASES AND UNSOLD SURFACE LEASES.

## INTRODUCTION

We support the motion to surrender unsold mineral leases and unsold surface leases to the persons or entities who are entitled to them[1]. We vigorously oppose the abandonment of any of those unsold leases. Abandoning them would return them to the control of Randeep Grewal who has victimized these mineral owners and surface owners—as well as others-- for most of the last twenty years. To put it mildly, that would be a gross perversion of justice.

## ARGUMENT

There are two reasons why the unsold oil and gas leases must be surrendered to the mineral owner or owners entitled thereto and not abandoned back to the control of Randeep Grewal, The first is that the leases are not and for some time have not been producing in paying quantities. Therefore, the leases have terminated and must be surrendered under California law. Second, under 11 USC 365 (d) (4) (A) upon rejection of an unexpired lease the trustee must surrender the property to the lessor.[2]

Turning to the first reason, the trustee agrees that he is "operating the Debtor at a loss and he does not have any resources in the estate to maintain any unsold Assets..." (Motion for

---

[1] The motion only refers expressly to surrendering mineral leases. We assume this is an oversight for unsold surface leases supporting terminated oil and gas leases should also go back to the surface owners, not to Randeep Grewal or any of his entities.

[2] We realize that the court has not yet ruled on the Trustee's section 365 motion for summary judgment, but here the trustee is purporting to act under Section 365.

Abandonment page 19 line 21) Very clearly the unsold assets are not operating in paying quantities or they would not remain unsold and the Trustee would not be seeking to abandon or surrender them. Moreover, the Trustee apparently agrees that these leases contain habendum clauses providing that they terminate when they are no longer producing in paying quantities. (See Trustee's Motion for Summary Judgment in his Section 365 adversary proceeding page 13 lines 23-28). The Trustee agrees that surrender makes sense here where "the contracts and/or leases generally provide that upon termination of the leasehold the leasehold is relinquished to the lessor and the lessee is required to restore the land and/or perform some form of remediation."(Motion to Abandon, page 20 lines 3-9)

Accordingly, the proper remedy under California law is to surrender any unsold oil and gas leases, as well as any related surface leases, back to the current lessors rather than abandon them back to the control of Randeep Grewal.

Turning now to the second reason, the trustee plans to reject and terminate any unsold oil and gas lease, and apparently, any unsold related surface lease, under Section 365. Under Section 365 (d) (4) (A) the proper disposition of a terminated lease is to surrender the leased property to the lessor.

Accordingly, once again, the proper remedy under the Bankruptcy Code is to surrender any unsold oil and gas leases, as well as any related surface leases, back to the current lessors rather than abandon them back to the control of Randeep Grewal.

//

//

//

## CONCLUSION

We respectfully submit that the Court should grant the motion to surrender unsold oil and gas leases and any related surface leases back to the lessor or lessors leaving any plugging, abandonment and decommissioning obligations to the lessee. We also respectfully submit that the Court should deny the alternative motion to abandon any unsold oil and gas leases or any related surface leases back to the Debtor.

Dated:  September 21, 2020.

Respectfully submitted,
Edward S. Renwick
Hanna and Morton LLP.

By: *(signature)*
Edward S. Renwick
Attorney for Defendants and Creditors;
Goodwin "A" Mineral Owners Group, a
California Unincorporated, and Waldo A.
Gillette, Jr.

4

COMMENTS OF GOODWIN "A" MINERAL OWNERS GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC LAND GROUP, AND SYLVIA AND FRANK BOISSERANC ON MOTION TO ABANDON OR IN THE ALTERNATIVE SURRENDER UNSOLD MINERAL AND SURFACE LEASES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Hanna and Morton LLP
444 S. Flower Street, Suite 2530
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled:

**COMMENTS OF GOODWIN "A" MINERAL OWNERS GROUP; WALDO A. GILLETTE, JR.; PRESSON VERA OC LAND GROUP, AND SYLVIA AND FRANK BOISSERANC ON MOTION TO ABANDON OR IN THE ALTERNATIVE SURRENDER UNSOLD MINERAL AND SURFACE LEASES**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 21, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Anthony A Austin    anthony.austin@doj.ca.gov
- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Bradley D Blakeley    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- Alicia Clough    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- Marc S Cohen    mscohen@loeb.com, klyles@loeb.com
- Alan D Condren    , berickson@seedmackall.com
- Alan D Condren    acondren@seedmackall.com, berickson@seedmackall.com
- Alec S DiMario    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- Karl J Fingerhood    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- H Alexander Fisch    Alex.Fisch@doj.ca.gov
- Don Fisher    dfisher@ptwww.com, tblack@ptwww.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Ellen A Friedman    efriedman@friedmanspring.com, khollander@friedmanspring.com
- Gisele M Goetz    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- Karen L Grant    kgrant@silcom.com
- Ira S Greene    Ira.Greene@lockelord.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian L Holman    b.holman@mpglaw.com
- Brian L Holman    b.holman@musickpeeler.com
- Tracy K Hunckler    thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- Samantha Indelicato    sindelicato@omm.com
- Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- Evan M Jones    ejones@omm.com, ejones@omm.com
- Alan H Katz    akatz@lockelord.com
- John C Keith    john.keith@doj.ca.gov
- Jeannie Kim    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Anna Landa    Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com
- Mitchell J Langberg    mlangberg@bhfs.com, dcrudup@bhfs.com
- Maxim B Litvak    mlitvak@pszjlaw.com
- Vincent T Martinez    llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- Michael Arthur McConnell (TR)    Michael.mcconnell@kellyhart.com
- Brian M Metcalf    bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- Monserrat Morales    Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Jerry Namba    nambaepiq@earthlink.net, atty_namba@bluestylus.com
- David L Osias    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- Darren L Patrick    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Benjamin P Pugh    bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- Edward S Renwick    erenwick@hanmor.com, iaguilar@hanmor.com
- J. Alexandra Rhim    arhim@hrhlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Mitchell E Rishe    mitchell.rishe@doj.ca.gov
- George E Schulman    GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Sonia Singh    ssingh@DanningGill.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Ross Spence    ross@sdllaw.com, brittany@sdllaw.com;donna@sdllaw.com
- Christopher D Sullivan    csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.com
- Jennifer Taylor    jtaylor@omm.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- Meagan S Tom    meagan.tom@lockelord.com, autodocket@lockelord.com;taylor.warren@lockelord.com;autodocketdev@lockelord.com
- Patricia B Tomasco    pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- Fred Whitaker    lshertzer@cwlawyers.com, spattas@cwlawyers.com
- William E. Winfield    wwinfield@calattys.com, scuevas@calattys.com
- Richard Lee Wynne    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE

- Emily Young   pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David R Zaro   dzaro@allenmatkins.com
- Aaron E de Leest   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **September 21, 2020**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jane A and John S Adams, Trustees
PO Box 264
Yorba Linda, CA 92885

Sylvia Boisseranc
300 W. Paseo De Cristobal
San Clemente, CA 92672

Buganko
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

Peter Calamari
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue 22nd floor
New York, NY 10010

Daniel L. Cantor
O'Melveny & Myers LLP
7 Times Square
New York, NY 10011

Carolyn V Carollo
Snow Spence Green LLP
2929 Allen Parkway
Suite 2800
Houston, TX 77019

Carolyn Virginia Carollo
Snow Spence Green, LLP
2929 Allen Parkway, Ste. 2800
Houston, TX 77019

Allan B. Diamond
Diamond McCarthy, LLP
909 Fannin, Ste. 3700
Houston, TX 77010

Fauver, Large, Archbald & Spray, LLP
820 State Street
Fourth Floor
Santa Barbara, CA 93101

Philip W Ganong
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

Sid J. Garabato
Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Sheryl P Giugliano
Diamond McCarthy LLP
295 Madison Avenue
27th Floor
New York, NY 10017

Steven William Golden
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York
New York, NY 10017

Ira S. Greene
Squadron, Ellenoff, Plesent, et al
551 Fifth Ave.
New York, NY 10176

Grobstein Teeple LLP
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367

Elizabeth Mary Guffy
2800 JP Morgan Chase Tower
600 Travis
Houston, TX 77002

HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue
Suite D
Brighton, CO 80601

Dellena M Ludwig
530 Vicky Lane
Placentia, CA 92870

Jarrod Barclay Martin
McDowell Hetherington LLP
1001 Fannin Ste 2700
Houston, TX 77002

Kevin D. McCullough
Rochelle McCullough L.L.P.
325 N. St. Paul St., Ste. 4500
Dallas, TX 75201

Darren L. Patrick
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

Mitchell Elliott Rishe
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

Vadim J. Rubinstein
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

William R. Spence
Snow Spence Green LLP
2929 Allen Pkwy., Suite 2800
Houston, TX 77019-2125

Ruth Stoner Muzzin
Friedman & Springer Water LLP
350 Sansome Street
Suite 210
San Francisco, CA 94104

Gary Svirsky
O'Melveny & Myers LLP

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Patricia Tomasco
Quinn Emanuel Urquhart & Sullivan
711 Louisiana St.
Suite 500
Houston, TX 77002

Patricia B. Tomasco
Quinn Emanuel Urquhart & Sullivan
711 Louisiana St.
Suite 500
Houston, TX 77002

Michael D. Warner
Cole Schotz P.C.
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Brian L. Holman
Musick, Peeler & Garrett LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017

Samantha M. Indelicato
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Eric M. Van Horn
Spencer Fane LLP
2200 Ross Avenue
Suite 4800 West
Dallas, TX 75201

Bruce W Wagner
Twitchell and Rice, LLP
215 North Lincoln St
PO Box 520
Santa Maria, CA 93456

Times Square Tower
7 Times Square
New York, NY 10036

Shannon Smith Thomas
Rochelle McCullough, LLP
325 N. Saint Paul St., Ste. 4500
Dallas, TX 75201

Rob Thomson
1920 Wilbur Ave
San Diego, CA 92109

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 21, 2020** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

San Fernando Valley Division
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Irma Aguilar | /s/ Irma Aguilar |
|---|---|
| *Date*    *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**