September 23, 2020

Clerk of the Court
United States Bankruptcy Court
1415 State Street, Suite 148
Santa Barbara, CA 93101



Sent Via USPS Overnight Mail

RE: 9:19-bk-11573-MB

I am a debtor in the above bankruptcy case. As State College LLC, I own Lots 9 and 10, also known as parcel 2, of the Richfield East Dome Unit (REDU). Greka and its successor, HVI Cat Canyon own the oil rights to REDU, as well as have a surface lease on the lots.

Legal notices regarding this case have been mailed to me via USPS. However, as has been reported in the news media, delivery of mail has been delayed due to operational changes. The most recent notice of a hearing on October 5, 2020, to approve the sale of assets was mailed on September 14, but was not received by me until Saturday, September 19. This was the only Notice that gave debtors information as to how their claims would be settled. The Notice said that objections had to be filed with the Court prior to 14 days before the hearing. As you can see, that left very little time for me to review my position and to prepare objections.

Due to the short amount of time, I am asking that you accept the attached letter as my objection. If that format cannot be accepted, then I respectfully ask that the hearing be postponed so that I, and I would expect many others, given the number of debtors in this case, have time to respond.

Thank you for your consideration of this request.

Karen Artiaco
Owner and General Manager, State College LLC
Trustee, Estate of Evelyn Roper
2345 Hayes Ave.
Corvallis, OR 97330
(541) 344-8646
kartiaco@gmail.com

September 23, 2020

Mr. Eric P. Israel
Danning, Gill, Israel and Krasnoff, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
eisrael@DanningGill.com

Mr. Michael A. McConnell
Trustee, Estate of HVI Cat Canyon, Inc.
201 Main Street, Suite 2500
Fort Worth, TX 76102
michael.mcconnell@kellyhart.com

Letter sent via email

RE: Bankruptcy Proceedings HVI Cat Canyon, Inc.
     Case 9:19-bk-11573-MB

Dear Sirs:

On behalf of State College LLC I am protesting the proposed settlement of the above bankruptcy.

1. SURFACE LEASE – Lots 9 and 10, also known as Parcel 2 of the Richfield East Dome Unit (REDU) are owned by State College, LLC. I filed two (2) timely claims in Santa Barbara under Case Number 9:19-bk-11573-MB regarding monies owed on this lease.

    A. ANNUAL RENT – Annual rent payments received March 14, 2019 ($15,573.28), September 2, 2019 ($15,573.28) from Greka/HVI Cat Canyon, and recently, September 18, 2020 ($15,801.33) from Michael McConnell, were computed incorrectly. I included the calculations based upon the Stip Agreement between Greka Oil and State College, LLC in our bankruptcy claim. From September 2016 thru September 2020, annual rent is $17,556.15. **REMAINING ANNUAL RENT DUE TO KEEP THE LEASE IN PLACE - $22,998.66.**

    B. PROPERTY TAX REIMBURSEMENT – The original lease agreement and the Stip Agreement both called for Greka/HVI Cat Canyon to reimburse State College LLC for property tax payments to Orange County, CA. Property tax reimbursement has not been paid since 2005. In our bankruptcy claim I gave detail for all years since then. **TOTAL PROPERTY TAX REIMBURSEMENT OWED TO KEEP LEASE IN PLACE - $9,243.88**

2. REMEDIATION COSTS – This property has been subject to an oil lease for four generations of our family. During the past four decades Greka/HVI Cat Canyon has modified the pumps, underground pipes and other equipment on our lot. We have no idea what Remediation Costs might be in order to use this property for other uses. Therefore, we filed a bankruptcy claim asking that, if this oil lease is to be vacated by HVI Cat Canyon, **$500,000** be set aside to pay for whatever work may be needed on our two lots. The Company who profited from pumping oil from REDU must pay for Remediation Costs, not the landowner, who rarely received more than $3,000 per year, and during the last 10 years, much less than that.

If the Surface Lease costs above are not reimbursed, we will consider that lease ended and will take action to bar employees and/or representatives of HVI Cat Canyon, and employees and/or representatives of any entity that buys this asset during bankruptcy proceedings, from entering our property. Any equipment and monitoring devices will become our personal property.

Sincerely,

Karen Artiaco
Owner and General Manager
State College LLC
2345 NW Hayes
Corvallis, OR 97330
(541) 344-8646
Kartiaco@gmail.com


CC: Honorable Martin R. Balash
United State Bankruptcy Court