1  SPENCE, DESENBERG & LEE, PLLC
   Ross Spence (TX SBN 18918400)
2  ross@sdllaw.com
   1770 St. James Place, Suite 625
3  Houston, TX 77056
   Telephone: (713) 275-8440
4  Facsimile: (713) 275-8445

*Attorneys for the County of Santa Barbara, California and Santa Barbara County Air Pollution Control District*

XAVIER BECERRA
Attorney General of California
CHRISTINA BULL ARNDT
Supervising Deputy Attorney General
MITCHELL E. RISHE
Deputy Attorney General
State Bar No. 193503
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6394
Fax: (916) 731-2121
E-mail: Mitchell.Rishe@doj.ca.gov

*Attorneys for the California Department of Conservation, Geologic Energy Management Division*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI Cat Canyon, Inc.,<br><br>Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT, AND CALIFORNIA DEPARTMENT OF CONSERVATION, GEOLOGIC ENERGY MANAGEMENT DIVISION JOINT WITNESS AND EXHIBIT LIST FOR THE TRUSTEE'S ABANDONMENT OF CERTAIN UNSOLD ASSETS HEARING**<br><br>Date: November 9, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 201<br>     1415 State Street<br>     Santa Barbara, California<br>Judge: Hon. Martin R. Barash |

| Exhibit No. | Brief Description | Date Admitted | How Admitted (Stipulation, Witness Name, etc.) | How/When Used During Trial |
|---|---|---|---|---|
| SB_Ex_A | Trustee's Notice of Motion and Motion for Order Authorizing the Abandonment of any Unsold Assets and Rejection of Any Unsold Unexpired Leases and/or Executory Contracts | | | |
| SB_Ex_B | 10-19-20 R. Spence Email to E. Israel re Discovery Requests for November 9th Hearing | | | |
| SB_Ex_C | 10-20-20 G. Schulman Email to R. Spence re response to Discovery Requests for November 9th Hearing | | | |
| SB_Ex_D | 10-22-20 P. McNulty Email to A. Bush re Abandonment Files | | | |
| SB_Ex_E | 10-22-20 Greka-HVI Spill Report 2008-2020 | | | |
| SB_Ex_F | 10-27-20 Hazardous Materials Spill Report | | | |
| SB_Ex_G | 10-27-20 R. Spence Email to E. Israel re further discovery request | | | |
| SB_Ex_H | 11-02-20 T. Skillman Email to P. McNulty re additional abandoned leases in the Battles area | | | |
| SB_Ex_I | 9-12-19 Oil Spill Article | | | |

| | | | | |
|---|---|---|---|---|
| SB_Ex_J | 9-20-19 Oil Spill Article | | | |
| SB_Ex_K | 11-6-19 Oil Spill Article | | | |
| SB_Ex_L | 7-10-20 Oil Spill Article | | | |
| SB_Ex_M | 10-27-20 Oil Spill Article | | | |
| SB_Ex_N | Trustee's List of Abandoned and Orphaned Wells and Leases | | | |

## WITNESSES

John Zorovich    jzoro@co.santa-barbara.ca.us

Erin Briggs    ebriggs@co.santa-barbara.ca.us

Pam McNulty    pmcnult@co.santa-barbara.ca.us

Pat Abel    pat.abel@conservation.ca.gov

Trey Powell    trey.powell@conservation.ca.gov

Sage Swain    swains@sbcapcd.org

David Harris    harrisd@sbcapcd.org

Jay Sheth    rbeg@msn.com

Jason Johnston    jason.johnston@sbcphd.org

The S.B. Parties do not waive their right to amend or supplement this Witness and Exhibit List prior to the hearing if necessary. CalGEM shall use the S.B. Parties' exhibits—listed above—in any live testimony and reserves the right to call any witnesses offered by any other party.

| | | |
|---|---|---|
| Dated:  November 2, 2020 | | SPENCE DESENBERG & LEE, PLLC |
| | | By:  /s/ Ross Spence |
| | | Ross Spence |
| | | |
| | | *Attorneys for the County of Santa Barbara, California and Santa Barbara County Air Pollution Control District* |
| Dated:  November 2, 2020 | | XAVIER BECERRA |
| | | Attorney General of California |
| | | CHRISTINA BULL ARNDT |
| | | Supervising Deputy Attorney General |
| | | |
| | | */s/ Mitchell E. Rishe* |
| | | |
| | | MITCHELL E. RISHE |
| | | Deputy Attorney General |
| | | *Attorneys for the California Department of Conservation, Geologic Energy Management Division* |