SPENCE, DESENBERG & LEE, PLLC
Ross Spence (TX SBN 18918400)
ross@sdllaw.com
1770 St. James Place, Suite 625
Houston, TX 77056
Telephone: (713) 275-8440
Facsimile: (713) 275-8445

*Attorneys for the County of Santa Barbara, California and Santa Barbara County Air Pollution Control District*

XAVIER BECERRA
Attorney General of California
CHRISTINA BULL ARNDT
Supervising Deputy Attorney General
MITCHELL E. RISHE
Deputy Attorney General
State Bar No. 193503
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
Telephone:  (213) 269-6394
Fax:  (916) 731-2121
E-mail:  Mitchell.Rishe@doj.ca.gov

*Attorneys for the California Department of Conservation, Geologic Energy Management Division*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HVI Cat Canyon, Inc.,<br><br>　　　　Debtor. | Case No.:  9:19-bk-11573-MB<br><br>Chapter 11<br><br>**COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT, AND CALIFORNIA DEPARTMENT OF CONSERVATION, GEOLOGIC ENERGY MANAGEMENT DIVISION SUPPLEMENTAL JOINT WITNESS AND EXHIBIT LIST FOR THE TRUSTEE'S ABANDONMENT OF CERTAIN UNSOLD ASSETS HEARING**<br><br>Date: November 9, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 201<br>　　　1415 State Street<br>　　　Santa Barbara, California<br>Judge: Hon. Martin R. Barash |

| Exhibit No. | Brief Description | Date Admitted | How Admitted (Stipulation, Witness Name, etc.) | How/When Used During Trial |
|---|---|---|---|---|
| SB_Ex_A | Trustee's Notice of Motion and Motion for Order Authorizing the Abandonment of any Unsold Assets and Rejection of Any Unsold Unexpired Leases and/or Executory Contracts | | | |
| SB_Ex_B | 10-19-20 R. Spence Email to E. Israel re Discovery Requests for November 9th Hearing | | | |
| SB_Ex_C | 10-20-20 G. Schulman Email to R. Spence re response to Discovery Requests for November 9th Hearing | | | |
| SB_Ex_D | 10-22-20 P. McNulty Email to A. Bush re Abandonment Files | | | |
| SB_Ex_E | 10-22-20 Greka-HVI Spill Report 2008-2020 | | | |
| SB_Ex_F | 10-27-20 Hazardous Materials Spill Report | | | |
| SB_Ex_G | 10-27-20 R. Spence Email to E. Israel re further discovery request | | | |
| SB_Ex_H | 11-02-20 T. Skillman Email to P. McNulty re additional abandoned leases in the Battles area | | | |
| SB_Ex_I | 9-12-19 Oil Spill Article | | | |

SPENCE, DESENBERG & LEE, PLLC

S.B. PARTIES AND CALGEM'S SUPPLEMENTAL JOINT WITNESS AND EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| SB_Ex_J | 9-20-19 Oil Spill Article | | | |
| SB_Ex_K | 11-6-19 Oil Spill Article | | | |
| SB_Ex_L | 7-10-20 Oil Spill Article | | | |
| SB_Ex_M | 10-27-20 Oil Spill Article | | | |
| SB_Ex_N | Trustee's List of Abandoned and Orphaned Wells and Leases | | | |
| SB_Ex_O | Photographs of Lease Sites Subject to Abandonment taken 10-23-20 and 10-26-20 | | | |

## **WITNESSES**

John Zorovich        jzoro@co.santa-barbara.ca.us

Erin Briggs           ebriggs@co.santa-barbara.ca.us

Pam McNulty          pmcnult@co.santa-barbara.ca.us

Pat Abel             pat.abel@conservation.ca.gov

Trey Powell          trey.powell@conservation.ca.gov

Sage Swain           swains@sbcapcd.org

David Harris         harrisd@sbcapcd.org

Jay Sheth            rbeg@msn.com

Jason Johnston       jason.johnston@sbcphd.org

The S.B. Parties do not waive their right to amend or supplement this Witness and Exhibit List prior to the hearing if necessary. CalGEM shall use the S.B. Parties' exhibits—listed above—in any live testimony and reserves the right to call any witnesses offered by any other party.

SPENCE, DESENBERG & LEE, PLLC

S.B. PARTIES AND CALGEM'S SUPPLEMENTAL JOINT WITNESS AND EXHIBIT LIST

Dated: November 2, 2020

SPENCE DESENBERG & LEE, PLLC

By: /s/ Ross Spence
 Ross Spence

*Attorneys for the County of Santa Barbara, California and Santa Barbara County Air Pollution Control District*

Dated: November 2, 2020

XAVIER BECERRA
Attorney General of California
CHRISTINA BULL ARNDT
Supervising Deputy Attorney General

*/s/ Mitchell E. Rishe*

MITCHELL E. RISHE
Deputy Attorney General
*Attorneys for the California Department of Conservation, Geologic Energy Management Division*