HOWARD B. GROBSTEIN, CPA
Grobstein Teeple, LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone:   (818) 532-1020
Facsimile:    (818) 532-1120
Email:    hgrobstein@gtllp.com, documents@gtllp.com

Tax Accountants for Michael A. McConnell, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re | **Case No.:  9:19-bk-11573-MB** |
| **HVI CAT CANYON, INC.,** | **Chapter 11** |
| | **FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS TAX ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE; DECLARATIONS OF HOWARD B. GROBSTEIN AND MICHAEL A. McCONNELL IN SUPPORT THEREOF** |
| Debtor. | |
| | **Hearing Information**:<br>Date:   December 15, 2020<br>Time:   10:30 a.m.<br>Place:  Courtroom  201<br>            1415 State Street<br>            Santa Barbara, California |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), accountants for the Chapter 11 Trustee of HVI Cat Canyon, Inc., (the "Debtor") in the above-referenced case, represents the following in support of this *First Interim Application for Compensation and Reimbursement of*

*Expenses of Grobstein Teeple LLP as Tax Accountants for the Chapter 11 Trustee* ("Application"). The Application requests a total of $6,240.00 for fees and $18.50 for expenses incurred during the period from June 17, 2020 through and including October 31, 2020 (the "Application Period").

## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1.      Applicant: GROBSTEIN TEEPLE LLP

2.      Application Period:  June 17, 2020 through October 31, 2020

3.      Date of Entry of Order Authorizing Employment: August 27, 2020 (effective June 17, 2020)

4.      Date Services Commenced:  June 17, 2020

5.      Dates of Prior Fee Hearings: None

6.      Advance Fee Payment Received: $0.00

7.      Advance Fee Payment Remaining: $0.00

8.      Fees and Expenses Requested per Professional Fee Statements: $5,245.00

9.      Fees and Expenses Paid Pursuant to Professional Fee Statements: $2,392.26

10.     Amount Remaining to be Paid Pursuant to Prior Professional Fee Statements:  $2,852.74

11.     Fees Paid Pursuant to Prior Fee Applications: $0.00

12.     Expenses Paid Pursuant to Prior Fee Applications: $0.00

13.     Amount Remaining to be Paid Pursuant to Prior Applications: $0.00

14.     Amount Reserved Pending Final Fee Application: $0.00

15.     Total Amount of Fees Requested for this Application Period: $6,240.00

16.     Total Amount of Expenses Requested for this Application Period: $18.50

17.     Cash on hand: $1,572,256.00

## II.

## INTRODUCTION

1.      This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2.      On July 25, 2019, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date").  The case was originally filed in the Southern District of New York.  Thereafter, the case was transferred to the Northern District of Texas, and then later to the Central District of California.

3.      Pursuant to the order entered authorizing the employment of GT as accountants, Applicant began work on June 17, 2020.

4.      Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; evaluate assets and liabilities of the Debtor and Estate; evaluate tax issues related to the Debtor and Estate; prepare tax returns; and provide accounting and consulting services requested by the Trustee and his counsel.

5.      Pursuant to the Order Granting Motion and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Authorizing Payment on a Monthly Basis entered by the Court on December 10, 2019 (the "Fee Payment Order," Docket No. 610), the Court authorized the Trustee and his professionals to be paid on a monthly basis 80% of their accrued fees and costs, up to the sums covered by the original carve-out budgets, provided that the professional follows the U.S. Trustee procedures for Professional Fee Statements.

6.      The Applicant filed its first Professional Fee Statement ("Fee Statement No. 1") on September 11, 2020, Docket No. 1280, requesting fees and costs of $5,226.50 and $18.50, respectively, for a total of $5,245.00.

7.      The Applicant received its pro rata share of funds on hand in the amount of $2,392.26 on October 8, 2020 for the period of June 17, 2020, through August 31, 2020.

8.      The Applicant filed its second Professional Fee statement ("Fee Statement No. 2") on November 13, 2020, Docket No. 1448, requesting fees of $444.00 for the period of October 1, 2020, through October 26, 2020.

9.      This is Applicant's first interim fee application in connection with this case.  Applicant seeks approval of compensation for the periods June 17, 2020 through October 31, 2020.  Pursuant to the Fee Payment Order, Applicant seeks approval of the fees requested in Fee Statement No. 1 and Fee Statement No. 2.  The requested amount of compensation is based upon a total of 17.8 hours of

1  accounting services, resulting in fees totaling $6,240.00.  In addition, Applicant incurred expenses in

2  the amount of $18.50. The Trustee is currently holding $1,572,256.00.

3       10.    The professional services which are the subject of this Application were rendered by

4  the Applicant in connection with providing services for the benefit of the estate and not for any other

5  entity. All the expenses which are the subject of this Application were incurred by Applicant in

6  connection with providing services for the benefit of the estate.

7       11.    Applicant maintains time records of professionals and support personnel on a

8  contemporaneous basis.  Such time records are prepared by the professionals who have rendered the

9  services.

10       12.    **Exhibit "A"** provides a grand total of fees by subject area incurred during the period.

11       13.    A summary of the hours of professional time expended by each professional for the

12  Applicant is attached as **Exhibit "B".**  The hourly rates in **Exhibit "B"**, as well as those reported in

13  **Exhibit "C"**, reflect the rates in effect on the dates those services were performed.  Therefore, certain

14  professionals may reflect multiple rates if there were rate adjustments during the period.

15       14.    Attached hereto as **Exhibit "C"** and incorporated herein by this reference is a

16  statement detailing the services and expenses rendered by the Applicant for the period June 17, 2020

17  through October 31, 2020.  **Exhibit "C"** is transcribed from the Applicant's contemporaneous time

18  records, and shows the professional services rendered, the date the services were performed, the

19  person performing the service and the amount of time incurred.   **Exhibit "C"** categorizes the

20  professional fees by subject work areas.

21       15.    Applicant has no agreement or understanding for a division of fees between Applicant

22  and any other party or parties involved in this matter.  No retainer or advance fee payment has been

23  received by Applicant and Applicant has not received, nor intends to receive, a lien or any other

24  interest in the property of the Debtor or any other third party to secure payments of Applicant's fees.

25  Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

26       16.    Attached as **Exhibit "D"** is biographical information concerning the professionals

27  providing services during the period covered by this Application.

28

HVI CAT CANYON, INC.                          **Case No.:  9:19-bk-11573-MB**

# III.

## SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT

**Fee/Employment Application**

17.     During the interim fee Application Period, Applicant incurred 2.9 hours to prepare employment application, resulting in fees totaling $362.50.  This results in a blended hourly rate of $125.00.

**Tax Issues**

18.     Applicant reviewed the Asset Purchase Agreement ("APA") entered into between the Debtor and Team Maria.  While reviewing the APA, Applicant noted the tax issues and implications of the APA.  Applicant prepared a list of items needed to further assess the potential tax implications of the sale. Once the requested information and documents were received, an analysis was prepared based on the review of the returns, depreciation schedule and allocation of sales price as indicated in the agreement.

19.     The Debtor is part of a consolidated group filing and does not file its own income tax returns. A thorough review of the Debtor's parent's available tax returns was performed.  Due to the lack of entity specific attributable tax information included within the parent's tax returns, Applicant needed to prepare an allocation review and study. The study consisted of reviewing consolidated tax return schedules and determining how much the Debtor contributed to the overall income (or loss) of the consolidated parent taxpayer. From that data, an allocation factor was calculated. Utilizing that factor, the correct tax attribute for the Debtor was determined. The largest tax attribute was net operating losses ("NOL").

20.     Using the APA tax analysis and the NOL usage determined by the tax attribute analysis, it was determined that no withholdings related to the sale to Team Maria was necessary. Additionally, and for federal tax, an affidavit was prepared by Applicant for the trustee to sign.  For California taxing authority purposes, the appropriate forms were prepared and completed by Applicant based on these findings.

21.     During the interim fee application period, Applicant incurred 14.9 hours related to tax issues, resulting in fees totaling $5,877.50.  This results in a blended hourly rate of $394.46.

**Expenses**

22.    During the interim fee Application Period, Applicant incurred expenses of $18.50, for which reimbursement is being sought.

**IV.**

**REQUEST FOR COMPENSATION**

23.    During the first interim fee Application Period, Applicant incurred a total of 17.8 hours as accountants for the Chapter 11 Trustee.  Applicant submits that all its time was reasonable and necessary.  Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.  The blended hourly rate for the first interim Application Period is $350.56.

24.    Applicant is requesting approval of compensation in the amount of $6,240.00 for services rendered.  This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed.  This amount does not include any enhancements or bonuses.  It is also requesting reimbursement of costs in the amount of $18.50.

**WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice and hearing, allow on an interim basis, fees totaling $6,240.00.  Applicant also requests approval of expenses totaling $18.50.  After applying payment received pursuant to Fee Statement No. 1 in the amount of $2,392.26, and a courtesy discount for administrative time issued by the Applicant in the amount $362.50, this would result in a total payment of $3,503.74 to GROBSTEIN TEEPLE LLP.

Dated: November ___, 2020                    By _____
                                                Howard B. Grobstein

HVI CAT CANYON, INC.                                    Case No.:  9:19-bk-11573-MB

### DECLARATION OF HOWARD B. GROBSTEIN

I, **HOWARD B. GROBSTEIN**, declare and state as follows:

1.      I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner of GROBSTEIN TEEPLE LLP ("GT"), accountants for the Chapter 11 Trustee.

2.      I am the accountant principally responsible for the services performed in this matter on behalf of the Chapter 11 Trustee.  The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office.  If called as a witness, I could and would testify competently thereto.

3.      I have reviewed the foregoing First and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP (the "Application").

4.      **Exhibit "A"** provides a grand total of fees by subject area incurred.

5.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B".**

6.      **Exhibit "C"** represents a detail of fees and expenses incurred by Applicant. **Exhibit "C"** was prepared in conformance with Guideline B of the Office of the United States Trustee. Applicant's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page. All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

7.      Attached as **Exhibit "D"** is biographical information concerning the professionals providing these services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 1́6, 2020 at Woodland Hills, California.

_____
Howard B. Grobstein

## DECLARATION OF MICHAEL A. McCONNELL

I, Michael A. McConnell, declare as follows:

1.      I am the Chapter 11 Trustee for the HVI Cat Canyon, Inc. bankruptcy estate.

2.      I have personal knowledge of the within stated facts.

3.      I have reviewed the First and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP as Tax Accountants for the Chapter 11 Trustee and have no objections to it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November _18th_, 2020 at _Fort Worth_, ~~California~~. _Texas_

MICHAEL A. McCONNELL

HVI CAT CANYON, INC.                                    Case No.:  9:19-bk-11573-MB

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Ave, Suite 1500W, Woodland Hills, CA 913674*

A true and correct copy of the foregoing document entitled (*specify*): **FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS TAX ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE; DECLARATIONS OF HOWARD B. GROBSTEIN AND MICHAEL A. McCONNELL IN SUPPORT THEREOF WITH PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November  18  , 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **November  18  , 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>Debtor</u>
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services
36 S. 18th Avenue, Suite D
Brighton, CO 80601-2452

Honorable Martin R. Barash
US Bankruptcy Court
*No Service Required at this Time*

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11-18-202 | Ken Zerehi | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

HVI CAT CANYON, INC.                                    **Case No.:  9:19-bk-11573-MB**

Aaron E de Leest

on behalf of Attorney Danning Gill, Israel & Krasnoff, LLP adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Aaron E de Leest

on behalf of Trustee Michael Arthur McConnell (TR) adeleest@DanningGill.com danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Alan D Condren

on behalf of Defendant Stephen Fisher berickson@seedmackall.com

Alan D Condren

on behalf of Defendant Roman Catholic Archbishop of Los Angeles berickson@seedmackall.com

Alan D Condren

on behalf of Interested Party Stephen Fisher acondren@seedmackall.com berickson@seedmackall.com

CONTINUED ON NEXT PAGE

Alan D Condren

on behalf of Defendant Elizabeth Esser  berickson@seedmackall.com

Alan H Katz

on behalf of Interested Party CTS Properties Ltd. akatz@lockelord.com

Alan I Nahmias

on behalf of Interested Party Maria Joaquin Basin LLC anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias

on behalf of Interested Party Courtesy NEF anahmias@mbnlawyers.com jdale@mbnlawyers.com

Alan I Nahmias

on behalf of Interested Party Team Maria Joaquin LLC anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alec S DiMario

on behalf of Creditor Direct Energy Business LLC alec.dimario@mhllp.com,
debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

Alec S DiMario

on behalf of Creditor Direct Energy Business Marketing LLC d/b/a Direct Energy Business alec.dimario@mhllp.com,
debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com

Alicia Clough

on behalf of Interested Party California State Lands Commission aclough@loeb.com mnielson@loeb.com,ladocket@loeb.com

Alicia Clough

on behalf of Creditor California State Lands Commission aclough@loeb.com mnielson@loeb.com,ladocket@loeb.com

Anna Landa

on behalf of Interested Party Courtesy NEF Anna@MarguliesFaithlaw.com
Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com

Anthony A Austin

on behalf of Interested Party California Department of Toxic Substances Control anthony.austin@doj.ca.gov

Anthony A Austin

on behalf of Creditor California Department of Toxic Substances Control anthony.austin@doj.ca.gov

Benjamin P Pugh

on behalf of Creditor Jane A and John S Adams Trustees bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law

Benjamin P Pugh

on behalf of Defendant John S. Adams bpugh@ecg.law mhamburger@ecg.law;calendar@ecg.law

Benjamin P Pugh

on behalf of Defendant Jane A. Adams bpugh@ecg.law  mhamburger@ecg.law;calendar@ecg.law

Bradley D Blakeley

on behalf of Defendant RDI Royalty Distributors Inc blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com

Brian D Fittipaldi

on behalf of U.S. Trustee United States Trustee (ND) brian.fittipaldi@usdoj.gov

Brian D Fittipaldi

on behalf of U.S. Trustee United States Trustee brian.fittipaldi@usdoj.gov

Brian L Holman

on behalf of Defendant Bradley Land Company b.holman@mpglaw.com

Brian L Holman

on behalf of Creditor Bradley Land Company b.holman@musickpeeler.com

Brian L Holman

on behalf of Counter-Claimant Bradley Land Company b.holman@mpglaw.com

Brian M Metcalf

on behalf of Interested Party UBS AG Stamford Branch bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com

Brian M Metcalf

on behalf of Interested Party UBS AG London Branch bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com

Christopher D Sullivan

on behalf of Creditor Diamond McCarthy LLP csullivan@diamondmccarthy.com
mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@dia
mondmccarthy.com;aiemee.low@diamondmccarthy.com

Daniel A Solitro

on behalf of Interested Party CTS Properties Ltd. dsolitro@lockelord.com, ataylor2@lockelord.com

Darren L Patrick

on behalf of Interested Party UBS AG London Branch dpatrick@omm.com,
darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com

David L Osias
on behalf of Creditor Allen Matkins Leck Gamble Mallory & Natsis LLP dosias@allenmatkins.com
bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com

David R Zaro
on behalf of Creditor Gary K. Kaestner Trustee of the Conzelman Family Trust dzaro@allenmatkins.com

Don Fisher
on behalf of Defendant Corian Cross Holdings LP dfisher@ptwww.com, tblack@ptwww.com

Don Fisher
on behalf of Interested Party Interested Party dfisher@ptwww.com tblack@ptwww.com

Edward S Renwick
on behalf of Creditor Sylvia Boisseranc erenwick@hanmor.com iaguilar@hanmor.com

Edward S Renwick
on behalf of Creditor Presson Vera OC Land Group a California Unincorporated Association erenwick@hanmor.com,
iaguilar@hanmor.com

Edward S Renwick
on behalf of Creditor Waldo Gillette erenwick@hanmor.com iaguilar@hanmor.com

Edward S Renwick
on behalf of Creditor "A" Mineral Owners Group erenwick@hanmor.com  iaguilar@hanmor.com

Edward S Renwick
on behalf of Counter-Claimant Waldo A. Gillette Jr. erenwick@hanmor.com  iaguilar@hanmor.com

Edward S Renwick
on behalf of Counter-Claimant Presson Vera OC Land Group a California Unincorporated Association erenwick@hanmor.com,
iaguilar@hanmor.com

Edward S Renwick
on behalf of Counter-Claimant Frank M. Boisseranc and Sylvia S Boisseranc as Trustees of the Frank and Sylvia Boisseranc Trust
erenwick@hanmor.com iaguilar@hanmor.com

Edward S Renwick
on behalf of Litigant Edward S Renwick erenwick@hanmor.com iaguilar@hanmor.com

Edward S Renwick
on behalf of Creditor Goodwin "A" Mineral Owners Group erenwick@hanmor.com iaguilar@hanmor.com

Edward S Renwick
on behalf of Creditor Presson Vera OC Land Group erenwick@hanmor.com iaguilar@hanmor.com

Edward S Renwick
on behalf of Cross-Claimant Goodwin "A" Mineral Owners Group erenwick@hanmor.com  iaguilar@hanmor.com

Edwin J Rambuski
on behalf of Interested Party Windset Farms (California) Inc. edwin@rambuskilaw.com, marissa@rambuskilaw.com

Ellen A Friedman
on behalf of Interested Party Pacific Gas and Electric Company efriedman@friedmanspring.com
khollander@friedmanspring.com

Emily Young
on behalf of Creditor Epiq Corporate Restructuring LLC Claims Agent pacerteam@gardencitygroup.com,
rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

Eric P Israel
on behalf of Attorney Courtesy NEF eisrael@DanningGill.com danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel
on behalf of Financial Advisor CR3 Partners LLP eisrael@DanningGill.com,
danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel
on behalf of Plaintiff Michael A. McConnell Chapter 11 Trustee eisrael@DanningGill.com,
danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel
on behalf of Trustee Michael Arthur McConnell (TR) eisrael@DanningGill.com
danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel
on behalf of Attorney Danning Gill, Israel & Krasnoff, LLP eisrael@DanningGill.com,
danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Evan M Jones
on behalf of Interested Party UBS AG Stamford Branch ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

| | |
|---|---|
| Fred    Whitaker | on behalf of Interested Party UBS AG London Branch ejones@omm.com, evan-jones-5677@ecf.pacerpro.com |
| | on behalf of Interested Party Eller Family Trust lshertzer@cwlawyers.com spattas@cwlawyers.com |
| George E Schulman | on behalf of Defendant Michael A. McConnell Chapter 11 Trustee GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com |
| George E Schulman | on behalf of Trustee Michael Arthur McConnell (TR) GSchulman@DanningGill.Com danninggill@gmail.com;gschulman@ecf.inforuptcy.com |
| George E Schulman | on behalf of Attorney Courtesy NEF GSchulman@DanningGill.Com danninggill@gmail.com;gschulman@ecf.inforuptcy.com |
| George E Schulman | on behalf of Plaintiff Michael A. McConnell Chapter 11 Trustee GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com |
| Gisele M Goetz | on behalf of Creditor Chamberlin Oil LLC gmgoetz@hbsb.com ggoetz@collegesoflaw.edu;cecilia@hbsb.com |
| Gisele M Goetz | on behalf of Interested Party Courtesy NEF gmgoetz@hbsb.com ggoetz@collegesoflaw.edu;cecilia@hbsb.com |
| Gisele M Goetz | on behalf of Defendant Chamberlin Oil LLC gmgoetz@hbsb.com  ggoetz@collegesoflaw.edu;cecilia@hbsb.com |
| H Alexander Fisch | on behalf of Interested Party California Regional Water Quality Control Board Central Coast Alex.Fisch@doj.ca.gov |
| H Alexander Fisch | on behalf of Interested Party California Department of Fish & Wildlife Alex.Fisch@doj.ca.gov |
| Hugh M Ray | on behalf of Creditor Union Oil Company of CA and Chevron U.S.A. Inc hugh.ray@pillsburylaw.com nancy.jones@pillsburylaw.com,docket@pillsburylaw.com |
| Ira S Greene | on behalf of Interested Party CTS Properties  Ltd. Ira.Greene@lockelord.com |
| J. Alexandra Rhim | on behalf of Counter-Claimant Laor Liquidating Associates LP arhim@hrhlaw.com |
| J. Alexandra Rhim | on behalf of Defendant Laor Liquidating Associates LP arhim@hrhlaw.com |
| J. Alexandra Rhim | on behalf of Counter-Claimant Guarantee Royalties Inc. arhim@hrhlaw.com |
| J. Alexandra Rhim | on behalf of Creditor Guarantee Royalties Inc. arhim@hrhlaw.com |
| J. Alexandra Rhim | on behalf of Defendant Guarantee Royalties Inc. arhim@hrhlaw.com |
| J. Alexandra Rhim | on behalf of Creditor Laor Liquidating Associates LP arhim@hrhlaw.com |
| Jeannie Kim | on behalf of Interested Party Pacific Gas and Electric Company jekim@sheppardmullin.com dgatmen@sheppardmullin.com |
| Jeffrey N Pomerantz | on behalf of Creditor Committee Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com |
| Jennifer Taylor | on behalf of Interested Party UBS AG London Branch jtaylor@omm.com |
| Jeremy Faith | on behalf of Counter-Claimant GIT INC., a Colorado corporation Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Jeremy Faith | on behalf of Creditor GTL1 LLC Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Jeremy Faith | on behalf of Counter-Claimant GTL1 LLC a Colorado limited liability company Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Jeremy Faith | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com |

Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jeremy Faith

on behalf of Plaintiff GIT Inc. Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jeremy Faith

on behalf of Plaintiff GTL1 LLC Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jeremy Faith

on behalf of Plaintiff California Asphalt Production Inc. Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jeremy Faith

on behalf of Creditor California Asphalt Production Inc. Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jeremy Faith

on behalf of Counter-Claimant California Asphalt Production Inc., a California corporation Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jeremy Faith

on behalf of Creditor GIT Inc. Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jerry Namba

on behalf of Defendant CMT LLC nambaepiq@earthlink.net, atty_namba@bluestylus.com

John C Keith

on behalf of Creditor California State Lands Commission john.keith@doj.ca.gov

John N Tedford, IV

on behalf of Trustee Michael Arthur McConnell (TR) jtedford@DanningGill.com
danninggill@gmail.com;jtedford@ecf.inforuptcy.com

Karen L Grant

on behalf of Defendant Janet K Ganong kgrant@silcom.com

Karen L Grant

on behalf of Creditor Janet K. Ganong Estate and Living Trust kgrant@silcom.com

Karen L Grant

on behalf of Creditor BUGANKO LLC kgrant@silcom.com

Karl J Fingerhood

on behalf of Interested Party United States of America on behalf of USEPA and US Coast Guard karl.fingerhood@usdoj.gov
efile_ees.enrd@usdoj.gov

Marc S Cohen

on behalf of Creditor California State Lands Commission mscohen@loeb.com klyles@loeb.com

Marc S Cohen

on behalf of Interested Party California State Lands Commission mscohen@loeb.com klyles@loeb.com

Matthew C. Heyn

on behalf of Creditor Department of Conservation Division of Oil, Gas and Geothermal Reources Matthew.Heyn@doj.ca.gov,
mcheyn@outlook.com

Maxim B Litvak

on behalf of Creditor Committee Official Committee of Unsecured Creditors mlitvak@pszjlaw.com

Meagan S Tom

on behalf of Creditor Netherland Sewell & Associates, Inc. meagan.tom@lockelord.com,
autodocket@lockelord.com;taylor.warren@lockelord.com

Michael Arthur McConnell (TR)

Michael.mcconnell@kellyhart.com

Mitchell E Rishe

on behalf of Creditor California Department of Conservation Division of Oil, Gas & Geothermal Resources
mitchell.rishe@doj.ca.gov

Mitchell E Rishe

on behalf of Creditor Department of Conservation Division of Oil, Gas and Geothermal Reources mitchell.rishe@doj.ca.gov

Mitchell J Langberg

on behalf of Creditor Lance H Brown mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg

on behalf of Defendant Louise H Feliciano mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg

on behalf of Creditor Alice Sedgwick Dec'd mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor John A Feliciano mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Katherine S Hanberg mlangberg@bhfs.com  dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor Susanna Sedgwick Dec'd mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Jerome Brevoort Dwight mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Lance H Brown mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Alice Sedgwick Dec'd mlangberg@bhfs.com, dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant John A Feliciano mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant William Hanberg mlangberg@bhfs.com  dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor Alice Sedgwick Wohl mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor Lela Minturn Dwight mlangberg@bhfs.com  dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Jonathan Ashley Dwight mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Susanna Sedgwick mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor Jerome Brevoort Dwight mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Lela Minturn Dwight mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Adam B Firestone mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor Jonathan Ashley Dwight mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor Adam B Firestone mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor Katherine S Hanberg mlangberg@bhfs.com  dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Defendant Alice Sedgwick Wohl mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor William Hanberg mlangberg@bhfs.com dcrudup@bhfs.com

Mitchell J Langberg    on behalf of Creditor Louise H Feliciano mlangberg@bhfs.com dcrudup@bhfs.com

Monserrat Morales    on behalf of Plaintiff GTL1 LLC Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

Monserrat Morales    on behalf of Interested Party Courtesy NEF Monsi@MarguliesFaithLaw.com
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

Monserrat Morales    on behalf of Plaintiff California Asphalt Production Inc. Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

Monserrat Morales    on behalf of Plaintiff GIT Inc. Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

Patricia B Tomasco    on behalf of Creditor GIT Inc. pattytomasco@quinnemanuel.com,

barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

Philip S Warden

on behalf of Interested Party Chevron USA Inc. philip.warden@pillsburylaw.com,
thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com

Philip S Warden

on behalf of Interested Party Union Oil Compay of CA philip.warden@pillsburylaw.com
thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com

Razmig Izakelian

on behalf of Creditor GTL1 LLC razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Creditor California Asphalt Production Inc. razmigizakelian@quinnemanuel.com

Razmig Izakelian

on behalf of Creditor GIT Inc. razmigizakelian@quinnemanuel.com

Richard Lee Wynne

on behalf of Interested Party NewBridge Resources LLC richard.wynne@hoganlovells.com,
tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

Ross Spence

on behalf of Interested Party County of Santa Barbara California ross@sdllaw.com,
brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

Ross Spence

on behalf of Interested Party Santa Barbara Air Pollution Control District ross@sdllaw.com
brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

Ross Spence

on behalf of Interested Party Harry E. Hagen as Treasurer-Tax Collector of the County of Santa Barbara, California
ross@sdllaw.com, brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

Salina R Thomas

on behalf of Interested Party Courtesy NEF bankruptcy@co.kern.ca.us

Salina R Thomas

on behalf of Interested Party Kern County Treasurer Tax Collector bankruptcy@co.kern.ca.us

Samantha Indelicato

on behalf of Interested Party UBS AG Stamford Branch sindelicato@omm.com

Sonia Singh

on behalf of Interested Party Courtesy NEF ssingh@DanningGill.com danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Sonia Singh

on behalf of Trustee Michael Arthur McConnell (TR) ssingh@DanningGill.com
danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Sonia Singh

on behalf of Plaintiff Michael A. McConnell Chapter 11 Trustee ssingh@DanningGill.com,
danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Sonia Singh

on behalf of Defendant Michael A. McConnell Chapter 11 Trustee ssingh@DanningGill.com,
danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Sonia Singh

on behalf of Attorney Courtesy NEF ssingh@DanningGill.com danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Todd C. Ringstad

on behalf of Defendant Charles C. Albright becky@ringstadlaw.com arlene@ringstadlaw.com

Todd C. Ringstad

on behalf of Interested Party Interested Party becky@ringstadlaw.com arlene@ringstadlaw.com

Tracy K Hunckler

on behalf of Interested Party Courtesy NEF thunckler@daycartermurphy.com cgori@daycartermurphy.com

Vincent T Martinez

on behalf of Creditor The Morganti Ranch a limited partnership llimone@twitchellandrice.com,
smccomish@twitchellandrice.com

Vincent T Martinez

on behalf of Creditor Candace Laine Evenson llimone@twitchellandrice.com smccomish@twitchellandrice.com

Vincent T Martinez

on behalf of Creditor Escolle Tenants In Common llimone@twitchellandrice.com smccomish@twitchellandrice.com

Vincent T Martinez

on behalf of Creditor Adam Family Trust llimone@twitchellandrice.com smccomish@twitchellandrice.com

| Vincent T Martinez | on behalf of Counter-Claimant Escolle Tenants In Common llimone@twitchellandrice.com smccomish@twitchellandrice.com |
| Vincent T Martinez | on behalf of Creditor The Bognuda Trust llimone@twitchellandrice.com smccomish@twitchellandrice.com |
| Vincent T Martinez | on behalf of Defendant The Bognuda Trust llimone@twitchellandrice.com smccomish@twitchellandrice.com |
| Vincent T Martinez | on behalf of Creditor Candace Laine Evenson llimone@twitchellandrice.com smccomish@twitchellandrice.com |
| William C Beall | on behalf of Counter-Claimant GRL LLC, a Delaware limited liability company will@beallandburkhardt.com, carissa@beallandburkhardt.com |
| William C Beall | on behalf of Creditor GLR LLC will@beallandburkhardt.com, carissa@beallandburkhardt.com |
| William C Beall | on behalf of Defendant GRL LLC, a Delaware limited liability company will@beallandburkhardt.com, carissa@beallandburkhardt.com |
| William C Beall | on behalf of Defendant GLR LLC, a Delaware limited liability company will@beallandburkhardt.com, carissa@beallandburkhardt.com |
| William C Beall | on behalf of Interested Party GRL LLC, a Delaware limited liability company will@beallandburkhardt.com, carissa@beallandburkhardt.com |
| William C Beall | on behalf of Counter-Claimant GLR LLC, a Delaware limited liability company will@beallandburkhardt.com, carissa@beallandburkhardt.com |
| William E. Winfield | on behalf of Defendant Robert Kestner wwinfield@calattys.com scuevas@calattys.com |
| William E. Winfield | on behalf of Creditor Robert Kestner wwinfield@calattys.com scuevas@calattys.com |
| William E. Winfield | on behalf of Defendant Kathleen Seymour wwinfield@calattys.com scuevas@calattys.com |
| William E. Winfield | on behalf of Defendant Jane Connolly wwinfield@calattys.com scuevas@calattys.com |
| William E. Winfield | on behalf of Defendant Virginia Tracy wwinfield@calattys.com scuevas@calattys.com |
| William E. Winfield | on behalf of Creditor Jane Connolly wwinfield@calattys.com scuevas@calattys.com |
| William E. Winfield | on behalf of Creditor Virginia Tracy wwinfield@calattys.com scuevas@calattys.com |
| William E. Winfield | on behalf of Attorney Courtesy NEF wwinfield@calattys.com scuevas@calattys.com |
| Zev Shechtman | on behalf of Trustee Michael Arthur McConnell (TR) zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | on behalf of Plaintiff Michael A. McConnell Chapter 11 Trustee zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | on behalf of Counter-Defendant Michael Arthur McConnell (TR) zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | on behalf of Counter-Defendant Michael A. McConnell Chapter 11 Trustee zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**HVI Cat Canyon, Inc.**

**Summary of Professional Fees and Expenses**

**Fee Application Period: July 13, 2020 through October 31, 2020**

**Category of Work**

| | | |
|---|---|---|
| 009 - Fee/Employment Application | 2.90 | $362.50 |
| 014 - Tax Issues | 14.90 | $5,877.50 |
| Total Professional Fees | 17.80 | $6,240.00 |

**Expenses**

| | |
|---|---|
| 405 - Client Postage/Delivery | $18.50 |
| Total Expenses | $18.50 |

| | |
|---|---|
| **Total Professional Fees and Expenses** | **$6,258.50** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Michael Arthur McConnell, Chapter 11 Trustee**
Michael Arthur McConnell, Chapter 11 Trustee
201 Main Street, Suite 2500
Fort Worth, Texas 76102

# Invoice

**Invoice Date:**      11/03/2020
**Billing Through:** 10/31/2020

**IN RE: HVI Cat Canyon, Inc.**

## Professional Fees by Employee

**Fee Application Period: July 13, 2020 - October 31, 2020**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Cory L Zera | $125.00 | 2.90 | $362.50 |
| Howard B Grobstein | $505.00 | 2.70 | $1,363.50 |
| Kermith B Boffill | $370.00 | 12.20 | $4,514.00 |
| Totals | | 17.80 | $6,240.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Michael Arthur McConnell, Chapter 11 Trustee**
Michael Arthur McConnell, Chapter 11 Trustee
201 Main Street, Suite 2500
Fort Worth, Texas 76102

# Invoice

**Invoice Date:**    11/03/2020
**Billing Through:** 10/31/2020

**IN RE: HVI Cat Canyon, Inc.**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **009 - Fee/Employment Application** | | | | | |
| 07/27/2020 | Cory L Zera | Prepare Employment Application and Notice and file | $125.00 | 1.40 | $175.00 |
| 07/30/2020 | Cory L Zera | Filed Employment Application and Notice | $125.00 | 0.80 | $100.00 |
| 08/20/2020 | Cory L Zera | Composed Non opposition and Order | $125.00 | 0.70 | $87.50 |
| | | **009 - Fee/Employment Application Total:** | | **2.90** | **$362.50** |
| **014 - Tax Issues** | | | | | |
| 07/13/2020 | Howard B Grobstein | Set up call to discuss tax issues with counsel; review pending issues | $505.00 | 0.80 | $404.00 |
| 07/14/2020 | Howard B Grobstein | Review issues and informational needs for tax return preparation | $505.00 | 0.80 | $404.00 |
| 07/27/2020 | Howard B Grobstein | Review information provided and determine additional information needs | $505.00 | 1.10 | $555.50 |
| 08/10/2020 | Kermith B Boffill | Review APA (1.3); prepare tax attribute schedule for HVI form consolidated returns (3.1); prepare tax impact analysis workpapers (.7) | $370.00 | 5.10 | $1,887.00 |
| 08/17/2020 | Kermith B Boffill | Review updated APA (.6); download and review exhibits (.6); start work on calculations based on available information (.7) | $370.00 | 2.80 | $1,036.00 |
| 08/22/2020 | Kermith B Boffill | Tax analysis of Sale to Team Maria entities | $370.00 | 3.10 | $1,147.00 |
| 10/20/2020 | Kermith B Boffill | Non foreign tax withholding affidavit and CA form preparation | $370.00 | 1.20 | $444.00 |
| | | **014 - Tax Issues Total:** | | **14.90** | **$5,877.50** |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Michael Arthur McConnell, Chapter 11 Trustee**
Michael Arthur McConnell, Chapter 11 Trustee
201 Main Street, Suite 2500
Fort Worth, Texas 76102

# Invoice

**Invoice Date:**     11/03/2020
**Billing Through:**  10/31/2020

**IN RE: HVI Cat Canyon, Inc.**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| | | **Total Professional Fees:** | | 17.80 | $6,240.00 |

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| **405 - Client Postage/Delivery** | | | | | |
| 08/05/2020 | Ken S Zerehi | Mailing notices to 37 creditors. 37x $0.50=$18.50 | | | $18.50 |
| | | **405 - Client Postage/Delivery Total:** | | | **$18.50** |
| | | **Total Expenses:** | | | **$18.50** |

| | |
|---|---|
| **Total Professional Fees:** | $6,240.00 |
| **Total Expenses:** | $18.50 |
| **Courtesy Discount for Administrative Time:** | ($362.50) |
| **Total Professional Fees and Expenses:** | $5,896.00 |

## GROBSTEIN TEEPLE LLP
### FIRM BIOGRAPHIES

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations.  He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum.  He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm.  Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**CORY ZERA**, University of California, San Diego, (B.A. -Visual Arts: Media) is an Executive Administrator with the firm. Ms. Zera is also a licensed notary in California.