1  MICHAEL A. McCONNELL
   *Michael.McConnell@khh.com*
2  201 Main Street
   Suite 2500
3  Fort Worth, Texas 76102
   Telephone (817) 878-3569
4  Facsimile: (817) 878-9280

5  Chapter 11 Trustee

6

7                **UNITED STATES BANKRUPTCY COURT**

8                 **CENTRAL DISTRICT OF CALIFORNIA**

                      **NORTHERN DIVISION**
9

10 | In re | Case No.: 9:19-bk-11573-MB |

11 | HVI CAT CANYON, INC., | Chapter 11 |

12 |     Debtor. | **THIRD INTERIM APPLICATION FOR** |

13 | | **AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF** |

14 | | **MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE; DECLARATION OF** |

15 | | **MICHAEL A. MCCONNELL IN SUPPORT THEREOF** |

16 | | **[Covering the period from June 1, 2020,** |

17 | | **through October 31, 2020]** |

18 | | Date:   December 11, 2020<br>Time:   2:00 p.m. |

19 | | Place:  Courtroom 201 (VIA ZOOM)<br>1415 State Street |

20 | | Santa Barbara, California |

21

22        **Michael A. McConnell**, the Chapter 11 Trustee in the above-captioned case ('the Trustee")

hereby presents his Third Interim Application for Award of Compensation and Reimbursement of
23
Expenses ("the Third Interim Application") pursuant to Sections 326, 330 and 331 of the
24
Bankruptcy Code in connection with services rendered as Chapter 11 Trustee. In support of this
25
Third Interim Application, the Trustee respectfully represents as follows:
26
        1.    Identity of Applicant
27
              Applicant is Michael A. McConnell, the Chapter 11 Trustee in this case.
28

1619773.1  26932                              1

2.    Nature of Representation

Applicant is the Trustee in this case.

3.    Appointment of Applicant

The order approving the appointment of the Applicant as Trustee was entered on October 21, 2019 *(docket no. 431).* **(Exhibit "3").**

4.    Procedural Status and History of Case

On July 25, 2019 (the "Petition Date"), HVI Cat Canyon, Inc. (the "debtor") filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Code"). The case was originally filed in the Southern District of New York. It was transferred to the Northern District of Texas, and then later to the Central District of California. The debtor initially operated its business as a "debtor in possession," allowing it to exercise substantially all rights of a trustee in the bankruptcy case.

On or about August 9, 2019, an Official Creditor's Committee (the "Committee") was appointed.

On or about October 16, 2019, the Court entered its *Agreed Order Granting Motion for Appointment of a Chapter 11 Trustee.*

On or about October 21, 2019, the Court approved the appointment of Michael A. McConnell as the Chapter 11 trustee in this case.

5.    Pending Issues and Matters

This is an operating Chapter 11 case. Pursuant to LBR 2016-1(a), Applicant makes the following disclosures:

(a)    The debtor operated oil and gas wells in Santa Barbara County, Orange County and Kern County, California. The debtor owned in excess of 1,000 wells, but most of those wells were not operating at the time of the Trustee's appointment. As of the time of the Trustee's appointment, the debtor was producing about 1,000 barrels of crude oil per day. The debtor had a long history of regulatory violations and problems.

1      (b)    The debtor was not operating at a profit, although the Trustee took various

2  actions to improve performance and productivity, including terminating agreements with the

3  debtor's affiliates that the Trustee believes were not negotiated at arms' length, and replacing most

4  or all of those agreements with third party vendors and customers. In addition, the Trustee started

5  deferred maintenance repairs projected to significantly improve production and correspondingly

6  increase revenues. However, the crash in crude oil prices in the first and through the second

7  quarter of 2020, including the effect of the COVID-19 pandemic and the corresponding effect on

8  demand for crude globally, severely hampered the Trustee's ability to achieve a break-even cash

9  flow on operations.

10      (c)    The debtor's business only had sufficient cash flow to operate because of

11  loans from its senior secured lender, UBS AG, London Branch ("UBS"). The Court approved 8

12  borrowing motions and cash collateral budgets to date since the Trustee's appointment. Included

13  among those budgets are carve-outs for the Trustee and his professionals, and for the Committee's

14  professionals. Payment of fees and costs have been in accord with designated line-items in the

15  carve-out budgets for the Debtor.

16      (d)    Pursuant to an order entered on or about October 13, 2020 (*doc. no. 1393*),

17  the Court approved the Trustee's sale to Team Maria Joaquin, LLC and Maria Joaquin Basin, LLC

18  of: (1) the estate's operating assets in Santa Barbara and Kern Counties free and clear of all liens,

19  claims, encumbrances, and interests, and (2) the assumption and assignment of certain executory

20  contracts and unexpired contracts and unexpired leases and fixed related cure amounts.

21      (e)    Pursuant to another order entered on or about October 13, 2020 (*doc. no.*

22  *1394*), the Court approved the Trustee's sale to Redu Holdings, LLC of (1) the Richland East

23  Dome Unit ("REDU") Assets in Orange County free and clear of all liens, encumbrances, and

24  interests, and (2) the assumption and assignment of certain executory contracts and unexpired

25  leases and fixed related cure amounts.

26      6.    <u>Funds on Hand with the Trustee and Accrued Administrative Expenses</u>

27      The Trustee presently has no free and clear funds in the estate, as all funds are cash

28  collateral of UBS. Of the cash collateral on hand at this time, $1,572,256.00 has been set aside to

1  pay the balance of professional fees of the Trustee and his professionals covering the period June

2  1st to October 26, 2020. A separate wind-down budget is being negotiated, covering the period

3  from October 27, 2020 through December 15, 2020, when it is anticipated that a motion to convert

4  the case to Chapter 7 will be heard.

5        Other administrative claims covered by the carve-out include: (1) Danning, Gill,

6  Israel & Krasnoff, LLP, General Counsel to the Trustee; (2) CR3 Partners, LLP ("CR3"), the

7  Trustee's financial analysts; (3) Bright & Brown, LLP, the Trustee's special oil, gas and

8  environmental counsel; (4) Reetz, Fox & Bartlett, LLP, the Trustee's special litigation counsel; (5)

9  Farver, Large, Archbald & Spray, LLP, the Trustee's special counsel; (6) Aguilera Land & Title

10  Services, the Trustee's special title review consultant; and (7) Grobstein Teeple LLP, the Trustee's

11  accountants.

12        There are other known administrative claims not covered by carve-outs. The largest

13  sums were owed for professional fees arising before the Trustee's appointment, consisting of : (1)

14  $504,478.99 for Weltman & Moskowitz (former counsel for the debtor-in-possession); (2)

15  approximately $109,440.59 for Conway MacKenzie, Inc. (former financial analyst for the

16  Committee); and (3) $20,627.50 for Cole Schotz, LLP (former co-counsel for the Committee). In

17  addition, a separate carve-out for the Committee's professionals, Pachulski, Stang, Ziehl & Jones

18  LLP, general counsel for the Committee, has been provided monthly since the Trustee's

19  appointment. However, all of these pre-trustee professionals accepted UBS' offer to carve-out an

20  aggregate of $303,500 which has now been paid, and there are no known remaining pre-trustee

21  administrative claims for professionals. The Pachulski firm's fees and costs since the Trustee's

22  appointment are covered by its own carve-outs. There may be some operating administrative

23  expenses that remain unpaid at this time, although the Trustee believes that all or most have been

24  paid at or shortly after the closing of the sale .

25        7.   Prior Fee Applications and Payments to Applicant

26        Pursuant to the "*Order Granting Motion and Establishing Procedures for Interim*

27  *Compensation and Reimbursement of Expenses of Professionals and Authorizing Payment on a*

28  *Monthly Basis*" entered on or about December 10, 2019 (the "Fee Payment Order", *doc. no. 610*),

1  the Court authorized the Trustee and his professionals, and professionals of the Committee, to be

2  paid on a monthly basis 80% of their accrued fees and costs, up to the sums covered by the original

3  carve-out budgets, provided that the professional follows the U.S. Trustee procedures for

4  Professional Fee Statements.  (**Exhibit "6"**).  Filing regular interim fee applications like the one at

5  bar is a requirement of the Fee Payment Order.

6           This is Applicant's Third Interim Application for compensation and reimbursement

7  of expenses.  The three Interim Fee Applications roughly correspond to the three phases of the

8  bankruptcy case outlined to the Court after the Trustee's appointment: (1) "the emergency phase";

9  (2) "the stabilization phase"; and (3) "the sales phase". No retainer has been or will be paid to

10  Applicant.  There is no provision or agreement for payment to Applicant in this case, except from

11  this estate in such sums as the Court may allow and as provided below.

12           On or about January 9, 2020, Applicant filed his First Interim Application for

13  Award of Compensation for the period from October 20, 2019, through December 31, 2019 for

14  $168,563.67 and $7,344.63 in costs (the "First Interim Fee Application").  Pursuant to an order

15  entered on or about January 31, 2020, Applicant was awarded his fees and costs in full and paid the

16  net balance owed.  (**Exhibit "4"**).

17           On or about June 11, 2020, Applicant filed its Second Interim Application for

18  Award of Compensation for the period from January 1, 2020 to May 31, 2020 for $261,332.76 and

19  $13,903,48 in costs. Pursuant to an order entered on or about August 24, 2020 (**Exhibit "5"**),

20  Applicant was awarded his fees and costs in full. The sum of $184,460.67 had already been paid

21  pursuant to monthly fee statements. The Trustee and his professionals agreed with UBS to a cap of

22  $1,400,000.00 for all commissions, fees and expenses requested under the Second Interim Fee

23  Applications of the Trustee and his professionals. The Trustee was paid the sum of $ 95,587.48 on

24  October 29, 2020 representing the balance due under the Second Interim Application, net of the

25  agreed upon discount.

26           Commissions requested by Applicant and paid on account of monthly professional

27  statements during the Subject Period are listed in the table below:

28

| Monthly Statement | Period | Commission | Costs | Total | Amount Paid | Amount Due |
|---|---|---|---|---|---|---|
| 1 (doc . no. 1128) | 6/1/20-6/30/20[1] | 24,039.84 | 145.40 | 24,185.24 | 12,351.55 | 11,833.69 |
| 2 (doc . no. 1193) | 7/1/20-7/31/20 | 46,169.58 | 249.95 | 46,419.53 | 25,607.46 | 20,812.07 |
| 3 (doc . no. 1279) | 8/1/20-8/31/20 | 39,617.70 | 266.00 | 39,883.70 | 18,335.75 | 21,547.95 |
| 4 (doc . no. 1388) | 9/1/20-9/30/20 | 33,336.45 | 373.05 | 33,709.50 | 15,271.64 | 18,437.86 |
| 5 (doc . no. 1442) | 10/1/20-10/26/20 | 38,437.05 | 153.50 | 38,590.55 | 30,749.64 | 7,840.91 |
| Total | | $ 181,600.62 | $ 1,187.90 | $ 182,788.52 | $102,316.04 | $ 73,412.48 |

8.    Period Covered by Application

This Application covers the period from June 1, 2020, through October 31, 2020 (the "Subject Period").

9.    Summary of Requested Compensation

In accordance with Sections 326, 330 and 331 of the Bankruptcy Code, the Cash Collateral Budgets and the Fee Procedures Order, Applicant requests that the Court allow it, for the Subject Period, commission of $ 173,904.39 and expenses of $ 1,187.90, on an interim basis. Applicant has been paid commission and all expenses for that period of $102,316.04 pursuant to monthly professional statements and requests that it be paid its remaining unpaid commission and costs for the Subject Period aggregating $ 22,776.25, on an interim basis, for the Subject Period.[2] The requested commission is based upon the following disbursements made by the Trustee during the Subject Period and includes a $50,000 reduction (for purposes of the UBS carve-out only) as agreed upon with UBS.

---

[1] UBS did not set aside cash for the Trustee and his professionals for May, but the bills for May were included in the second interim fee application.

[2] This includes a reduction of $50,000 pursuant to an Stipulation with UBS, filed November 17, 2020 (doc. no. 1460).

| Disbursements | |
|---|---|
| Month | Amount |
| June | $    691,785 |
| July | $ 1,472,026 |
| August | $ 1,240,552 |
| September | $ 1,111,215 |
| October 26th | $1,281,235 |
| Total | $ 5,796,813 |
| Commission @3% | $173,904.39 |

In addition, the Trustee requests allowance and payment of an additional commission of $217,158.33 on disbursement of sales proceeds during the Subject Period ($ 7,238,611.00 x .03%) subject to an agreed-upon cap of $272,400.00 negotiated with UBS.

10.    Exhibits

The following exhibits in support of this application are attached:

| EXHIBIT | DESCRIPTION |
|---|---|
| "1" | Detailed billing records of time spent by Applicant during the Subject Period, including a breakdown by activity code. |
| "2" | Detailed records of out-of-pocket expenses advanced by Applicant during the Subject Period. |
| "3" | Copy of order approving appointment of Applicant as Trustee entered on or about October 21, 2019 *(doc. no. 431)*. |
| "4" | Order granting Applicant's first interim fee application entered on or about January 31, 2020 *(doc. no. 756)* |

| EXHIBIT | DESCRIPTION |
|---|---|
| "5" | Order granting Applicant's second interim fee application entered on or about August 24, 2020 (*doc. no. 1210*) |
| "6" | Order Granting Motion and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Authorizing Payment on a Monthly Basis (*doc no. 610*) |
| "7" | Michael A. McConnell, Biography |

11.    Narrative of Services

Chapter 11 Trustees are explicitly included in Section 330(a)(3) of the Bankruptcy Code which requires that the court consider "the time spent on such services" and "the rates charged for such services".[3] The details of Applicant's services as Trustee in this case are set forth in (**Exhibit "1"**) which includes detailed time entries of trustee services rendered separated into categories as called for by the Guidelines of the United States Trustee with respect to professional fee applications, including the Fee Guidelines for Attorneys in Larger Chapter 11 Cases. The U.S. Trustee Guidelines require that the Trustee maintain time records for comparison with the commissions under Section 326 of the Bankruptcy Code.

Further descriptions of the scope of services provided by the Trustee during the Subject Period are set forth in the Third Interim Application for Award of Compensation and Reimbursement of Expenses of Danning, Gill, Israel & Karsnoff, LLP, as General Counsel, filed contemporaneously herewith.

The following is a breakdown of time expended by category.

| Time Category | Hours |
|---|---|
| Litigation | 40.8 |
| Landlord and Lease Issues | |
| Financing/Cash Collateral | 44.6 |

---

[3] United States Trustee Chapter 11 Trustee Handbook, Paragraph 3-8.6; Fed. R. Bankr. P. 2016 also applies to trustees.

| | |
|---|---|
| Business Operations | 92.6 |
| Fee/Employment Applications | 18.4 |
| Fee Application Prep. | |
| Creditor Meetings/Communication | |
| Case Administration | 1.2 |
| Asset Disposition | 214.6 |
| Travel (charged at half rate) | |
| **Total** | **412.6** |

12. <u>Expenses</u>

During the Subject Period, Applicant advanced costs aggregating $ 1,187.90 in this case.  Attached as (**<u>Exhibit "2"</u>**) are detailed statements of the expenses incurred by Applicant.  Applicant requests allowance and payment of that sum on an interim basis. Below is a breakdown of expenses incurred during the Subject Period:

| | |
|---|---|
| Airfare | |
| Business Meals | |
| Delivery of documents | 34.60 |
| Filing Fees | |
| Ground Transportation | |
| Hotel | |
| Long Distance | |
| Travel (mileage & parking) | |
| Copies at .15 per page | 738.75 |
| Postage | 414.55 |
| **Total Expenses** | **1,187.90** |

13. <u>Factors Affecting the Award of Compensation</u>

1    During the Subject Period, the Trustee recorded and expended 412.6 hours of time in

2   connection with the administration of this estate. In the ordinary course of business, the Trustee

3   maintains records of time expended in rendering services to the estate. Time records are made

4   contemporaneously with the rendition of professional services. These records are maintained on a

5   computer timekeeping system. Attached as (**Exhibit "1"**) is a statement of his recorded time

6   entries for the period from June 1, 2020 through October 31, 2020, reflecting time expenditures

7   totaling $237,245.00 at the Trustee's normal billing rate of $575.00 per hour. Applicant did not

8   receive a retainer payment when he accepted employment in this case. Moreover, at that time there

9   were no funds in the estate and no assurance that funds could be generated. Nevertheless,

10  Applicant took prompt action and performed vital and important services in this case, all of which

11  were necessary and of value to the estate.

12    Applicant, specializes in the areas of insolvency, commercial law and bankruptcy

13  reorganization. His experience includes a number of appointments as a Chapter 11 Trustee and

14  Chapter 11 Examiner in the Northern and Western Districts of Texas and the District of Delaware.

15  A copy of his biography is attached as (**Exhibit "7").**

16    14.    No. Sharing of Compensation

17    No agreement, directly or indirectly, and no understanding exists, exists for a division of

18  any compensation awarded herein between Applicant and any other persons contrary to the

19  provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable

20  provisions of state law.

21    15.    Compliance with Guidelines of United States Trustee

22    This Third Interim Application has been prepared in accordance with (1). Federal Rule of

23  Bankruptcy Procedure 2016; (2) Local Bankruptcy Rule 2016-1; (3) United States Trustee

24  "Guidelines for Compensation and Expense Reimbursement of Professionals"; (4) Appendix B

25  Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

26  Under United States Code by Attorneys in Larger Chapter 11 Cases; and (5) the United States

27  Trustee Chapter 11 Trustee Handbook.

28

1  Applicant's attached records for time expended and costs incurred as Trustee are

2  maintained in the Legal Electronic Data Exchange Standard ("LEDES") format required by the

3  Appendix B Guidelines of the Office of the United States Trustee.

4      16.    <u>Prayer</u>

5  WHEREFORE, the Applicant requests that the Court allow, on an interim basis,

6  commission under Sections 326 and 327 of the Bankruptcy Code totaling $ 391,062.72 and      $

7  1,187.90 for reimbursement of out-of-pocket costs advanced, for the Subject Period, subject to his

8  Final Fee Application.

9  Applicant further requests that he be paid the net sum of $239,934.58 ($22,776.25 from

10 Trustee Loan and Operations plus $217,158.33 from sales proceeds).

11

12 Applicant further prays for all other appropriate relief.

13 DATED:  November 19, 2020

14

15      MICHAEL A. McCONNELL
        Chapter 11 Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MICHAEL A. McCONNELL

I, Michael A. McConnell, declare as follows:

1.      I am an attorney, duly licensed and entitled to practice law in the State of Texas.  I am the Chapter 11 Trustee in this case.

2.      I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to these facts.

3.      I have reviewed my Third Interim Application for Award of Compensation and Reimbursement of Expenses.  I believe the facts stated therein are true and correct.

4.      I believe that my records for time expended comply with the format required by the Guidelines of the Office of the United States Trustee.

5.      I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and believe that the application complies with that rule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2020, at Fort Worth, Texas.

_____
MICHAEL A. MCCONNELL

# EXHIBIT "1"

# JUNE

# TIME ENTRY

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0103
          Litigation

Legal services rendered through June 30, 2020

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/15/20 | M. McConnell | Attend zoom hearing on multiple motions (2.0); preparation for hearing (2.0) | 4.00 |
| 06/23/20 | M. McConnell | Conference call with E. Renwick, E. Hazard re: potential settlement options (1.0); post-conference call with HVI legal team, COO (1.0) | 2.00 |
| 06/25/20 | M. McConnell | Conference call with CalGem - Southern District, Coastal District | 1.10 |
| | | Total | 7.10 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0105
         Financing/Cash Collateral

Legal services rendered through June 30, 2020

| | | | |
|---|---|---|---|
| 06/01/20 | M. McConnell | Telephone conferences with M. Kehl (.3), HVI professionals (.3), T. Skillman (.3) re: June professional fee budget | .90 |
| 06/02/20 | M. McConnell | Multiple telephone conferences with E. Israel and estate professionals re: June professional fee budget, requirements | 1.60 |
| 06/03/20 | M. McConnell | Send request to UBS for use of funds provided by 8th amendment to Credit Agreement; e-mail correspondence | .70 |
| 06/04/20 | M. McConnell | Telephone conference with M. Kehl re: June fee budget (.3); conference call with Trustee professionals re: response to UBS (.6) | .90 |
| 06/05/20 | M. McConnell | E-mail communications, telephone conferences re: June professional fees | 2.90 |
| 06/08/20 | M. McConnell | Telephone conference with M. Kehl re: June professional fees (.3); weekly conference call with Huron/UBS/CFO (1.5); HVI team meeting re: accounting issues (.5) | 2.30 |
| 06/12/20 | M. McConnell | Conference call with E. Israel, COO, CFO re: treatment of professional fees; June budget preparation | .80 |
| 06/17/20 | M. McConnell | Telephone conferences with E. Israel re: response to CalGem offer of settlement | .60 |
| 06/23/20 | M. McConnell | Attend interim hearing on approval of 10th amendment to Credit Agreement (.5) | .50 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

| 06/25/20 | M. McConnell | Execute 10th amendment to Credit Agreement, Borrowing Request, Waiver Letter; multiple e-mail exchange re: financing documentation | 3.30 |
| | | Total | 14.50 |

000017

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0106
        Fee/Employment Applications

Legal services rendered through June 30, 2020

| | | | |
|---|---|---|---|
| 06/09/20 | M. McConnell | Prepare Trustee Second Fee Application; telephone conferences with S. Panta, E. Israel re: other professionals | 3.30 |
| 06/10/20 | M. McConnell | Review and sign Declarations in support of Fee Applications of estate professionals | 4.30 |
| | | Total | 7.60 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0112
         Business Operations

Legal services rendered through June 30, 2020

| | | | |
|---|---|---|---|
| 06/03/20 | M. McConnell | Initiate wire transfer for payroll (.5); sign and return settlement papers for resolution of violation notices (.6) | 1.10 |
| 06/04/20 | M. McConnell | Weekly conference call with lease supervisors and P. Codd (1.1) | 1.10 |
| 06/05/20 | M. McConnell | Conference call with CFO and P. Codd re: electrical expense issues (.4) | .40 |
| 06/05/20 | M. McConnell | Initiate wire transfer; process checks for accounts payable | .90 |
| 06/08/20 | M. McConnell | Process royalty payments (.8) | .80 |
| 06/12/20 | M. McConnell | Telephone conference with CFO, prepare multiple checks for accounts payable | 1.90 |
| 06/17/20 | M. McConnell | Weekly conference call with supervisors/P. Codd re: lease operations and issues (1.0); initiate wire transfer at Wells Fargo branch to Paychex for upcoming payroll (1.5) | 2.50 |
| 06/22/20 | M. McConnell | Weekly conference call with HVI staff, COO, CFO | 1.00 |
| 06/24/20 | M. McConnell | Telephone conference with M. Kehl (.3); weekly conference call with lease supervisors (1.0) | 1.30 |
| 06/25/20 | M. McConnell | Process royalty checks (1.1); multiple telephone conferences with COO re: Covid exposure (.9) | 2.00 |
| 06/26/20 | M. McConnell | Process checks for HVI accounts payable (two sets) | 2.30 |
| 06/29/20 | M. McConnell | Weekly conference call with HVI staff | 1.10 |
| | | Total | 16.40 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0113
        Asset Disposition

Legal services rendered through June 30, 2020

| | | | |
|---|---|---|---|
| 06/01/20 | M. McConnell | Telephone conference with E. Israel re: review revised form of PSA | 1.60 |
| 06/02/20 | M. McConnell | Telephone conference with L. Sherrer (.3) | .30 |
| 06/03/20 | M. McConnell | Weekly conference call with Ten Oaks, Huron, UBS on sale efforts, results | .80 |
| 06/04/20 | M. McConnell | Conference call with E. Israel re: questions raised by R. Wynne | .90 |
| 06/08/20 | M. McConnell | Conference call with E. Israel, A. de Leese, CFO re: Buganko lease payment deficiency; Fee Application - Trustee (.5); telephone conference with Forest Sage re:Newbridge issues (.3); telephone conference with E. Israel (.6) | 4.40 |
| 06/09/20 | M. McConnell | Multiple telephone conferences with Forrest, E. Israel re: Five JAB, Newbridge | 1.30 |
| 06/11/20 | M. McConnell | Multiple telephone conferences and e-mail communications re: asset bidders, draft PSA's | 3.30 |
| 06/12/20 | M. McConnell | Conference call with E. Israel, COO and Huron (.6); weekly conference call with Ten Oaks, UBS, Huron (.9) | 1.50 |
| 06/13/20 | M. McConnell | Drafting session with HVI legal team, COO, CFO (2.0); preparation for drafting session (2.5) | 4.50 |
| 06/15/20 | M. McConnell | Telephone conferences with M. Kehl, E. Israel (.8) | .80 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/16/20 | M. McConnell | Telephone conference with E. Israel (.4), telephone conference with Ten Oaks (.5) re: Newbridge ownership; review UBS list of comments re: Newbridge PSA draft (.9); conference call with Ten Oaks, UBS, COO re: current Newbridge draft (1.6); conference call with counsel and COO (.7) | 4.10 |
| 06/17/20 | M. McConnell | Weekly conference call with UBS/Huron/Ten Oaks re: progress on sale; issues with royalty owners (.9); review spreadsheets on unpaid royalties by lease/owner (1.5); conference call with E. Israel, COO, CFO re: unpaid royalties (.5) | 2.90 |
| 06/19/20 | M. McConnell | Weekly conference call with Huron/Ten Oaks re: progress on sales efforts; PSA drafts (.6); e-mail exchange with E. Israel/M. Kehl re: UBS list of questions (.9); multiple conferences with COO, E. Israel re: contacts with royalty owners, strategy (2.3); review edits to Five JAB PSA (.9) | 4.70 |
| 06/22/20 | M. McConnell | Telephone conference with T. Skillman re: Newbridge management (.4); telephone conference with L. Sherrer (.3) | .70 |
| 06/24/20 | M. McConnell | Weekly conference call with UBS/Huron/Ten Oaks re: sale activities, request for designation of stalking horse | 1.00 |
| 06/25/20 | M. McConnell | Conference call with Ten Oaks, M. Kehl re: update | .90 |
| 06/26/20 | M. McConnell | Telephone conference with Ten Oaks, M. Kehl re: status | .50 |
| 06/29/20 | M. McConnell | E-mail correspondence E. Israel, Five JAB (.6); telephone conference with Ten Oaks (.3); multiple telephone conferences with Ten Oaks, M. Kehl re: questions for competing bidders (1.1) | 2.00 |

000021

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

| 06/30/20 | M. McConnell | Review UBS issues list for competing bids (1.0); conference call with COO, E. Israel re: Newbridge comments, E. Renwick response; Five JAB (.6); telephone conference with E. Israel re: Five JAB drafting session (.5) | 2.10 |
|----------|--------------|-------------|------|
|          |              | Total       | 38.30 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0118
        Case Administration

Legal services rendered through June 30, 2020

| 06/01/20 | M. McConnell | Telephone conference with CFO re: MOR schedule (.3); telephone conference with surety re: Trustee bond rider (.3) | .60 |
|---|---|---|---|
| | | Total | .60 |

000023

# JULY

# TIME ENTRY

Kelly Hart & Hallman LLP


HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee


Client # 15241
Matter # 15241.0103
         Litigation


Legal services rendered through July 31, 2020

| | | | |
|---|---|---|---|
| 07/01/20 | M. McConnell | Telephone conference with E. Israel re: preparation for upcoming hearing | .90 |
| 07/02/20 | M. McConnell | Hearing on multiple motions by Zoom (.9) | .90 |
| 07/10/20 | M. McConnell | Telephone conference with E. Israel re: California Asphalt Complaint amendments | .40 |
| 07/14/20 | M. McConnell | Conference call with P. McNulty of Santa Barbara County, Petroleum/COO re: reinspection of properties (.5) | .50 |
| 07/15/20 | M. McConnell | Execute Settlement Agreement with Calgem and transmit (.4); attend Zoom.gov hearing on multiple motions (.8); review EPA Complaint (1.3) | 2.50 |
| | | Total | 5.20 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee

Client # 15241
Matter # 15241.0105
        Financing/Cash Collateral

Legal services rendered through July 31, 2020

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/02/20 | M. McConnell | Conference call with Huron/CFO re: variance report, forecast (1.0) | 1.00 |
| 07/09/20 | M. McConnell | Review HVI waterfall analysis; conference call with Huron/CFO | 1.10 |
| 07/15/20 | M. McConnell | Process Sixteenth Borrowing Request | .70 |
| 07/28/20 | M. McConnell | Conference call with Huron/CFO re: waterfall analysis | 1.00 |
| | | Total | 3.80 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee

Client # 15241
Matter # 15241.0106
        Fee/Employment Applications

Legal services rendered through July 31, 2020

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/06/20 | M. McConnell | Preparation of June Fee Statement; assemble records; review time entries | 4.60 |
| | | Total | 4.60 |

Kelly Hart & Hallman LLP


HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee


Client # 15241
Matter # 15241.0112
          Business Operations


Legal services rendered through July 31, 2020

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 07/01/20 | M. McConnell | Initiate wire transfer from Wells Fargo Camp Bowie branch (1.0); attend weekly call with HVI staff members (1.0); additional wire transfers (.5) | 2.50 |
| 07/02/20 | M. McConnell | Initiate wire transfer from Wells Fargo Camp Bowie branch (.6); execute twenty-eights checks (1.8) | 2.40 |
| 07/06/20 | M. McConnell | Weekly conference call with HVI staff members | 1.00 |
| 07/10/20 | M. McConnell | Multiple telephone conferences with James Baring re: accounts payable processing, checks | 2.90 |
| 07/13/20 | M. McConnell | Weekly conference call with operating staff (.8) | .80 |
| 07/14/20 | M. McConnell | Multiple telephone conferences with COO re: REDU issues (.9); conference call with Santa Barbara APCD (.5) | 1.40 |
| 07/15/20 | M. McConnell | Initiate wire transfer to Paychex; transfer funds to payroll account (1.1); weekly conference call with HVI Production Foremen (.6); telephone conference with Huron/UBS (.5) | 2.20 |
| 07/16/20 | M. McConnell | Sign multiple checks; FedExp transmissions | 1.10 |
| 07/20/20 | M. McConnell | Weekly conference call with HVI staff (.9) | .90 |
| 07/21/20 | M. McConnell | Initiate wire transfers from Wells Fargo/Camp Bowie branch (1.3) | 1.30 |
| 07/22/20 | M. McConnell | Weekly conference call with Production Foremen | 1.00 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Matter # 15241.0112
Business Operations

| 07/23/20 | M. McConnell | Conference call with P. Codd, COO and CFO re: Santa Barbara petroleum proposed fines and penalties (.4); conference call with Huron, COO, CFO re: production, economic forecast (.5) | .90 |
| 07/24/20 | M. McConnell | Process checks for Accounts Payable (1.0) | 1.00 |
| 07/27/20 | M. McConnell | Open interest-bearing escrow account at Wells Fargo/Camp Bowie Branch (1.0); conference call with Huron re: budget variance (1.1) | 2.10 |
| 07/29/20 | M. McConnell | Initiate wire-transfer, Paychex; process checks for accounts payable | 2.80 |
| 07/31/20 | M. McConnell | Process, assemble and mail multiple royalty checks | 1.90 |
| | | Total | 26.20 |

Kelly Hart & Hallman LLP


HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee


Client # 15241
Matter # 15241.0113
        Asset Disposition


Legal services rendered through July 31, 2020

| | | | |
|---|---|---|---|
| 07/01/20 | M. McConnell | Conference call with Huron/UBS/Ten Oaks re: status of offers (1.0) | 1.00 |
| 07/02/20 | M. McConnell | Conference call with UBS/Huron/Ten Oaks (.8) | .80 |
| 07/08/20 | M. McConnell | Conference call with Huron/Ten Oaks/UBS re: waterfall issues with bidders (1.0); additional conference calls with COO/CFO/E. Israel re: construction of waterfall (3.5); conference call with E. Jones, E. Israel re: waterfall issues (.8); telephone conference with M. Kehl (.4) | 5.70 |
| 07/09/20 | M. McConnell | Telephone conference with COO, E. Israel re: Bradley lease issues | .40 |
| 07/10/20 | M. McConnell | Conference call with Huron/Ten Oaks/COO/CFO re: waterfall analysis issues | 1.80 |
| 07/13/20 | M. McConnell | Review draft Five JAB Operating Agreement for REDU (.4); multiple communications with UBS counsel, E. Israel re: abandonment, Operating Agreement, production payment (3.6) | 4.00 |
| 07/14/20 | M. McConnell | Multiple telephone conferences, e-mail communications with M. Kehl, E. Israel (1.3); e-mail to UBS officers re: REDU issues (.4); conference call with E. Israel, B. Crisp re: form of earn-out documentation (.4) | 2.10 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Matter # 15241.0113
Asset Disposition

| 07/14/20 | M. McConnell | Multiple e-mail communications with T. Skillman, E. Israel, M. Kehl re: REDU operations, review of bid status | 3.30 |
|---|---|---|---|
| 07/15/20 | M. McConnell | Telephone conference with M. Kehl (.3); multiple e-mail communications with T. Skillman (2.6) | 2.90 |
| 07/16/20 | M. McConnell | Telephone conferences with T. Skillman re: REDU operations proposal (.3); conference call with UBS/Ten Oaks/ Five JAB (Sam) (.8); telephone conference with M. Kehl (.3) | 1.40 |
| 07/17/20 | M. McConnell | Weekly conference call with Huron re: sales process update; questions on lease operating expenses in REDU (.9); telephone conferences with E. Israel, M. Kehl (.6) | 1.50 |
| 07/20/20 | M. McConnell | Teleconference with M. Kehl (.4) | .40 |
| 07/21/20 | M. McConnell | Multiple telephone conferences with E. Israel and M. Kehl (.9) | .90 |
| 07/22/20 | M. McConnell | Conference call with UBS/Huron/Ten Oaks re: final instructions for bidders (.4); telephone conference with E. Israel re: open issues with sale motion (.5); review redline of Five JAB PSA, review O'Melveny issues lists (2.5) | 3.40 |
| 07/23/20 | M. McConnell | Multiple telephone conferences and e-mail correspondence with E. Israel, M. Kehl re: PSA drafts (.5) | .50 |
| 07/23/20 | M. McConnell | Conference call with E. Jones, E.Israel re; Final edits to Newbridge and Five JAB PSA's | 2.10 |
| 07/27/20 | M. McConnell | Multiple telephone conferences with E.Israel, J. Baring re: status of offers; review updated Newbridge offer | 3.30 |
| 07/28/20 | M. McConnell | Research re: Section 363(m) protections (2.0); conference call with counsel for Five JAB re: 363(m) and other protections (.6); telephone conference with E.Israel (.3) | 2.90 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Matter # 15241.0113
Asset Disposition

| 07/29/20 | M. McConnell | Conference call with Huron/counsel for UBS/E.Israel re: designation of stalking horse; conference call Lindsay re: conditions for designation as stalking horse; conferences with E.Israel | 2.10 |
| 07/30/20 | M. McConnell | Multiple telephone conferences with E.Israel re: revisions to PSA | 1.30 |
| 07/31/20 | M. McConnell | Telephone conferences with Monty Kehl, Ten Oaks re: instructions for response to buyers | 2.30 |
| 07/31/20 | M. McConnell | Multiple telephone conferences with E.Israel re: buyer developments | 1.60 |
| | | Total | 45.70 |

# AUGUST

# TIME ENTRY

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

| Matter | Hours |
|---|---|
| 15241.0100 Expenses | 0.00 |
| 15241.0103 Litigation | 3.90 |
| 15241.0105 Financing/Cash Collateral | 4.40 |
| 15241.0106 Fee/Employment Applications | 2.20 |
| 15241.0112 Business Operations | 19.90 |
| 15241.0113 Asset Disposition | 22.80 |
| TOTALS | 53.20 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0103
        Litigation

Legal services rendered through August 31, 2020

| | | | |
|---|---|---|---|
| 08/03/20 | M. McConnell | Review draft of responsive brief in EPA suit | .50 |
| 08/06/20 | M. McConnell | Attend hearing on multiple motions by Zoom.gov | 1.30 |
| 08/17/20 | M. McConnell | Conference call with oil and gas counsel, E. Israel re: termination vs. assignment of oil and gas leases | .90 |
| 08/19/20 | M. McConnell | Zoom/gov hearing on Motion for Continuance of summary judgment motion | .80 |
| 08/26/20 | M. McConnell | Telephone conference with E. Israel re: EPA suit, property tax claims including penalties; strategy for settlement | .40 |
| | | Total | 3.90 |

000035

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0105
        Financing/Cash Collateral

Legal services rendered through August 31, 2020

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/03/20 | M. McConnell | Telephone conference with A. de Leese re: status of borrowing motion | .30 |
| 08/04/20 | M. McConnell | Signatures of Borrowing Request | .40 |
| 08/04/20 | M. McConnell | Multiple conferences with COO, CFO and counsel re: 12th amendment to Trustee Loan Agreement/professional fee issues | 1.30 |
| 08/04/20 | M. McConnell | Review draft Production Payment | 1.10 |
| 08/06/20 | M. McConnell | Execute and transmit Borrowing Request | .30 |
| 08/17/20 | M. McConnell | Conference call with Huron and CFO re: proposed waterfall of sale proceeds | 1.00 |
| | | Total | 4.40 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0106
          Fee/Employment Applications

Legal services rendered through August 31, 2020

| | | | |
|---|---|---|---|
| 08/05/20 | M. McConnell | Review fee applications of professionals | .80 |
| 08/05/20 | M. McConnell | Prepare monthly Fee Statement for July | .50 |
| 08/28/20 | M. McConnell | Multiple e-mail communications re: Trustee commission on proposed sale | .90 |
| | | Total | 2.20 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0112
        Business Operations

Legal services rendered through August 31, 2020

| | | | |
|---|---|---|---|
| 08/03/20 | M. McConnell | Weekly Conference call with HVI staff (.8); transfer funds to insider escrow account (.5); wire transfer surface rent payment (.5) | 1.80 |
| 08/04/20 | M. McConnell | Sign June Monthly Operating Report | .30 |
| 08/05/20 | M. McConnell | Weekly conference call with Production Foremen | 1.00 |
| 08/06/20 | M. McConnell | Initiate wire transfer to CFO | .30 |
| 08/17/20 | M. McConnell | Weekly conference call with HVI staff | 1.00 |
| 08/19/20 | M. McConnell | Weekly staff conference call (1.0); telephone conferences with T. Skillman (.9) | 1.90 |
| 08/20/20 | M. McConnell | Sign and transmit checks for current accounts payable; sign and transmit lease value allocation letter | 1.10 |
| 08/20/20 | M. McConnell | Report from CFO re: setting plug by wireline crew, other operational issues | .40 |
| 08/21/20 | M. McConnell | Process professional fee payments by wire-transfer from Wells Fargo/Camp Bowie branch; issue checks (2.3); conference with B. Becker re: issues relating to possession and use of Rig Yard (.5) | 2.80 |
| 08/24/20 | M. McConnell | Weekly conference call with HVI staff members (1.0); conference call with Huron and HVI CFO, COO re: September expense forecast (1.1) | 2.10 |
| 08/25/20 | M. McConnell | Open UCC Fee Escrow Account at Camp Bowie branch of Wells Fargo (1.0); conference call review of sales proceeds waterfall with Huron, HVI CFO, COO (1.0); telephone conference with filed | 2.40 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

|            |              | supervisor (Jorge) (.4)                                                                                                                                                                          |       |
|------------|--------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 08/26/20   | M. McConnell | Process royalty checks (1.3); conference with CFO, COO re: professional fee accrual; proposed stay bonus (.4); weekly conference call with HVI staff members (1.0); conference call with Huron/UBS (.5) | 3.20  |
| 08/28/20   | M. McConnell | Process A/P checks; transfer funds to Payroll account                                                                                                                                           | .50   |
| 08/31/20   | M. McConnell | Weekly conference call with HVI admin. staff                                                                                                                                                    | 1.10  |
|            |              | Total                                                                                                                                                                                           | 19.90 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

Matter # 15241.0113
Asset Disposition

Legal services rendered through August 31, 2020

| | | | |
|---|---|---|---|
| 08/03/20 | M. McConnell | Telephone conference with M. Kehl (.3); telephone conference with M. Kehl, L. Sherrer (.1); telephone conference with E. Israel re: edits to Five JAB PSA (.3) | .70 |
| 08/03/20 | M. McConnell | Review draft of Motion to Sell Assets | 1.10 |
| 08/05/20 | M. McConnell | Weekly conference call with Huron/UBS | .50 |
| 08/06/20 | M. McConnell | Research Section 365 and successor liability, safe harbor findings | 1.30 |
| 08/06/20 | M. McConnell | E-mail communications re: scope of Sec 365 protections | .90 |
| 08/07/20 | M. McConnell | Telephone conferences with COO re: lien coverage issues (.6); telephone conferences with E. Israel re: status of preparation of exhibits for PSA (.6) | 1.20 |
| 08/18/20 | M. McConnell | Multiple conferences with counsel re: final edits to PSA, exchange of signature pages | 2.30 |
| 08/20/20 | M. McConnell | Weekly conference call with UBS, Huron, Ten Oaks re: marketing efforts | .80 |
| 08/20/20 | M. McConnell | E-mail correspondence, telephone conferences with COO and counsel re: Possession and ownership of Rig Yard | 1.30 |
| 08/24/20 | M. McConnell | Review revised sale Bid Procedures (1.5); telephone conference with P. Codd re: REDU sales efforts, candidates (.8) | 2.30 |
| 08/25/20 | M. McConnell | Telephone conferences with E. Israel re: disclosure issues of NRI | .60 |
| 08/26/20 | M. McConnell | E-mail correspondence with Ten Oaks | .30 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/27/20 | M. McConnell | Review draft REDU PSA (1.9); conference call with Ten Oaks, Huron, UBS re: status of marketing efforts (.8) | 2.70 |
| 08/27/20 | M. McConnell | Multiple telephone conferences with E. Israel re: terms of draft REDU Plan, discussions with lessors, prospective bidders, scheduling (1.3); telephone conference with T. Skillman re: planning, CAP claims (.4) | 1.70 |
| 08/28/20 | M. McConnell | Conference call with UBS/COO re: REDU PSA draft revisions (.5) | .50 |
| 08/28/20 | M. McConnell | Multiple e-mail communications re: Guzman Crane Services/treatment of waste material; responsibility of buyer | 1.30 |
| 08/31/20 | M. McConnell | Multiple e-mail communications with E. Israel & COO re: REDU issues; sales motion and procedures | 3.30 |
| | | Total | 22.80 |

# SEPTEMBER

# TIME ENTRY

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
c/o Michael McConnell, Trustee

HVI Cat Canyon, Chapter 11 Trustee
Client # 15241

| Matter | Hours | Disbursements |
|---|---|---|
| 15241.0100 Expenses | 0.00 | 373.05 |
| 15241.0103 Litigation | 12.40 | |
| 15241.0105 Financing/Cash Collateral | 15.90 | |
| 15241.0106 Fee/Employment Applications | 1.70 | |
| 15241.0112 Business Operations | 18.90 | |
| 15241.0113 Asset Disposition | 50.60 | |
| TOTALS | 99.50 | |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241

Matter # 15241.0103
        Litigation

Legal services rendered through September 30, 2020

| | | | |
|---|---|---|---|
| 09/03/20 | M. McConnell | Conference with G. Shulman, E. Israel re: strategy for three new adversaries | .60 |
| 09/08/20 | M. McConnell | Conference with G. Shulman, Maribel, COO re: proposed responses to discovery requests in Trustee's Section 548 Complaint | .80 |
| 09/09/20 | M. McConnell | Sign and transmit NOV Settlement Agreement Santa Barbara APCD | .50 |
| 09/15/20 | M. McConnell | Multiple conferences with E. Israel, G. Shulman re: GRL settlement proposal; Committee proposal | 1.30 |
| 09/16/20 | M. McConnell | Multiple conferences with E. Israel re: GRL settlement proposal; potential settlement with pre-Trustee estate professionals | 1.30 |
| 09/17/20 | M. McConnell | Multiple telephone conferences with E. Israel re: GRL settlement proposal | .90 |
| 09/21/20 | M. McConnell | Telephone conferences with E. Israel re: strategy for TRO hearing; progress on settlement of objections | 1.10 |
| 09/22/20 | M. McConnell | Review Trustee opposition to request for injunctive relief | .60 |
| 09/23/20 | M. McConnell | Presentation by CR3 re: forensic accounting | .50 |
| 09/29/20 | M. McConnell | Hearing on Request for TRO and Emergency Borrowing Request (2.9); preparation for hearing, review moving papers and HVI opposition (1.0); execute settlement papers on Santa Barbara NOV (.3) | 4.20 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                 October 12, 2020
Client # 15241

| Date | Attorney | Description | Amount |
|---|---|---|---|
| 09/30/20 | M. McConnell | E-mail communications with G. Shulman, E. Israel re: drafting motions to dismiss adversaries | .60 |
| | | Total | 12.40 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241

Matter # 15241.0105
        Financing/Cash Collateral

Legal services rendered through September 30, 2020

| | | | |
|---|---|---|---|
| 09/08/20 | M. McConnell | Conference call with Huron, HVI COO re: Lease operating expenses; allocation with Five JAB | 1.10 |
| 09/09/20 | M. McConnell | Review, process Twentieth Borrowing Request, non-waiver letter; 13th Amendment to Credit Agreement | 2.60 |
| 09/10/20 | M. McConnell | E-mail communications re: Tier 2 "carve-out" funds; review, sign transmit 13th Amendment to Credit Agreement; CHi Change Order | 3.30 |
| 09/21/20 | M. McConnell | Telephone conference with CFO re: comments on wind-down budget | .40 |
| 09/22/20 | M. McConnell | Conference call with Huron, Trustee team re: wind-down budget requirements; Fourteenth Amendment | 1.50 |
| 09/24/20 | M. McConnell | Conference call with UBS re: post-sale financing needs; outline of post-sale activities (.8); introduction of J. DiDonato of Huron (.3) | 1.10 |
| 09/25/20 | M. McConnell | Multiple telephone conferences and e-mails re: waterfall analysis; wind-down budget; payment of Trustee commission on sale | 4.30 |
| 09/28/20 | M. McConnell | Telephone conferences with CFO re: waterfall analysis; contractor compensation (.6) | .60 |
| 09/30/20 | M. McConnell | Execute documents for 21st Borrowing Request, Waiver Letter, Certifications | 1.00 |
| | | Total | 15.90 |

000046

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241

Matter # 15241.0106
         Fee/Employment Applications

Legal services rendered through September 30, 2020

| 09/08/20 | M. McConnell | Prepare August Fee Statement inserts; transmit to S. Panta | .90 |
| 09/22/20 | M. McConnell | Trustee fee application preparation for June-August application | .80 |
| | | Total | 1.70 |

000047

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241

Matter # 15241.0112
          Business Operations

Legal services rendered through September 30, 2020

| | | | |
|---|---|---|---|
| 09/02/20 | M. McConnell | Telephone conference with COO re: employee meeting report | .40 |
| 09/02/20 | M. McConnell | Execute and transmit payments to surface lessors | 1.00 |
| 09/08/20 | M. McConnell | Weekly conference call with HVI staff (.8); telephone conference with COO, CFO (.3) | 1.10 |
| 09/09/20 | M. McConnell | Initiate wire transfer for payroll at Camp Bowie Wells Fargo branch (1.1); weekly conference call with P. Codd and production foremen re: operational issues (1.0) | 2.10 |
| 09/11/20 | M. McConnell | Review, sign and transmit checks for accounts payable | 1.30 |
| 09/14/20 | M. McConnell | Conference call with E. Israel, CR3 re: proposed wind-down budget | .60 |
| 09/16/20 | M. McConnell | Weekly conference call with Production Foremen, P. Codd | 1.00 |
| 09/18/20 | M. McConnell | Process payments of accounts payable; initiate wire transfer | .80 |
| 09/21/20 | M. McConnell | Weekly conference call with HVI staff and Five JAB | 1.00 |
| 09/22/20 | M. McConnell | Initiate wire transfers and checks for payment of professional fees; wire transfers from Camp Bowie branch/Wells Fargo; discussions with Wells Fargo re: entity information | 3.30 |
| 09/23/20 | M. McConnell | Initiate wire transfer at Wells Fargo branch for Paychex; change account access for CR3 (2.0); weekly conference call with HVI Production Foremen and P. Codd re: operational issues (.8) | 2.80 |
| 09/25/20 | M. McConnell | Arrangements for CGI check run re: HVI payments of accounts payable | 1.50 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241

| Date | | Description | |
|---|---|---|---|
| 09/28/20 | M. McConnell | Weekly conference call with HVI staff on operational issues (1.0) | 1.00 |
| 09/30/20 | M. McConnell | Process and distribute HVI Royalty checks | 1.00 |
| | | Total | 18.90 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241


Matter # 15241.0113
        Asset Disposition


Legal services rendered through September 30, 2020

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 09/01/20 | M. McConnell | Telephone conference with E. Israel re: update on stipulations, timeline (.5); review REDU "teaser" draft from Ten Oaks; e-mail comments to Ten Oaks (.6) | 1.10 |
| 09/02/20 | M. McConnell | Weekly conference call with Huron, Ten Oaks and HVI COO re: REDU sale efforts; potential for overbids on Santa Maria assets | .60 |
| 09/02/20 | M. McConnell | Draft memo on contingency plan for disposition of REDU assets | 1.30 |
| 09/03/20 | M. McConnell | Telephone conference with E. Israel re: report on new adversaries, progress on stipulations with royalty owners, Bradley lease issues, bid procedures hearing | .80 |
| 09/03/20 | M. McConnell | Conference call with Huron re: updated waterfall (.8); conference call with Huron, Western Energy re: potential offer; questions (.7) | 1.50 |
| 09/04/20 | M. McConnell | Conference call with Ten Oaks, Huron re: PSA drafting issues | .40 |
| 09/04/20 | M. McConnell | Zoom hearing on Motion to Approve Bid Procedures | 2.50 |
| 09/09/20 | M. McConnell | Weekly conference call with Huron/UBS/HVI COO & CFO re: REDU offer from Western Energy; internal preparations for auction in Fort Worth, use of facilities | 2.30 |
| 09/10/20 | M. McConnell | Telephone conference with B. Becker re: Buganko lease, surface lease, Unit Agreement (.4); conference call with Western Energy, Ten Oaks re: REDU assets (.8); e-mail correspondence with A. de Leest re: Rhigetti ROW (.3); | 1.60 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                  October 12, 2020
Client # 15241

| | | telephone conference with L. Sherrer (.1) | |
|---|---|---|---|
| 09/11/20 | M. McConnell | Telephone conference with E. Israel re: Santa Barbara property tax, E. Renwick, rig yard (.5); telephone conference with COO re: update on REDU issues (.4); weekly conference call with Huron/CR3 re: REDU issues, budgets (.4); conference call with T. Skillman, CFO, E. Israel re: Newbridge due diligence request (.5); review draft Motion to Abandon (.5) | 2.30 |
| 09/14/20 | M. McConnell | Telephone conference with T. Skillman, Five JAB; e-mail communications re: S. Wood request to speak with S. Delharim. (1.9); conference call with Newbridge representatives re; due diligence, contract edits (1.0); e-mail and phone communications re; Western Energy proposal, current negotiations (1.3); telephone conferences with E. Israel, T. Skillman, M. Kehl re: royalty owner comments (1.3) | 5.50 |
| 09/15/20 | M. McConnell | Multiple conferences with E. Israel, COO re: Western Energy proposal for REDU (3.3) | 3.30 |
| 09/16/20 | M. McConnell | LA T.es notice of sale; weekly conference call with Ten Oaks, Huron, UBS (.8); conference call with COO, CFO and E. Israel re: Newbridge mark-up; REDU developments (.9); multiple conferences with L. Sherrer, E. Israel, COO re: Newbridge analysis (2.0) | 3.70 |
| 09/17/20 | M. McConnell | Multiple conferences with E. Israel & COO re: REDU bid; information requests from Newbridge; Telephone conference with Five JAB; CALGEM notice of requirements for buyer | 3.50 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241

| | | | |
|---|---|---|---|
| 09/18/20 | M. McConnell | Multiple conferences with E. Israel, T. Skillman, J. Baring (3.3); conference call with Huron, UBS, CFO, COO re: status of bidding; strategy (.6); telephone conferences with Five JAB, C. Moore, Kelleher (.9) | 4.80 |
| 09/21/20 | M. McConnell | Multiple telephone conferences and e-mail communications with E. Israel, A. de Leest re: additional information for qualification of West Energy REDU bid; requested extension for Committee objections to sale | 1.90 |
| 09/22/20 | M. McConnell | Conference call with Western Energy re: transition issues; planning | 1.10 |
| 09/23/20 | M. McConnell | Telephone conference with S. Delharim (.3); weekly conference call with Huron/UBS (.5); retrieve and forward Idle Well Mgt. Program (.5) | 1.30 |
| 09/24/20 | M. McConnell | Review Chevron objection to sale; conference call with E. Israel, H. Ray; telephone conference with E. Israel re: update on objections to sale (.4) | 3.50 |
| 09/28/20 | M. McConnell | Review draft Response to Objections to Motion to Abandon Property (.6); telephone conferences with COO re: environmental compliance issues for abandonment (.9) | 1.50 |
| 09/29/20 | M. McConnell | Telephone conferences with E. Israel re: progress on mineral owner stipulations; instructions to counsel on settlement efforts (1.2); telephone conference with M. Kehl re: S. Wood (.3) | 1.50 |
| 09/30/20 | M. McConnell | Weekly conference call with Huron, UBS, HVI officers re: sale closing issues (1.0); conference call with E. Israel, T. Skillman re: environmental issues with Calgem (2.3); multiple telephone conferences with T. Skillman re: abandonment issues, wind-down budget (1.3) | 4.60 |

000052

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241

                        Total                         50.60

000053

# OCTOBER

# TIME ENTRY

000054

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500

HVI Cat Canyon, Chapter 11 Trustee                    October 26, 2020
c/o Michael McConnell, Trustee                        Invoice #******

Client # 15241
Matter # 15241.0103
        Litigation

Trustee services rendered through October 26, 2020

| | | | |
|---|---|---|---|
| 10/01/20 | M. McConnell | Telephone conferences re: proposed settlement with GRL, GSL | .80 |
| 10/02/20 | M. McConnell | Conference call with UBS/Huron/ CFO re: reconciliation of accounts between HVI and former affiliates | .90 |
| 10/06/20 | M. McConnell | Execute and transmit Supplemental Declaration for sale of REDU assets | .40 |
| 10/06/20 | M. McConnell | Telephone conference with E. Israel re: burden of proof for abandonment motion | .40 |
| 10/08/20 | M. McConnell | Research re: Midlantic cases; conferences with C. Brownlee re: results of research | 3.00 |
| 10/08/20 | M. McConnell | E-mail exchange with G. Shulman re: GIT server | .60 |
| 10/12/20 | M. McConnell | Research and drafting memo re: Midlantic restrictions on abandonment powers | 5.60 |
| 10/19/20 | M. McConnell | Telephone conference with B. Becker re: classification of idle wells; terminology; background of bonding requirement | .50 |
| | | Total | 12.20 |

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500

HVI Cat Canyon, Chapter 11 Trustee                    October 26, 2020
c/o Michael McConnell, Trustee                        Invoice #******

Client # 15241
Matter # 15241.0105
        Financing/Cash Collateral

Trustee services rendered through October 26, 2020

| Date | | Description | Hours |
|---|---|---|---|
| 10/02/20 | M. McConnell | Execute 14th Amendment; review revised Wind-down budget; process checks for accounts payable | 1.30 |
| 10/07/20 | M. McConnell | Execute and transmit Borrowing Request, Waiver of Rights Letter | .60 |
| 10/09/20 | M. McConnell | Telephone conferences with CFO and e-mail communications with Huron re: wind-down budget | .90 |
| 10/13/20 | M. McConnell | Conference call with UBS/Huron re: wind-down budget | 1.50 |
| 10/14/20 | M. McConnell | Execute and transmit 23rd Borrowing Request, Reservation of Rights Letter | .60 |
| 10/20/20 | M. McConnell | Conference call with Huron, COO, CFO re: professional fee budget for October, wind-down budget | .60 |
| 10/22/20 | M. McConnell | Conference call with Huron/UBS re: deferred professional fees; wind-down budget | .50 |
| | | Total | 6.00 |

000056

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500

HVI Cat Canyon, Chapter 11 Trustee                    October 26, 2020
c/o Michael McConnell, Trustee                        Invoice #******

Client # 15241
Matter # 15241.0106
        Fee/Employment Applications

**Trustee services rendered through October 26, 2020**

| Date | | Description | Hours |
|---|---|---|---|
| 10/08/20 | M. McConnell | Retrieve information for September Fee Statement of Trustee; draft Paragraph 6; transmit information to Danning Gill for incorporation in Fee Statement | 2.30 |
| | | Total | 2.30 |

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500

HVI Cat Canyon, Chapter 11 Trustee                    October 26, 2020
c/o Michael McConnell, Trustee                        Invoice #******

Client # 15241
Matter # 15241.0112
        Business Operations

**Trustee services rendered through October 26, 2020**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/01/20 | M. McConnell | Process royalty checks and wire transfers; telephone conferences with Wells Fargo executive re: required account documentation | 1.60 |
| 10/06/20 | M. McConnell | Weekly conference call with HVI staff members on operational issues | 1.10 |
| 10/07/20 | M. McConnell | Initiate wire transfer for Paychex from Camp Bowie Branch of Wells Fargo; travel to/from branch | 1.30 |
| 10/07/20 | M. McConnell | Weekly conference call with P. Codd and Production Foremen, COO, CFO | 1.00 |
| 10/12/20 | M. McConnell | Weekly conference call with HVI staff re: operational issues, closing requirements (1.0); telephone conferences with Tim Skillman re: orphan wells (.6) | 1.60 |
| 10/12/20 | M. McConnell | Prepare for CHI royalty check run | .90 |
| 10/19/20 | M. McConnell | Weekly conference call with HVI staff; preparation for closings of assets sales | 1.00 |
| 10/20/20 | M. McConnell | Process payments of accounts payable | .50 |
| 10/21/20 | M. McConnell | Initiate wire transfer for payroll at Wells Fargo Camp Bowie branch (.8) | .80 |
| 10/23/20 | M. McConnell | Sign and transmit 95 royalty payments (.9); prepare additional accounts payable checks (.5) | 1.40 |
| | | Total | 11.20 |

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500

HVI Cat Canyon, Chapter 11 Trustee                          November 30, 2020
c/o Michael McConnell, Trustee                              Invoice #******

Client # 15241
Matter # 15241.0113
       Asset Disposition

**Trustee services rendered through October 26, 2020**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/20 | M. McConnell | Research Midlantic factors, burden of proof, review cases | 4.30 |
| 10/01/20 | M. McConnell | Telephone conferences with E. Israel re: continuance of hearing on motion to abandon | 1.20 |
| 10/02/20 | M. McConnell | Weekly conference call with Huron/estate counsel re: preparations for hearings on Santa Maria and REDU sales | .50 |
| 10/02/20 | M. McConnell | Multiple telephone conferences with E. Israel re: continuance of hearing on motion to abandon; objections to REDU/ progress on resolution of objections to sale | 1.60 |
| 10/05/20 | M. McConnell | Preparation for hearing on sale of Santa Maria and Belridge assets (2.5); attend hearing Zoom on sale of assets (4.0); follow-up calls with E. Israel, T. Skillman (1.1) | 7.60 |
| 10/07/20 | M. McConnell | Review CALGEM Notices of Violation re: abandoned well-bores; abandoned leases | 1.00 |
| 10/08/20 | M. McConnell | Attend zoom hearing on proposed sale of REDU assets | .80 |
| 10/13/20 | M. McConnell | Conference call COO, E. Israel, A. de Leest re: language of Supplemental Declaration; disposition of Fullerton liquids in storage tanks (.8); review revised draft of Supplemental Declaration (1.5) | 2.30 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee          Nov 30, 2020
Matter # 15241.0113                         Invoice #******
Asset Disposition

| 10/14/20 | M. McConnell | Preparation for abandonment hearing; review Skillman Supp. Declaration, review Supp. Objections (1.6); attend abandonment hearing by Zoom (3.0) | 4.60 |
| 10/16/20 | M. McConnell | Conference call with HVI executive staff (.8); weekly conference call with Huron/UBS on sale issues, closing (.9) | 1.70 |
| 10/19/20 | M. McConnell | Conference call with COO, CFO and E. Israel re: closing issues; preparation (1.0); general preparation for sale closings (3.3) | 4.30 |
| 10/20/20 | M. McConnell | Multiple e-mail communications with various parties re: both closings; telephone conference with E. Israel | 3.30 |
| 10/21/20 | M. McConnell | Execute closing documents (2.0) ; telephone conference with Sam D. (.2); telephone conference with E. Israel re: payment of accounts payable (.4) | 2.60 |
| 10/22/20 | M. McConnell | Multiple e-mail communications, telephone conferences re: preparation for closings (3.0); conference call with COO, CFO and E. Israel re: open issues for sale closings (1.5) | 4.50 |
| 10/23/20 | M. McConnell | Execute closing documents; multiple e-mail communications re: closing issues (3.8); conference call with HVI Team re: open closing issues (.8) | 4.60 |
| 10/24/20 | M. McConnell | Execute and deliver closing documents for Five JAB closing | 1.30 |
| 10/26/20 | M. McConnell | Conference call with UBS, Huron re: status of negotiations, update on closing (.6); conference call with Huron re: closing issues (1.0); multiple e-mail and voice communications with HVI Team staff re: closing issues ( 9.0); telephone conference with Sam D. re: closing impasse (.4 | 11.00 |
|  |  | Total | 57.20 |

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500

HVI Cat Canyon, Chapter 11 Trustee                 October 26, 2020
c/o Michael McConnell, Trustee                     Invoice #******

Client # 15241
Matter # 15241.0118
        Case Administration

**Trustee services rendered through October 26, 2020**

| 10/20/20 | M. McConnell | Review, sign and transmit Monthly Operating Report | .60 |
| | | Total | .60 |

# EXHIBIT "2"

# JUNE

# EXPENSES

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee

Matter # 15241.0100
        Expenses

Legal services rendered through June 30, 2020

Disbursements

| Date | Desc | Quan | Amount |
|------|------|------|--------|
| 06/03/20 | Print at .15 per page | 14 | 2.10 |
| 06/04/20 | Postage | 1 | 1.40 |
| 06/05/20 | Postage | 11 | 5.50 |
| 06/08/20 | Copies at .15 per page | 44 | 6.60 |
| 06/08/20 | Print at .15 per page | 50 | 7.50 |
| 06/08/20 | Postage | 43 | 21.50 |
| 06/10/20 | Copies at .15 per page | 40 | 6.00 |
| 06/10/20 | Print at .15 per page | 83 | 12.45 |
| 06/12/20 | Print at .15 per page | 63 | 9.45 |
| 06/19/20 | Postage | 1 | 1.00 |
| 06/19/20 | Print at .15 per page | 51 | 7.65 |
| 06/22/20 | Postage | 1 | 1.40 |
| 06/24/20 | Print at .15 per page | 134 | 20.10 |
| 06/25/20 | Postage | 64 | 32.00 |
| 06/29/20 | Postage | 1 | 1.60 |
| 06/29/20 | Postage | 1 | 1.20 |
| 06/29/20 | Print at .15 per page | 53 | 7.95 |
| | | | 145.40 |

Total Disbursements

# JULY

# EXPENSES

Kelly Hart & Hallman LLP


HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee


Client # 15241
Matter # 15241.0100
         Expenses


Legal services rendered through July 31, 2020


                        Total                        .00          $ .00


Disbursements

| Date | Desc | Quan | Amount |
| --- | --- | --- | --- |
| 07/02/20 | Color Copies $1.00 per page | 169 | 169.00 |
| 07/02/20 | Copies at .15 per page | 60 | 9.00 |
| 07/22/20 | Copies at .15 per page | 33 | 4.95 |
| 07/02/20 | Postage | 24 | 12.00 |
| 07/10/20 | Postage | 10 | 5.00 |
| 07/10/20 | Postage | 1 | .50 |
| 07/16/20 | Postage | 1 | .50 |
| 07/21/20 | Postage | 2 | 1.00 |
| 07/24/20 | Postage | 14 | 7.00 |
| 07/29/20 | Postage | 1 | .50 |
| 07/06/20 | Print at .15 per page | 16 | 2.40 |
| 07/08/20 | Print at .15 per page | 107 | 16.05 |
| 07/09/20 | Print at .15 per page | 56 | 8.40 |
| 07/10/20 | Print at .15 per page | 13 | 1.95 |
| 07/31/20 | Print at .15 per page | 78 | 11.70 |
| | | | -------- |
| | | | 249.95 |


        Total Disbursements                              $249.95

Total This Invoice                                       $249.95

# AUGUST

# EXPENSES

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee
c/o Michael McConnell, Trustee

Matter # 15241.0100
        Expenses

Legal services rendered through August 31, 2020

Disbursements

| Date | Desc | Quan | Amount |
|------|------|------|--------|
| 08/04/20 | Print at .15 per page | 48 | 7.20 |
| 08/07/20 | Postage | 3 | 1.50 |
| 08/10/20 | Postage | 26 | 13.00 |
| 08/20/20 | Print at .15 per page | 376 | 56.40 |
| 08/20/20 | Postage | 18 | 9.00 |
| 08/20/20 | Postage | 1 | 1.20 |
| 08/21/20 | Postage | 1 | 1.00 |
| 08/24/20 | Postage | 1 | 1.20 |
| 08/24/20 | Print at .15 per page | 49 | 7.35 |
| 08/26/20 | Copies at .15 per page | 152 | 22.80 |
| 08/26/20 | Postage | 1 | 1.20 |
| 08/26/20 | Postage | 74 | 37.00 |
| 08/26/20 | Print at .15 per page | 641 | 96.15 |
| 08/28/20 | Postage | 22 | 11.00 |
| | | | -------- |
| | | | 266.00 |

Total Disbursements                                                $266.00

# SEPTEMBER

# EXPENSES

000069

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500

HVI Cat Canyon, Chapter 11 Trustee                     October 12, 2020
c/o Michael McConnell, Trustee
201 Main Street, Ste. 2500
Fort Worth,  TX  76102

Matter # 15241.0100
        Expenses

Legal services rendered through September 30, 2020

Disbursements

| Date | Desc | Quan | Amount |
| --- | --- | --- | --- |
| 09/02/20 | Postage | 6 | 3.00 |
| 09/02/20 | Print at .15 per page | 63 | 9.45 |
| 09/03/20 | Postage | 1 | .50 |
| 09/03/20 | Print at .15 per page | 151 | 22.65 |
| 09/04/20 | Print at .15 per page | 1 | .15 |
| 09/08/20 | Copies at .15 per page | 18 | 2.70 |
| 09/08/20 | Print at .15 per page | 47 | 7.05 |
| 09/09/20 | Postage | 1 | 1.00 |
| 09/10/20 | Print at .15 per page | 120 | 18.00 |
| 09/10/20 | Postage | 1 | 1.00 |
| 09/11/20 | Postage | 29 | 14.50 |
| 09/11/20 | Postage | 2 | 1.00 |
| 09/11/20 | Postage | 1 | 1.20 |
| 09/11/20 | Print at .15 per page | 40 | 6.00 |
| 09/18/20 | Postage | 4 | 2.00 |
| 09/18/20 | Postage | 8 | 4.00 |
| 09/21/20 | Copies at .15 per page | 30 | 4.50 |
| 09/21/20 | Print at .15 per page | 5 | .75 |
| 09/21/20 | Delivery of Documents - - VENDOR: Federa Express Corp. | 1 | 34.60 |
| 09/22/20 | Postage | 4 | 2.00 |
| 09/24/20 | Copies at .15 per page | 18 | 2.70 |
| 09/25/20 | Postage | 23 | 11.50 |
| 09/25/20 | Postage | 1 | .50 |

Kelly Hart & Hallman LLP

HVI Cat Canyon, Chapter 11 Trustee                    October 12, 2020
Client # 15241


| Date | Description | Qty | Amount |
|------|-------------|-----|--------|
| 09/28/20 | Print at .15 per page | 1413 | 211.95 |
| 09/30/20 | Copies at .15 per page | 69 | 10.35 |

                                                              ---------
                                                               373.05

            Total Disbursements                                          $373.05

# OCTOBER

# EXPENSES

000072

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500

HVI Cat Canyon, Chapter 11 Trustee             October 26, 2020
c/o Michael McConnell, Trustee                 Invoice #******

Client # 15241
Matter # 15241.0100
        Expenses

Disbursements

| Date | Desc | Quan | Amount |
|------|------|------|--------|
| 10/02/20 | Copies at .15 per page | 36 | 5.40 |
| 10/01/20 | Postage | 7 | 3.50 |
| 10/16/20 | Postage | 1 | .50 |
| 10/20/20 | Postage | 18 | 9.00 |
| 10/23/20 | Postage | 95 | 47.50 |
| 10/01/20 | Print at .15 per page | 100 | 15.00 |
| 10/06/20 | Print at .15 per page | 33 | 4.95 |
| 10/13/20 | Print at .15 per page | 129 | 19.35 |
| 10/16/20 | Print at .15 per page | 37 | 5.55 |
| 10/20/20 | Print at .15 per page | 107 | 16.05 |
| 10/21/20 | Print at .15 per page | 27 | 4.05 |
| 10/23/20 | Print at .15 per page | 151 | 22.65 |
| | | | -------- |
| | | | 153.50 |

        Total Disbursements                              $153.50

Total This Invoice                                       $153.50

CURRENT AMOUNT DUE                                       $153.50

# EXHIBIT "3"

000074

1  **PETER C. ANDERSON**
   **UNITED STATES TRUSTEE**
2  Russell Clementson, Bar No. 143284
   Brian D. Fittipaldi, Bar No. 146864
3  Attorneys for the United States Trustee
   **UNITED STATES TRUSTEE**
4  1415 State Street, Suite 148
   Santa Barbara, California 93101
5  Telephone: (805) 957-4100
   Facsimile:  (805) 957-4103
6  E-mail: brian.fittipaldi@usdoj.gov

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                         **NORTHERN DIVISION**

11  In re:                              CASE NUMBER: 9:19-bk-11573-MB

12  HVI Cat Canyon, Inc.,               CHAPTER 11

13                                      ORDER APPROVING APPOINTMENT OF A
                                        CHAPTER 11 TRUSTEE [CASE DKT. 426]
14

15                                      [No hearing required]

16                        Debtor.

17          The Court having considered the United States Trustee's Application For Order Approving

18  Appointment Of Trustee And Fixing Bond ("Application"), and for good cause appearing,

19          IT IS HEREBY ORDERED that the Application is granted.

20          IT IS FURTHER ORDERED that the appointment of Michael A. McConnell as Trustee by the

21  United States Trustee is approved.

22

23

24          Date: October 22, 2019        _____
                                          Martin R Barash
25                                        United States Bankruptcy Judge

26

27

28

**FILED & ENTERED**

OCT 22 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz    DEPUTY CLERK

# EXHIBIT "4"

000076

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@danninggill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone:    (310) 277-0077<br>Facsimile:    (310) 277-5735<br><br><br>☒ *Attorney for*: Michael A. McConnell, Chapter 11 Trustee | **FILED & ENTERED**<br><br>**JAN 31 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY handy    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br>                    Debtor(s). | CASE NO.: 9:19-bk-11573-MB<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
| | DATE: January 30, 2020<br>TIME: 10:00 a.m.<br>COURTROOM: "201"<br>PLACE:  1415 State Street<br>        Santa Barbara, CA |

1.  Name of Applicant (*specify*): Danning, Gill, Israel & Krasnoff, LLP

2.  This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3.  Appearances were made as follows:

    a.  ☐ Applicant present in court
    b.  ☒ Attorney for Applicant present in court (name): Eric P. Israel, Esq.
    c.  ☐ Attorney for United States trustee present in court
    d.  ☐ Appearances waived

4.  Applicant gave the required notice of the Application on (*specify date*): January 9, 2020 (*doc. no. 693*)

---

1574579.1  26932 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 2016-1.3.ORDER.PAYMENT.FEES**

000077

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

      (1) ☒ Total amount allowed: <u>**$460,926.00**</u>

      (2) ☒ Amount or percentage authorized for payment at this time: <u>**$460,926.00**</u>

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

      ☒ Total amount allowed and authorized for payment: <u>**$5,713.81**</u>

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied

         ☐ in full

         ☐ in part

         ☐ without prejudice

         ☐ with prejudice

      (2) Grounds for denial *(specify)*:

   f. ☒ The court further orders *(specify)*:

      **Of the $460,926.00 in fees allowed and authorized to be paid at this time, $341,438.58 have
already been paid pursuant to the procedures for interim compensation approved by the
Court (doc no. 610), leaving a balance of $119,487.42 to be paid at this time on account of fees.**

###

Date: January 31, 2020

                       *Martin R. Barash*

                       Martin R Barash
                       United States Bankruptcy Judge

1574579.1   26932 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2            **F 2016-1.3.ORDER.PAYMENT.FEES**

000078

# EXHIBIT "5"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@danninggill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone:    (310) 277-0077<br>Facsimile:    (310) 277-5735<br><br><br>☒ *Attorney for*: Michael A. McConnell, Chapter 11 Trustee | **FILED & ENTERED**<br><br>AUG 24 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY handy    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br>                    Debtor(s). | CASE NO.: 9:19-bk-11573-MB<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER ON SECOND APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: August 6, 2020<br>TIME: 10:00 a.m.<br>COURTROOM: "201"<br>PLACE:  1415 State Street<br>                Santa Barbara, CA |

1. Name of Applicant (*specify*): Michael A. McConnell, Chapter 11 Trustee

2. This proceeding was heard at the date and place set forth above and was    ☒ ~~Contested~~    ☒ Uncontested

3. Appearances were made as follows:

    a. ☒ Applicant present in court: Michael A. McConnell, Chapter 11 Trustee
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☐ Appearances waived

4. Applicant gave the required notice of the Application on (*specify date*): June 11, 2020 (*doc. no. 1066*)

1604130.1  26932 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                Page 1                        F 2016-1.3.ORDER.PAYMENT.FEES

000080

5.  The court orders as follows:

    a.  ☒ Application for Payment of Interim Fees is approved as follows:

       (1)  ☒ Total amount allowed: **$261,322.76**

       (2)  ☒ Amount or percentage authorized for payment at this time: **$261,322.76**

    b.  ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

       ☒ Total amount allowed and authorized for payment: **$13,903.48**

    c.  ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

    d.  ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

       ☐ Total amount allowed: $ _____

    e.  (1)  ☐ Application is denied

          ☐ in full

          ☐ in part

          ☐ without prejudice

          ☐ with prejudice

       (2)  Grounds for denial *(specify):*

    f.  ☒ The court further orders *(specify):*

**The fees and costs shall be authorized for payment in accord with the carve-out contained in the latest amendment to the credit agreement. Of the $275,226.24 in fees and costs allowed and authorized to be paid at this time, $184,460.67 has already been paid pursuant to the procedures for interim compensation approved by the Court (doc no. 610), leaving a balance of $90,775.57 to be paid at this time.**

###

Date: August 24, 2020

*Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge

1604130.1 26932 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 2                     **F 2016-1.3.ORDER.PAYMENT.FEES**

000081

# EXHIBIT "6"

000082

1 | ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
2 | AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
3 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
4 | Los Angeles, California 90067-6006
Telephone: (310) 277-0077
5 | Facsimile: (310) 277-5735

6 | Attorneys for Michael A. McConnell,
Chapter 11 Trustee

7 |



FILED & ENTERED

DEC 10 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

8 |

## UNITED STATES BANKRUPTCY COURT

9 |

## CENTRAL DISTRICT OF CALIFORNIA

10 |

## NORTHERN DIVISION

11 | In re

12 | HVI CAT CANYON, INC.,

13 | Debtor.

Case No. 9:19-bk-11573-MB

Chapter 11

**ORDER GRANTING MOTION AND ESTABLISHING PROCEDURE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS AND AUTHORIZING PAYMENT ON A MONTHLY BASIS** *(doc. no. 511)*

[No hearing required]

Michael A. McConnell (the "Chapter 11 Trustee"), has filed the *Motion Of Chapter 11 Trustee For Order (1) Establishing Procedures For The Payment Of Interim Compensation And Reimbursement Of Expenses (11 U.S.C. §§ 105(a) And 331), And Authorizing Payment On A Monthly Basis (11 U.S.C. § 328); And Memorandum Of Points And Authorities And Declaration Of Michael A. McConnell* (the "Motion") (doc. no. 511), pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Local Bankruptcy Rule 2016-1(b) seeking to establish a procedure for monthly interim compensation and reimbursement of professionals.

The Court, having read and considered the Motion, the Notice of Errata to the Motion (doc no. 553), the Limited Objection by Buganko, LLC to the Motion (doc no. 528),  the Limited Response and Reservation of Rights respecting the Motion (doc no. 543) filed by the former

1567364.1 26932

000083

1    attorneys for the debtor, the Stipulation between the Chapter 11 Trustee and Buganko, LLC

2    withdrawing its Objection to the Trustee's Motion (doc no. 568) and all of the other pleadings on

3    file in the Debtor's case, and upon due and adequate notice of the Motion having been given in

4    accordance with the terms thereof, and there being no opposition, and it appearing that the relief

5    requested in the Motion is in the best interests of the Debtor and its estate and creditors.  It

6    appearing that good cause exists,

7         **IT IS HEREBY ORDERED THAT:**

8         1.    The Motion is granted in its entirety.

9         2.    The Trustee and professionals employed by the Trustee and the Committee

10   (collectively the "Professionals" or "Professional") may seek monthly compensation from free and

11   clear funds (if any) or post-petition carve-outs as provided in this Order in accord with the

12   Guidelines of the United States Trustee.

13        3.    On or before the 20th day of each month following the month for which

14   compensation is sought, the Professional seeking fees and expenses from the Debtor's estate under

15   this procedure must file with the Court and serve a monthly Professional Fee Statement (the

16   "Monthly Statement") on the Office of the United States Trustee.

17        4.    Each Monthly Statement must include the following information: (i) the total

18   amount of compensation and reimbursement of expenses requested for the month, (ii) the names,

19   hourly rates, total number of hours billed, and total amount of fees incurred by each individual

20   during the month, (iii) a summary list of the expenses for which reimbursement is sought, (iv)

21   detailed statements of the time entries for all individuals who performed services during the month.

22        5.    A copy of the Monthly Statement without backup shall be served to counsel for the

23   Official Committee of Unsecured Creditors (the "Committee") and all other parties requesting

24   special notice (all collectively the "Recipients").  The Monthly Statement shall comport with the

25   U.S. Trustee's Professional Fee Statement Form UST16-6.0.

26        6.    The U.S. Trustee and each of the Recipients shall have ten (10) days after service of

27   a Monthly Statement (the "Objection Deadline") to raise any objection thereto.  Any objection to a

28   Monthly Statement (an "Objection") must (i) be in writing, (ii) set forth the precise nature of the

Objection, the grounds therefore, and the amount of fees and/or expenses to which the Objection

applies, and (iii) be filed with the Court and served, on or before the Objection Deadline, on both

the Professional that submitted the Monthly Statement and each of the Recipients.  A "blanket" or

general objection to a Monthly Statement will be deemed to be a nullity and shall not trigger the

provisions of paragraph 7 below.  "Joinders" to objections will also be deemed a nullity if such

"joinders" are not filed and served on or before the Objection Date.

7.    If no timely Objection is filed and served with respect to a Monthly Statement, then,

without further order of the Court, the Trustee may pay the Professionals submitting such statement

the amount of 80% of the fees and out-of-pocket expenses requested in the Monthly Statement.

Any and all such payments shall be on an interim basis and subject to the filing of interim and final

fee applications.

8.    If a timely Objection is filed and served with respect to a Monthly Statement, then

the objecting party and the Professional may attempt to resolve the Objection on a consensual

basis.  If the parties are unable to reach a consensual resolution of the Objection, the Professional

may either: (i) set the matter for hearing with the Court, on not less than fourteen (14) days' notice

to each of the Recipients; or (ii) forego payment of the disputed amount until the next interim or

final fee application hearing, at which time the Court will consider and resolve the Objection.

9.    Pending resolution of any timely Objection, the Trustee may pay the affected

Professional the lesser of: (a) 80% of the fees and 100% of the expenses requested in the Monthly

Statement and (b) the aggregate amount of fees and expenses requested in the monthly statement as

to which no timely objection was made.

10.    In accordance with Section 331 and applicable rules and guidelines, each of the

Professionals shall file with the Court and serve on all parties identified in paragraph 3 above (and

on such parties as may be required by the Bankruptcy Code or the Federal Rules of Bankruptcy

Procedure), an application for Court approval of interim compensation and reimbursement of

expenses (including the twenty percent (20%) held back from the payment of Monthly Statements),

for the period dating back to the last application for Court approval of interim compensation and

reimbursement of expenses and not more frequently than every 120 days.

1567364.1 26932

3

1    11.    The pendency of an Objection to payment of compensation or reimbursement of

2    expenses requested by a Professional in a particular Monthly Statement or Interim Fee Application

3    shall not prevent such Professional from receiving payment of fees and expenses pursuant to future

4    Monthly Statements served in accordance with the procedures set forth above, except as otherwise

5    ordered by the Court;

6    12.    Neither the payment of, nor the failure of any Recipient to serve a Notice of

7    Objection to Fee Statement, in whole or in part, shall in any way act as a waiver of the right to later

8    object or otherwise bind any party-in-interest or the Court with respect to the subsequent

9    consideration of the interim or final allowance of fees and expenses of any Professional.

10    13.    The procedures set forth above are optional and need only be followed if a

11    Professional is seeking monthly compensation.

12

13                                         #####

14

15

16

17

18

19

20

21

22

23    Date: December 10, 2019

24                                         Martin R Barash
                                          United States Bankruptcy Judge
25

26

27

28

1567364.1  26932                        4

# EXHIBIT "7"

# KELLY ⬭ HART

ATTORNEYS AT LAW



**MICHAEL A. MCCONNELL**
Partner

michael.mcconnell@kellyhart.com
P: (817) 878-3569    F: (817) 878-9280

*Fort Worth*

## BIOGRAPHY

Michael A. McConnell is chairman of Kelly Hart & Hallman's Business Reorganization and Bankruptcy practice. Since his graduation from the University of Texas School of Law in 1975, Mr. McConnell has gained a wide variety of experience in several practice areas of civil law, both as an attorney in private practice and as a member of the judiciary. A former U.S. Bankruptcy Judge from the Northern District of Texas, Mr. McConnell has represented secured and unsecured creditors, trustees, committees, and debtors in some of the most significant bankruptcy cases in this region. He has served as a Chapter 11 Operating Trustee and Chapter 11 Examiner in several complex Chapter 11 cases. He has also been involved in a variety of business, litigation, and commercial law engagements.

Mr. McConnell has mediated a number of controversies involving business and commercial law issues of all types. He is an experienced arbitrator and currently serves as a member of the Panel of Neutrals of the American Arbitration Association and the International Centre for Dispute Resolution and the AAA's Large Complex Case Panel. Mr. McConnell has arbitrated a number of energy-related disputes and has been appointed to the prestigious National Energy Panel of the AAA. He is currently a member of Advisory Board of the University of Texas Law School Center for Global Energy, International Arbitration and Environmental Law.

Mr. McConnell has served in a number of consulting/testifying expert witness engagements in both federal and state court in Texas and Louisiana. These issues have involved standards of professional conduct and professional liability, bankruptcy substantive law and procedural issues, Texas state law, and professional compensation. His expert reports have been filed in the High Court of the Hong Kong Special Administrative Region and the Superior Court of the Providence of Quebec, District of Montreal.

## AFFILIATIONS AND HONORS

AFFILIATIONS

- Eldon B.Mahon Inn of Court, Emeritus
- The American Law Institute, Member
- American Arbitration Association, Large Case Panel, Member
- American Arbitration Association, National Energy Panel, Member
- American Arbitration Association International Centre Dispute Resolution Bankruptcy Insolvency Panel, Member
- Texas Bar Foundation
- Tarrant County Bar Association

- University of Texas, Senator Kay Bailey Hutchinson Center for Energy, Law and Business, Advisory Council
- American College of Bankruptcy, Fellow

HONORS

- Listed in *The Best Lawyers in America*®, 1989-2021
- Listed in Lawdragon 500 Leading U.S. Bankruptcy & Restructuring Lawyers, 2020
- Top Attorney, *Fort Worth, Texas* magazine, 2015-2020
- Top Attorney in Bankruptcy and Workout Law, *360 West* magazine, 2018-2020
- Texas Super Lawyers, Thomson Reuters, 2003-2020
- Top Attorney in Arbitration and Mediation Law, *360 West* magazine, 2018
- Top Attorney in Bankruptcy Law and Corporate Counsel, *360 West* magazine, 2017
- Top Rated Lawyer in Corp. Restructuring & Bankruptcy, Martindale-Hubbel, 2013
- Recipient of the National Foundation of the American Inns of Court A. Sherman Christensen Award in recognition of his efforts to improve the American legal profession, 2013
- Eldon B. Mahon Inn of Court, James B. Barlow Award for fostering ethics, civility, and professionalism in the practice of law, 2012
- Robert B. Wilson Distinguished Service Award by the Bankruptcy Law Section of the State Bar of Texas, 2011


EDUCATION

- The University of Texas School of Law, J.D., 1975
- Loyola University of the South, B.A., 1969


ADMISSIONS

- State Bar of Texas, 1976
- U.S. Supreme Court, 1997
- Supreme Court of Texas, 1976
- U.S. Court of Appeals, Fifth Circuit, 1980
- U.S. Court of Appeals, Eleventh Circuit, 1981
- U.S. Court of Appeals, Tenth Circuit, 1987


SPEECHES & PUBLICATIONS

- Featured Speaker, "When Your Tenant/Customer Goes Bankrupt: Issues and Answers", American Railway Development Association Executive Forum, January 2019
- Speaker, Ethics Session, Fifth Circuit Bankruptcy Bench-Bar Conference, 2018
- "The Formation and Functioning of a Creditors Committee," UT Law Bankruptcy Conference, November 2015
- Whether to Declare Bankruptcy: A Difficult Decision, Winning Legal Strategies for Bankruptcy and Restructuring, Aspatore Books Publisher, December 2005
- "Ethics in Bankruptcy Law. Representing the Debtor in Bankruptcy Cases: More Mines in the Minefield?" The Bencher (a publication of the American Inns of Court), September/October 2005
- Numerous articles in connection with the Annual Bankruptcy Conference of the University of Texas School of Law in the Advanced Bankruptcy Course of the State Bar of Texas

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  THIRD INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL A. MCCONNELL, CHAPTER 11 TRUSTEE; DECLARATION OF MICHAEL A. MCCONNELL IN SUPPORT THEREOF  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  November 19, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 19, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat CANYON, INC.
630 Fifth Avenue, Suite 2410
New York, NY  10111

The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 19, 2020 | Vivian Servin | /s/ Vivian Servin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

- **Anthony A Austin**    anthony.austin@doj.ca.gov
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Bradley D Blakeley**    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- **Alicia Clough**    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**    mscohen@loeb.com, klyles@loeb.com
- **Alan D Condren**    , berickson@seedmackall.com
- **Alan D Condren**    acondren@seedmackall.com, berickson@seedmackall.com
- **Alec S DiMario**    alec.dimario@mhllp.com,
  debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithla
  w.com
- **Karl J Fingerhood**    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**    Alex.Fisch@doj.ca.gov
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Ellen A Friedman**    efriedman@friedmanspring.com, khollander@friedmanspring.com
- **Gisele M Goetz**    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- **Karen L Grant**    kgrant@silcom.com
- **Ira S Greene**    Ira.Greene@lockelord.com
- **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**    b.holman@mpglaw.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Tracy K Hunckler**    thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- **Samantha Indelicato**    sindelicato@omm.com
- **Eric P Israel**    eisrael@DanningGill.com,
  danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Evan M Jones**    ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Alan H Katz**    akatz@lockelord.com
- **John C Keith**    john.keith@doj.ca.gov
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Anna Landa**    Anna@MarguliesFaithlaw.com,
  Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaith
  Law.com
- **Mitchell J Langberg**    mlangberg@bhfs.com, dcrudup@bhfs.com
- **Maxim B Litvak**    mlitvak@pszjlaw.com
- **Vincent T Martinez**    llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- **Michael Arthur McConnell (TR)**    Michael.mcconnell@kellyhart.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **Brian M Metcalf**    bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com,
  Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithla
  w.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jerry Namba**    nambaepiq@earthlink.net, atty_namba@bluestylus.com
- **David L Osias**    dosias@allenmatkins.com,
  bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**    dpatrick@omm.com, darren-patrick-
  1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Benjamin P Pugh**    bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- **Edwin J Rambuski**    edwin@rambuskilaw.com, marissa@rambuskilaw.com
- **Hugh M Ray**    hugh.ray@pillsburylaw.com,
  nancy.jones@pillsburylaw.com,docket@pillsburylaw.com
- **Edward S Renwick**    erenwick@hanmor.com, iaguilar@hanmor.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**    mitchell.rishe@doj.ca.gov
- **George E Schulman**    GSchulman@DanningGill.Com,
  danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- **Zev Shechtman**    zshechtman@DanningGill.com,
  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Sonia Singh**    ssingh@DanningGill.com, amatsuoka@ecjlaw.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**    ross@sdllaw.com,
  brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com
- **Christopher D Sullivan**    csullivan@diamondmccarthy.com,
  mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diam
  ondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.c
  om
- **Jennifer Taylor**    jtaylor@omm.com
- **John N Tedford**    jtedford@DanningGill.com,
  danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**    bankruptcy@co.kern.ca.us
- **Meagan S Tom**    meagan.tom@lockelord.com,
  autodocket@lockelord.com;taylor.warren@lockelord.com
- **Patricia B Tomasco**    pattytomasco@quinnemanuel.com,
  barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Philip S Warden**    philip.warden@pillsburylaw.com,
  thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburyl
  aw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Fred Whitaker**    lshertzer@cwlawyers.com, spattas@cwlawyers.com
- **William E. Winfield**    wwinfield@calattys.com, scuevas@calattys.com
- **Richard Lee Wynne**    richard.wynne@hoganlovells.com,
  tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- **Emily Young**    pacerteam@gardencitygroup.com,
  rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **David R Zaro**    dzaro@allenmatkins.com
- **Aaron E de Leest**    adeleest@DanningGill.com,
  danninggill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**