ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:    (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Michael A. McConnell,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No.: 9:19-bk-11573-MB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM AND FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**<br><br>Date:    December 11, 2020<br>Time:   2:00 p.m.<br>Place:   Courtroom 201 (Via Zoom)<br>            1415 State Street<br>            Santa Barbara, California |

**NOTICE IS HEREBY GIVEN** that the following interim applications for compensation and reimbursement of expenses by professionals shall be heard on December 11, 2020[1], at 2:00 p.m., in Courtroom 201 of the United States Bankruptcy Court, located at 1415 State Street, Santa Barbara, California:[2]

---

[1] In response to COVID-19, as of March 12, 2020, and until further notice, Bankruptcy Judges will hear matters remotely through telephonic or video services. There will be no physical access to the courtroom. You must refer to the Court's website, www.cacb.uscourts.gov, including Judge Barash's Instructions for Telephonic Appearances.

[2] Pursuant to Court authority, the Trustee and his professionals to date have received the payments indicated after following U.S. Trustee procedures via professional fee statements. The fee

(footnote continued…)

1625187.1  26932                                                  1

**Interim Fee Applications**

| Professionals | Fees | Costs |
|---|---|---|
| Chapter 11 Trustee<br>Michael A. McConnell<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>[June 1, 2020 to October 31, 2020] | $173,904.00<br><br>(previously paid $71,566.40) | $1,187.90 |
| General Counsel to the Trustee<br>Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill")<br>Attn: Eric P. Israel, Esq.<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>[June 1, 2020 to October 31, 2020] | $1,588,800.00<br><br>(previously paid $599,633.06) | $30,979.89 |
| Restructuring/Financial Advisor to Chapter 11 Trustee<br>CR3 Partners, LLP<br>Attn: Tim Sullivan<br>6171 West Century Boulevard, Suite 350<br>Los Angeles, CA 90045<br>[June 1, 2020 to October 31, 2020] | $1,051,915.00<br><br>(previously paid $425,678.60) | $48,753.03 |
| Trustee's Special Title Review Consultant<br>Aguilera Title and Land Services<br>Attn: Maribel Aguilera<br>2408 Del Sur<br>Santa Maria, CA 93455<br>[June 1, 2020 to October 31, 2020] | $177,537.50<br><br>(previously paid $70,604.92) | $0 |
| Trustee's Special Environmental Counsel<br>Fauver, Large, Archbald, & Spray, LLP<br>Attn: Oliva K. Marr, Esq.
820 State Street, 4th Floor<br>Santa Barbara, CA 93101<br>[May 1, 2020 to October 31, 2020] | $3,082.00<br><br>(previously paid $1,545.06) | $96.20 |

---

(continued)

applications all request allowance of the full amounts of indicated fees and costs, but payment of the remaining balance is requested when sale proceeds become available under carve-outs. Payments for counsel for the Committee will be paid only as provided in Court-approved cash collateral budgets.

1625187.1  26932

2

| | | |
|---|---:|---:|
| Trustee's Tax Accountants<br>Grobstein Teeple LLP<br>Attn: Howard Grobstein, CPA<br>6300 Canoga Avenue, Suite 1500W<br>Woodland Hills, California 91367<br>[June 17, 2020 to October 31, 2020] | $6,240.00<br><br>(previously paid $2,754.76. This includes a courtesy discount of $362.50) | $18.50 |
| Trustee's Special Litigation Counsel<br>Reetz, Fox, & Bartlett, LLP<br>Attn: Randall Fox, Esq.<br>116 E. Sola Street<br>Santa Barbara, CA 93101<br>[June 1, 2020 to October 31, 2020] | $4,029.50<br><br>(previously paid $1,944.14) | $16.30 |
| Trustee's Special Oil & Gas Counsel<br>Bright & Brown, LLP<br>Attn: Brian Becker, Esq.<br>550 North Brand Boulevard, Suite 2100<br>Glendale, CA 91203<br>[June 1, 2020 to October 31, 2020] | $60,488.00<br><br>(previously paid $26,635.57) | $0.00 |

**Final Fee Applications**

| | | |
|---|---:|---:|
| Attorneys for Official Committee of Unsecured Creditors<br>Pachulski, Stang, Ziehl & Jones, LLP<br>Attn: Jeff Pomerantz, Esq.<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles California 90067-4114<br>[August 15, 2019 to October 31, 2020[3]] | $553,972.00<br><br>(previously paid $250,909.59 – balance waived) | $18,256.75 |
| Former Attorneys for Debtor and DIP<br>Weltman & Moskowitz, LLP<br>Attn: Richard Weltman, Esq.<br>270 Madison Ave, Suite 1400<br>New York, NY 10016<br>[July 26, 2019 to October 21, 2019] | $537,004.50<br><br>(previously paid $42,083.00 – balance waived) | $8,557.49 |

///

///

///

---

[3] Pachulski, Stang, Ziehl & Jones, LLP is also seeking an award of estimated fees and expenses in the amount of $2,500.00 for the period November 1, 2020 to December 15, 2020 for preparation of the final fee application, etc.

1625187.1  26932                                    3

| | | |
|---|---|---|
| Financial Advisor to Official Committee of Unsecured Creditors<br>Conway MacKenzie, Inc.<br>909 Fannin Street, Suite 4000<br>Houston, Texas 77010<br>[August 16, 2019 to October 21, 2019] | $107,641.50<br><br>(previously paid $30,586.33-- balance waived) | $1,799.09 |

The foregoing is not intended to be a complete statement of the applications. Copies of the applications may be obtained by contacting the respective professionals, or may be viewed at the office of the Clerk of the Court at the address indicated above.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(a)(7), any opposition to the applications must be in writing in the format required by the Local Bankruptcy Rules, filed with the Clerk of the Court and served upon counsel for the Trustee, at the address in the upper left corner of the first page of this Notice, upon the United States Trustee, 1415 State Street, Suite 148, Santa Barbara, CA 93101 and upon the professional affected by the opposition, not less than fourteen (14) days before the hearing. Failure to comply with this procedure may be deemed consent to the granting of the relief requested.

DATED: November 20, 2020          DANNING, GILL, ISRAEL & KRASNOFF, LLP


By:       */s/ Eric P. Israel*
          ERIC P. ISRAEL
          Attorneys for Michael A. McConnell,
          Chapter 11 Trustee

# ATTACHMENT

**FILED & ENTERED**

**NOV 16 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY handy        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

In re:

HVI CAT CANYON, INC.,

    Debtor.

Case No.: 9:19-bk-11573-MB

Chapter 11

**SCHEDULING ORDER:**

**[1] MODIFYING THE TRUSTEE'S 45-DAY NOTICE TO PROFESSIONALS [CASE DKT. 1364]; AND**

**[2] AMENDING THIRD SCHEDULING ORDER ESTABLISHING OMNIBUS HEARING DATES [CASE DKT. 912]**

**Prior Date**
Date:  December 15, 2020
Time:  10:30 a.m.

**New Hearing Date**
Date:  December 11, 2020
Time:  2:00 p.m.

The hearing will be conducted remotely, using ZoomGov video and audio:

URL: **https://cacb.zoomgov.com/j/1616126427**
Meeting ID: **161 614 6427**
Password: **867860**
Telephone Numbers: **1 (669) 254 5252**
         or **1 (646) 828 7666**

The Court previously entered its *Third Scheduling Order Establishing Omnibus Hearing Dates* which set December 15, 2020 at 10:30 a.m. as an available hearing date for matters in this case.  Case Dkt. 912.  In accordance with that order, Michael McConnell, the chapter 11 trustee (the "Trustee") filed and served his 45-day *Notice to Professionals of Scheduled Hearing Date for Interim Fee Applications* (the "45-Day Notice") listing December 15, 2020 at 10:30 a.m. as the date for such applications to be heard.  Case Dkt. 1364.

The Court amends its prior order, and modifies the 45-Day Notice, as follows:

1. Fee Applications may be set for hearing on **December 11, 2020 at 2:00 p.m**.  Professionals who previously served notice of a Fee Application with a December 15, 2020 hearing date, including Weltman & Moskowitz, LLP (case dkt. 1436) and Pachulski, Stang, Ziehl & Jones, LLP (case dkt. 1453) must file and serve an amended notice and a copy of this Order by **November 20, 2020**.

2. Objections to any such fee applications must be filed and served by **November 30, 2020**.  Replies to any such objections must be filed and served by **December 7, 2020**

### # # #

Date: November 16, 2020

Martin R Barash
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON INTERIM AND FINAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 20, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 20, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat CANYON, INC.
630 Fifth Avenue, Suite 2410
New York, NY  10111

The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

Brian Corson
2990 Lichen Place
Templeton, CA 93465

Escolle Tenants in Common
215 N. Lincoln Street
Santa Maria, CA 93458
Attn: Vincent T. Martinez

Pacific Petroleum California, Inc.
POB 2646
Santa Maria, CA 93457

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 20, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Attys. for Union Oil Company of California and Chevron U.S.A. Inc.:
Robert Wallan *robert.wallan@pillsburylaw.com*,
Jonathan Doolittle *jonathan.doolittle@pillsburylaw.com*;
William J. Hotze *william.hotze@pillsburylaw.com*

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 20, 2020 | Vivian Servin | /s/ Vivian Servin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Anthony A Austin**   anthony.austin@doj.ca.gov
- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Bradley D Blakeley**   blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- **Alicia Clough**   aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**   mscohen@loeb.com, klyles@loeb.com
- **Alan D Condren**   , berickson@seedmackall.com
- **Alan D Condren**   acondren@seedmackall.com, berickson@seedmackall.com
- **Alec S DiMario**   alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **Karl J Fingerhood**   karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**   Alex.Fisch@doj.ca.gov
- **Don Fisher**   dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Ellen A Friedman**   efriedman@friedmanspring.com, khollander@friedmanspring.com
- **Gisele M Goetz**   gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- **Karen L Grant**   kgrant@silcom.com
- **Ira S Greene**   Ira.Greene@lockelord.com
- **Matthew C. Heyn**   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**   b.holman@mpglaw.com
- **Brian L Holman**   b.holman@musickpeeler.com
- **Tracy K Hunckler**   thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- **Samantha Indelicato**   sindelicato@omm.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Evan M Jones**    ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Alan H Katz**    akatz@lockelord.com
- **John C Keith**    john.keith@doj.ca.gov
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Anna Landa**    Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com
- **Mitchell J Langberg**    mlangberg@bhfs.com, dcrudup@bhfs.com
- **Maxim B Litvak**    mlitvak@pszjlaw.com
- **Vincent T Martinez**    llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- **Michael Arthur McConnell (TR)**    Michael.mcconnell@kellyhart.com
- **Brian M Metcalf**    bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jerry Namba**    nambaepiq@earthlink.net, atty_namba@bluestylus.com
- **David L Osias**    dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**    dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Benjamin P Pugh**    bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- **Edwin J Rambuski**    edwin@rambuskilaw.com, marissa@rambuskilaw.com
- **Hugh M Ray**    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com
- **Edward S Renwick**    erenwick@hanmor.com, iaguilar@hanmor.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

- **Todd C. Ringstad**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Mitchell E Rishe**  mitchell.rishe@doj.ca.gov
- **George E Schulman**  GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- **Zev Shechtman**  zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Sonia Singh**  ssingh@DanningGill.com, amatsuoka@ecjlaw.com
- **Daniel A Solitro**  dsolitro@lockelord.com, ataylor2@lockelord.com
- **Ross Spence**  ross@sdllaw.com, brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com
- **Christopher D Sullivan**  csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.com
- **Jennifer Taylor**  jtaylor@omm.com
- **John N Tedford**  jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com
- **Salina R Thomas**  bankruptcy@co.kern.ca.us
- **Meagan S Tom**  meagan.tom@lockelord.com, autodocket@lockelord.com;taylor.warren@lockelord.com
- **Patricia B Tomasco**  pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
- **Philip S Warden**  philip.warden@pillsburylaw.com, thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com
- **Fred Whitaker**  lshertzer@cwlawyers.com, spattas@cwlawyers.com
- **William E. Winfield**  wwinfield@calattys.com, scuevas@calattys.com
- **Richard Lee Wynne**  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com
- **Emily Young**  pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **David R Zaro**  dzaro@allenmatkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Aaron E de Leest**  adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

## 2. SERVED BY UNITED STATES MAIL:

MICHAEL McCONNELL, Chapter 11 Trustee
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Bright and Brown
550 N Brand Blvd, Suite 2100
Glendale, CA 91203
Attn: Jim Bright

CR3 Partners, LLC
Attn: Tim Skillman
6171 W. Century Blvd
Suite 350
Los Angeles, CA 90045

Dore Rothberg & McKay
17171 Park Row, Suite 160
Houston, Texas 77084
Attn: Carl Dore, Jr.

Cole Schotz, P.C.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Attn: Michael D. Warner

Conway MacKenzie
909 Fannin Street, Suite 4000
Houston, TX 77010
Attn: John T. Young

EPIQ Corporate Restructuring, LLC
Attn: Robert A. Hopen
777 3rd Avenue, 12th Floor
New York, NY 10017

Weltman & Moskowitz, LLP
270 Madison Avenue, Suite 1400
New York, NY 10016
Attn: Michael Moskowitz

Capello Global, LLP
10990 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90024
Attn" Alexander L. Cappello and Louie Ucciferri

C.H. (Scott) Rees III, P.E.
Chairman and Chief Executive Officer
Netherland, Sewell & Associates, Inc.
2100 Ross Avenue, Suite 2200
Dallas, TX 75201

Anthony D. Daus III, Vice President
GSI Environmental, Inc
19200 Von Karman Avenue, Suite 800
Irvine, CA 92612

Maribel Aguilera
Aguilera Title and Land Services
2550 Professional Parkway
Santa Maria, CA 93455

Lindsay Sherrer, Partner
TenOaks Energy Partners, LLC
14180 N. Dallas Parkway, Suite 700
Dallas, Texas 75254

Randall Fox, Partner
Reetz, Fox & Bartlett LLP
116 E. Sola Street
Santa Barbara, California 93101

Olivia K. Marr, Esq.
Buynak, Fauver, Archbald & Spray, LLP
820 State Street, 4th Floor
Santa Barbara, CA 93101

TenOaks Energy Partners, LLC
14180 N. Dallas Parkway, Suite 700
Dallas, Texas 75254
Attn: Lindsay Sherrer, Partner

Howard Grobstein
Grobstein Teeple LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367

## 20 LARGEST CREDITORS

Santa Barbara County Treasurer-Tax Collector
105 E. Anapamu St., Suite 109
Santa Barbara, CA 93102

Allen Matkins Leck Gamble
865 South Figueroa Street
Suite 800
Los Angeles, CA 90017-2543

Diamond McCarthy LLP
909 Fannin Street
37th Floor Two Houston Center
Houston, Texas 77010

Santa Barbara County-APCD
260 NORTH SAN ANTONIO RD.,
SANTA BARBARA, CA 93110

Akin Gump Straus Hauer & Feld
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

Santa Barbara County P&D
123 East Anapamu Street
Santa Barbara, CA 93101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| W. J. Kenny Corp.<br>C/O Allfirst Bankcorp Trust do M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | PG&E<br>77 Beale St<br>San Francisco, CA 94177 | Ann Jenny Schupp<br>CIO M H Whittier Corp.<br>1600 Huntington Drive<br>South Pasadena, CA 91030 |
| William W. Jenny Jr.<br>5101 East Camino Alisa<br>Tucson, AZ 85718 | J. P. Morgan-Chase<br>Attn: Michael Kemey<br>450 West 33rd Street, 15th Floor<br>Ref: 030057 Nassau Assoc-Saba<br>New York, NY 10041 | WEST COAST WELDING & CONSTR. I<br>2201 Celsius Avenue Suite B<br>Oxnard, CA 93030 |
| Sherrill A. Schoepe<br>14974 Adams Dr.<br>Pauma Valley, CA 92061 | Andrew Kurth LLP<br>600 Travis Suite 4200<br>Houston, TX 77002 | Larsen O'Brien LLP<br>555 South Flower<br>Suite 4400<br>Los Angeles, CA 90071 |
| Victory Oil<br>222 West 6th Street. Suite 1010<br>San Pedro, CA 90731 | California Department of Conservation<br>801 K Street<br>Sacramento, CA 95814 | Diane T. Walker<br>748 Oceanville Road<br>Stonington, ME 04681-9714 |
| Stoner Family Trust<br>James G. Sanford Trustee<br>100 West Liberty Street<br>Suite 900<br>Reno, NV 89501 | Charles C. Albright Trustee<br>729 West 16th Street #B8<br>Costa Mesa, CA 92627 | |

## REQUESTS FOR SPECIAL NOTICE

| | | |
|---|---|---|
| Attorneys for Buganko<br>Philip W. Ganong<br>Ganong Law<br>930 Truxtun Avenue, Suite 102<br>Bakersfield, CA 93301 | Frank and Sylvia Boisseranc<br>300 W. Paseo de Cristobal<br>San Clemente, CA 92672 | Rob Thomson<br>1920 Wilbur Avenue<br>San Diego, CA 92109 |
| Jane A. Adams and John S. Adams, Trustees<br>PO Box 264<br>Yorba Linda, CA 92885 | | |

## INTERESTED PARTIES

| | | |
|---|---|---|
| Internal Revenue Service<br>(Small Business/Self-Employment Div.)<br>5000 Ellin Road<br>Lanham, MD 20706 | Wyatt Sloan-Tribe, Esq.<br>Office of the Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | California Dept. Of Toxic Substance Control<br>(Berkeley Regional Office)<br>700 Heinz Avenue, Suite 200<br>Berkeley, CA 94710 |
| California OSHA<br>1515 Clay Street, Suite 1901<br>Oakland, CA 94612 | United States Attorney's Office Southern District of New York<br>Attn: Anthony Sun, AUSA<br>Tax & Bankruptcy Unit<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | U.S. Dept. of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

State of New York Attorney General
Attn: Letia A. James
Dept. of Law
The Capitol, 2nd Floor
Albany, NY 12224

## 5 LARGEST SECURED CLAIMANTS AND THEIR COUNSEL (ONLY 4 LISTED)

CTS Properties, Ltd.
c/o Ira S. Greene
Locke Lord LLP
200 Vesey Street
New York, NY 10281

Diamond McCarthy LLP
c/o Allan B. Diamond and Sheryl P. Giugliano
Diamond McCarthy LLP
295 Madison Avenue, 27th Floor
New York, NY 10017

GIT, Inc.
c/o Peter Calamari, Patricia B. Tomasco and Devin van der Hahn
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010

UBS AG London Branch
c/o Evan M. Jones, Brian M. Metcalf and Darren L. Patrick
O'Melveny & Myers, LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

UBS AG London Branch
c/o Daniel L. Cantor
O'Melveny & Myers, LLP
Seven Times Square
New York, NY 10036

UBS AG London Branch
c/o Jennifer Taylor
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

## 3. SERVED BY EMAIL:

| Name | Email |
|---|---|
| AKIN GUMP STRAUS HAUER & FELD STEPHEN D. DAVIS | SDDAVIS@AKINGUMP.COM |
| ALLEN MATKINS LECK GAMBLE JAMES L. MEEDER | JMEEDER@ALLENMATKINS.COM |
| ANDREW KURTH LLP. DAVID A. ZDUNKEWICZ | DZDUNKEWICZ@ANDREWSKURTH.COM |
| ATTORNEY GENERAL OF CALIFORNIA, XAVIER BECERRA | MICHAEL.ZARRO@DOJ.CA.GOV |
| CA ATTORNEY GENERAL'S OFFICE | PIU@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF CONSERVATION, XAVIER BECERRA | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| CALIFORNIA DEPT. OF FISH & WILDLIFE 5 | ASKR5@WILDLIFE.CA.GOV |
| CALIFORNIA DIVISION OF OIL, GAS & GEOTHERMAL RESOURCES | WEBMASTER@CONSERVATION.CA.GOV |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | WOTCSUPPORT@EDD.CA.GOV |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD | CENTRALCOAST@WATERBOARDS.CA.GOV |
| CALIFORNIA STATE CONTROLLER | EOINQUIRY@SCO.CA.GOV |
| CALIFORNIA WATER RESOURCES CONTROL BOARD | INFO@WATERBOARDS.CA.GOV |
| CHARLES C. ALBRIGHT TRUSTEE | CALBRIGHT@JUNO.COM |
| DIAMOND MCCARTHY LLP<br>ALLAN DIAMOND | ADIAMOND@DIAMONDMCCARTHY.COM |
| EPA REGION 9 ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| GLR, LLC<br>VIOLETA BERNICZKY | VAB@GRERANGROUP.COM |
| HVI CAT CANYON, INC.<br>ALEX G. DIMITRIJEVIC | AGD@GREKA.COM |
| HVI CAT CANYON, INC.<br>M. ERNESTO OLIVARES | MEO@GREKA.COM |
| HVI CAT CANYON, INC.<br>RANDEEP S. GREWAL | RSG@GREKA.COM |
| LARSEN O'BRIEN LLP<br>ROBERT C. O'BRIEN | ROBRIEN@LARSONOBRIENLAW.COM |
| NORTHERN CALIFORNIA COLLECTION SERVICE, INC. | NORCAL@NCCSINC.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | BMETCALF@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | DCANTOR@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | DPATRICK@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | EJONES@OMM.COM |
| O'MELVENY & MYERS LLP<br>COUNSEL TO UBS AG, LONDON BRANCH | JTAYLOR@OMM.COM |
| OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT NEW YORK – GREG M. ZIPES | GREG.ZIPES@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE, SOUTHERN DISTRICT NEW YORK – SERENE NAKANO, ESQ. | SERENE.NAKANO@USDOJ.GOV |
| PG&E<br>DENISE A. NEWTON | DAN8@PGE.COM |
| PG&E<br>MARCELLUS TERRY | PGEBANKRUPTCY@PGE.COM;<br>MXTN@PGE.COM; MARCELLUS.TERRY@PGE.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | DEVINVANDERHAHN@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | PATTYTOMASCO@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTORNEYS FOR GIT, INC. | PETERCALAMARI@QUINNEMANUEL.COM |
| SANTA BARBARA COUNTY P&D<br>JOHN ZOROVICH | JZORO@CO.SANTA-BARBARA.CA.US |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | SBTAXES@CO.SANTA-BARBARA.CA.US |
| SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR | VMCISAA@CO.SANTA-BARBARA.CA.US |
| SHERRILL A. SCHOEPE | S.WETZLER@MUSICKPEELER.COM |
| THE LAW OFFICE OF SUSAN M. WHALEN<br>SUSAN M. WHALEN, ESQ. | SUSAN@WHALENATTORNEY.COM |
| UBS AG LONDON BRANCH | JULIAN.GOULD@UBS.COM |
| VICTORY OIL<br>ERIC JOHNSON | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| WEIL, GOTSHAL & MANGES LLP<br>COUNSEL FOR PG&E | RACHAEL.FOUST@WEIL.COM |
| WEST COAST WELDING & CONSTR. I | MBARBEY@WESTCOASTWELDING.NET |
| WILLIAM W. JENNY JR. | CARAMEL@HOTMAIL.COM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**