1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.Com*
2  GEORGE E. SCHULMAN (State Bar No. 064572)
   *gschulman@DanningGill.com*
3  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
4  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
5  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Michael A. McConnell,
   Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:19-bk-11573-MB |
| HVI CAT CANYON, INC., | Chapter 7 |
| Debtor. | **TRUSTEE'S SUPPLEMENT TO MOTION FOR AN ORDER TO SHOW CAUSE WHY GIT, INC. SHOULD NOT BE HELD IN CONTEMPT** |
| | Date: February 11, 2021
Time: 10:00 a.m.
Place: Courtroom 201
1415 State Street
Santa Barbara, California 93101 |

  Michael A. McConnell, the Chapter 7 Trustee ("Trustee") in the above entitled bankruptcy case ("Bankruptcy Case"), hereby requests that the Court enter the Amended Proposed Order, previously lodged with the Court at Docket no. 1561 and via the LOU system, on the Trustee's motion for an order to show cause re: contempt.

1638725.2  26891                                    1

At a hearing on February 11, the Court took the contempt motion under submission. Trustee's counsel reported, and GIT's counsel confirmed, discussions between them about a consensual resolution to the issues raised by the contempt motion. That consensual resolution included access to GIT's server by the Trustee's forensic experts.

In brief, the consensual resolution with respect to production of the server and the backup tapes has not worked out. GIT has not made the server and its backup media available to the Trustee's forensic experts for inspection, despite its promise to do so.

Accordingly, the Trustee requests that the Court rule upon the Trustee's motion for an OSC re contempt and enter the order at the earliest opportunity.

Respectfully submitted on February 16, 2021, at Los Angeles, California.

                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:    /s/ George E. Schulman
GEORGE E. SCHULMAN
Attorneys for Michael A. McConnell,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  TRUSTEE'S SUPPLEMENT TO MOTION FOR AN ORDER TO SHOW CAUSE WHY GIT, INC. SHOULD NOT BE HELD IN CONTEMPT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On  February 16, 2021 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HVI Cat Canyon, Inc.
c/o Capitol Corporate Services, Inc.
36 S. 18th Avenue, Suite D
Brighton, CO 80601

Debtor
HVI Cat Canyon, Inc.
630 Fifth Avenue
Suite 2410
New York, NY 10111

☐ Service information continued on attached page.

**3. SERVED BY OVERNIGHT MAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 9, 2021, I served the following persons and/or entities by overnight mail service (FedEx - Monday delivery)as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Attys. for Union Oil Company of California and Chevron U.S.A. Inc.:
Robert Wallan *robert.wallan@pillsburylaw.com*,
Jonathan Doolittle *jonathan.doolittle@pillsburylaw.com*;
William J. Hotze *william.hotze@pillsburylaw.com*

Atty for California Department Toxic Substances Control
Anthony A. Austin *Anthony.Austin@doj.ca.gov*

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 16, 2021 | Vivian Servin | */s/ Vivian Servin* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Anthony A Austin**    anthony.austin@doj.ca.gov
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Bradley D Blakeley**    blakeley@blakeleylawgroup.com, bradleydblakeley@gmail.com
- **Alicia Clough**    aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com
- **Marc S Cohen**    mscohen@loeb.com, klyles@loeb.com
- **Alan D Condren**    , berickson@seedmackall.com
- **Alan D Condren**    acondren@seedmackall.com, berickson@seedmackall.com
- **Alec S DiMario**    alec.dimario@mhllp.com, debra.blondheim@mhllp.com;Syreeta.shoals@mhllp.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **Karl J Fingerhood**    karl.fingerhood@usdoj.gov, efile_ees.enrd@usdoj.gov
- **H Alexander Fisch**    Alex.Fisch@doj.ca.gov
- **Don Fisher**    dfisher@ptwww.com, tblack@ptwww.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Ellen A Friedman**    efriedman@friedmanspring.com, khollander@friedmanspring.com
- **Gisele M Goetz**    gmgoetz@hbsb.com, ggoetz@collegesoflaw.edu;cecilia@hbsb.com
- **Karen L Grant**    kgrant@silcom.com
- **Ira S Greene**    Ira.Greene@lockelord.com
- **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Brian L Holman**    b.holman@mpglaw.com
- **Brian L Holman**    b.holman@musickpeeler.com
- **Tracy K Hunckler**    thunckler@daycartermurphy.com, cgori@daycartermurphy.com
- **Kevin Hutty**    BKClaimConfirmation@ftb.ca.gov
- **Samantha Indelicato**    sindelicato@omm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Evan M Jones**   ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Alan H Katz**   akatz@lockelord.com
- **John C Keith**   john.keith@doj.ca.gov
- **Jeannie Kim**   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Anna Landa**   Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com
- **Mitchell J Langberg**   mlangberg@bhfs.com, dcrudup@bhfs.com
- **Maxim B Litvak**   mlitvak@pszjlaw.com
- **Vincent T Martinez**   llimone@twitchellandrice.com, smccomish@twitchellandrice.com
- **Michael Arthur McConnell (TR)**   Michael.mcconnell@kellyhart.com, tx87@ecfcbis.com
- **Brian M Metcalf**   bmetcalf@omm.com, brian-metcalf-9774@ecf.pacerpro.com
- **Monserrat Morales**   Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **Alan I Nahmias**   anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jerry Namba**   nambaepiq@earthlink.net, atty_namba@bluestylus.com
- **David L Osias**   dosias@allenmatkins.com, bcrfilings@allenmatkins.com,kdemorest@allenmatkins.com,csandoval@allenmatkins.com
- **Darren L Patrick**   dpatrick@omm.com, darren-patrick-1373@ecf.pacerpro.com;sindelicato@omm.com;ejones@omm.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Benjamin P Pugh**   bpugh@ecg.law, mhamburger@ecg.law;calendar@ecg.law
- **Edwin J Rambuski**   edwin@rambuskilaw.com, marissa@rambuskilaw.com
- **Hugh M Ray**   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com,docket@pillsburylaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

- **Edward S Renwick**   erenwick@hanmor.com, iaguilar@hanmor.com

- **J. Alexandra Rhim**   arhim@hrhlaw.com

- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com

- **Mitchell E Rishe**   mitchell.rishe@doj.ca.gov

- **George E Schulman**   GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

- **Sonia Singh**   ssingh@DanningGill.com, amatsuoka@ecjlaw.com

- **Daniel A Solitro**   dsolitro@lockelord.com, ataylor2@lockelord.com

- **Ross Spence**   ross@sdllaw.com, brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

- **Ruth Stoner Muzzin**   rmuzzin@friedmanspring.com, ehansen@friedmanspring.com

- **Christopher D Sullivan**   csullivan@diamondmccarthy.com, mdomer@diamondmccarthy.com;kmartinez@diamondmccarthy.com;quentin.roberts@diamondmccarthy.com;erika.shannon@diamondmccarthy.com;aiemee.low@diamondmccarthy.com

- **Jennifer Taylor**   jtaylor@omm.com

- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.inforuptcy.com

- **Salina R Thomas**   bankruptcy@co.kern.ca.us

- **Meagan S Tom**   meagan.tom@lockelord.com, autodocket@lockelord.com;taylor.warren@lockelord.com

- **Patricia B Tomasco**   pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com

- **Philip S Warden**   philip.warden@pillsburylaw.com, thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com

- **Fred Whitaker**   lshertzer@cwlawyers.com, spattas@cwlawyers.com

- **William E. Winfield**   wwinfield@calattys.com, scuevas@calattys.com

- **Richard Lee Wynne**   richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Emily Young**   pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

- **David R Zaro**   dzaro@allenmatkins.com

- **Aaron E de Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

2. **SERVED BY UNITED STATES MAIL**:

**20 LARGEST CREDITORS**

| | | |
|---|---|---|
| Santa Barbara County Treasurer-Tax Collector<br>105 E. Anapamu St., Suite 109<br>Santa Barbara, CA 93102 | Allen Matkins Leck Gamble<br>865 South Figueroa Street<br>Suite 800<br>Los Angeles, CA 90017-2543 | Diamond McCarthy LLP<br>909 Fannin Street<br>37th Floor Two Houston Center<br>Houston, Texas 77010 |
| Santa Barbara County-APCD<br>260 NORTH SAN ANTONIO RD.,<br>SANTA BARBARA, CA 93110 | Akin Gump Straus Hauer & Feld<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067 | Santa Barbara County P&D<br>123 East Anapamu Street<br>Santa Barbara, CA 93101 |
| W. J. Kenny Corp.<br>C/O Allfirst Bankcorp Trust do M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | PG&E<br>77 Beale St<br>San Francisco, CA 94177 | Ann Jenny Schupp<br>CIO M H Whittier Corp.<br>1600 Huntington Drive<br>South Pasadena, CA 91030 |
| William W. Jenny Jr.<br>5101 East Camino Alisa<br>Tucson, AZ 85718 | J. P. Morgan-Chase<br>Attn: Michael Kemey<br>450 West 33rd Street, 15th Floor<br>Ref: 030057 Nassau Assoc-Saba<br>New York, NY 10041 | WEST COAST WELDING & CONSTR. I<br>2201 Celsius Avenue Suite B<br>Oxnard, CA 93030 |
| Sherrill A. Schoepe<br>14974 Adams Dr.<br>Pauma Valley, CA 92061 | Andrew Kurth LLP<br>600 Travis Suite 4200<br>Houston, TX 77002 | Larsen O'Brien LLP<br>555 South Flower<br>Suite 4400<br>Los Angeles, CA 90071 |
| Victory Oil<br>222 West 6th Street. Suite 1010<br>San Pedro, CA 90731 | California Department of Conservation<br>801 K Street<br>Sacramento, CA 95814 | Diane T. Walker<br>748 Oceanville Road<br>Stonington, ME 04681-9714 |
| Stoner Family Trust<br>James G. Sanford Trustee<br>100 West Liberty Street<br>Suite 900<br>Reno, NV 89501 | Charles C. Albright Trustee<br>729 West 16th Street #B8<br>Costa Mesa, CA 92627 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Brian Corson
2990 Lichen Place
Templeton, CA 93465

Escolle Tenants in Common
215 N. Lincoln Street
Santa Maria, CA 93458
Attn: Vincent T. Martinez

Pacific Petroleum California, Inc.
POB 2646
Santa Maria, CA 93457

## REQUESTS FOR SPECIAL NOTICE

Attorneys for Buganko
Philip W. Ganong
Ganong Law
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301

Frank and Sylvia Boisseranc
300 W. Paseo de Cristobal
San Clemente, CA 92672

Rob Thomson
1920 Wilbur Avenue
San Diego, CA 92109

Jane A. Adams and John S. Adams, Trustees
PO Box 264
Yorba Linda, CA 92885

Colin Roberts, Sr Staff Counsel
Office of Legal Counsel - Dept of Toxic Substances Control
1001 I Street, MS23
Sacramento, CA 95814

## INTERESTED PARTIES

Internal Revenue Service
(Small Business/Self-Employment Div.)
5000 Ellin Road
Lanham, MD 20706

Wyatt Sloan-Tribe, Esq.
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

California Dept. Of Toxic Substance Control
(Berkeley Regional Office)
700 Heinz Avenue, Suite 200
Berkeley, CA 94710

California OSHA
1515 Clay Street, Suite 1901
Oakland, CA 94612

United States Attorney's Office Southern District of New York
Attn: Anthony Sun, AUSA
Tax & Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, NY 10007

U.S. Dept. of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

State of New York Attorney General
Attn: Letia A. James
Dept. of Law
The Capitol, 2nd Floor
Albany, NY 12224

## 5 LARGEST SECURED CLAIMANTS AND THEIR COUNSEL (ONLY 4 LISTED)

CTS Properties, Ltd.
c/o Ira S. Greene
Locke Lord LLP
200 Vesey Street
New York, NY 10281

Diamond McCarthy LLP
c/o Allan B. Diamond and Sheryl P. Giugliano
Diamond McCarthy LLP
295 Madison Avenue, 27th Floor
New York, NY 10017

GIT, Inc.
c/o Peter Calamari, Patricia B. Tomasco and Devin van der Hahn
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010

UBS AG London Branch
c/o Evan M. Jones, Brian M. Metcalf and Darren L. Patrick
O'Melveny & Myers, LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

UBS AG London Branch
c/o Daniel L. Cantor
O'Melveny & Myers, LLP
Seven Times Square
New York, NY 10036

UBS AG London Branch
c/o Jennifer Taylor
O'Melveny & Myers, LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**