ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Michael A. McConnell,
Chapter 7 Trustee

FILED & ENTERED

FEB 11 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HVI CAT CANYON, INC.,<br><br>Debtor. | Case No. 9:19-bk-11573-MB<br><br>Chapter 7<br><br>ORDER APPOINTING MEDIATOR<br><br>[No Hearing Required] |

The Court having read and considered the Stipulation and Request to Approve Mediator (the "Stipulation") (*docket no. 1768*), and good cause appearing, it is

ORDERED THAT:

1.    The Stipulation is approved.

2.    The Honorable Randall J. Newsome, (U.S. Bankruptcy Judge, N.D. CA., ret.) is appointed as the mediator (the "Mediator") in the Debtor's bankruptcy case and in adversary proceeding no. 9:21-ap-01025-MB (the "Adversary Proceeding").

3.    The Trustee is authorized to pay the Mediator from the bankruptcy estate, one-half (1/2) of the Mediator's fees and expenses, not to exceed $15,000.

4. The confidentiality provisions of the Court's Third Amended General Order No. 95-01 shall apply to the mediation.

### 

Date: February 11, 2022

Martin R Barash
United States Bankruptcy Judge

1674669.1  26989                                       2